AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, DC PRESERVATION LEAGUE </br> *Plaintiff* </br> v. </br> DONALD J. TRUMP, GENERAL SERVICES ADMINISTRATION, MICHAEL J. RIGAS, NATIONAL PARK SERVICE, JESSICA BOWRON </br> *Defendant* | Case No. 1:25-cv-03969 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, and DC PRESERVATION LEAGUE.

Date: November 16, 2025

/s/ Marion Forsyth Werkheiser
*Attorney's signature*

Marion Forsyth Werkhesier, Bar No. 486465
*Printed name and bar number*

1711 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
*Address*

marion@culturalheritagepartners.com
*E-mail address*

202-567-7594
*Telephone number*

866-875-6492
*FAX number*