AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, DC PRESERVATION LEAGUE )
)
*Plaintiff* )
v. )   Case No. 1:25-cv-03969
DONALD J. TRUMP, GENERAL SERVICES ADMINISTRATION, MICHAEL J. RIGAS, NATIONAL PARK SERVICE, JESSICA BOWRON )
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, and DC PRESERVATION LEAGUE .

Date: November 16, 2025

/s/ Gregory Alan Werkheiser
*Attorney's signature*

Gregory Alan Werkhesier, Bar No. VA210
*Printed name and bar number*

1711 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
*Address*

greg@culturalheritagepartners.com
*E-mail address*

703-408-2002
*Telephone number*

866-875-6492
*FAX number*