IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CULTURAL HERITAGE PARTNERS, PLLC, et al.**,

Plaintiffs,

v.

**DONALD J. TRUMP, et al.**,

Defendants.

Civil Action No. 1:25-cv-03969-DLF

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, and for the reasons stated on the record, Plaintiffs' request for a Temporary Restraining Order and expedited hearing is **GRANTED**.

It is **ORDERED** that Defendants, their officers, agents, employees, and all persons acting in concert with them are temporarily restrained from commencing any exterior work or other activities on the Eisenhower Executive Office Building that could alter historic fabric or otherwise change existing conditions until further order of the Court or resolution of Plaintiffs' Motion for a Preliminary Injunction.

It is **FURTHER ORDERED** that Plaintiffs' request for an expedited hearing on their Motion for a Preliminary Injunction is **GRANTED**, and that the hearing shall be held on _____, at _____ __.m., in Courtroom ____.

SO ORDERED this day ____ of _____, 2025.

_____
**Dabney L. Friedric**
United States District Judge