# EXHIBIT 2



Bookmarks

**Donald J. Trump**
@realDonaldTrump · Aug 7

The beautiful Executive Office Building, opposite the White House, as it would have looked in white stone but, nevertheless, is still beautiful in its original grey stone. What a great beauty it is!



621    3.15k    15.8k