# EXHIBIT 3

TRANSCRIPT: Seen and Unseen, Fox News, November 12, 2025

```
1
00:00:05,080 --> 00:00:06,854
LAURA INGRAHAM: We reveal the stories behind the

2
00:00:06,854 --> 00:00:09,219
headlines. For that, we turn to Fox News

3
00:00:09,219 --> 00:00:10,697
contributor Raymond Arroyo. All right,

4
00:00:10,697 --> 00:00:13,062
Raymond, when we were in the Oval the

5
00:00:13,062 --> 00:00:15,427
other day or even almost evening, I asked

6
00:00:15,427 --> 00:00:17,496
what could be the president's next major

7
00:00:17,496 --> 00:00:20,430
Renault on the White House grounds. RAYMOND ARROYO: Yeah.

8
00:00:20,430 --> 00:00:23,222
And Laura, I think you could call this a

9
00:00:23,222 --> 00:00:24,463
presidential consultation officially. LAURA INGRAHAM: Is

10
00:00:24,463 --> 00:00:26,324
the Old Executive Office Building color

11
00:00:26,324 --> 00:00:28,805
going to be changed? I've heard a rumor

12
00:00:28,805 --> 00:00:31,287
of that. DONALD TRUMP: Well, I'll, I'll show you a

13
00:00:31,287 --> 00:00:33,768
picture of it before and after and you'll
```

```
14
00:00:33,768 --> 00:00:35,939
make that determination. LAURA INGRAHAM OK. DONALD TRUMP: You did hear

15
00:00:35,939 --> 00:00:38,749
that. That's amazing. LAURA INGRAHAM I heard it maybe, I worked

16
00:00:38,749 --> 00:00:40,841
in the OB during the Reagan

17
00:00:40,841 --> 00:00:43,281
Administration…(overtalk)…DONALD TRUMP: so you know it was always

18
00:00:43,281 --> 00:00:45,373
considered great and ugly building and

19
00:00:45,373 --> 00:00:47,814
it's actually one of the most beautiful

20
00:00:47,814 --> 00:00:48,860
buildings ever built. LAURA INGRAHAM: I kind of like it

21
00:00:51,660 --> 00:00:54,128
DONALD TRUMP: How beautiful that is with a coat of

22
00:00:54,128 --> 00:00:56,287
paint. LAURA INGRAHAM: So is it just painting though?

23
00:00:56,287 --> 00:00:58,447
DONALD TRUMP: It's all painting. Most of it's painting.

24
00:00:58,447 --> 00:01:01,223
LAURA INGRAHAM So what is it now? Just now…(overtalk)… DONALD TRUMP :
cleaning and

25
00:01:01,223 --> 00:01:03,074
pointing and painting and there's other

26
00:01:03,074 --> 00:01:05,234
work too. Look at that, how beautiful

27
```

```
00:01:05,234 --> 00:01:07,393
that is. LAURA INGRAHAM: But you're not worried. It's

28
00:01:07,393 --> 00:01:09,861
like a big white BLOB. DONALD TRUMP: No no what it

29
00:01:09,861 --> 00:01:11,751
does it is brings…(overtalk)… LAURA INGRAHAM See you're a builder.

30
00:01:11,751 --> 00:01:13,958
I'm not. I have no..(overtalk) DONALD TRUMP: no no, it really. It brings out

31
00:01:13,958 --> 00:01:15,675
the detail. Do you understand Raymond? RAYMOND ARROYO: I

32
00:01:15,675 --> 00:01:18,320
Do…(Overtalk…) LAURA INGRAHAM, suck up, suck up…(overtalk)…DONALD TRUMP: So that building

33
00:01:18,320 --> 00:01:20,903
was built. People considered it

34
00:01:20,903 --> 00:01:22,970
a really ugly building.

35
00:01:24,010 --> 00:01:26,651
And I looked at it and some other people

36
00:01:26,651 --> 00:01:28,706
is one of the most beautiful buildings

37
00:01:28,706 --> 00:01:31,053
ever built. When you see that, Well, look

38
00:01:31,053 --> 00:01:33,108
at look at this Raymond. Ohh, there,

39
00:01:33,108 --> 00:01:35,456
there it is. Look, there it is before

40
```

```
00:01:35,456 --> 00:01:37,510
RAYMOND ARROYO: it's sort of just an Adams family aesthetic

41
00:01:39,040 --> 00:01:41,373
I have to say. So you're cleaning up

42
00:01:41,373 --> 00:01:43,123
the Adams family..(overtalk)…DONALD TRUMP: no its highlighting. You know,

43
00:01:43,123 --> 00:01:45,165
they, they each window is surrounded by

44
00:01:45,165 --> 00:01:46,915
columns. There's never been anything like

45
00:01:46,915 --> 00:01:49,248
this. RAYMOND ARROYO: You know, you don't see those in

46
00:01:49,248 --> 00:01:51,582
the other before. DONALD TRUMP: You don't even see the
columns…(overtalk)…

47
00:01:51,582 --> 00:01:53,915
LAURA INGRAHAM: my office was on the other side and long

48
00:01:53,915 --> 00:01:55,957
time ago. RAYMOND ARROYO: Maybe that's what gave it the Adams
family…(overtalk)…DONALD TRUMP: you know it's called.

49
00:01:55,957 --> 00:01:57,998
You know what it's called. They use

50
00:01:57,998 --> 00:02:00,981
greystone. Gray is for funerals, but it's

51
00:02:00,981 --> 00:02:03,182
called greystone. So look at it now. How

52
00:02:03,182 --> 00:02:05,109
Beautiful it is. RAYMOND ARROYO: That is gorgeous. LAURA INGRAHAM: When
is that
```

```
53
00:02:05,109 --> 00:02:07,310
planned for? DONALD TRUMP: I don't even know when I'm

54
00:02:07,310 --> 00:02:09,512
gonna do it yet. I mean, I'm getting

55
00:02:09,512 --> 00:02:11,438
costs from, I'm getting bids right now

56
00:02:11,438 --> 00:02:13,639
from painters. And we'll see. It'll be a

57
00:02:13,639 --> 00:02:14,740
great addition to Washington.
```

[END INTERVIEW PORTION WITH DONALD TRUMP]