# EXHIBIT 4

# A Timeline of Donald Trump's Shocking Changes to the White House Since He Took Office in January

President Trump has made changes to historical elements of the White House, such as the Rose Garden, the Cabinet Room and most recently, the East Wing

By **Stephanie Sengwe** | Updated on November 3, 2025 10:36AM EST

💬 **13 COMMENTS**



11/17/25, 8:40 AM  A Timeline of Donald Trump's Renovating Changes to the White House, from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 3 of 17

residence, including the Rose Garden, the Cabinet Room, the Oval Office and more. On Oct. 20, construction crews were spotted starting construction on the East Wing of the White House. The East Wing, which, in part, housed the office of the first lady and the Presidential Emergency Operations Center, will be replaced by a ballroom. Though initially Trump had said impact on the East Wing would be minimal, on Oct. 23, the New York Times reported that the entire structure was slated for demolition.

Sources tell PEOPLE that the redesigns are designed to remake the White House to resemble Trump's Palm Beach club, Mar-a-Lago.

"Anytime Melania and Donald can make the White House feel more like Mar-a-Lago, they will," one source, a club member, tells PEOPLE. "They love Mar-a-Lago. Not only is it their home, but Donald personally created much of the current decor and takes pride in living there and showing it to other people."

The administration confirmed this by adding several new events to the WhiteHouse.gov "major events timeline," some of which mocked former Democratic presidents and others of which touted the golf club-inspired renovations, "incorporating gold filigree, historic portraits, and custom carvings inspired by his Mar-a-Lago estate. Completed by August 2025, the updates enhanced the room's aesthetic with elegant gold-accented decor, creating a refined setting for high-level meetings and showcasing America as the greatest nation in history."

Check out the timeline and before-and-after pictures of areas the president has renovated so far.

**01**
of 14

## 2017: The Oval Office Rug

11/17/25, 8:40 AM                 A Timeline of Donald Trump's Ordering Changes to the White House—from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 4 of 17



**Oval Office rug.**
Credit: White House/News Pictures/Shutterstock; BRENDAN SMIALOWSKI/AFP via Getty

The ceiling isn't the only thing that's been given a makeover in the Oval Office. During his first term in 2017, Trump traded in the traditional blue carpet for a lighter version. Instead of the standard red, white and blue, a beige version, with red, brown and gold accents was installed while he was on a 17-day work vacation, per *Architectural Digest*.

## 02
of 14

# January 2025: The Oval Office Gallery Wall

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 5 of 17



**Oval Office Gallery.**
Credit: Roberto Schmidt/Getty; MANDEL NGAN/AFP via Getty

The gallery wall in the Oval Office used to carry a simplistic design with portraits of former presidents decorating the ivory wall coverings. However, [immediately after taking office in January 2025,](#) Trump began making changes, starting with adding and a row of vessels where greenery used to be. In the months since, more portraits in more opulent and baroque frames, and added decorative ornaments in shiny gold — including wall finials and fireplace accents — have been added.

## 03 of 14 | 2025: The Oval Office Ceiling

11/17/25, 8:40 AM
A Timeline of Donald Trump's Renovation Changes to the White House, From the East Wing to the Rose Garden
Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 6 of 17



**The Oval Office ceiling.**
Credit: PAUL J. RICHARDS/AFP via Getty; ALLISON ROBBERT/AFP via Getty

The presidential seal on the Oval Office ceiling used to be in all white, blending in with the rest of the paint. However, Trump added gold embellishments, making it more prominent.

## 04 of 14  2025: The Cabinet Room

11/17/25, 8:40 AM    A Timeline of Donald Trump's Ongoing Changes to the White House, from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 7 of 17



**Cabinet Room.**
Credit: ANDREW CABALLERO-REYNOLDS/AFP via Getty; Anna Moneymaker/Getty

The Cabinet Room of the White House has also gotten some golden ornamentation added. Where the walls have maintained the signature minimalistic design in years past, Trump added "24-karat gold decals to the walls and installed matching gold curtains," per Business Insider.

05
of 14

# March 31: Removing the Historic Magnolia Tree

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 8 of 17



**Jackson magnolia tree before and after.**
Credit: AP Photo/Andrew Harnik; Kevin Dietsch/Getty

In March, Trump announced plans to remove a magnolia tree planted to commemorate Andrew Jackson's late wife, Rachel, back in 1829.

"Everything must come to an end, and this tree is in terrible condition, a very dangerous safety hazard, at the White House Entrance, no less, and must now be removed," he wrote in the post. "This process will take place next week, and will be replaced by another, very beautiful tree."

The tree was removed in April.

## 06
of 14

# April 2025: The Grand Foyer Portrait

11/17/25, 8:40 AM
A Timeline of Donald Trump's Ordering Changes to the White House, from the East Wing to the Rose Garden
Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 9 of 17



**The Grand Foye.**
Credit: Michael Brochstein/SOPA Images/Shutterstock; Win McNamee/Getty

Under the previous president, Joe Biden, the Grand Foyer of the White House held a picture of former President Barack Obama. In April 2025, Trump replaced it with a photo of himself from the July 2024 assassination attempt. The move broke tradition, which says that the two most recent presidential portraits should hang prominently on either side of the Grand Foyer for members of the public to appreciate during tours and events.

07
of 14

## June 2025: Addition of Giant Flag Poles

11/17/25, 8:40 AM
A Timeline of Donald Trump's Shocking Changes to the White House — from the East Wing to the Rose Garden
Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 10 of 17



**100-foot-tall flag pole on the Suuth Lawn.**
Credit: Kevin Carter/Getty

Trump updated the North and South Lawns with gigantic flag poles back in June. The AP reported the president was heard remarking, "It's such a great pole," as one was erected on the South Lawn on June 18.

## 08
of 14

## June 2025: Trump Portrait Replaces Hillary Clinton

11/17/25, 8:40 AM  A Timeline of Donald Trump's Showing Changes to the White House — from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 11 of 17



**Trump portrait that replaced Hilary Clinton in East Wing.**
Credit: Chip Somodevilla/Getty

Back in June, Trump made some more adjustments to the artwork on display. In the East Wing of the building, the official First Lady portrait of Hillary Clinton was replaced with a portrait of a former Republican first lady, Patricia Nixon.

Additionally, a portrait of Trump's face overlaid with the American flag was then added in between Nixon and a portrait of another former first lady, Laura Bush.

Other portraits spotted on the White House walls include a presidential portrait that similar to his August 2023 mug shot as well as a framed *New York Post* cover showing his actual mug shot.

## 09 of 14  September 2025: White House Palm Room

11/17/25, 8:40 AM	A Timeline of Donald Trump's Shocking Changes to the White House — from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 12 of 17



**The Palm Room of the White House.**
Credit: Official White House Photo by Shealah Craighead; Andrew Leyden/ZUMA Press Wire/Shutterstock

On Sept. 24, a West Wing visitor shared a photo of the newly updated White House Palm Room, which connects the front of the White House to the Rose Garden and West Colonnade in the back.

The room historically featured soft lighting with potted plants and trees, and was lined with benches and tables on gray tiled floor. In the pic, the Palm Room is bright white, with a flashy new chandelier and white marble floors.

Trump confirmed the changes, writing, "New lobby leading to Oval Office — Magnificent marble floor, compliments of President Donald J. Trump!" on his Truth Social account.

**10**
of 14

# September 2025: The Rose Garden



**Rose Garden at the White House.**
Credit: Drew Angerer/Getty; ANDREW CABALLERO-REYNOLDS/AFP via Getty

The Rose Garden used to feature a green lawn flanked by elegant magnolias and rows of rosebushes, commissioned by the Kennedys. However, in September 2025, the president transformed it into a "Rose Garden Club," paving over the lawn and adding white chairs topped with Mar-a-Lago-style yellow and white umbrellas. In October 2025, amid the government shutdown, he invited Republican congresspeople there for burgers and sent them home with swag bags emblazoned with his gold-embossed signature.

## 11 of 14   September 2025: The West Wing Colonnade

11/17/25, 8:40 AM                            A Timeline of Donald Trump's Showing Changes to the White House — from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 14 of 17



Credit: CAROLYN KASTER/POOL/AFP via Getty; SAUL LOEB/AFP via Getty

Along the famed outdoor walkway of the West Wing, the Trump administration erected a "Walk of Fame" depicting past presidents, but replaced Biden's photo with one depicting an autopen, something Trump refers to often as a way of criticizing his predecessory.

## 12 of 14    October 2025: The Lincoln Bedroom Bathroom

11/17/25, 8:40 AM       A Timeline of Donald Trump's Shocking Changes to the White House — from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 15 of 17



**Lincoln Bedroom.**
Credit: Bill O'Leary/The The Washington Post via Getty

While giving updates about his plans for the White House Ballroom, Trump revealed he also made changes to the bathroom in the Lincoln Bedroom.

"The bathroom was done by the Truman family a long time ago and done in green tile, and it's done as — in a style that was not exactly Abe Lincoln," he said. "It's a style that is not good … it is actually art deco and art deco doesn't go with 1850 and civil wars."

"But what does do it is statuary marble," he continued. "So I ripped it apart and we built a bathroom that's absolutely gorgeous and totally keeping in that time because the Lincoln bedroom is so incredible for those of you who have seen it."

## 13 of 14      October 2025: The East Wing



Credit: Al Drago/Getty; DREW ANGERER/AFP via Getty

On Oct. 20, construction began on the East Wing of the White House. The old structure, which used to hold the office of the first lady, the Presidential Emergency Operations Center, a visitor's entrance and a theater, will be turned into a ballroom.

Though initially the president said the construction project, which he estimated would cost $200 million in what he said would be privately donated funds, would not significantly impact the structure, it was revealed shortly thereafter that the entire East Wing would be torn down to make way for the 90,000-square foot addition. Demolition began despite not having been signed off on by the National Capital Planning Commission, which oversees renovations to government buildings around Washington, D.C.

Later that afternoon, Trump confirmed that the demolition had been planned, and raised the estimated cost to $300 million. Among the donors to what one document called the "President Donald J. Trump Ballroom" (though he has denied it will be called that) are Google, Meta and Palantir.

11/17/25, 8:40 AM	A Timeline of Donald Trump's Showing Changes to the White House — from the East Wing to the Rose Garden

Case 1:25-cv-03969-DLF    Document 7-6    Filed 11/17/25    Page 17 of 17

## 14  October 2025: Trump Shares Rare Glimpse of the Lincoln Bathroom



**Lincoln Bathroom.**
Credit: Donald Trump/Truth Social (2)

On Oct. 31, 2025, Donald Trump took to Truth Social to show before-and-after photos of the changes he had made to the Lincoln bathroom.

Because not many photos of the bathroom — and the private floor where the Lincoln bedroom is located — have been made public, Trump's social media post served as a rare behind-the-scenes look at the White House's living quarters.

"I renovated the Lincoln Bathroom in the White House," Trump wrote alongside the post. "It was renovated in the 1940s in an art deco green tile style, which was totally inappropriate for the Lincoln Era."

"I did it in black and white polished Statuary marble," he continued. "This was very appropriate for the time of Abraham Lincoln and, in fact, could be the marble that was originally there!"