# EXHIBIT 9



National Register Nomination
**Lafayette Square Historic District**
Washington, District of Columbia

DRAFT (May 2013)
Drawing 1.0