# EXHIBIT 11



[Home](#) › [News](#) › How Often Should You Repaint Your Commercial Property?

# How Often Should You Repaint Your Commercial Property?

When it comes to maintaining a commercial property, appearances matter more than you might think. Whether you manage an office building, retail storefront, or industrial space, your property's exterior and interior paint play a critical role in shaping customer perception, reinforcing your brand, and even preserving the structural integrity of the building. But how often should you repaint your commercial property? If you are looking to invest in a commercial or industrial property for your business, the experts at [B8 Real Estate](#) can make this process more manageable. Choosing modern upgrades such as [commercial fitouts Melbourne](#) businesses trust can also enhance functionality and style, ensuring your property stands out while remaining practical.

According to professional [painting services](#), the answer depends on several key factors—including the type of business, the quality of the last paint job, environmental exposure, and how much wear and tear the space receives.

## 1. Exterior Painting Frequency

According to a [painting contractor](#), the exterior of your commercial building is constantly exposed to the elements. Sun, rain, snow, wind, and pollution can all take a toll on your paint over time.

**General guideline:**

- **Every 5–7 years** for most commercial buildings
- **Every 3–5 years** in harsher climates or high-traffic areas

If your property is located near the coast or in a region with extreme weather conditions, you may need to repaint more often due to faster fading, peeling, or mold growth. Regular inspections with the help of professional painters will help you catch signs of deterioration early, so you can plan a fresh coat before damage sets in. You can learn more about their commercial painting capabilities at [www.sapaintingservices.com.au/commercial-painter-adelaide/](#). They also specialize in creating vibrant and professional [barber shop design](#) that attract customers and enhance the overall atmosphere of your space.

## 2. Interior Painting Frequency

According to a great [painting company](#), interior walls don't face the same weathering as exteriors, but they are subject to scuffs, scratches, stains, and general wear—especially in high-traffic areas.

**Suggested schedule:**

- **Every 2–3 years** in high-traffic areas (e.g., hallways, lobbies, waiting rooms)
- **Every 4–6 years** in private offices or low-traffic zones
- **As needed** for walls with damage, fading, or outdated colors

Keeping interior paint fresh not only improves aesthetics but can also promote cleanliness and boost employee morale. For outdoor spaces, hiring professional [exterior painters edmonton](#) businesses trust ensures the same level of quality and long-lasting appeal.

## 3. Industry-Specific Considerations

Certain industries may require more frequent painting based on customer expectations, compliance regulations, or the nature of the work.

- **Restaurants and medical facilities** may need repainting every 2–3 years to maintain cleanliness standards.
- **Retail stores** often refresh paint to stay in line with branding updates or seasonal marketing.
- **Warehouses and industrial facilities** may need repainting less often but must prioritize safety markings and protective coatings.

## 4. Signs It's Time to Repaint

Regardless of the calendar, there are clear signs that your commercial property needs a new coat of paint:

- Peeling, cracking, or bubbling paint
- Fading or discoloration from sun exposure
- Mold or mildew stains
- Outdated colors that no longer match your brand
- Interior scuffs, scratches, or water damage

If you spot any of these issues, it's time to contact a professional for a commercial painting evaluation and quote.

## 5. Benefits of Routine Repainting

Keeping up with regular repainting offers more than just cosmetic appeal:

- **Increased property value and curb appeal**
- **Stronger brand presence and customer impressions**
- **Extended lifespan of building materials**
- **Improved employee satisfaction and workspace quality**

A well-maintained commercial property sends a message of professionalism and pride, which can positively influence customers, clients, and tenants, especially when paired with leonardo.ai to fast-track your image creation for impactful marketing materials.

---

While there's no one-size-fits-all answer, most commercial properties benefit from repainting every 3 to 7 years—depending on the building's location, use, and exposure. Being proactive with your painting schedule can help you avoid bigger maintenance problems down the road and ensure your space always looks its best.