# EXHIBIT 15

Form 10-300
(Dec. 1968)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES
INVENTORY – NOMINATION FORM**

*(Type all entries – complete applicable sections)*

| STATE: |
| District of Columbia |
| COUNTY: |

| FOR NPS USE ONLY | |
| --- | --- |
| ENTRY NUMBER | DATE |
| | |

**S E E   I N S T R U C T I O N S**

## 1. NAME

COMMON:

**Lafayette Square Historic District**

AND/OR HISTORIC:

## 2. LOCATION

STREET AND NUMBER:

**Generally between 15th and 17th Streets on the east and west**
CITY OR TOWN:   **and H Street and State Place - Treasury Place on the north**
**and south in N. W. Washington,**

| STATE | CODE | COUNTY: | | | CODE |
| --- | --- | --- | --- | --- | --- |
| District of Columbia | | | | | |

## 3. CLASSIFICATION

| CATEGORY *(Check One)* | | OWNERSHIP | STATUS | ACCESSIBLE TO THE PUBLIC |
| --- | --- | --- | --- | --- |
| District ☐   Building ☒ | Public ☐ | Public Acquisition: | Occupied ☒ | Yes: |
| Site ☐   Structure ☐ | Private ☐ | In Process ☐ | Unoccupied ☐ | Restricted ☒ |
| Object ☐ | Both ☒ | Being Considered ☐ | Preservation work in progress ☐ | Unrestricted ☐ |
| | | | | No: ☐ |

PRESENT USE *(Check One or More as Appropriate)*

| | | | | |
| --- | --- | --- | --- | --- |
| Agricultural ☐ | Government ☐ | Park ☒ | Transportation ☐ | Comments ☐ |
| Commercial ☒ | Industrial ☐ | Private Residence ☒ | Other *(Specify)* ☐ | _____ |
| Educational ☒ | Military ☐ | Religious ☒ | _____ | _____ |
| Entertainment ☐ | Museum ☐ | Scientific ☐ | | |

## 4. OWNER OF PROPERTY

OWNERS NAME:

**Various public and private**

STREET AND NUMBER:

| CITY OR TOWN: | STATE: | CODE |
| --- | --- | --- |
| | | |

## 5. LOCATION OF LEGAL DESCRIPTION

COURTHOUSE, REGISTRY OF DEEDS, ETC:

STREET AND NUMBER:

| CITY OR TOWN: | STATE | CODE |
| --- | --- | --- |
| | | |

APPROXIMATE ACREAGE OF NOMINATED PROPERTY:

## 6. REPRESENTATION IN EXISTING SURVEYS

TITLE OF SURVEY:

| DATE OF SURVEY: | Federal ☐   State ☐   County ☐   Local ☐ |
| --- | --- |

DEPOSITORY FOR SURVEY RECORDS:

STREET AND NUMBER:

| CITY OR TOWN: | STATE: | CODE |
| --- | --- | --- |
| | | |

STATE:

COUNTY:

ENTRY NUMBER

DATE

FOR NPS USE ONLY

## 7. DESCRIPTION

| CONDITION | (Check One) | | | | | |
|---|---|---|---|---|---|---|
| | Excellent ☒ | Good ☐ | Fair ☐ | Deteriorated ☐ | Ruins ☐ | Unexposed ☐ |

| INTEGRITY | (Check One) | | (Check One) | |
|---|---|---|---|---|
| | Altered ☐ | Unaltered ☒ | Moved ☐ | Original Site ☒ |

DESCRIBE THE PRESENT AND ORIGINAL (If known) PHYSICAL APPEARANCE

At the north end of the district is Lafayette Park, a rectangular tract of land of 6.96 acres. From north to south it masures 420.67 feet and from east to west 722.7 feet. The dominant features of the park are statues honoring American war heroes Gen. Andrew Jackson (completed in 1853), General Lafayette (1891), General Rochambeau (1902), General Thaldeus Koscuiszko (1910), and General von Stueben (1910). See attached plan.

Surrounding Lafayette Park and adjacent to it are a number of buildings of special historical and architectural interest. In the southwest corner of the district, at Pennsylvania and 17th Street, is the Executive Office Building (designed by A. B. Mullet and built 1871-1888), sometimes known as the Old State, War, and Navy Building. On the opposite side of the White House (omitted from the district) in the southeast corner is the Treasury Building (Robert Mills and Thomas Ustick Walters, 1836-1869), the oldest of the government's departmental buildings. On the north side of Pennsylvania Avenue, across the street from the Executive Office Building, are the Renwick Gallery (James Renwick, 1859), built for William Corcoran, and the Blair-Lee Houses (1824, restored in 1931 by Waldon Faulkner), which are used for entertaining distinguished visitors from foreign countries.

Facing Lafayette Park on Jackson Place are row houses dating from the 19th century, occasionally interrupted by reconstructed residences of a similar style. Despite a latitude of variations. the houses have a compatibility and cohesiveness of scale, texture, materials, colors, voids, and rhythm. Of greatest interest is the Decatur House (a National Historic Landmark, Benjamin H. Latrobe, 1818), the first private home built on Lafayette Square.

Facing Lafayette Park on H Street, beginning at the northwest corner of the district, are the Chamber of Commerce Building (Cass Gilbert, 1925); the Hay-Adams Hotel, built on the site of the homes of John Hay and Henry Adams; St. John's Church (a National Historic Landmark, Benjamin Latrobe, 1816; James Renwick, 1883), sometimes called the "Church of the Presidents; St. John's Parish House (1822-1834), which at one time served as the British Embassy; and the Veterans Administration Building (James A. Wetmore, 1918).

Facing Lafayette Park on Madison Place, beginning at the northeast corner of the distric, are the Cutts-Madison House (1820), a simple Federal residence occupied by Dolly Madison in her later years; the old Cosmos Club Annex (1904); the Tayloe-Cameron House (1818), which became known as the "Little White House," when owned by "Boss Hanna" (Senator Mark Hanna of Ohio), one of the most powerful men in Washington in his day; the United States Court of Claims Building 1965; and the Treasury Annex (Cass Gilbert, 1919), which with the Chamber of Commerce Building represent the only completed portions of a plan to unify the architecture of Lafayette Square in the manner of the older Treasury Department.

| | STATE |
|---|---|
| Form 10-300a<br>(July 1969)<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>NATIONAL PARK SERVICE<br><br>**NATIONAL REGISTER OF HISTORIC PLACES**<br><br>**INVENTORY - NOMINATION FORM**<br><br>*(Continuation Sheet)* | District of Columbia |

STATE

District of Columbia

COUNTY

FOR NPS USE ONLY

| ENTRY NUMBER | DATE |
|---|---|
| | |

*(Number all entries)*

7. Description Continued            Page 1

      East of the Treasury Annex on Pennsylvania Avenue are the Riggs
National Bank (York and Sawyer, 1898) and the American Security and
Trust Company (York and Sawyer, 1899) buildings.  Across the Street
from the York and Sawyer structures, at the corner of 15th and New
York Avenue, is the National Savings and Trust Company Building
(James Windrim, 1880), noted for its complex fenestration.

## 8. SIGNIFICANCE

**PERIOD** *(Check One or More as Appropriate)*

| | | | |
|---|---|---|---|
| Pre-Columbian ☐ | 16th Century ☐ | 18th Century ☐ | 20th Century ☒ |
| 15th Century ☐ | 17th Century ☐ | 19th Century ☒ | |

**SPECIFIC DATE(S)** *(If Applicable and Known)*

**AREAS OF SIGNIFICANCE** *(Check One or More as Appropriate)*

| | | | |
|---|---|---|---|
| Aboriginal ☐ | Education ☐ | Political ☒ | Urban Planning ☐ |
| Prehistoric ☐ | Engineering ☐ | Religion/Phi- | Other *(Specify)* ☐ |
| Historic ☐ | Industry ☐ | losophy ☐ | _____ |
| Agriculture ☐ | Invention ☐ | Science ☐ | _____ |
| Art ☐ | Landscape ☐ | Sculpture ☐ | _____ |
| Commerce ☒ | Architecture ☒ | Social/Human- | _____ |
| Communications ☐ | Literature ☐ | itarian ☐ | _____ |
| Conservation ☐ | Military ☒ | Theater ☐ | _____ |
| | Music ☐ | Transportation ☐ | _____ |

**STATEMENT OF SIGNIFICANCE** *(Include Personages, Dates, Events, Etc.)*

Lafayette Park was originally included in the President's Park planned by Maj. Pierre L'Enfant. Thomas Jefferson later authorized the separation of the present tract into a park for area residents and visitors. Workmen laid the first walks in 1824, at the time the park received its name, after the triumphant visit to this country of Maj. Gen. Marquis de Lafayette. Andrew Jackson Downing, the leading American landscape architect of his time, designed the first landscaping plan in 1853. His plan has been adhered to over the years with only slight revisions. The principal improvements occurred in 1872-1881, 1936-1937, and 1969.

Traditionally, Lafayette Park has been the people's park. Its statues remind visitors of the struggle to achieve a popular form of government, and it has often been a meeting place for those wishing to bring important issues to the immediate attention of the Chief Executive. Surrounding it and adjacent to it are buildings that date from the 19th and early 20th centuries, representing the period during which the Republic grew from relative insignificance to world leadership. Many of the great figures in the political, military, diplomatic, and economic life of the nation worked in the buildings included in the district or were frequent visitors to them.

Stylistically, key buildings have their roots in the Federal Period. The rest run the gamut of architectural style through 19th-century Victorianism and early 20th-century Edwardian taste, culminating in the Beauxarts style of the 1920's, as exemplified in the United States Chamber of Commerce Building. With a few minor exceptions, the district encompasses all the buildings of architectonic quality in the area.

*(left margin, vertical text):* SEE INSTRUCTIONS

*(left margin):* 1851-52

## 9. MAJOR BIBLIOGRAPHICAL REFERENCES

George J. Olszewski, Lafayette Park (Washington, 1964); NPS, Historical Study of the Buildings along Madison Place, Lafayette Square (Washington, 1960); Landmark files, Division of History, NPS, on St. John's Church and Decatur House; AIA, A Guide to the Architecture of Washington, D. C. (Washington, 1965.)

## 10. GEOGRAPHICAL DATA

| | LATITUDE AND LONGITUDE COORDINATES DEFINING A RECTANGLE LOCATING THE PROPERTY | | O R | LATITUDE AND LONGITUDE COORDINATES DEFINING THE CENTER POINT OF A PROPERTY OF LESS THAN ONE ACRE | |
|---|---|---|---|---|---|
| CORNER | LATITUDE | LONGITUDE | | LATITUDE | LONGITUDE |
| | Degrees Minutes Seconds | Degrees Minutes Seconds | | Degrees Minutes Seconds | Degrees Minutes Seconds |
| NW | 38° 54' 04" | 77° 02' 23" | | | |
| NE | 38° 54' 04" | 77° 02' 00" | | | |
| SE | 38° 53' 47" | 77° 02' 00" | | | |
| SW | 38° 53' 47" | 77° 02' 23" | | | |

LIST ALL STATES AND COUNTIES FOR PROPERTIES OVERLAPPING STATE OR COUNTY BOUNDARIES

| STATE: | CODE | COUNTY | CODE |
|---|---|---|---|
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |

## 11. FORM PREPARED BY

NAME AND TITLE:
John D. McDermott, Historian

ORGANIZATION: OAHP, NPS  DATE: 3/10/70

STREET AND NUMBER: 801 19th Street, N.W.

CITY OR TOWN: Washington  STATE: D. C.  CODE

## 12. STATE LIAISON OFFICER CERTIFICATION

As the designated State Liaison Officer for the National Historic Preservation Act of 1966 (Public Law 89-665), I hereby nominate this property for inclusion in the National Register and certify that it has been evaluated according to the criteria and procedures set forth by the National Park Service. The recommended level of significance of this nomination is:

National ☐    State ☐    Local ☐

Name _____

Title _____

Date _____

## NATIONAL REGISTER VERIFICATION

I hereby certify that this property is included in the National Register.

_____
Chief, Office of Archeology and Historic Preservation

Date _____

ATTEST:

_____
Keeper of The National Register

Date _____

SEE INSTRUCTIONS

The line
Represents
in each case
the rear
property line
of each of the
buildings
mentioned in
the "Present
Appearance"
section of the
National
Register
form



Fig. 2.--Lafayette Square in relation to the White House Neighborhood.



PHOTOGRAPH FOR
HISTORIC AMERICAN BUILDINGS SURVEY
by JACK E. BOUCHER, WASHINGTON, D.C. 20240
DATE

Lafayette Sq 13+

210



PHOTOGRAPH FOR
HISTORIC AMERICAN BUILDINGS SURVEY
by JACK E. BOUCHER, WASHINGTON, D.C. 20040 20040
DATE

Lafayette Sq
13+





PHOTOGRAPH FOR
HISTORIC AMERICAN BUILDINGS SURVEY
by JACK E. BOUCHER, WASHINGTON, D.C. 20240
DATE



PHOTOGRAPH FOR
HISTORIC AMERICAN BUILDINGS SURVEY
by JACK E. BOUCHER, WASHINGTON, D.C. 20240
DATE

*Lafayette Sq.*
*(NHL)*

21 B



Andrew Jackson Statue,
by Robert Mills

Lafayette Park

Washington D.C.

July 1975

photograph by James Dixon NPS

VIEW towards White House



Andrew Jackson Statue, center of Lafayette Park, Wash., D.C.          NPS Photo. '70

Lafayette Square Historic District,
Washington, DC

NATIONAL  HISTORIC  LANDMARK



NPS Photo. '70
Wash., D.C.
NE Corner of Lafayette Square His.Dist.,showing Dolly Madison House and Old Cosmos Club Annex.

Lafayette Square Historic District,
Washington,,DC

NATIONAL HISTORIC LANDMARK



South side of Pennsylvania Avenue, D.C.                    NPS Photo 1970

NATIONAL HISTORIC LANDMARK



Lafayette Square Historic District,
Washington, DC

NATIONAL HISTORIC LANDMARK



Jackson Place buildings forming western boundary, D.C.                    NPS Photo 1970

NATIONAL  HISTORIC  LANDMARK



Decatur House,  Washington, D.C.

NPS Photo 1971

Lafayette



Decatur House.   National Archives.



Lafayette Park

- Jackson

by C. Mills

Photo courtesy of
NATIONAL PARK SERVICE
U.S. DEPARTMENT OF THE INTERIOR
If published, please give credit.

11- 29-59

2850.B



NATIONAL HISTORIC LANDMARK

Lafayette Square Historic District, D.C.
(Decatur House)



HHR BC FDC

Lafayette Square
Historic District
Washington, D.C.

#4 Filter, Very Flat

NATIONAL HISTORIC LANDMARK





PHOTOGRAPH FOR
HISTORIC AMERICAN BUILDINGS SURVEY
by JACK E. BOUCHER, WASHINGTON, D.C. 20240
                                    DATE_____



Lafayette Square Historic District,
Washington, DC.

NATIONAL HISTORIC LANDMARK



St. John's Church and the President's House.   1816.



Lafayette Square Historic District,
Washington, DC.

NATIONAL HISTORIC LANDMARK



St. John's Church and the President's House.  1816.

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

WASHINGTON WEST QUADRANGLE
DISTRICT OF COLUMBIA—MARYLAND—VIRGINIA
7.5 MINUTE SERIES (TOPOGRAPHIC)

Mapped, edited, and published by the Geological Survey

Control by USGS, USC&GS, NCPS, and WSSC

Topography by photogrammetric methods from aerial photographs
taken 1955. Field checked 1956. Revised 1965

Selected hydrographic data compiled from USC&GS Chart 560 (1965)
This information is not intended for navigational purposes

Polyconic projection. 1927 North American datum
10,000-foot grid based on Maryland coordinate system,
and Virginia coordinate system, north zone
1000-meter Universal Transverse Mercator grid ticks,
zone 18, shown in blue

Red tint indicates areas in which only landmark buildings are shown

SCALE 1:24000

CONTOUR INTERVAL 10 FEET
DATUM IS MEAN SEA LEVEL
DEPTH CURVES AND SOUNDINGS IN FEET—DATUM IS MEAN LOW WATER

THIS MAP COMPLIES WITH NATIONAL MAP ACCURACY STANDARDS
FOR SALE BY U.S. GEOLOGICAL SURVEY, WASHINGTON, D.C. 20242
AND VIRGINIA DIVISION OF MINERAL RESOURCES, CHARLOTTESVILLE, VIRGINIA 22903
A FOLDER DESCRIBING TOPOGRAPHIC MAPS AND SYMBOLS IS AVAILABLE ON REQUEST

ROAD CLASSIFICATION

Heavy-duty _____   Light-duty _____
Medium-duty _____   Unimproved dirt ========

○ Interstate Route   ○ U.S. Route   ○ State Route

WASHINGTON WEST, D.C.—MD.—VA.
N3852.5—W7700/7.5

1965

AMS 5561 | NE—SERIES V833

*Lafayette Square*
*Historic district*

MARYLAND

QUADRANGLE LOCATION

THOMPSON, JR.
NEW JERSEY

COMMITTEE:
EDUCATION AND LABOR
HOUSE ADMINISTRATION

TRENTON OFFICE:
132 WEST STATE STREET

WASHINGTON OFFICE:
452 HOUSE OFFICE BUILDING

PAUL D. FALCEY
ADMINISTRATIVE ASSISTANT

CHARLOTTE R. ELDREDGE
EXECUTIVE SECRETARY

# Congress of the United States
## House of Representatives
### Washington, D. C.

Kahler

INTERIOR DEPT.
RECEIVED
APR 2 5 1957
SECRETARY'S
IMMEDIATE
OFFICE

April 24, 1957

INTERIOR DEPT.
☆  RECEIVED  ☆
APR 2 5 1957
☆  OFFICE OF  ☆
THE SECRETARY

SECRETARY'S
MAIL CENTER

APR 2 9 1957

INTERIOR DEPT.
N P S

Honorable Fred A. Seaton
Secretary
Department of The Interior
Washington 25, D. C.

Dear Mr. Secretary:

I would appreciate having your reaction to the matters

discussed in the press release sent you herewith.

Cordially yours,

Frank Thompson

Frank Thompson, Jr., M. C.

WASHINGTON OFFICE:
452 HOUSE OFFICE BUILDING

PAUL D. FALCEY
ADMINISTRATIVE ASSISTANT

**Congress of the United States**
**House of Representatives**
**Washington, D. C.**

INTERIOR DEPT.
RECEIVED

CHARLOTTE R. ELDREDGE
EXECUTIVE SECRETARY

APR 2 4 1957

☆ OFFICE OF ☆
THE SECRETARY

April 22, 1957

INTERIOR DEPT.
RECEIVED
APR 2 3 1957
SECRETARY'S
IMMEDIATE
OFFICE

Honorable Fred A. Seaton
Secretary
Department of The Interior
Washington 25, D. C.

Dear Mr. Secretary:

I know you will be interested in this press release and I

would appreciate having your views on the matters discussed

therein.

Cordially yours,

Frank Thompson, Jr., M. C.

INTERIOR DEPT.
APR 24 1957
ASST. SECT.



LJO-n

MAY 28 1957

Mr. Homer T. Rosenberger, Recorder
Columbia Historical Society
1135 - 21st Street NW
Washington, D. C.

Dear Mr. Rosenberger:

Your letter of May 21 to the Secretary of the Interior
regarding the preservation of federally owned properties in the
vicinity of Lafayette Square, in Washington, D. C., has been
referred to this Office for reply.

We are pleased to learn of the interest of the Columbia
Historical Society in these properties and to note that the
Society adopted a resolution endorsing the proposal that the
Secretary of the Interior survey and study these properties under
the Historic Sites Act. It is the plan of the National Park
Service to undertake such a survey after July 1 of this year,
provided funds requested in the President's budget for the resump-
tion of the Historic Sites Survey are appropriated by the Congress.

Your interest in this matter is appreciated.

Sincerely yours,

(SGD) JOHN E. DOERR

John E. Doerr
Acting Chief
Division of Interpretation

Copy to:  Supt., National Capital Parks, w/c incoming ltr. and resolution
          Recreation Resource Planning              "
          Mr. R. F. Lee                             "
          √Branch of History                        "

RWYoung:lc  5/28/57

158 - B

APR 22 1957

Miss Elizabeth P. Reynolds
Recording Secretary
Dupont Circle Citizens Association
Mayflower Hotel
Washington 6, D. C.

Dear Miss Reynolds:

Your letter of April 9 to the Secretary of the Interior
regarding the preservation of Federally owned properties in the
vicinity of Lafayette Square, in Washington, D. C., has been
referred to this Office for reply.

We are pleased to learn of the interest of the Dupont
Circle Citizens Association in these properties and to note that
the Association adopted a resolution on April 1 endorsing the
proposal that the Secretary of the Interior survey and study
these properties under the Historic Sites Act. It is the plan
of the National Park Service to undertake such a survey after
July 1 of this year, provided funds requested in the President's
budget for the resumption of the Historic Sites Survey are
appropriated by the Congress.

Your interest in this matter is appreciated.

Sincerely yours,

SIGNED

Ronald F. Lee
Chief, Division of Interpretation

Copy to: Supt., National Capital Parks
         Recreation Resource Planning        (Each w/c of
         Mr. R. F. Lee                        incoming ltr.)
         Branch of History

RWYoung-fmd   4/19/57




DUPONT CIRCLE CITIZENS ASSOCIATION

WASHINGTON, D. C.

April 9, 1957

Secretary of the Interior
Interior Department
Washington, D. C.

My dear Mr. Secretary:

At the regular monthly meeting of the Dupont Circle Citizens
Association held at the Mayflower Hotel at 4:30 p.m. on April 1, 1957
a motion was made and carried by unanimous consent by Mr. L. M.
Leisenring, Fellow American Institute of Architects, which we are sure
you will be interested in and which reads as follows:

> Resolved:   That the Dupont Circle Citizens Association
> endorsed the proposal to have the Secretary of the
> Interior make a survey of the buildings of historic
> interest and value in the vicinity of and surrounding
> Lafayette Square acting under the authority of the "Act
> to provide for the preservation of historic American
> sites, buildings, objects and antiquities of national
> significance, and for other purposes", approved Aug. 21,
> 1935.  In this case the survey to include the Old State,
> War and Navy Building, the Court of Claims Building, the
> original Corcoran Gallery of Art, the buildings at the
> northwest corner of Pennsylvania Ave. and Jackson Place,
> and the "Dolly Madison House" and the Benjamin Ogle Tayloe
> house on Madison Place - once the home of the Cosmos Club.

> All of these properties are now owned by the Government
> and undeveloped plans have been made to construct typical
> department buildings on these historic sites.

> This Association will support action to preserve these
> buildings as historic monuments of the progressive develop-
> ment of our National Capital.

> Note:  Two buildings only of the area are planned
> to be preserved  - the Blair-Lee House on Pennsylvania
> Avenue and the Decatur House on the southwest corner of
> Jackson Place and H Sts.

Knowing of your interest, as are all true Americans, in preserving
the beauty and historic interest of our National Capital and the desire to
hold for posterity such places as will enable us to stand with other nations
in the interest of their capitals.

Very sincerely,

(sgd)    Elizabeth P. Reynolds
Secretary, Dupont Circle Citizens Ass'n



150-4

Lafayette P+

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

Dear Mr. Thompson:

We have read with interest the mimeographed statement
issued from your office for release on April 23, bearing on the
question of a new Federal Office building in the vicinity of
The White House for use of the Executive Department, which was
enclosed with your letters of April 22 and 24.

Your efforts in behalf of historic preservation
throughout the country and here in the Nation's capital have
been helpful and we appreciate your strong interest in this
subject. We are taking cognizance of the fact that you are
concerned over the prospect that the historic setting of The
White House and its immediate environs may be drastically changed
by the construction of new Federal office buildings.

As you know, the National Park Service plans to make
a study under the Historic Sites Act of 1935 regarding the
several sites you mention provided funds therefor are made
available. It would therefore appear proper, as you have done,
to call the attention of Mr. Fleming, Chairman of the Presidential
Commission, to the Act and to the policy it establishes.

With best wishes.

                              Sincerely yours,

                         (SGD) CONRAD L. WIRTH
                              Director


Copy to: Superintendent, National Capital Parks
         Design & Construction Division
         Mr. R. F. Lee
         Branch of History ✓
CWPorter-2nd   4/29/57

L58 DI



May 3, 1957

Maj. Gen. Glen E. Edgerton
Executive Director, President's Advisory
 Commission on Presidential Office Space
Room 6140, G.S.A. Building
Washington 25, D. C.

Dear General Edgerton:

Attached are copies of an interchange of correspondence

between the Department of the Interior and Congressman Frank

Thompson, Jr., as mentioned in the conference with you last week.

Sincerely yours,

SGD RONALD F. LEE

Ronald F. Lee
Chief, Division of Interpretation

Enclosures 2

Copy of:
(Ltr to Sec. Seaton frm Cong. Frank Thompson, Jr. 3/14/57
and reply signed by Act. Sec. Chilson 4/8/57)
 re Lafayette Square buildings

Copy to: √Dr. Porter

RFLee:kt

L58-I

*Porter*

MAY 1 3 1957

PRS 558

Dear Mr. Thompson:

Two press releases issued from your office on April 21
and 26 have been reviewed as you requested.

Your continuing interest in the preservation of historic
structures is appreciated. We note from the two releases that you
have quite properly communicated your views regarding the problem
of providing additional office space in the vicinity of the White
House for use of the Executive Department to the President's
Advisory Commission on Presidential Office Space.

As we advised you in our letter of April 8, 1957, the
National Park Service shortly after July 1, 1957, proposes to
undertake a study of the historical and architectural significance
of buildings in the vicinity of the White House provided funds
requested in the President's budget for the resumption of the
Historic Sites Survey are appropriated by the Congress.

The proposed resumption of the Historic Sites Survey is
an important facet of the comprehensive MISSION 66 program of the
National Park Service which, as you know, was submitted to Congress
last year with the strong support of the President and the
Department of the Interior. This is but one indication of this
administration's continuing interest in the conservation and
protection of historic structures and areas throughout the Nation.
Among the historic areas of the National Park System established
since January 1953 are the Edison Laboratory National Monument and
the Edison Home Historic Site in New Jersey; Chimney Rock National
Historic Site, Nebraska; Fort Union National Monument, New Mexico;
Cumberland Gap National Historical Park, Kentucky-Tennessee-
Virginia; Fort Vancouver National Monument, Washington; Golden
Spike National Historic Site, Utah and Independence National
Historical Park, Pennsylvania.

Sincerely yours,

(SGD) HATFIELD CHILSON

Acting Secretary of the Interior

Copy to:
Supt., National Capital Parks
Design and Construction Division
Mr. R. F. Lee
Branch of History and Information

JJCullinane:bds 5/9/57

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

**L. M. LEISENRING,** *Architect*

*Fellow, American Institute of Architects*

**1777 CHURCH STREET, N. W.    WASHINGTON 6, D. C.**

PHONE: NORTH 7-9395

Resolved that:—

The Columbia Historical Society endorses with great interest the proposal of the Secretary of the Interior to make a survey of a number of the buildings of historic and architectural interest in the vicinity of and surrounding Lafayette Park, acting under authority of the "Act to provide for the preservation of Historic American sites, buildings, objects and antiquities of national significance, and for other purposes", approved August 21, 1935. It is recommended that this survey include the Old State, War and Navy Building, the Court of Claims Building —the original Corcoran Gallery of Art—, the buildings at the northwest corner of Pennsylvania Avenue and Jackson Place and the "Dolly Madison House" and the Benjamin Ogle Tayloe house on Madison Place,—once the home of the Cosmos Club—.

All of these properties are now owned by the Government and undeveloped plans have been made to construct typical departmental office buildings on these historic sites. Only two buildings in this Government owned area are proposed to be preserved. These are the Blair—Lee House on Pennsylvania Ave. and the Decatur House on Jackson Place.

This Society will support action to preserve all those buildings listed herein as historic monuments in the progressive development of our National Capital.

— — — — — — — — — —

Send original to Secretary of the Interior
Copies to Rep. Frank Thompson, Jr., House Office Building.
          Bureau of the Budget
          General Services Administration
          National Capital Planning
          Office of the President.

Submitted by L. M. Leisenring, Chairman.

Case 1:25-cv-03969-DLF    Document 7-17    Filed 11/17/25    Page 55 of 313

FRANK THOMPSON, JR.
4TH DISTRICT, NEW JERSEY

COMMITTEES:
EDUCATION AND LABOR
LABOR-MANAGEMENT RELATIONS
SUBCOMMITTEE
HOUSE ADMINISTRATION
ENROLLED BILLS AND LIBRARY
SUBCOMMITTEE
TRENTON OFFICE:
123 WEST STATE STREET

WASHINGTON OFFICE:
BUILDING

PAUL D. FALCEY
ADMINISTRATIVE ASSISTANT

CHARLOTTE R. ELDREDGE
EXECUTIVE SECRETARY

# Congress of the United States
## House of Representatives
### Washington, D. C.

1957 JUL 13 PM 1 38

July 11, 1957

Honorable Conrad L. Wirth
Director
National Park Service
Department of The Interior
Washington 25, D. C.

Dear Mr. Wirth:

I am sending you herewith for your information and comment a copy of my bill (rough draft) providing for the conveyance of the Dolly Madison House to the National Trust for Historic Preservation. Appended also is a copy of my press release on this matter.

For years the National Trust for Historic Preservation has paid only the nominal sum of $1.00 a year for rental of its headquarters building at 712 Jackson pl., N. W., or so I have been informed. The National Trust rented from the Old Dominion Foundation, a Mellon organization. I am told, also, that only recently the General Services Administration, after acquiring the buildings at the west end of Lafayette Park, upped the rental from $1 a year to $12,000 a year. As you can well imagine, this almost put the National Trust out of Business. A further piece of information I have gleaned is that the National Park Service offered office space in the Old Stone House in Georgetown to the National Trust. This offer, although generous, was refused because the space in the Old Stone House was entirely too small.

My decision as to the wisdom of proceeding with this bill, about which I have written to Hon. Sherman Adams and Hon. Percival Brundage along this same line, will be based on the comments and suggestions I receive regarding it.

Cordially yours,

Frank Thompson, Jr., M. C.



COLUMBIA HISTORICAL SOCIETY
WASHINGTON, D. C.
1894

1135 - 21st St., NW
Washington, D. C.
May 21, 1957

The Secretary of the Interior
Washington 25, D. C.

Dear Sir:

     Attached is a Resolution recently adopted by the
Columbia Historical Society.  The Resolution indicates that
the Society will support action to preserve certain historic
buildings on and near Lafayette Square.

     Your interst in the preservation of these historic
structures is appreciated.

              Sincerely,

              Homer T. Rosenberger
              Recorder

138-H

JUL 22 1957

July 22, 1957

Young
7/17/5t,
Kellen
7/7
Audum 7/8
Thompson
7/8
Doerr 7/18

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

Dear Mr. Thompson:

Thank you for your letter of July 11 forwarding for
our information and comment a copy of your draft legislation
providing for the conveyance of the Dolly Madison House at
1520 H Street N.W. in Washington, D. C., to the National Trust
for Historic Preservation.

We are pleased to learn of your interest in the preser-
vation of this structure situated on Madison Place on the east
side of Lafayette Park. The National Park Service is aware of
the association of Dolly Madison with this interesting old build-
ing. However, in order to be fully apprised of the entire his-
torical and architectural significance of the structure, it would
be necessary to study it at some length. We believe that this
study could be accomplished in connection with the revived Historic
Sites Survey, which was authorized in the 1958 appropriations
for the Department of the Interior. As Under Secretary of the
Interior Chilson advised you on April 8, the Service plans to
undertake historical and architectural studies of buildings on
Jackson Place along the west side of Lafayette Park, and we believe
that an evaluation of the feasibility of preserving the Dolly
Madison House could be included in the studies already planned.

Until these studies have been completed we will be
unable to comment on the proposal to save the Dolly Madison House
and convey it to the National Trust for a permanent headquarters.
We are sure that you understand that we would be unable to comment
on your draft legislation in advance of a report upon it be the
Secretary of the Interior.

Your continued interest of the preservation of historic
structures is appreciated, and we appreciate the opportunity of
seeing the press release material enclosed with your letter.

Sincerely yours,

(Sgd) E. T. Scoyen

Director

CC: Superintendent, National Capital Parks w/c inc. ltr
Mr. R. F. Lee    w/c inc. ltr
Mr. Ben Thompson    "    "
Branch of History    "    "
RWYoung:Jan 7/17/57

**FRANK THOMPSON, JR.**
4th District New Jersey

COMMITTEES:
EDUCATION AND LABOR
LABOR-MANAGEMENT RELATIONS
SUBCOMMITTEE
HOUSE ADMINISTRATION
ENROLLED BILLS AND LIBRARY
SUBCOMMITTEE
TRENTON OFFICE:
132 WEST STATE STREET

OFFICE:
452 House Office Building

PAUL D. FALCEY
ADMINISTRATIVE ASSISTANT

CHARLOTTE R. ELDREDGE
EXECUTIVE SECRETARY

# Congress of the United States
## House of Representatives
### Washington, D. C.

RECEIVED
1957 JUL 13  PM 1 : 38

L 58

July 11, 1957

Honorable Conrad L. Wirth
Director
National Park Service
Department of The Interior
Washington 25, D. C.

Dear Mr. Wirth:

I am sending you herewith for your information and comment a copy of my bill (rough draft) providing for the conveyance of the Dolly Madison House to the National Trust for Historic Preservation. Appended also is a copy of my press release on this matter.

For years the National Trust for Historic Preservation has paid only the nominal sum of $1.00 a year for rental of its headquarters building at 712 Jackson pl., N. W., or so I have been informed. The National Trust rented from the Old Dominion Foundation, a Mellon organization. I am told, also, that only recently the General Services Administration, after acquiring the buildings at the west end of Lafayette Park, upped the rental from $1 a year to $12,000 a year. As you can well imagine, this almost put the National Trust out of Business. A further piece of information I have gleaned is that the National Park Service offered office space in the Old Stone House in Georgetown to the National Trust. This offer, although generous, was refused because the space in the Old Stone House was entirely too small.

My decision as to the wisdom of proceeding with this bill, about which I have written to Hon. Sherman Adams and Hon. Percival Brundage along this same line, will be based on the comments and suggestions I receive regarding it.

Cordially yours,

Frank Thompson, Jr., M. C.

Thompson of New Jersey

[ROUGH DRAFT]

## A  B I L L

To further the policies enunciated in the Act of August 21,
1935, providing for the preservation of historic American
buildings, and the Act of October 26, 1949, creating the
National Trust for Historic Preservation in the United
States, by providing for the conveyance of Dolly Madison
House in Washington, District of Columbia, to the National
Trust for Historic Preservation in the United States, and
for other purposes.

Be it enacted by the Senate and House of Representatives
of the United States of America in Congress assembled, That
as used in this Act--

(1) the term "National Trust" means the National

Trust for Historic Preservation in the United States

created by the Act of October 26, 1949 (16 U.S.C., sec.

468); and

-2-

(2) the term "Dolly Madison House" means all of that real property located at 1520 H Street, Northwest, in Washington, District of Columbia, which during the period from 1837 to 1849 was the dwelling of Dolly Madison, the wife of James Madison, fourth President of the United States.

Sec. 2.    The Administrator of General Services shall convey to the National Trust all right, title, and interest of the United States in and to Dolly Madison House subject to the following conditions:

(1) Dolly Madison House shall be the location of offices of the National Trust; and

(2) If Dolly Madison House ever ceases to be the location of offices of the National Trust all right, title, and interest in and to Dolly Madison House shall revert to the United States.

Sec. 3.    While owned by the National Trust, Dolly Madison House, together with the improvements thereon and the furnishings therein, shall be exempt from all taxation, subject to the provisions of sections 2, 3, and 5 of the Act entitled "An Act to define the real property exempt from taxation in the District of Columbia", approved December 24, 1942 (D. C. Code, sec. 47-801b, 47-801c, 47-801e).

-3-

Sec. 4.   While owned by the National Trust, Dolly Madison House shall not be condemned for public use by the United States or the District of Columbia.

Sec. 5.   The first sentence of section 3 of the Act entitled "An Act to further the policy enunciated in the Historic Sites Act (49 Stat. 666) and to facilitate public participation in the preservation of sites, buildings, and objects of national significance or interest and providing a national trust for historic preservation", approved October 26, 1949, as amended (16 U.S.C., sec. 468b), is amended by inserting immediately after "the Secretary of the Interior;" the following:  "the Chairman of the Commission of Fine Arts, ex officio; the Director of the National Collection of Fine Arts, ex officio;".

L58-Z

JUL 29 1957

AUG 1 - 1957

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

Dear Mr. Thompson:

        As Mr. Frain of your office requested in a telephone call
of July 24, there is enclosed a draft of bill designating Lafayette
Square, the Dolly Madison, Benjamin Taylor and Decatur Houses as
national historic sites.

        You are aware, of course, that legislative authority al-
ready exists to so designate these properties. I refer to the act
of August 21, 1935 (49 Stat. 666).

        The draft has been prepared as a service to you and has
not been cleared by the Secretary of the Interior or the Bureau of
the Budget. I am sure, therefore, that you understand we are not
in a position to make any commitments with respect to it at this
time.

                                        Sincerely yours,

                                        Director

Enclosures 2

Copy to:  National Capital Parks
          Mr. R. F. Lee
          Mr. Kahler
          Mr. Harrison

FEHarrison:hh--7/25/57

L58-H

Wast. DC
Lafayette
Park

AUG 1 - 1957

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

Dear Mr. Thompson:

We acknowledge your letter of July 23 referring to Jackson
Place, the Dolly Madison House, and Lafayette Park, and enclosing
copies of a draft of a proposed bill that would seek to transfer
the Dolly Madison House and the Benjamin Taylze House to the Secre-
tary of the Interior.

You have invited our comments on the draft of the above-
mentioned bill. In a letter to you dated July 19 the Under Secretary
of the Interior, Mr. Hatfield Chilson, in commenting on a somewhat
similar draft of a bill you offered to the Department for comment,
(in that case proposing the transfer of the Dolly Madison House
to the National Trust for Historic Preservation), outlined the
procedure that would have to be followed in matters of this kind.
Our position, of course, is the same as that stated by Under Sec-
retary Chilson.

If a bill such as you propose in draft form should in fact
be introduced into Congress, and the Chairman of the Committee to
which it is referred requests a report on it from the Department
of the Interior and this Service, we would then proceed to offer
our views on the bill in the customary manner. In the course of
doing so, we would ascertain the relation of the proposed legis-
lation to the program of the President. We are not in a position
to give our views on proposed legislation in advance of a request
for it from the appropriate Committee of Congress and without having
ascertained the relation of that proposed legislation to the program
of the President.

Sincerely yours,

(SGD) CONRAD L. WIRTH

Director

Copy to: National Capital Parks w/c of inc. ltr.
Mr. Lee           " "
Mr. Diederich     " "
Mr. Harrison      " "
Mr. Appleman (det.) " "
Branch of History

RE:Appleman-dah
7/29/57

**Congress of the United States**
**House of Representatives**
**Washington, D. C.**

EDUCATION AND LABOR
LABOR-MANAGEMENT RELATIONS
SUBCOMMITTEE

HOUSE ADMINISTRATION
ENROLLED BILLS AND LIBRARY
SUBCOMMITTEE

TRENTON OFFICE
132 WEST STATE STREET

July 23, 1957

Honorable Conrad L. Wirth
Director
National Park Service
Department of The Interior
Washington 25, D. C.

Dear Mr. Wirth:

I have the letter of July 22 from E. T. Scoyen,
Acting Director, regarding the Dolly Madison Home and my
draft measure conveying it to the National Trust for Historic
Preservation. I also received a letter from Under Secretary
of the Interior a copy of which is attached herewith.

Following receipt of the letter from Under Secretary
Chilson I wrote him saying that "My feeling is that the matter
can be better stated in another way and would appreciate having
your comments on the attached draft". I sent him a copy of the
draft bill herewith. Your own comments on the revised bill
conveying the Dolly Madison House and the Benjamin Tayloe House
to the National Park Service would be deeply appreciated. It
would be helpful to have your views on this matter at your
earliest convenience.

I am, of course, delighted with the news that you plan to
go ahead with the historic survey of buildings and the site of
Lafayette Park as originally announced by you on April 8 and
that you plan to include the buildings on the East Side of the
Lafayette Park in your survey. It is my earnest conviction that
the Historic Sites Act of 1935 requires not only the present
historic buildings at the West and East Sides of Lafayette Park
to be maintained but the park itself maintained as an Historic
Site. I would appreciate having this studied in connection with
the upcoming survey. Great buildings at the West and East Sides
of Lafayette Park would alter it beyond any recognition and its
historic value would be nil, as I am sure you will agree when you
have studied the matter.

Cordially yours,

Frank Thompson, Jr., M. C.



UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF THE SECRETARY
WASHINGTON 25, D. C.

Dear Mr. Thompson:

We have your letter of July 10, transmitting for our information a copy of a rough draft of bill providing for conveyance of the Dolly Madison House to the National Trust for Historic preservation.

We see no objection to your introduction of this bill. It appears to be in suitable form for consideration in the legislative process. Of course, if such a bill is introduced, as you indicate may be your intention, we assume that in accordance with the usual procedure, the Chairman of the Committee to which the bill is referred will request a report thereon from this Department. At that time, we would ascertain the relation of such measure to the program of the President and this information together with our report would be furnished to the Committee.

Please be assured of our cooperation in this matter.

Sincerely yours,

Secretary of the Interior

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

[Rough Draft]

Mr. Thompson of New Jersey

## A   B I L L

To transfer the buildings known as the Dolly Madison House and the Benjamin Tayloe House, in Washington, D. C., to the Secretary of the Interior for the purpose of preserving them as historic American buildings under the Act of August 21, 1935.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the building known as the Dolly Madison House, located at 1520 H Street, Northwest, and the building known as the Benjamin Tayloe House, located at 21 Madison Place, Northwest, both in Washington, D. C., are hereby transferred from the Administrator of General Services to the Secretary of the Interior for the purpose of furthering the policy expressed in the first section of the Act entitled "An Act to provide for the preservation of historic American sites, buildings, objects, and antiquities of national significance, and for other purposes", approved August 21, 1935 (16 U.S.C., sec. 461). The Secretary of the Interior shall preserve and maintain such buildings in accordance with the provisions of such Act of August 21, 1935.

H30-H

*Survey Square Lafayette Square*

August 9, 1957

Memorandum

To:      Director

From:    Chief Historian

Subject: Mr. Stewart French's Inquiry About LaFayette Square

    Pursuant to your request, I called Mr. French, and found that he wanted a documented historical statement on the importance of LaFayette Square and its environs. I gathered that he wanted to insert that material in the Congressional Record, in connection with proposed legislation on LaFayette Square. I explained to Mr. French that such a documented study was not at hand and would take some time to prepare. He indicated then that he would undertake to make a few general statements which he thought would suffice for this purpose.

    As you may know, H. R. 9060 - A bill to designate LaFayette Square as a national historic site was introduced by Mr. Metcalf, and in the August 2 issue of the Congressional Record there is a lengthy statement on LaFayette prepared by the Legislative Reference Service of the Library of Congress and quotations from the Dictionary of American Biography. Also, an excerpt from H. P. Caemmerer's manual on the origin and development of Washington. The July 31 issue of the Congressional Record also has a lengthy statement by Frank Thompson including the exchange of letters between Acting Secretary Chilson, Director of the Park Service, and Mr. Thompson, on this subject.

                      (SGD) HERBERT E. KAHLER

                      Herbert E. Kahler
                      Chief Historian

Copy to: Mr. R. F. Lee
        Mr. Harrison
        Mr. Doerr
        *Branch of Hist.*

HEKahler:mjl 8/8/57

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

*Dr Po____*
*Min Cah____*

August 12, 1957

*File Hold*

To:      **Mr. Kahler**

From:    Legislative Expediter

Subject: Comments of Service on Following Legislation: No. **H. R. 9060**
                                                            **(Lafayette Square)**

     In accordance with the attached request, a memorandum to the
Legislative Counsel containing the views of this Service on the legis-
lation in question should be prepared for the Director's signature.
When prepared, the memorandum should be sent to this office (Room 3122).
It should be received here not later than **August 23** . Please mark a
distribution copy for this office, to which are attached the incoming
memorandum from the Legislative Counsel and the bill or bills involved.

                                    *Frank E. Harrison*
                                    Frank E. Harrison

Attachments 2



UNITED STATES
## DEPARTMENT OF THE INTERIOR
OFFICE OF THE SOLICITOR
WASHINGTON 25, D. C.

AUG - 9 1957

Previous Legislation:
None

Memorandum

To:     **Administrative Assistant Secretary**
        **Director, National Park Service**

From:   Legislative Counsel

Subject: **H. R. 9060 - A bill, "To designate as national historic**
        **sites Lafayette Square and certain buildings in the**
        **vicinity thereof, in the city of Washington, District of**
        **Columbia, and for other purposes."**

The Secretary of the Interior has been requested to

submit his recommendations to the Congress on this measure.

In order that an appropriate departmental report may be

submitted as soon as possible, we shall appreciate the receipt of

your views and supporting data on this matter, in accordance

with the deadline prescribed in Secretary's Order 2777.

Please include in your statement an estimate covering

the probable cost of the measure in the event of enactment.

Theodore F. Stevens

cc:  Files
     Sullivan

85TH CONGRESS
1ST SESSION **H. R. 9060**

---

## IN THE HOUSE OF REPRESENTATIVES

AUGUST 2, 1957

Mr. METCALF introduced the following bill; which was referred to the Committee on Interior and Insular Affairs

---

# A BILL

To designate as national historic sites Lafayette Square and certain buildings in the vicinity thereof, in the city of Washington, District of Columbia, and for other purposes.

1     *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*
3 That Lafayette Square, the buildings known as the Dolly
4 Madison House, located at 1520 H Street Northwest, the
5 Benjamin Tayloe House, located at 21 Madison Place North-
6 west, and the Decatur House, located at the northwest
7 corner of H Street and Jackson Place Northwest, Washing-
8 ton, District of Columbia, are hereby designated national
9 historic sites.  Hereafter, so much of the property as may be
10 in Federal ownership shall be administered by the Secretary

I

2

1   of the Interior, pursuant to the Act of August 25, 1916

2   (39 Stat. 535), as amended, and in accordance with the

3   purposes of the Act of August 21, 1935 (49 Stat. 666).

85TH CONGRESS
1ST SESSION

# H. R. 9060

## A BILL

To designate as national historic sites Lafayette Square and certain buildings in the vicinity thereof, in the city of Washington, District of Columbia, and for other purposes.

By Mr. METCALF

AUGUST 2, 1957

Referred to the Committee on Interior and Insular Affairs

L58-H

PRS 840

$\times/$ʳˢ/ᵤ 1

JUL 1 2 1957

Dear Mr. Thompson:

Your letter of June 24 concerning the old State, War, and Navy Building and Lafayette Square has been considered carefully.

During the 1958 fiscal year the National Park Service of this Department will undertake a study of the historical and architectural significance of the State, War, and Navy Building and the structures and sites in the vicinity of Lafayette Square mentioned in your letter. Under the provisions of the Historic Sites Act of 1935, and within the limits of available appropriations, new legislation authorizing this study, such as you proposed, is not necessary.

Sincerely yours,

(sgd) Roger Ernst          8/20/57

Asst. Secretary of the Interior

Hon. Frank Thompson, Jr.
House of Representatives
Washington 25, D. C.

Copy to: Supt., National Capital Parks
         Design & Construction Division  (Each w/c of inc. ltr. and
         Mr. R. F. Lee                        enclosures)
         Mr. Frank Harrison
         Branch of History

CWPorter-RFL-fmd    7/12/57

FRANK THOMPSON, JR.

COMMITTEES:
EDUCATION AND LABOR
LABOR-MANAGEMENT RELATIONS
SUBCOMMITTEE

HOUSE ADMINISTRATION
ENROLLED BILLS AND LIBRARY
SUBCOMMITTEE

TRENTON OFFICE:
128 WEST STATE STREET

# Congress of the United States
## House of Representatives
### Washington, D. C.

WASHINGTON OFFICE:
422 HOUSE OFFICE BUILDING

PAUL D. FALCEY
ADMINISTRATIVE ASSISTANT

CHARLOTTE R. ELDREDGE
EXECUTIVE SECRETARY

June 24, 1957

INTERIOR DEPT.
RECEIVED
JUN 2 4 1957
SECRETARY'S
IMMEDIATE
OFFICE

Honorable Fred A. Seaton
Secretary
Department of The Interior
Washington 25, D. C.

INTERIOR DEPT.
☆ RECEIVED ☆
JUN 2 4 1957
☆ OFFICE OF ☆
THE SECRETARY

SECRETARY'S
MAIL CENTER

JUN 27 1957

INTERIOR DEPT.

Dear Mr. Secretary:

On March 14 I asked you to comment on a proposed bill I had
prepared for introduction in the House of Representatives "to provide
that the Secretary of the Interior shall conduct a survey of certain
historic buildings of the United States under the authority of the
Historic Sites Act of August 21, 1935". The Bill was as follows:

## A BILL

To provide that the Secretary of the Interior shall conduct a survey
of certain historic buildings of the United States under the
authority of the Historic Sites Act of August 21, 1935.

Be it enacted, etc., That the Secretary of the Interior shall, under
authority of the Act entitled "An Act to provide for the preservation
of historic American sites, buildings, objects, and antiquities of
national significance, and for other purposes", approved August 21, 1935
(16 U.S.C., sec. 461, et seq.), make a survey of historic buildings and
objects in the vicinity of Lafayette Square, Washington, D. C., including
the Court of Claims building situated on the northeast corner of the
intersection of Seventeenth Street and Pennsylvania Avenue, N. W.,
Washington, D. C., the old State Department building situated on the
southeast corner of such intersection, and the headquarters building of
the National Trust for Historic Preservation in the United States, 712
Jackson Place, N. W., Washington, D. C.

Sec. 2. As soon as practicable after the date of enactment of this
Act, the Secretary of the Interior shall report to the Congress the
results of the survey conducted by him under the first section of this
Act, together with such recommendations as he may deem appropriate. Such
report shall contain specific findings with respect to (1) the national
historical importance of the buildings included in such survey, and (2)
the feasibility of maintaining such buildings for use as office space
by the Federal Government while, at the same time, preserving them for
the purpose of commemorating or illustrating the history of the United
States.

D. C

2.

I received a letter from the Department of the Interior dated April 8, 1957, signed by Under Secretary of the Interior Hatfield Chilson saying:

"We are pleased to learn of your interest in the preservation of these structures. We should like to advise that a study of the historical and architectural significance of these buildings will be undertaken by the National Park Service shortly after July 1, 1957, in accordance with the provisions of the Historic Sites Act of August 21, 1935 (49 Stat. 666), provided funds requested in the President's budget for the resumption of the Historic Sites Survey are appropriated by the Congress. Because of the broad authority contained in this Act, a special act directing a specific survey of the structures, which you have mentioned, is not necessary."

Since this interchange, as you know, the President's Advisory Commission on Presidential Office Space has made its highly controversial report in which it consistently disparaged the historic State Department Building.

I introduced a bill, H. R. 7640, "to amend the Act of August 31, 1956, to extend the time within which the report required by that Act shall be made by the President's Advisory Commission on Presidential Office Space" when it became clear that this Commission was required by law to file its report by June 2 and would not, as a result, benefit from the Interior Department's scheduled study.

Robert V. Fleming, Commission chairman, wrote me under date of May 14 that "The Commission was informed that no historical survey of the area under discussion could be developed before June 2, 1957. Consequently, the only alternative to submitting a report when due would be to extend the date for the Commission's report,...Since the problem under study by the Commission is not only important but urgent, and since the initial intent of Congress was to have a report by February 2, 1957, it would be inappropriate now for the Commission to request a further extension of time. Any such consideration, we feel, rests with the President of the United States who recommended the establishment of a Commission, and the Congress which enacted the legislation authorizing it."

In view of this, I would appreciate it if you would advise me, first, if you will definitely make the study Under Secretary Chilson wrote was scheduled "shortly after July 1, 1957" and, secondly, if it is still your view that my Bill- the text of which appears on page one of this letter, still "is not necessary" as Mr. Chilson advised me on April 8, 1957. I would appreciate an early answer.

Cordially yours,

Frank Thompson, Jr., M.C.

Attachments

SAM RAYBURN
4th District, Texas

**840**



The Speaker's Rooms
House of Representatives U. S.
Washington, D.C.

June 5, 1957

Honorable Frank Thompson, Jr.
House of Representatives
Washington, D. C.

Dear Frank:

   I am happy to get your letter and to know that you
agree with me about tearing down some of these old, historic
buildings in Washington. I have said all the time if the
Executive Department needs more office space they could rework
the inside and do all the modernizing they want to do to make
this building a workable and liveable place, but I am utterly
opposed to destroying this old building. There would be very
little stone that anyone could use for any purpose, and then
I don't see any use in tearing down a solid structure like
that and putting up a new one that maybe some architect would
want to make some modernistic thing.

   I appreciate your sending me the Resolution you have
introduced. I understand the President's Committee has made
its report on this, but if they have to have any money for
something like tearing down this structure it is my opinion
they will have a pretty hard time getting it.

   With every good wish to you, I am

       Sincerely yours

       Sam Rayburn

AUG 2 0 1957

H Fil
Very important

Lafayette Square

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
WASHINGTON 25, D. C.

August 20, 1957

Memorandum

To:         Messrs. Ahern, Bahlman, Carnes, Cook, Davis, Diederich,
            Doerr, Evison, Harrison, Kahler, Kennedy, Kenner, King,
            Langley, D. E. Lee, R. F. Lee, Lewis, Ludden, Miller,
            Montgomery, Ramsdell, Robinson, Rowley, Sager, Stratton,
            Sutton, Ben Thompson, and Vint

From:       Acting Director

Subject:    Correspondence Regarding Allocation of Money for Survey
            of Buildings In or Near Lafayette Square

            Mr. Theodore Stevens of the Secretary's Office has

requested that nothing regarding the above subject be sent out

or any action taken relative thereto without first notifying the

Secretary's Office. He further requested that no letter on this

subject be sent to any Member of Congress, other than an

acknowledgment of the receipt of his letter, until the matter

is cleared.

E. T. Scoyen

E. T. Scoyen
Acting Director

Copy to:    Supt., NCP
            Mr. Wirth
            Mr. Scoyen
            Mr. Tolson
            Mr. Price



File —

L 58

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### NATIONAL PARK SERVICE
### WASHINGTON 25, D. C.

IN REPLY REFER TO:
L58 DI

January 16, 1958

Memorandum

(198)

To:      Messrs. Kahler, Young, Littleton, Lessig, Truett,
         McClure and Haussmann

From:    Chief, Division of Interpretation

Subject: Working Committee on Study of Lafayette Square
         (official name Lafayette park)

In order to have a record and understanding on the next
step on the study of Lafayette Square, it is understood we have
agreed that Messrs. Young, Littleton, Lessig, Truett and McClure
will constitute a working committee to prepare an outline and
plan for a reconnaissance type study of Lafayette Square. Whenever
they are ready, and if at all possible not later than January 24,
they will report back to Mr. Haussmann, Mr. Kahler, and me, so that
we can review the plan with the working committee and agree on the
next steps to take.

Ronald F. Lee
Chief, Division of Interpretation

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
WASHINGTON 25, D. C.

IN REPLY REFER TO:

January 24, 1958

**Memorandum**

To:       Messrs. Ronald F. Lee, Kahler, and Haussmann

From:     Working Committee on Study of Lafayette Square

Subject:  Outline for Study of Lafayette Square

As directed by Mr. Lee's memorandum of January 16, the
committee met in Mr. Kahler's office at 1:15 p.m., January 22, and
prepared the attached outline.

Present, Messrs, Kahler, Young, Lessig, McClure, Fenton
(replacing Truett), and Littleton.

The outline is submitted for your consideration as a
reconnaissance type of study for Lafayette Square.

John Littleton
Staff Historian

Attachment

Lafayette Square
H30-IBH    DC
Survey File

MAR 28 1960

## COVERING BRIEF

To:    Secretary of the Interior

From:    Director, National Park Service

Problem: Preparation of determination by the Secretary for General Services Administration on national historical significance of buildings adjacent to Lafayette Square, Washington, D.C.

Discussion: During the spring of 1956, a joint procedure was established by the General Services Administration and the Department of the Interior providing for the referral to, and the review and evaluation by the latter agency of historic Federal buildings under provisions of the Act of August 27, 1935 (49 Stat. 885), as amended July 18, 1940 (54 Stat. 764); 40 U.S.C., 1952 ed., sec. 304a-2. Authority vested in the Secretary of the Interior by the Act of August 27, 1935, with regard to the demolition of historic Federal buildings, was delegated to the Director of the National Park Service on May 1, 1956 (21 F.R. 3067). During 1956 and 1957 eight different historic Federal buildings throughout the United States were investigated by the National Park Service under this procedure and determinations were provided General Services Administration.

In the attached letter of March 11, Mr. Franklin Floete, Administrator, General Services Administration, has made a formal request to the Secretary of the Interior for a determination regarding the national historical significance of the Government-owned property at the southeast corner of Madison Place and H Street, N.W., in Washington, D.C., adjacent to Lafayette Square. This property is to be demolished to provide a site for a new United States Court of Claims Building. In accordance with the requirements of the Act of August 27, 1935, the Secretary of the Interior has 90 days in which to provide the requested determination.

The National Park Service has not completed studies of the historical importance of the structures mentioned in Mr. Floete's letter. In this connection, it should be noted that Mr. Theodore Stevens notified the National Park Service on August 20, 1957, that no action was to be taken regarding the survey of buildings in or near

Lafayette Square unless the Secretary's Office was notified of the proposal. We also understand that the Secretary's Office has requested that members of the Advisory Board on National Parks, Historic Sites, Buildings, and Monuments not be polled on questions of historical significance without clearance from the Secretary's Office, and it should be noted that it will be necessary to poll the Board to determine the historical significance of these structures bordering on historic Lafayette Square, if this is to be accomplished in 90 days.

Implementation: It is necessary for the Secretary of the Interior to discharge his statutory obligation under the Act of August 27, 1935, and give the Administrator of the General Services Administration a determination whether or not these Federal buildings now proposed for demolition are historic structures of national significance within the meaning of the Historic Sites Act of August 21, 1935 (49 Stat. 666). It should also be noted that S. 3128, 86th Congress, 2nd Session, which proposes to designate these structures as national historic sites, is under review by the Department. In order to give a considered opinion on these questions, it will be necessary for the National Park Service to investigate the significance of these structures. We recommend that this be authorized so that we can provide you with a recommendation. A letter of acknowledgment has been prepared for your signature to Mr. Floete stating that the necessary investigations will be made and a determination forwarded to him as required by the Act of August 27, 1935.

Recommendation: That you sign the attached letter to Mr. Floete.

(SGD) CONRAD L. WIRTH

Director

Attachment

Copy to:   DCCO
           Asst. Sec'y, Pub. Land Mgmt.
           Division of Legislation
           Division of Property Mgmt.
           Adm. Asst. Secretary
           Supt., Natl. Capital Parks
           Branch of History
           Mr. Frank Harrison
           Mr. R. W. Young (det.)

                                                    2

RWYoung:gr:3-16-50

Suggested Outline for Reconnaissance Type Study
of Historical and Architectural Value
and Significance of Structures around
Lafayette Square, Washington, D. C.

I. Introduction:

    A. Legislative authority for and purpose of survey
        1. Historic Sites Act of 1935
        2. Commitments on behalf of:
            (a) Office of the Secretary of the Interior
                (1) Letter of April 8, 1957, Chilson to Cong.
                    Frank Thompson, Jr. (commitment on 1712
                    Jackson Place and Court of Claims).
                (2) Letter of July 22, 1957, Scoyen to Cong.
                    Frank Thompson, Jr. (commitment on Dolly
                    Madison House).
            (b) Budget Office
        3. Resumption of National Survey of Historic Sites and
           Buildings, and Historic American Buildings Survey.

II. Historical and Architectural Setting:

    A. General statement on Historical and Architectural
       Significance of Lafayette Square.
    B. Description of chief structures situated on Square during
       its heyday.
    C. Diagrammatic Map locating and identifying the structures.
    D. Overall picture of Lafayette Square during its heyday.
    E. Brief Historical and Architectural data on each important
       building still remaining (also include those about which
       inquiries have been made).

III. Previous developments affecting the Setting:

    A. Brief description of major alterations to historic setting.
    B. Discussion of architectural historic structure losses re-
       sulting from the following, all of which have changed the
       character of the area.
        1. Construction of the U. S. Chamber of Commerce Bldg.
        2. Construction of new structures.
        3. Large construction projects.
    C. Selected photographs of lost structures.

IV.  Status of and Data on Remaining Structures:

    A.  What has been accomplished.
        1.  HABS work.
        2.  Historic Sites Survey work.
            (a) Structures declared to be of national significance
                by the Advisory Board.
                (1) White House.
                (2) Treasury Dept.
                (3) Blair-Lee House.
                (4) Decatur House.
                (5) St. Johns Church.
        3.  Public Preservation Efforts.
            (a) The Square itself.
            (b) White House.
            (c) Other structures.
        4.  Private Preservation Efforts.
            (a) Decatur House.
            (b) St. Johns Church.
            (c) Other buildings.

V.  Recommendations:

    A.  What Remains to be Accomplished.
    B.  What Studies need to be made.
    C.  Recommendations for preservation or marking certain structures,
        dependent upon Advisory Board Action.

John Littleton 1/24/58
Robert + Fristoe      "
Rogers W. Young     "
Stanley W. McClure,  "
  (by telephone) J.L.
Charles Shedd  1/24/58

Chief, Division of Interpretation                                    February 20, 1958

Historian Littleton

Meeting of Committee on <u>Lafayette Square</u>

    Messrs. Hanaaman, McClure, Fenton, Leasig, Young and myself met with Mr. Kahler in his Office at 1:00 p.m., February 20, to consider the outline for the proposed study of Lafayette Square.

    The outline was discussed and approved with one exception, the addition of "Selected Source Materials Consulted." This item will be "VI" in the outline.

    Actual work on this study cannot officially begin, however, until the Secretary gives his permission. Pending this decision, no further work has been planned.

/s/ John

John Littleton

Copy to:  Mr. Kahler

JLittleton:jc:2/20/58

Lafayette Square unless the Secretary's Office was notified of the proposal. We also understand that the Secretary's Office has requested that members of the Advisory Board on National Parks, Historic Sites, Buildings, and Monuments not be polled on questions of historical significance without clearance from the Secretary's Office, and it should be noted that it will be necessary to poll the Board to determine the historical **significance** of these structures bordering on historic Lafayette Square, if this is to be accomplished in 90 days.

Implementation: It is necessary for the Secretary of the Interior to discharge his statutory obligation under the Act of August 27, 1935, and give the Administrator of the General Services Administration a determination whether or not these Federal buildings now proposed for demolition are historic structures of national significance within the meaning of the Historic Sites Act of August 21, 1935 (49 Stat. 666). It should also be noted that S. 3128, 86th Congress, 2nd Session, which proposes to designate these structures as national historic sites, is under review by the Department. In order to give a considered opinion on these questions, it will be necessary for the National Park Service to investigate the significance of these structures. We recommend that this be authorized so that we can provide you with a recommendation. A letter of acknowledgment has been prepared for your signature to Mr. Floete stating that the necessary investigations will be made and a determination forwarded to him as required by the Act of August 27, 1935.

Recommendation: That you sign the attached letter to Mr. Floete.

(SGD) CONRAD L. WIRTH

Director

Attachment

Copy to:  DCCO
          Asst. Sec'y, Pub. Land Mgmt.
          Division of Legislation
          Division of Property Mgmt.
          Adm. Asst. Secretary
          Supt., Natl. Capital Parks
          Branch of History
          Mr. Frank Harrison
          Mr. R. W. Young (det.)

2

RWYoung:gr:3-16-50

Survey

Lafayette Square

150-IBH PARKS

commitment noted - 4/19/60 - mmm

APR 9 1960

TO SECRETARY
MAR 28 1960
FOR SIGNATURE
ADVANCE COPY

Dear Mr. Floete:

Thank you for your letter of March 11 requesting review and evaluation of the national historical significance of the Government-owned property at the southeast corner of Madison Place and H Street, N.W., in Washington, D.C., which is to be demolished to provide a site for a new United States Court of Claims Building.

Field investigation of these structures will be required and, upon completion of these studies, you will be provided with a determination on the historical importance of the buildings. It is anticipated that the report on the structures will have to be reviewed and recommended by the Advisory Board on the National Parks, Historic Sites, Buildings, and Monuments, which was established by the Act of August 21, 1935 (49 Stat. 666) to pass upon questions of national historical significance and related park matters and to advise the Secretary regarding them. The Board is now in recess and will have to be provided copies of the report by mail for study. As soon as possible, and within the 90-day time specified by the Act of August 27, 1935, relating to the demolition of Federal public buildings, we will endeavor to provide you with the necessary determination.

Sincerely yours,

(Sgd) Fred A. Seaton

Secretary of the Interior

Mr. Franklin Floete
Administrator
General Services Administration
Washington 25, D. C.

Copy to: DCCO
Asst. Sec'y., Pub. Land Mgmt.
Division of Legislation
Division of Property Mgmt.
Adm. Asst. Secretary
Supt., Natl. Capital Parks. With copy of incoming.
Branch of History. With copy of incoming.
Mr. Frank Harrison. With copy of incoming.
Mr. R. W. Young (det.) With copy of incoming.

PRS 7935

RWYoung: gr: 3-16-60

# GENERAL SERVICES ADMINISTRATION

*Washington 25, D.C.*



MAR 1 1 1960

The Honorable
The Secretary of the Interior
Washington 25, D. C.

Dear Mr. Secretary:

Under the provisions of the Public Buildings Act of 1959, we have recommended to the Committee on Public Works of the Senate and the House of Representatives, respectively, a proposal for construction of a new Federal building in Washington, D. C., to provide suitable housing for the U. S. Court of Claims. The building would be constructed on the Government-owned property at the southeast corner of Madison Place and H Street, N. W., in Square 221, a portion of which was acquired for a public building site in 1932 and the balance in 1940. The proposal was approved by the House Committee on February 24.

The proposal contemplates the demolition of the existing buildings on this site comprised of the former Cosmos Club (including the Tayloe or Cameron House and the site of the Madison House), the Wilkins Building and the Belasco Theater. The theater was built in 1895, the Wilkins Building in 1911, the original Madison House dates from 1828 to 1836, and the Tayloe House was built in 1830.

This is to inform you of the intention of the General Services Administration to demolish these buildings, and it is requested that you determine whether such buildings have national historical significance within the meaning of the Act of August 21, 1935. In view of the urgency to proceed with the design and construction of this project, an early decision in the matter will be appreciated.

Sincerely yours

FRANKLIN FLOETE
Administrator

L.58-IEE

## APR 11 1960

Memorandum

To:          Legislative Counsel, Office of the Solicitor
                        Through:  Assistant Secretary
                                  Public Land Management

From:        Director, National Park Service

Subject:     Comments on S. 3129 - A bill to designate as national
             historic sites Lafayette Square and certain buildings
             in the vicinity thereof, in the city of Washington,
             District of Columbia, and for other purposes

This is in response to your request of March 8 for our views on
the subject legislation. It directs that Lafayette Square itself,
and the buildings known as the Dolly Madison House, 1520 H Street,NW.,
the Benjamin Taylor House, 2100 Madison Place, NW, and the
Decatur House, at the northwest corner of H Street and Jackson Place,
NW, in Washington, be designated as national historic sites, and
that so much of the property situated at these points as may be
in Federal ownership shall be administered by the Secretary of
the Interior.  Sec. 2 of the bill proposes that the old Belasco
Theater, also situated on the east side of Lafayette Square,
adjacent to the Madison and Taylor houses, be transferred to the
Secretary of the Interior, who is authorized and directed to
restore the theater and to administer it as a municipal art center
for the Nation's Capital.  The District of Columbia Recreation
Department is to assist the Department of the Interior in the
restoration and management of the theater as a municipal art center.

We recommend that no action be taken at this time on the purposes
outlined in S. 3128, in accordance with the reasons explained below.

It may be noted that the purpose of the first section of the legislation,
to designate the Madison, Taylor and Decatur houses as national histori-
cal sites, may be achieved under the provisions of the Historic Sites
Act of August 21, 1935 (49 Stat. 666), which declares it to be a
national policy to preserve for public use historic sites, buildings
and objects of national significance for the inspiration and benefit
of the people of the United States. Under the provisions of the
Historic Sites Act, the structures concerned may be studied, and,
if found to be of national significance, they could be designated
as national historic sites under existing legislation. At this time,
studies have not been completed to determine if the structures listed

are of national significance, but such studies could be made in connection with the National Survey of Historic Sites and Buildings now under way in accordance with the provisions of the Historic Sites Act.

With regard to Sec. 2 of the proposed legislation, which authorizes and directs the Secretary of the Interior to restore the old Belasco Theater and to administer it as a municipal art center with the assistance of the District of Columbia Recreation Department, our views are as follows. Generally speaking, the operation of a municipal or civic art center should not be the function of the Federal Government and, therefore, we do not recommend that it become the responsibility of the Department of the Interior to restore, administer, and operate the structure as proposed.

For the information of the Legislative Counsel, and as background for the consideration of the proposals in S. 3128, the following facts are provided which relate to the proposed disposition of all of the structures on the east side of Lafayette Square, between and including the Belasco Theater and the Madison House, at the corner of Madison Place and H Street, NW. In his letter of March 11, (copy attached), Mr. Franklin Floete, Administrator, General Services Administration, made a formal request to the Secretary of the Interior for a determination regarding the national historical significance of the government-owned property at the southeast corner of Madison Place and H Street, NW, adjacent to Lafayette Square. Mr. Floete's letter points out that these buildings are to be demolished to provide a site for a new United States Court of Claims Building. Mr. Floete's request was made in accordance with the requirements of the Act of August 27, 1935, as amended (40 U.S.C., 1952 ed., sec. 304a-2), by which the Administrator of General Services refers Federal buildings which are to be demolished to the Secretary of the Interior for determination within 90 days as to whether or not such structures are historic buildings of national significance within the meaning of the Historic Sites Act. In addition, it should be noted that the GSA has presented to the National Capital Planning Commission the proposal to build a new United States Court of Claims Building on the east side of Lafayette Square in the area between the Belasco Theater and Madison House. On February 4, the Commission approved this general location for the new Court of Claims Building.

(SGD) CONRAD L. WIRTH

Associate Director

Attachment
Copy to:  Supt., National Capital Parks
          Mr. Frank Harrison. With inc. memo and bill.
          Mr. Ben Thompson.
          Branch of History
          Br. of History Legislative file    Mr. Young (det.)
RWYoung-fmd  3/21/60

C
  O
   P
    Y

GENERAL SERVICES ADMINISTRATION

Washington 25, D. C.

March 11, 1960

The Honorable
The Secretary of the Interior
Washington 25, D. C.

Dear Mr. Secretary:

Under the provisions of the Public Buildings Act of 1959, we have
recommended to the Committee on Public Works of the Senate and the
House of Representatives, respectively, a proposal for construction
of a new Federal building in Washington, D. C., to provide suitable
housing for the U. S. Court of Claims. The building would be
constructed on the Government-owned property at the southeast
corner of Madison Place and H Street, N. W., in Square 221, a
portion of which was acquired for a public building site in 1932
and the balance in 1940. The proposal was approved by the House
Committee on February 24.

The proposal contemplates the demolition of the existing buildings
on this site comprised of the former Cosmos Club (including the
Tayloe or Cameron House and the site of the Madison House), the
Wilkins Building and the Belasco Theater. The theater was built
in 1805, the Wilkins Building in 1911, the original Madison House
dates from 1828 to 1836, and the Tayloe House was built in 1830.

This is to inform you of the intention of the General Services
Administration to demolish these buildings, and it is requested
that you determine whether such buildings have national historical
significance within the meaning of the Act of August 21, 1935.
In view of the urgency to proceed with the design and construction
of this project, an early decision in the matter will be appreciated.

Sincerely yours,

(sgd) Franklin Floete

Administrator

APR 20 1960

L58-IBH

Memorandum

To:          Legislative Counsel, Office of the Solicitor
                      Through: Assistant Secretary  *April 20, 1960*

Acting
From:        Director, National Park Service

Subject:     Comments on S. 3229 - To amend the Public Buildings Act
             of 1959 to provide for the preservation and maintenance
             of the Dolly Madison House, the Benjamin Tayloe House,
             and the old Belasco Theater for historical, cultural,
             and civic purposes

This is in response to your request of March 28 for our views on
the subject legislation. It directs the Administrator, General
Services Administration, to preserve and maintain the Dolly Madison
House, the Benjamin Tayloe House, and the old Belasco Theater on
Lafayette Square in the District of Columbia, for the purposes
stated. The Administrator is authorized and directed to restore
the old Belasco Theater and the National Park Service and the
District of Columbia Recreation Department are to advise and
assist the Administrator in the restoration and management of the
theater as a municipal art center.

We recommend that no action be taken at this time on the purposes
outlined in S. 3229 in accordance with the reasons stated below.

It may be noted that the purposes of S. 3229 are similar to the
purposes set forth by S. 3128. Accordingly, the basic reasons
for recommending no action on S. 3229 are in substance the same
as those set forth in the attached copy of our memorandum of
April 11 to you.

In addition, it should be pointed out that historic structures
preserved by the Federal Government for historical purposes are
normally administered by the Secretary of the Interior in accordance
with the Historic Sites Act of August 21, 1935 (49 Stat. 666), or
the Act of August 25, 1916 (39 Stat. 535), an act to establish
the National Park Service.

(Sgd) E. T. Scoyen

Acting Director

Attachment

Copy to: Asst. Secy., Public Land Management
         Supt., National Capital Parks

Copy to:  Branch of History
          Mr. Frank Harrison.
          Mr. Ben Thompson
          History Legislative file
          With incom. memo and bill.
          RWYoung-fmd 4/11/60

L58-IBH

APR 20 1960

Memorandum

To:        Superintendent, National Capital Parks

From: ng  Director

Subject:  Completion of Historical Study of Certain Properties
          on the East Side of Lafayette Square

On April 9, Secretary Seaton signed a letter to Mr. Franklin
Floete, Administrator, General Services Administration, Washington,
D. C., stating that a historical study would be conducted of
four structures situated on the east side of Lafayette Square, in
Washington. You have received copies of the Secretary's letter to
which was attached a copy of Mr. Floete's letter of March 11,
requesting that the necessary studies be made. The properties are
specifically: the Dolly Madison House, the Benjamin Tayloe House,
the Wilkins Building, and the Belasco Theater.

Several preliminary conferences on the question of studying these
structures and with regard to the preparation of Service comments
on pending legislation to preserve them, have been held with
Associate Superintendent Jett. On the afternoon of April 14,
Mr. Jett, Mr. Heine, and Mr. McClure, of National Capital Parks,
met in the office of Chief Historian Kahler, to confer with members
of his staff with regard to the matter of undertaking and completing
the necessary historical investigation of the structures well in
advance of June 14. This is the deadline date, under the act of
August 27, 1935, as amended, which requires that the Secretary of
the Interior advise the Administrator of the General Services
Administration, within 90 days of the receipt of a request from the
latter official, whether a building of historic interest in Federal
ownership is or is not of national significance within the meaning
of the Historic Sites Act. At the meeting on April 14, it was
agreed that National Capital Parks would undertake a brief study of
the structures, and the following proposed schedule of target dates
was outlined:

May 15 - Study to be completed in typed form by National
         Capital Parks.

May 20 - Study to be ready in processed form to be presented
         to the Advisory Board.

June 1 - Reply giving the views of the Board to be received
         in Washington.

June 2 - A letter from the Secretary to Mr. Floete to be
         prepared in this office giving the results of the
         investigations by National Capital Parks and
         indicating whether or not the structures are or
         are not of national significance.

During the meeting with Messrs. Jett, Heine, and McClure, Mr. Kahler
suggested the form, length, and general content of the necessary
study, and requested that it be prepared and submitted in 50 copies.
If there is any further way in which the Washington Office may be
of assistance in this matter, please call upon us.

(Sgd) E. T. ~~~~~~

                                    Director

In duplicate

Copy to:  Br. Of History
          Mr. Littleton

RWYoung:mg  4/15/60

# Citizens' Committee for Opera

A COMMUNITY UNDERTAKING IN SUPPORT OF
THE OPERA SOCIETY OF WASHINGTON

SUITE 44, 1745 K STREET, N. W.    •    WASHINGTON 6, D. C.

REPUBLIC 7-0582
REPUBLIC 7-0700

May 9, 1960

O. ROY CHALK
CARL LEVIN
*Chairmen*

*Members*
FLOYD E. AKERS
NORMAN BERNSTEIN
LEWIS T. BREUNINGER, SR.
EDWARD BURLING, JR.
OSCAR COX
GEORGE DE FRANCEAUX
TODD DUNCAN
DR. MILTON L. ELSBERG
MRS. ALLIE S. FREED
ARTHUR J. GOLDBERG
FRANCIS J. KANE
HARRY J. KANE, JR.
MRS. GARFIELD I. KASS
MAJ. GEN. CHARLES T.
  LANHAM, USA, RET.
WALTER LOUCHHEIM, JR.
MAJ. GEN. LOUIS PRENTISS
DR. JAMES E. RUSSELL
THOMAS W. SANDOZ
MILFORD F. SCHWARTZ
H. ALEXANDER SMITH, JR.
HOBART A. SPALDING
J. C. TURNER
EDWARD BENNETT WILLIAMS

Mr. Conrad Wirth, Director
National Park Service
Department of the Interior
Washington 25, D. C.

Dear Mr. Wirth:

As chairman of the new Citizens Committee
to Save Lafayette Square, I wish to enlist your
interest and good offices to the end that the wis-
dom of preserving the old buildings fronting on
the east side of Lafayette Square may be brought
personally to the attention of the Secretary of
the Interior.

Either through you or directly, I would like
to call Mr. Seaton's attention, for instance, to
some of the plusses which could be obtained for
the President personally from public relations
and good will standpoints if he were to intervene
to save the Belasco Theater, to say nothing, of
course, of the boon that it would be to culture
and the arts in our National Capital.

The President of the United States, unlike
the heads of state of almost every other country
in the world, does not have a national theater
or opera house to which he can take state guests
during visits to our capital. The restoration of
the Belasco, the old Lafayette Square Opera House,
would give our capital such a "state" opera house.

The President's interest in saving it would
be noted and appreciated by all who are interested
in culture and the performing arts. Were the
President to state publicly, and to take action to
reinforce his statements, that he thinks the capi-
tal should have an appropriate opera house, where
opera, ballet, recitals, etc. could be held, and
that the Belasco should be restored for this pur-
pose, at least until there is a National Cultural
Center, his action, we believe, would meet with
universal acclaim.

- 2 -

I have mentioned this to Jim Hagerty and have written to him about it, but I think that it is a matter which could be handled best if the Secretary, as the responsible Cabinet officer, were to take it up with the President.

I would appreciate an opportunity to discuss this with you or the Secretary, or with both of you, at your earliest convenience. Of course, there is considerable urgency about this because it is a Hill matter which may be decided within the next few weeks.

Sincerely,

Carl Levin, Chairman,
Citizens Committee to
Save Lafayette Square

CL/sd

L58-IBH

MAY 1 7 1960

Mr. Carl Levin, Chairman
Citizens Committee to
    Save Lafayette Square
1745 K Street, N. W.
Washington 6, D. C.

Dear Mr. Levin:

Thank you for your letter of May 9 expressing interest in the
preservation of the Belasco Theater building, adjacent to the
east side of Lafayette Square.

We are happy to learn of your interest in the restoration of
the Belasco Theater, in order to provide an appropriate place
in Washington for the holding of opera, ballet, and other
programs relating to the performing arts. It is our under-
standing that the national cultural center, now proposed for
establishment in Washington, is being designed on such a scale
that it would meet all of the cultural needs in the field of
the theatrical arts which you have outlined. We believe that
such a center should provide a focus at one location for all
such cultural endeavors.

We appreciate your concern for the preservation of our cultural
heritage.

                            Sincerely yours,


                        (SGD) CONRAD L. WIRTH
                            Director

Copy to:  Supt., NCP        )
            Branch of History  )   Each with copy of incoming
            Mr. Wirth         )

RWYoung:meh  5/16/60

JUN 3 1960          H30-IBH

Hon. Franklin D. Floete
Administrator
General Services Administration
Washington 25, D. C.

Dear Mr. Floete:

With further regard to your letter of March 11 to Secretary
Seaton, requesting review and evaluation of the national
historical significance of the government-owned property
on the southeast corner of Madison Place and H Street, NW.,
in Washington, D.C., we are pleased to give you a determination
in accordance with the Act of August 27, 1935 (49 Stat. 885),
as amended.

An investigation of the historical significance of these
structures has been completed and has been reviewed by the
Advisory Board on National Parks, Historic Sites, Buildings,
and Monuments.  As the result of these considerations, the
finding has been made that the Dolly Madison House, the
Benjamin Tayloe House, the Wilkins Building, and the Belasco
Theater, adjacent to the east side of Lafayette Square, are
not of national historical significance.

Sincerely yours,

(SGD) CONRAD L. WIRTH

Director

Copy to: DCCO
         AA
         APR
         DL
         IM
         Supt., Nat. Capital Parks
         Mr. Frank Harrison
         Branch of History

RWYoung-fmd 5/26/60

*mr young ...*

*D3415-DR*

*Mrs Hardin*
*Legio...*
*Lafayette Sq.*

MAY 19 1960

Memorandum

To:         Legislative Counsel, Office of the Solicitor
                           Through:  Assistant Secretary,
[Acting]                                Public Land Management

From:       Director, National Park Service
            *H.R. 2276.*

Subject:    S. 3280, A Bill "To amend the Public Buildings Act of 1959
            so as to authorize a study for the purpose of determining
            the feasibility of locating the Court of Claims, the Court
            of Customs and Patent Appeals, and the Tax Court of the
            United States near the Supreme Court of the United States,
            and for other purposes"

                                      *January 18*
This is in response to your request of May 17 inviting our comments
on S. 3280. *(Insert A)*
*H.R. 2276.*

This bill would amend the Public Buildings Act of 1959 by adding two
new sections thereto. The first section to be added would authorize
the Administrator of General Services to conduct a joint study to-
gether with the National Capital Planning Commission and the Commission
of Fine Arts to determine the feasibility of constructing "near the
Supreme Court of the United States" a building to house the Court of
Claims, the Court of Customs and Patent Appeals, and the Tax Court of
the United States.

Insofar as the foregoing section is concerned, the National Park Service
has no comment to offer inasmuch as any responsibility which it may have
is limited to that which arises solely by virtue of the Director's
membership on the Planning Commission. There is no park land in the
immediate vicinity of the Supreme Court and it is, therefore, unlikely
that park land would be involved.

*Subs.*
*Insert*
*B*

The second section to be added to the Public Buildings Act of 1959
would require the Administrator to preserve and maintain certain
buildings on Lafayette Square for historical, cultural, and civic
purposes "in keeping with the national policy of protecting and pre-
serving historic American buildings and sites." The extent of this
Service's participation is confined to advising and assisting the

Administrator in the restoration and management of one of the
buildings, namely, the Belasco Theater.

It is recommended that, with respect to this latter section, the
Department submit a report in line with its proposed report on
S. 3229, which is now pending at the Bureau of the Budget. That
report suggests that no action be taken on the bill at this time
in view of the study which is now being made.

(Sgd) **E. T. Scoyen**

Acting        Director

Copy to:  Assistant Secretary--Public Land Management
          Superintendent, National Capital Parks
          Mr. Kahler
          Mr. Thompson
          Mr. Harrison
FEHarrison:hj (5/18/60)

W3815-DH

**MAY 24 1960**

Memorandum

To:       Assistant Secretary--Public Land Management

From:     Director, National Park Service

Subject:  Hearings on S. 3279, S. 3280, and S. 3403

On the morning of May 23 hearings were conducted on the foregoing bills "To amend the Public Buildings Act of 1959 so as to authorize a study for the purpose of determining the feasibility of locating the Court of Claims, the Court of Customs and Patent Appeals, and the Tax Court of the United States near the Supreme Court of the United States, and for other purposes." The hearings were before the Public Buildings and Grounds Subcommittee of the Senate Public Works Committee. Senator Jennings Randolph presided. Mr. Floete, Administrator of General Services, appeared and gave testimony, as did the Chief Judges of the Court of Claims and the Court of Customs and Patent Appeals. Associate Judge Turner of the Tax Court also testified. Senator Cooper filed a statement for the record. Senator Morse of Oregon appeared and spoke in behalf of his bill, S. 3279.

Mr. Harrison, accompanied by Mr. Kahler, appeared for the Department and read the Department's report of May 23. Senator Randolph asked whether the Department was expressing any view on the esthetics involved and Mr. Harrison replied that it was not--that its comment was limited solely to an evaluation of the historical significance under a study by the National Park Service. Mr. Kahler gave the committee a brief statement on the history of the buildings.

A number of additional witnesses were present to testify after the Department's report was presented.

(SGD) CONRAD L. WIRTH

Director

Copy to:  Division of Legislation
          Superintendent, NCP
          History
          Mr. Harrison     (young)
FEHarrison:hj(5/23/60)

portion of the property involved was acquired by the Federal Government "for a public building site in 1932 and the balance in 1940." On February 4, the National Capital Planning Commission, which includes representation from the National Park Service, approved a proposal of the General Services Administration to locate a new United States Court of Claims Building on the site of this property adjacent to the east side of Lafayette Square. At the March 21-23 meeting of the Advisory Board, the Director's conclusions and recommendations on Theme XII: "Political and Military Affairs, 1783-1830," were concurred in by the Board in a memorandum of March 23 to the Secretary of the Interior. Among the conclusions under Theme XII, it was found that the Dolly Madison House should be listed in the group of sites which were evaluated but failed to meet any of the established criteria for classification of exceptional value.

It will be greatly appreciated if you would review the study and the findings, and let us have your views by June 6 upon the question of whether you believe the structures are of national significance or not. In order to meet the very urgent deadline established under the Act of August 27, 1935, for the review of the significance of properties to be demolished, it is necessary to use this method of seeking your recommendations. The Secretary of the Interior has authorized the National Park Service to poll all members of the Board on this question, and an identical letter is being sent to the entire membership. We realize the Board has gone on record against polling by mail, but this can be handled in no other way and secure your reply by the above date.

You may indicate your views by checking the appropriate line at the bottom of this letter and returning it, together with the report, as promptly as possible to this Office.

Sincerely yours,

(SGD) CONRAD L. WIRTH

Director

Enclosure

Buildings are of national significance _____

Buildings are not of national significance _____

IDENTICAL LETTER SENT TO THE FOLLOWING: Mr. Harold P. Fabian, Dr. Edward B. Danson, Jr., Dr. E. Raymond Hall, Dr. John A. Krout, Mr. John B. Oakes, Mr. Sigurd F. Olson, Mr. Earl Howell Reed, Mr. Fred Smith, Dr. Robert G. Sproul, Mr. Carl I. Wheat

Copy to: Supt. NCP
         Mrs. Benson
         Branch of History

RWYoung/ac  5-23-60

Survey File

H30-IHH

Lafayette
Square

**MAY 25 1960**

Mr. Frank E. Masland, Jr., Chairman
Advisory Board on National Parks,
  Historic Sites, Buildings,
  and Monuments
Carlisle, Pennsylvania

Dear Mr. Masland:

The General Services Administration has requested the Secretary of
the Interior to provide a determination on the national historical
significance of certain buildings adjacent to the east side of
Lafayette Square, in Washington, D. C.

This request was made in accordance with a joint procedure estab-
lished by the General Services Administration and the Department
of the Interior providing for the referral to, and the review and
evaluation by, the latter agency of historic Federal buildings
under the provisions of the Act of August 27, 1935 (49 Stat. 885),
as amended July 18, 1940 (54 Stat. 764); 40 U.S.C. 1952 ed.,
sec. 304-a-2. Under the cited legislation, the Secretary of the
Interior has a statutory obligation to give the Administrator of
General Services a determination within 90 days from the receipt
of the request whether the particular Federal building proposed for
demolition is a historic structure of national significance within
the meaning of the Historic Sites Act of August 21, 1935 (49 Stat.
666). To provide for this determination, it is necessary for the
National Park Service to make an investigation of the subject
property and to seek the recommendations of the Advisory Board.

In this instance, the Federal property involved is adjacent to the
east side of Lafayette Square, at the southwest corner of Madison
Place and H Street NW., and includes the so-called Dolly Madison
House, the Benjamin Tayloe House, the Wilkins Building, and the
Belasco Theater. The enclosed study of the significance of these
buildings has been made by the staff of National Capital Parks.
You will note from the statement of evaluation that the study does
not find these properties to be of national historical significance.

In your consideration of this matter, you will be interested to know
we have been informed by the General Services Administration that a

Survey File

JUN 3 1960    H30-IBH

Hon. Franklin D. Floete
Administrator
General Services Administration
Washington 25, D. C.

Dear Mr. Floete:

With further regard to your letter of March 11 to Secretary
Seaton, requesting review and evaluation of the national
historical significance of the Government-owned property
on the southeast corner of Madison Place and H Street, NW.,
in Washington, D.C., we are pleased to give you a determination
in accordance with the Act of August 27, 1935 (49 stat. 885),
as amended.

An investigation of the historical significance of these
structures has been completed and has been reviewed by the
Advisory Board on National Parks, Historic Sites, Buildings,
and Monuments. As the result of these considerations, the
finding has been made that the Dolly Madison House, the
Benjamin Tayloe House, the Wilkins Building, and the Belasco
Theater, adjacent to the east side of Lafayette Square, are
not of national historical significance.

                              Sincerely yours,

                        (SGD) CONRAD L. WIRTH

                              Director

Copy to: DCCO
         AA
         APR
         DL
         IM
         Supt., Nat. Capital Parks
         Mr. Frank Harrison
         Branch of History

RWYoung-fmd 5/26/60

D3415-DH

*mr young Dug*

*Mrs Harden*
*Legis on*
*Lafayette Sq.*

MAY 19 1960

Memorandum

To:        Legislative Counsel, Office of the Solicitor
           Through: Assistant Secretary,
                    Public Land Management

From:      [Acting] Director, National Park Service

           *H.R. 2276.*

Subject:   S. 3280, A Bill "To amend the Public Buildings Act of 1959
           so as to authorize a study for the purpose of determining
           the feasibility of locating the Court of Claims, the Court
           of Customs and Patent Appeals, and the Tax Court of the
           United States near the Supreme Court of the United States,
           and for other purposes"

This is in response to your request of ~~May 17~~ *January 18* inviting our comments
on S. 3280. *(Insert A)*
*H.R. 2276.*

This bill would amend the Public Buildings Act of 1959 by adding two
new sections thereto. The first section to be added would authorize
the Administrator of General Services to conduct a joint study to-
gether with the National Capital Planning Commission and the Commission
of Fine Arts to determine the feasibility of constructing "near the
Supreme Court of the United States" a building to house the Court of
Claims, the Court of Customs and Patent Appeals, and the Tax Court of
the United States.

Insofar as the foregoing section is concerned, the National Park Service
has no comment to offer inasmuch as any responsibility which it may have
is limited to that which arises solely by virtue of the Director's
membership on the Planning Commission. There is no park land in the
immediate vicinity of the Supreme Court and it is, therefore, unlikely
that park land would be involved.

*Subs.*
*Insert*
*B*

The second section to be added to the Public Buildings Act of 1959
would require the Administrator to preserve and maintain certain
buildings on Lafayette Square for historical, cultural, and civic
purposes "in keeping with the national policy of protecting and pre-
serving historic American buildings and sites." The extent of this
Service's participation is confined to advising and assisting the

JAN 25 1961

L58-IBH

Mr. Jerry Bell
Bureau of the Budget
Room 133, Executive Offices Bldg.
Washington 25, D. C.

Dear Mr. Bell:

Pursuant to your telephonic request, we are sending you herewith copy of the "Historical Study of the Buildings Along Madison Place, Lafayette Square." The Advisory Board on National Parks, Historic Sites, Buildings, and Monuments concluded that the Dolly Madison and Benjamin Tayloe Houses had been altered so extensively that the historical integrity had been impaired, and that the Belasco Theater and the Wilkins Building lacked sufficiently important historical associations to justify national recognition.

Sincerely yours,

(SGD) E. T. SCOYEN

Director

Enclosure

Copy to:  Branch of History  (Survey)

HEKahler:fmd  1/25/61

D3415-IBM                    FEB 16 1961


Memorandum

To:        Legislative Counsel, Office of the Solicitor
                      Through:  Assistant Secretary,
                                        Public Land Management

From:    Director, National Park Service

Subject:  H.R. 2276, A Bill "To amend the Public Buildings Act
            of 1959 so as to authorize a study for the purpose of
            determining the feasibility of locating the Court of
            Claims, the Court of Customs and Patent Appeals, and
            the Tax Court of the United States near the Supreme
            Court of the United States, and for other purposes."

This is in response to your request of January 18 inviting our
comments on H.R. 2276. We would interpose no objection to the
proposed legislation, in accordance with the statements which
follow.

This bill would amend the Public Buildings Act of 1959 by adding
two new sections thereto. The first section to be added would
authorize the Administrator of General Services to conduct a joint
study together with the National Capital Planning Commission and
the Commission of Fine Arts to determine the feasibility of con-
structing "near the Supreme Court of the United States" a building
to house the Court of Claims, the Court of Customs and Patent
Appeals, and the Tax Court of the United States.

Insofar as the foregoing section is concerned, the National Park
Service has no comment to offer inasmuch as any responsibility
which it may have is limited to that which arises solely by virtue
of the Director's membership on the Planning Commission. There is
no park land in the immediate vicinity of the Supreme Court and it
is, therefore, unlikely that park land would be involved.

The second section to be added to the Public Buildings Act of 1959
would require the Administrator to "preserve and maintain the Dolly
Madison House, the Benjamin Taylor /̲sic.; correct spelling is
Tayloe̲/ House, and the Belasco Theater on Lafayette Square" for

historical, cultural, and civic purposes "in keeping with the national policy of protecting and preserving historic American buildings and sites." In this connection, it should be noted that the National Park Service in 1960 conducted a study to evaluate the historical importance of the listed structures. The findings of this study were reviewed by the Advisory Board on National Parks, Historic Sites, Buildings, and Monuments, created by the Historic Sites Act of August 21, 1935 (49 Stat. 666), to advise the Secretary of the Interior on questions of national historical significance and other park matters. On June 3, 1960, the Advisory Board accepted the findings of the Service on the significance of the listed structures and recommended that they not be regarded as of national historical significance. In this connection, it may be noted that H.R. 2276 does not place these buildings in the administration of the National Park Service. In these circumstances, if it is the view of the Congress that these structures should be preserved and maintained by the Administrator of General Services for their historical, cultural, and civic value in the community life of the National Capital, the National Park Service offers no objection.

In addition, it should be noted that the second section of the proposed legislation confines this Service's participation to advising and assisting the Administrator in the restoration and management of one of the listed buildings, namely, the Belasco Theater, as a municipal art center. The Superintendent, National Capital Parks, in his capacity as a member of the District of Columbia Recreation Board, would be able to offer general advisory assistance for the purposes of the proposed legislation. However, since the National Park Service is not staffed or equipped to participate actively in the development and management of a municipal art center, we recommend that the Administrator seek professional advice for this purpose from the properly qualified Federal agency, which, in this case, is the National Gallery of Art, an administrative unit of the Smithsonian Institution.

(SGD) CONRAD L WIRTH

Director

Attachment

Copy to:  Asst. Secy., Public Land Management ) w/c of bill
          Supt., National Capital Parks
          Mr. Frank Harrison ) w/c of bill & memo
          Mr. Ben Thompson
          Branch of History
          Branch of History Legislative File ) w/c of bill & memo

RWYoung:jd  2/7/61                    2

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

January 23, 1961

To:     Superintendent, National Capital Parks

From:   Legislative Expediter

Subject: Comments of Service on Following Legislation:  No. **H.R. 2276**

In accordance with the attached request, a memorandum, in triplicate, to
the Legislative Counsel containing the views of this Service on the legis-
lation in question should be prepared for the Director's signature. When
prepared, the memorandum should be sent to this office (Room 3122). It
should be received not later than **February 6**     . Please make a dis-
tribution copy for this office, to which are attached the incoming memo-
randum from the Legislative Counsel and the bill or bills involved. Also,
a copy should be sent to Assistant Secretary for Public Land Management,
to which is attached a copy of the bill.

Frank E. Harrison

Frank E. Harrison

Attachments

87TH CONGRESS
1ST SESSION

# H. R. 2276

---

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 9, 1961

Mr. POWELL introduced the following bill; which was referred to the Committee on Public Works

---

# A BILL

To amend the Public Buildings Act of 1959 so as to authorize a study for the purpose of determining the feasibility of locating the Court of Claims, the Court of Customs and Patent Appeals, and the Tax Court of the United States near the Supreme Court of the United States, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2    *tives of the United States of America in Congress assembled,*
3    That the Public Buildings Act of 1959 is amended by adding
4    at the end thereof the following new sections:

5        "SEC. 18. The Administrator is authorized to conduct
6    a joint study together with the National Capital Planning
7    Commission and the Commission of Fine Arts, for the pur-

I—O

2

1  pose of determining the feasibility of constructing, near the
2  Supreme Court of the United States, adequate facilities to
3  house the Court of Claims, the Court of Customs and Patent
4  Appeals, and the Tax Court of the United States.  As soon
5  as practicable after the date of enactment of this section, the
6  Administrator shall submit a report on the results of such
7  study, together with such recommendations as he may deem
8  advisable, to the Committees on Public Works of the Senate
9  and House of Representatives.

10      "Sec. 19. In keeping with the national policy of pro-
11  tecting and preserving historic American buildings and sites
12  for the inspiration and benefit of the people of the United
13  States, the Administrator shall preserve and maintain the
14  Dolly Madison House, the Benjamin Taylor House, and the
15  Belasco Theater, on Lafayette Square in the District of
16  Columbia, for historical, cultural, and civic purposes.  The
17  Administrator is authorized and directed to restore the
18  Belasco Theater to a condition at least equal to its condition
19  at the time it was acquired by the Federal Government.
20  The National Park Service, and the District of Columbia
21  Recreation Department, shall advise and assist the Adminis-
22  trator in the restoration and management of the Belasco
23  Theater as a municipal art center."

87th CONGRESS
1st SESSION

# H. R. 2276

# A BILL

To amend the Public Buildings Act of 1959 so as to authorize a study for the purpose of determining the feasibility of locating the Court of Claims, the Court of Customs and Patent Appeals, and the Tax Court of the United States near the Supreme Court of the United States, and for other purposes.

By Mr. POWELL

JANUARY 9, 1961
Referred to the Committee on Public Works

February 23, 1961

H30-IBH

Memorandum

To:      Director

                                Through:  Chief,
                                          Division of Interpretation

From:    Chief Historian

Subject: Release of Service Historical Study on Lafayette Square
         Buildings

Mr. Bell at the Bureau of the Budget called me today and stated
the Bureau's desire to release the attached report. The report
found that the Dolley Madison and Tayloe houses and the Belasco
Theater were not of national significance, and the Advisory
Board approved this finding. In the comment which you signed on
February 10 on H.R. 2276, also relating to these buildings on
Lafayette Square, this finding was stated. We suggest that you
discuss this matter with Assistant Secretary Carver to determine
if the Department is willing to approve the release of the report
by the Bureau.

                        (SGD) HERBERT E. KAHLER

                             Chief Historian

Attachment

Copy to:  Mr. Frank Harrison
          Branch of History
          Branch of History - Legislative file

*Lafayette Sqn~*

D66-CHA

Hon. Joseph S. Clark
United States Senate
Washington 25, D. C.

Dear Senator Clark:

Thank you for your communication of June 5 enclosing copies of a letter to you under date of May 22 from Mr. Charles Sussman, of Philadelphia, and your reply of June 5, concerning his proposal that a monument to the memory of Federal, State and municipal peace officers killed or disabled in line of duty be erected in Lafayette Square in Washington. You have requested our views on the merits of Mr. Sussman's proposal.

Proposals to recognize events or actions not associated with sites and structures of national historical significance are not within the legislative authority of the National Park Service to participate in historical commemorative activities as provided for in the Historic Sites Act of August 21, 1935 (49 Stat. 666). Such a proposal as Mr. Sussman has in mind is in the category of a National Memorial feature, which could not be sponsored by the National Park Service, and support for which would normally originate in the Congress.

However, we may offer a general comment to the effect that the Advisory Board on National Parks, Historic Sites, Buildings and Monuments, which advises the Secretary of the Interior regarding questions of national historical significance and other park matters, under the provisions of the Historic Sites Act, has for many years had a definite policy and criteria which states that historic persons or events given recognition by the Federal Government shall have made an outstanding contribution to, or be identified prominently with, the history of the United States. The Board's criteria also excludes from recognition persons or events occurring within the past 50 years.

We trust that the foregoing information will be helpful to you and appreciate your bringing this proposal to our attention. We are returning your enclosures as requested.

Sincerely yours,

Director

Enclosures

cc:
LM w/inc.
Congressional Liaison w/inc.
Legislative Counsel w/inc.
Regional Director, National Capital Region w/inc.
Mr. Frank Harrison w/inc.
Branch of History w/inc.
WJYoung:jd 5-13-63
Rewritten:EWYoung:jo 6-17-63

H34-HH                                        APR 3   1969

Memorandum

To:      Regional Director, National Capital Region

From:    Chief, Office of Archeology and Historic Preservation

Subject: National Historic Landmark status for Lafayette Square

We agree with the proposal contained in your memorandum of March 7
that Lafayette Square be studied and evaluated for possible desig-
nation as a National Historic Landmark. The buildings immediately
around and just off the Square merit this consideration for the
architectural values that they possess.

We will add the study of the area to the 1970 Fiscal Year Work
Program. The schedule of studies for the fall meeting is already
very heavy. We will, therefore, tentatively plan to present Lafay-
ette Square at the spring meeting in 1970.

                                   Ernest Allen Connally

                                   Ernest Allen Connally

HHS-Mr. Sheely w/c/inc

HJSheely:bw:4/1/69


                    HP- Wash.,D.C.-Lafayette Square

                                           BASIC FILE RETAINED IN HH

# United States Senate

JUNE 5, 1963

Respectfully referred to

DEPARTMENT OF INTERIOR

for such consideration as the communication

herewith submitted may warrant, and for a report

thereon, in duplicate to accompany return of

inclosure.

By direction of

JUSTICE PENDING

INTERIOR PENDING
SUSSMAN

June 5, 1963

Mr. Charles Sussman
2221 South Seventh Street
Philadelphia 48, Pennsylvania

Dear Mr. Sussman:

Thanks for your letter of May 22.

I have sent copies of your letter to the Justice
and Interior Departments for an opinion as to whether or
not your proposals have merit.

When I hear from the Departments, I will then
be in a position to give an informed response to your
requests.

Sincerely,

JOSEPH S. CLARK

JSC:hsh

C
O
P
Y

May 22, 1963

Honorable Joseph S. Clark
 United States Senate
  Washington, D. C.

Dear Senator Clark:

I enclose a clipping in re. Peace Officers Memorial Day services
at St. John's Church, Lafayette Square, Washington, D. C., on
May 15, 1963.

In my speech, I proposed:

 1.  That Congress provide an appropriation to erect a
     suitable monument on Lafayette Square in D.C. in
     memory of the of thousands of brave Federal, State
     and Municipal Peace Officers who have been killed
     or disabled in line of duty.

 2.  That Congress enact a Federal Internal Security
     Administration (F.I.S.A.) which would make loans
     or grants to municipalities for the purpose of
     enlarging their Police Departments to adequate
     size to deal with the problem of increasing crime.

Would you be willing to introduce a resolution to enact No. 1
(Peace Officers Memorial monument) or No. 2 (Federal Internal
Security Administration) or both?

Please advise me as soon as possible.

The national major crime rate for 1962 increased 7% over 1961, but
the 1962 Robbery crime rate for Philadelphia increased 10.5% over
1961 and the 1962 Robbery crime rate for Washington, D.C., increased
14% over 1961.

Thanks for your help.

                              Sincerely,

                              /s/ Charles Sussman
                                  2221 South Seventh St.
                                  Philadelphia 48, Penna.

                    C
                     O
                      P
                       Y



**UNITED STATES
DEPARTMENT OF THE INTERIOR**
NATIONAL PARK SERVICE
NATIONAL CAPITAL REGION
1100 OHIO DRIVE, S. W.
WASHINGTON, D. C. 20242

IN REPLY REFER TO:

H34-NCR(OIR)

MAR 7 1969



Memorandum

To:        Chief, Office of Archeology and Historic Preservation

From:    Associate Regional Director, National Capital Region

Subject:  National Historic Landmark status for Lafayette Square

In the period from 1820 to about 1890, the houses around Lafayette Park
were the homes of many prominent persons, and the area was the center
of social activities as well as much that was political in the life of
the City and indeed of that of the Nation.

A number of these houses are still standing, and each was the home of
one or more distinguished and nationally known persons through the
years.  Already Decatur House and Saint John's Church have been desig-
nated as National Historic Landmarks.  Among others, it would seem
that Blair House, Dolley Madison House, U.S. Treasury Building,
Executive Office Building, and the original Corcoran Gallery of Art
are worthy of such consideration.

However, it has occurred to us that the whole group of buildings around
the park are of such national importance in the life of the Capital and
the Nation, that National Historic Landmark status should be granted to
the area—similar to the designation of the Georgetown Historic District.
We would like to have your reaction to this idea.  Furthermore, if this
proposal meets with your approval, we wondered if the study of the area
could be scheduled as part of the 1970 year fiscal program.

We will await your reply to these suggestions with much interest.

Russell E. Dickenson

SEP 3 1970

Dear Mayor Washington:

I am pleased to inform you that the Lafayette Square Historic District, described in the enclosure, has been found to possess national significance in commemorating the history of the United States.

This site has been evaluated by the Advisory Board on National Parks, Historic Sites, Buildings, and Monuments through studies prepared by the National Survey of Historic Sites and Buildings pursuant to the Historic Sites Act of August 21, 1935. I have approved the recommendation of the Board.

As explained in the enclosed folder, the site is eligible to receive a certificate and plaque designating it a National Historic Landmark. The Director of the National Park Service will notify the owner and provide him with the proper application forms.

Designation as a National Historic Landmark automatically places the property on the National Register of Historic Places. Under the provisions of the National Historic Preservation Act of 1966, entry on the National Register provides each Landmark with safeguards against damage by Federal undertakings and fulfills one qualification for participation in a grant-in-aid program to assist in its preservation. Further information about these provisions of the law is contained in the enclosed folder describing the National Register.

In recognizing the historical importance of this site in the District of Columbia, I wish to commend the owner for the care and preservation of this property.

Sincerely yours,

Secretary of the Interior

Hon. Walter E. Washington
Mayor - Commissioner
District of Columbia
Washington, D.C. 20004

Enclosures

cc: Director, National Capital & Urban Park  HJSheely:vf:8/27/70
    ~~CRR~~xx~~SWR~~xx~~xxx~~~~NR~~x~~RRRR~~x~~GRR~~x~~RR~~x~~RR~~xx~~RRR~~x~~RRR~~x Affairs
    HHS-Mr. Sheely

BASIC FILE RETAINED IN HH

# DEPARTMENT of the INTERIOR

### news release

NATIONAL PARK SERVICE

For Release September 6, 1970                    Howard (202) 343-7394

### EIGHT AREAS DESIGNATED FOR NATIONAL LANDMARK STATUS

Secretary of the Interior Walter J. Hickel announced today that he is designating eight National Historic Landmarks, one of them Lafayette Park in Washington, D.C., across from the White House, and the buildings framing the park.

Structures included in the newly designated Lafayette Square Historic District include the Treasury Building, Executive Office Building, Blair-Lee Houses, the Renwick Gallery, Decatur House and St. John's Church.

Another of the eight National Historic Landmarks is an Indian structure in Wyoming known as "Medicine Wheel." The "Wheel," about 75 feet in diameter, has 28 rows of rocks arranged to resemble spokes. It was laid out around 1800 A.D. on Medicine Mountain in Big Horn County. It is the largest and most elaborate Indian structure of its type. Who built it and why remains a mystery.

Also designated by Secretary Hickel as National Historic Landmarks are Blood Run Site, at the junction of Blood Run Creek and the Big Sioux River in Lyon County, Iowa, and Lincoln County, S.D.; and "Wickyup," the Admiral Richard E. Byrd estate in Hancock County, Maine.

Also, Fort Warren, on Georges Island in Boston Harbor; the Hermitage at Ho-Ho-Kus, N.J., a house described as an outstanding example of the early, romantic phase of the Gothic Revival in American Domestic architecture; Fort Mifflin, along the Delaware River in Philadelphia, and Riverside Historic District, a Chicago suburb designed in 1868-69 by Frederick Law Olmsted.

Designation of the eight areas by Secretary Hickel automatically places them on the National Register of Historic Places, maintained by the National Park Service.

While not owned or administered by the Service, Historic Landmarks are recognized as a means of encouraging preservation of historically significant properties.

Upon request, owners of the landmark sites will receive plaques and certificates that commemorate the site's placement on the Register.

**x x x x**

1. **Lafayette Square Historic District, Washington, District of Columbia.**   Lafayette Park was originally included in the President's Park planned by Major Pierre L'Enfant. Thomas Jefferson later authorized the separation of the present tract into a park for area residents and visitors. The park received its name in 1824 at the time of the triumphant visit of Major General Marquis de Lafayette. Andrew Jackson Downing, the leading American landscape architect of his time, designed the first landscaping plan in 1853. His plan has been adhered to over the years with only slight revisions. The dominant features of the park are statues honoring heroes of American wars: General Andrew Jackson, General Lafayette, General Jean B. de Rochambeau, General Thaddeus Kosciuszko, and General Frederick W.A. Von Steuben.

Surrounding Lafayette Park and adjacent to it are a number of buildings of special historical and architectural interest. Among the notable buildings are: the Executive Office Building, the Treasury Building, the Renwick Gallery, the Blair-Lee Houses, the Decatur House, and St. John's Church. Stylistically, key buildings have their roots in the Federal Period.

2.  Riverside Historic District, Chicago, Illinois.
Designed in 1868-1869 by the master landscape architect Frederick Law Olmsted, Sr. (1822-1903), and the noted architect Calvert Vaux (1824-1895), Riverside is the prototype of the comprehensively planned and landscaped suburban commuter community in which the natural features have been preserved and added to in order to offer the benefits of rural life. Here, in a classic example, landscape design was applied to a suburban development to utilize the topography and natural features for the purpose of enhancing the quality of community living. A quality environment was created by the establishment of a park-like atmosphere, the planned openness of the town site, and by the use of gracefully curved and sunken roads adapted to the topography and natural features of the land. Except for very minor changes, Riverside has preserved its original landscaped plan almost intact.

3.  Blood Run Site, junction of Blood Run Creek and Big Sioux River, Lyon and Lincoln Counties, Iowa and South Dakota.  The Blood Run Site, a large historic Indian village and burial area, represents a westward extension of the Upper Mississippian branch of the Mississippian tradition into the Plains area at a location on the periphery of three major subareas: Northeastern, Middle Missouri, and Central Plains. Practically all cultural material recovered from the surface and from very limited excavation of burial mounds suggests an Oneota occupation at about A.D. 1700 to 1750. At least a hundred mounds, presumably erected over burials, remain in the only known mound group attributable to the Oneota culture. Although there has been extensive cultivation of much of the site, additional excavation might reveal the remains of

an animal effigy mound and a large elliptical earthwork which were once visible, as well as house sites and other features. The site has great potential for producing a wealth of information about historic and possibly prehistoric Indians in an area which reflects extensive mixture of Eastern Woodlands and Plains cultures.

4. "Wickyup," Admiral Richard E. Byrd Estate, 8 miles northeast of East Sullivan, Hancock County, Maine. Richard Evelyn Byrd was a pioneer in the development of long-range, transoceanic and high altitude flying and was the first man to fly over both the North and South Poles. Admiral Byrd, the polar explorer, explored or directed the exploration of more previously unseen lands than any other individual in the 20th century. In 1937 he bought a country estate near East Sullivan, Maine. The large log residence at "Wickyup" became his base of operations in planning his 1937, 1946 and 1955 Antarctic expeditions, and it was here that he wrote his last book, Alone, and drafted what was to become the Antarctic Treaty of 1959.

"Wickyup" was thus much more than a vacation home for Admiral Byrd; it was a place where, free from the social obligations that kept him continually busy in Boston, he had time to think and plan and write. The home is constructed of logs and stands two-and-one-half stories in height. It remains unchanged and in good condition.

5. Fort Warren, Georges Island, Boston Harbor, Suffolk County, Massachusetts. Fort Warren is one of the finest coastal fortifications built in the United States during the period 1816-1865. Begun in 1834 and finished about three decades later, it is considered the chief work of military engineer Sylvanus Thayer. Fort Warren is one of New England's most significant Civil War sites. During the war it was used as a prison for Confederate leaders, including James Mason and John Slidell of the Trent Affair. After the war Alexander H. Stephens, the Vice President of the Confederacy, was imprisoned there.

Fort Warren is a bastioned star fort built principally of Quincy granite. Its outer walls enclose a parade ground of some four acres. In the post-Civil War period the fort underwent two notable periods of modernization. The first was in 1871-1876 when it was partially adapted "for heavy modern guns." The second was in 1898-1899 when several mounts for long-range disappearing guns were constructed. These later modifications are in evidence today. Basically, however, the star fort remains nearly the same structurally as it was during the middle 19th century.

6.  <u>The Hermitage, 335 North Franklin Turnpike, Ho-Ho-Kus, New Jersey</u>.
The Hermitage is an outstanding example of the early, romantic phase of
the Gothic Revival in American domestic architecture.  It is an
unusually felicitous and attractive expression of that style and is
considerably enhanced by an ample landscaped setting of 4.9 acres.
The house is highly significant as an important work of the influential
American architect William H. Ranlett and is, as far as can be
ascertained, the only remaining house in the Gothic manner certainly
attributable to him.  Equally rare is the circumstance that, except
for the summer kitchen, the house has undergone absolutely no
important alterations of any kind.  The original painting and graining
are clearly visible, and furniture ranging in date from circa 1800
through the 1870's remains in place.

A house was built on the site of the present structure at an
undetermined date in the 18th century.  In 1845 The Hermitage was
rebuilt for Elijah Rosencrantz, Jr. from designs by William H.
Ranlett.  The rebuilding and enlargement of the original house was
thorough and extensive.  The house as rebuilt by Ranlett has very
great potential as a completely untampered-with physical document
of its period.  It is completely authentic and, except for
repairable deterioration, perfectly intact.

7.  <u>Fort Mifflin, below the confluence of the Schuylkill and
Delaware Rivers, Philadelphia, Pennsylvania</u>.  Fort Mifflin has survived
as one of the most important examples of a late 18th-century and early
19th-century fortification with remarkably complete structures
because of its out-of-the-way location and limited military regard
after the Revolutionary War.  As originally conceived and begun in
1772 by the British military engineer Captain John Montressor,
Fort Mifflin was a strong masonry fortification.  It was essentially
a water battery built on Mud Island with its main stone ashlar wall
along the river bank constructed in the form of a tenailled trace,
a saw-toothed arrangement popular in Europe in the middle of the
18th century.

The British attack in 1777 battered Fort Mifflin, but the strong
stone lower walls have survived until today.  In 1793 the Commonwealth
of Pennsylvania engaged Pierre Charles L'Enfant to draw plans for its
reconstruction, following a start on rebuilding in 1780.  Rebuilding
followed the outline of the earlier fort, and completed its enclosure.
Old walls were cut down to varying heights, and the new ones, faced
with brick, were built up on the original walls.  Some of the extant
buildings inside the fort date back to this time; others were erected
in subsequent periods of development prior to the Civil War.  The
Commandant's House, artillery shed and Officers Quarters are

3

especially notable.  During these later years, the fort served
useful military purposes, but was not important historically.  After
the Korean War it was declared surplus and transferred ultimately
to the City of Philadelphia.

8.  <u>Medicine Wheel, Medicine Mountain, Big Horn County, Wyoming.</u>
The 75-foot diameter Medicine Wheel, a roughly circular alignment of
rocks and associated cairns enclosing 28 radial rows of rocks
extending out from a central cairn, is the largest and most elaborate
of known Indian structures of its type found east of the Rocky
Mountains in a wide area extending from southern Canada to
Oklahoma.  The nearby stone circles or "tipi rings," which have a
similar distribution, extend over a considerable area on top of the
west peak of Medicine Mountain and may be associated with the wheel.
Although apparently little modified since its construction, perhaps
about A.D. 1800, its builders and its function are unknown.  It has
been conjectured that such structures may be 1) basically of a
memorial nature; 2) historic markers for the site of an important
ceremony; or 3) associated with the sun dance ceremony which was
possibly introduced to the Plains Indians of this area about
A.D. 1800.  The wheel's 9642-foot elevation would probably limit
its use to the summer months.

H34-HH                          September 21, 1970


Mr. Richard B. Westbrook
National Capital Planning Commission
726 Jackson Place, N. W.
Washington, D. C.   20576

Dear Mr. Westbrook:

I am enclosing a copy of the boundary description for the
Lafayette Square Historic District as you recently requested.

If we can be of further assistance, please do not hesitate to
call.

                              Sincerely yours,



                              Horace J. Sheely, Jr.
                              Chief, Branch of Historical
                                 Surveys

Enclosure

cc:

Director, Northeast
T-Mr. Butterfield
HHS-Mr. Sheely

HJSheely:kp   9/21/70



HP - D. C. - Lafayette Square Historic District

BASIC FILE RETAINED IN HH

H34-HH                          SEP 2 5 1970

Hon. Walter E. Washington
Mayor-Commissioner
District of Columbia
Washington, D. C.  20004

Dear Mayor Washington:

We are pleased to inform you that Lafayette Square Historic District,
described briefly in the enclosure, has been found to possess
national significance in commemorating the history of the United
States, and is thus eligible for designation as a National Historic
Landmark.

The purpose of Landmark designation is to identify and recognize
nationally significant sites and to encourage their owners to preserve
them.  Eligible Landmarks are chosen through studies prepared by the
National Survey of Historic Sites and Buildings; evaluated by the
Advisory Board on National Parks, Historic Sites, Buildings, and
Monuments; and approved by the Secretary of the Interior in
accordance with the Historic Sites Act of August 21, 1935.

As explained in the enclosed leaflet, recognition and designation
of Landmark sites are accorded by certificates and bronze plaques, which
are provided free of charge to the owners or administrators of these
properties upon their application and agreement to adhere to simple
preservation practices.  If you wish to apply for the certificate
and plaque, copies of the application form are enclosed.  The form
should be completed in triplicate and two copies returned to the
National Park Service.  You may retain the third copy for your
records.

Designation as a National Historic Landmark automatically places the
property on the National Register of Historic Places.  Under the
provisions of the National Historic Preservation Act of 1966, entry

on the National Register provides each Landmark with safeguards
against damage by Federal undertakings and fulfills one qualification
for participation in a grant-in-aid program to assist in its
preservation. Further information about these provisions of the law
is contained in a leaflet describing the National Register that is
also enclosed.

We will be happy to include Lafayette Square Historic District among
the sites already recognized as National Historic Landmarks.

Sincerely yours,

(SGD) HARTHON L. BILL

Acting Director

Enclosures

cc:

Director, Northeast Region
T-Mr. Butterfield
HHS-Mr. Sheely

HJSheely:kp   9/2/70

HP - Washington, D. C. - Lafayette Square Historic District

BASIC FILE RETAINED IN HH.

SEP 2 5 1970

Honorable Walter J. Hickel
Secretary, Department
  of the Interior
Washington, D.C. 20240

Dear Mr. Secretary:

I was delighted to receive your letter of September 3, 1970
informing me that the Lafayette Square Historic District
has been found to be an historic landmark of national
significance and that it will be entitled automatically to
a place on the National Register of Historic Places.

Because of the proximity of Lafayette Square and the park
to the White House, inclusion of this particular area on
the National Register is an appropriate move, especially
in view of the safeguards against acts that might injure its
historic character.  The District of Columbia heartily
concurs in your action.

Sincerely yours,

Walter E. Washington
Mayor



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**EXECUTIVE OFFICE**
WASHINGTON, D. C.  20004

SEP 3 0 1970

WALTER E. WASHINGTON
MAYOR-COMMISSIONER

$H\,34$
$/-/\,/-/$

SEP 2 5 1970

| DIVISION OF HISTORY | |
|---|---|
| SURNAME: | DATE |
| UHH | |
| RHP | |
| | |
| EHS | |

Honorable Walter J. Hickel
Secretary, Department
  of the Interior
Washington, D.C. 20240

Dear Mr. Secretary:

I was delighted to receive your letter of September 3, 1970 informing me that the Lafayette Square Historic District has been found to be an historic landmark of national significance and that it will be entitled automatically to a place on the National Register of Historic Places.

Because of the proximity of Lafayette Square and the park to the White House, inclusion of this particular area on the National Register is an appropriate move, especially in view of the safeguards against acts that might injure its historic character.  The District of Columbia heartily concurs in your action.

Sincerely yours,

Walter E. Washington
Mayor

DEPT. OF INTERIOR
SEP 23  3 08 PM '70
OFF. OF THE SECRETARY

H34-HH                          October 27, 1970


Professor Samuel W. Patterson
300 Old Hook Road
Westwood, New Jersey  07675

Dear Professor Patterson:

Thank you for your letter of October 14, expressing your support of

the National Historic Landmarks program and your interest in the

sites recently designated eligible for Landmark designation by the

Secretary of the Interior.  Enclosed you will find brief statements

of significance we have prepared for The Hermitage and for

Lafayette Square.  We appreciate the additional information you have

sent us about the historical events which took place at The Hermitage

at the time of the Revolution.

                              Sincerely yours,

                              /s/ Robert M. Utley


                              Robert M. Utley
                              Chief Historian

Enclosures 2  *also statement
              on St. John's Ep. Ch. D.C.*


cc:
Director, Northeast  w/c inc.
T-Mr. Butterfield  w/c inc.
HHS-Mr. Sheely  w/c inc.

WBMorton:kp  10/27/70              BASIC FILE RETAINED IN HH


HP-Wash.-New Jersey-Lafayette Square & The Hermitage

300 Old Hook Road
Westwood, New Jersey
07675

14 October 1970

The Honorable Ernest Allen Connally
National Parks Service
Washington, D.C. 20240

Dear Mr Connally

I do appreciate your good letter of the recent date, and the enclosure you so thoughtfully sent me.

My lifetime's interest has been very largely along historical lines. I am deeply interested in the preservation of sites of national importance. Two of those your kindness mention are of especial appeal to me. I wish some one had given a paragraph or two upon old St John's church in Lafayette Park, a historic landmark of note indeed.

But it is the "Hermitage" I wish particularly to say a word about. In my "Knight Errant of Liberty: A Life of Maj. Gen. Charles Lee" I dwell upon this old site — its predecessor, of course — where in early July 1778 Washington gave a party to his younger officers after the Battle at Monmouth, on the immediately preceding June 28th. When one thinks of some of the many most brilliant twenties, one is thrilled it Hamilton, Burr, McHenry, Monroe!! And to muse also in memory and write what became of them in the coming few decades!

Believe me, sir,            Faithfully and respectfully yours
                             Samuel White Patterson
                             Professor Emeritus, the City Univ of N.Y.

H34-NCP(DOU)

JUL 2 3 1971

Hon. Walter E. Washington
Mayor-Commissioner
District of Columbia
Washington, D. C.  20004

Dear Mayor Washington:

We are pleased to inform you that the certificate and bronze plaque
designating Lafayette Square Historic District as a National Landmark
have been completed and are in this office awaiting further development.

If it is your wish that an appropriate ceremony, perhaps with the public
invited, be arranged for the presentation of the certificate and plaque,
we will be glad to assist in every way. Please contact me for such
arrangements as desired, or have your representative do so.

In case it is decided to erect the bronze plaque permanently, we will
be available to meet with you or your representative to choose the site
and the type of pedestal for its erection.

We will look forward to working with you on this project.  Please contact
me directly by telephone by calling 426-6612.

                              Sincerely yours,


                        (sgd) Russell E. Dickenson

                        Director, National Capital Parks

cc:
NCP Surname
NCP Files
DOU Files
Mr. Horace J. Sheely, Jr.  Room 614-C  801  19th Street, N. W.
Supt. Failor, NCP-Central  Washington, D. C.
Mr. Theodore  Smith, NCP-Central

SWMcClure:an  7/20/71

H34-HH

NOV 2 3 1970

Hon. Walter E. Washington
Mayor-Commissioner
District of Columbia
Washington, D. C.   20004

Dear Mayor Washington:

Thank you for your letter of November 12 submitting the application
for the certificate and plaque designating Lafayette Square Historic
District as a National Historic Landmark. We are proceeding with
the preparation of the certificate and plaque.

The National Capital Parks Office administers the National Historic
Landmark program in the District of Columbia. Mr. Russell E. Dickenson,
General Superintendent of National Capital Parks, will inform you
when the certificate and plaque for Lafayette Square Historic
District have been completed. Should you wish the help of the Service
in arranging ceremonies for the presentation, Mr. Dickenson will be
glad to assist you.  His address is: Mr. Russell E. Dickenson,
General Superintendent, National Capital Parks, National Park Service,
1100 Ohio Drive, S. W., Washington, D. C. 20242.

We are pleased to know that you plan to accept designation as a
National Historic Landmark for Lafayette Square Historic District.

Sincerely yours,

Ernest Allen Connally

Ernest Allen Connally
Chief, Office of Archeology
and Historic Preservation

Enclosure

cc:
General Superintendent, National Capital Parks, w/c inc. w/c application
T-Mr. Butterfield  w/c inc.
HHS-Mr. Sheely  w/c inc.

HJSheely:kp  11/19/70

BASIC FILE RETAINED IN HH

HP - District of Columbia - Lafayette Square Historic District



$H34$

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**EXECUTIVE OFFICE**
WASHINGTON, D. C.    20004

WALTER E. WASHINGTON
MAYOR-COMMISSIONER

$HH$

NOV 1 2 1970

NOV 1 6 1970

| DIVISION OF HISTORY | |
|---|---|
| SURNAME: | DATE |
| HH | 11/17 |
| HHP | 11/16 |
| | |
| | |
| HHS | |
| | |

Mr. George B. Hartzog, Jr.
Director
National Park Service
Department of the Interior
Washington, D. C. 20240

Dear Mr. Hartzog:

As the Commissioner of the District of Columbia, I hereby
make formal application for a certificate and a bronze plaque
designating Lafayette Square Historic District a National
Historic Landmark.

1. Fully conscious of the high responsibility to the Nation
that goes with the maintenance of an historic district classified
as having national significance and worthy of National
Historic Landmark status, I agree to do whatever may be within
my authority to preserve, so far as practicable, the historical
integrity of his important part of the national cultural heritage.

2. Toward this end, I agree to encourage the continued use
of the historic district in a manner consistent with its
historical character.

3. I agree to permit an annual visit to the historic district by a
representative of the National Park Service, as a basis for con-
tinuing Landmark status.

-2-

4. If, for any reason, the three conditions mentioned above cannot continue to be met, it is agreed that the National Historic Landmark status shall cease and that until such status is restored by the Secretary of the Interior, neither the National Historic Landmark certificate nor the plaque will be displayed.

Sincerely yours,

Walter E. Washington
Commissioner





*H 34*

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### EXECUTIVE OFFICE
### WASHINGTON, D. C.   20004

OCT     1969

NOV 1 6 1970

**WALTER E. WASHINGTON**
**MAYOR-COMMISSIONER**

*H H*

NOV 1 2 1970

| DIVISION OF HISTORY | |
|---|---|
| SURNAME: | DATE |
| HH | 11/17 |
| HHP | 11/16 |
| | |
| HHS | 0 1 16 |

Mr. George B. Hartzog, Jr.
Director
National Park Service
Department of the Interior
Washington, D. C. 20240

Dear Mr. Hartzog:

I am pleased to learn from Mr. Harthon Bill's recent letter
that the Lafayette Square Historic District has been
designated a National Historic Landmark, that this action
automatically entitles it to a place on the National
Register of Historic Places, and that a certificate and
bronze plaque recognizing the landmark site are available
upon application and agreement to adhere to simple
preservation practices.

I am submitting at this time, on behalf of the District of
Columbia, an appropriate application for both the
certificate and bronze plaque. I shall look forward to
your favorable action on this request in the near future.

Sincerely yours,

Walter E. Washington
Mayor

Enclosure

H34-HH                          **NOV 27 1970**

Memorandum

To:        Directors, Northeast and Midwest Regions, and National
           Capital Parks

From:      Chief Historian

Subject:   Manufacture of National Historic Landmark Plaqu s

As announced in the Department of the Interior press release dated
September 6, 1970, Secretary Hickel has designated eight additional
historic properties as National Historic Landmarks.  In line with
Director Hartzog's policy of preparing plaques well in advance of
requests for presentation programs, please place orders for the
manufacture of plaques for the new Landmarks in your Region, as
indicated on the enclosure.

                              /s/ Robert M. Utley

                              Robert M. Utley

Enclosure

cc:
T-Mr. Butterfield
HHS-Mr. Gamble
HHS-Mr. Sheely

RSGamble/vf/11-25-70

*BASIC FILE RETAINED IN HH*

XXXHXXX HP-Penna-Fort Mifflin
HP-Mass.-Fort Warren
HP-N.J.-The Hermitage
HP-Ill.-Riverside Historic District
HP-Maine-"Wickyup," Admiral Richard E. Byrd
                                     Estate
HP-Iowa-Blood Run Site (Iowa and South Dakota
HP-Wyo-Medicine Wheel
HP-D.C.-Lafayette Square Historic District

Green Copy

NORTHEAST

Fort Mifflin
Fort Warren
The Hermitage
Riverside Historic District
"Wickyup," Admiral Richard E. Byrd Estate

MIDWEST

Blood Run Site (Iowa and South Dakota)
Medicine Wheel

NATIONAL CAPITAL PARKS

Lafayette Square Historic District

THE NATIONAL PARK PHILATELIST
ELMER J. BINKER. JR.
P. O. BOX 2534
WHITE CITY, OREGON 97501

December 9, 1970

Mr. Horace J. Sheely, Jr., A cting Chief Historian
Office of Archeology and Historic Preservation
Rm. 614, 801 19th Street N.W.
Washington, D.C. 20001

Dear Mr. Sheely:

Enclosed is my latest column from Western Stamp
Collector. I do hope you find it of interest.

I was most pleased to receive your recent letter
and the enclosed material pertaining to new N.H.L.s
and the Andersonville Prison site. Some of this will
be used in my January article. However I do have se-
veral questions pertaining to this news release and
the prison site data sheets.

Is the Lafayette Square Historic District confined
to the Park itself, or does it encompass thebuildings
mentioned as "surrounding . . . and adjacent to it?"

In connection with Admiral Byrd's estate, I note
it was here that he "drafted what was to become the
Antarctic Treaty of 1959." Can you provide any details
regarding this incident? When did he do this and what
form did the draft take? I am especially interested
in this incident because next year at least ten coun-
tries, including the United States, will be issuing
stamps to mark the 10th Anniversary of the date on
which this treaty went into effect. Since the reason
for their issuance had its beginning at "Wickyup," they
will all be important to the philatelic story of this
site.

Incidentally, has Mr. Utley left your office, or
is he merely on a vacation?

Very sincerely yours,

Elmer J. Binker, Jr.

Elmer J. Binker, Jr.



# United States Department of the Interior

NATIONAL PARK SERVICE
WASHINGTON, D.C. 20240

SEP 2 0 1972

H34-PHH

Memorandum

To:        Keeper of the National Register

From:      Acting Chief Historian

Subject:   National Register of Historic Places Inventory
           Nomination Forms

We are enclosing 54 National Register forms for historic prop-
erties declared eligible for national historic landmark recognition
by the Secretary of the Interior. These are properties that were
evaluated by the Advisory Board at their meetings in April 1970,
October 1970, and April 1971. The National Survey of Historic
Sites and Buildings began the practice of making studies on
National Register forms with the April 1970 meeting.

The studies presented to the Board in October 1971 have previously
been forwarded to you; and since no studies were evaluated at the
April 1972 meeting, you now have all of the National Register
forms that have been prepared for historic landmarks. We are pleased
to have this undesirable backlog finally cleared up.

The Regional Offices now have underway the long term project of
defining boundaries and preparing National Register forms for the
landmarks recognized prior to April 1970.

Harry W. Pfanz

Enclosures

**National Parks Centennial 1872-1972**

## CALIFORNIA

### LITERATURE, DRAMA AND MUSIC

1.   Tao House    O'Neill, Eugene, ~~~~~

## CONNECTICUT

### LITERATURE, DRAMA AND MUSIC

2.   Monte Cristo Cottage

## CONNECTICUT

### 19th CENTURY ARCHITECTURE

3.   The Capitol    Conn. State Capitol

4.   Lockwood-Mathews Mansion

5.   New Haven Historic District    N H Green HS

## DISTRICT OF COLUMBIA

### 19th CENTURY ARCHITECTURE

6.   Lafayette Square Historic District

## ILLINOIS

### 19th CENTURY ARCHITECTURE

7. Avery Coonley House (20th Century)

8. Pullman Historic District

9. Riverside Historic District   *R. landscaper arch. Dist.*

10. Unity Temple (20th Century)

## MAINE

### SCIENCE AND INVENTION

11. "Wickyup" the Admiral Richard E. Byrd Estate

## MAINE

### 19th CENTURY ARCHITECTURE

12. Fort Knox   *State park*

13. Hamilton House   *, Jonathan,*

14. McLellan-Sweat Mansion

15. Morse-Libby House   *mansion*

16. Nickels-Sortwell House

2

## MASSACHUSETTS

### 19th CENTURY ARCHITECTURE

* 17.  Beacon Hill Historic District

  18.  First Church of Christ

  19.  Fort Warren

  20.  Gardner-Pingree House

  21.  Gore Place

  22.  Hamilton Hall

  23.  Oliver Hastings House

  24.  Massachusetts General Hospital

* 25.  Massachusetts State House

  26.  Memorial Hall

  27.  Old City Hall

  28.  Old South Church in Boston

  29.  Old West Church

  30.  First Harrison Gray Otis House

* 31.  Quincy Market

  32.  St. Paul's Church (Episcopal)

  33.  David Sears House

  34.  Sever Hall

*Importantly related to Architecture.

3

<u>MASSACHUSETTS</u> continued

## <u>19th CENTURY ARCHITECTURE</u>

35. Trinity Church

36. United First Parish Church

37. United States Custom House

38. University Hall

39. The Vale

## <u>MASSACHUSETTS</u>

## <u>SIGNERS OF THE DECLARATION OF INDEPENDENCE</u>

**40. John Quincy Adams Birthplace

**41. Elmwood

42. Hancock-Clarke House

## <u>MISSOURI</u>

## <u>19th CENTURY ARCHITECTURE</u>

43. Union Station

44. United States Custom House and Post Office

**Importantly related to Signers of the Declaration of Independence.

4

## NEW HAMPSHIRE

### SIGNERS OF THE DECLARATION OF INDEPENDENCE

**45.  Moffatt-Ladd House

## NEW JERSEY

### 19th CENTURY ARCHITECTURE

46.  The Hermitage

## NEW JERSEY

### SIGNERS OF THE DELCARATION OF INDEPENDENCE

47.  Francis Hopkinson House

48.  Morven

49.  President's House

## NEW YORK

### SIGNERS OF THE DECLARATION OF INDEPENDENCE

50.  General William Floyd House


**Importantly related to Signers of the Declaration of Independence.

5

## PENNSYLVANIA

### SIGNERS OF THE DECLARATION OF INDEPENDENCE

51. Summerseat
52. George Taylor House

## RHODE ISLAND

### 19th CENTURY ARCHITECTURE

53. College Hill Historic District
54. Corliss-Carrington House
55. Thomas P. Ives House
56. Edward King House
57. William Watts Sherman House

## SOUTH DAKOTA - IOWA

### LIVING REMNANT

58. Blood Run Site

## VERMONT

## 19th CENTURY ARCHITECTURE

59. State House

## WYOMING

## LIVING REMNANT

60. Medicine Wheel

7

# DEPARTMENT of the INTERIOR

### news release

NATIONAL PARK SERVICE

**For Release February 14, 1973**

Sheely (202) 386-4478
Morrow (202) 343-7394

## ELEVEN NEW NATIONAL HISTORIC LANDMARKS
## NAMED BY INTERIOR SECRETARY MORTON

The Volta Bureau, founded in 1887 by Alexander Graham Bell "for the increase and diffusion of knowledge relating to the deaf," is one of four Washington, D.C., sites among 11 historic properties which Secretary of the Interior Rogers C.B. Morton today declared eligible for national historic landmark recognition.

The 11 new landmarks include the homes of three former Supreme Court Justices -- Chief Justice Charles Evans Hughes' home in Washington, and the Massachusetts residences of Oliver Wendell Holmes, Jr., and Louis D. Brandeis.

Other national capital sites include Quarters 1 in Fort Myer, Virginia, since 1910 the official residence of every Army Chief of Staff, such as Generals Leonard Wood, Dwight D. Eisenhower, George C. Marshall, Douglas MacArthur, and the current resident, General Creighton Abrams; and the Fort Myer Historic District. The Fort Myer District preserves the older portions of the post built on the grounds of Robert E. Lee's Arlington House estate overlooking Washington from the Virginia shore of the Potomac. Across the Potomac River are the National War College at Washington's Fort Leslie J. McNair, and the Memorial Continental Hall, site of the Washington Conference of 1921-22 which marked the first time in history that major world powers agreed to disarm. The hall is part of the Daughters of the American Revolution property.

(over)

EDITORS ADVISORY: As many of these national historic landmarks have particular local importance which you may wish to feature, more detailed information on individual new landmarks may be obtained on written request to Office of Information, National Park Service, Washington, D.C. 20240.

In addition, the Norfolk County, Mass., Courthouse, scene of the famous Sacco and Vanzetti trial of 1920; the New York City home of Alfred E. Smith, the first major-party Presidential candidate representing urban America; and the Clinton, N. Y., home of conservative statesman Elihu Root, often called the "father of the modern American army," become eligible for National Historic Landmark status.

The 11 newly-eligible sites are automatically placed on the National Register of Historic Places maintained by the Secretary of the Interior. Each landmark was recommended by the Secretary's Advisory Board for National Parks, Historic Sites, Buildings, and Monuments for his approval.

While not owned or managed by the National Park Service, the landmarks will be formally designated at the owners' request when assurance is given that the historic values of the sites will be protected as fully as possible.

Owners of individual landmark sites will be notified by the Director of the National Park Service and asked to apply for a bronze-plaque and certificate attesting to the property's significance in American history. The National Park Service, an agency of the Department of the Interior, will give the owners advice and assistance in the preservation of these properties upon request.

Descriptions of the 11 national historic landmarks announced today by Secretary Morton follow:

1. **Louis D. Brandeis House, Chatham, Massachusetts.** The great jurist, Louis D. Brandeis stands as one of modern America's greatest defenders of the value of the single human individual and the validity of freedom of choice. His famous dissents as a Supreme Court Justice later became the law of the land, vindicating his profound concern for the sympathetic application of human laws to human problems. He and his wife returned annually to Chatham where he worked unremittingly on law cases through the summers. The house and its setting remain little-changed today. It is private and not open to the public.

2. **Oliver Wendell Holmes, Jr. House, 868 Hale Street, Beverly, Massachusetts.** Justice Oliver Wendell Holmes, Jr. is acknowledged to be one of the finest legal minds this country has produced. He introduced a broadly humanitarian and experiential concept into the nature and usage of law. His biographers contend that his grandeur in American life and law was but a reflection of his stature as a human being and his genius for living. For almost 35 years after he became a Justice of the Supreme Court he divided his life between Washington and Beverly Farms. The exterior of the house and its setting remain largely unchanged. The house is privately owned and is not open to the public.

3. **Norfolk County Courthouse, 650 High Street, Dedham, Massachusetts.** The famous Sacco-Vanzetti case in 1920 crystalized the social and political tensions of the period and focused world attention on the Norfolk County Courthouse and the small New England town of Dedham. In the half century since, the Courthouse has remained largely unchanged. Owned by the County of Norfolk, Massachusetts, access to the building is restricted.

4. **Elihu Root House, 101 College Hill Road, Clinton, New York.** Elihu Root has been called "the father of the modern American army" and was among the first American statesmen to comprehend the implications of the fact that the United States had become a world power. He not only stood in the mainstream of American conservative tradition, but in many ways represented the best of that tradition. He was a formidable and articulate spokesman for the conservative viewpoint. Root purchased the Federal-style house in 1893 and kept it as his family home throughout his career and retirement. The house is in excellent condition and is still owned by the Root family. It is not open to the public.

5. **Alfred E. Smith House, 25 Oliver Street, New York, New York.** The life and career of Alfred E. Smith represents a critical juncture in the evolution of American politics: the first urban challenge to the traditional domination by rural America and its values of the national political life. An outstanding progressive Governor of New York, Smith foreshadowed an irresistible change. The unaffected brick house, where he lived from 1907 to 1923, is used as a private residence and is not open to the public.

6. Fort Myer Historic District, Arlington, Virginia. Fort Myer, Virginia, during the years between 1861 and World War I, became intimately associated with some of the main currents of American military history. Here the earliest experiments in American military aviation took place, the Signal School of Instruction for Army and Navy Officers was established, and General John J. Pershing was decorated in 1920 by the French Government. Fort Myer also was used as a cavalry post under Generals George S. Patton and Jonathan M. Wainwright. The post, much expanded but with its historic heart largely intact, is the property of the U. S. Department of the Army with restricted access to the public.

7. Quarters 1, Fort Myer, Arlington, Virginia. Quarters 1 on "Generals' Row," Fort Myer, Virginia, was completed in May 1899. Since 1910, it has been the dwelling of all the Army Chiefs of Staff including Generals Leonard Wood, Douglas MacArthur, George C. Marshall, Dwight D. Eisenhower and William Westmoreland. Little changed it is a brick dwelling, two-and-one-half stories high. The dwelling is not open to the public.

8. Charles Evans Hughes House, 2223 R Street, N. W., Washington, D. C. Charles Evans Hughes was for forty years a dynamic force and dominant figure in American politics. He was a statesman and jurist of the highest order, a leader in the Progressive movement, an early champion of civil rights and racial equality, and the holder of a succession of important offices from the administration of William Howard Taft to the New Deal. When he returned to Washington as Chief Justice in 1930, he and Mrs. Hughes purchased the R Street residence from which his biographer states "the Supreme Court was to be directed for eleven years." The dwelling is outwardly unchanged. As an official embassy residence, it is not open to the public.

9. Memorial Continental Hall, 17th Street, N. W., Washington, D. C. In an era of narrow nationalism and limited vision, the Washington Conference (1921-1922), was a remarkable and significant attempt to assure international peace through naval disarmament and mutual pledges of arbitration. For a decade it did stabilize the armaments race and establish an embryonic security system in the Pacific. It was the first time in history that major powers had consented to disarm. Conversion to a library has modified, but not destroyed the character of the Conference auditorium. Memorial Continental Hall itself is essentially unchanged. The building is open to the public.

10. National War College, Fort Leslie J. McNair, Washington, D. C. As a primary focus for military coordination, planning, and educational efforts, the Army War College and its successor, the interservice

2

National War College, are of the utmost importance in the development
of the armed forces in the United States. Since 1907 both colleges
have been housed in the impressive edifice on the Potomac. Both the
structure and its setting still largely possess their historic charac-
ter. Access to the public is restricted.

11. <u>Volta Bureau, 1537 35th Street, N. W., Washington, D. C.</u>
Alexander Graham Bell founded the Volta Bureau when the Volta Associates
sold their record patents in 1887. Bell took his share of the profits
to found the Bureau as an instrument "for the increase and diffusion of
knowledge relating to the Deaf." The Bureau merged with the American
Association for the Promotion of the Teaching of Speech to the Deaf in
1908. The Volta Bureau continues to work in this field. The structure
that was built in 1893 to give it a permanent home possesses good
historical integrity. It is not open to the public.

3

INT: 3782-73

# JOHN CARL WARNECKE FAIA

ARCHITECTS AND PLANNING CONSULTANTS
300 BROADWAY  SUITE 16  SAN FRANCISCO  CALIFORNIA  94133     TEL (415) 397-4200   FAX (415) 397-4207

November 20, 1995

DEC   7  1995

President Bill Clinton
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

Dear President Clinton,

The Warnecke Institute of Design, Art and Architecture is dedicated to a comprehensive approach to design which embraces an architecture of continuity and diversity while seeking unity with our man-made and natural environments. This is the philosophy of architecture that I pioneered in the 1950s and utilized while working with President and Jacqueline Kennedy in the design of Lafayette Square in 1962. This is the philosophy of design I proposed in 1963 for uniting Lafayette Park and the White House.

Following the closing down of Pennsylvania Avenue, the Warnecke Institute decided to move forward and complete my earlier concepts which embraced this philosophy of architecture. What better way to express the Warnecke Institute goals than to apply its design philosophy to this important project originally conceived thirty years ago.

Attached is a summary of quotations from outstanding historians, writers, and architects familiar with the functions and requirements of this project entitled, "Capturing the Spirit of the Design." In addition, I have added quotations of my own writings based on clarifying this philosophy of architecture as applied to this design. It is hoped that you will pick up the theme and spirit of this design that embraces this philosophy of architecture.

Also attached is an outline of the index of the full report on the design now being completed. This report will soon be presented to Roger G. Kennedy, the Park Service group, and others responsible to President Clinton for undertaking this work.

Sincerely,

John Carl Warnecke, FAIA

JCW/bb:301

SAN FRANCISCO   NEW YORK   WASHINGTON

H34-HH                                    DEC 2 3 1970

Mr. Elmer J. Binker, Jr.
P.O. Box 2534
White City, Oregon  97501

Dear Mr. Binker:

We were pleased to learn that the material on our most recent National
Historic Landmarks will be of assistance to you.

As to the further specific questions that you raised, the enclosed rough
boundary sketch will perhaps best answer your question on the extent of
the Lafayette Square Historic District. As you see, the buildings
surrounding the square are indeed included.

I am afraid that we can't give you further details on the Antarctic Treaty
of 1959 from our files. I am enclosing a brief bibliographical reference.
One of these sources may offer the answer to your question.

You asked about Mr. Utley; he is still with us, we are glad to say. He
was simply out of the office on a field trip when you last wrote.

                            Sincerely yours,


                            Horace J. Sheely, Jr.

                            Horace J. Sheely, Jr.
                            Chief, Branch of Historical
                             Surveys

Enclosures

cc:
General Supt., National Capital Parks  w/c inc.
Director, Northeast Region  w/c inc.
T-Mr. Butterfield  w/c inc.
HHS-Mr. Sheely  w/c inc.

HJSheely:kp  12/18/70

            HP - D.C. - Lafayette Square Historic District
                 Maine - Wickyup

BASIC FILE RETAINED IN HH



# United States Department of the Interior

**NATIONAL PARK SERVICE**
P.O. BOX 37127
**WASHINGTON, D.C. 20013-7127**



IN REPLY REFER TO:

H3415(418)

Dr. Page Putnam Miller
Executive Director
National Coordinating Committee for
  the Promotion of History
400 A Street, SE
Washington, DC 20003

Dear Page:

I have decided to drop the Lafayette Hotel from NHL
consideration.  There are simply too many factors disqualifying
the hotel as a potential NHL.  In light of the irritation
expressed by members of the History Areas Committee and the Board
Chairman regarding floor fights over widely divergent views, I
believe it essential not to move weak candidates to the agenda.

Staff opinion is still vocally opposed to this nomination on both
grounds of significance and integrity.  The form continues to
assert Bethune's national significance as an architect.  Nothing
in the form supports that assertion.  On the contrary, our
sources indicate that she is not nationally significant.  The
hotel is the only structure asserted to be attributed to her.
This is hardly a basis for determining national significance.

The integrity issue is fatal to the nomination.  The form admits
that the entrance has been moved; the lobby remodeled; and the
structure added to on several occasions.  The rooms were
remodeled in 1952 and modern windows installed throughout.  The
form admits that "...little of the original historic interior
remains."  Our own staff inquiries confirm the interior's
mutilation and have elicited indications that exterior
ornamentation has been removed.  We understand that the hotel is
operated as a welfare shelter today and suggest that such
marginal use of the property does not suggest preservation
standards of maintenance.

I trust you will understand these concerns especially in light of
our experience with the recent review board meetings and why
these difficult decisions will have to be made here on staff
rather than convey dilemmas to the History Areas Committee.

Sincerely,

*Ben*

Benjamin Levy
Senior Historian
History Division

Volume 1, Issue 1, September 1 9
compiled by Kosephine McQuillin, Editor
Public Information Officer

# " WHILE NATURE CARELESS-HANDED GIVES THE THINGS THAT ARE MORE EXCELLENT "

--Sir William Watson

The "careless hand of nature" has been ably assisted during the past century at Saint Elizabeths by men who beleived that pleasant surrounding were important to the mentally ill. One of the Hospital's early records mentions "paths spread with green turf beneath the feet of the strolling invalid;" and a conversation with Mr. William Mistr, Chief, Ground and Farm Section, reveals how much work and planning has gone into keeping the Hospital grounds and gardens beautiful. In discussing the grounds and reminiscing about the changes that have taken place since 1936, when he first joined the Hospital staff, William Mistr said, "The first thing that comes to my mind is an old adage, 'Time and tide wait for no man'." He went on to say that he had worked under three Superintendents -- Dr. White, Dr. Overholser, and Dr. Cameron. He has seen buildings torn down and new ones built; watched people, both staff and patients, come and go; but regardless of such changes, the grounds have retained their beauty through every season.

There are a few hands that, in spite of change, have helped nature make the grounds beautiful for a long time. They are the hands of patients, three of whom were working with the grounds staff when Mr. Mistr arrived for work that April day in '36. Two of them are from Detached Service -- one patient nicknamed "Pappy" is 81 years old, and the other is a patient in West Lodge; his age is 90. All three of these patients still come to work with the grounds staff when they feel like it, which is almost daily.

Mr. Alvah Godding, son of Dr. Whitney Godding, Superintendent of Saint Elizabeths from 1877 to 1899, was chief of Lawns and Grounds when Mr. Mistr was first employed; and it is to Mr. Godding, who lived here as a boy when his father was Superintendent, that we owe many of the exotic trees on the grounds. He was so dedicated to making the grounds interesting as well as beautiful that once while traveling he discarded everything in his suitcase in order to have something in which to bring some tree or shrub plantings to the Hospital. He wrote several articles called "Walks About the Hospital Grounds."

According to Mr. Godding the drive leading toward the Burroughs Cottage was called Maple Avenue. This Cottage was built in 1891 by a wealthy family for the use of their mentally ill daughter, and under a special agreement that stated it was to be left to the Hospital upon the death of the patient. Miss Burroughs lived there for many years with a nurse and servants. This house has been remodeled, and is now the home of Dr. Cameron and his family.

Some of the trees described by Mr. Godding still stand -- a Red Swamp Maple, a Silver Maple, and a Sugar Maple. Of the Silver Maple, he said, "It is worth watching to see how pretily the leaves turn in the fall." And he continued, "A few steps further we come to a very large Black Haw. This was growing here when the place was bought and is no doubt over a hundred years old. It is very handsome in the spring when covered with snowy white flowers." The Haw tree is still there, but is aging, so Mr. Mistr is just now rooting shoots from it for replanting.

Continued

American Holly trees, some of the largest in the country, grow on each side of the Burroughs Cottage. One has a height of forty-five feet, a trunk measuring six feet, four inches, in circumference, with branches spreading to twenty-six feet. Working as he did for Mr. Godding, William Mistr learned many things about the Hospital's trees. There is a tree near Center Building, Cedru Libani, described as "one of the Biblical trees" because this variety is mentioned in the Bible as providing the timber used by King Solomon in building his temple. A large Live Oak grows on the the south side of Center Building--one of the few ever to grow this farth north. Not far from it is an evergreen shrub indified by the National Arboretum as Prunus Carolina or Souther Cherry. This shrub is so rare in this area that the indetifying cutting was kept at the Arboretum for propagation. In discussing this shrub with Dr. Overholser, Mr. Mistr said, "I was inquisitive about how it came to be at Saint Elizabeths. He informed me that on one of his trips to Florida he had stopped in North Carolina and purchased it, and reminded me further that, under Mr. Godding's supervision, I had helped to plant the shrub."

The Southern Magnolia tree standing on the south side of Center Building is one of the finest specimens in the District. Because Center Building is over 70 feet high, it protects the Magnolia from the severe north winds, so the tree has flourished and grown to be a giant of its kind. "The Magnolia," Mr. Godding said, "was named after Pierre Magnol, Professor of Medicine and Director of the Botanical Garden of Montpelier, who died in 1715." The Magnolia is found only in the United States and China.

A story about Saint Elizabeths and its history published in the Southeast Herald, Anacostia, D.C., February 28, 1928, says, "It (the Hospital) has many lawns which contain 170 different varieties of trees, natives of the various countries of the World, including those from Asia, the Caucasus Mountains, Greece and Bulgaria, China, Japan, India and Persia, not excepting the Redwood from our own California."

The fish pond located on the south side of Center Building was not built to hold goldfish and float water lilies on its surface as it does today. It was designed as a reservior to be used in case of fire. Many years ago, when Dr. Nichols had it built, it had to be filled from the water carts which were filled at one of the springs and emptied into the pool. The pool will hold a quarter of a million gallons, so a great many trips would have had to be made by the cart in those "good old days." The willow tree that grows on the island was brought to the Hospital and planted in 1937 by one of the Grounds staff employees. The pond was last used for firefighting, according to Dr. Overholser, when the Red Cross House burned in 1941 -- a strong wind was blowing burning fragments to other buildings, so water was played on many buildings to protect them.

In 1941 the Kenna-Main Unit of the American Legion Auxiliary dedicated a Fernlead Beech tree to the memory of Dorothea Lynde Dix and placed a stone marker near its foot. This is a low, widespreading tree, and stands just east of the portecochere at Center Building on the section known as the Dix Lawn.

In the vicinity of "R" Building is a rare oak tree, Quercus Imbricaria, better known as the Shingle Oak. Its foliage is lustrous, laurel-like, and often remains on the tree far into the winter. It is a native of the Ohio Valley, but is very difficult to find in commercial nurseries. There are also two "patented trees" on the grounds -- the Crimson Glory Maple, with dark deep red leaves, and the Moriane Locust. When asked what a patiented tree was, William Mistr said it was a tree that had been specially bred and patented by the grower.

Besides many flower beds, the Hospital has six greenhouses for which the Grounds and Farms Section is responsible. They contain approximately 14,000 square feet of bench space, where Easter Lilies, poinsettias, begonias, geraniums, hydranges, carnations, snapdragons, chrysanthemums, ferns, palms and other plants are grown. A record of the

Continued

greenhouse flowers includes 45,000 snapdragons, 60,000 carnations and thousands of other flowers produced in a season. Fifty bunches of flowers are delivered each week to various wards throughout the Hospital. Four bunches of flowers go to the main Chapel twice weekly; and on Sunday, flowers are also delivered to the John Howard Pavilion, the Godding Service, Geriatric and Center Buildings, where services are held.

On the east side of Nichols Avenue, another change will soon take place; the old horse barn will be torn down so a new rehabilitation building can be placed in that vicinity. This fine old-fashioned building of warm red bricks and white stone decoration has housed as many as 80 horses. The outer gates open into a large courtyard where the carriages and wagons were kept. Inside the barn are many roomy stalls, each with its own window. A pretty bay window marks the place the office used to be, and dormer windows at the top of the building show ehere the rooms for the watchmen and grooms were. Two large doors on the second floor are topped with pulleys to lift hay for storage.

The last time the horse barn was used was at the time of President Truman's inauguration. Anheuser-Busch, Inc., of Missouri, sent its famous Clydesdale horses up to do him honor in the parade. There were eight of them, and there was no other stable in the "city" large enough to house them, so Saint Elizabeths played host to these handsome draft horses.

Whether the buildings are old or new, they melt gracefully into the landscape. This is evident in a photograph of the new Physical Medicine and Rehabilitation Building which was finished and opened only this year.

Regardless of change and the passage of years, something Dr. Godding said in describing the Hospital in 1892 remains true today, "These grounds are among the most beautiful in Washington. Nowhere within the bounds of the District of Columbia is there a tract of equal extent that is capable of more pleasing and varied development than this Saint Elizabeths tract."

*END*

LAWNS AND GROUNDS
                    -- William H. Mistr

The old adage "Time and tide waits for no man" is certainly true in this particular instance. Of the original Lawns and Grounds staff, today I remain as the oldest employee, having the privilege of working under the direction of (3) three Superintendents: Dr. White, Dr. Overholser, and Dr. Cameron. Of the original patient groups, there are only three left--Pappy Fillappo, William Greenly, and James Moton. Time has taken toll even upon the trees; some have died and new replacements have taken place. Next to Retreat today stands two specimens of English hollies as large as any in the Nation's capital. Cedrus Libani is also a Biblical tree--King Solomon used this timber in building his temple. A large live oak "Quercus Virginiana" is growing on the south side of Center Building , which is an evergreen in southern part of its range. The leaves are comparatively small and narrow and re usually evergree. To the right of the live oak is located an evergreen type of shrub. I had it identified at the National Arboretum as Prunus Carolina, as southern cherry. This shrub is rare to this area, so much so that the National Arboretum kept the identifying cuttings for propagation. In discussing this subject with Dr. Overholser, I was inquisitive as to who had the foresight to bring this particular shrub to Saint Elizabeths. He informed me that on one of his return trips from Florida he stopped in North Carolina and purchased this shrub, and indeed he reminded me that under the supervision of Mr. Godding I helped in planting the same.

In the vicinity of "R" Building stands a rare oak tree, better known as the shingle oak, "Quercus Imbricaria; its foliage is lustrous, laurel-like, often remaining on the tree far into the winter. Even though a native of the Ohio Valley, it is unfortunately difficult to find in commercial nurseries.

Two pat.trees have been added to our collection--the Crimson Glory Maple, with dark, deep red leaves, and the Marine Locust.

Additional notes about Lawns & Grounds

Carl H. Dean, patient, discharged in 1947, planted a white oak in 1943 near tennis courts; it is now 30 ft. tall. Mr. Dean is a bachelor, owns his own home, and is custodian of a church; he writes to Mr. Mistr at Christmas and Easter times.

The pond was built originally for use of as a reservoir in case of fire. The water was hauled to it in a cart and a wagon from a spring by the storehouse. The willow tree in the pond was brought in an old car in 1937 by Augustis N. Cox, a grounds employee.

Mr. Mistr became employee in April 16, 1936; Mr. Godding was grounds supervisor at that time.

Facts about Grounds & Farm Section
--Mr. Mistr

The Grounds and Farm Section is responsible for the successful and efficient production operation of six greenhouses, containing approximately 14,000 square feet of bench space. Here, varieties and quantities of plants and flowers are grown--such as poinsettias, Easter lillies, begonia, geraniums, hydrangeas, carnations, snapdragons, chrysanthemums, ferns and palms. The greenhouses produce approximately the following flowers:

```
 1,220  standard mums
 8,000  narcissus (forced)
45,000  snapdragons
60,000  carnations
62,000  pompons chrysanthemums
   400  hydrangeas for Easter
   600  lilies for Easter
10,000  gladiolas
 7,000  pansies
   800 - 6" pots of poinsettias for the Christmas holidays.
```

Fifty bunches of flowers are delivered weekly to the various wards throughout the Hospital. Flowers are delivered to the main Chapel twice weekly (4 bunches). For Sunday Services, flowers are delivered to John Howard Pavilion, Godding Service, Geratric and Dix Buildings.

NATIONAL HISTORIC LANDMARKS VISIT REPORT

Site:       Lafayette Square Historic District

Location: Those buildings fronting on H Street,
          Jackson Place, Madison Place, and Pennsylvania Avenue
          Washington, D.C.

Date designated:     August 29, 1970

Theme:      7e Architecture

Owners:   Most buildings are government owned, though there are a
          few which are owned privately.

Occupants:    Same as above.

Contact:  Donald Myer
          Architect, Fine Arts Commission
          708 Jackson Place, N.W.
          Washington, D.C.
          (202) 343-5324

Circumstances of visit:  Date:     June 21, 1977
                         Duration: 1 1/2 hours

    Mr. Myer was cooperative and informative, aware of the issues
    regarding historic districts, and concerned about the appropriate
    preservation of the area.

Plaque:   The plaque is located in the park which is the focus of
          Lafayette Square.

Finances, maintenance and rehabilitation:

    The area is in generally good condition. The development of plans
    for the district is described on pp. 80-85 in the accompanying
    publication, The Commission of Fine Arts - A Brief History 1910-
    1976. John Carl Warnecke presented the last plan in 1962 which was
    accepted and is effective to date. Basically, the plan preserves
    all the old houses on the Square and places the large office
    structures behind them. As a result, Lafayette Square retains its
    original residential character, the White House remains the dominant
    element, and the new office buildings meet spatial needs in the
    area.

Interpretation:

> The district is listed in various guidebooks, and explained in several publications.

Status:    The Lafayette Square Historic District should continue to be a National Historic Landmark.

Enclosures:    None.

Report prepared by:

Kristina Butvydas



**EARLY DAYS**—The Hay-Adams is shown in this photograph taken shortly after it opened in 1927. Since then, a canopy has been added to the 16th Street entrance. The hotel's neighbor on H Street is still the U.S. Chamber of Commerce Building.

# Hay-Adams Hotel Is Sold

## Sheldon Magazine Buys 45-Year-Old Building

By Claudia Levy
Washington Post Staff Writer

The Hay-Adams Hotel, elegant neighbor of the White House, has been sold by Manger Hotels to Washington developer Sheldon Magazine.

Magazine, who says the 45-year-old hotel overlooking Lafayette Park will be kept the same, paid $6 million for the property. The Manger corporation has owned it since 1936.

The Hay-Adams was the first hotel here to install air conditioning and is known, a spokesman said, "for providing service beyond the scope of many present day hotels."

The 200-room hotel will be "operated true to its elegant tradition with the same in-house management," Magazine said. Manager Michael Pugliese, who has been with the Manger Hotel Corp. since 1935, will stay on, along with the rest of the staff, he said.

Magazine is also about to start a $10 million, 23-story hotel in the waterfront area of downtown Baltimore.

Named for the houses of John Hay and Henry Adams, prominent Washington landmarks which preceded it on the northwest corner of 16th and H Streets NW, the Hay-Adams has been a frequent residence of White House guests and a "rendezvous for the socially elite throughout numerous administrations," a spokesman said.

In addition to working with a ratio of one employee for every two guests, the hotel was known for providing such amenities as bathrobes for each guest, circulating ice water, gift packs of cosmetics and toiletries and other items. The price of rooms which are furnished in French provincial style, ranges from $28 a day for singles to $110 for suites.

The hotel was built in 1927 by another local developer, Harry Wardman. A spokesman described its lobby, which is dominated by walnut paneling imported from England, as "the last of the classical formal lobbies in Washington."

The Manger Corp's Manger-Annapolis Hotel at 1111 H St. NW closed last summer, a victim of declining business, mangement said. The 400-room hotel was losing customers to motels, Manger said, citing in addition the drop-off in rail passenger service.

**Santa Cla...**



THE WEEKLY NEWSMAGAZINE
July 30, 1973    Vol 102, No. 5

## AMERICAN NOTES

### The President's Front Yard

The Watergate hearings have added a little to the rich historical lore of Lafayette Square, the graceful public park across the street from the White House. John Dean and Herbert Kalmbach, the President's personal counsel and lawyer respectively, strolled there in July 1972 to discuss hush money for the Watergate defendants.

Being the front yard of American power, the park has seen a lot of casual history. Thomas Jefferson walked over to the Madison house on one occasion to pay a call on his successor. Lincoln's Secretary of State, William Seward, was gravely wounded in his house on the square the night that Lincoln was shot. F.D.R. and others worshiped in the President's pew in St. John's Episcopal Church on the park's northeast corner.

Bernard Baruch, the adviser to Presidents, gave counsel from his seat on a park bench. Harry Truman liked to walk there. In recent years the park has been a rallying ground for demonstrators, and sometimes tear gas wafted through the tall elms.

These days, a tourist might recognize Melvin Laird talking on a bench with Kentucky's former Senator John Sherman Cooper, or former White House Chief of Staff H.R. Haldeman striding briskly between points of exile. Here and there, among the office workers brown-bagging lunch on the grass, may be seen other men talking quietly in the sunshine beyond the White House gates—because only there could they be sure they were speaking only to each other. Or so they may think. In 1947 a reporter from the Washington *Post* discovered a microphone concealed in the bushes behind one park bench, with the wires leading to a tiny park-maintenance station 30 yards away. No one ever figured out what that primitive bug was intended to hear, and everyone, from the FBI down, denied having installed it.

*[handwritten margin note:]* NO. Owned before but did not live in it at the time.

## SQUARE

# Office Is Designated For Ex-Presidents

**Continued From Page A-1**

number of presidential commissions and other agencies have been assigned to Jackson Place houses as they have been completed. Others will be occupied shortly, the General Services Administration said yesterday.

The four-story building to serve as headquarters for visiting former presidents will provide a further means of carrying out aims of an executive order issued February 14, 1969. President Nixon, in this order, established an office of Special Assistant to the President for Liaison with Former Presidents, assigned to maintaining channels of communication with former Presidents Truman and Johnson, and with former President Eisenhower while he was living.

Heading this three-person office, now located in the new Executive Office Building and to be moved later to Jackson Place, is Brig. Gen. Robert L. Schulz,. 62, who for more than a score of years was Eisenhower's personal aide.

No. 716 Jackson Place will have offices and conference rooms for use of the ex-Presidents and their aides. No residential facilities are included in plans as they now stand, a spokesman said.

The building will have an elevator and will overlook a newly created terrace at the rear of Blair House, 1651 Pennsylvania Ave. NW, the nation's guest mansion for distinguished foreign visitors.

The ex-Presidents' headquarters was the fifth house to be constructed on the block, and dates from the late 1860s. It was built by the widow of James Blair, a son of Francis Preston Blair Sr., after whom Blair House is named. Another son, Montgomery Blair, without any charge represented the slave Dred Scott, in the celebrated civil rights case decided adversely in 1857, four years before the outbreak of the Civil War.

Among distinguished tenants over the years was Supreme Court Justice Oliver Wendell Holmes Jr., a study prepared by Donald J. Lehman, of the General Services Administration, reveals.

The most recent owner, prior to the government's acquisition of Jackson place houses a dozen years ago, was the Andrew W. Mellon Educational and Charitable and Trust, which bought the building in 1937. The trust used the property as its headquarters while the over-$70 million Mellon gift, the National Gallery of Art, was under construction.

Another Mellon gift by the Old D o m i n i o n Foundation, headed by Paul Mellon, financed Lafayette Square's recently completed new walkways, fountains and other improvements at a cost of $409,000.

## ON LAFAYETTE SQUARE

NHL ?

# Ex-Presidents Get an Office

**By ROBERT J. LEWIS**
Star Staff Writer

President Nixon has set aside a historic house on prestigious Lafayette Square for office use of ex-presidents of the United States when they come to Washington.

In a first action of its kind, not yet formally announced, the property at 716 Jackson Place NW, in full view of the White House, has been designated official headquarters for former chief executives.

Additional security precautions will be built into the structure, including installation of inch-and-three-quarter plate-glass windows.

The work already is being carried out under a change order as part of the nearly completed $39.1 million Lafayette Square project launched during the Kennedy administration.

### Restoration Finished

The total square project includes two red brick, high-rise office buildings, now occupied, at both east and west ends of the square, across Pennsylvania Avenue from the Executive Mansion. Restoration of the Dolley Madison House and other buildings along Madison Place, on the square's east side, also has been completed.

Included also is restoration or construction of 13 residential-style buildings on Jackson Place, on the square's west side, and the Renwick Museum, at the northeast corner of Pennsylvania Avenue and 17th Street NW.

In the last several weeks, a

See SQUARE, Page A-17



—Star Staff

716 Jackson Place NW.



Wash Post Jan 1958

# New Fight Seen On Executive Office Building

## National Grange Razing Opposed By Congressmen

A renewed fight was promised in Congress yesterday on President Eisenhower's request for $1.2 million for planning a large office building near the White House to accommodate employes of the Executive Branch now in cramped working quarters.

The funds would finance design and specifications for a proposed $27.4 million office building in the block bounded by 17th and H st., Jackson Place and Pennsylvania ave. nw. The project, hitherto classed as one to be built under the Government's lease-purchase "installment buying" program, would be financed instead by direct appropriations under Mr. Eisenhower's proposal.

Two members of the state of Washington's congressional delegation opposed the project, as they did last session of Congress, if it means demolition of the headquarters of the National Grange at 744 Jackson pl., as presently planned.

An aide to Sen. Warren G. Magnuson (D-Wash.) said the Senator remained unconvinced that the project is so badly needed that the Grange building should be razed. Magnuson was instrumental in writing a prohibition into the Independent Offices appropriation bill last year that prohibited General Services Administration from spending any of the current year's funds on planning a site acquisition.

Actually, GSA has filed a declaration of taking, now in litigation, on most privately owned parcels in the block and is considered owner of these tracts.

On the House side, Rep. Jack Westland (R-Wash.) said he was still opposed. "There very likely will be a move to strike these funds" requested by the President, he said.

Westland estimated that about 70 members of the House from farm states will oppose the project if it means razing the Grange building. However, Westland said he would not oppose the project if the Grange building could be left standing.

The building is one of numerous lease-purchase projects, carrying an estimated construction cost of about $166 million, approved for the Nation's capital. Design and engineering work on four of these projects is expected to be completed this year. A GSA spokesman said there is a "good possibility" that construction bids would be sought this year.

The spokesman reported yesterday that GSA was encouraged by results of financing bids opened on two lease purchase projects. He saw increasing interest on the part of insurance companies and banks in offering funds to finance lease purchase projects, which are built by private money. The money is repaid to the investors by the Government over a period ranging up to 30 years.

he consulted his guide book."

Mr. Udall said later that he had read a recent article in The Washington Daily News by Managing Editor Richard Hollander suggesting a drastic rearrangement of Washington's statues with the purpose of clearing the streets of some of the more obscure memorials and making room for more worthy ones.

The Secretary said he was in substantial agreement.

"We have less and less

The Washington Post **STYLE**    *People* / *Fashion* / *Leisure*

SATURDAY, SEPTEMBER 5, 1970    E1

## HISTORY, ALL IN A ROW



"The plan came about as a result of the indignation of President John F. Kennedy and his preservation-minded wife."

19-century "residential replicas" face Lafayette Square with Federal Office Building No. 7 looming behind them.

# Reconstructing the Past Along Jackson Place

## Taking 100 Years Off the Cityscape

By Nancy L. Ross

Lafayette Square, also dubbed by history the President's Park and the Capital's Common, has undergone a face-lifting to restore its youth of 100 years ago.

The process, now nearing completion, involved the razing of five buildings and construction or renovation of 20 others at a cost of $59.1 million. It required more than a decade of effort, marked by governmental infighting and capped by the personal intervention of the neighborly folks in the big white mansion across the way to turn the clock back a century to the days when the park was the social center of official Washington.

The string of low-slung residential-type houses on Madison and Jackson Places, east and west boundaries of Lafayette Park, came about as a result of the indignation of President John F. Kennedy and his preservation-minded wife at plans to demolish the old residences and erect grandiose government structures in their place. For them and other concerned citizens, the distinguished architect John Carl Warnecke worked out a scheme whereby the needed office buildings would be constructed behind, not on, the park and its original buildings restored or rebuilt for official use.

Behind the Victorian facades, where Cabinet members once kept one eye on the White House and the other on their ladies' festive activities, civil servants now turn their thoughts to matters ranging from pollution control to government lunch menus, from planning the bicentennial celebration of

a cost of $1.7 million, the complex consists of the Dolley Madison house, now the Federal Judicial Center; a new building on the site of a home belonging to President Garfield's Secretary of the Treasury, which houses the administrative offices of the U.S. Courts; and the Benjamin Tayloe house, converted into lounges for federal judges and a cafeteria for judiciary employees. Shades of President McKinley, who often breakfasted on the same spot with his political patron Mark Hanna.

The final segment in the rejuvenation project is Jackson Place, once known as Lafayette Park West. There, 13 houses have been reconstructed or constructed for a total of $55.2 million. Four 20th-century office buildings were demolished and 19th-century residential replicas built in their place. Their predominantly red brick exteriors stretch in an unbroken line from the Parker house, No. 700 on the corner of Pennsylvania Avenue, to Decatur House, No. 748 on the corner of H Street. Their quaint uniformity and shallow depth—they were all set back to two rooms deep—has prompted some critics to liken Jackson Place to a movie set.

See RENOVATION, E2, Col. 1

## Ballerina Flees

Natalia Makarova, a prima ballerina with the Leningrad Kirov Ballet Company,





By Harry Naltchayan—The Washington Post

The courtyard behind the new Jackson Place.



By Charles Del Vecchio—The Washington Post

*716 Jackson Place: Where former chief executives will stay.*



By Harry Naltchayan—The Washington Post

*The courtyard behind the new Jackson Place.*

"... history was still being made there well into the 1950s while 'most of the neighboring houses were dwelling increasingly with the ghosts of a romanticized past.'"

distinguished architect John Carl Warnecke worked out a scheme whereby the needed office buildings would be constructed behind, not on, the park and its original buildings restored or rebuilt for official use.

Behind the Victorian facades, where Cabinet members once kept one eye on the White House and the other on their ladies' festive activities, civil servants now turn their thoughts to matters ranging from pollution control to government lunch menus, from planning the bicentennial celebration of the Revolution to the care and feeding of former presidents.

After construction of the Court of Claims and Federal Office Building 7, the red brick high-rises—which overlook or overshadow, in some critics' opinion, the restoration of Madison Place began. Completed in 1968 at

quaint simplicity and low depth—they were **all** cut back to two rooms deep —has prompted some critics to liken Jackson Place to a movie set.

See RENOVATION, E2, Col. 1

## Ballerina Flees

Natalia Makarova, a prima ballerina with the Leningrad Kirov Ballet Company, has defected to the West and will live in Britain. Page E8.

| | |
|---|---|
| Books | E4 |
| Bridge | E4 |
| Calendar | E4 |
| Crossword | E6 |
| Show Times | E6 |
| Television/Radio | E8 |



*The "lineup" along Jackson Place in 1937, before the "rejuvenation process" began.*

THE WASHINGTON POST

E 2    **Saturday, Sept. 5, 1970**

═══════ *AMERICANA* ═══════

# *Along Jackson Place*

## Reconstructing the Past

*RENOVATION, From E1*

Of the houses there, the most outstanding is No. 716, which has been designated as a Washington base for former chief executives. At first glance, it literally "stands out," being a Federal-style house in a row of Victorian facades. It is the only one on the block with Georgian multi-paned windows except Decatur.

No matter how artfully made up its eyes on the street, they can't conceal, however, that the house has a 19th century body, as indicated by the mansard roof and high ceilings. Donald J. Lehman, a General Services Administration historian who has thoroughly researched No. 716, observes the building's Federal-style touches were stuck on by the A. W. Mellon Educational and Charitable Trust, which acquired and renovated No. 716 in 1937 before Victorian revivals became fashionable.

The Mellon Foundation, listed as the house's tenant until 1960, distinguished itself by its historical, if not its architectural, contribution to No. 716. It was from there the family and foundation officers directed the construction of the National

will be a sitting room with conference-dining room and Pullman kitchen at the rear. In the attic, two bedrooms, the smaller of which overlooks the Blair House garden. Security offices will be in the basement and bulletproof glass installed in the lower-floor windows.

The Lafayette Park renewal program also includes the renovation of the old Corcoran Art Gallery at 17th Street and Pennsylvania Avenue, now the Renwick Museum of 19th-century American crafts, and the reconstruction of gardens behind Blair House.

The windows of FOB 7 that overlook the garden have been bricked up or fitted with translucent glass.

To further insure the privacy and security of the foreign potentates who make Blair House their home away from home, a three-story-high brick wall has been erected at the end of the FOB courtyard, which the Blair House garden abuts.

To lay the half-block-long brick-paved garden behind Blair House, an el and two carriage houses were demolished. Three fountains and white-flowering magnolia, dogwood and camellias have been planted.

Ivy and other vines grow- ing on the brick and brick

torian residence, the labor headquarters having succumbed to the wrecker's ball.

722—Ironically, the original house at No. 722, before its demolition in 1930, was undoubtedly the most historic on Lafayette Square, barring Decatur House. Built in 1819 by naval surgeon Thomas Ewell just after fellow officer Decatur had constructed his corner house, it subsequently passed into the hands of a glittering succession of historic personalities.

These included three treasury secretaries, three navy secretaries and President Grant's Vice President Schuyler "Smiler" Colfax, whose nickname might have been a cover for his subsequent shady financial dealings.

But No. 722 is best remembered by lovers of what the French call "petite histoire" as the home of Congressman Daniel E. Sickles who shot to death his wife's paramour, Philip Barton Key, after the lady was caught waving a handkerchief as a signal to him across the park.

726—Once the residence of Civil War hero and West Point superintendent Maj. Gen. J. G. Parke, No. 726 is now only half a house—



*The old-fashioned new look on the west side of Lafayette Square.*

By Harry Naltchayan—The Washington Post

collection of the late Secretary of the Treasury Andrew W. Mellon.

Lehman notes that history was still being made there well into the 1950s while "most of the neighboring houses were dwelling increasingly with the ghosts of a romanticized past."

The Mellons were the last of three distinguished American families to own No. 716. The site was part of the original allocation by the government in 1792 to a speculator named Samuel Davidson and was sold by his nephew around 1818 to naval hero Commodore Stephen Decatur. Flush from his victories on the Barbary main, Decatur had built on the northeast corner of his property the elegant house which still bears his name.

After his death by dueling, the lot on which No. 716 now stands passed into the hands of the Blair family, which held it for 60 years. Francis Preston Blair, who was a publisher and politico in the Jacksonian era and whose home on Pennsylvania Avenue now shelters high-ranking politicians and princes visiting Washington, sold the Jackson Place lot to his son in 1852 for "Love and affection and $1.00."

Nearly 30 years later, the younger Blair's widow, Mary Jesup Blair, got around to building the first house on the site, the fifth on the block.

Mrs. Blair, whose husband had run off to California during the Gold Rush and died in 1853 leaving her financially strapped, built the house next door, No. 716, for investment purposes. Lehman surmises this from the rather ordinary materials used in comparison to those of her own residence at No. 718. Her own steps railing was rather fancy whereas the house next door had only a plain pipe railing.

Even so, No. 716 had some distinguished tenants: Supreme Court Justice Oliver Wendell Holmes Jr., an assistant secretary of state, an assistant attorney general, senators from New York, Oregon and Maryland, statistician Roger W. Babson, journalist George Creel and President Wilson's famous propaganda committee to popularize World War I.

GSA, which administers all the buildings except those controlled by the National Trust, denies assigning them on the basis of their historical past, however tempting the thought of determining compatible ghosts for tenants.

Space being the prime consideration, the narrowest house on the block (22 feet, three inches wide) was selected for the use of the former Presidents of the United States and a three-member staff. Possibly another consideration, it already had an elevator, installed by the Mellons.

Originally No. 716 extended back 62½ feet; However No. 718, like some of its neighbors, was truncated so that the houses' rear elevations would form an even backdrop for the red brick FOB plaza directly behind them. The rears are all red brick, even though the facades of a few, such as the ex-Presidents house, are painted white.

From a second floor office, ex-Presidents Johnson or Truman can look down on the lunchers and rock musicians who fill Lafayette Square now of a summer day and perhaps breathe a sigh for the days when it was a colonial apple orchard or when Civil War troops bivouacked there.

On the third floor, there

walls will in time soften the harsh appearance of a prison exercise yard.

Mary Wilroy, Blair House's keeper, says the garden will be reserved for summer entertaining as well as for his majesty's constitutional.

## House by House

*Turning the corner from Pennsylvania Avenue on Jackson Place, the houses are numbered from 700 to 748 (Decatur House). Here are brief sketches of the houses marked by street number in the photo above.*

**700 — 704** — The two houses will serve as office space for Blair House. Whereas press conferences in the Blair House drawing room have always meant shoving around precious antiques, distinguished visitors will now have an uncluttered conference room on the second floor in which to unwind their minds.

Thus the complex reverts to its old associations: diplomacy and the press. The corner house, No. 700, was built in 1860 by Dr. Peter Parker, a one-time missionary who was U.S. Legation secretary in China in the 1840s. It became, a half-century later, the headquarters of the Bureau of the American Republics, No. 704 was the home of John McLean, publisher of the Cincinnati Enquirer and the Washington Post.

**708**—This house has been occupied by, among others, the daughter of Adm. John Dahlgren, the inventor of the smooth-bore gun, and used for Justice Department offices. The Fine Arts Commission now has its offices there. Presided over by Washington painter William Walton, the commission advises the federal government on its building program.

For its library and conference rooms, the commission has already received some antiques from the White House Collection. Commission Secretary Charles Atherton says it hopes to make the library, which will house many volumes on Washington, art and architecture, semi-public. In that case, it may become the most popular room in the house, not for its books, but its view—straight onto Blair House garden. The garden gate however will remain locked.

**712**—This is the only unassigned house. Within its confines lived Maj. Henry R. Rathbone, who was with President Lincoln on that fatal night at Ford's Theater and grappled with John Wilkes Booth in the box. Other residents of No. 712 included Gen. Nicholas Longworth Anderson, the youngest man to achieve the rank of general in the Civil War.

**716**—The house for former presidents.

**718-722-726.** Three new buildings on the block have fittingly been delegated to one of the newest governmental organs, the presidential Council on Environmental Quality, a kind of supra-anti-pollution agency. The council, headed by Russell Train, has colonial chandeliers and Williamsburg reproduction wallpaper to inspire thoughts of clean living, but no antiques.

**718**—The house at this location remained in the Blair family until 1935 when it was sold to Walter Reuther and other labor leaders who demolished it to erect a large edifice. Within a century, No. 718 is back where it started as a graceful Vic-

the top half. The newly constructed house lost its bottom to form a passageway through to the public courtyard of FOB 7. In the plaza's center is a fountain.

**730-734-736**—These three houses are occupied by the American Revolution Bicentennial Commission. While most of the buildings on Jackson Place will be equipped with standard GSA furniture, the American Revolution Bicentennial Commission welcomes donations of antiques to go alongside reproductions in its reception rooms and offices.

The commission, headed by David Mahoney, who is also chairman of the board of Norton Simon, Inc.—the foundation of the California art connoisseur—has already accepted 19 fine Victorian pieces from Mrs. David Karrick of Washington for its headquarters in Nos. 730-734-736.

No. 730 was once the home of William J. Murtagh, editor of the National Republican, one of the first papers to back Lincoln for President. No. 734 belonged in 1896 to Charles G. Glover, a prominent banker, who soon built fancier digs and wound up donating much of the property to the District as part of the Glover-Archbold Park. No. 736, the last of these three townhouses, all original, is considered by Lehman the finest example of a Victorian facade of any on the square. Tiers of double-arched windows carry the eye upward from the brownstone balustrades of the front steps to the ornamental crest above the mansard. Old French marble fireplaces grace the interior.

Though historians doubt, as has been reported, that President Polk's Secretary of War William L. Marcy, who died in 1857, lived in No. 736, the building did serve as a temporary White House in the summer of 1902 when President Theodore Roosevelt lived there.

**740-744**—These are new constructions, built on the site of the old National Grange office building and occupied by the National Trust. In contrast to its neighbors, Decatur House and the Bicentennial Commission, and its mission to preserve old houses, the commission has gone modern behind its 19th-century exterior. The furnishings are contemporary wood and chrome pieces. Eventually the two buildings will be linked by a garden to Decatur House, the oldest house on Jackson Place.

**748**—Decatur House was bequeathed to the National Trust in 1961 upon the death of Mrs. Truxtun Beale. Known as one of Washington's "Three B's"— Bacon, Beale and Bliss—for a trio of society grandes dames, she was the last in a series of illustrious people to live there. After the death of Decatur—best remembered for his words "Our country, right or wrong"—the house was subsequently inhabited by three secretaries of state, including Henry Clay and Martin Van Buren, and the ambassadors of Russia, England and France.

During the half-century she lived there, Mrs. Beale had the Victorian embellishments removed from the exterior and the facade restored to its original style. Now the first floor of the house, restored in 1967, mirrors the Decaturs' elegant train days in 1819-20, while the upstairs furnishings reflect the tastes of the Beales, who owned it for 84 years. It is a museum and is open to the public.

comp.

create your exceptional, Italian provolook" . . . and sav
Choose from uphols styles sketched . . .
oval or buttoned des oil in loveseat size or tom, cover from a b telesses and more. p





consult with sloane's talented s signers for your decorating pro ty, taste and value that s sho give are priceless and lasting; an appointment.

WASHIN





*Home of Daniel Webster, later the residence of W. W. Corcoran, which formerly stood at the corner of H street and Connecticut avenue, where the United States Chamber of Commerce Building is now located.*

TUESDAY, NOVEMBER 19, 1985 **B7**

THE WASHINGTON POST

# Lafayette Park Spurs Hot Debate:
# It's Free Speech Versus Scenic Beauty

PARK, From B1

sides of this controversy pitting free speech against scenic beauty.

"We've gotten more public comment on this than just about anything in recent history," said Sandra Alley, the Park Service spokeswoman whose East Potomac Park office is the official repository for the letters, which have come from as far away as Arizona and Mexico.

Though the official comment period ended Oct. 21, with final regulations due out in December, Alley said correspondence from the public is still arriving. The letters and petitions supporting the proposed rules went into one black binder, those opposing them into another.

Nobody minced words.

"Let's get rid of the trash," Bradford Parker, a District resident, implored in his letter. "Where has our pride and dignity gone?"

David Denholm of Vienna complained that the "disgusting display in Lafayette Park" makes him "cringe" whenever he shows out-of-town visitors around.

And Elwood Wagner of Philadelphia appealed to the Park Service to let the park be a park, "with green grass, shrubs, birds, squirrels etc., not signs, posters, trash, tents, destruction of the horticulture and filth."

Then there were those who suggested that the demonstrators be given year-round space for their protests—near Buzzard Point or the Blue Plains sewage treatment plant.

The issue has divided the legal community as well as park lovers.

The Washington Legal Foundation, a conservative public interest group, has asked for more stringent regulations, including a ban against demonstrations and signs in Lafayette Park during the spring and summer between 11:30 a.m. and 1:30 p.m.

The liberal American Civil Liberties Union has threatened to sue if the proposed regulations are adopted as policy.

"The additional restrictions . . . go far beyond the limits of what could have been justified" to protect the park and the public safety, ACLU legal director Arthur B. Spitzer argued in 25 pages of comments filed with the Park Service.

"Because of the park's location directly across the street from the White House, it is uniquely important and appropriate as a location for demonstrations addressed (actually or symbolically) to the president of the United States and to others (ranging from visiting heads of state to tourists) who visit the White House," he wrote.

Spitzer, noting that some have suggested the Ellipse as a more suitable protest site, said that location receives so few visitors that protesters might as well conduct a demonstration on Roosevelt Island for all the attention it would get.

"The purpose of the First Amendment is to protect the rights of the people to communicate with each other, not with the grass and the sky," Spitzer wrote.

Robert Corn of Arlington accused the Park Service of exaggerating the problems caused by park demonstrations. Robert Shreffler of Arizona, referring to the current round-the-clock antinuclear vigils in the park, wrote that there is "nothing at all ugly, wrong or illegal with these people protesting the destruction of the earth."

The Sierra Club, capitalizing on what it called "its unique perspective," called the Park Service regulations inappropriate and arbitrary and said freedom of speech had become a part of Lafayette Park's character.

Alley said the Park Service will weigh all the comments and try to keep a balance between the care of the park and First Amendment rights.

The proposed rules would not apply to hand-held signs. But permanent signs, such as the billboard-size plywood structures or huts that have sprung up along the Pennsylvania Avenue side of the park, would have to be no larger than four feet in either dimension and no thicker than one-quarter inch.

There would be a limit of two signs per protester, and a demonstrator would have to stay within three feet of the sign. Personal property such as makeshift toilets, chairs and desks would be prohibited. Protests of fewer than 100 persons would be restricted to a small "soapbox" platform, rather than a stage.

Opponents of the proposed new guidelines argue that the signs must be big enough to be seen from across the street and by passing motorists. Also, according to John Steinbach, a member of the Gray Panthers of Metropolitan Washington, the proposed stage restrictions could be dangerous and would make it difficult to present theater or musical groups as part of a protest.

Steinbach, an organizer of the Friends of the First Amendment petition drive against the proposed regulations, said the White House and the park have been a traditional center for political dissension for the last 100 years, going back before Suffragette and antiwar protests.

Another tradition, according to a letter from the White House Vigil for the ERA Committee, is that "true democracy is rarely an orderly process. Strict order tends to be the byproduct of totalitarian, repressive regimes with little respect for individual rights."

# New Rules to Curb Lafayette Protests

## 'Visual Blight' Cited

### By Karlyn Barker
Washington Post Staff Writer

The National Park Service, arguing that the proliferation of permanent protest displays is causing "visual blight" in Lafayette Park, has announced new regulations that would restrict both the size and the number of protest signs there and prohibit the plywood huts and other structures that have sprung up across the street from the White House.

The regulations, according to the Park Service, are intended to control the manner, but not the content, of protests by demonstrators who have settled into the park on a long-term basis and turned its picture-postcard beauty into what many call an eyesore.

"We've obviously had a lot of complaints about conditions in the park," said Sandra Alley, associate regional director of public affairs for the Park Service's national capital region. "We're not trying to curb First Amendment rights, but we are seeking some sort of balance."

Hand-carried signs would be exempted from the new regulations, and protest groups would be allowed to set up temporary speaker's or "soapbox" platforms for rallies in the park.

But other "structures"—the huts, chairs, desks, makeshift toilets, kitchen sinks and other personal items that officials say protesters have brought in or "stored" in the park—would be prohibited.

Under the new regulations, scheduled to take effect in late November after a period for public comment, signs placed or set down in the park must be no larger than four feet in either dimension and no thicker than one quarter inch. They may not be elevated more than six feet from the ground at their highest point and may not be combined with other signs to form larger structures.

No protesters may have more than two such signs in the park at any one time, and those signs must be "attended" at all times, meaning that someone must be within three feet of the sign or it will be considered abandoned property.

Park Service officials say they need the tighter restrictions because protesters have begun setting up billboard-like, hand-painted signs along the Pennsylvania Avenue side of the park, obscuring the view of the White House, posing a safety threat in high winds and generally ruining the park's esthetic quality.

But park protesters and civil libertarians, who have tangled with the Park Service before, raised concerns yesterday that the new restrictions could violate constitutional protections of free speech and free expression.

"They want to try to make Lafayette Park look more pretty in the view of some people," said Arthur Spitzer, legal director of the ACLU's local office here. "We just don't think that is a very weighty concern to justify the infringement of First Amendment rights."

Though an around-the-clock antinuclear vigil has been going on in the park for more than two years, court decisions have prohibited overnight "sleep-in" protests there. Long-term demonstrations on the sidewalk in front of the White House also have been banned, a move that has made Lafayette Park all the more attractive to protesters.

"I came here June 27 and I just haven't gotten home yet," said Prima Blakus of Portland, Ore., who sat in a chair at the southeast corner of the park yesterday and flashed the peace sign to passing motorists. "Now I've gotten stubborn, I'm waiting for world peace."

More than 50 signs—encouraging everything from world peace to birth control to freedom of religion—were set up in the park yesterday, sharing space with lunching office workers and drawing the attention of tourists. Only two demonstrators, Blakus and Concepcion Picciotto, were in the park with the signs.

Picciotto, an organizer of the antinuclear vigil, said she and a companion, William Thomas, built several of the larger protest signs that face the White House. "The more weapons they build, the more signs we have to have to show the people what is happening," she said.

But Park Service officials, in a memorandum accompanying publication of the regulations in yesterday's Federal Register, warn that without the new restrictions the "dump-like atmosphere" and "building boom" in the park could get worse. They say they have received requests for permits to establish a library in the park, a landing spot for a spaceship and facilities to perform an abortion.



5

# The Philadelphia Inquirer

An Independent Newspaper

Published Every Morning by Philadelphia Newspapers, Inc.
400 N. Broad Street, P.O. Box 8263, Philadelphia, Pa. 19101

SAM S. McKEEL
President

EUGENE L. ROBERTS JR.
Executive Editor

EDWIN GUTHMAN
Editor

Saturday, August 24, 1985                                   Page 8-A

# Reclaim Lafayette Park from protesters' abuses

The right to protest is cherished, but the First Amendment does not entitle one to spray-paint opinions all over the Liberty Bell.

Neither does it entitle protesters, no matter how sincere, to do what a tiny band has done to Lafayette Park in the heart of Washington. This splendid gem of a park is just opposite the White House, north across Pennsylvania Avenue. Until recently it was an oasis of calm and beauty. Tourists favored photos from it with the White House as background. Office workers treasured open-air lunches and breezy conversations on its benches. Unfortunately a handful of protesters effectively has trashed it.

One group has maintained a round-the-clock anti-nuclear protest there for more than two years. Others proclaim world peace, birth control, you name it. Together they have taken over large sections of the park, erecting huts and stationing desks, chairs, toilets — even a pyramid. Some set up billboard-size, hand-painted protest signs permanently blocking the view to the White House. One demonstrator alone put up eight billboard-size signs. They have

damaged the park's turf, trees and brick sidewalks, denied the public access to large tracts and lured vagrants to sleep on benches that tourists and office-workers no longer enjoy.

Obviously this must stop; finally the National Park Service is trying. Under a proposed rule, protesters still could exercise their First Amendment rights fully, but they would be prohibited from establishing structures or over-size signs in the park. Hand-carried signs would be unrestricted. Temporary speaker's platforms would be permitted, but stationary signs could not be larger than four feet tall or wide and could not be left unattended.

That's only fair. If anything, the rules should be more strict. Why not require protesters to move along, as must strike pickets? Why not forbid overnight encampments, requiring protesters to pack up and leave daily, free to return another day? Suggestions or opinions on the proposed regulation are welcome through Oct. 21. Write: U.S. National Park Service, Regional Director, National Capital Region, 1100 Ohio Dr. SW, Washington 20242.



Lafayette Square (NLA)

**6**

THE WASHINGTON POST    A24 SATURDAY, AUGUST 24, 1985

*Great!*
*Column!*

*Edwin M. Yoder Jr.*

# Liberty And Junk For All?

For reasons connected with the high cost of parking at the fancier Washington hotels, my occasional early-morning walking route to a press breakfast takes me across Lafayette Park, just opposite the White House.

Here, where Henry Adams once built a great house, and where Andrew Jackson still rears his horse in equestrian splendor, my dedication to the constitutional right of petition undergoes—and invariably flunks—a stern test. It is not unlike the test your belief in free speech would undergo if someone were screaming political slogans in your ear every time you hit the sidewalk.

The test for me is the clutter of billboards, placards, tents, mock cemeteries and whatnot that now disfigures one of Washington's most agreeable squares, and one of the few refuges of distinguished architecture.

I was delighted, therefore, to read that the National Park Service intends to crack down on the demonstrators who (often in absentia) have turned Lafayette Park into a junkyard, a zealot's haven but a citizen's eyesore.

New regulations would restrict the size of placards—a long, ugly row of which now conceal, at eye level looking across Pennsylvania Avenue, the north facade of the White House. They would also have to be attended, or they would be treated as abandoned property.

The Park Service is, if anything, over-cautious. But depend on those who confuse vandalism with liberty to find even these mild measures objectionable.

The American Civil Liberties Union, bless its myopic soul, predictably finds this tightening frivolous, perhaps unconstitutional. "They want to make Lafayette Park look more pretty," said an ACLU spokesman, "[but] we just don't think that is a very weighty concern to justify the infringement of First Amendment rights.'"

Not a weighty concern? An exercise of rights that blights, all day every day, a public square? How far, one is led to speculate, might libertarian numskullery go?

If someone with a burning message is moved to bedeck the Washington Monu-

ment with a huge wraparound banner, if the 100-foot level, or hang a sandwich board with anti-nuclear slogans around Mr. Lincoln's neck in the Lincoln Memorial, must the esthetic interests of tens of thousands be dismissed?

Why must the rest of us suffer, in silence, some trashing of the commonweal every time a world-saver with $20 to spend for a signboard and a paint brush goes into action? By long legal usage, even the most essential personal liberties are subject to reasonable "time, place and manner" restriction when their exercise becomes a nuisance or a menace to others.

It is, as Holmes told us, no legitimate exercise of free speech to cry fire falsely in a crowded theater, causing a panic. And not even the silliest judge in the land would uphold your right to ring my doorbell every day at 3 a.m. to deliver your urgent warning against nuclear power.

This is not a plea for banning the right of timely and appropriate petition. It is an argument for measure, and for what might be called the Fifth Freedom: the right to enjoy, unblighted, the graces of the American landscape.

And by the way, while thousands of tourists must seek their first southward glimpse of the White House across a forest of placards, just who is being petitioned for a redress of grievances? Ronald Reagan is at the ranch. Congress is in recess and even when in town does no business near Lafayette Square.

The petitioners and demonstrators should be permitted to do their thing at set times in the park, or in front of the White House, or wherever they wish, then fold up their demonstration sets and move on.

Outrage over the casual spoliation of the American land and cityscape—of which the trashing of Lafayette Park is part—is made the keener by visits to European cities. They somehow manage to avoid becoming political gulags without sacrificing their visual grace.

Not so us. Like the clutter erected on the west side of the Executive Office Building, like disfiguring, shoddy, box-like office buildings, steamy parking lots, instant-food strips, daily litter sufficient to make a landfill of the Pacific Ocean bed, the junking of Lafayette Park is of a piece with our national tolerance of ugliness.

And this in the name of liberty? Thomas Jefferson, who had much to say on that subject, was a man of taste who saw that virtues need not be graceless, nor beauty incompatible with liberty. A citizenry that becomes visually brutalized exposes itself to political brutalization as well.

*19*



# Lafayette Park Provokes Debate

## Free Speech Clashes With Scenic Beauty

### By Karlyn Barker
Washington Post Staff Writer

Jim Moses of Arlington calls the place "a rat hole" and says the ugly junk and signs left him shocked and speechless. His opinion is shared by many others, and they use words such as "sickening" and "filth" when they speak of this "national disgrace."

Andrew Teter of Silver Spring worries about its appearance, but thinks the Constitution places free speech above scenic beauty. There are plenty of people in his camp, too, and they use words like "delightful" and "uniquely important" as they praise "a thrilling example of democracy in action."

The inspiration for all this passion and hyperbole is a former apple orchard and soldiers' encampment located across the street from the White House now known as Lafayette Park.



BY HARRY NALTCHAYAN—THE WASHINGTON POST
**Sandra Alley of National Park Service holds binders of petitions about Lafayette Park.**

Since August, when the National Park Service complained of "visual blight" in the park and asked for public comment on proposed rules that would limit the size and number of protest signs in the park, the agency's National Capital Region has been inundated with letters and petitions on both

See PARK, B7, Col. 1

*More ...*

DENVER POST
DATE: SEP 2 9 1985

2

# Visitors' ire may bring curbs on protest signs

**By Gary Schmitz**
Denver Post Washington Bureau

WASHINGTON — Lafayette Park once was a tree-shaded retreat known for its stately view of the White House across the street.

Today, it is home to a block-long clutter of signs so distracting they have become a tourist attraction in their own right.

With huge hand painted messages like "Live by the Bomb, Die by the Bomb," "Reagan '84, War '85," and "Sue Your Government Now," it is a plywood protest against United States nuclear weapons policy.

"Peace Park," as the sidewalk display now is known, has enraged so many visitors that the usually accommodating National Park Service is calling for restrictions on the number and size of signs there.

But protesters already are decrying the proposed regulations as an infringement on free speech.

And if the park's turbulent history is any indication, the issue won't be resolved easily.

In the past decade, the block-square plot of grass has served as a soap box of sorts for all manner of causes. Three years ago, a veritable tent city was erected there by leftists, while ultraconservatives held demonstrations of their own nearby.

The park also was a favorite hangout for Norman Mayer, the troubled man who was killed by authorities in 1982 as he held the Washington Monument under siege. Demanding an end to the nuclear threat, Mayer falsely claimed the van he parked beside the monument was filled with 1,000 pounds of dynamite.

The Park Service once received a permit application from a man who wanted to use Lafayette Park



A tourist tries to take a picture with the White House as a backdrop amid the clutter of signs in Lafayette Park.

Associated Press

as a landing site for visiting spaceships.

The wall of signs that endures today is the work of a small band of anti-nuclear activists. They are unaffiliated with more orthodox peace groups, and several are so committed to their cause they virtually have lived in the park since founding the "White House Anti-Nuclear Vigil" in 1981.

"This has been my life for the past five years," said Concepcion Picciotto, a Spanish-born protester who believes that eliminating the nuclear arsenal is the "most important issue facing the world."

Letters from backers in the anti-nuclear movement worldwide are tacked to the sides of the wooden signs, some of which are nailed together to form small hutlike structures.

The Park Service long ago banned sleeping in the park. But the volunteers who stand guard through the night have been known to snooze once in awhile.

William Thomas, the self-styled radical pacifist who began the project, has been arrested 26 times for "camping" in the park and for other charges related to the signs.

In turn, he and others accuse federal officials of endless harassment.

"Freedom of speech is far more important than anyone's individual

opinion of what is or isn't pretty," Thomas said in a curbside interview.

Thomas clearly enjoys the fact that White House officials and visiting dignitaries can't help but notice his work every time they use the north portico, the main entrance to the president's home.

He is equally intent on "communicating" with the 3 million people who are estimated to pass the White House each year.

Some onlookers, however, have a reaction less than appreciative.

"It's a pile of garbage," fumed Harlin Amick, a tourist from Sacramento, Calif. "It doesn't belong this close to the White House."

N4L    3

THE WASHINGTON POST

**A22** SATURDAY, AUGUST 24, 1985

# *The Signs in the Park*

THE POLITICAL SIGNS in Lafayette Park raise a question that always seems difficult in the abstract, but turns out to be simpler when you look at the actual scene. Most of the signs face Pennsylvania Avenue and the White House, and some are substantial structures. Several are eight or 10 feet high. They convey a variety of messages, frequently supporting the causes of world peace and disarmament. The First Amendment certainly protects the right to express those views. Does it protect the right to express them on billboard-size signs parked permanently among the flower beds and fountains of a much-visited park? As the signs get bigger and more numerous, the idea of an unlimited right gets more dubious.

That block of Pennsylvania Avenue, and the park, have always been a locus of choice for people with messages to deliver to their government. A decade ago a Texan who had been carrying on a dispute with the Veterans Administration ever since World War II took to sleeping in the park as a protest against a ruling on his disability benefits. The Court of Appeals accepted the argument that sleeping in the park could be political expression. Then the Community for Creative Non-Violence attempted the same thing on a larger scale, pitching 20 tents in the park to protest inadequate housing for the poor. The case went to the Supreme Court, which held last summer that the National Park Service had the power to prohibit camp-ins whether they were political expression or not. Last year the Park Service also turned its attention to the rich mixture of signs, banners and vigils along the White House fence. The Court of Appeals upheld a precise and strict set of regulations, partly on aesthetic grounds and partly to protect the White House's security. But sweeping this multitude of messages from the south side of the avenue has increased the pressure on Lafayette Park on the north side.

Free expression and dissent tend to be untidy, and a certain amount of untidiness has to be tolerated to accommodate them. They are, after all, essential. But there have always been limits. That's not new. You don't have to be told that the courts would not encourage you to spray-paint your constitutionally protected opinion of your congressman on the Washington Monument.

For Lafayette Park, the Park Service has now proposed new rules. They would continue to permit demonstrations there. They would permit you to carry signs there. They would permit you to set up a stationary sign as large as four feet square, as long as you stay there with it. These rules are chiefly aimed at the huge, four-season, all-weather signs that have lately taken up permanent residence. These rules are reasonable, and the time has come when, unfortunately, something like them is necessary.

# The Washington Times

*TUESDAY, AUGUST 20, 1985 /*

## Lafayette Square

One man's eyesore may be another's political statement, but dozens of gaudy, permanent protest displays may be hauled away from President Reagan's front yard in Lafayette Square — once actually part of the White House compound and designated by Thomas Jefferson as "The President's Park."

New National Park Service regulations, scheduled for release in today's Federal Register, would require one protester to guard no more than two signs, each measuring no more than 4 feet by 4 feet by one-quarter inch. They also would be allowed as many hand-held signs as they could carry. Permanent structures would be banned, as would speakers' platforms, except for groups holding temporary Park Service permits.

Currently, a handful of protesters, sleeping in the park, claim to guard dozens of larger signs, which would otherwise be hauled away as trash by park authorities. In a press statement also scheduled for release today, National Park Service Director William Penn Mott said the proposed rules result from "numerous citizen complaints" concerning "the continually worsening visual blight in Lafayette Park as well as the Park Service's growing concern for safety and resource protection of the historic square and its visitors."

Interior Department sources say that they anticipate legal opposition from protesters camped in the park. The change in Lafayette Square regulations will be pending through Oct. 18. Written comments of support or opposition should be sent to the Regional Director, National Capitol Region, National Park Service, 1100 Ohio Drive SW, Washington, D.C., 20242.

The Sun
Aug. 25, 1985

# The signs of Lafayette Park: testing the [4] meaning of the First Amendment

ERNEST B. FURGURSON
CHIEF OF THE SUN'S WASHINGTON BUREAU

*Washington*

A classified ad for this particular dwelling might read thus: "Breezy, furnished A-frame with sleeping loft, professional landscaping, close-up view of White House, center of capital's cultural and political activity. Cheap."

Housing is booming in Lafayette Park, across Pennsylvania Avenue from the president's home. Most of the dozens of structures look permanent, but they are becoming permanent. Some are of plywood, some of cardboard, most are caulked and draped with plastic garbage bags.

In some capital, and no doubt in Washington, too, at some other time, the tenants of these dwellings would be evicted as squatters, and their shelters torn down as nothing more than an unsightly mess on the nation's most special parkland.

But despite the variety of their construction, these structures have something important in common: They all do double duty as political placards. And because they began as protest signs, they may be protected by the free speech clause of the First Amendment.

And that provides the plot of one of Washington's longest-running, most constitutionally difficult public debates.

In its early years, Lafayette was known as "the president's park," and St. John's, across on the corner of 16th Street, was "the president's church." That was back when sheep still grazed on the White House lawn. For decades there was not even a fence between the president's house and the avenue, where an occasional buggy rattled past.

In the 1960s, protesters and their signs became a regular attraction along the sidewalk before the White House. The park became the assembly area for mass demonstrations. More than once, the executive mansion was shielded against them by a wall of buses parked bumper to bumper.

When Vietnam and other grievances of that era passed, the mobs went away. But some lonely protesters stayed. They set up camp along the sidewalk, using their signs for shelter.

Then, after Mr. Reagan came in, the avenue's south sidewalk was cleared in the name of security. The protesters moved their

signs and sleeping bags across to Lafayette Park. There, the signs somehow have increased while the protesters who painted and erected them have diminished.

Most of Lafayette Park, the other sultry afternoon, was an idyll of dog days in Washington. Thirteen players and kibitzers gathered around the chess tables along the western edge. Eight street people slept, some on benches, some on the grass. An itinerant alto saxophonist standing near the heroic horseback statue of Andrew Jackson kept playing "Georgia on my Mind," over and over.

Tourists foreign and domestic filed through with cameras. A family of six, all in short pants, stopped to gaze at the messages on the huts along the avenue side.

There were about 30 of them in a row, from three to about 16 feet high. One of them said in big letters, "Welcome to Lafayette Concentration Camp." Another complained of the "saints who profess to assist the homeless . . . adventurers and optimists looking for media attention and money."

Others supported freedom of religion, birth control and assorted causes. One bore a placard remembering Norman Mayer, who was a veteran White House protester before he finally snapped in 1982, drove his van to the Washington Monument and threatened to blow it up before he was killed by police gunfire. A sign said, "White House 24-hour nuclear vigil since June, 1981 — just two individuals, no groups."

The two-story job with the sleeping loft was in another camp one row back, near the corner statue of Lafayette himself. Its lettering made a complicated case for an uncensored "community scrapbook." Nearby sat a sign that might inspire second thoughts in the passing policeman or street-cleaning crew inclined to neaten up the area: "Support the First Amendment."

The debate over Lafayette Park puts heavy strain on some lifelong supporters of free speech. Does the Constitution guarantee the right to erect signs on public property and keep them there month in and out? Does it legitimize camping out under protest signs in places where other camping is prohibited?

The National Park Service has been wrestling with this while getting a flood of complaints about what it correctly calls "visual blight" that obstructs the view of the White House. Now it has come up with new regulations intended to control the size of signs and do away with the lean-tos, while making no threat to the fact or the content of portable placards.

Hand-carried signs would be allowed. Protesters could set up temporary speaker's stands for rallies. But signs could be no more than 4 feet by 4 feet, and set up no more than 6 feet high. They could not be joined to others to make larger structures.

No one person could have more than two signs, and any sign left while its owner wandered more than three feet away would be considered abandoned, and so cleaned up.

This, park officials said, would end the current situation in which all those signs and huts were sitting there last week, with only one woman apparently responsible for them. Whether their original builders were at work, out panhandling or back home in Indiana was unclear. But it was clear that under the new rules, the semi-permanent structures with their chairs, makeshift sanitary facilities, bunks and other equipment would have to go.

Predictably, there were outcries when these rules were announced. Park protesters and civil libertarians immediately asserted that they were a threat to the First Amendment. Park Service spokesmen escalated the issue by saying they have gotten applications for permits to start a library, land spaceships and perform abortions in the park.

Marches, demonstrations, protests here always bother the incumbent administration. To most of them, I have said in the past that we should be thankful we have such brazen manifestations of free speech — they are the basic difference between Washington and Moscow.

In the current case, I waver. Somewhere there is a line between free speech and vagrancy, between the minority's right to demonstrate and the majority's right to enjoy the public parks. I suspect any American has a right to express himself on any sign that he can personally tote around. When it turns into an A-frame with sleeping loft, it's a matter for the D.C. building code, not the Bill of Rights.

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
WASHINGTON, D. C.

The National Survey of Historic Sites and Buildings

Lafayette Square Historic District,
Washington, D. C.

Lafayette Park was originally included in the President's Park
planned by Maj. Pierre L'Enfant. Thomas Jefferson later authorized
the separation of the present tract into a park for area residents
and visitors. Workmen laid the first walks in 1824, at the time the
park received its name, after the triumphant visit to this country of
Maj. Gen. Marquis de Lafayette. Andrew Jackson Downing, the leading
American Landscape architect of his time, designed the first land-
scaping plan in 1853. His plan has been adhered to over the years
with only slight revisions.

Traditionally, Lafayette Park has been the people's park. Its
statues remind visitors of the struggle to achieve a popular form
of government, and it has often been a meeting place for those wishing
to bring important issues to the immediate attention of the
Chief Executive. Surrounding it and adjacent to it are buildings
that date from the 19th and early 20th centuries, representing the
period during which the Republic grew from relative insignificance to
world leadership. Stylistically, key buildings have their roots in
the Federal Period. The rest run the gamut of architectural style
through 19th-century Victorianism and early 20th-century Edwardian
taste, culminating in the Beauxarts style of the 1920's, as
exemplified in the United States Chamber of Commerce Building.

\* \* \* \* \* \* \* \* \* \*

NSHSB:  7/23/70
J D M

## LAFAYETTE SQUARE

The selection of the location of the site of the President's house and grounds like that of the Capitol and the other public buildings was a matter of grave importance and careful deliberation and was done in March 1791 by the decision of the group comprising the President, the Commissioners and Major L'Enfant and also James Madison and Thomas Jefferson. L'Enfant was influenced by the physical features of the land and the suitability of the site to the building designed to be erected upon it. While the choice was made, it was not definitely and officially accepted until Major L'Enfant's rough drawing was submitted to General Washington some six weeks or more afterwards. In the L'Enfant's general map and report, he mentioned the site of the "Presidential Palace" as the ridge which attracted your attention at the final inspection of the ground" (referring doubtless to the meeting of the group in March previous) on the west side of the Tiber entrance. (1)   This tract of land extended south from H street to the present Monument Grounds and lay between 15th and 17th streets. The President's Park was a seven acre rectangle of untamed, uneven grounds, most of which belonged to the farm of the Pierce family to whose forbears the plantation was patented by Lord Baltimore before 1700. The farmhouse and orchard occupied eastern side of the square and the family burial ground, about 30 by 50, lay almost opposite the front door of the proposed Presidential mansion. A race course had been laid out on the western side which extended to 20th street. (2) Originally there was no idea of a street cutting through this park immediately surrounding the President's House. The ground had not been levelled and the north side bordering H street was about three feet higher than the present level.

--------------------------------------------------------------------------------

(1) Bryan, W. B. History of the National Capital, Vol. I, pp. 149-150
(2) Hines, Christian, Early Recollections of Washington, p. 30

scope and power under its successive hosts. Later it was occupied by Vice President Garrett A. Hobart, then came Senator Mark Hanna who sandwiched politics with his delicious breakfasts of country sausage and pancakes, frequently attended by President McKinley.  Shortly the "Cameron" house became known as "The Little White House." It was here that Senator Hanna maped out the campaign of 1900.  Here too his daughter Miss Ruth Hanna  reigned as a belle.  She became Mrs. Medill McCormick and is now Mrs. Sims.  Another noted tenant of the Cameron House was Admiral Paulding, son of John Paulding, one of the captors of Major Andre.

Another page of history was added to this notable mansion during its occupancy by the Women's Congressional Union which here established the headquarters of the movement to enfranchize women through the passage of the Susan B. Anthony Amendment.

The next event in the history of this house was its absorption by the Cosmos Club for a Ladies Annex.

The old stable in the rear was also taken over and cleaned and converted into an assembly room for scientific and literary meetings. [3]

-------------------------------------------------------------------------------------------

(3) F. Rider, Rider's Washington, p. 190

Following the departure of Lord Ashburton, the family of William Morris Meredith, Secretary of Treasury in President Tyler's Cabinet, kept up the social traditions
(3)
of this already famous residence.

Then came the regime of Sir Henry Bulwer Lytton who brought with him a young nephew still in his teens, Owen Meredith, who was serving his apprenticeship in diplomacy as an unpaid secretary. He gained much in wisdom in observing the activities of his astute uncle in working through the mazes of the Clayton-Bulwer Treaty, also made in this house temporarily in 1850, when it was agreed that the United States and England should jointly guarantee the neutrality of the Isthmian Canal.

Although the tradition has found constant repetition that Owen Meredith wrote Lucile while at the English Legation, his own statements prove that he did not write the poem until ten years later while in Switzerland.

Robert Lytton revisited Luchon a year before his death in 1891, and recalled this painful period of his youth in a letter to an intimate friend. "Luchon is a wonderfully pretty little place nestled in a fold of the Pyrenees, and it is full of strange ghostly reminiscences for me. I was here about thirty years ago, in horrible circumstances, with my mother. . . . We met once again in Paris-- a very painful meeting, in the presence of others, and I never saw her again. While I was there I passed as much of my time as I could in the mountains on horseback with a guide whose glories I have sung in a trashy poem (Lucile) that
(4)
seems to have become very popular in America."

Lucile was completed by the end of the year 1859, and published by Chapman & Hall in the summer of 1860. It was at once pounced upon by the press, denounced as a plagiarism, and much more severely criticised than the previous works.    "As to Lucile," he writes to his father, "I regard it as a

(3) Rider, F. - Rider's Washington City-
(4) Meredith, Owen - Personal & Literary Letters of Robert First Earl of Lytton,p. 93

failure, so far as the reviews are concerned; but fully agree with you that if it eventually wins the public, the sentence of the reviews matters not a rush." (5)

The next occupant of the 'Legation' was the family of George Riggs who lived there while his own house was being built nearby.

In 1853 the property was sold to Miss Sarah H. Coleman of Pennsylvania for $30,000. A few months later her sister and brother-in-law, Colonel and Mrs. William Grigsby Freeman, purchased half of the property and they and their family have since owned and occupied the mansion. Colonel Freeman had a distinguished military career. Shortly after they took possession they made some minor changes, adding the Mansard roof, removing the wall, making the cellar into a basement and giving the whole exterior a brown stone finish. It is of Miss Coleman the following story is told:

W. W. Corcoran who owned almost the entire square, including the Arlington Hotel then on the site of the present Veteran's Bureau, wrote her asking her price for her side garden, stating that he wished to enlarge the Arlington Hotel. She is credited with having replied by asking him his price for the Arlington Hotel as she wished to enlarge her garden.(6)

_____

(5)
Owen Meredith, Personal & Literary Letters of Robert First Earl of Lytton, pp.99-100

(6)
Colman, E. M. C. Washington Star, February 24, 1924. Residence of Matthews St. Clair-Clarke, The House of Two Treaties.

NUMBER 22 JACKSON PLACE
Temporary White House

Immediately south of Decatur Mansion, number 22 Jackson Place, is a house of distinguished association. A handsome and commodious residence of brick, it was first the home of William L. Marcy while Secretary of War in the cabinet of James K. Polk. Later occupants were Representative Truman Newberry of Michigan and James G. Blaine, Sr. [1] Then William L. Scott, wealthy business man of Erie, Pennsylvania, and member of Congress from that state purchased it for his residence. At his death it was inherited by his daughter, Mrs. Richard Townsend. She enlarged and improved the house, adding a dining room, at the time considered one of the finest of any in the city's notable residences. Since her mansion on Massachusetts Avenue and Twenty-third street was completed she has made it her Washington home.

Number 22 Jackson Place was occupied in 1902 by President Roosevelt and his family during the restoration of the White House. It was called the Temporary White House. [2]

The Woman's City Club now occupies this house as its headquarters, as it has for some years. [3]

-------------------------------------------------------------------------------

(1) F. Rider, Rider's Washington, p. 193

(2) Gist Blair, Lafayette Square, Columbia Historical Society Records, Vol. 28

(3) F. Rider, Rider's Washington, p. 193

## NUMBER 20 JACKSON PLACE

This house was for many years the home of Charles C. Glover, President
(4)
of the Riggs Bank and active in all civil projects.

## NUMBER 18 JACKSON PLACE

This was the residence of William J. Murtagh, who in 1860, founded
the National Republican, which supported the candidacy of Abraham Lincoln.

General Frank Steele and Smith Thompson, Secretary of the Navy under
(5)
Munroe, both lived there.

## NUMBER 12 JACKSON PLACE

This residence was built by Mrs. James Blair, daughter of General Thomas
Sidney Jesup of long and distinguished military service, and who served his
friend Henry Clay as second in the duel with John Randolph of Roanoke. Mrs.
Blair's husband, a member of the Wilkes expedition around South America, went
to California in 1849. The residence became the property of their daughter,
( 6)
Mrs. Violet Blair Janin.

## NUMBER 10 JACKSON PLACE

The home of General Nicholus Anderson. His son, Larz Anderson, grew up in
the home on Lafayette Square. He was United States Minister to Belgium and
(7)
Ambassador to Japan.

Here also lived William J. Boardman. His daughter, Miss Mabel Boardman,
succeeded Clara Barton in the Red Cross. She has been a Commissioner of the
District of Columbia. Honorable Arthur Pue Gorman, Senator from Maryland and
Senator Dolf of Oregon were also residents.(8)

(4) Blair, Gist, Lafayette Square, Columbia Historical Society Records, Vol.28, p.164-165
(5)  "    "    "    "    "    "    "    "    "    "    "    "
     Rider, F. Rider's Washington, p. 193
(6) Blair, Gist, Lafayette Square, Columbia    "    "    "    "    p. 162
(7)  "    "    "    "    "    "    "    "    "
(8)  "    "    "    "    "    "    "    "    "    "

## NUMBER 8 JACKSON PLACE

Number 8 Jackson Place was the residence of Colonel Henry R. Rathbone, one of President Lincoln's aides at the time of the assassination.  Colonel Rathbone with his fiancee Miss Harris, daughter of Senator Harris of New York, accompanied the Presidential party to the Ford's Theatre on the evening of April 14, 1865.  When Booth fired the fatal shot at the President's head, he also held a knife or dagger and as Colonel Rathbone sprang at him wounded him in the left arm and immediately vaulted over the box railing on to the stage and escaped.  As he jumped he caught his spur in the flag and a torn bit trailed on it.  He injured his leg, a fact which led to his capture.  After the death of the President, Colonel Rathbone's mind became affected.
(9)

## NUMBER 6 JACKSON PLACE

First the home of Colonel William H. Phillip, it was the residence of Washington McLean, the editor and founder of the Cincinnati Enquirer.  His son John R. McLean succeeded him in his newspaper ownership.  John R. McLean long resided in Washington. He married Miss Emily Beale, whose family had purchased Decatur House at about the close of the Civil War.  Mr. McLean was for a long time the owner and publisher also of the Washington Post.  He bought the estate of Friendship for his country home. Until recently his son Edward B. McLean continued the ownership of his father in
(10)                                                                      (11)
both papers.    It also became the home of Mrs. Green, daughter of Admiral Dalhgren.

## NUMBER 4  JACKSON PLACE

Number 4 Jackson Place was long owned and occupied by Franklin A. Dick, a well known lawyer and the partner of Montgomery Blair.  General Clarence Edwards, in charge of Insular Bureau of the United States and a Commander of the American Legion, Major General, and General in charge of the 26th Division of the American Army in the World

-------------------------------------------------------------------------------------
(9) Blair, Gist, Lafayette Square, Columbia Historical Society, Vol. 22, p. 161-162
(10)  "     "     "      "       "       "      "       "      162-163
(11) Rider, F. Rider's Washington, p. 194         "       "

War resided there, and the Carnegie Foundation for International Peace owns and
(12)
uses this and two other houses on this square.

NUMBER 2, CORNER PENNSYLVANIA AVENUE AND JACKSON PLACE

This property was purchased for a permanent residence by Dr. Peter Parker,
physician, Presbyterian missionary to China, who has been called the founder of
medical missions in China. He also organized hospitals. Because of his excep-
tional qualities and his knowledge of the language he was drawn into the diplo-
matic service. In 1844 served as one of the secretaries to Caleb Cushing in the
negotiation of the first treaty between the United States and China. Became
secretary to American Legation in 1845, served as Charge de Affaires and in 1855
was made American Minister in which capacity he served for two years, when he
returned to America and made his home in Washington until his death in 1888.

The Bureau of Pan American Republics had made this house their headquarters
and they continued after his death and until their own handsome building on
(13-14)
17th street was completed in 1908.

This building is now one of the Carnegie group under the Carnegie Endow-
(15)
ment for International Peace.

------------------------------------------------------------------------

(12)
Blair, Gist, Lafayette Square, Columbia Historical Society Records, Vol.28, p. 163

(13) Tayloe, In Memoriam, p. 164
(14) Dictionary American Biography, Vol. 14 pp. 234-235
(15) Blair, Gist, Lafayette Square, Columbia Historical Society Records, Vol. 28
                                   pp. 141-142-143-144

FAMOUS HOUSES OF LAFAYETTE SQUARE THAT HAVE BEEN DEMOLISHED

It is interesting to recall the location of the houses of the notable people

who made their homes on Lafayette Square and who helped to make its history. With

their passing, the character of the Square has changed. Progress insisting upon new

buildings has caused the razing of many places whose history and fame have become

interwoven with the life of the city.

Beginning with the Arlington Hotel, which was razed in 1912 for the erection of

the Arlington Building later utilized for the Veterans Bureau, more old houses have

been removed than are left to contribute to the picturesque park. The Arlington

Hotel, completed in 1869, covered ground on which the houses of three notable states-

men as Reverdy Johnson, Lewis Cass, and William D. Marcy had been built. When the

H street addition was made in 1890, the houses of Charles Sumner and Senator Pomeroy

were combined with the hotel. For many years, in fact until its closing, the Arling-
                                                                                    (1)
ton was unrivalled among Washington Hotels in its succession of celebrated guests.

The large handsome red brick residence which stood on the northwest corner of

H and 16th street was the home of John Hay, author, ambassador and Secretary of

State under McKinley and Theodore Roosevelt. John Hay is honored for his astute

statesmanship, admired for his staunch integrity, and loved for his human verses,

particularly the Pike County Ballad, of which "Little Breeches" and "Jim Bludso"

are the best known. His residence was built in 1884-1885 as was that of Henry
                    (3)
Adams next door to him and throughout his life it was the gathering place of world

celebrities and Washington's intelligentsia so long as he lived there.

Next door to it, at 1605 H street was the simple but elegant home of Henry
                                                                            (4)
Adams, an outstanding historian and one of the four grandsons of John Quincy Adams.

(1) Rider, F. , Rider's Washington, pp. 189-190
(2) Trent, William P., Cambridge History of American Literature, Vol. III, p. 53
(3) Office of Buildings Permits - July 12, 1884
(4) Rider, F. Rider's Washington, p. 191



Mr. Adams, according to Washington gossip, frequently used to say that his front door was often mistaken for the servants' entrance to John Hay's house. During the residence of the Hay and Adams families, a connecting door was cut between the two houses which facilitated their congenial association, that so many times included President McKinley and more often President Roosevelt.

After his wife's tragic death in 1885, leaving him to occupy the new house alone and to adjust his life as he could, he went abroad and spent some time in Japan. There he got the idea for his wife's memorial which he commissioned St. Gaudens to execute in bronze. This outstanding work of art was completed and placed at her grave in Rock Creek Cemetery five years later. In replying to the query of a friend relative to the mystery of its meaning Henry Adams wrote under date of October 14, 1896: "The whole meaning and feeling of the figure is univer-
(5)
sality and anonymity. My name for it is The Peace of God."

Both the Hay and Adams houses were purchased for the recently erected Hay-
(6)
Adams Hotel Apartment.

At 1607 H street next to Adams house was the location of another house, famous for its occupancy by noted people. This was a large square cream colored brick building of three stories, erected and occupied by Commodore Richard Stockton. It was purchased by Thomas Ritchie, President Polk's anti-Blair editor. The next tenant was Senator John Slidell from Louisiana, who gained great notoriety in the
(7)
Mason-Slidell episode.    Then came Gideon Welles, Secretary of the Navy throughout
(8)
the Lincoln and Johnson administrations.    It was here that he was notified of President Lincoln's assassination. Daniel Lamont, Secretary of War in Grover Cleveland's cabinet, brought a charming hostess and a young family to enliven the house. Russell Alger was the next tenant, and after his departure it was used as
(9)
a girls' school. The last occupant was the American Association of University Women.

--------------------------------------------------------------------------

(5) Dictionary American Biography, Volume I pp. 65
(6) Rider, F. Rider's Washington, p. 191
(7)    "    "    "        "    "    "
(8)    "    "    "        "    "    "
(9)    "    "    "        "    "    "

Much regret was expressed when the handsome Corcoran House was listed for destruction, also to make room for the United States Chamber of Commerce. This house which stood on the corner of H street and Connecticut Avenue, was razed in 1922. It was within a year of being one hundred years old, for it was built by Thomas Swann of Alexandria, father of Governor Swann of Maryland in 1822, then U. S. District Attorney. (10) Corcoran House had many very distinguished tenants. Baron Krudener, the Russian Minister, was the first, then came Aaron Vale, Assistant Secretary of State in Van Buren's regime. Next came Daniel Webster, Secretary of State under Harrison and Tyler, 1841-43, for whom it was purchased as a gift. He (11) lived there and entertained in lavish fashion and negotiated the treaty with Ashburton. After his  resignation of this high office, Webster found himself unable to keep up so large an establishment and therefore sold the place to William W. Corcoran, the millionaire banker who founded Corcoran Art Gallery and gave the Louise Home to the City and Oak Hill Cemetery to Georgetown. Mr. Corcoran's sympathies were so outspokenly Southern at the outbreak of the Civil War that he incurred the displeasure of the government; so he exiled himself in Europe. Anticipating the confiscation of his property, Mr. Corcoran leased his home to the French Minister, the Marquis de Montholon, and during his residence the hospitality was most lavish and the en- (12) tertainments unequalled previously for their brilliance. After Mr. Corcoran's death the house was occupied successively by Senator Calvin S. Brice of Ohio, Senator Chauncey DePew and William Corcoran Eustis. Many of Mr. Corcoran's paintings, and works of art were placed in the Corcoran Art Gallery. (13)

On the northwest corner of H street and Connecticut Avenue stood the home built by Rear Admiral Shubrick who served on the "Constitution" and until 1874

----------------------------------------------------------------------------
(10) Blair, G. Lafayette Square, Columbia Historical Society Records, Vol. 28, p.159
(11) Tayloe, In Memoriam, p. 174
(12) Lockwood, Mary, Historic Houses in Washington
(13) Blair, G. Lafayette Square, Columbia Historical Society Records, Vol. 28, p. 161

headed the Light House Board. His descendants claim he paid twenty-eight cents per foot for the ground. The property descended through his daughter to his granddaughter, Mrs. Thomas F. Bayard, widow of Senator Bayard of Delaware, Secretary of State in the Cleveland Administration. This house was recently demolished to give way to a parking site. (14)

The northeast corner of Pennsylvania Avenue and Madison Place where the Treasury Annex now stands was the site of the home of Dr. Thomas S. Gunnell, a popular dentist. He built a large rambling house in 1836 with an 'L' and laid out a large and beautiful garden which covered the lot along Pennsylvania Avenue which it faced. (15) He was living there when he received a call to the White House. Supposing he was needed professionally, he picked up his dentistry box and hastened to obey President Van Buren's message and was much surprised at being offered the Postmastership of Washington City. (16)

After Dr. Gunnell's death, Samuel D. Hubbard, Postmaster General under the Fillmore Administration and Lieutenant Lafayette Maynard, U.S.N., resided there. (17)

All of the houses had large gardens. Land was abundant and not high in price. It is most interesting to note that the entire square, number 223 bounded by 14th, 15th, and G streets and New York Avenue, in a trustees sale was purchased by the Bank of the United States for $1,631.25. (18)

Belasco Theatre occupies the site of a house rich in historical associations. The sidewall of the theatre carries a marker relating some of its history. It was built by Commodore Rodgers who had lived in Washington since the war and had preferred Greenleaf's Point as a place of residence, living on P street, S.W. between 4½ and 6th streets at the time his house on Lafayette Square was under construction. The mansion had twenty four rooms. He did not live there. The ground once belonged to Henry Clay. He conveyed it to Commodore Rodgers in exchange

(14) Blair, Gist Lafayette Square, Columbia Historical Society Records, Vol.XXVIII,p.161
(15)   "      "     "       "       "        "       "   Vol.28—.165
(16) Taylor, B.O. In Memoriam, p. 178
(17) Rider, F. Rider's Washington, p. 187
(18) Taylor, In Memoriam, p. 76

(19)

for an imported jackass.

Following the death of Commodore Rodgers, his house became the home of
Roger B. Taney, while Secretary of the Treasury, 1833, and then of James K. Pauld-
ing, Secretary of the Navy in 1838. After this it was a fashionable boarding house
with many distinguished guests. Its next occupant was the very exclusive Washington
Club. To it belonged the official and social people of consequence. Both Phillip
Barton Key and Daniel Sickles were members. After 1859, the house was modernized
and occupied by William H. Seward, while Secretary of State under President Lincoln,
and it was here, on the night of April 14, 1865, that Seward, then critically ill
as the result of a runaway accident, was attacked and badly injured by Lewis Payne,
one of the Lincoln conspirators.

The Rodgers House was next occupied by General and Mrs. Belknap. After their
departure it was government headquarters for the commissionary department, until
purchased by James G. Blaine who died there June 30, 1893.

The Lafayette Square Opera House was erected on the site and opened September
(20)
30, 1895. This theatre was succeeded by the Belasco Theatre erected in 1902.

On the opposite side of Lafayette Square some of the original houses have been
destroyed to make place for business buildings.

No. 14 Jackson Place. This is one of the notable residences of Jackson
Place that has fallen before the march of progress, having been razed to give place
to a new office building. This house ranked in age with the Dolly Madison house
as it was built before 1830 by Dr. Thomas Ewell, a naval surgeon assigned to duty
at Washington. In 1807 he married Elizabeth Stoddert, daughter of Benjamin
Stoddert, an original proprietor of land in the District of Columbia and the first
secretary of the American Navy. They lived at the Stoddert house in Georgetown

(19)Rider, F. Rider's Washington, p. 187
(20)  "     "     "          "          187-188

until this house was ready for their occupancy. Dr. Ewell resigned from the navy soon after his father-in-law's death and administered the Stoddert estate. He invented a method of making gun powder by rolling, which was considered safer than the method by pounding.

Dr. Ewell was a man of high professional attainment. His son was the Confederate General, Benjamin Stoddert Ewell. [21]

This residence on Jackson Place was originally a two storied stuccoed house painted white with green blinds and a high flight of steps from the street. Under later owners it was considerably enlarged. Ewell house was leased for about twenty years, chiefly to cabinet members, among them, three Secretaries of the Navy, Smith Thompson, until 1823; Samuel Southard 1823-31; Levi Woodbury 1831-34; Senator William C. Rives of Virginia, grandfather of Amelie Rives Chanler, the novelist, next made this house his home. He was followed by Dr. Harris of the Navy. It was purchased by a purser in the navy named Stockton and on his death by Daniel E. Sickles, representative from New York, prior to the Civil War. The intrigue of Mrs. Sickles and the brilliant district attorney, Phillip Barton Key ended in the killing of Key by Mr. Sickles, gave the house its greatest notoriety.

When Schuyler Colfax was Speaker of the House, 1863-69, he lived at No. 14 Jackson Place. He was elected Vice President to Ulysses S. Grant, 1869-1873. [22] [23] Other occupants of No. 14 Jackson Place were the Woman's Congressional Union and the Home Club.

------------------------------------------------------------------------

(21) Dictionary American Biography Vol. V, pp. 230-231
(22) Dictionary American Biography, Vol. IV, pp. 297-298
(23) Rider, F. Rider's Washington, p. 193

No. 16 Jackson Place, which stood on the north side of the alley, has shared the same fate of the Sickles house - destruction and replacement by a handsome office building.

It was for many years the home of Major General J. G. Parke of forty years of active and distinguished military engineer corps in the service, before, during and after the Civil War. Bridges and boundary lines sent him into far places and his gallantry on the field of battle brought him honors and promotions. His long service also embraced the Superintendency of the United States Military Academy in 1887. In 1889 he was retired at his own request as
(24)
he desired to enter the field of business.

(24) Dictionary American Biography Vol. XIV, pp. 211-212

CLARK
THE MATTHEW ST. CLAIR/HOUSE - LATER CALLED THE TREATY HOUSE

None of the houses facing upon Lafayette Square has greater claim to dis-
tinction than Number 1525-H Street, the large square double brown stone mansion
of three stories and a mansard roof between the Veteran's Bureau and St.
John's Church.

The earliest mention of this site, which was part of the old Peirce estate,
is found in the archives of 1792 when it came in the allotment of government
property, according to the provisions in the agreement with the original pro-
prietors. In 1798 it became the property of John Templeman for the consideration
of 100 pounds, current money of Maryland and during the next twenty years it
passed through several successive ownerships, to be sold in 1818 for $116, be-
cause of delinquent taxes which for two years amounted to $9.16. This lot was
sold several times between the tax sale and its purchase by Matthew St. Clair
Clarke, Clerk of the House of Representatives for $2,424. Mr. Clark erected
the present building about 1824 and it was then one of the finest houses in the
city. Originally a dull brown brick of three stories and cellar with a flat
roof, it was enclosed by a brick wall with iron railings in the front. The
house has high ceilings, four large rooms to a floor. A broad hall in the cen-
ter adds to the spaciousness. The mahogany doors and beautiful woodwork stamp
its age for it is such as the early generations put into their houses. Mr.
Clarke secured the best materials and also the most skilled mechanics. He pat-
terned his house after the Slidell Mansion of the next Square, demolished several
years ago. Clarke had also planned to duplicate the handsome portico of the
Slidell House which had cost $5,000, but while his house was in building, he
lost $200,000 in speculation and was therefore unable to have the beautiful marble
columned portico added to his completed house.
(1)
_____
(1) Rider, F.- Rider's Washington; p. 190?.

For a time, one half of the Mansion was leased to Joseph Gales, one of the editors of the National Intelligencer. Then John Nelson of Maryland, Attorney General in President Tyler's administration, made it his residence. His popular wife drew a constantly increasing throng to the stately mansion to dance the minuet and play loo. The house reached the peak of its importance when Lord Ashburton selected it as his residence when, in 1842, he came to settle the Northeastern Boundary dispute.

A strong friendship already existed between Lord Ashburton and Daniel Webster, then Secretary of State and living on the next square in the Swann house presented to him by his New England admirers and which was called the
the father of
Swann Mansion as it had been built in 1821, by/Governor Swann of Maryland. Daniel Webster, thereupon made all arrangements for the comfort of the English diplomat with whom he was to confer and eventually settle the perplexing boundary. He arranged for a lease of the Clarke house for a period of ten months to the English Minister for the sum of $12,000, with an extra thousand for any damage. The Clarke house was so perfectly suited even to the stables, that Mr. Webster had little trouble having it all in order when Lord Ashburton arrived with three secretaries, five servants, horses, carriages and quantities of luggage. Webster was on hand to greet him and had so thoroughly anticipated every need as to have an excellent dinner ready to serve. The pleasant relations between the two statesmen facilitated their negotiations, much of which was done at the banquets which each gave in honor of the other, at which each tried to out do the other in the lavishness of cuisine. The Boundary was settled by compromise in 1842, the boundary being placed where it is now. However both diplomats were severely criticised.(2 )

---

(2) Rider, F. Rider's Washington, p. 191

THE LITTLE WHITE HOUSE

Of the very few century old houses that remain on Lafayette Square, one of the most notable is No. 21 Madison Place, erected by Benjamin Ogle Tayloe in 1828. He was a son of Colonel John Tayloe, builder of the Octagon House. For forty years it was occupied mostly by its genial owner, who was host to many celebrities visiting Washington during that period. Because of his extensive foreign travels he has been called the most distinguished of our early diplomats. His great wealth enabled him to indulge a cultured and discriminating taste in artistic furnishings for his home which became famous for its rare and valuable portraits, ornaments and furniture. His library was as exceptional as the art collection. Here, President William Henry Harrison paid his last visit to any private house. On Mr. Tayloe's death in 1868 his art treasures and antiques were placed on exhibition for a time at Corcoran Art Gallery before they were taken to Troy, N. Y.[1]

In the years that followed Tayloe Mansion attained added distinction through its many important residents.[2]

To this house Phillip Barton Key was carried to die within a few minutes after he had been shot by General Daniel Sickles as he was leaving the Washington Club, then located on the present site of Belasco Theatre.

Senator Don Cameron of Pennsylvania purchased it in 1877, making considerable alterations in the interior, such as moving the staircase from the center to the northernmost end and the dining room from the second floor to the first. The stairway with its handsome mahogany rail had been somewhat steep and was cramped by the coat room, in the original plan. On the first floor the breakfast room, with its huge fireplace, the gathering place for many celebrities through the years, still held its original place. The library is to the left of the stairway. With the Camerons began the political associations which grew in

--------------------------------------------------------------------------------

(1) F. Rider, Rider's Washington, pp. 188-189

(2) Gist Blair, Lafayette Square, Columbia Historical Society Records, Vol. 28, pp. 146-147

When the Commissioners decided to level off the ground and otherwise improve the Square, the graves were opened and their contents removed and re-interred in the Holmead Burial Ground, near the Boundary.  Christian Hines took charge of the
(3)
re-interment for the family.

After Pennsylvania Avenue was cut through dividing the grounds  Thomas Jefferson considered the park of the Mansion too large and therefore had land cut from both ends on the lines now marked by Jackson and Madison places.  The park remained destitute of trees and a neglected common used as a parade ground for the militia until after the war of 1812.

ST. JOHN'S PROTESTANT EPISCOPAL CHURCH

The first Building after the President's House to be erected fronting the Park was St. John's Episcopal Church in 1816 on the corner of 16th and H streets. This is the second oldest church of that denomination within the original boundaries of the city of Washington.  It was designed by Latrobe, one of the architects of the Capitol and its corner stone was laid with Masonic ceremonies in 1815.  It was erected in the form of a Greek cross with beautifully proportioned transepts having massive pillars at the intersections from which sprang the cupalo and lantern.  A graceful circular gallery with a quaint railing surrounded the body of the church upheld by appropriate columns.

The aisles were paved with bricks and the pews were commodious and high backed, some being square.  The four largest were of irregular shape, curved on the one side and placed at the extremities of the principal aisle.

A communion table was placed within the chancel, above which a wine glass pulpit was reached by a light spiral staircase.  This was supported by slender legs which terminated with wheels on casters, that worked on the floor in metal grooves, the object of which was to allow the position of the pulpit to be changed if desired.

---

(3) Hines, Christian, Early Recollections of Washington, p. 3

The first Rector of St. John's was Reverend William H. Wilmer of Alexandria, grandfather of the famous oculist. He was elected November 5, 1816. The Reverend Dr. Hawley succeeded him in 1817 and continued his pastorate until his death in 1845. Dr. Hawley until his death clung to the old fashioned small clothes and buckles, long stockings and a black silk gown. He also wore white bands and the old shovelhat and black gloves with one finger of the right hand split to facilitate turning the pages of his sermon.

The wineglass pulpit was known to move itself at times without reason or warning. Upon one occasion a Bishop Ravenscroft was addressing a distinguished congregation when suddenly he felt the pulpit gliding away beneath him. Farther and faster it moved toward the side of the church. He stopped preaching, became greatly agitated, especially as he noted the expressions of anxiety and consternation on the faces of his audience. Helpless and out of countenance, he suddenly
(4)
stopped with a bump against the wall.

St. John's quaint pews were purchased and title to them was transferred, inherited, or willed. One pew was placed at the disposal of the President of the United States. Because of the frequent attendance of our Chief Executives, statesmen, diplomats and notable officials it has long been called "The Court Church" or Church of the Presidents. Among the heads of the nation who have worshipped at St. John's were Presidents James Madison, James Monroe, who presented its bell, John Quincy Adams, Andrew Jackson, Martin Van Buren, John Tyler, Millard Fillmore and Charles A. Arthur. A handsome memorial window was presented to the church by President Arthur in memory of his wife.

This unpretentious little church has been altered a number of times. Four years after its completion it had to been enlarged, and this time in the form of a Latin cross. In 1842 the old style pews were removed. Again in the eighties

---

(4) Hagner, Justice Alexander B., <u>History and Reminiscences of St. John's Church</u>, Columbia Historical Society Records, Vol. 12, page 20.

more changes were introduced and in 1919 it was given a complete restoration during which, some of the original features have been restored. The last re-modelling of the church brought an enlargement of the Chapel, the addition of a Chancery, increasing the seating capacity to 780. Twenty seven handsome memorial windows adorn the building.

St. John's has received many notable gifts. At an early period, John Tayloe presented to it a massive service of silver that had belonged to the old church at Lunenborg, Va. [5]

One of the most interesting of St. John's treasures is a solid gold com-munion chalice encrusted with jewels, and valued at ten thousand dollars. It was made of the rings, brooches and other pieces of jewellery given by the late Judge Bancroft David to his wife during his life. Mrs. Davis willed her jewel collection to St. John's for this purpose. The chalice is ten inches high and is studded with sixty-one diamonds, six rubies and a sapphire. On the face of the cup is a diamond cross, the central stone of which is from her engagement ring. Because of its great value the cup is only used on special and solemn occasions. [6]

The completion of St. John's Church seemed to concentrate the attention of wealthy residents and high officials upon the advantages of a proximity to the President's House and residential sites were purchased and the erection of homes began which was to make Lafayette Square and vicinity the 'court circle' of the new capital city. Within two decades the four squares fronting on the park were built up solidly with handsome residences. Then owners became and continued for fifty years to be the arbiters of the high, low and middle justice in politics, as well as in the social destiny of the succeeding administrations and their personnel.

---

(6) Hagner, Justice Alexander B. History and Reminiscences of St. John's Church
        Columbia Historical Society Records, Vol. 12, pp.
(5) National Intelligencer Nov. 7, 1876.

It is interesting to note that the first four houses to be erected on Lafayette Square have survived the vicissitudes of time and accident and remain in their centenarian dignity the visible proofs of the aristocratic and architectural superiority of Washington's first "court circle." They and all of the contemporary homes of the city that claim a century in age, of which now so few remain,- remeniscent of a vanished age - a rosary of distinctive memories of the quaint, little city of high hopes, great pretentions and wholly inadequate realities through its first century, yet withal of a charm never to be forgotten or recaptured in all of its later formal splendor. These four residences, with a brief history follow herewith in the order of their erection: Decatur Mansion, Madison House (now Cosmos Club), 1525 H street; Ashburton House, and "The Little White House."

Hist File

## DECATUR HOUSE AND LAFAYETTE SQUARE

No spot in Washington has more historical associations than Lafayette Square. At its southern end stands the White House, residence of every President but George Washington, and focal point of American political life. In the houses that have surrounded the square, much of American history has been made. Across the square itself during the last century and a quarter have passed the great political leaders of the United States and many of its principal figures in intellectual and artistic life. But Lafayette Square is important not only because of its connection with matters of national significance; it also has a particular interest to Washingtonians for it was long the center of the social life of the city and the scene of brilliant literary and diplomatic gatherings.

Today, with the exception of St. John's Church and possibly of the Dolly Madison House, Decatur House is the oldest structure adjacent to the square and one a handful of surviving town houses of early Washington. When, in 1818, Commodore Stephen Decatur, the American naval hero of the period, purchased the tract of land on which the house stands, Lafayette Square was still a treeless common, used for grazing cattle and as a drilling ground for the local militia. At its western angle an oval-shaped race course extending to 20th Street had been laid out about 1797, and for some years horse races had been held there. Later the race track is said to have been replaced by a market.

When Decatur began the erection of his house at the corner of H Street and Madison Place, the Dolly Madison House, now occupied by the Cosmos Club, was about to be built by Richard Cutts, Dolly's brother-in-

law. Two years previously, at 16th and H Streets, St. John's Church, frequently termed "The President's Church", because ten presidents have worshipped there, had been erected in the form of a Greek Cross, after the plans of Benjamin H. Latrobe, our first professional architect. But except for the White House, these were the only structures erected on Lafayette Square before the Decatur House.

With the ample funds derived from the prize money he had obtained in the conflicts with the Barbary pirates, Decatur employed Latrobe, the leading architect of the day, to design his residence. Latrobe, a pioneer of the Greek revival in this country, was also an accomplished engineer. He had supervised the erection of the original south wing of the Capitol, the dredging of the Susquehanna Canal, and the construction of the water supply system of Philadelphia. He was placed in charge of the rebuilding of the Capitol after its interior had been destroyed by the British in 1814. The splendid semicircular chambers of the House and the Senate, now Statuary Hall and the old Supreme Court room, were products of Latrobe's supervision.

In Decatur House is a portfolio of the drawings of Latrobe for the building and elsewhere much of his correspondence with Decatur survives. From these we know that the latter desired the house to be "sturdy as a ship" in construction and of great simplicity of design. With both of these requirements Latrobe was in thorough accord. Only the best materials were used and the fine condition of the structure attests the excellence of the craftsmanship. Simplicity and urbanity were the dominant qualities of Latrobe's designs, and both of these are reflected in Decatur House. It is in facades of this type that minor changes make the greatest difference and this is clearly illustrated here. The brick-

2

work has toned down to a sombre color and the trim has been painted dark;
consequently, much of the beauty of Labrobe's design is obscured, but only
a cleansing and fresh light paint are needed to bring back the original
significance to this splendid facade. Rare and fine features of the front
are the wrought iron porch rails and lamp standards. The side and rear
elevations are simple and are largely unchanged. Grouped around the gar-
den are the original servants' quarters, stables and carriage houses.

The interior of the house is interesting both for its original fin-
ish and for its mid-nineteenth century decorations. Of the former there
remains a very beautiful vaulted entrance hall, a fine staircase and a
distinguished suite of drawing rooms on the second floor. The doors are
especially notable pieces of craftsmanship, those on the lower stair
hall being built to conform to the curve of the wall.

In the mid-nineteenth century much of the trim was changed in the
lower rooms and while these changes are not entirely in harmony with
the original design of the building they are interesting as showing the
continuity of the social history of the house. The floor of the ball-
room is probably one of the most elaborate of the post-Civil War period.
It is composed of 22,000 pieces of California woods laid in patterns with
a center medallion of vari-colored wood, of a seated female figure, symbol-
izing California. Decatur House may be unique in Washington in being
lit solely by gas, candles and oil lamps. It possesses several fine
cyystal chandeliers still used with gas light.

The priceless memorabilia contained in the house give it a flavor
few others possess. In addition there is much fine furniture including
some unrivaled Victorian pieces almost surely by Belter of New Orleans,

5

one of the greatest American cabinetmakers. Architecturally speaking, Decatur House is of great importance, not alone as almost the sole survivor of the great houses of early Washington, but as the only dwelling designed by Latrobe believed to survive.

Interesting as Decatur House is architecturally, it is also interesting historically, because of its location on historic Lafayette Square and also because of the famous men with whom it has been identified. The name of Stephen Decatur stands in the forefront of American naval heroes. His high character, winning personality and courageous exploits have made him a favorite figure with generations of Americans. To him more than anyone else was due the subjugation of the Barbary pirates, who for years had preyed on American shipping and received tribute from the United States Government. His intrepidity and skill in sailing into the harbor of Tripoli and burning the frigate Philadelphia which had fallen into Tripolitan hands were such as to cause Nelson, the great British naval hero, to call the exploit "the most bold and daring act of the age." Other feats of dashing leadership enhanced the fame of Decatur and made him the most distinguished figure of the conflict with Tripoli. During the War of 1812 Decatur, by skillful maneuvering, captured the British frigate Macedonian, of much superior strength. Following the close of the War he again fought and defeated the Barbary pirates. He was then made a member of the Board of Navy Commissioners, the highest office a naval officer could hold.

Decatur and his wife, the former Susan Wheeler, beautiful belle of Norfolk, Virginia, lived in comparative splendor at their Lafayette Square house, entertaining extensively and being much sought after by the best society. Decatur was a favorite of President Monroe and his

Cabinet. In his Washington home, he placed paintings and portraits re-
lating to his naval career, as well as his trophies of war, medals,
swords, and other valuable weapons.

On the chilly morning of March 22, 1820, at the dueling ground in
Bladensburg, Maryland, occurred a combat between Decatur and James Barron,
in which the former was fatally wounded. Barron, a former commodore in
the navy had commanded the American ship Chesapeake in 1807 when the
British frigate Leopard hailed the American vessel and demanded the re-
turn of three alleged deserters. Barron had refused the demand and the
Leopard had thereupon opened fire, doing extensive damage to the hull
and rigging of the American ship. Believing resistance would only lead
to the massacre of the crew, Barron had hauled down his colors and sur-
rendered the alleged deserters. Court-martialed in January 1808, Barron
was suspended from the naval service for five years, for having neglected
to clear his ship for action. His subsequent efforts to obtain active
service were frustrated. Barron, regarding Decatur as the leader of a
cabal formed to persecute him, challenged his opponent to a duel and se-
verely wounded Decatur in the encounter. Dying, Decatur was carried to
his home and passed away that evening, probably in the front room to the
left as one enters the house through the main entrance on the first floor.
Ten thousand people are said to have been in the funeral procession to
Kalorama, the home of Decatur's good friend, the poet Joel Barlow.

Mrs. Decatur lived in the house on the Square for several months
after her husband's death. She then took apartments at Kalorama and
rented Decatur House. Baron Hyde de Neuville, the French Minister, was
the first tenant. He was an admirable representative of the French
aristocracy of the old regime and entertained frequently. For a short

time, Baron Tuyl, Russian Minister and general in the service of the Tsar, dwelled in the house. A victim of gout, he is said to have lived mostly in seclusion, except for an occasional epicurean dinner.

During his term as Secretary of State under President John Quincy Adams, Henry Clay occupied the Decatur House, which now was to witness one of its most brilliant periods. It was necessarily the center of foreign society, the scene of numerous receptions, and the gathering place of the leaders of those groups eager to prevent the election of Andrew Jackson to the presidency.

The next occupant of the house was Martin Van Buren, Clay's successor as Secretary of State. Although Van Buren was a bachelor, he entertained frequently and his home became an important center of the political activities of the Jackson followers who met there and formulated plans of action. There too, Van Buren provided elaborate entertainments for the dashing Peggy Eaton, favorite of President Jackson, wife of Secretary of War John H. Eaton, and the subject of scandalous gossip, which divided Washington society into those who received and those who refused to receive Peggy socially. In the attic of the house are lookouts, where slaves are said to have exchanged signals with the White House. Thus messages were conveyed between Jackson and his trusted lieutenant. When Van Buren was appointed minister to Great Britain, his successor as Secretary of State, Edward Livingston, came to live in Decatur House.

Livingston's manner of living in Washington was not excelled anywhere in the city. His wife, a famous beauty in early womanhood, still retained the dignity charm and grace of her younger years and was generally recognized even by Whigs as the leader of the fashionable world in Washington. Her home took on many of the characteristics of a salon. There

6

met on terms of friendship both the Whig and the Democratic leaders of the day. There one might find such diverse figures as Webster and Calhoun, John Randolph and John Marshall. The charm of the house was furthere enhanced by Livingston's beautiful daughter, Cora, reputed to have had admirers among men of all ages. On one much-discussed occasion Van Buren is said to have driven her under the mistletoe.

When in 1833, Livingston was made Minister to France, Sir Charles R. Vaughan, British Minister to the United States, occupied the Decatur House and made it a center of cultured society. Then, John Gadsby, Proprietor of the National Hotel, the principal hotel in Washington, lived there until his death. He gave elaborate receptions, the extreme ostentatiousness of which led many guests to ridicule them. During this period apartments on the second and third floors were rented, first to Joseph Gales, one of the owners and editors of the _National Intelligence,_ at that time the leading Whig newspaper in the country, and later to John A. and James G. King, members of the House of Representatives and sons of the distinguished Federalist, Rufus King. George M. Dallas, vice-president under Polk, also lived for a time in Decatur House.

Gadsby used the garden at the rear of his house as a slave market. It was protected from public view by a long one-story brick building on the H Street side. This building was used as a place of confinement for the slaves. Owners of unruly slaves sent them here to be whipped. Neighbors are said to have frequently complained that the cries of the imprisoned negroes disturbed their peace.

During the years just before the Civil War Howell Cobb, of Georgia, Secretary of the Treasury under James Buchanan, lived for a time at the Decatur House, as did Judah P. Benjamin, Senator from Louisiana and later

7

Secretary of State under the Confederacy. When the Civil War broke out, the Federal Government leased the house and established government offices in it.

During all these years while the Decatur House was occupied by a succession of famous men, fine houses were being constructed about the Square and leaders of political and social life were making their homes there. About the square office seekers waiting to see the President were often so numerous that wits referred to it as "the lobby of the White House."

The Treaty House, still standing at 1525 H Street, was erected about 1824 by Matthew St. Clair Clark, Clerk of the House of Representatives. The house reached the peak of its importance in 1842 when Lord Alexander Baring Ashburton, British Minister to the United States, made it his residence. There much of the negotiations for the settlement of the disputed boundary of Maine were conducted. Out of these discussions grew the Webster-Ashburton Treaty, hence the name commonly given to the house. It is said that Webster himself arranged for the lease of the Clark house to the British Minister, and had everything from horses and carriages to an excellent dinner in readiness for Ashburton when he arrived.

One of the most notable old houses that remain on Lafayette Square is at 21 Madison Place. It was erected in 1828 by Benjamin Ogle Tayloe, son of John Tayloe, builder of the Octagon House. For forty years it was occupied by its genial owner, who here indulged his fondness for rare and valuable portraits and furniture. In the Jackson period Mr. and Mrs. Tayloe maintained the most splendid establishment among the Whig opposition; there political leaders and visiting celebrities met at receptions probably second only to Mrs. Livingston's in elaborateness. President William Henry Harrison made his last visit to a private house here just

8

a few days before his death.

At the corner of H Street and Connecticut Avenue stood the W. W. Corcoran house, demolished in 1922 to make way for the United States Chamber of Commerce building. It was erected in 1822 by Thomas Swann, a merchant of Alexandria. Corcoran House had notable tenants, the most famous of whom was Daniel Webster, who was given this house by his admirers when he became Secretary of State in 1841. On his resignation from the Cabinet, two years later, Webster sold the property to W. W. Corcoran, millionaire banker and founder of the Corcoran Art Gallery. During the Civil War Corcoran, fearing that his pro-Southern attitude would bring down the wrath of the Government on him, lived mostly in Europe, leasing his home to the French Minister to prevent its possible confiscation by the Federal Government.

To the house at the corner of H Street and Madison Place came Dolly Madison on the death of her husband, James Madison, in 1836. The purchase by Congress for $30,000 of the Madison papers dealing with the history of the Constitutional Convention of 1787 enabled her to pass most of her time on Lafayette Square until her death in 1849. One of the most loved of the wives of the Presidents, Dolly Madison, in spite of her advancing years, was much entertained. In her home one found such prominent visitors as John Quincy Adams, Daniel Webster, Henry Clay, Mrs. Alexander Hamilton, and Mrs. Stephen Decatur. It became a common practice to call upon Mrs. Madison on New Year's Day and the Fourth of July following calls upon the President. During the War Between the States the house was used as headquarters of the Army of the Potomac, General George B. McClellan occupying it for some months.

About 1831 Commander John Rodgers, one of the most capable naval officers of the period of the War with Tripoli and the War of 1812, built a fine residence on the site of the Belasco Theatre. He is said to have won the land on which he built as a result of a wager made with Henry Clay during a poker game; Clay, the owner of the land, staking it against a pair of mules. Following Rodgers' death in 1838, the house was occupied for many years by the Washington Club. On its steps in February, 1859, Daniel E. Sickles, then Democratic Representative from New York and later a Union General, fatally shot Philip Barton Key, son of Francis Scott Key, on account of his attentions to Mrs. Sickles, a young Spanish woman. In a celebrated case in which, for the first time, temporary aberration of mind was pleaded as a defense, Sickles was acquitted.

During the Civil War, William H. Seward lived in the Rodgers House. There, on the night of Lincoln's assassination, April 14, 1865, Lewis Payne, an accomplice of John Wilkes Booth, forced his way into the room where Seward lay ill, stabbed his nurse, and wounded Seward in the throat. Payne escaped on horseback. Though seriously hurt, Seward recovered.

The Lafayette Square that these historic homes overlooked in 1865 was a much different place from the bare common of 1820 with its grazing cows. In 1826 the work of leveling and fencing it was

10

begun, but not for eight years was the ground well graded, planted with trees, and enclosed by a wooden fence. Even in the 1840's, however, observers commented on its desolate appearance. Following the authorization of the Jackson Statue by Congress in 1848, the wooden fence was replaced by an iron one with gates.

The equestrian Jackson Statue was made by Clark Mills, a young Georgia sculptor. There were at that time in this country no facilities for casting, but Mills, undaunted by this, erected his own forge in Bladensburg and cast his work in bronze from condemned cannon. Planning to represent Jackson astride a rearing horse, Mills is said to have purchased a Virginia thoroughbred and trained it to remain in a rearing position. In executing his work he took care to balance horse and rider. In order to answer those who doubted whether he had really accomplished this, he made a model of the statue, from which the rider might be removed, the statue balancing with or without the rider. Unveiled January 8, 1853, the anniversary of Jackson's victory at New Orleans, the monument was the first work of any magnitude ever cast in bronze in this country and the first of a large number of equestrian statues in Washington. Its dedication was the occasion for a great celebration in which all Washington participated.

After having been used for Federal offices for some years, Decatur House in 1870 passed into the possession of Edward Fitzgerald Beale,

11

former naval officer and pioneer of California, under whose grandfather, Thomas Truxtun, Decatur had once served. Described, not incorrectly, by Bayard Taylor, as "the pioneer in the path of empire", Beale had behind him many years of work as a trail-blazer and Indian fighter on the Pacific Coast and in the Southwest where he had become acquainted with Kit Carson and other famous figures of the West. In connection with his expedition to survey a wagon road from Fort Defiance, New Mexico, to the Colorado River, he persuaded the Federal Government to import camels from Tunis to carry military supplies. Beale was enthusiastic in his praise of the camels as beasts of burden, but his pack-drivers were afraid of them and never became thoroughly familiar with their habits. Eventually the army permitted the animals to shift for themselves. They then became scattered into small herds in the Southwest and died. From time to time rumors are heard that camels, presumably descendents of those used by Beale, have been seen, but these are probably untrue.

When Beale purchased the Decatur House, he was living in California at Rancho Tejon, an immense tract of land near the present Bakersfield. From 1870 until his death in 1893, Beale divided his time between his Washington and California homes. He made few changes in the Decatur House, preserving it much as it was in Decatur's day. But he did lay the elaborate floor of the ballroom on the second floor.

The Decatur House was reopened by Beale at a dinner said to have cost one hundred and fifty dollars a plate. His two spirited daughters were there, one of them appearing in colonial costume to the fascination, it is said, of King Kalakaua of Hawaii, and the other coming forth with a huge Scotch staghound. Beale's daughter, Emily, married John R. McLean, owner and publisher of the Washington Post, and for forty years continued to be a leader in the Capital's social activities. McLean long resided on Jackson Place, but subsequently bought the beautiful estate of Friendship on the outskirts of Washington.

Beale was on terms of intimate friendship with U. S. Grant and James G. Blaine, both of whom frequently visited his home. In 1876 Grant made Beale Minister to Austria, a position he held for a year. After his retirement from the Presidency, Grant continued his visits, spending weeks at a time at Decatur House. The first state dinner given by President Arthur was in honor of Grant, who was then staying at the Decatur House. When the friendship of Grant and Blaine began to cool, Beale attempted to bring about a more friendly relationship.

Upon Beale's death, Decatur House was inherited by his son, Truxton, who retained its former character until his death two years ago. Truxtun Beale married Harriet Blaine, daughter of James G. Blaine, one of their neighbors on Lafayette Square. In the 1890's, he served as Minister to Persia and later to Greece, Roumania, and Serbia. He traveled extensively and took much interest in national affairs and in civic matters in Washington.

Until the opening years of the present century, Lafayette Square retained much of its old atmosphere as a center of political and social activity. The house where Seward had lived was occupied by W. W. Belknap, Secretary of War in Grant's Administration, who resigned his office to avoid impeachment. His wife, "Puss" Belknap, is said to have taken the town by storm. Her receptions were crowded and brilliant affairs. Later, James G. Blaine occupied the house during the period he was Secretary of State under Benjamin Harrison. Here he died, January 27, 1893, in the room where Payne had attempted to assassinate Seward. The following year the house was razed and the Belasco Theatre erected on its site.

Before moving to the Seward House, Blaine had lived at 736 Jackson Place. Later, William L. Scott, wealthy business man of Erie, Pennsylvania, and member of Congress, had occupied this property. On his death it was inherited by his daughter, Mrs. Richard Townsend, who enlarged and improved the house, adding a dining room which was considered one of the finest in the city. In 1902, when extensive alterations were made to the White House, President Theodore Roosevelt and his family occupied the house.

The Tayloe House, adjoining the Seward House, was occupied for years by James Donald Cameron, Senator from Pennsylvania, and for many years the dominant force in Republican politics in that State. Later, it was occupied by Vice President Garrett A. Hobart. Then came Senator Mark Hanna, called "the power behind the throne" in the administration

14

of William McKinley. He sandwiched political conferences with delicious breakfasts of country sausages and pancakes. President McKinley was often a guest at these breakfasts where decisions on important party and national questions were reached. As a consequence of the great political influence of Hanna, this home became popularly known as "The Little White House". For a short time this house was the headquarters of the Women's Congressional Union formed to enfranchise women through the passage of the Susan B. Anthony amendment. Finally, the Cosmos Club purchased the building and used it as a Ladies' Annex.

The Dolly Madison House had been purchased by the Cosmos Club in 1886 and altered to make it suitable for the needs of the Club. With the subsequent acquisition of the adjoining Tayloe House, a modern annex was built between the two structures. Splendid canvases and sculptures decorate the walls of the Club house.

Diagnonally across from the Cosmos Club at the corner of H Street and Vermont Avenue stands the building of the United States Veterans Administration. It was erected on the site of the Arlington Hotel, which from 1869 until its demolition in 1912 was important in the political life of Washington. There lived numerous powerful figures in national affairs and there almost every President from Grant to McKinley stayed before his inauguration.

Opposite St. John's Church today stands the Hay-Adams House, an apartment-hotel built on the sites of the residences of two of Wash-

15

ington's most famous figures -- Henry Adams and John Hay. Adams, a
grandson of John Quincy Adams, was a noted historian, the author of a
great History of the United States under Jefferson and Madison, and of
an illuminating autobiography entitled The Education of Henry Adams.
John Hay was private secretary to President Lincoln, Ambassador to Great
Britain in 1897-1898, and then Secretary of State until 1905. He was
conspicuous in negotiating the Hay-Pauncefote Treaty by which Great
Britain recognized the right of the United States to build an isthmian
canal. He also reasserted the doctrine of the Open Door in China.

Hay and Adams were close friends and in 1884-1885, they built
adjoining houses after plans made by their friend the great architect,
Henry H. Richardson. Throughout their lives these houses were the
gathering place of celebrities. St.Gaudens, the sculptor; the painters,
John La Farge and John Singer Sargent; Clarence King, noted engineer;
and Henry Cabot Lodge, Senator from Massachusetts, were among the
prominent figures in intellectual, artistic and political life who
congregated there and helped to form the most famous salon in the Wash-
ington of the late nineteenth century. The Adams' breakfasts were a
local institution, which in the quality of their conversation probably
equalled any elsewhere.

A distinguished, although not a close, friend of Henry Adams was
George Bancroft who, from 1874 to 1891, occupied a small dwelling on
the north side of H Street between Seventeenth and Connecticut Avenue.
There he revised his ten-volume History of the United States for two
separate editions. In spite of this laborious work and advancing age,
he nevertheless had time for social pleasures and gardening.

16

The opening years of the twentieth century witnessed the decline of the glory of Lafayette Square. The death of Mark Hanna in 1904 and the demolition of the old Arlington Hotel eight years later marked the passing of two important centers of political life. The death of John Hay in 1905 and of Henry Adams in 1918 deprived the Square of the two figures who had done so much to make it a place of intellectual distinction. For many years previous to this the center of social life had been moving to other parts of the city. Meanwhile the intrusion of structures devoted to business and governmental activities had greatly altered the aspect of the square. The construction of large office buildings like the Treasury Annex, the Veterans Bureau, the United States Chamber of Commerce, the Brookings Institution, the Institute of Economics Building, and other structures has so far transformed the character and atmosphere of Lafayette Square that it is possible that the few surviving houses of the square of former years may soon be demolished to make way for office buildings.

That this fate may overtake the Decatur House, is, unfortunately, not improbable. The death of Truxtun Beale makes it necessary to sell this famous old place in order to settle his estate. Unless steps are taken to acquire the house for purposes of preservation, it, too, may be razed. It is only fitting that some piece of the old Lafayette Square should be preserved. For almost a century much of the political, social, and intellectual life of the national capital was concentrated about this square. None of the surviving houses better expresses the atmosphere of this historic area than Decatur House and none is more

17

deserving of preservation. The oldest dwelling on the square, it has witnessed all the changes that time has brought and yet is itself almost unchanged. Probably no private residence in Washington has been the home of so many famous men nor seen more of the varied life of the city than the Decatur House. Its importance is further enhanced by the fact that it is probably the only dwelling designed by Latrobe that still remains. Two other notable residences of Lafayette Square survive, the Tayloe and the Dolly Madison Houses, but neither is quite as interesting historically as the Decatur House, and both have been considerably altered. Strenuous efforts should therefore be made to acquire the Decatur House for permanent preservation.

Respectfully submitted,

Alvin P. Stauffer,
Park Historian.

# CAPTURING THE SPIRIT

# OF THE DESIGN

**A Book of Quotations
That Define the New
Pennsylvania Avenue**

**by**

**John Carl Warnecke, FAIA**

**November 20, 1995**

# CAPTURING THE SPIRIT

# OF THE DESIGN

Quotations by historians, writers, critics and architects that relate the essential functions and character of the redesign of Pennsylvania Avenue in front of the White House

## THE FOLLOWING HISTORIANS, WRITERS AND ARCHITECTS ARE QUOTED IN THIS DOCUMENT

Bruce Babbitt

Francis Baily

Jonathan Barnett

Peter Blake

Daniel J. Boorstin

Donald Canty

Grosvenor Chapman, FAIA

David M. Childs, FAIA

Douglas Davis

Benjamin Forgey

George Hartmann, FAIA

Ada Louise Huxtable

John Fitzgerald Kennedy

Roger G. Kennedy

David McCullough

Warren A. Megrian, AIA

Jacqueline Kennedy Onassis

Thomas Stokes Page

Franklin Delano Roosevelt

Arthur Schlesinger, Jr.

Vincent Scully

William Seale

Harry S. Truman

Vitruvius

William Walton

John Carl Warnecke, FAIA

Gilson Willets

## CAPTURING THE SPIRIT OF THE DESIGN

Over the past year I have written several items to those responsible to President Clinton on the redesign of Pennsylvania Avenue in front of the White House. During this time, I have undertaken considerable research on the history of the White House and its environs. This investigation included going back and reviewing all the work we originally accomplished on the Grand Plaza and Promenade for First Lady Jacqueline Kennedy in 1963.

In this process I have collected key statements that caught my eye that best expressed the spirit of this project and this design. This is not an ordinary or normal design project. One way I thought one might capture the philosophy and approach to design of this important symbolic place would be to quote certain phrases that caught the special qualities of this place and uniqueness of this design. These would be the special historic insights that other noted Americans familiar with the history and arhitecture of the White House have expressed either in their writings or in letters to me.

In addition, I have added quotes from my own writings which capture the contextual approach and philosophy of architecture that motivate this design. Although the work and efforts of everyone involved are well-intended, it appears, however, that because of the importance of this national shrine, a large cloud of confusion has emerged as to how this task should be undertaken. What are the

real functions of this design, and how should this design be carried out. As noted architect David Childs expressed in a recent letter to me the answer lies in "the silver lining" within this cloud. "It simply is the rejoining of the two areas surrounding this space."

As one reads these quotes, the design approach and philosophy of design clearly emerges. One can quickly grasp the function, the history and the essence of this place and this design.

My forthcoming report to Roger G. Kennedy for President Clinton and all those involved in the National Park Service entitled, "History Completes Vision of White House," relates the background and history of my previous work on the design of Lafayette Square, Lafayette Park, and the previous studies I have made on the design of the grand plaza and promenade for President and First Lady Jacqueline Kennedy.

I have broken the quotes into the three sections of this report as follows:

Section I:      The Plan That Will Unite the White House and
                Lafayette Park
Section II:     The Design Must Relate to our History
Section III:    The Future of the White House

The quotations follow in the above order.

## THE PLAN THAT WILL UNITE

## THE WHITE HOUSE AND LAFAYETTE PARK

### SECTION I

The White House Comprehensive Design Plan is a long-range plan that has been in progress over the course of the last 3 years developing a plan to guide the future management and use of the buildings and grounds at the White House, aiming to better serve the public and the President, and to protect the historic character of this national treasure.[1]

Roger G. Kennedy, 1995

---

[1] July 1995 letter to John Carl Warnecke, FAIA from Roger G. Kennedy, Director of the National Park Service.

The simplest answer would be by far the best; that the silver lining in this cloud is that these two areas would be rejoined after having been split by the major highway that Pennsylvania Avenue has evolved into in this area.[2]

David M. Childs, FAIA, 1995

---

[2] David M. Childs, FAIA, in a letter addressed to John Carl Warnecke on July 27, 1995.

Keep it simple...The starting point of any design is to pay close attention to what is already there.  A house, a park and a street. These three parts need to be tied together into an elegant composition.[3]

Benjmain Forgey, July 1995

---

[3] Benjmain Forgey in his July 8, 1995 Washington Post article, entitled "Caution Construction Ahead."

The design of Pennsylvania Avenue is a contextual problem that must unite today's requirements of security with the history and symbolism of the White House.[4]

John Carl Warnecke, FAIA

July 1995

---

[4] John Carl Warnecke, FAIA, "History Completes Vision of the White House," 1995.

All the parts and pieces are all there and all
that is needed is to integrate them into a
unified whole.  It is like weaving together
two parts of a large beautiful tapestry.  The
fabric, the threads with all their colors are
all there ready to be woven together.[5]

John Carl Warnecke, FAIA

June 1995

---

[5]  John Carl Warnecke wrote the Park Service and the
Enforcement Division of the Treasury Department in is June 19, 1995
article entitled, "Greater White House Access."

A client and a designer create a sort of joint persona.  They express what they both want the public to think of them.[6]

Roger G. Kennedy, 1989

---

[6] Roger G. Kennedy, *Orders from France* (New York: Alfred A. Knopf, 1989), p. 13.

Subtle and simple things such as the historic planting of the red Salvia flowers determines the historic landscape character required to complete the overall design.

John Carl Warnecke, FAIA

October 1995

Architecture very often comments upon its circumstances by stating a desirable opposite: for example, that aspect of their own epoch which the contemporaries of neoclassical architects felt most poignantly was its turbulence. The quality most evident in the work of those architects was tranquility. [7]

Roger G. Kennedy, 1989

---

[7] Roger G. Kennedy, *Orders from France* (New York: Alfred A. Knopf, 1989), p. 13, 426. JCW notes this condition exists following the White House shootings and Oklahoma City bombing. Pennsylvania Avenue is to emerge into a far more beautiful and peaceful setting for the White House.

The basic elements of the design are all in place. This is the original four-block area set aside by L'Enfant which is the view one looks out to from the front door of the White House. The White House, Lafayette Square Park, the historic buildings surrounding the square President and First Lady Jacqueline Kennedy and I helped save, and the new Executive Office Building and Court of Claims Building, that I designed in 1962, all serve as backdrops to the older historic buildings and the White House. The design of the grand plaza and promenade will tie all of these historic elements into a unified whole.[8]

John Carl Warnecke, FAIA

January 1995

---

[8] John Carl Warnecke's report to President Clinton in Janaury 1995 prior to closing down the traffic of Pennsylvania Avenue.

# THE DESIGN MUST RELATE

# TO OUR HISTORY

## THE REDESIGN OF PENNSYLVANIA AVENUE AND ITS NEW BOUNDARIES MUST BE IN CONTEXT WITH THE HISTORY AND SYMBOLISM OF THE WHITE HOUSE

### SECTION II

They come in ever increasing numbers, by the tens of millions every year. They climb the sweep of marble steps at the Supreme Court, pose for a picture by the Grant statue. They move slowly, quietly past the fifty-seven thousand names in the black stone wall of the Vietnam Memorial. They pour through the Air and Space Museum, the most popular museum in the world now, craning their necks at the technical marvels of our rocket century. We all do. We all should. This is our capital. It speaks of who we are and what we have accomplished, what we stand for. [9]

David McCullough, 1986

---

[9] David McCullough, "Why I Love Washington," *American Heritage,* April/May 1986.

Architecture depends on Order.  Arrangement,
Eurythmy (Beauty, Symmetry, Propriety, and
Economy.) [10]

Vitruvius

---

[10] At the time of Caesar, Vitruvius wrote his ten books on architecture and described the fundamental principles of design and architecture.  Architecture continues to develop and change as it adapts to new eras of time, but the definition of architecture established by Vitruvius is still a most helpful guide in defining architecture today.

The private buildings go on but slowly.  There are about twenty or thirty houses built near the Point, as well as a few in South Capitol Street and about a hundred others scattered over in other places:  in all I suppose about two hundred:  and these constitute the great city of Washington.  The truth is, that not much more than one-half the city is cleared: - the rest is in woods: and most of the streets which are laid out are cut through these woods, and have a much more pleasing effect now than I think they will have when they shall be built; for now they appear like broad avenues in a park, bounded on each side by thick woods; and there being so many of them, and proceeding in so many various directions, they have a certain wild, yet uniform and regular appearance, which they will lose when confined on each side by brick walls. [11]

Francis Baily, 1796

---

[11] In the fall of 1796 Francis Baily also recorded his impressions of the embryonic city.  He admired the President's house, the Capitol, and the view from the point where the Potomac and Anacostia join.  However, very little in the way of a city was to be seen, as Baily soon discovered.

In 1803 Latrobe is named Superintendent of Public Buildings and he soon designed the first formal entrance for Pennsylvania Avenue to the White House.  He also encircled the White House grounds with its first wall, a stone boundary intended more to control livestock than to provide security.  Latrobe's drawings show a circular turn around on the north front of the White House and the main formal entrance of 16th Street continuing on right up to the White House circular entry point. [12]

William Seale, 1992

---

[12] William Seale, *The White House: The History of an American Idea*, (Washington, D.C.: The American Institute of Architects Press, 1992), p. 38.

The actual number of Secret Service guards in attendance upon the President is never made public.  But certain it is that at all receptions a number of such guards are on duty within the house, while several more are stationed outside.  The President never steps outside the White House, never travels even the shortest distance, without being followed by one or more officers of the Secret Service.[13]

Gilson Willets, 1908

---

[13] Gilson Willets, *Inside History of the White House* (New York: The Christian Herald, 1908) p.183.

The McMillan Plan (1901) projected a remarkable transformation that would give dramatic emphasis to a greatly elaborated series of axes, based upon those planned by L'Enfant. Each vista was to terminate in a fine example of neoclassical architecture. As in L'Enfant's plan, the principal feature was to be the Mall, the Capitol at one end, a memorial to Lincoln at the other, and along sides large neoclassical buildings for the federal offices. The cross-axis, having the White House at its northern end, was lengthened south of the Mall, with space reserved for a monument of an undesignated character. [14]

William Seale, 1986

---

[14] William Seale, *The President's House, Volume II* (Washington, D.C.: White House Historical Association, 1986), p. 656.

The artistic lines of the White House buildings were the creation of master builders when our Republic was young. The simplicity and strength of the structure remain in the face of every modern test. But within this magnificent pattern, the necessities of modern government business require constant reorganization and rebuilding.

The architects and builders are men of common sense and of artistic American tastes. They know that the principles of harmony and of necessity itself require that the building of the new structure shall blend with the essential lines of the old. It is this combination of the old and the new that marks orderly peaceful progress--not only in building buildings but in building government itself.[15]

Franklin Delano Roosevelt, 1935

---

[15] F.D.R. relates to the nation in one of his fireside chats prior to adding on to the east and west wings of the White House.

No work is proposed in scope or detail that will alter the architectural or cultural features or impair the integrity of the building in its role of a National Shrine. In all respects the historic and traditional symbolism of the Nation's most revered mansion must be preserved to the greatest degree consistent with the use of modern materials and equipment that will be incorporated into the project.[16]

President Harry Truman's Proposal to Congress, 1948

---

[16] For eighty years Congress had opposed demolishing the White House. Finally in the late 1940s, President Truman stepped forward to undertake the complete reconstruction of the President's House. These words by which_formed the proposal to Congress assured the government that this would be undertaken with the greatest of care and respect.

History Continues

# THE SQUARE IS RETURNED

# TO L'ENFANT'S VISION

For nearly 60 years, the 1901 McMillan Plan moved forward to create a monumental government office building square surrounding the White House. The following are quotations that describe John Carl Warnecke's 1962 concept for the design of Lafayette Square and relate how this design returned the square to L'Enfant's vision and how the impact of this design altered architecture throughout Washington and America.

Because the design of Pennsylvania Avenue in front of the White House must unite the White House with Lafayette Park and the Square surrounding the park, it is important to understand how Warnecke's contextual approach to design and philosophy of architecture was first accepted by the public and architectural critics at the time he designed the Lafayette Square project for President and First Lady Jacqueline Kennedy and how later this project altered and changed the direction of architecture in the Nation's Capital and in other cities throughout America. Now, thirty years later, the project's design and the several new directions that were first set in design and architecture is more fully understood. The following quotations by noted historians, writers, and architects trace the story of this evolution and describe the design and its impact in design and architecture.

Warnecke Institute of Design, Art and Architecture, 1995

Because the redesign of Pennsylvania Avenue is a design task of contextual design, it is most important to understand the roots of how contextual design emerged in the period of Modern design in the middle of the 20th century. It is important to go back and see exactly where and how it started, how it emerged, and exactly what its impact will be on the future of architecture and the environs of the White House.

Warren Megrian, AIA

Both Kennedy and Walton gave up and concluded that the old buildings would have to go.  Only Jacqueline held out.   'The wreckers haven't started yet' she said, 'and until they do, it can be saved.'[17]

Arthur Schlesinger, Jr., 1962

---

[17] Arthur Schlesinger, Jr. recalls in his book on JFK entitled <u>A Thousand Days</u>.

I consider our history to be a source of strength to us here in the White House...Anything that dramatizes the story of the United States is worth the respect of Americans who visit here and who are a part of our history.

John Fitzgerald Kennedy, 1962

The important thing is to preserve the 19th century feeling of Lafayette Square...I so strongly feel the White House should give the example in preserving our nation's past. Now we think of saving old buildings like Mt. Vernon and tear down everything in the 19th century...but in the next hundred years, the 19th century will be of great interst and there will be none of it left, just plain glass skyscrapers...Before you know it, everything is ripped down and horrible things put up in their place. I simply panic at the thought of this and decided to make a last-ditch appeal.[18]

Jacqueline Kennedy Onassis, 1962

---

[18] In a letter to Bernard Boutin, head of the General Services Administration (G.S.A.), Jacqueline Kennedy wrote on March 6, 1962.

THE WHITE HOUSE

WASHINGTON

October 15, 1962

Dear Bernie:

I would like to tell you how pleased Mrs. Kennedy and I are with the preliminary architectural studies of Lafayette Square.

I have been reflecting on the significance of this work, not only in the terms of the importance of it to the environs of the White House and our capital, but to what it means in a broader sense to other cities and communities throughout America.

As you know, I am fully cognizant of the progress made by American Architects and Planners in their contribution to our country in contemporary design. This coupled with equal progress made in our cities by their respective governing bodies in forging ahead with vast programs of urban renewal and redevelopment leads me to comment on the manner in which these plans are actually carried out. There are throughout our land specific areas and specific buildings of historical significance or architectural excellence that are threatened by this onward march of progress. I believe that the importance of Lafayette Square lies in the fact that we were not willing to destroy our cultural and historic heritage but that we were willing to find means of preserving it while still meeting the requirements of growth in government. I hope that the same can be done in other parts of our country.

I am particularly pleased that in this case you and the architects were able to express in the new buildings the architecture of our times in a contemporary manner that harmonizes with the historic buildings.

I congratulate you on this fine start.

The Honorable Bernard L. Boutin
Administrator of General Services Administration
Washington 25, D.C.

---

[19] In this letter JFK steps forth and adopts JCW's approach to design and philosophy of architecture. This letter was drafted by John Carl Warnecke just prior to the public presentation of the design of Lafayette Square on October 15, 1962. JFK added one sentence, "I hope that the same can be done in other parts of our country."

The man who will design John Fitzgerald Kennedy's tomb in Arlington National Cemetery and who is being considered for the commission of the Kennedy Library at Harvard is the architect who has done the most to bring a new design frontier to Washington. John Carl Warnecke was one of the first architects to be given an important Federal job under the Kennedy administration, the redesign of Lafayette Square.

The work of the Warnecke office is marked by an obvious consideration of the traditional in local architecture and respect for the nature of the site and landscape. At the same time stresses the most advanced contemporary design, materials and construction. In Washington, where a strong classical tradition must be fused with new building needs it is hoped that this will produce a superior kind of official architecture and a suitable memorial for Mr. Kennedy." [20]

Ada Louise Huxtable, 1963

---

[20] Ada Louise Huxtable writes about John Carl Warnecke in the November 30, 1963 issue of the N.Y. Times following the death of JFK.

In historic places such as Washington, the needs of the present must show respect for the past. In showing respect for the past in the design of new buildings, basic plans, forms masses, materials, colors and textures should be designed in sympathy with the place and its history. At the same time each building should be planned to solve the problems of the present and to express the continuity that provides a link to the future as well as to the past. Although each design grows out of its unique place in history, strong threads of continuity should run through all major works of architecture. The timeless values of unity, order and clarity and the disciplines of structure and economy underlie any particular design. These together with a profound respect for the universal needs of human beings -- will help us develop an architecture which will provide visual testimony to the dignity, enterprise, vigor and stability of the American government.[21]

John Carl Warnecke, FAIA, 1965

---

[21] In June 1965, John Carl Warnecke wrote an article entitled "The Federal City: A Practitioner's View" for the AIA Journal. In this article he spells out the qualities of design that he feels are essential for any government building constructed in Washington, D.C.

...in their partially completed state, one can, I think, see the bones of an architecture which is as American as the New England saltbox and yet completely new to the United States. It may prove to be the pace setter for a revival of an indigenous architecture.[22]

Grosvenor Chapman, 1966

---

[22] Grosvenor Chapman, "Lafayette's Neighbor," <u>Washington Post</u>, March 16, 1966. A 1966 article in the <u>Washington Post</u> by Wolf von Eckardt, outlining Vincent Scully's objections to Warnecke's new buildings, which were mostly centered around the harsh appearance of the dark red brick used in the two tower buildings. The article elicited a defense of Warnecke's plans by Grosvenor Chapman.

"ON THE SQUARE

For almost two years Washington has watched two modern blood-red brick office buildings slowly rise incongruously behind the small historic Federal-era houses of Lafayette Square across from the White House.

The first of the buildings, the new Federal Courthouse, was dedicated last week by Chief Justice Earl Warren amidst a well-aired controversy. When Chief Judge Wilson Cowen, of the U.S. Court of Claims, praised the 'imaginative decision' of the architect, a scattering of titters rose from the outdoor audience. Already some critics have blasted the buildings as a 'noble failure,' a 'terrible disappointment,' and as 'hulking forms with strange protuberances.'

'The purpose of my design was the saving of the old historic building.' explains Warnecke. 'The filling in of the holes and the adding of color are yet to come. It's like a painting that hasn't been finished.'

'I think people are tired of the dullness of reproducing historic buildings,' says Warnecke. 'When the square is complete, you're only going to see the top half of the new buildings. The small houses, some natural brick, some painted, will become the dominant visual aspect of the square.'"

The _Newsweek_ story ended with Bill Walton coming to JCW's rescue,

"He is a creative guy and one of the better U.S. architects. No other architect had the solution to the difficult problem of Lafayette Square."[23]

---

[23] In the October 2, 1967 issue of _Newsweek_, a story was written in which most of the story was a criticism of the design.

The first thing that Warnecke did, which seems clearly a correct decision, was to treat both the east and west sides of the Square in a similar way.  On the east side of the square he designed a new low building, in red brick, to replace a false-front theater building put up in the 20's.  The new building serves to link the Treasury Annex with a row of houses (including the Dolly Madison House) which the Boston architects had planned to remove.  On the west side of the square, Warnecke unabashedly chose to fake new versions of the houses that had been replaced by bigger buildings during the 20's, giving a more or less consistent row of facades along the whole west frontage."[24]

Jonathan Barnett, 1968

---

[24] 1968 article on Lafayette Square by Jonathan Barnett for the magazine, <u>Architectural Record</u>.

The color was obviously chosen to harmonize with the mellow brick of the old houses on the west side of the Square.  The photograph shows how successful this color harmony turned out to be...The other question--the problem of architectural expression--was essentially the familiar one of 'keeping in keeping.' Warnecke's design, with its bay windows and mansard roofs, certainly captures something of the crankly silhouette of the 19th century buildings near the square; and, from a scenographic point of view, is quite a successful composition."[25]

Jonathan Barnett, 1968

[25] 1968 article on Lafayette Square by Jonathan Barnett for the magazine, <u>Architectural Record</u>.

The result is probably the most successful large-scale historic restoration in the United States. Unlike Colonial Williamsburg in Virginia, which is really a kind of architectural museum, Lafayette Square is an efficient working office complex right in the center of the nation's capital. One may question some of the details employed in the new buildings Warnecke designed to fill in the existing rows of town houses, and some of the details in the new tall buildings behind them. But these are questions of taste.

The success of Lafayette Square lies in the fact that few people really notice the massive new construction surrounding it.[26]

Peter Blake, 1975

---

[26] Peter Blake's 1975 article entitled, "John Carl Warnecke-Architect," for the Soviet magazine _Amerika_, Blake summarized Lafayette Square.

The Lafayette Square scheme was one of the most neglected and innovative urban design concepts in contemporary architecture...I think that it's an accomplishment that deserves wide replication...

These were very radical ideas in those days. Many of the things that he was doing you just didn't do in those days.  You didn't think much about saving nice little old stuff like those houses...Much less did you think of replicating anything old.  Everything was novel; everything was modernist...I think it was admirable, remarkable for its time, and has remained admirable...[27]

Donald Canty, 1981

---

[27] Donald Canty, editor of the AIA magazine, Architecture, subsequently stated in April 1981 some 19 years after JCW had designed the project in a retrospective review of the design of the Square in a meeting of the National Building Museum entitled "Washington Revisited."

We then go on to the execution of the scheme, and this too was controversial.  There was a softness even to the large buildings which was not a part of my creed in those days...Building with brick, incidentally, is the new material, the vernacular in Washington...And now we're in the brick era, but this was 19 years ago; and Jack used brick for what I think were very good reasons...The other thing was the modesty of fenestration in this building which was almost unprecedented then...

And then there were what we now, in post-modern parlance, would call historicist touches, that were put on the building in addition to the materials design to give it an identity toward the old, for which it was now a new backdrop  These were fairly widely criticized at the time...[28]

Donald Canty, 1981

---

[28] Donald Canty, editor of the AIA magazine, Architecture, subsequently stated in April 1981 some 19 years after JCW had designed the project in a retrospective review of the design of the Square in a meeting at the National Building Museum entitled "Washington Revisited."

The architectural profession gave the public fifty years of modern architecture, and the public's response has been ten years of the greatest wave of historic preservation in the history of man.

In Washington alone Lafayette Square's direct influence can be seen in dozens of buildings put up in the last decade. In the Federal Home Loan Bank Building, the historic Winder building, whose facade is at home with the nearby Old Executive Office Building, has been incorporated into a complex of shops, restaurants, a skating rink and the necessary office space. In the recently completed Old Post Office, the historic shell is preserved while the interior has been used for new office and commercial space.

The grandiose Pennsylvania Avenue project born in the 1960's has clearly shifted toward the idea of preservation, as seen in the saving of the Willard Hotel."[29]

George Hartman, FAIA, 1983

---

[29] Two decades after the design of Lafayette Square in 1983, noted Washington, D.C., architect George Hartman, FAIA, wrote at the time of the Renwick Museum Exhibit, "Lafayette Square Restoration, Architect, and the Presidency."

Lafayette Square today is so pleasant a part of the city we tend to forget that it took the actions of three presidents, and a very determined president's wife--Jacqueline Kennedy--to make it this way.

Today, without even going there, we can call to the mind's eye postcard views of the place: the White House on the south, strikingly white against the sky, and east and west, those tall towers in red brick behind low rows of 19th century buildings. An exhibition that went on view yesterday at the Renwick Gallery reminds us that this happy ending was, for more than half a century, highly unlikely.

The Lafayette Square project, designed by John Carl Warnecke, was an important milestone in preservation, and the urban design strategy of massing large new buildings behind attractive, smaller, older buildings remains highly relevant today.[30]

                                        Benjamin Forgey, 1983

---

[30] Twenty years after Warnecke completed his design of Lafayette Square, Benjamin Forgey, in reviewing the exhibition of Lafayette Square 1963-1983 - Architecture, Preservation and the Presidency, at the Renwick Museum, wrote in an article in the Washington Post October 22, 1983.

George Hartman considered Lafayette Square to be the most important architectural work in Washington since World War II.[31]

Thomas Stokes Page, 1992

---

[31] Thirty years later Tom Page stated in his letter to JCW of November 7, 1992 that George Hartman, now Washington, D.C.'s leading designer who had recently been on an architectural jury with Benjamin Forgey had said this to him.

Warnecke's 1979 addition (Fannie Mae) hidden from the street, is handsome and adroit--it adjures the colonial detailing but matches the materials, layout and scale of the original building, and enclosed two shady, commodious formal courtyards.    This pleasant, humane result is hardly surprising--Warnecke's mid-'60s work around Lafayette Square, saving the 19th-century texture of the place while adding two new government buildings, contributed significantly to the contextualist movement here and nationwide.[32]

Benjamin Forgey, 1993

---

[32] Benjamin Forgey said in his August 21, 1993 Washington Post article, "Fannie Mae and Revisionist History."

Such musings were prompted this week as I walked around and about Lafayette Square...Here is a place, a historic place, that has changed, and stayed the same.

The fact that it has 'stayed the same,' that today it looks something like it did a century ago, is due to provident inaction and, three decades ago, to wise human intervention. More than most places in Washington, one can read the square's history in the layers of its architecture. [33]

Benjamin Forgey, 1994

---

[33] Benjamin Forgey's January 28, 1994 article entitled, "The Well Rounded Square."

Cities change, They do and, as the redoubtable urban theorist Jane Jacobs has pointed out, they must. But unless the changes are cataclysmic, as during an earthquake or a war, we tend almost willfully to ignore them...Warnecke saw right away there as no need to demolish the old buildings on Lafayette Square. He devised a plan to replace the big new buildings behind the rows of houses and thereby, almost incidentally, to create very nice outdoor courtyards between the new and old pieces...

Conceived in 1963, the Warnecke design proved to be a healthy example--countless Washington projects since then have adopted the same basic tactic. As a result, the downtown area has been able to increase in density in accord with economic demand and, at the same time, much of its architectural history has been preserved.[34]

Benjamin Forgey, 1994

---

[34] Benjamin Forgey's January 28, 1994 article entitled, "The Well Rounded Square."

The courtyard and garden space which has been created between the old and the new on the Jackson Place side, I think, is one of the very nicest enclosed spaces in Washington. I'd love to have a party there. It's absolutely lovely, and, the rear of the old buildings look even more inviting than the front. It's just marvelous. If you've never been there, just wander in. It's absolutely marvelous and inviting and comfortable and the best of Washington.[35]

Donald Canty, 1981

---

[35] Donald Canty, editor of the AIA magazine, <u>Architecture</u>, subsequently stated in April 1981 some 19 years after JCW had designed the project in a retrospective review of the design of the Square in a meeting at the National Building Museum entitled "Washington Revisited."

Critic Vincent Scully got it just right last week when he asked for a solution that would "remind people we are a nation of laws, and peace." This sounds like the gentle, arcadian L'Enfant-Kennedy-Warnecke plan. We should all ask Clinton to take personal charge of this crisis, reviving both the dream and the words of President Kennedy who inspired him as a young man. Let him appoint a broad-based citizens' committee to assist him, if necessary, but let's get the change made, fast, while the mood is ripe. If we can jointly take this step, the "people's house" and "the president's park" will become one at last--and democracy will find at once its final symbol and its final security.[36]

> Vincent Scully
> Quoted by
> Douglas Davis, 1995

---

[36] _Newsday_ article, entitled "Viewpoints," June 16, 1995 by Douglas Davis. Davis was architectural critic for Newsweek for eighteen years.

# THE FUTURE

# OF THE WHITE HOUSE

### LOOKING BACK A CENTURY TO HELP OBTAIN A
### CLEAR VISION OF THE PRESIDENT'S HOUSE IN THE 21ST CENTURY

### SECTION III

What is the future role of the White House in American life and culture? In my view, its role nowadays as a historic place and monument of our traditions is more significant than ever. [37]

Daniel J. Boorstin, 1994

---

[37] Daniel J. Boorstin, *Cleopatra's Nose*, 1994.

Where once we ran away from context, we now
embrace it.  Where once we would have taken a
wrecking ball to an historic building, now we
pause and ask:  Can we restore it with new,
stronger, materials?  Can we make it relevant,
not as just a monument, but as a functioning
part of the community?---I believe not only
that we can, but that we must."

Today with ever greater challenges of limited
time, space and budgets, we must find ways to
work this concept into every building and
community we design.  We must create tools
that encourage this connection."

Historic preservation has moved from focusing
on a single building to emphasizing a
building's neighborhood and community to the
integration of history, culture, and the
natural environment. [38]

> Bruce Babbitt, 1995

---

[38] Remarks from a speech delivered by Secretary of the Interior
Bruce Babbitt in the 1995 AIA Convention of the American Institute
of Architects in Atlanta.

By placing the new buildings behind the historic buildings, we were able to maintain the 19th century character of the square, which he and First Lady Jacqueline Kennedy felt was most important. By designing the new buildings in a simple contextual manner, we saved enough money to restore all the old buildings at no additional cost to the government. Now, this gift and these buildings should be shared with the people to use and learn about our democracy.[39]

John Carl Warnecke
July 30, 1995

---

[39] Washington Post, Sunday, July 30, 1995, article by John Carl Warnecke entitled "Completing the Plan for Lafayette Square."

There is room for excitement and discovery--
what (Roger) Kennedy calls 'genius'--if it is
applied with true sensitivity and skill. The
design is a thrilling challenge in which we
all have a stake. A splendid new foreground
to this centerpiece of the democracy would be
a most satisfying prelude to the beginning of
a new millennium. [40]

Benjamin Forgey
September 1995

---

[40] Benjamin Forgey, "A Touch of Grass: On Pennsylvania Ave., a step in the Right Direction," *Washington Post: Cityscape,* (9/30/95), p. D1.

Red, white and blue are the colors of our flag that flies high over the White House.

Red symbolizes the life and needs of the times we live in.  The red of our blood reminds us that this moment of time is brief.  The red flowers planted in front of the White House are seasonal.

White symbolizes our past.  The strength of past eras, the images and symbols that remind us of all that came before us.  The President's House is White.  The White House is a symbol of our history.

The blue sky on a clear day symbolizes our vision of tomorrow.  Blue is the vision of continuity that leads us forward to a vision of a future time.  This is a vision of unity that links our past, present and future.

John Carl Warnecke, FAIA

October 1995

The conservation of historic environments is
increasingly recognized as critical to the
economic, social, and cultural well-being of
our urban and rural communities. By the turn
of the century, 75% of construction dollars
will be spent working on existing buildings.
[41]

        University of Southern California,
        1995

---

[41] The School of Architecture at the University of Southern
California, third summer program on Critical Issues in the
Conservation of Historic Buildings, Landscapes and Communities.
Co-sponsored by The California State Office of Historic
Preservation, National Trust for Historic Preservation, Freeman
House, Gamble House, American Institute of Architects, Los Angeles
and Pasadena/Foothill Chapters, American Planning Association--Los
Angeles Section, Pasadena Heritage, Los Angeles Conservancy,
Society of Architectural Historians, Southern California Chapter;
and the California Preservation Foundation.

Because of this earlier commitment to President and First Lady Jacqueline Kennedy, I have continued to feel obligated to follow up on their courageous efforts and overall concept of the square that we jointly created thirty years ago. This is a simple direct and beautiful solution that will unite the White House with Lafayette Park and Lafayette Square.

John Carl Warnecke, FAIA

July 1995

I look forward to an America which will not be afraid of grace and beauty, which will protect the beauty of our national environment, which will preserve the great old American houses and squares and parks of our National past, while building handsome and balanced cities for our future.[42]

John Fitzgerald Kennedy

---

[42] Quote from speech at Amherst University, October 1963.

The Warnecke Institute is dedicated to a more comprehensive multiple approach to design and architecture created to meet man's ever-changing needs in the 21st century by embracing both continuity and diversity while seeking unity with our man-made and natural environments.

The Warnecke Institute of Design, Art and Architecture, 1995

# HISTORY COMPLETES THE

# VISION OF THE

# WHITE HOUSE

**Index and Nature of John Carl Warnecke's report that relates the evolution of these historic environs while developing a process of design that unites the White House with Lafayette Park.**

NOVEMBER 20, 1995

## PREFACE

In 1994 the Warnecke Institute was undertaking studies on the unique role of President and First Lady Jacqueline Kennedy in the 1962 design of Lafayette Square and their joint interest in the architecture of our Capital and country and the impact that this design has made on the architecture in Washington and other areas throughout this country.

At a time when Modern design dominated architecture throughout the United States, Lafayette Square was the first major restoration project in America to be sponsored by the Federal government. This project was also the first project to utilize restoration with a new type of adaptive reuse of the older buildings. At the same time, the design developed a new land use strategy that combined both historic and new buildings on the same site, The design also utilized a contextual approach which integrated and related the new buildings to the older historic buildings. This contextual approach was a part of my comprehensive philosophy of architecture which I evolved in the late 1940s and 1950s early in my career. It is an approach to design and a philosophy of architecture that embraces continuity and diversity while seeking unity of our man-made and natural environments.

In 1994 and in early 1995, Jacqueline Kennedy Onassis was most interested to hear of these studies of the Warnecke Institute and was thrilled to hear that the Lafayette Square project was being talked about by architects and critics as the most important

projects in Washington since World War II and how the design of the project had influenced the architecture of the Capital more than any other project during the last 30 years.

These studies of the role of the Kennedys were temporarily halted with the several 1994 shootings at the White House and the Oklahoma City bombing which led President Clinton to close down the Avenue.

Instead, the Warnecke Institute concentrated on completing a phase of the original Lafayette Square project that had never been completed. In January 1995, the Institute undertook the completion of the earlier proposal embraced by the Kennedys to construct a tunnel under Pennsylvania Avenue and construct a beautiful grand plaza and promenade to view the White House.

After closing down the Avenue, I decided to move ahead and modify my earlier design of this space without the tunnel while the Park Service continued to study alternate means of handling traffic.

The Warnecke Institute is dedicated to a multiple comprehensive approach to design and architecture which, among other diverse approaches, embraces contextual design for important historic environments. Because of their commitment, the Institute decided to  move forward and study how this philosophy would affect the design of this space and to demonstrate how this approach to design is essential in the redesign of Pennsylvania Avenue. What better way could be found both for completing the vision of the Kennedys

and the Warnecke Institute's dedication to this comprehensive approach than to design a project that would display this approach to design and help clarify this philosophy of architecture.

Attached is the index of the three sections of a report now in the process of being finalized that incorporates this contextual approach to design for the redesign of Pennsylvania Avenue. This report will be submitted to Roger G. Kennedy as a plan to be critiqued, studied, altered, and hopefully adopted as a part of the planning process now being undertaken by the National Park Service.

Included in this report is the restudying of the history of the White House which is essential in order to capture the spirit of the new design of the Avenue. In this process, I have collected certain phrases and quotations that capture this spirit of design that I and other historians, writers and architects have expressed in different and perhaps more powerful ways. In addition, I have added quotes from my own writings which I believe are essential to understanding this architectural philosophy and approach to design.

I hope that this document will help clarify the project's philosophy of design and set a clear direction for those responsible to President Clinton for carrying out this design task in the highest and best manner possible.

John Carl Warnecke, FAIA
November 20, 1995

# HISTORY COMPLETES VISION OF THE WHITE HOUSE

## SECTION I
## THE PLAN THAT WILL UNITE THE WHITE HOUSE & LAFAYETTE PARK

### INDEX

I.        FORWARD

II.       INTRODUCTION

III.      REQUIREMENTS AND FUNCTIONS

IV.       THE ROLE OF HISTORY

V.        DESIGNING IN HISTORIC CONTEXT

VI.       DEFINING PROJECT BOUNDARIES

VII.      THE PLAN THAT UNITES

VIII.     BASIC AND ALTERNATE CONCEPTS

IX.       ARRIVING AT THE BEST SOLUTIONS

X.        DESIGNING THE OUTER BOUNDARIES

## SECTION II
## THE DESIGN MUST RELATE TO OUR HISTORY

### INDEX

I.        PREFACE

II.       HISTORICAL INTRODUCTION

III.      HISTORICAL PLAN OF THE NATION'S CAPITAL

IV.       ARCHITECTURAL HISTORY OF THE WHITE HOUSE

V.        HISTORY AND IMPACT OF ARCHITECTURAL STYLE

VI.       HISTORY OF LAFAYETTE SQUARE

VII.      HISTORY OF LAFAYETTE SQUARE PARK

VIII.     SYMBOLISM OF THE WHITE HOUSE

IX.       THE IMPACT OF CONTEXTUAL DESIGN ON ARCHITECTURE

**SECTION III**
**THE FUTURE OF THE WHITE HOUSE**

**INDEX**

I.        LOOKING BACK TO SEE THE FUTURE OF THE PRESIDENT'S HOME
          AND WORK PLACE

II.       SECURITY - LOOKING BACK TO SEE AHEAD

III.      THE NEEDS OF THE WHITE HOUSE ARE SLOW IN EMERGING

IV.       LOOKING FAR INTO THE FUTURE

V.        MONUMENTALITY BRINGS STERILITY

VI.       FUTURE OF THE WHITE HOUSE -- PRESIDENT CLINTON'S DESIRE
          FOR PUBLIC ACCESS CAN BE OBTAINED WITH A VISION OF
          ARCHITECTURE THAT WILL GREATLY INCREASE THE NUMBER OF
          VISITORS TO VIEW THE WHITE HOUSE



Tayloe–Cameron House–
"The Little White House"



## KEY TO DIAGRAM.

1. Arlington Hotel.
2. White House.
3. Treasury Department.
4. State, War and Navy Departments.
5. Lord Ashburton ; Sir Bulwer Lytton.
6. " The Court Church "—St. John's.
7. John Hay, historian and poet.
8. Henry Adams, author.
9. Thomas Ritchie ; John Slidell.
10. Daniel Webster ; William W. Corcoran.
11. Admiral Shubrick, and others.
12. Judge Bancroft Davis.
13. George Bancroft.
14. Commodore Decatur; Henry Clay; Martin Van Buren.
15. William L. Scott, M. C.
16. C. C. Glover.
17. George F. Appleby.
18. Major-Gen. Parke.
19. Washington McLean, *Cincinnati Enquirer* ; Vice-President Schuyler Colfax, and others.

20. Mrs. James Blair.
21. Senator Gorman.
22. Admiral Alden ; Major Henry R. Rathbone ; Senator Dolph.
23. Mrs. Green.
24. Col. W. H. Philip.
25. Peter Parker, Minister to China ; William E. Curtis, Chief of All-Americas bureau.
26. Commodore Morris.
27. James Madison ; Mrs. Madison ; Commodore Wilkes ; Gen. McClellan ; Cosmos Club.
28. William Windom, Secretary of the Treasury.
29. Col. Robert G. Ingersoll ; Senator Fenton.
30. Admiral Paulding ; Senator Don Cameron.
31. Henry Clay ; John C. Calhoun ; Washington Club ; William H. Seward ; James G. Blaine.

ernment, trying to hold down inflation, discourages the heavy outlays of capital needed to build hotels. And some officials say privately that they would rather limit tourist facilities to those who can afford to spend a lot, instead of opening up the country to crowds of people who spend relatively little per person.

### NIGHTMARE IN ITALY

If the British are reluctant to build new hotels, the Italians are running them a close second. Italy's shortage of hotel rooms now is estimated by the government at 127,000. Rome alone needs a minimum of 3,000 more rooms to handle the demand expected in the next 3 years. Yet, when one American company wanted to build a modern hotel in Rome, it was balked by opposition from Italian hotel owners.

Hotel building in Italy is being done mainly because of prodding by the Government. Loans to aid in building 192 hotels with 7,500 rooms are being made from the public purse. Whether they will be built in time to take care of the expected crush of tourists remains to be seen. There were 13,000 hotel rooms in Rome in 1949. There are only 14,000 today.

### HOPE IN GERMANY

It is a different story in Germany. Only in that country do you find hotel building anywhere near adequate for the numbers of tourists. There were 485,000 hotel beds in 1938 in the area that now constitutes West Germany. In 1947, with most of the country in wreckage as a result of the war, hotel beds were down to 134,000. Today, there are 550,000.

It's still difficult to find hotel space during the height of the tourist season in Germany. But German officials expect new construction to match the 10 percent increase in the number of tourists expected over the next 5 years, after which the tourist boom is expected to level off.

### A SOLUTION?

One possible answer to the hotel shortage in Europe—roadside motels—is only beginning to be explored. Italy as 82 built or planned, but there are only 8 in Britain, 3 in France and none in Germany. They are just as hard to find in the other countries.

Luxury hotels, built by American companies, are sprouting here and there in the European capitals. London has one and Madrid has another. Still others are planned for Berlin, Athens, Rome, Vienna, London, and an as-yet-undesignated city in Scotland. But the space they will provide will not go very far in relieving the acute shortage of hotel rooms American tourists are to encounter in Europe from now on.

### THE BUSINESSMAN ABROAD

(By Ralph T. Reed)

Foreign trade and investment promote security and prosperity at home.

These words have the agreement today of almost all broad-thinking men of affairs. The extent of our overseas business and investment bears testimony to its importance where all Americans are concerned.

One form of international trade that has undergone a great growth in recent years, and has become vitally important for several reasons, is international tourism. Perhaps it may surprise some to think of tourism as a form of trade, but in reality it is a vast, diversified industry, involving many necessary functions and many separate areas of business activity.

Most important, though, international tourism plays a significant role in promoting America's security and prosperity.

This year alone it is expected that the United States tourist will spend upwards of last year's $1.3 billion in foreign carriers. These expenditures are enough to pay for almost a tenth of all the merchandise we

sell to these countries. They are equivalent to about 12 percent of the revenue secured by overseas nations from imports coming into the United States.

Meanwhile, we hear almost daily of new developments which should have startling effects on the coming development of international travel—assuming a degree of world stability.

With transportation improving so rapidly, a weekend in Jamaica or weekend in Europe can become an active reality for many tourists. Many other resort and travel areas, before restricted to the traveler with a month or two to spend, will soon be open to the 2- and 3-week vacationist. And much of the time which he now spends getting to these areas he will then enjoy in them.

It should not be forgotten that the billions thus spent abroad are not aid dollars. Rather they are voluntary consumer expenditures in the open market—value given for value.

### BETTER FORM OF AID

While direct United States aid continues to be a necessity in certain areas, we can all agree that this kind of free functioning of economic demand and supply through tourism is a far superior form of dollar stimulation for any nation today. It's a healthy sign when the one can replace the other. The benefiting nations develop a greater self-sufficiency and initiative from such revenue, secured through their individual efforts. The revenue itself moves quicker and more spontaneously into commercial channels.

For every American businessman, this means a lot. It means more dollars for the purchase of American exports. It means increased capital investment in local industry abroad. It means greater demand for American goods overseas, and for foreign goods by our returning travelers.

Put in another way, travel dollars have a way of returning home as trade dollars.

There is a second major factor involved. Everyone has heard the old saying that "ideas seldom respect the boundary lines of nations." This has never been more true than today.

Ideas in this age move with the speed of sound—literally. In the course of a very few years, the mass communications mediums have become an intimate part of our daily lives and the lives of millions around the globe.

Among other effects, this condition has stimulated a tremendous curiosity throughout the world about America and American values. Our uniquely high standard of living, as well as our traditions of liberty, cause intense interest in many quarters which used to have only a vague curiosity. Among some we find misconceptions about our country; among others even some antagonism. But we never find lack of interest.

One might say that we suddenly find ourselves on stage, under a world spotlight, being asked to explain the values we live and work by.

Under such circumstances, our words and actions as American businessmen have a close connection with our country's future well-being. For better or worse, we bear a very considerable responsibility.

There are significant signs that this problem of communicating America's aims to our friends and business colleagues abroad is today receiving the attention it deserves. Recently, President Eisenhower called a meeting in the White House of 60 Americans, representing all phases of business, professional, artistic, and religious life, to develop a program of intensified people to people contacts with our friends abroad, with a view to telling our story more effectively wherever misunderstandings exist.

With all the tremendous powers of the mass communications mediums today, it's a reassuring fact that the most effective means

of communicating our values and principles to others continues to be through casual conversations between one individual and another. The American tourist abroad is given constant opportunities to talk with citizens of countries he's visiting.

In general, American tourists seem to have been doing a far more effective job of making friends abroad than they're given credit for. This particularly applies to representatives of United States companies traveling abroad professionally.

The American businessman is usually successful in establishing very friendly and personal relationships with his opposite number abroad. Meeting on the familiar grounds of commercial operations, he can show most clearly his ability to give and take, to respect the other man's point of view, to work out a relationship that benefits both parties. Such contacts do more than anything to eliminate the false notions of American business which still linger.

But, of course, the volume of business travel abroad has its limits. There are many other groups whose numerical strength is far greater and whose help is vital in building proper respect for the values of a free society.

Student travel is one of the best forms of insurance we have against future stagnation of the mind. These young people are the best of our country. We want them to travel more, and we want students of other government groups to encourage exchange.

### PROPER WELCOME HERE

Travel by foreigners to our own country is a subject which only recently has begun to receive the attention it deserves. While exchange barriers in many countries limit at present the volume of such travel, there is much effective work which can be done to publicize the attractions of the United States abroad to those who can travel. We can also make sure that these friends from abroad are given a proper welcome when they get here.

Finally, and most important, we should at all times keep in mind that we are out not only to build long-range overseas markets and sources of supplies for ourselves alone, but we are out for the strictly humanitarian motive of developing and increasing the general welfare of everyone everywhere. With these motives in mind, we will find that intercontinental travel and trade appear to be just about the best insurance we have against another form of intercontinental exchange—the intercontinental missile.

---

## The Lease-Purchase Building Program Will Cost $750 Million More Than Direct Appropriation Method, and Will Destroy Historic Lafayette Park

### EXTENSION OF REMARKS
OF

## HON. FRANK THOMPSON, JR.
OF NEW JERSEY

IN THE HOUSE OF REPRESENTATIVES

*Friday, July 12, 1957*

Mr. THOMPSON of New Jersey, Mr. Speaker, I testified before the Subcommittee on Public Buildings and Grounds of the House Committee on Public Works on February 28 this year in support of an amendment to H. R. 4660 which provided ways and means for building better and more efficient public buildings. H. R. 4660 is now before the House as S. 2261 as amended.

It is my belief that the Federal Government should take as much care in building its public buildings as private industry does. I do not think that the same care and planning is going into Federal buildings as goes into, say, any of the great buildings being built in New York City and other cities throughout the country.

I have been concerned, as have others, about the lack of any building under the lease-purchase program. One hundred and forty-six buildings have been approved by the Public Works Committees of the Senate and House for construction under the lease-purchase program, yet today only 1 building is under construction after 3 years. Surely 3 years is long enough to demonstrate the worth of a program.

There has been a great deal of talk about economy, yet here is the administration recommending a construction program—the lease-purchase program—which costs the taxpayers at least 75 percent more per building than the same building would cost under the method of direct appropriation. This is due to the higher interest rate and the payment of taxes on Federal buildings constructed through lease purchase. This policy is unwise, unsound, and is a departure from all previous policy of the Federal Government.

The chairman of the Subcommittee on Public Buildings and Grounds, the gentleman from Alabama [Mr. JONES], pointed out in a speech he made on this floor on Friday, July 19, that—

> An analysis made by the General Accounting Office at my request shows that the lease-purchase program for the 146 projects approved by the congressional committees would cost more than $750 million—that is right; three-fourths of a billion dollars—in excess of what the cost would be under the direct appropriation method. Those are the GAO figures.

There has been a great deal of talk about economy by various Members of this body, but it seems to me that right here is one place to begin economizing and it is for this very reason of economy that I strongly support S. 2261 as reported by the Committee on Public Works of the House of Representatives.

I frankly do not see how we can go back to our districts and justify our support of a lease-purchase program that will cost such enormous and unjustified sums in interest.

The bill reported by the House Public Works Committee with amendments, S. 2261, provides that all of the projects approved under lease-purchase shall go forward under direct appropriation with the exception of six buildings in the District of Columbia and a post office building in Illinois. One of these six buildings, Federal Office Building No. 7, General Services Prospectus No. 3-DC-05, planned for the west side of Lafayette Park in the area bounded by 17th Street, Pennsylvania Avenue, Jackson Place, and H Street should, I think, be given much more thought than has been given it so far by the Executive agencies involved, particularly the General Services Administration and the President's Advisory Commission on Presidential Office

Space. Many distinguished civic and cultural leaders, architects and others have suggested that this Federal office building be confined to the 17th Street, Pennsylvania Avenue, and H Street sides of Square 167 and I happen to think and believe that this is a really excellent solution of the matter, since it would leave historic Jackson Place undisturbed.

I am, therefore, considering offering the following amendments to S. 2261 when it is under active consideration on the floor of this House in the hope that it will lead to a second look and a more constructive—and less destructive—building plan being put forward by the General Services Administration. Especially, I feel, will this be so if the Public Works Committees of the Senate and House are given an opportunity to go over the plans for this building again.

AMENDMENTS TO S. 2261, AS REPORTED

Page 9, strike out the following: "Federal Office Building—FOB No. 7—(Veterans' Administration), 3-DC-05."

Page 12, line 3, after "1954," insert the following: "other than the project known as Federal Office Building—FOB No. 7—(Veterans' Administration) which has the General Services Administration Prospectus No. 3-DC-05."

Page 13, imediately after line 7, insert the following:

> "SEC. 5. The Administrator of General Services shall make such improvements, alterations, additions, and repairs to the old State Department Building situated on the southeast corner of the intersection of Seventeenth Street and Pennsylvania Avenue NW., Washington, D. C., as may be necessary to make such building suitable for use as an office building by the President of the United States, except that no such improvements, alterations, or repairs shall materially alter the appearance of the exterior of such building. No appropriation shall be made for any improvement, alteration, addition, or repair authorized by this section if it has not been first approved by resolutions adopted by the Committee on Public Works of the Senate and of the House of Representatives, respectively, submitted in accordance with subsection (b) of the first section of the act entitled 'An act to provide for the construction of certain public buildings, and for other purposes,' approved May 5, 1926, as amended."

These amendments would remove this Federal office building—FOB No. 7—from the list of buildings which the reported bill S. 2261 would permit to be constructed under the lease-purchase program and exempts it from the provision approving for construction by direct appropriation all buildings heretofore approved for construction under the lease-purchase program. Further, they add a new section authorizing the Administrator of General Services Administration to alter, repair, and otherwise modernize the old State Department Building without altering its exterior appearance in order to make it suitable for an office building, and with the added requirement that the plans for such renovation and reconstruction be submitted to the Committees on Public Works of the Senate and House. This building can, of course, be built by the direct appropriation method under my amendments if it is resubmitted to the Public Works Committees of the Congress and approved by them.

Language was written into the independent offices appropriation bill preventing the General Services Administration from using any of its funds during the current fiscal year for the preparation of drawings and specifications, the acquisition of sites, or the design, planning, construction, or development of plans for a Federal office building at the west side of Lafayette Park which has been recommended to the Congress for housing an expanded White House office staff. The plans for this building have not been definitely formulated and it was felt that there was no need for the Government to take over at this time the national headquarters of the National Grange and otherwise proceed to take irretrievable steps to alter beyond recognition one of the historic sites of the Nation without giving thought to the many important values involved.

The expansion of the White House offices also calls for razing the historic State, War, Navy Building, and there is a blazing controversy going on over this proposal also. I would like to include at this point some newspaper articles which will delineate this controversy for us:

[From the Washington Post and Times Herald of March 2, 1957]

PLAN OFFERED TO SAVE HOMES OF LAFAYETTE SQUARE—NATIONAL TRUST SUGGESTS RESTORING HISTORIC SITES AS BLAIR HOUSE ANNEX

(By Jean White)

The Government was called upon yesterday to restore the old spirit of Lafayette Square when once-elegant homes along historic Jackson Place are razed.

To clear way for a $27.4 million office building, the Government has taken title to 9 parcels of property along the street flanking the west side of Lafayette Square. Decatur, Blair, and Blair-Lee Houses would be spared in the block, the Government said.

Yesterday Richard H. Howland, president of the National Trust for Historic Preservation, urged that several of the mid-19th-century mansions also be saved. These, he said, could be worked into the design of the new building.

If restored, several houses at the south end of Jackson Place, he wrote members of the group, could serve as a much-needed bedroom annex to Blair House, just around the corner on Pennsylvania Avenue.

And architecturally, he emphasized, the restored mansions would be an effective counterpart to Decatur House, at the other end of the block, a generation earlier in style.

The trust decided earlier not to protest the Government plan since Jackson Place already had lost several of the mansions from its day of elegance as one of the Capital's great residential streets. Three houses were scheduled for demolition for a private office building.

Howland said the trust will urge that the new building's facade on Jackson Place reflect the original concept of Lafayette Square. This side, he said, should be comparable in height and texture to Decatur House.

The trust also has its own personal problems with the Government move. Howland pointed out. It will have to move from its headquarters at 712 Jackson Place by May 1 to escape paying Government rent retroactive to January 25.

"We would like to receive a well-located historic or architecturally significant property in the Capital as a gift," Howland-wrote.

[From the Washington Post and Times Herald of March 15, 1957]

### LAFAYETTE SQUARE PLAN OFFERED

A Washington architect recommended yesterday that the residential aspect of Jackson Place NW. be preserved in planning Government office structures in the block.

Frederick Gutheim, of Dickerson, Md., writing in the current issue of Progressive Architecture, said this would be the best solution in trying to preserve the once fashionable street and yet answer pressing demands from the White House and its agencies for more working space.

Gutheim said "tall office buildings that have been allowed to intrude on Jackson Place could be replaced with structures in residential scale." However, he said, "suitable private organizations such as the National Trust for Historic Preservation, should be permitted to occupy these structures,

One such structure might serve as an official residence for the Vice President, he suggested.

The Government is planning to build a $27-million office building in a block bounded by Jackson, Pennsylvania Avenue, and 17th and H Streets NW. All existing buildings, except Blair and Blair-Lee House and Decatur House, would be torn down.

Gutheim said a "frankly utilitarian structure—about all we can expect of Federal building in these preoccupied and uninspired days—could be allowed" on the 17th Street side.

As Gutheim saw it the pressures for the Government office building stem from the White House organization and its vast expansion by the Eisenhower administration.

A staff expansion of unprecedented magnitude was required by the Eisenhower way of doing business at SHAEF headquarters during World War II and at NATO, according to Gutheim.

[From the Washington Evening Star of May 27, 1957]

### TWO SPEAK UP TO SAVE STATE-WAR BUILDING

The two House Members of a Presidential Commission named to find more White House office space are set against razing the old State-War-Navy Building.

Representatives SMITH, Democrat of Virginia, and McGREGOR, Republican of Ohio, both oppose a majority report of the commission to replace the landmark.

They are bound to win powerful support in the economy-minded House, whose Speaker RAYBURN also has spoken out against any effort to obtain funds to tear down the building.

The Commission report is at the printers, Robert V. Fleming, who heads the 7-man group, said. It is expected to be made public by the White House next Monday.

#### OTHERS FAVOR DEMOLITION

All the other Commission members were understood to favor demolishing the 19th century structure at 17th Street and Pennsylvania Avenue, NW.

But the House Representatives signed the majority report only after razing was approved "when economically and financially feasible," it was learned.

"I feel that at this time it is not economically feasible to tear the building down," Representative McGREGOR said. He estimated razing costs at $6 million.

Though he said he recognized the cramped quarters at the White House were deplorable, he also stressed that Congress must call a halt to expanding executive staffs.

"If we keep giving space to White House employees, I have the feeling that the executive branch will keep hunting people to fill it," he added.

#### HISTORICAL VALUE DEFENDED

Representative SMITH, interested in the historical value of the old building, said, "It would be a shame to tear it down."

Many architects defend the granite structure with its elaborate cornices and chimneys, while others scorn it, he noted. But he said it represented a period of American architecture that might well be maintained.

Mr. Fleming declined comment on the Commission report, or on his own personal view of the old State controversy.

But he was understood to favor replacement along with other Commission members, Senators CHAVEZ, Democrat of New Mexico; and HRUSKA, Republican of Nebraska; General Services Administrator Franklin G. Floete and Douglas William Orr, New Haven, Conn., architect.

What are the historic values involved, it may be asked? They are set forth in Public Law 292, 74th Congress, approved August 21, 1935, known as the Historic Sites Act. "That it is hereby declared that it is a national policy to preserve for public use historic sites, buildings and objects of national significance for the inspiration and benefit of the people of the United States."

These then are the values that are involved, and our national policy regarding them is clear.

I sponsored legislation in the 84th Congress appropriating funds to complete the historic buildings and sites survey authorized in the Historic Sites Act of 1935. Shortly thereafter Department of the Interior officials advised me they would request funds for this purpose in their budget if I would not insist on my own measures. They were true to their word and I am glad that the Congress appropriated $139,265 for the survey of historic American buildings, and $92,930 for a survey of historic sites as requested in the Interior Department appropriation bill for 1958.

The Director of the National Park Service, Conrad L. Wirth, advised me under date of July 19 as follows:

Now that the Department's request for funds for the current fiscal year has been approved, we are turning our attention to the immediate task of organizing personnel and procedures for the nationwide study of historic buildings and sites). In view of the task ahead, and the great interest throughout the country in historical conservation, we are anxious to start the survey as soon as possible. We appreciate your interest in the preservation of our Nation's important historic sites.

I include at this point for the information of my colleagues some of the correspondence I have received as to the importance of the White House-Lafayette Park area:

UNITED STATES
DEPARTMENT OF THE INTERIOR,
NATIONAL PARK SERVICE
*Washington, D. C., April 1, 1957.*
Hon. FRANK THOMPSON, Jr.,
*House of Representatives,*
*Washington, D. C.*

DEAR MR. THOMPSON: We have read with interest the mimeographed statement issued from your office for release on April 21, bearing on the question of a new Federal office building in the vicinity of the White House for use of the executive department, which was enclosed with your letters of April 22 and 24.

Your efforts in behalf of historic preservation throughout the country and here in the Nation's Capital have been helpful and we appreciate your strong interest in this subject. We are taking cognizance of the fact that you are concerned over the prospect that the historic setting of the White House and its immediate environs may be drastically changed by the construction of new Federal office buildings.

As you know, the National Park Service plans to make a study under the Historic Sites Act of 1935 regarding the several sites you mention provided funds therefor are made available. It would therefore appear proper, as you have done, to call the attention of Mr. Fleming, Chairman of the Presidential Commission, to the act and to the policy it establishes.

With best wishes.
Sincerely yours,
CONRAD L. WIRTH,
*Director.*

UNITED STATES
DEPARTMENT OF THE INTERIOR,
OFFICE OF THE SECRETARY,
*Washington, D. C., May 13, 1957.*
Hon. FRANK THOMPSON, Jr.,
*House of Representatives,*
*Washington, D. C.*

DEAR MR. THOMPSON: Two press releases issued from your office on April 21 and 26 have been reviewed as you requested.

Your continuing interest in the preservation of historic structures is appreciated. We note from the two releases that you have quite properly communicated your views regarding the problem of providing additional office space in the vicinity of the White House for use of the executive department to the President's Advisory Commission on Presidential Office Space.

As we advised you in our letter of April 8, 1957, the National Park Service shortly after July 1, 1957, proposes to undertake a study of the historical and architectural significance of buildings in the vicinity of the White House provided funds requested in the President's budget for the resumption of the Historic Sites Survey are appropriated by the Congress.

The proposed resumption of the Historic Sites Survey is an important facet of the comprehensive mission 66 program of the National Park Service which, as you know, was submitted to Congress last year with the strong support of the President and the Department of the Interior. This is but one indication of this administration's continuing interest in the conservation and protection of historic structures and areas throughout the Nation. Among the historic areas of the National Park system established since January 1953 are the Edison Laboratory National Monument and the Edison Home Historic Site in New Jersey; Chimney Rock National Historic Site, Nebraska; Fort Union National Monument, New Mexico; Cumberland Gap National Historical Park, Kentucky-Tennessee-Virginia; Fort Vancouver National Monument, Washington; Golden Spike National Historic Site, Utah; and Independence National Historical Park, Pennsylvania.

Sincerely yours,
HATFIELD CHILSON,
*Acting Secretary of the Interior.*

I think the Congress was thoroughly justified in denying funds to the General Services Administration to proceed with its plans for a great office building at the west side of Lafayette Park.

Clearly, the language of the Historic Sites Act of 1935 is explicit and requires the preservation of both historic build-

ings, and sites, and both buildings and sites are involved in the White House-Lafayette Park area.

The report of the President's Advisory Commission on Presidential Office Space makes no mention of the historic values involved in the area. The Chairman of the Commission, Robert V. Fleming, wrote me under date of May 14, 1957, in part as follows:

The Commission was informed that no historical survey of the area under discussion could be developed before June 2, 1957. Consequently, the only alternative to submitting a report when due would be to extend the date for the Commission's report.

As you have noted, the time for the Commission's report has once been extended. The purpose of the extension however was to permit all members of the Commission to participate in the deliberations.

Yet the report of the President's Advisory Commission on Presidential Office Space, which the President sent to the Congress on July 17, calls for the building of a huge office building at the west end of Lafayette Park and thus supports the position of the General Services Administration.

At the same time, the Commission recommends the razing of the historic State, War, Navy building located on the northeast corner of 17th Street and Pennsylvania Avenue NW., and its replacement by a modern office building.

The Washington Post of June 4 reported that the distinguished Speaker of this House, the gentleman from Texas [Mr. RAYBURN] was one of the traditionalists who were rallying to defend the historic State, War, and Navy Building and that newspaper reported an interview which one of its reporters had with the Speaker on April 10. The Speaker was quoted as saying he was "very much opposed" to tearing this landmark down, and that if the State, War, Navy Building "doesn't suit them on the inside, then they can do as they did at the White House" and that he would oppose any efforts to obtain congressional funds for the purpose of building a replacement.

September 6 this year is being proclaimed as Lafayette Day, for it marks the 200th anniversary of the birth of the Marquis de Lafayette, the great French general who fought with the American colonists against the British in the War of Independence.

Americans will always remember Lafayette for the freedom he helped to bring to this country, and for the freedom he fought so ably to establish. He will be revered and remembered by all who cherish our country and have experienced its blessings of liberty and prosperity.

Now might be a singularly appropriate time to think of ways to preserve and maintain the historic park which is named in his honor.

Every city, but particularly the Nation's Capital, should set apart certain old houses, certain breathing spaces in the form of parks, and so on, to show the more impressionable teen-agers that American life does not consist merely of gasoline stations, the drive-in diner, and the second-hand car park.

Fifty million visits were made to historic sites and buildings open to the public in 1956. I am informed that officials of the National Park Service believe there will be at least 80 million such visits a year by 1966. This is the depth of the feeling Americans have for their historic past, and I am convinced that all reasonable steps must be taken to preserve our great heritage.

At the centennial convention of the American Institute of Architects the editor of the Atlantic Monthly magazine, Edward A. Weeks, Jr., spoke movingly of the need for the preservation of our historic past. He declared that—

In a State like Virginia, preservation has become a fine art. In Williamsburg where every fence rail and Kleenex carries the arms of William and Mary; and in the gracious houses along the James; Westover, Stratford, Shirley, and Berkeley Hundred—it is so easy for the 20th century to imagine the grace and the quality of colonial America. One is grateful for the care which has kept these shrines alive.

Let us in this House be mindful of our heritage and be always careful to preserve it in order that our children and our children's children may be grateful for the care which we have taken to keep our shrines alive.

---

## Our Legislative Body in the Far Pacific

### EXTENSION OF REMARKS
OF

## HON. BARRATT O'HARA
OF ILLINOIS

IN THE HOUSE OF REPRESENTATIVES

*Monday, July 29, 1957*

Mr. O'HARA of Illinois. Mr. Speaker, the most farflung legislative body convening under the Stars and Stripes is that of Guam, and it has been a happy circumstance that visits to Washington of the distinguished and able Speaker of the Guam Legislature, the Honorable A. B. Won Pat, and other members of the body over which he presides have brought us in the Congress in close personal association with our fellow lawmakers who maintain representative government on an island thousands of miles away on the highest of American legislative standards. It was a privilege and a pleasure, as well as working to mutual advantage, to have with us during the early months of the session Speaker Won Pat and the Honorable J. A. Perez and the Honorable J. C. Arriola, members of the Guam Legislature. I am sure I am expressing the sentiment of the House in saying that we were most happy to have them with us and that indeed they won a place in our hearts.

As a member of the Committee on Foreign Affairs, I took an especial interest in the visit of our fellow lawmakers from Guam because the success of the American legislative system on that farflung island is bound to have healthy repercussions in the thinking of the peoples in the Pacific area. My heartiest congratulations to Speaker Won Pat, Representatives Perez and Arriola, and their colleagues on the splendid job they are doing.

I am extending my remarks to include Resolution 168 of the Fourth Guam Legislature, a copy of which has been sent me with the certification of Speaker Won Pat and the legislative secretary, V. B. Bamba. I appreciate the graciousness of our good friends who make the laws of Guam. The resolution follows:

Resolution 168

Resolution relative to expressing the gratitude and sincere appreciation of the people of Guam to the Honorable BARRATT O'HARA, Representative from Illinois, for his sympathetic interest in their problems and his gracious and cooperative reception of their representatives

*Be it resolved by the Legislature of the Territory of Guam;*

Whereas at the direction of this legislature, the Honorables A. B. Won Pat, speaker; J. A. Perez, and J. C. Arriola proceed to the Nation's Capitol at Washington, D. C., for the purpose of conferring with Government and congressional leaders about the problems of Guam; and

Whereas the Honorable BARRATT O'HARA graciously gave his time and sympathetic interest in the understanding of the problems confronting this Territory: Now, therefore, be it

*Resolved,* That this legislature does hereby express to the Honorable BARRATT O'HARA the gratitude and sincere appreciation of the people of Guam for his sympathetic interest in their problems and his gracious and cooperative reception of their representatives; and be it further

*Resolved,* That the speaker certify to and the legislative secretary attest the adoption hereof and that copies of the same be thereafter transmitted to the Honorable BARRATT O'HARA, Representative from Illinois, and to the Governor of Guam.

---

## Belgium Honors American for Trade Fair Assistance

### EXTENSION OF REMARKS
OF

## HON. B. CARROLL REECE
OF TENNESSEE

IN THE HOUSE OF REPRESENTATIVES

*Wednesday, July 31, 1957*

Mr. REECE of Tennessee. Mr. Speaker, over many years, Col. John D. Hartigan has served the United States and its agencies with distinction in many capacities, but more recently Mr. Hartigan has been adviser to the State Department on United States participation in the Brussels Universal and International Exposition.

As a result of his work in this capacity, he has been signally honored by Belgium by being decorated Officier de l'Ordre de la Couronne, and in this connection I wish to place in the RECORD an article from the Christian Science Monitor of July 23, 1957.

The article follows:

BELGIUM HONORS AMERICAN FOR TRADE FAIR ASSISTANCE

WASHINGTON.—John D. Hartigan, former adviser to the League of Nations and the United States Department of State, has been decorated Officier de l'Ordre de la Couronne by Belgium. The award was made July 11 at the Belgian Embassy by Ambassador Baron Silvercruys, in recognition of Mr. Hartigan's contributions to the field of international expositions and trade fairs.

Suggested Outline for Reconnaissance ~Type~ Study of Historical
and architectural value around Lafayette Square

I. Introduction: Legislative authority for and purpose
of survey
  ① Historic Sites Act - 1935
  ② Commitments - Sec. of Interior's Office - Budget Office
  ③ Resumption of national Survey and H.A.B.S. (1935)
  (Current appropriations for same)

II. Historical and architectural Setting
  a) Statement on, ~Historical~ signif. of square and arch. signif.
  b) Overall picture of square during its "heyday".
  c) Historical importance of each, individual buildings
  ~that are remaining.~
  Some of which are: (copy list of M² Clerc and Sutton).

III. Previous developments affecting setting:
  Examples of new structures, larger construction projects,
  etc. that have changed the character of the square

> IV. Status and restoration Data on remaining structure
  a) What has been done both public and private
  b) " remains to be done.

V. Recommendations.

Date and signature signature.

George J. Olszewski, Lafayette Park,                    Lafayette Park
   Washington, D.C. (Washington, 1964)

Present develop. plans approx. by JFK in 1962. Designed by John Carl Warneke
and Associates. Allows for passage of pedestrian thru park & for reading of
visitor. Statue remain in same locations. (p. vii)

"Lafayette Park is a rectangular area of approximately seven acres of
landwhich, originally, was included in the President's Park according to
the plans of Major Pierre L'Enfant. Thomas Jefferson decided that it
was to extensive an area to be included in the White House grounds
and authorized its separation into a park area for the use of residents and
visitors to Washington. In 1824, it was renamed Lafayette Park in
honor of Major General Marquis de Lafayette, hero of the Am. Rev., following
his triumphal visit to the U.S.
    "The earliest definite landscape treatment of L P was designed in
1857 by the leading Am. landscape arch. of the day, Andrew Jackson
Downing. Basically, LP is a compromise between the formal style of

European continental gardens and Eng. naturalism. Throughout the yrs., D's plan has been adhered to with only slight modifications being made thereto as the maj. landscape work was carried out by the Army Corps. of Eng. from 1872 to 1888, and during 1936 and 1937 by NC Parks, forerunner of the present NCR. Under current develop. plans for LS, D's plan will cont. to be adhered to as the outstanding features of the area are being restored & new federal bldgs. are being constructed in such a manner that the peaceful vista of LP will be retained." (p. vii)

Dimension, LP & immediate surrounding areas are: ① LP, N to S. 420.57 feet; E to W 722.7. ② With quadrangle, S. 22', E 19', N 18', & W 17'; ③ with J Madison Place, 40.0'; Jackson Place 39.4'. (p. 7)

Known as President's Park to 1834, when term Lafayette Sq. used for 1st time. Since 1933 when came under NCP control Lafayette Park preferred term. (p. 7)

When Lafayette resided in 1824, grounds improved & made lawn and for 1st time. (p. 7)

Olszewski, Lafayette Park (2)                    Lafayette Park

1851 Downing made plan for landscaping. Statue of Jackson being planned. (p. 9).

Downing plan carried out until existing landscaping scheme carried on by WPA 1936-37. (p. 13) Plan not carried out until 1872-1881. (p. 13)

1891 Lafayette Statue; 1902 Gen. de Rochambeau; 1910 Gen. Thaddeus Kosciuszko + Gen. von Steuben. (p. 14)

LP is 6.96 acres (p. 14)

Jackson statue 1853 (p. 29)

Changes 1938-37 → "removal of the bronze urns to their present-day location, redesigning + widening of walks, relocation of flower beds, trees, and shrubbery, the closing of small gravel paths. (p. 41)

Protest, Ceremonial role, is perhaps most importantly "the gathering place of the community during events which affect the life and history of the Nation." (p. 55)



Fig. 8.--Undated manuscript sheet, c. 1800, showing surveyor's notes for laying out streets and blocks around the President's House and Park.

8

In 1790 George Washington defined the 10 square mile limits of the city in his original plan for the Nation's Capital. While the site for the President's house and grounds was adopted according to the L'Enfant plan of 1791, it was the Ellicott plan of 1792 that was finally adopted by the District Commissioners for the city as a whole. Thus when the capital was establis ed in the city of Washington, the site of Lafayette Park was included in the arᴠa known as the President's House and President's Park. This entire area extended from 15th to 17th Streets, Northwest, and from H Street in the north to the Potomac River on the south.[5] Pennsylvania Avenue was not cut through and Jackson nd Madison Places did not exist.[6] It was under the Jefferson administration that the extent of Lafayette Square was defined and set at its present day limits.[7] Today the dimensions of Lafayette Park and the immediate surrounding areas are as follows: (1) Lafayette Park, N to S, 420.67'; E to W, 722.7'; (2) width of sidewalks, S. 22', E, 17', N. 18', and W, 17'; (3) width of Madison Place, 40.0'; Jackson Place, 39.4'.[8]

*Evolution of term "Lafayette Park".*--When Major L'Enfant prepared his plan for the city of Washington, the Lafayette Square area was a neglected common devoid of trees. In 1797 a race course was laid out on the west side of the grounds and extended westward to Twentieth Street. As construction began on the President's House, workingmen's huts occupied the grounds. When these were removed, a market place was established there. This was later removed to Pennsylvania Avenue between 7th and 9th Streets, Northwest, eventually becoming the city's Center Market. During the Revolutionary War and the War of 1812, the park area was used for a soldier's encampment and a center for military musters. During the Civil War, troops guarding the White House were stationed there.

As noted earlier, little thought was given to the development of the area until its limits were defined by President Jefferson. In 1824, when General Lafayette made his historic visit to the Nation's Capital, the grounds were improved and walks laid out in the square for the first time. The square was known as the "President's Park" until 1834 when the term "Lafayette Square" was used for the first time. This designation lasted for almost 100 years. Since 1933, when control of the National Capital Parks was returned to the Department of the Interior, the term "Lafayette Park" has been preferred and adhered to by the National Park Service.[9]

*The A. J. Downing plan.*--In 1851, when plans were being made for the erection of a statue to Andrew Jackson in the center of Lafayette Square, the Commissioner of Public Buildings invited one of the most eminent landscape architects of the day, Andrew Jackson Downing, of Newburgh, New York, to come to Washington and to prepare plans for the landscaping of Lafayette Square and other park areas of the Nation's Capital, in addition to plans for the Mall and the Botanic Gardens. Downing's

---

[5]See Figures 6 and 7.

[6]Irving C. Root, Superintendent, National Capital Parks, to E. John Long (Washington, June 1, 1949), in file NCR, 1460/Lafayette Park, #2.

[7]Caemmerer, op. cit., p. 153. Jefferson, in his notes made on October 8, 1792, in which he refers to the limits of the President's Square where "a sale of lots" had taken place, states: ". . .bounded on the W. by 17th street, N. by H. street, E. by 15th, S. by Dav. Burnes's line (except the two squares 167. & 221. already established and laid off)...." Cited by Saul K. Padover (ed.), Thomas Jefferson and the National Capital (Washington, 1946), p. 304.

[8]Raymond L. Freeman, Assistant Regional Director, Resource Planning, NCR, to Dr. Laszle E. Acsay (Washington, October 14, 1963), in file NCR, Lafayette Park, D24, 1/1/63--. See Figure 10.

[9]Root, op. cit. In this paper, the terms "Lafayette Square" and "Lafayette Park" are used interchangeably in discussing the history of the area to 1933.

# List of Illustrations

| Figure | Page |
|---|---|
| Lafayette Park and the White House Neighborhood | COVER |
| 1. President and Mrs. Lyndon B. Johnson strolling in Lafayette Park, July 16, 1964, accompanied by reporters and Secret Service agents. | Frontispiece |
| 2. Lafayette Square in relation to the White House Neighborhood. | vi |
| 3. South front of White House and outline (in white) enclosing limits of Lafayette Park to the north. Dome of St. Matthew's Cathedral, scene of the State Funeral Mass on November 25, 1963, for the late President, John F. Kennedy, appears in upper left. | xii |
| 4. Overlay showing original holdings of patentees with superimposed sketch of the future Washington, according to Dr. Joseph M. Toner. | 2 |
| 5. Sketch showing land holdings of original patentees, 1792. | 4 |
| 6. Comparative plans of L'Enfant and Ellicott for the Federal City. | 5 |
| 7. L'Enfant plan of Washington showing restoration of avenues after deletion by Washington and Jefferson. | 6 |
| 8. Undated manuscript sheet, c. 1800, showing surveyor's notes for laying out the streets and blocks around the President's House and Park. | 8 |
| 9. Park system of the National Capital under jurisdiction of the National Capital Region. | 9 |
| 10. Sketch showing dimensions of Lafayette Park and sidewalks. | 10 |
| 11. Map of Washington, published in 1818, showing survey by R. King, surveyor of the City of Washington. | 11 |
| 12. Map published c. 1837 showing Pennsylvania Avenue cut through and separating the President's House and Grounds from Lafayette Square. | 12 |
| 13. Andrew Jackson Downing, landscape architect, who designed the basic landscape plan for Lafayette Park. | 14 |
| 14. Earliest sketch, c. 1857, showing Downing plan for landscaping Lafayette Square. | 15 |
| 15. Sketch published 1872-1873 showing Downing plan of Lafayette Square. | 16 |

Figure                                                                                          Page

16. Bronze urn placed in Lafayette Park in 1872.                                                  18

17. Park lodge, erected in Lafayette Park in 1914, to be removed under                            22
    new development plans of the National Capital Region.

18. A particularly fine specimen of the Soulangeana Magnolia as it                                24
    appeared in 1891. Age, disease, and the rigors of winter require
    constant replacement of trees and shrubs

19. Final design of Lafayette Square after landscaping by Corps of                                26
    Engineers, 1872-1886.

20. Inventory of Lafayette Park, 1929.                                                            27

21. Preliminary sketch plan of Lafayette Park approved by Fine Arts                               28
    Commission, 1921.

22. Rare photo of memorial to General Andrew Jackson showing the                                  30
    iron gates which formerly enclosed Lafayette Park.

23. General Charles de Gaulle, accompanied by President Dwight D.                                 32
    Eisenhower, carrying the memorial wreath to be laid at the foot
    of the statue to General Lafayette on behalf of the French nation
    on April 23, 1960, during the historic visit of the French Presi-
    dent to the White House.

24. Statue to General Lafayette and his compatriots in Lafayette Park,                            33
    showing memorial wreath laid by General de Gaulle on April 23,
    1960.

25. Memorial statue to General Thaddeus Kosciuszko, Polish hero of                               34
    the Revolutionary War.

26. Memorial statue to the Comte de Rochambeau, leader of the                                     36
    French Expeditionary Force during the Revolutionary War.

27. Memorial statue to Baron von Steuben, Prussian disciplinarian                                38
    and Inspector General of the Continental Army.

28. Diagram of Lafayette Park prior to reconditioning of 1936-1937.                               40

29. Rare sketch of suggested treatment of Lafayette Park by Commis-                               42
    sion of Fine Arts, c. 1933, according to Caemmerer.

30. View of Jackson statue, newly installed iron fencing and walks,                              43
    looking south toward the White House, September 1936.

31. Lafayette Park, looking east toward Madison Place, showing land-                              44
    scape changes, March 1936, and relocation of urns from A to B.

Figure                                                                                    Page

32. View looking toward St. John's Church (the "Church of the Presi-        45
    dents") and Sixteenth Street, showing relocated urn and workmen
    enlarging walks at east or Madison Place entrance to Lafayette
    Park, March 1936.

33. View looking northeast from Lafayette Park toward the Dolly            45
    Madison house, showing landscaping changes, March 1936.

34. View looking toward Sixteenth Street, showing workmen enlarging        46
    and regrading walks and grounds of Lafayette Park, May 1936.

35. Workmen removing topsoil from around trees in Lafayette Park,          46
    July 1937.

36. Diagram of new lighting plan for Lafayette Park, January 29, 1936,     47
    showing closing of walks at former location of bronze urns.

37. Diagram of Lafayette Park after reconditioning of 1936-1937.          48

38. Development plan of the National Capital Region for Lafayette          49
    Park. The original sketch was approved by the late President,
    John F. Kennedy, in 1962.

39. Park historian interpreting the significance of the memorial to        50
    General Andrew Jackson, during a walking tour of the White
    House Neighborhood.

40. Park historian interpreting the significance of the memorial to the    52
    Comte de Rochambeau during a walking tour in Lafayette Park.

41. Blair House, scene of the attempted assassination of President         53
    Harry S. Truman, on November 1, 1950, being interpreted by a
    park historian for a walking group.

42. Mrs. Frederic A. Groves, President-General of the National            54
    Society of the Daughters of the American Revolution, planting a
    memorial white oak in Lafayette Park, March 17, 1959, as
    Assistant Secretary of the Interior, Roger C. Ernst, looks on.

43. Dedication of the "Bernard Baruch Bench of Inspiration" by the         54
    Boy Scouts of America.

44. Community Art Fair held in Lafayette Park in 1941. View from           56
    Madison Place showing Lafayette statue at left.

45. Artist demonstrating her technique during Community Art Fair,          58
    June 1942.

46. Exhibit of the work of Naval personnel at the Art Fair in Lafayette    58
    Park, June 1942.

47. Planting plan of Lafayette Park, August 23, 1958.                     60

48. Tree replacement plan of Lafayette Park, revised December 15,          61
    1958.

49. Planting details of Lafayette Park, December 30, 1958.                62

50. Topography of Lafayette Park, March 1964.                             63

xii



Fig. 3.--South front of White House and outline (in white) enclosing limits of Lafayette Park to the north. Dome of St. Matthew's Cathedral, scene of the State Funeral Mass on November 25, 1963, for the late President, John F. Kennedy, appears in upper left.

# ADMINISTRATION OF LAFAYETTE PARK

*Organization.*--The administration of Lafayette Park, as part of the system of Public Buildings and Grounds of the Nation's Capital, dates back to 1791. A brief resumé of its legal evolution is considered essential to an understanding of any discussion of the development of the area.

Congress empowered the President by the Act of July 16, 1790,[1] to appoint three Commissioners to lay out a district or territory for the permanent seat of the Government of the United States. It directed the Commissioners to provide suitable buildings for the Congress, the President and for public offices of the Government. The district laid out under this authority was named the Territory of Columbia; the Federal City was named the City of Washington.

The Office of the Commissioners was abolished by the Act of May 1, 1802,[2] and their duties devolved upon a Superintendent of Public Buildings to be appointed by the President of the United States. Section 5 of the Act of April 29, 1816,[3] abolished the Office of Superintendent of Public Buildings and his duties devolved upon a Commissioner of Public Buildings.

When the Department of the Interior was created by the Act of March 3, 1849, Section 9 provided: "That the supervisory and appellate powers now exercised by the President of the United States over the Commissioner of Public Buildings shall be exercised by the Secretary of the Interior."[4] By the Act of March 2, 1867, the Office of the Commissioner of Public Buildings, after functioning for almost 51 years, was abolished. Its duties were assigned to the Office of the Chief of Engineers, United States Army.[5] On March 13, 1867, the Chief of Engineers assigned an Engineer officer to be "in charge of Public Buildings and Grounds." For 58 years these duties were administered by that office until by Act of February 26, 1925, Congress created the independent office of Director of Public Buildings and Public Parks of the National Capital.[6] The Director performed the duties previously assigned to the Chief of Engineers, and reported directly to the President.

In 1933 control of the National Capital Parks was returned to the Department of the Interior and Lafayette Park became an important unit of the nationwide National Parks system.[7] Today Lafayette Park is administered by the Director, National Capital Region (Landscape Division), and forms one of the most important units in the chain of parks of the Nation's Capital.

---

[1] U.S. Statutes-at-Large, I (Boston, 1845), 130.

[2] Ibid, II (Boston, 1856), 175.

[3] Ibid, III (Boston, 1846), 324.

[4] Annual Report of the Director of Public Buildings and Public Parks of the National Capital, 1933 (Washington, 1933), p. 1. Cited hereafter as DAR (Director's Annual Report).

[5] U.S. Statutes-at-Large, XIV (Boston, 1876), 466.

[6] DAR, p. 1.

[7] National Capital Region, Parks of the National Capital (Washington, 1963), p. 1.

Fig. 4.--Overlay showing original holdings of patentees with superimposed sketch of the future Washington, according to Dr. Joseph M. Toner.

# HISTORICAL DATA

*Introduction.*--Lafayette Park, known for many years as the President's Square and, later, Lafayette Square, is one of the outstanding historic sites of the Nation's Capital. Situated on United States Reservation No. 10, it was originally one of the first parcels of land donated by the original patentees to the District Commissioners for the formation of the Federal City in 1791. Although the question has never been formally resolved because of the controversy surrounding the writings of various authors on the history of the Nation's Capital and its public buildings and parks, the weight of authority appears to indicate that the original site of the President's House (the White House) and the area to the north (the present Lafayette Park) was originally part of the land holdings of David Burnes (then known as Beall's Levels) and of Samuel Davidson (then known as Port Royal).[1] Port Royal was the area of the future Lafayette Park.[2]

Prior to acquisition of the site, however, George Washington experienced difficulties in negotiating with the original landowners, particularly "the obstinate Mr. Burnes."[3] David Burnes owned a tract of two hundred and twenty-five acres (225) near the mouth of what was then called Tiber Creek. The Davidson tract included the area which subsequently became known as Lafayette Square. Although Burnes was one of the longest to hold out against selling his land to the Federal Government at £25 per acre, his signature was the second to appear on the original sales agreement of March 30, 1791. A condition of the sales agreement permitted the owner to use the natural resources of the land after its sale until the government decided to make use of it. In addition, the portion of land to be used for streets was not to be paid for by the Federal Government.[4]

*Evolution of the site.*--While no definite landscape plan appears to have been immediately laid out for Lafayette Park, nor for any other area of the Nation's Capital in its embryonic stages of development, early city plans show that the area had been set aside to be landscaped as the city grew.

---

[1]See "Sketch of Washington in Embryo, previous to its survey by Major L'Enfant, compiled from the rare historical researches of Dr. Joseph M. Toner," in Senate Document No. 178, 75th Congress, 3d Session, A Manual on the Origin and Development of Washington, by H. Paul Caemmerer, Ph.D. (Washington, 1939) p. 7. In this sketch, Dr. Toner apparently placed an overlay of the Ellicott Plan of 1792, distinguished primarily by Ellicott's straightening of Massachusetts Avenue as compared with the L'Enfant Plan, over his sketch of the original land holdings. For divergent views on the subject, see Major Gist Blair, "Lafayette Square," in Records of the Columbia Historical Society, XXVIII (1926), 133-173. Blair discounts the theory that the land on which Lafayette Park was laid out was originally part of the Burnes tract or of the George Walker holdings, taking as his authority a letter of Col. T. A. Bingham, dated March 30, 1899, cited by Dr. Samuel C. Busey in his work City of Washington in the Past (Washington, 1898), pp. 42-43.

[2]See Figure 5.

[3]Louise Payson Latimer, Your Washington and Mine (New York, 1924), p. 19.

[4]Caemmerer, op. cit., p. 16.



Fig. 5.--Sketch showing land holdings of original patentees, 1792.



Fig. 6.--Comparative plans of L'Enfant and Ellicott for the Federal City.



Fig. 7.--L'Enfant plan of Washington showing restoration of avenues after deletion by Washington and Jefferson.

ice of Congressman Frank Thompson, Jr., (D- )
office Building, Washington, D. C.

Congressman Frank Thompson, Jr., Democrat, New Jersey, this week called
for oservance by Federal officials of the spirit and intent of the various
laws concerned with preservation of historic buildings, sites, and objects.

The New Jersey Democrat said he was alarmed by recently revealed plans
for a interstate highway, FAI-104 (Route 202), which, if carried out, would
seriously jeopardize Morristown National Historical Park and the Revolution-
ary headquarters of General George Washington. The highway would come
within 200 feet of the Ford Mansion in Morristown National Historical Park.
New Jersey, which is proud of its history, is up in arms over the plans, and
Thompson has called on Governor Meyner and the Commissioner of the Federal
Bureau of Public Roads in Washington, C. D. Curtiss, to work out another route.

Writing to Hatfield Chilson, Under Secretary, Department of the Interior,
Thompson declared that State and Local Governments in recent years have shown
sharply increased tendency to disregard the values implicit in historic
buildings and sites. He said they have been encouraged in this attitude by
the active hostility of the Eisenhower Administration toward all notable
buildings more than 70 years old. Thompson declared "the General Services
Administration wanted the Congress to tear down the historic Patent Office
Building for a parking lot on the site. The President's Advisory Commission
Presidential Office Space recommended tearing down the old State, War,
Navy Building and made no study of the historic value of this notable
structure or the other buildings it proposed to destroy in the White House-
Lafayette Park area. It did not consider the historical value of the site.
It had made up its mind before it ever made its study -- if, indeed, it ever
made any study at all. My impression was that it simply went through the
motions of making a study and came up with the recommendations its chairman,
Mr. Fleming, thought the President wanted."

Thompson said he was "amazed by such disregard for basic cultural values
of our civilization" which he compared to the "sacking and destruction of
some of the world's great libraries and art galleries which have taken place
from time to time through the centuries."

Thompson said the Department of The Interior had publicly stated that
"a study of the importance of these buildings will be undertaken by the
National Park Service soon after July 1, 1957, in accordance with the pro-
visions of the Historic Sites Act of August 21, 1935 (49 Stat. 666)".

In his letter to the Under Secretary of the Interior Department,
Hatfield Chilson, Thompson wrote:

"I am writing to you to inquire if you have given any thought to the
possibility of having the President issue appropriate instructions to
the heads of the Federal Departments and agencies, designed to result
in the broader observance of the spirit and intent of the various laws
concerned with the preservation of historic buildings, sites, and
objects? It is my belief that these officials should be required to
observe not only the literal language of these statutes but the
intention of the Congress as to the administration of these statutes as
established by their legislative history. The preservation of our
notable structures will only be achieved if the application of these
laws is broadly construed."

Rep. Frank Thompson, Jr., sponsored legislation in the 84th Congress
appropriating funds to complete the historic buildings and sites survey
authorized in the 1935 Historic Sites Act. The Department of the Interior
agreed to request funds for this purpose in its budget if Thompson would
withdraw his bills. This week Congress completed the action begun by
Thompson in January 1956 when it appropriated $139,265 for the survey of
historic American buildings, and $92,930 for a survey of historic sites.
The Congress, last week, refused to appropriate funds to purchase land in
the White House-Lafayette Park area as requested by the President for
expansion of White House offices. This action by the Congress gave the old
State, War, Navy Building at least a year's reprieve, and may eventually save
the great building from destruction altogether. The 84th Congress similarly
saved the historic Patent Office Building from destruction, and this great
building by Robert Mills will house the National Collection of Fine Arts and
National Portrait Gallery. Senator Warren G. Magnuson (D-Wash.), Speaker
Sam Rayburn (D-Tex.), Rep. Michael J. Kirwan (D-Ohio) and Rep. Frank Thompson,
Jr., quietly worked as a team to chalk up these decisive victories over the
President and leading officials of the Eisenhower Administration. Also active
in the fight to save these great American Buildings was the American Institute
of Architects, the Society of Architectural Historians, and the National Trust

...ffice ... ...essman Frank Thompson, Jr. (D-...)
... ...ffice Building, Washington, D. C.

...ongressman Frank Thompson, Jr., Democrat, New Jersey, this week called
...or observance by Federal officials of the spirit and intent of the various
laws concerned with preservation of historic buildings, sites, and objects.

The New Jersey Democrat said he was alarmed by recently revealed plans
...or a interstate highway, FAI-104 (Route 202), which, if carried out, would
...eriously jeopardize Morristown National Historical Park and the Revolution-
...ry war headquarters of General George Washington. The highway would come
...thin 200 feet of the Ford Mansion in Morristown National Historical Park.
...ew Jersey, which is proud of its history, is up in arms over the plans, and
...hompson has called on Governor Meyner and the Commissioner of the Federal
...ureau of Public Roads in Washington, C. D. Curtiss, to work out another route.

...riting to Hatfield Chilson, Under Secretary, Department of the Interior,
...ompson declared that State and Local Governments in recent years have shown
...sharply increased tendency to disregard the values implicit in historic
...buildings and sites. He said they have been encouraged in this attitude by
the active hostility of the Eisenhower Administration toward all notable
...uildings more than 70 years old. Thompson declared "the General Services
...dministration wanted the Congress to tear down the historic Patent Office
...uilding for a parking lot on the site. The President's Advisory Commission
...n Presidential Office Space recommended tearing down the old State, War,
...avy Building and made no study of the historic value of this notable
...structure or the other buildings it proposed to destroy in the White House-
Lafayette Park area. It did not consider the historical value of the site.
...t had made up its mind before it ever made its study -- if, indeed, it ever
...ade any study at all. My impression was that it simply went through the
...motions of making a study and came up with the recommendations its chairman,
...r. Fleming, thought the President wanted."

Thompson said he was "amazed by such disregard for basic cultural values
of our civilization" which he compared to the "sacking and destruction of
...ome of the world's great libraries and art galleries which have taken place
...from time to time through the centuries."

...hompson said the Department of The Interior had publicly stated that
...a study of the importance of these buildings will be undertaken by the
...ational Park Service soon after July 1, 1957, in accordance with the pro-
...visions of the Historic Sites Act of August 21, 1935 (49 Stat. 666)".

In his letter to the Under Secretary of the Interior Department,
...atfield Chilson, Thompson wrote:

"I am writing to you to inquire if you have given any thought to the
possibility of having the President issue appropriate instructions to
the heads of the Federal Departments and agencies, designed to result
in the broader observance of the spirit and intent of the various laws
concerned with the preservation of historic buildings, sites, and
objects? It is my belief that these officials should be required to
observe not only the literal language of these statutes but the
intention of the Congress as to the administration of these statutes as
established by their legislative history. The preservation of our
notable structures will only be achieved if the application of these
laws is broadly construed."

Rep. Frank Thompson, Jr., sponsored legislation in the 84th Congress
...ppropriating funds to complete the historic buildings and sites ...
...uthorized in the 1935 Historic Sites Act. The Department of the Interior
...greed to request funds for this purpose in its budget if Thompson would
...ithdraw his bills. This week Congress completed the action begun by
Thompson in January 1956 when it appropriated $139,265 for the survey of
...storic American buildings, and $92,930 for a survey of historic sites.
...he Congress, last week, refused to appropriate funds to purchase land in
...he White House-Lafayette Park area as requested by the President for
expansion of White House offices. This action by the Congress gave the old
...tate, War, Navy Building at least a year's reprieve, and may eventually save
...he great building from destruction altogether. The 84th Congress similarly
...aved the historic Patent Office Building from destruction, and this great
...uilding by Robert Mills will house the National Collection of Fine Arts and
...National Portrait Gallery. Senator Warren G. Magnuson (D-Wash.), Speaker
...m Rayburn (D-Tex.), Rep. Michael J. Kirwan (D-Ohio) and Rep. Frank Thompson,
Jr., quietly worked as a team to chalk up these decisive victories over the
...resident and leading officials of the Eisenhower Administration. Also active
...n the fight to save these great American Buildings was the American Institute
...rchitects, the Society of Architectural Historians, and the National Trust...