# EXHIBIT 16



# EXTENDING THE LEGACY

GSA HISTORIC BUILDING STEWARDSHIP | 2011



COVER:

BIRCH BAYH FEDERAL BUILDING
AND U.S. COURTHOUSE
INDIANAPOLIS, INDIANA

PHOTO:

CAROL M. HIGHSMITH
PHOTOGRAPHY, INC.

# A MESSAGE FROM THE COMMISSIONER

During my first appointment as Commissioner of Public Buildings under the Clinton administration, the Public Buildings Service (PBS) reassessed its approach to preservation. The effort resulted in *Held in Public Trust: GSA Strategy for Using Historic Buildings* (1999), a comprehensive analysis of our preservation practices with specific recommendations for improvement. Proudly, the volume was prepared entirely by GSA employees. Most importantly, it was a fresh and innovative perspective, advocating stewardship strategies that would: ensure the financial viability of our historic assets; enhance incentives for pursuing private historic leaseholds; contribute to livable communities; lift the quality of historic building maintenance and repair; and create inviting first impressions within GSA's historic facilities.

We moved forward with this trend-setting philosophy in GSA's 2002 *Legacy Vision*—a policy of preference for occupying and investing in buildings that best represent the federal legacy. That report won the National Trust for Historic Preservation 2003 John H. Chafee Award for Outstanding Achievement in Public Policy. The following year, President Bush issued Executive Order 13287 Preserve America, establishing federal stewardship accountability based largely on the strategies GSA pioneered with *Held in Public Trust*.

Today, we continue to amplify and refine PBS's preservation legacy. Our track record is impressive. Highlights include relocating GSA regional headquarters in Atlanta and San Francisco to vacant, city-center public buildings; harnessing the energy and resources of neighborhood advocates in historic Forest Glen, Maryland, to champion livable redevelopment of the surplused National Park Seminary; and, in the case of U.S. Custom House in New Orleans, continuing the commitment to keep public buildings accessible through rentals and the leasing of space to non-federal tenants such as the Audubon Insectarium.

Especially significant is what we have accomplished with our $5.5 billion American Reinvestment and Recovery Act funding, a once-in-a-lifetime opportunity to renew exemplary historic buildings needing reinvestment to remain viable. I recall visiting the green-roof terrace on our 1933 courthouse in Boston, GSA's first historic building to earn a Leadership in Energy and Environmental Design (LEED) Gold rating; watching as we work toward a net zero modernization of the 1918 courthouse in Grand Junction, Colorado; and championing the transformation of GSA's own 1917 headquarters into a model of sustainability, with state-of-the-art resource conservation, renewable energy, operable windows, and ground floor retail accessible to the public.

You will read about these and many other buildings in this report. What you won't read about is the hard work, dedication, and talent of the PBS staff that have moved these projects from concept to reality. I want to thank all of you for a job well done. Rest assured, preservation and the stewardship of our historic properties are among our highest priorities and, in that regard, we depend on your continued wisdom and leadership in furthering our policies and executing the designs for individual projects.

*Robert A. Peck*

**ROBERT A. PECK, COMMISSIONER**
**PUBLIC BUILDINGS SERVICE**

# PREFACE

Excited by the challenge of transitioning into a new role in GSA's preservation program, I arrived at Central Office from our National Capital Region in 2009 to serve as the agency's federal preservation officer. GSA's sophisticated preservation program is grounded in what I shorthandedly refer to as the 'three Ps' of our effective organization: personnel, policy, and process. GSA personnel are the stalwart foundation of our stewardship strategy and its implementation. Each of GSA's eleven regions is supported by expert preservation staff whose qualifications exceed those promulgated by the Secretary of the Interior for preservation professionals. Required regional historic preservation officer skills include organizational and project management abilities as well as specialized knowledge about historic buildings and preservation techniques. GSA's preservation program works in concert with national and regional program and project managers, facilities and disposal professionals, leasing specialists, and asset managers, cultivating collaborative relationships and raising the expertise of all employees whose work may affect historic buildings.

In 2010, the National Trust for Historic Preservation issued a Section 106 "Back to Basics" report identifying GSA as setting "the gold standard" in its sophistication and commitment to preservation through staffing and planning. GSA was recognized for transforming its approach from dilatory compliance to being "exemplary in its planning to protect and maintain historic properties." Like all agencies, we face limitations to our ability to remain ahead of the compliance curve. But we have an impressive network of expertise to draw from, positioning GSA to respond effectively to compliance challenges.

PBS leadership at all levels embraces the principals of design excellence, historic property stewardship, livable communities, and conservation of natural resources. Teamwork and collaboration are core components of GSA culture—and critical to successful, sustainable preservation outcomes. Sustainability is and has been at the heart of our preservation ethic as reuse of existing buildings dates to GSA's inception in 1949. GSA's comprehensive Procedures for Historic Properties, provides the practical framework for integrating stewardship values and preservation practice into GSA's day-to-day business. Among other things, the procedures establish clear lines of authority and accountability through networks of leadership and staff responsible for their implementation. Building upon this strong policy foundation, GSA relies on well-crafted processes to ensure consistency and to position the agency to respond effectively to changing circumstances and new requirements. Formal preservation processes are prominent not only in GSA's preservation procedures, but in guidance developed by other GSA business lines, providing multiple opportunities to reach program staff with critical direction.

All GSA preservation policy is supported by procedures integral with existing GSA business practices, mainstreaming stewardship into our daily work rather than relegating preservation to a separate specialized activity. For example, the conditions required for using GSA's Program Comment streamlining Section 106 review for Select Repairs and Upgrades serve as incentives for GSA project staff to use qualified preservation architects and pursue alternatives that avoid adversely effecting historic materials. Program Comment documentation is limited to a Section 106 compliance "short form" that standardizes submissions and saves time for us and our stakeholders, an additional incentive for pursuing no adverse effect solutions.

Our national preservation program collaborates with regional preservation programs that carry out GSA's day-to-day compliance responsibilities by serving as a clearinghouse for solutions to complex challenges and providing on call support to resolve unanticipated needs as they arise. These include strategies for building consensus when GSA stewardship and tenant agency goals diverge, and exploring alternative mitigation approaches for projects politicized by external forces beyond GSA's control. In resolving our most difficult conflicts, three enduring principals emerge. The first principal is that change is the reliable constant affecting GSA activities of all kinds. Effective stewardship relies on adaptability and nimbleness to quickly move forward with new solutions when old ones are no longer relevant or realistic. Second, the government is held to a high standard. Sound stewardship is ethical, communicative, and committed to achieving multiple goals that meet the needs of all stakeholders to the greatest extent possible. Third, responsible stewardship is sensible and uses public resources wisely. Every compliance negotiation must be reasonable and bear scrutiny from the standpoint of long-term government investment and commitment. Among my greatest rewards as GSA's federal preservation officer have been the visionary solutions that emerge from our challenges and conflicts. Our most valuable resource in the Public Buildings Service is our tremendous pool of talent, experience, and imagination. Their dedication made many of the success stories presented in this year's report possible. Within this committed collaborative context, stellar stewardship solutions can become customary.

BETH L. SAVAGE, DIRECTOR
CENTER FOR HISTORIC BUILDINGS

# CONTENTS

A Message from the Commissioner

Preface

1  Executive Summary

2  Introduction

3  GSA's Historic Building Inventory

Monumental Buildings

National Historic Landmarks

Surplus World War II Property

Modernism in the Great Society

Tomorrow's Landmarks: The Design Excellence Program

4  Using Historic Buildings

Reinvestment

Reprogramming (owned inventory)

Outleasing (owned inventory)

Leasing

Acquisition

Integrating GSA's Portfolio and Stewardship Strategies

Promoting Urban Location and Reuse

Stewardship Planning for Historic Properties
Leaving the Federal Inventory

5  Section 110: Documentation, Assessment and Planning

Nominating Properties to the National Register

Assessing World War II and Modern-Era Buildings

Building Preservation Plans and Historic Structure Reports

Building Design Standards and Custodial Guides

Building Information Modeling

Master Planning and Information Management

Cultural Landscapes

Archeology

6  Section 106: Project Development and Public Participation

Program Comment for Select Repairs and Upgrades

Online Technical and Strategic Support

Project Development Tools: Simulation

Building Relocation: Odd Fellows Hall

Security and Public Access

Sustainability and Preservation

Modern-Era Buildings

Footprint Reduction

7  Advocacy and Education

Using the Internet

Photography, Brochures, Posters, and Films

Training

Awards

Preserve America Websites, Museums, and Exhibits

Research and Education Partnerships

8  Conclusion

Acknowledgments

Contributors

Image Credits

GSA Preservation Links:

GSA Historic Building Database

ADM 1020.2 Procedures for Historic Properties

GSA Legacy Vision: Integration of a Federal Legacy Vision with GSA Portfolio Strategy

GSA Technical Procedures Database

1

# EXECUTIVE SUMMARY

This update to the U.S. General Services Administration's (GSA) 2008 stewardship report details new initiatives and progress on programs that affect historic buildings or may offer opportunities for accomplishing federal preservation goals. Despite continuing financial constraints, 2008–2011 will stand as a banner period of achievements supporting the National Historic Preservation Act (NHPA) and Executive Order 13287 Preserve America, with unprecedented successes in several key areas.

Integrating GSA's portfolio strategy and GSA's 2002 *Legacy Vision* laid the groundwork for stewardship efforts by articulating GSA's philosophy of preference for using and reinvesting in legacy historic buildings. GSA's capital investment criteria continue to give additional weight to reinvestment in legacy historic buildings.[1] Revenue from nonfederal tenants in GSA historic properties is making a critical difference by funding brick-and-mortar repairs and restoration for many historic buildings unable to compete for limited capital funds. The American Recovery and Reinvestment Act of 2009 (ARRA) disproportionately benefitted GSA-owned historic buildings.

GSA's reinvestment program under ARRA demonstrates the potential for harnessing synergies between environmental directives focused on creating a sustainable inventory, and economic directives aimed at regenerating historic main streets and city centers. Although historic buildings make up only one-fourth of GSA's inventory, they received 40 percent of the nation's ARRA funding directed toward building modernizations. When the program draws to a close, GSA will have invested substantially in making its most architecturally significant buildings operate more sustainably to remain or become core agency assets.

Major achievements of the 2008–2011 reporting period include:

**American Reinvestment and Recovery Act of 2009:** Through active preservation involvement, GSA made tremendous progress addressing its historic building repair and alterations backlog, investing an unprecedented $1.665 billion for comprehensive modernizations and limited scope sustainability upgrades at 150 GSA historic buildings.

**Legacy Building Turnaround Successes:** GSA's Southeast Sunbelt and Pacific Rim Regions set an example for supporting GSA's *Legacy Vision* by relocating headquarters offices to vacant GSA-owned legacy buildings, enabling the Federal Building at 50 United Nations Plaza in San Francisco and the Martin

---

[1]   Legacy buildings, an internal GSA designation to establish retention and reinvestment priority, includes monumental buildings containing ceremonial interior space and other significant historic buildings best representing the federal public building legacy. Regulatory compliance with preservation laws and directives is triggered by National Register eligibility, regardless of a property's standing as a legacy or nonlegacy building within GSA.

Luther King, Jr. Federal Building in Atlanta to remain viable. GSA's Washington, D.C., headquarters abandoned plans to relocate to lease space in favor of reinvesting in its 1917 historic headquarters building for continued GSA occupancy. With ARRA funding for Phase I in hand, GSA reexamined the project to improve its sustainability.

**National Register of Historic Places Nominations:** GSA's multiyear Section 110 compliance initiative is drawing to a close, with nominations for more than one hundred properties completed, bringing the percentage of historic properties listed or pending listing in the National Register of Historic Places to 90 percent. The program includes a thematically focused fifty-eight building nomination series recognizing GSA's historic border inspection stations.

**Historic Buildings Website:** GSA launched a website with interactive pages highlighting the history, architectural styles, and features of GSA's historic federal buildings.

**Building Information Modeling (BIM):** BIM emerged as a valuable preservation tool for master planning, conservation of historic materials, and design development consensus building. At the 1892 Conrad B. Duberstein U.S. Bankruptcy Courthouse in Brooklyn, New York, BIM-generated rooftop topographical maps were to detect structural deterioration not visible to the naked eye. At GSA's 1875 Pioneer Courthouse in Portland, Oregon, GSA saved millions of dollars on a base isolation system for seismic protection using BIM 4D modeling to help bidding contractors visualize the interplay of project tasks and reliably predict the time required to complete their work. In 2009, GSA cosponsored an Association for Preservation Technology symposium on building documentation that included a GSA presentation and subsequent publication on GSA's use of BIM for GSA historic building documentation.

**Cultural Landscape Planning and Preservation:** During the course of research and planning to protect cultural landscape features in the St. Elizabeths campus, GSA developed a forward-thinking approach to landscape documentation and planning that will prove valuable to GSA and its tenant agencies for years to come.

**Program Comment for Streamlined Section 106 Compliance on Select Upgrades:** To accelerate Section 106 compliance for sustainability improvement projects funded by ARRA, GSA worked with the Advisory Council on Historic Preservation to develop a Program Comment tied to GSA technical preservation guidelines, as an incentive for GSA project teams to pursue alternatives that minimize or avoid adverse effects on historic buildings. The Program Comment is written broadly for use beyond the ARRA program, anticipating that future technical guidelines will be added as they are developed, to streamline compliance for additional low preservation impact projects.

1  S U M M A R Y

**Lobby Security Design Guide:** New guidance on integrating security screening equipment into historic building lobbies was released in 2008, featuring nine case studies offering model screening design solutions for a variety of historic lobby layouts.

**Sustainability and Preservation:** GSA completed its first historic building rehabilitation to achieve a Leadership in Environmental and Energy Design (LEED) Gold rating at the John W. McCormack U.S. Post Office and Courthouse in Boston. The building includes a green roof that provides a downtown amenity for Environmental Protection Agency (EPA) employees working in the building. Work is underway on GSA's first potential Net Zero historic building in GSA's Wayne N. Aspinall Federal Building and U.S. Courthouse in Grand Junction, Colorado. GSA sponsored a symposium on Sustainability and Historic Preservation held in conjunction with the Association for Preservation Technology's annual conference in Denver, Colorado, in 2010.

**Odd Fellows Hall Relocation:** In 2010, after repeatedly pausing to address technical challenges, GSA successfully moved the historic Odd Fellows Hall in Salt Lake City to a new location across the street from GSA's expanded Frank E. Moss U.S. Courthouse, bringing to a close a decade of consultation effort. The hall, which sold soon after the move, is protected in perpetuity by a preservation easement held by the Utah Heritage Foundation.

**Freedom Riders Museum:** The Alabama State Historic Preservation Office opened the Freedom Riders museum in the historic Greyhound bus terminal in Montgomery, Alabama, acquired for the Frank M. Johnson, Jr. U.S. Courthouse Expansion. The bus station is most famous as the site of 1961 riots spurred by the arrival of civil rights advocates seeking to desegregate public transportation in the South.

**Clara Barton Missing Soldiers Office:** In 2010, GSA concluded a ten-year search for a museum partner to open its preservation easement space in downtown Washington, D.C., to the public. While GSA was preparing to sell the former Pennsylvania Avenue Development Corporation building in 1992, an employee discovered an attic filled with papers, clothing, and other belongings traced to Clara Barton and coworker Edward Shaw, who rented rooms in the boarding house to Barton during the 1850s and 60s. In 2008, GSA completed a 3D simulation showing the spaces as they may have appeared during Clara Barton's occupancy, as part of the twenty-minute documentary film *A Call to Service: Clara Barton's Office of Missing Soldiers*, produced by GSA in collaboration with the American Red Cross. A friends group, established in 2009 to support the museum effort, provided volunteer professional support for a temporary window display produced and installed by GSA in 2009. In July 2010, the *Public Broadcasting Service History Detectives* program aired a special feature on Clara Barton's Missing Soldiers Office,

bringing additional positive publicity. GSA is now finalizing an operating agreement with the National Museum of Civil War Medicine, based in Frederick, Maryland, with work underway to conserve historic finishes and distribute building systems within the spaces.

This year's stewardship report is designed specifically for online use, with features not available in GSA's previous print version. New features in GSA's 2011 online portable document format (pdf) report include:

■ Navigational hyperlinks to chapters and sections for direct access from the table of contents,

■ Content hyperlinks providing one-click access to GSA web features and web-accessible material referenced in the report, and

■ Color photos and graphics (as available)

Among other things, the content hyperlinks provide direct access from the report to videos on GSA's website, including time-lapse films of the Odd Fellows Hall move in Salt Lake City, Utah; GSA's latest Public Buildings Heritage Program film *Boston's Dazzling Cliff: John W. McCormack U.S. Post Office and Courthouse*; and a BIM 4D animation depicting the planned construction sequence for installing base isolation seismic protection under the Pioneer Courthouse in Portland, Oregon. GSA's historic building list, Procedures for Historic Properties, and other items usually included as appendices may be accessed directly from the table of contents or links at the end of the report.

GSA welcomes your comments on the report, linked content, and examples, including content suggestions for GSA's 2014 report. Please send suggestions, comments, and questions to historic.buildings@gsa.gov. A printed synopsis of the report may be requested through GSA's preservation program website at: www.gsa.gov/historicpreservation.

2

# INTRODUCTION

GSA's stewardship philosophy is grounded in the NHPA of 1966. The NHPA calls upon federal agencies to use and preserve historic buildings and to cooperate with states, local governments, and private entities to promote preservation. Executive Order 13287 Preserve America, sought to rectify endemic NHPA implementation shortcomings by requiring agencies to submit reports every three years on their progress in preservation planning, inventory oversight, completing National Register nominations, and promoting public access to federal historic properties through heritage tourism. This report has been prepared in part to fulfill GSA's Executive Order 13287 reporting requirement for the three-year period ending in 2011. Given the time required for data gathering and production of the illustrated report, GSA's overlapping three-year reporting cycle began in 2008. The report provides complete information for 2008, 2009, and 2010, and substantially complete information for 2011.

Although communities tend to focus on opportunities the Section 106 consultation process offers to influence federal actions affecting them, less visible activities governed by Section 110 can have a significant impact on the economic health and vitality of an older community, such as decisions affecting where the government does its business. GSA has long recognized that proper care of historic properties depends not only on technical competence, but on having a revenue stream to maintain and reinvest in the properties. Accordingly, GSA's strategy focuses first on use of historic buildings and second on appropriate care of historic properties. To the extent that agency mission requirements permit, GSA actively encourages agencies to support historic city centers by locating and remaining in historic buildings, especially federally owned historic buildings. However, competition with contemporary workspace in recently constructed buildings or newly constructed build-to-suit facilities can be formidable, especially when newer buildings offer opportunities for consolidating dispersed agency functions or popular tenant amenities like free parking.

GSA has been recycling buildings for a long time, having begun as the new, central procurement agency charged with adapting hundreds of buildings acquired or constructed during World War II to meet the needs of a growing postwar federal government. Once the task of absorbing or disposing of World War II assets was complete, however, GSA's next task was to fulfill a substantial docket of requests for larger blocks of space—at a time when the nation was culturally disposed to building new. In response, GSA built hundreds of economically constructed office buildings reflecting the technology, aesthetics, and functional sensibilities of their time, when historic buildings with shallow floor plates, double-loaded corridors, closed offices, and limited workspace capacity were commonly viewed as functionally obsolete.

As communities began responding to the livability trade-offs of replacing old buildings, roads, and downtown neighborhoods with new construction, GSA's charge became more complex, with the passage of the NHPA, the National Environmental Protection Act of 1969, Executive Order 12072 in 1978, promoting location in central business areas, and Executive Order 13006 in 1996, promoting location in historic buildings and city

center historic districts. At this point, GSA's approach to satisfying agency expansion or consolidation needs by demolishing older, smaller federal buildings to replace them with larger, newer buildings had also shifted to disposing of older buildings as surplus assets and largely meeting new or expanded space requirements with new construction. GSA oversaw noteworthy adaptive reuse projects in Washington, D.C., that reclaimed the Victorian Court of Appeals building as the Smithsonian Institution's Renwick Art Gallery; the engineering masterpiece Pension Building as the National Building Museum, and the Old Post Office in Federal Triangle, using new authority in the Cooperative Use Act to combine a perimeter of federal offices around a skylit core of festival retail located in the building's original postal processing area. Communities began appealing to GSA to find new uses for vacant community icons. In the 1970s, GSA Administrator Jay Solomon even attempted to initiate a program of acquiring vacant historic train stations for reuse as federal offices but was halted by the Office of Management and Budget (OMB) on the basis of legislative authorities that preclude speculative acquisition absent a specific space requirement.

Even as GSA began to raise agency standards for work involving historic federal properties, federal agency demand for new construction and space in newer leased buildings continued, exacerbating the challenges of lower space utilization rates and a growing pattern of vacancy in many historic buildings. By 2002, under pressure from a Congress deeply concerned by Government Accountability Office (GAO) reports on the government's repair and alterations backlog, GSA released a new Portfolio Strategy that called for culling the public buildings inventory of buildings unable to generate sufficient rental revenue to cover their immediate and long-term investment needs and reinvesting in strong financial performers to create a financially sustainable inventory. By this time, GSA's principal preservation challenge was no longer focused on appropriate care of historic materials or saving historic public buildings from demolition and replacement, but a more strategically complex task of turning underperforming historic buildings into strong financial performers worthy of retention and reinvestment.

New laws and directives focused on economic and environmental sustainability hold promise for a paradigm shift supporting reinvestment in centrally located historic buildings. With the 2005 passage of the Energy Policy Act and Executive Order 13514, Federal Leadership in Environmental, Energy and Economic Performance, agencies are now called upon to conserve resources by sizing down as much as possible, reducing federal reliance on costly leased space, and investing wisely for improved building performance and long-term sustainability. GSA's ARRA reinvestment program demonstrates the potential for harnessing synergies between environmental directives focused on creating a sustainable inventory and economic directives aimed at regenerating historic main streets and city centers. Although historic buildings make up only one-fourth of GSA's inventory, they received 40 percent of the nation's ARRA funding directed toward building modernizations. When the program draws to a close, GSA will have invested substantially in making its most architecturally significant buildings operate more sustainably to remain or become core agency assets. As GSA strives to be an adaptable portfolio manager and steward, we will remain committed to doing all we can to ensure that historic buildings offer wise investment choices that benefit communities, federal agency tenants, and American taxpayers.

3

# GSA'S HISTORIC BUILDING INVENTORY

Historic buildings contribute significantly to the variety of spaces and settings the Public Building Service (PBS) has to offer its customers. GSA's public buildings legacy includes custom houses, courthouses, post offices, border stations, and federal agency offices across the United States and its territories. More than one-third of GSA's 1,676 owned buildings[2] are more than fifty years old. More than one-fourth of the inventory, 479 buildings, is listed in or eligible for the National Register of Historic Places, the nation's list of historic properties worthy of preservation.[3] Among GSA's eligible properties are more than a dozen buildings constructed during the 1960s and 1970s. Several are exceptionally significant architectural icons that have been listed in the National Register. Upon reaching fifty years of age, 30 or more may be eligible.

Almost two-thirds, or 301, of GSA's historic buildings have been listed in the National Register of Historic Places. Of these 301 buildings, 85 are National Historic Landmark (NHL) properties—the highest level of designation—nationally significant for their architecture, history, association with significant events, or their potential to yield information. Of these 85 NHL properties, 11 are individual NHLs, 58 are contributing buildings to St. Elizabeths Hospital NHL, and 16 are contributing buildings in NHL Districts, such as the Jackson Place houses on Lafayette Square, located across from the White House in Washington, D.C.[4] The individually designated NHLs in downtown Washington, D.C., include Blair House, significant for its history, and the U.S. Pension Building, now known as the National Building Museum, Montgomery Meig's engineering masterpiece. A recent addition to GSA's NHL inventory is the Lafayette Building in Washington, D.C., representing a World War II Home Front theme for its postwar role in financing the government effort to redirect wartime assets, such as manufacturing infrastructure and equipment, to peacetime uses.

National Historic Site designations also confer recognition of national significance. GSA owns almost a dozen buildings that contribute to National Historic Sites: GSA's Pennsylvania Avenue National Historic Site contains ten buildings, and GSA's Gnann House in Plains, Georgia, contributes to the Jimmy Carter National Historic Site.

The geographic distribution of GSA's historic building inventory reflects the demographic development of the U.S. in the years prior to World War II. GSA-owned historic buildings are concentrated east of the Mississippi, especially along the eastern seaboard, with lower concentrations in the southwestern and midwestern states, and a more disbursed scattering of historic buildings in the less populous western and

[2] Owned properties excluding ten undeveloped sites not containing buildings. (GSA State of the Portfolio FY 2011)

[3] Owned inventory National Register of Historic Places status as of October 2010. Increase from 2008 report reflects inclusion of individual contributing buildings on the St. Elizabeths West Campus, previously counted as one NHL.

[4] Sources: GSA September 2007 R240 Report (Real Property Asset Management) and GSA Building Preservation Plan database.



U.S. CUSTOM HOUSE
PHILADELPHIA, PENNSYLVANIA

3  INVENTORY

Rocky Mountain states. A disproportionate number of historic buildings are in smaller towns and cities; this reflects the replacement of smaller historic buildings in growing cities with new, larger buildings constructed to accommodate expanding space needs. Older public buildings in more remote areas of stable or declining population were less likely to be transferred or demolished and replaced with new construction. The greatest volume of space in historic buildings exists in the National Capital Region, where agency headquarters dominate the historic building inventory.

GSA's historic buildings are concentrated in city centers within metropolitan areas having populations of 500,000 or more and are also a prominent presence in small cities and towns. Half or more of the historic buildings in these secondary metropolitan areas and towns are courthouses, often serving their tenants as the principal monumental presence in the community. In major metropolitan areas, where historic courthouses and custom houses are commonly supplemented by large modern office buildings, the government may have less of a symbolic presence. GSA's historic buildings in remote areas (population 2,000 or fewer) are generally border stations.[5]

## Monumental Buildings

Nearly half (227) of GSA's historic buildings are monumental structures designed to serve a symbolic and ceremonial, as well as functional, purpose—Greek Revival, Second Empire, Romanesque Revival, Beaux Arts, Art Deco, and Neoclassical monuments symbolizing the permanence and stature of the federal government. The majority of these buildings are courthouses, custom houses, post offices, and agency headquarters. The monumental inventory includes a number of buildings originally constructed for nonfederal use, such as a train station, hotel, sanitarium, school, and insurance company office building. The remaining historic inventory is mostly composed of nonmonumental federal office buildings. The oldest buildings in the GSA inventory are simple but stately custom houses, post offices, and office buildings finished in brick, stone, and stucco. Dignified facades and modestly proportioned entry areas with elegant features, such as ornamental iron staircases and groin-vaulted ceilings, typify GSA's pre–Civil War buildings.

Following the Civil War, as the government sought to reunite a divided populace, the Supervising Architect of the Treasury oversaw design and construction of grand and elaborate public buildings intended to express the power and stability of the federal government. The U.S. Custom House in Portland, Maine, and the State, War, and Navy Building (now the Dwight D. Eisenhower Executive Office Building) in Washington, D.C.,

---

[5]  Based loosely on OMB 2000 statistical area standards for census reporting, adjusted to provide additional classification thresholds for smaller population areas that, while not meeting census thresholds (10,000 for core-based area), are commonly organized around a town center. Statistical areas in this report are defined as follows: metropolitan: 500,000+; small city: 100,000–under 500,000; towns: 10,000–under 100,000 (large) and 2,000–under 10,000 (small); and remote: under 2,000.

both completed in the 1880s, are Second Empire granite edifices set aloft on high platforms, with columned entrance pavilions and statuary distinguishing them from surrounding commercial buildings. Toward the end of the nineteenth century, sturdy Romanesque Revival post offices and courthouses with campanile towers of rough cut stone, segmental arched entrances, and vast skylit work rooms quickly came into, and went out of, fashion. The World's Columbian Exposition of 1893 in Chicago, with Beaux Arts pavilions illuminated by Westinghouse's new electric lights, spurred the City Beautiful Movement, setting a new standard for integrated urban design that would redefine the government's image for years to come. Only sixty-four buildings constructed before 1900 remain under GSA control today, making up 4 percent of the overall owned inventory.

Close to three-quarters (71 percent) of GSA's historic buildings were constructed between 1900 and 1941, years of great progress in technology, civic planning, and the emergence of America as a leader in Western culture. With the beginning of the twentieth century, public buildings were often planned as part of larger complexes with important civic buildings around landscaped public spaces. Federal public buildings embodied the Beaux Arts design principles of sophisticated proportioning and space planning, with monumental entrances leading to finely finished lobbies and generous corridors that graciously welcomed citizens visiting the government offices. Public building facades, most commonly clad in white limestone or marble, faithfully recreated Classical and Renaissance models associated with the great democracies of Greece and Rome. Integrated into many of these buildings were sculptural details, murals, and statuary depicting or symbolizing the important civic activities taking place within.

A little more than one-quarter (137) of GSA's historic buildings were constructed between 1900 and 1929. Forty percent of GSA's historic buildings (192) were constructed during the Great Depression. During this time, an expanded federal construction program continued to maintain high standards for public buildings. Architects designing public buildings began introducing the new aesthetic of industrial design, combining classical proportions with streamlined Art Deco detailing. The tremendous body of populist civic art commissioned under the Works Progress Administration for new and existing public buildings is a major legacy of this era.

## GSA Owned Buildings by Era

| % | Era | Years |
|---|---|---|
| 24% | Early & Depression-era | 1810–1940 |
| 9% | War Years | 1941–1949 |
| 31% | Modern Era | 1950–1979 |
| 11% | Contemporary | 1980–1993 |
| 25% | Design Excellence | 1994–present |

3 | INVENTORY



## Historic Building Styles

### Greek Revival

U.S. CUSTOM HOUSE, SAVANNAH, GA



### Second Empire

U.S. CUSTOM HOUSE, PORTLAND, ME



### Romanesque Revival

FEDERAL BUILDING AND U.S. COURTHOUSE, MILWAUKEE, WI



**BEAUX ARTS**

FEDERAL BUILDING AND U.S. COURTHOUSE,
PROVIDENCE, RI



**ART DECO**

JOEL W. SOLOMON FEDERAL BUILDING AND
U.S. COURTHOUSE, CHATTANOOGA, TN



**NEOCLASSICAL**

U.S. COURTHOUSE, DES MOINES, IA

3   INVENTORY

### NATIONAL HISTORIC LANDMARKS

Among GSA's most significant properties are eleven individually designated National Historic Landmarks (NHLs), and seventy-four buildings within NHL properties or NHL Historic Districts. Eleven are within congressionally authorized National Historic Sites. NHLs are designated by the Secretary of the Interior for their outstanding significance to the nation. These include some of GSA's oldest public buildings such as the New Bedford, Massachusetts, U.S. Custom House, built in 1834; architecturally exceptional buildings such as Washington, D.C.'s General Post Office by Robert Mills, constructed in 1842; and major engineering achievements such as the 1882 U.S. Pension Building, with its massive trussed atrium and advanced natural air circulation system. Washington, D.C.'s seven-building Federal Triangle complex is part of the Pennsylvania Avenue National Historic Site. GSA's most recently acquired NHL, St. Elizabeths Hospital in southeast Washington, D.C., is a 176-acre, park-like campus that includes a historic cemetery, dozens of historic buildings, the earliest dating to 1853, and an integral cultural landscape.

## GSA's National Historic Landmarks

### GSA-Owned National Historic Landmarks and National Historic Sites

### National Historic Landmarks

### Individual National Historic Landmarks

U.S. Custom House
New Bedford, MA

Alexander Hamilton U.S. Custom House
New York, NY

U.S. Custom House
New Orleans, LA

Pioneer Courthouse
Portland, OR

White House – West Wing
Washington, DC

Lafayette Building
Washington, DC

U.S. Pension Building (National Building Museum)
Washington, DC

Dwight D. Eisenhower Executive Office Building
Washington, DC

General Post Office (Hotel Monaco)
Washington, DC

President's Guest House (Blair House)
Washington, DC

Charles Carroll Glover House
(Carnegie Endowment for International Peace)
Washington, DC

### Contributing to a National Historic Landmark District

### Savannah National Historic Landmark District
### Savannah, GA

U.S. Custom House
Tomochichi U.S. Courthouse

### Charleston National Historic Landmark District
### Charleston, SC

U.S. Custom House
U.S. Post Office and Courthouse

### Dealy Plaza National Historic Landmark District
### Dallas, TX

Federal Building (Terminal)

### Civic Center National Historic Landmark District
### San Francisco, CA

Federal Building

### Georgetown National Historic Landmark District
### Washington, DC

West Heating Plant

### Lafayette Square
### National Historic Landmark District
### Washington, DC

Veterans Administration Building

Dolley Madison House

Benjamin O. Tayloe House

Cosmos Club

President's Guest House

Charles Carroll Glover House

Jackson Place Complex –
William Petit Trowbridge House

Jackson Place Complex –
James Alden/Henry Reed Rathbone House

Jackson Place Complex –
Mary Jessup Blair House

Jackson Place Complex –
O'Toole-Steele

Jackson Place Complex –
Cornelia Knower Marcy House

### St. Elizabeths Hospital
### National Historic Landmark District*

(58 contributing buildings)
Washington, DC

*The NHL District is limited to the St. Elizabeths West Campus, which the GSA controls.

### Contributing to a National Historic Site

### Pennsylvania Avenue National Historic Site
### Washington, DC**

Herbert Clark Hoover
Department of Commerce Building

U.S. Court of Military Appeals

Federal Trade Commission Building

Internal Revenue Service Building

Robert F. Kennedy Department of Justice Building

Ariel Rios Federal Building

Nancy Hanks Center – Old Post Office Building

Environmental Protection Agency East Building
(former International Commerce Commission
Building)

Environmental Protection Agency West Building
(former U.S. Customs Service and Department
of Labor Building)

Andrew W. Mellon Auditorium (Connecting Wing)

**U.S. Pension Building and General Post Office,
individual NHLs, also contribute to the Pennsylvania
Avenue National Historic Site.

### Jimmy Carter National Historic Site
### Plains, GA

Gnann House

3  INVENTORY

### Surplus World War II Property

Although World War II largely halted construction of federal agency office buildings, 9 percent of GSA's owned inventory is war-era construction (1941 to 1949).[6] The war-era buildings represent 23 percent of GSA's owned buildings that are more than fifty years old. By the time GSA was established in 1949, billions of dollars in surplus real property and equipment had already been transferred by the War Assets Administration to communities, institutions, and private businesses with the intent of sustaining, to the greatest extent possible, the economic benefits to hundreds of communities and individual citizens employed by the wartime production effort, as plants were adapted to serve nonmilitary uses.

As the agency responsible for the disposition of surplus federal real property, GSA assumed responsibility for hundreds of properties still in the federal inventory, which had been constructed or confiscated by the Department of Defense for the war effort. Included in these wartime properties were numerous clusters of industrial structures constructed for the manufacture, distribution, and storage of weapons, equipment, and other war supplies. GSA adapted many of these properties to serve as offices for the expanding federal government. Among the confiscated properties are some of GSA's most imaginative examples of commercial building reuse: the former Vista del Arroyo Hotel in Pasadena, California, now housing the U.S. Court of Appeals, and the Kellogg Sanitarium in Battle Creek, Michigan, now the Hart-Dole-Inouye Federal Center serving several agencies. In recent years, GSA has disposed of a number of such properties so they can be returned to more appropriate community uses, including the Grove Arcade in Asheville, North Carolina, since returned to its historic use as a community marketplace, and the National Park Seminary, adapted during World War II to serve as an annex to the Walter Reed Army Medical Center Annex in Forest Glen, Maryland, redeveloped as private housing.

Although many of the military-industrial facilities were spartan structures intended for temporary use, their availability at a time of unprecedented government expansion after the war was convenient. They lacked the monumental presence, ceremonial spaces, and elegant finishes of traditional public buildings, but they provided large floor plans for flexible workspace configurations and tall ceilings and windows for light and ventilation. Often, they were structurally capable of supporting nearly infinite volumes of files and storage and offered plenty of parking spaces to accommodate a growing suburban workforce.

Master plan documents of the 1950s express pride in the efficiency with which GSA converted these wartime buildings to office space for the expanding civilian government workforce. Efforts to incorporate landscaping and other amenities at these sites foreshadowed the arrival of commercial office parks that later emerged to take advantage of lower-cost property in the suburbs.

Many of these former wartime properties lack the architectural merit, integrity, or singular historic importance required to qualify for the National Register. A number have already been determined ineligible. A few sites, however, such as the former Navy Yard annex in Washington, D.C., now the Southeast Federal Center, include earlier military-industrial structures that make them eligible for the National Register as a group.

---

[6]  A majority of these World War II-era buildings, historically constructed for military industrial uses such as warship and weapons manufacturing, originally lacked distinction (having been constructed as temporary buildings) or have been substantially altered and do not appear to meet National Register eligibility criteria. Those buildings formally determined ineligible or determined by GSA as not likely to be eligible are excluded from the historic building inventory statistics referenced throughout this report.



Industrial architect Albert Kahn developed innovative structural systems and production efficiencies to meet the nation's wartime production demands in the 1940s.

FEDERAL CENTER SOUTH
SEATTLE, WASHINGTON

3  INVENTORY

## Modernism in the Great Society

President Truman created the General Services Administration in 1949 to oversee the federal government's immense building management and general procurement functions at a time when the federal government was experiencing tremendous growth. Between 1960 and 1976, GSA undertook more than seven hundred projects in towns across the United States. Nearly one-third (31 percent) of GSA's owned inventory (more than 40 percent by square foot area) was constructed between 1950 and 1979.

Architects of this era embraced Modern design as more efficient, state-of-the-art, and technologically honest. However, concerned that the caliber of federal construction was declining, in 1962 President Kennedy convened an Ad Hoc Committee on Federal Office Space whose *Guiding Principles for Federal Architecture* would articulate a new philosophy that continues to guide the design of public buildings today. This initiative called for design that reflected "the dignity, enterprise, vigor and stability of the American National government, [placing] emphasis… on the choice of designs that embody the finest contemporary American architectural thought."

When GSA built Modern at its best, it produced strikingly contemporary designs by Modern masters—Marcel Breuer's sweeping Washington, D.C., headquarters building for the U.S. Department of Housing and Urban Development, Ludwig Mies van der Rohe's sleek Federal Center in Chicago, and Victor Lundy's muscular U.S. Tax Court Building in Washington, D.C., all of which have been entered into the National Register since the last report. Most federal office buildings of the time, however, are more derivative than iconic. As GSA sought to house legions of federal workers and achieve the goals of standardization, direct purchase, mass production, fiscal savings, economy, and efficiency were often stronger driving forces than architectural distinction. The idea of public buildings as a distinct and recognizable building type gave way to an emphasis on utility and cost containment. As a result, most buildings GSA constructed during the period reflect typical office design of their time, constructed not as one-hundred-year-lifecycle iconic buildings, but to serve a twenty-five- to thirty-year lifecycle.



U.S. TAX COURT BUILDING
WASHINGTON, D.C.

3 | INVENTORY



U.S. COURTHOUSE
SPRINGFIELD, MASSACHUSETTS

Completed in 2008, the colonnaded entry pavilion of the new courthouse spirals protectively around historic trees while responding to the scale, materials, and detailing of neighboring historic residences and institutions.

### TOMORROW'S LANDMARKS: THE DESIGN EXCELLENCE PROGRAM

Seeking to reaffirm how public buildings contribute to the nation's legacy, GSA initiated the Design Excellence program in 1994. This program is grounded in the philosophy that federal buildings should be symbols of what government is about, not just places where public business is conducted. As builder for the civilian federal government, GSA's goal is to shape this legacy and the way people regard their government through its public buildings. Consistent with the *Guiding Principles*, the program encourages design that embodies the finest contemporary American architectural thought and that also reflects regional architectural traditions.

Specific objectives of the Design Excellence program include ensuring that GSA provides high-quality, cost-effective, and lasting public buildings for the enjoyment of future generations. Under the program, new construction and major repair and alteration projects benefit from peer review by architects who are nationally recognized within the profession. Peers participate in architect selection and are integrally involved throughout design development.

The Design Excellence program has produced award-winning federal buildings in Central Islip, New York; Cleveland, Ohio; San Francisco, California; and many other cities. The program won a 2003 National Design Award of the Cooper Hewitt National Design Museum, Smithsonian Institution; the 2004 American Architectural Foundation Keystone Award; and the American Institute of Architects' Jefferson Award for Public Architecture in 2010. In 2011, PBS Commissioner Robert A. Peck received the Henry Hope Reed Award from the University of Notre Dame School of Architecture; the award is given to "an individual working outside the practice of architecture who has supported the cultivation of the traditional city, its architecture and art through writing, planning or promotion." Public buildings completed under the program now comprise one-fourth of the owned inventory.

4

# USING HISTORIC BUILDINGS

Under the NHPA and Executive Order 13006, federal agencies are required to use historic buildings to the greatest extent possible and to give first consideration to locating in historic properties and historic districts.

GSA uses historic buildings five ways. We 1) reinvest in them so they can serve the modern federal workforce, 2) reprogram them for new uses when necessary, 3) outlease them to private tenants when there is no immediate federal need, 4) lease them from nonfederal building owners, and 5) acquire them to meet federal needs.

### Reinvestment

By reinvesting in federally owned historic office buildings, GSA ensures that they can continue to serve a twenty-first-century workforce. The chief investments are in safety, building systems improvements, and exterior maintenance.

PBS's general business policy is to base investment on tenant needs, urgency, fiscal soundness, community support, and other practical considerations, conditioned on the quantitative criterion of acceptable return-on-investment. In funding decisions concerned with historic buildings, additional qualitative criteria also come into play—building significance, architectural merit, and community benefits, along with long-term stewardship goals and risks. GSA's capital investment prioritizing methodology continues to give additional weight to historic buildings in ranking projects requiring congressional approval (funding over $2.8 million). GSA also continues to provide a 10 percent leasing price preference to offset the potential additional cost to rehabilitate historic buildings in compliance with the NHPA.

Having substantially implemented our 2001 portfolio strategy by 2008, GSA has moved beyond the tiering of assets to a more comprehensive core assets analysis. A substantial number of poorly performing properties have been transferred or are in the process of disposal, as GSA continues to move forward with plans to maintain and invest in its core assets. The Center for Historic Buildings continues to flag financially troubled historic buildings with high architectural and community significance and to work with regions to explore alternative financial remedies and divestment options for underutilized properties facing



GSA's *Legacy Vision* gives preference to reinvestment in historic buildings that best represent the nation's public building legacy.

BIRCH BAYH FEDERAL BUILDING
AND U.S. COURTHOUSE
INDIANAPOLIS, INDIANA



U S E



### Historic Building Reinvestment

DOLLARS IN MILLIONS

- ● BELOW $2.8M PROSPECTUS THRESHOLD
- ● ABOVE $2.8M PROSPECTUS THRESHOLD
- ● TOTAL EXCLUDING ARRA APPROPRIATIONS
- ● TOTAL INCLUDING ARRA APPROPRIATIONS

sustained vacancy or no longer viable for other reasons. Profitable properties will continue to merit greater investment, and extra care is being taken to control costs where cash flow is limited by low market rent rates, small floor plates, and other endemic constraints. GSA's priority for less profitable historic buildings will continue to be maintaining each building's basic usefulness, asset value, and integrity. In a fiscally constrained environment, GSA's goal is to preserve the qualities that contribute to each building's significance through low intervention repair approaches and selective restoration, focusing on highly visible historic spaces and situations in which work can be accomplished as part of other necessary repairs and alterations (e.g., fire safety or mechanical work).

## Capital Program

GSA has discretionary authority over repairs costing less than $2.8 million (prospectus threshold). Repairs and alterations costing more than that require congressional line item approval of each project's major components. Projects are funded through the Federal Buildings Fund, a revolving fund established in 1972 with the advent of market- and occupancy-based rents, making federal agencies accountable for the continuing costs associated with maintaining all workspace they occupy.

Congress has remained committed to reinvesting in America's public building legacy since GAO studies began calling attention to the government's repair and alterations backlog in the late 1990s, prompting GSA to issue its portfolio strategy in 2001. A twelve-year trend analysis examining reinvestment patterns since GSA began tracking spending on historic properties shows consistent support for a selective capital investment strategy focusing on profitable buildings that GSA defines as core assets for long-term retention. GSA's core assets investment focus generally limits funding for comprehensive historic building modernizations to large monumental buildings located in strong real estate markets where rents support substantial reinvestment. In the post-millennium era of strict fiscal accountability and return-based reinvestment, funding for rehabilitation of legacy historic buildings increased from $94 million in 1999, to $157 million in 2000, $220 million in 2001, and $329 million in 2002—an increase of 230 percent in three years—leveling to approximately $225 million and $266 million in 2003 and 2004, respectively. Funding increased with construction cost inflation from 2005 to 2009, to an average of $340 million annually (excluding 2009 ARRA funding), a 350 percent increase over pre-2000 levels. Reduced Federal Buildings Fund appropriations in 2010 and 2011 of $230 million and $74 million, respectively, were dramatically offset by ARRA appropriations, reinvigorating the historic inventory with five year's worth of reinvestment, appropriated in 2009 for projects to be obligated by 2011 and completed by 2013.[7]

---

[7]   Based on the preceding five-year average.

 U S E

### American Recovery and Reinvestment Act

Consistent with NHPA goals, GSA's ARRA funding disproportionately benefitted the nation's public building legacy, with a total of $1.665 billion—40 percent of GSA's ARRA funding—appropriated for 150 GSA historic buildings. As intended, the ARRA program disbursed rehabilitation funding over a broad geographic area, boosting depressed economies in town and city centers throughout the nation. All told, a third of GSA's historic buildings received ARRA funding for major modernizations and limited-scope projects focused on reducing GSA's repair and alterations backlog and improving the sustainability of the inventory as a whole.

ARRA funded many high-priority monumental building modernizations that had been deferred as a result of the economic downturn, including projects at six historic courthouses; a 1931 custom house; Washington, D.C., headquarters for the Departments of Health and Human Services, Commerce, Interior, and State; GSA's own 1917 headquarters; and three monumental federal buildings constructed between 1918 and 1933. Among these buildings were a number of architecturally exceptional legacy buildings needing reinvestment funding to secure or retain tenants to remain viable for continued federal use, including the Beaux Arts-style Federal Building at 50 United Nations Plaza in San Francisco's Civic Center NHL District; the 1918 Neoclassical Wayne N. Aspinall Federal Building and U.S. Courthouse in Grand Junction, Colorado; and the grand 1905 Birch Bayh Federal Building and U.S. Courthouse in Indianapolis, Indiana.

ARRA funding was also reinvested in a number of historic buildings retained to functionally complement new construction recently completed or under way in Mobile and Montgomery, Alabama; Little Rock, Arkansas; Miami, Florida; Brooklyn, New York; and Washington, D.C. Among the least visible but most important of these investments is $450 million for infrastructure work required to rehabilitate the St. Elizabeths campus.

Limited-scope projects funded by the ARRA program will improve the long-term viability of countless historic buildings throughout the nation through targeted reinvestment for improved performance and sustainability; adjusting or upgrading heating, cooling, and lighting systems to be more energy efficient; reducing heat loss through roofing insulation and daylight sensors; conserving water; and generating renewable energy to reduce GSA's energy demand and reliance on the grid. Some of these projects will serve as pilots for innovative technology, such as the Ketchikan, Alaska, Federal Building's biomass boiler and a high-performance, low-profile insulated roofing system for the U.S. Post Office and Courthouse at Camden, New Jersey.



UNITED STATES POST OFFICE AND COURT HOUSE

GSA's ARRA-funded Green Proving Ground Project will install micro-roof insulation that will maintain the appearance of the building's historic facade while conserving energy and reducing GSA operating costs.

U.S. POST OFFICE AND COURTHOUSE
CAMDEN, NEW JERSEY

31

# 4 | USE



Once home to the nation's fourth largest postal district, the twenty-two story tower now houses the Environmental Protection Agency and other federal offices. A five-year outlease to the state courts enabled GSA to maintain a revenue stream for maintenance and repair while awaiting EPA's scheduled relocation.

JOHN W. MCCORMACK
U.S. POST OFFICE AND COURTHOUSE
BOSTON, MASSACHUSETTS

Opportunities will also be taken, in many ARRA projects, to restore compromised spaces and character-defining features. Suspended ceilings in the corridors of the Herbert Clark Hoover Department of Commerce Building in Washington, D.C., and the Wayne N. Aspinall Federal Building and U.S. Courthouse in Grand Junction, Colorado, will be removed, reclaiming the elegance of these historically gracious circulation systems. Out-of-character replacement windows at the Robert A. Young Federal Building in St. Louis will be replaced with energy-efficient windows matching the building's original fenestration. A project at the U.S. Custom House in Philadelphia, which contains one of GSA's most architecturally significant entrance lobbies, will restore long-lost revolving doors and ornate cast aluminum gates as part of a full exterior rehabilitation that includes masonry repointing and repair, replica window sashes containing blast-resistant insulated glass, new insulated roofs (including a 20,000-square-foot green roof), energy-efficient boilers, and new lamps for exterior lighting that will better highlight the building's architectural features while reducing energy consumption by 50 percent.

ARRA's unprecedented contribution to the financial and physical health of the nation's monumental public buildings will be felt for years to come in improved building performance and reduced demand for limited resources.

Where and how did GSA spend during the 2009–2011 reporting period? Consistent with GSA's strategic priority of reinvesting in monumental and architecturally exceptional historic buildings for continued federal use, ARRA and Federal Buildings Fund appropriations will complete seventeen major modernizations to bring monumental historic federal buildings up to current standards, along with modernizations at other historic buildings such as a group of former commercial buildings on State Street in Chicago, and many rehabilitation projects for improved building performance.

Recurring repair and alterations funding below the $2.8 million prospectus threshold has remained flat for more than a decade, a potential challenge for many historic buildings that rely entirely on below prospectus funding for ongoing repairs and upgrades. With the exception of a funding dip to $65 and $68 million in 2010 and 2011, respectively, annual funding for recurring repairs and alterations at GSA's historic buildings has remained consistently close to the $84 million twelve-year average, while purchasing power has declined due to substantially increased costs for materials and labor.[8] GSA's national preservation program continues working with its regional preservation staff to develop strategies for approaching building needs as cost effectively as possible, setting major and minor repair and alteration investment priorities strategically to keep legacy buildings occupied and viable. Reduced spending after the ARRA program winds down will continue to pose a challenge for buildings with significant repair needs that are already on the margin financially.

---

[8] Appropriated funding for recurring repairs and alterations below the prospectus threshold (BA 54), multiplied by a factor of 25 percent, representing the proportion of the national inventory that historic buildings make up in gross floor area.

4 | U S E



GSA'S ARRA-FUNDED SUSTAINABILITY UPGRADE WILL
INSTALL ENERGY EFFICIENT WINDOWS MATCHING THE
BUILDING'S ORIGINAL FENESTRATION IN PLACE OF
OUT-OF-CHARACTER REPLACEMENT WINDOWS.

ROBERT A. YOUNG
FEDERAL BUILDING
ST. LOUIS, MISSOURI

GSA HAS CONTINUED INVESTING IN HISTORIC COURTHOUSES THAT ARE PROMINENT LANDMARKS IN THEIR COMMUNITIES (ARRA FUNDS EXCEPT WHERE INDICATED AS FBF FOR FEDERAL BUILDINGS FUND):

### 2009

EVERETT MCKINLEY DIRKSEN
U.S. COURTHOUSE, CHICAGO, IL (FBF)

U.S. POST OFFICE AND COURTHOUSE,
NEW BERN, NC (FBF)

THURGOOD MARSHALL U.S. COURTHOUSE, NEW YORK, NY (ARRA SUPPLEMENTING 2005 AND 2008 FBF APPROPRIATIONS)

ROBERT S. VANCE FEDERAL BUILDING
AND COURTHOUSE, BIRMINGHAM, AL

BIRCH BAYH FEDERAL BUILDING AND
U.S. COURTHOUSE, INDIANAPOLIS, IN

HIPPOLITO GARCIA U.S. POST OFFICE
AND COURTHOUSE, SAN ANTONIO, TX

FREDERICO DEGETAU FEDERAL BUILDING
AND U.S. COURTHOUSE, HATO REY, PR

SUPPORT FOR MONUMENTAL OFFICE BUILDINGS, MOSTLY AGENCY HEADQUARTERS IN WASHINGTON, D.C., CONTINUED THROUGH THE ARRA PROGRAM. MORE THAN HALF OF GSA'S 2009–2011 CAPITAL PROJECT EXPENDITURES MODERNIZED CABINET AGENCY HEADQUARTERS BUILDINGS IN WASHINGTON, D.C., WHERE OCCUPANCY OF GOVERNMENT-OWNED BUILDINGS OFFERS CLEAR LOCATION AND FINANCIAL ADVANTAGES:

### 2009

DWIGHT D. EISENHOWER EXECUTIVE OFFICE
BUILDING, WASHINGTON, DC (FBF)

HERBERT CLARK HOOVER DEPARTMENT
OF COMMERCE BUILDING, WASHINGTON, DC
(PHASES II AND III)

U.S. DEPARTMENT OF THE INTERIOR BUILDING,
WASHINGTON, DC (PHASE IV)

U.S. GENERAL SERVICES ADMINISTRATION
BUILDING, WASHINGTON, DC

MARY E. SWITZER FEDERAL BUILDING
(DEPARTMENT OF HEALTH AND HUMAN SERVICES),
WASHINGTON, DC (PHASE II)

HARRY S. TRUMAN FEDERAL BUILDING
(STATE DEPARTMENT), WASHINGTON, DC

LAFAYETTE BUILDING, WASHINGTON, DC

WHITE HOUSE WEST WING, WASHINGTON DC (FBF)

FEDERAL BUILDING AND U.S. POST OFFICE,
HILO, HI (SUPPLEMENTS FBF PROJECT)

ROBERT A. YOUNG FEDERAL BUILDING,
ST. LOUIS, MO

### 2010

DWIGHT D. EISENHOWER EXECUTIVE OFFICE
BUILDING, WASHINGTON, DC (FBF)

### 2011

WHITE HOUSE WEST WING, WASHINGTON, DC

 USE

### Reprogramming (owned inventory)

As federal space needs change, GSA keeps buildings viable by reprogramming them to serve new functions. The keys to successful reprogramming are anticipating changing tenant needs and opportunities, such as expiring leases, and matching available buildings to suitable tenants. The best fit is one in which GSA's tenants are able to make the most of a building's historic architectural features and minimize the need for costly alteration that compromises historic character. Bankruptcy courts, for example, are ideal backfill tenants for historic courthouses and custom houses, since they do not require separate circulation and other security features that criminal courts do. Former postal workspace in GSA federal courthouses continues to provide convenient expansion space for growing courts—convenient not only because it eliminates the need to construct space outside of the existing building envelope, but also because the high ceilings, abundant natural light, and unbroken spaces that characterize historic postal work areas are well-suited for build out as ceremonial space.

Recent successes include the Winston E. Arnow U.S. Courthouse in Pensacola, Florida, and the Strom Thurmond U.S. Courthouse and Federal Building in Columbia, South Carolina—courthouses originally serving district courts and now principally housing bankruptcy courts and other agencies.

The Romanesque Revival-style Conrad B. Duberstein U.S. Bankruptcy Courthouse, originally the General Post Office of Brooklyn, New York, has housed an expanding court presence since it opened in 1892. In 2005, GSA completed a $200 million comprehensive rehabilitation and new construction, adding three courtrooms to supplement a 1933 addition that had increased the building's courtroom capacity from four to six. Designated by the New York City Landmarks Preservation Commission in 1966 and listed in the National Register of Historic Places in 1974, it continues to house a postal retail presence, along with nine courtrooms for bankruptcy courts, the U.S. Attorney's Office, and other courts-related agencies. The rehabilitation provided an opportunity to restore the building's ornamental public spaces, cast-iron roof cresting, and streetlights, along with critical roofing and terracotta repairs necessary to keep the building habitable.

GSA's John W. McCormack U.S. Post Office and Courthouse in Boston underscores the adaptability of well-located historic post offices and courthouses. A superb example of Art Deco civic architecture, the twenty-two-story, ziggurat-stepped tower originally housed the nation's fourth largest postal district, along with courts and other federal agencies. Using NHPA Section 111 authority, GSA leased the building to the Massachusetts state courts for several years to keep it occupied and generating revenue prior to rehabilitating the structure to house the Environmental Protection Agency (EPA) and other federal offices. Former courtrooms now provide gracious meeting space and offices finished in walnut wainscotting and oak parquet floors for these agencies. The EPA's "Greening EPA" website proudly reports reusing 99 percent of the historic exterior.[9] GSA dramatically showcased these accomplishments in a documentary film, *Boston's Dazzling Cliff: John W. McCormack U.S. Post Office and Courthouse*, released in May 2011 to coincide with National Historic Preservation Month.

---

[9]   "Greening EPA," http://www.epa.gov/greeningepa/facilities/boston-hq.htm, June 20, 2011.



By supplementing rather than disposing of historic buildings in favor of new construction, GSA can meet agency expansion needs while minimizing space acquisition costs and recapturing the government's investment in quality construction of the past.

CONRAD B. DUBERSTEIN
U.S. BANKRUPTCY COURTHOUSE
BROOKLYN, NEW YORK

# 4 | USE



U.S. POST OFFICE AND COURTHOUSE
NEW BERN, NORTH CAROLINA

NEW BERN'S THREE HUNDREDTH ANNIVERSARY CELEBRATION INCLUDED A
REENACTMENT OF THE PRECEDENT-SETTING BAYARD AND SINGLETON CASE OF
1787 DEPICTED IN ONE OF THE BUILDING'S THREE HISTORIC MURALS. THE CITY'S
INTEGRAL INVOLVEMENT UNDERSCORES HOW IMPORTANT A FEDERAL PRESENCE
WITHIN A FOCAL, CITY-CENTER LANDMARK CAN BE.

Other recent reprogramming successes in GSA's monumental inventory include reuse of Atlanta's Martin Luther King, Jr. Federal Building—the city's former main U.S. Post Office—for GSA's Southeast Regional Headquarters and the stunning rehabilitation of the New Orleans Custom House NHL following Hurricane Katrina to house the Department of Homeland Security (DHS), U.S. Tax Court, and U.S. Department of Commerce, along with the Audubon Society Insectarium located on the building's ground floor.

One of the most sizable reprogramming efforts in GSA history is the adaptive use of the St. Elizabeths Hospital West Campus NHL in southeast Washington, as the consolidated DHS headquarters. Founded in 1852 as the nation's first federal psychiatric hospital, the West Campus retains a well-scaled array of picturesque Victorian buildings in a naturalistic 176-acre setting offering spectacular views of the capital city across the Potomac River. After decades of steady growth and thoughtful expansion, the hospital declined with the deinstitutionalization of care for the mentally ill in the 1960s, until by the late 1990s the campus population had shrunk to less than 10 percent of its peak population of 7,500, leaving the oldest buildings of the West Campus largely vacant. Although the magnitude of the agency's space and security needs have challenged the design team and preservation community, the project will infuse billions in infrastructure reinvestment, new construction, cultural landscape renewal, architectural restoration, and rehabilitation funding to reuse 52 long-vacant nineteenth- and early twentieth-century brick buildings, several of which predate the Civil War. For details on the project's imaginative use of BIM for master planning and iterative design development to dramatically reduce the impact of new construction, see Chapter 5, Building Information Modeling.

4 USE

## Outleasing (owned inventory)

Using the authority provided by NHPA Section 111, GSA leases space in underutilized historic federal buildings to nonfederal tenants. Section 111 allows federal agencies to retain this rental revenue and reinvest it in historic buildings. These "outleases" relieve GSA of the financial liability for maintaining currently unneeded or underutilized historic property while ensuring long-term stewardship and public access to important public buildings. Principal reasons for outleasing include:

■ covering the costs of retaining highly significant property for potential future use;

■ leveraging private investment in important federal buildings for which GSA cannot obtain reinvestment funds;

■ as a temporary holding strategy, ensuring proper stewardship and public access to important public buildings, when divesting cannot do so;

■ covering operating and repair costs as an interim measure until federal leases expire or until federal tenants can be relocated from less significant owned historic buildings;

■ filling vacant space so that a federal tenant can maintain a viable presence in a historic federal building, particularly in locations historically associated with the particular tenant;

■ protecting important historic buildings where private ownership would compromise National Register-qualifying attributes or future preservation oversight; and

■ earning revenue to underwrite the historic building inventory (lesser buildings may be worth retention and outleasing if they generate sufficient profit to support other important buildings in the inventory).

Unlike the Cooperative Use Act, Section 111 allows agencies to lease to nonfederal entities space anywhere in a historic building, and to lease buildings in whole or in part. Other benefits of the authority are that the revenue can be retained for two years and that GSA maintains considerable discretion in how it is spent. Funds must be spent for preservation purposes but are not constrained by the congressionally mandated prospectus limitations.



Historic building outlease revenue is funding space build out for a National Archives and Records Administration education and research center that will bring the building to full occupancy for the first time since the U.S. Customs Service vacated the National Historic Landmark in 1971.

ALEXANDER HAMILTON
U.S. CUSTOM HOUSE
NEW YORK, NEW YORK

 U S E



GUS J. SOLOMON U.S. COURTHOUSE
PORTLAND, OREGON

Outlease earnings from nonfederal tenants funded woodwork restoration that will help to maintain the courtroom's appeal as a popular filming location.

Although available since the 1980s, Section 111 outleasing authority remained untapped by GSA until the late 1990s. Until that time, nonfederal activities in GSA buildings were generally limited to cafeterias, newsstands, and other tenant retail services primarily serving the federal building. Today, the revenue generated by the broader outleasing authority of Section 111 is funding restoration of irreplaceable historic finishes, reclamation of unsympathetically altered spaces to again serve as ceremonial gateways, and critical repairs at historic GSA buildings unable to compete for prospectus-level reinvestment or recurring repair and alteration funds. One of GSA's most successful reinvestment strategies for smaller legacy buildings unable to compete for capital program funding has been to combine rehabilitation funds from several smaller sources—typically from GSA's Minor (Below Prospectus Threshold) Repair and Alterations program, historic building outleasing revenue, and tenant agency Reimbursable Work Authorizations (RWAs), which can fund tenant build-out as well as restoration projects and alterations.

Declining outleasing revenue as GSA relocates tenants from expiring leases or culls the inventory of underutilized buildings is a healthy reflection of progress toward a sustainable portfolio. GSA's 800,000-gross-square-foot John W. McCormack U.S. Post Office and Courthouse, for example, once the agency's largest outlease earner, is now modernized, fully occupied by federal agencies and again contributing to the Federal Buildings Fund. Outleasing revenue declined 30 percent between 2008 and 2011, due in part to space reclaimed for federal use or redevelopment (220 State Street in Chicago) and in part to market conditions. Security requirements hindering open and convenient access continue to present a challenge, making outlease space less marketable where separate entrances are not practical. However, thanks to increased sharing of outleasing information and expertise across business lines and regions, recent data corrections, and anticipated income from rooftop telecommunications equipment, outleasing revenue is projected to climb in the foreseeable future.

Although a small sum compared to the Federal Buildings Fund, strategically invested outlease revenue makes a critical difference in GSA's ability to meet stewardship priorities. In awarding funds, priority is given to activities necessary to maintain a legacy building's physical or financial viability. In that regard, one of GSA's most important investments during the 2008–2011 reporting period has been the award of $530,000 in outlease revenue to relocate the National Archives and Records Administration (NARA) from leased space to the Alexander Hamilton U.S. Custom House in lower Manhattan. Designed by Cass Gilbert and prominently situated in New York City's Bowling Green, the Beaux Arts masterpiece is one of GSA's most architecturally significant buildings. The relocated agency will occupy the last remaining vacant space

4 | U S E



RICHARD SHEPPARD ARNOLD
U.S. POST OFFICE AND COURTHOUSE
LITTLE ROCK, ARKANSAS



AFTER TIME-CRITICAL REPAIRS, GSA'S OUTLEASING PROGRAM
GIVES FUNDING PRIORITY TO RESTORATION IN HIGH VISIBILITY
LOCATIONS, SUCH AS REPLICATION OF HISTORIC ENTRANCE DOORS,
A SMALL INVESTMENT THAT YIELDS HIGH RETURNS IN BUILDING
MARKETABILITY AND TENANT SATISFACTION.

since the building's 1980s rehabilitation to house the Bankruptcy Courts and the National Museum of the American Indian. Projected for completion in late 2012, the project includes an educational center, public research room, and archival storage center. In addition to strengthening the financial performance of an important asset, the new center will meet NARA's stringent archive requirements and provide visibility valuable to both NARA and the museum, increasing its strength as a destination. In front of the custom house, outlease-funded conservation of Daniel Chester French's *Four Continents* sculptures was recently completed, restoring one of GSA's most magnificent public building gateways to serve its intended function "as a symbol of the civilization, culture, and ideals of our country."[10]

GSA's Great Lakes Region again reports success strategically investing outlease revenue to facilitate marketing vacant space to federal tenants. At the Gerald W. Heaney Federal Building and U.S. Courthouse in Duluth, Minnesota, outlease revenue will fund main entrance and lobby restoration under GSA's First Impressions program, which raises curb appeal awarness to improve visitor impressions and tenant satisfaction. At the early twentieth-century Renaissance Revival Federal Building in Minneapolis, accessibility will be improved with a cleverly configured ramp sloping downward to a lower-level elevator. A new side lobby will provide a graciously accessible entry connecting the ramp and elevator. Ceiling heights and crown details, long concealed by contemporary suspended ceilings, will also be restored in the main entrance and second floor stair lobbies. Outlease revenue will also restore historic lighting and the entrance lobby at the 1920s Hart-Doyle-Inouye Federal Center (once a gateway to the posh Battle Creek, Michigan, Sanitarium).

Outlease revenue continues to make an important difference through smaller reinvestment efforts, with priority given to prominent locations where repairs and restoration yield a high return in marketability and tenant satisfaction. At GSA's Federal Building and U.S. Courthouse at Gadsden, Alabama, $16,500 funded reconstruction of the building's original historic doors at primary and secondary entrances. Similar First Impressions investment efforts will restore wooden entrance doors in the 1858 Lewis F. Powell U.S. Courthouse in Richmond, Virginia, and ornamental aluminum doors at the 1930s Federal Trade Commission Building in Washington, D.C.'s Federal Triangle, the Richard Sheppard Arnold U.S. Post Office and Courthouse in Little Rock, Arkansas, and the Joel W. Solomon Federal Building and U.S. Courthouse in Chattanooga, Tennessee.

Funding priority is also given to reinvesting in outlease earners. At the Gus J. Solomon U.S. Courthouse in Portland, Oregon, a long-term outlease earner, GSA invested $186,000 to restore hand-rubbed, fumed oak woodwork that contributes to the monumental courtrooms' appeal as filming locations. Featured in the film *Men of Honor* and TNT network's *Leverage* television show, the courtrooms are popular tourist attractions in open houses periodically hosted by the region.

---

[10]  Cass Gilbert construction correspondence, about 1904, NARA.

4 USE

Brick-and-mortar repairs to maintain building envelopes remain important uses of GSA's outlease revenue as well. Replacement of the standing-seam metal roof at the 1810 Robert C. McEwen U.S. Custom House in Ogdensburg, New York, the oldest building in GSA's inventory, was completed in 2009, along with repairs to the cortile of the U.S. Custom House in Charleston, South Carolina, and stone entry columns at the U.S. Courthouse in Des Moines, Idaho. Water-damaged lobby ceilings in the Federal Building at Monroe, Louisiana, and Robert Grant Federal Building in South Bend, Indiana, are now being restored using outlease funds.

Outlease funding can enable GSA to take advantage of one-time restoration opportunities that arise when artwork or unique ornamental finishes are discovered during the course of a repair or rehabilitation project. Among the most dazzling such events in GSA history was the uncovering of elaborately decorated ceilings in the 1888 west wing of the Dwight D. Eisenhower Executive Office Building in the midst of major modernization work replacing systems throughout the building in the mid-2000s. Given the extent of unanticipated conditions in any modernization involving a rehabilitation of such scale and complexity, no funds were available for restoration in the congressionally approved budget. Through an advance on the region's anticipated outlease earnings, GSA was able to restore two of the most elaborately decorated ceilings in the public buildings' inventory.

Coordinating complex outleases that involve highly significant property generally requires time and special expertise to develop a marketing strategy, generate requests for proposals and developer qualifications, evaluate reuse options, undertake GSA's financial analysis of development costs, and involve the public. Leases for less significant and less visible GSA historic property can often be negotiated more quickly and easily, since they are less likely to contain elaborate spaces that might be compromised by a change of use. The more important a property and the greater GSA's legal and public relations exposure, the more time the process merits. The flexibility to outlease vacant space within underutilized historic buildings is expected to continue having a significant impact on GSA's ability to sustain the historic inventory in the long term.





Outleasing proceeds from rooftop antennas and retail tenant services in GSA's National Capital Region enabled GSA to restore long-concealed ornamental ceilings uncovered during the building modernization.

DWIGHT D. EISENHOWER
EXECUTIVE OFFICE BUILDING
WASHINGTON, D.C.



4 | U S E



ROBERT C. MCEWEN
U.S. CUSTOM HOUSE
OGDENSBURG, NEW YORK

Constructed in 1810 for private use, then leased and later acquired by the government, GSA's oldest building received a new standing seam metal roof using Section 111 outleasing proceeds.

## Leasing

When space is not available in government-owned buildings, historic buildings receive first preference in searching for leased space. GSA leases roughly 175 million square feet in 7,106 buildings. Of these, approximately 74 are historic buildings, providing GSA more than 2 million square feet of space. More than a third of these buildings are owned by the U.S. Postal Service; a few are controlled by the National Park Service. The remaining are privately owned.[11]

Through an interagency Memorandum of Agreement (MOA), GSA cooperates with the U.S. Postal Service to keep historic post offices occupied and viable as public buildings in areas where the government maintains a federal presence. These leases have a critical impact on older central business areas by keeping significant civic buildings in public use. Postal inventory downsizing puts some of these leaseholds at risk. At the same time, federal interest in maintaining a tenancy will likely be seen by some developers as advantageous by providing immediate cash flow from an existing tenant. GSA's principal post office building tenant is the U.S. Courts, which occupy nearly half of GSA's historic post office leases. Generally, these are historic buildings that have housed federal courts for many years but remain controlled by the U.S. Postal Service because the postal service is the principal occupant. In some locations, such as New Bern, North Carolina, the courts have expanded to become a primary tenant, prompting GSA to acquire the building they occupy. Other major GSA tenants in post office buildings are the U.S. Customs Service (12 percent), congressional offices (12 percent), and the Federal Bureau of Investigation (11 percent).

In 2000, when GSA was reassessing its price preference policy in the wake of the new locational hierarchy established by Executive Order 13006, the Center for Historic Buildings undertook a study of GSA historic building leasing to assess the merit of continuing or modifying GSA's 10 percent lease price (cost) preference.[12] The preference allows offerors of qualifying property to compete for lease awards at a leasing rate 10 percent higher than the lowest offer meeting the federal agency's requirements. Goals of the study were to determine the impact of the price preference on lease selection and to develop strategies to increase leasing of space in historic buildings.

---

[11] Leases identified by available STAR data and a survey of Regional Realty Specialists, reported in "GSA Historic Building Leasing," GSA Historic Buildings and the Arts, June 2000; updated in 2007 using current STAR data.

[12] The preference allows an additional 10 percent lease cost, to compensate for the additional expense of conforming to Secretary of Interior Rehabilitation Standards, as required by the NHPA and to comply with NHPA mandates requiring the government to give first consideration to using historic buildings to meet agency space needs.

 U S E

Although most historic buildings leased through competitive space procurement had, for the most part, won the leases on their own merits, the 10 percent lease cost advantage was sufficient to tip the balance toward historic buildings in a number of important cases, showing that the preference, while not making the critical difference for most historic building leases, remains important where the presence of the federal government in the historic town center is an important stabilizing element. The final lease acquisition rule, published in the October 19, 2001 Federal Register, retained the 10 percent lease price advantage for historic building offerors, adding a 2.5 percent lease price advantage for undeveloped sites in historic districts located within city centers.

Despite potentially greater distance between regional preservation staff and realty transactions as a result of its national broker contract, GSA is pleased to report noteworthy successes during the 2008 to 2011 reporting period as the Internal Revenue Service (IRS) and NARA continue seeking opportunities to locate in historic properties within downtown historic districts. IRS regional consolidations have infused federal investment into historic town and city centers at three major processing locations, spurring welcomed economic development. In March 2011, the IRS finished settling into the newly rehabilitated 1935 Main Post Office in downtown Philadelphia, the culmination of a 10-year effort that began when plans were under way to relocate postal processing operations and sell the property to the University of Pennsylvania as part of the University City Gateway revitalization. The IRS expressed interest in the post office as early as 2002 and GSA entered into an arrangement to lease the property for the IRS after it was sold by the University for private redevelopment, allowing the project to qualify for preservation tax credits. The $252 million project restored entry rotundas containing elaborate mosaic domes and rehabilitated the 880,000-square-foot structure to house 5,000 employees, a day care center, a credit union, and a large cafeteria, adding a 200-foot-long atrium to admit daylight into the center of the 400-foot-deep floor plate. The University City Gateway initiative brings together public and private stakeholders to make the most of the transit and university hub at the juncture of Philadelphia's historic Market Street corridor and Schuylkill River.

Earlier IRS consolidations reactivated Kansas City's historic Main Post Office, completed in 2006, and two turn-of-the-century warehouses in Ogden, Utah, near the confluence of the Ogden and Weber Rivers. The Twin Rivers Complex, a brownfield redevelopment consisting of a rehabilitated historic furniture warehouse and a compatible new building completed in 2002, together with the Scowcroft Building, a rehabilitated historic warehouse completed in 2004, transformed Ogden's 80 percent vacant central business district, spurring adaptive use of the nearby historic American Can Building as a high-tech education and research center and the rehabilitation of other historic buildings within the town's Twenty-fifth Street historic business district and Jefferson Avenue residential historic district. In turn, this redevelopment provided the impetus for the development of a multimodal transit center across from the Twin Rivers Complex. The Twin Rivers



PRIVATELY FUNDED REDEVELOPMENT OF DOWNTOWN PHILADELPHIA'S MAIN POST OFFICE WILL RESTORE ELABORATE MOSAIC DOMES AND PROVIDE 880,000 SQUARE FEET OF SPACE TO HOUSE 5,000 IRS EMPLOYEES, A DAY CARE CENTER, CAFETERIA, AND 200-FOOT LONG ATRIUM TO ADMIT DAYLIGHT INTO THE BUILDING'S 400-FOOT DEEP FLOOR PLATE.

DESIGNED BY BOHLIN CYWINSKI JACKSON

MAIN POST OFFICE
PHILADELPHIA, PENNSYLVANIA

4 USE

Complex earned GSA and the developer a Heritage Award from the Utah Heritage Foundation in 2003. The Scowcroft Building won the Heritage Award in 2004, while also earning a LEED silver rating, a federal tax credit for a certified rehabilitation, a 2007 Energy Star Award, and a profile in the EPA online success stories of brownfield development. Together, these projects have brought 1,500 IRS employees to Ogden's central business district.

GSA has also found support for relocating to historic buildings in the nation's caretaker of federal documents. In 2009, NARA joined the IRS in relocating to a historic building in Kansas City's historic central business district. Lease redevelopment of the 1914 Adams Express Building, adjacent to the city's recently redeveloped Union Station, will include public exhibit space, the NARA gift shop, public workshop space accommodating up to 150 people, and 5,000 square feet of stacks where materials are stored in state-of-the-art environmental conditions. NARA's relocation provides a level of public visibility and access the agency has not been able to offer since moving to GSA's suburban Bannister Road Federal Complex in 1969.

GSA's 15,000-square-foot lease for the Social Security Administration in Poughkeepsie, New York, illustrates how leases that are small by GSA standards can be meaningful where they breathe economic life into struggling Main Streets. Once a thriving department store and centerpiece of Poughkeepsie's Main Street commercial district, the Lucky Platt Building had been vacant for close to twenty years when GSA secured the street-level retail lease in the newly rehabilitated mixed-use building for occupancy in 2009. By January 2010 the city reported that the building was 70 percent occupied and announced plans to invest $2.3 million in "Restore New York" block grant funds to support the neighborhood and help to ensure sustainable success for the Lucky Platt Building.

Since 2008, GSA has made substantial inroads in its efforts to track historic building leases, having established construction dates as a mandatory data field for new or renewing leases as the migration to a new space billing database begins in July 2011. As a result, GSA can now account for 406 leases in historic buildings, more than double what it had estimated during the previous reporting period. Historic building leases average less than 30,000 square feet. Continuing challenges include inconsistent use of standard solicitation clauses outlining Section 106 requirements and realty specialist difficulties flagging potentially eligible mid-century buildings or nonmonumental buildings, such as warehouses. A solution that has been proven effective in GSA's Mid-Atlantic Region, where leases in historic buildings make up a substantial portion of

the overall leased inventory, is a space acquisition database designed to ensure that required preservation and environment compliance actions are completed in a timely manner. The electronic Space Acquisition (eSAC) system includes prompts and linking capabilities that allow relevant documents to be reviewed and exchanged through an email checkpoint flagging system developed in cooperation with regional preservation and environmental staff. It also includes standard responses ("need more information") so that all participants can be kept informed on the status of a leasing action. Most significant, it ensures that regional preservation staff members have an opportunity to review and participate in all lease actions before solicitations are issued and decisions are made. Since the database was launched, compliance omissions within the region have decreased substantially. GSA is exploring adapting the prototype as a national application in its new Google cloud environment. The national preservation program is also participating in training held periodically for GSA lease brokers, and planning for more in-depth Section 106 compliance training tailored specifically to the needs of GSA realty specialists is in development.

Realty specialists can tip the balance toward reuse by encouraging clients to think creatively about their space needs and consider the unique qualities historic buildings offer. Establishing relationships among tenants, project teams, and the community also builds agency awareness of the government's potential to contribute to the economic health and vitality of older towns by reinvesting in vacant historic buildings and existing infrastructure.

4 | USE



U.S. COURTHOUSE
NATCHEZ, MISSISSIPPI

THE CONVERSION OF THE 1850s MEMORIAL HALL, DONATED BY THE CITY OF NATCHEZ TO SERVE AS A FEDERAL COURTHOUSE, DEMONSTRATES THAT DOWNSIZING CAN RESULT IN A NET PRESERVATION GAIN, WITH COOPERATION BETWEEN GOVERNMENT AND COMMUNITY ADVOCATES.

## Acquisition

GSA works closely with communities to make the most of historic properties that it has the opportunity to acquire. One of the most important precedents in GSA's ongoing effort to integrate its preservation and portfolio strategies has been the exchange of a larger historic courthouse for a smaller historic landmark, enabling a shrinking federal court to maintain a monumental presence. Federal court functions in Mississippi moved from Vicksburg to Natchez in early 2004. GSA worked with officials of both cities to transfer the partially vacant Vicksburg courthouse out of the inventory and acquire the Greek Revival Memorial Hall from the city of Natchez.

GSA's 2008 film *A Homecoming in Natchez* documents the city's lengthy search for a suitable reuse and the value of a federal presence in the heart of historic Natchez, a city of antebellum mansions and historic commercial buildings substantially dependent on heritage tourism. Natchez reigned, not only as the richest town in the South, but as the richest per capita in the entire United States, when the Natchez Institute, the city's public school system, built the auditorium known as Memorial Hall on donated land in 1853. One hundred and fifty years later, the Historic Natchez Foundation was pleased to donate the property to the federal government for a high-profile public use that would preserve the building and stimulate the local economy. To help underwrite the costs of rehabilitation, the county and city contributed $1.8 million in bonds, while the state contributed $400,000 through its Archives and History grant program. The balance of the project, completed in October 2007, was funded through historic building outlease revenue, GSA minor repair and alterations funding, and funding provided by the future tenants, the U.S. Courts and the U.S. Marshals Service. Completed in 2007, the adaptive use success demonstrates that transfers of underutilized federal historic property can result in a net preservation gain, with cooperation between federal and local government programs and community advocates.

Another recent acquisition and reinvestment that generated tremendous community good will is GSA's rehabilitation of the Georgian Revival U.S. Post Office and Courthouse in New Bern, North Carolina. At the time of the building's 1935 completion, the new courtroom, conspicuously ornate for a building of modest size, prompted humorist Will Rogers to remark that the local politician spearheading the project had brought home the bacon and the concrete, too.[13]  In 1992, the Post Office vacated the 40,000-square-foot building, placing the courts in jeopardy of losing their location in a popular local landmark that had long met their needs. Amid energetic lobbying by the courts, GSA acquired the building in 2004 and received $10 million in capital program funds to rehabilitate the building. Planned as part of the town's 300th anniversary celebration, the September 2010 ribbon-cutting ceremony included a reenactment of the precedent-setting Bayard and Singleton Case of 1787, depicted in one of the building's three historic murals. Like Natchez, the city's integral involvement underscores just how important a federal presence within a focal, city-center landmark can be.

---

[13]  "Please Pass the Pork" from a series of articles Will Rogers published weekly in papers nationwide during the Great Depression (1935).



USE

A recurring Section 106 compliance challenge is the reduced general public access that can result from post office relocations out of prominent public buildings that the postal service and federal courts (and other agencies) have shared for many years. GSA works with the U.S. Postal Service and community organizations to seek solutions, such as a reduced postal retail presence, that allow continued public access to important community landmarks. At the Pioneer Courthouse in Portland, Oregon, GSA's Section 106 Memorandum includes regularly scheduled tours and other events as a measure of sustained support allowing the community to benefit from the government's investment in the building's restoration and rehabilitation.

One of GSA's most significant commercial building acquisitions in recent years was substantially completed in Atlanta, Georgia, in 2010. When GSA was first exploring alternative space expansion solutions for the Elbert P. Tuttle U.S. Court of Appeals Building in 2001, the courts expressed doubts about the potential for any existing building to meet their program needs. Community interest in preserving adjacent historic buildings prompted GSA to undertake a detailed feasibility study examining options for reusing the adjoining block of early twentieth-century commercial buildings in the city's Fairlie Poplar National Register historic district. Despite initial concerns about the challenges of consolidating multiple buildings of differing construction types, floor levels, and layouts, the courts came to embrace the community's preferred alternative of reuse and GSA moved forward with adaptive use planning in 2005. Renamed and rededicated in 2011, the rehabilitated John C. Godbold Federal Building met the courts program needs and LEED rating requirements for sustainable design. Interagency Security Standards were met by reinforcing the building with a structural mesh.

The year 2011 also brought to fruition the restoration and interpretation of a small but singularly important community landmark acquired as part of GSA's Frank M. Johnson, Jr. U.S. Courthouse annex construction in Montgomery, Alabama, completed in 2002. The former Greyhound bus station is famous as the site of 1961 riots spurred by the arrival of civil rights advocates known as Freedom Riders seeking to desegregate public transportation throughout the South. GSA leased the 8,000-square-foot building, constructed in 1951, to the Alabama Historical Commission to serve as a civil rights history museum. The Freedom Riders Museum opened to the public on Friday, May 20, 2011, at 10 a.m.—fifty years to the hour after the twenty-one young riders met an angry mob at the station. To ensure appropriate security for the nearby federal courts, GSA's outlease agreement with the historical commission reserves the right to close the museum to limit public access to the property during times of heightened security, a solution that has successfully met federal security and stewardship goals for the site. The station was entered into the National Register on May 16, 2011.

GSA's acquisition and relocation of historic Odd Fellows Hall in downtown Salt Lake City illustrates extraordinary measures the federal government can occasionally take to respond to strong community sentiment about its heritage. Located on the selected site of GSA's Frank E. Moss U.S. Courthouse annex in Salt Lake City, the elaborately decorated 1891 building is important to Salt Lake City citizens for the role the fraternal organization once played in the lives of the city's non-Mormon residents, as the South Main Street anchor of commercial and social life outside of Temple Square. In the days before government welfare and social



Despite the challenges of consolidating multiple buildings of differing construction types, floor levels, and layouts, the courts came to embrace the community's preferred courthouse annex alternative of reuse over clearing the lots for new construction.

JOHN C. GODBOLD FEDERAL BUILDING
(TUTTLE COURTHOUSE ANNEX)
ATLANTA, GEORGIA



U S E

services, fraternal organizations often provided the only social insurance support available to many families. GSA plans to move the hall across the street for sale with preservation easement protection faced an array of technical challenges before the 2,500-ton building was successfully moved to its new lot in 2009. Time lapse videos posted on YouTube show the 48-foot Romanesque brick building, encased in protective steel banding, being lifted off its foundation, rolled by 55 dollies containing 440 tires onto the adjacent lot, spun 180 degrees to face the courthouse, and rolled across the street to its new Market Street location across from the courthouse. The building sold in August 2010 for $1.2 million. The Utah Heritage Foundation, which holds the preservation easement on the building, will oversee the building's ongoing maintenance, repair, and adaptive use.

Most challenging are expansion sites in premium urban markets where pressure for financially optimal site utilization is greatest, given GSA's need to justify and recapture its site acquisition and construction costs in market-based rents. Consultation continues on State Street buildings adjoining GSA's Chicago Federal Center in the Chicago Loop historic district, where the future of two historic skyscrapers remains uncertain. GSA acquired the 1.3-acre site, directly east of the Everett M. Dirksen U.S. Courthouse, in 2005 to provide opportunities for expansion to relieve space pressures in the Chicago Federal Center, extend the federal presence within the Chicago Loop, and improve security for the courthouse, a paramount concern following the 9/11 attacks. The north half of the site, containing two noncontributing commercial buildings and two early twentieth-century high rises, has been the subject of a series of feasibility studies aimed at determining the optimal balance of site utilization and preservation for meeting the needs of GSA's federal tenants, while addressing stewardship goals for the Chicago Loop historic district. Both terracotta-faced buildings are contributing buildings in the historic district.

Prior to acquiring sites containing historic buildings, GSA works with agencies to consider reuse options and to explore other sites when reuse is not possible. In some cases, such as GSA's site selection for expansion of the Lewis F. Powell, Jr. U.S. Courthouse in downtown Richmond, Virginia, a community may place greater priority on locating a federal presence where it will stimulate a depressed central business area, justifying some preservation tradeoffs. In Richmond, locating the courthouse in a priority economic development area was more important than locating elsewhere to avoid demolishing a block of historic buildings. Informal consultation with preservation advocacy groups and city planners initiated well before formal Section 106 compliance begins can help to shed light on local priorities to arrive at locational decisions that achieve the best possible balance for the government and community.

## Integrating GSA's Portfolio and Stewardship Strategies

GSA began working toward its portfolio strategy in the early 1990s with the National Performance Review. Initial efforts to improve PBS's fiscal performance concentrated on eliminating non-revenue-producing space and giving preference to use of government-owned space over leased space. GSA overhauled its rent-pricing policy to pass above-standard costs, such as those required to meet the specialized needs of federal courts and border stations, to the tenant agencies requesting them. These pricing changes enabled GSA to recoup leasing and new construction costs, but not necessarily to recoup all GSA costs for investing in government-owned space.

Responding to GAO studies expressing alarm at the federal government's backlog of repairs and aging inventory, GSA released a new Portfolio Strategy in 2001. The strategy called for reshaping and reinvesting in the owned inventory, culling it of poorly performing assets, to ensure the inventory's long-term financial sustainability.

Recognizing that government interests necessarily go beyond those of private investors, GSA's Center for Historic Buildings and Office of Real Property Asset Management began working together to integrate GSA's stewardship strategy for keeping historic buildings occupied and viable with portfolio management initiatives for financially sustainable management of the owned inventory. In August 2002, they jointly issued, under the Commissioner of the Public Buildings Service, GSA's *Legacy Vision*, a policy of preference for historic properties, especially monumental and architecturally significant buildings that best represent the federal public building legacy. The goal of the *Legacy Vision* is to position the government's finest buildings to be the strongest financial performers possible, by taking a second look at historic buildings that are not performing well and exploring specific turnaround measures to make them financially viable.

GSA's 2002 Restructuring Initiative categorized buildings as performing, under-performing, and non-performing using quantitative measurement methods to assess financial performance on the basis of a building's market value, physical condition, and financial return.

Results of this analysis place buildings in one of three performance tiers calling for reinvestment, corrective effort, or disposal as follows:

**Tier 1.** Strong financial performers for which GSA anticipates a long-term customer need are given priority for long-term retention and reinvestment.

**Tier 2**. Mixed performers that might be improved with appropriate reinvestment will be considered for capital investments on the basis of projected return.

**Tier 3.** Poor performers for which future financial prospects remain poor are priorities for third party reinvestment financing or disposal. Includes some buildings awaiting repair and alteration project completion to restore income stream.

4 U S E

By 2006, historic building disposals pending or completed totaled sixty,[14] while an equal number of finan-cially troubled historic properties were upgraded from to Tier 1 or Tier 2 status, indicating that regional turnaround efforts were succeeding. By 2007, with the restructuring initiative substantially implemented, GSA turned to long-term strategic planning to define the agency's core, or long-term hold, assets while continuing to monitor building performance nationwide, developing exit strategies for nonperforming assets, reinvestment strategies for performers, and cost containment strategies for under-performers.

GSA's 2010 Portfolio Reinvestment and Asset Repositioning Strategy focused on long-term customer needs, market location strength, financial performance, and the condition of each building weighed against anticipated reinvestment costs. Consistent with GSA's *Legacy Vision*, the core assets initiative also takes into consideration strategic values that include historic and cultural significance, along with community interests in a property, as part of GSA's criteria for long-term asset planning. ARRA has provided a rare opportunity to reduce the government's repair and alterations backlog and reinvest in prime legacy buildings that had been at risk for disposal.

### GSA Legacy Vision

To reconcile GSA responsibilities for sound real estate management and historic property stewardship consistent with the NHPA, GSA issued *Integration of a Federal Legacy Vision with GSA's Portfolio Strategy for Restructuring and Reinvesting in the Owned-Inventory* in August 2002. The paper's Legacy Vision broadened the Portfolio Strategy's financially driven philosophy to include cultural considerations such as taxpayer investment in a federal presence and public building legacy—especially the monumental buildings and architectural icons symbolizing the role of the government in the daily lives of its citizens.

Measures for turning around troubled legacy buildings include:

- Monitoring and reducing costs of cleaning, maintenance and utilities;

- Undertaking necessary repairs and improvements to eliminate vacant space;

- Actively marketing historic buildings to fill vacant space, relocating tenants from leased space or nonhistoric federal buildings;

- Supplementing a predominantly federal use with nonfederal use, through outleasing;[15] and

- Undertaking required maintenance and minor repairs to minimize deterioration and more costly future repairs.

The *Legacy Vision* acknowledges that GSA will inevitably retain a limited number of historic buildings—chiefly legacy properties—on the financial fringe. Some are occupied by tenants under special congres-sional authority waiving their obligation to pay rent into Federal Buildings Fund.

---

[14] Historic building disposals were roughly proportionate to disposals in the overall owned building inventory. By 2010 GSA's Portfolio Management program reported that more than two hundred GSA properties valued at $267 million and covering more than 9.5 million square feet had been disposed of since the restructuring initiative began in 2002. Portfolio Reinvestment and Asset Positioning Strategy, 2010.

[15] GSA Real Property Asset Management guidelines stipulate that outleases must be of limited terms, for compatible tenants, and in the government's financial interest to ensure that leases do not tax the Federal Building Fund. Outleases may be used as a temporary holding strategy, provided there is a reasonable likelihood of a future federal use.

**Historic Building Performance**

Since the tiering was established, the Center has been tracking nonperformers and under-performers to better understand their shortcomings and identify the most effective turnaround strategies. On the whole, the strongest performers among GSA's historic buildings are large buildings (more than 50,000 sq. ft.) located in major metropolitan areas. Weaker performers tend to be smaller buildings located in smaller towns where rent rates were lower. Over the whole inventory, Tier 1 buildings average 103,941 square feet compared with Tier 3 buildings averaging 77,149 square feet. More than half of the smaller historic buildings in smaller cities are poor performers being considered for disposal, with high concentrations in the Southeast Sunbelt and Southwest Regions, especially areas where population has declined, often resulting in greater vacancy and lower market rate rents. Nearly one-fourth of GSA's historic buildings initially classified as Tier 3 nonperformers were more than 50 percent vacant.

At the end of FY 2010, approximately one-quarter of GSA's historic buildings ranked as Tier 1 performing (core) assets, chiefly legacy buildings in strong urban markets, up from 15 percent in 2003. Another quarter were categorized as Tier 2 nonperforming (transitional) assets, properties that can often be raised to Tier 1 through targeted investment or marketing efforts. Close to half of GSA's 479 historic buildings ranked as Tier 3 under-performing assets, a handful of which are actually core assets being modernized or awaiting redevelopment.

As competition for limited capital investment funds continues, proactive strategies for sustained positive cash flow remain more important than ever. Troubled building turnaround efforts will continue to focus on portfolio-wide solutions to endemic problems and building-specific remedies to address obstacles such as low market rent, inefficient space layouts that effect rental rates, and repair and alteration needs that keep many significant buildings from performing.

 U S E

## Performance Challenges and Remedies

GSA regions continue to struggle with contradictory customer desires, design directives, and policy goals. In the face of these challenges, GSA's commitment to giving preference to occupancy in historic buildings, as required by the NHPA and Executive Order 13006, offers the best hope for keeping treasured public buildings public. This commitment begins by planning well in advance of prospectus project development to ensure that new construction supplements, rather than replaces, important historic buildings—especially courthouse expansion. Equally important is a commitment to applying tenant requirements flexibly so that available historic buildings are not summarily dismissed without appropriately analyzing their adaptability to serve new functions.

GSA's *Legacy Vision* dovetails appropriately with the Obama Administration's June 2010 Presidential Memorandum calling for the government to dispose of unneeded federal real estate and reduce its reliance on costly leased space. Implementation of the Portfolio Strategy had already culled hundreds of substantially vacant properties from the inventory when the Memorandum was issued and GSA responded by affirming its plans to reinvest in its core assets, turn around or dispose of transitional assets, and seek opportunities to relocate agencies from leased space to government-owned buildings. To that end, GSA's national preservation program is collaborating with regional preservation staff and asset management teams to develop Regional Action Plans focused on identifying and implementing turnaround strategies for at-risk legacy buildings. Concurrently, GSA is working to protect the federal government's leasehold interests in ten surplus post office buildings in which GSA tenants are primary occupants. Funds to acquire Postal Service property are limited, but discussions are under way to explore acquisition of high-priority landmarks such as the Frank R. Lautenberg Post Office and Courthouse in Newark, New Jersey, where the federal courts remain a primary tenant in space constructed specifically for them that has recently undergone a successful restoration. Backup strategies include leasehold guarantees that would convey properties with a requirement that transferees allow federal tenants to remain throughout the length of the lease agreement.

GSA is also taking a second look at planned space actions, including lease actions and new construction projects that await funding, in light of the Memorandum's imperative to minimize waste. The directive may provide an opportunity for revisiting construction plans that will make legacy buildings redundant, including some located in depressed markets that may not easily absorb additional vacancy.

Often it is assumed that historic buildings are more expensive to own and operate than nonhistoric buildings. Yet GSA data on operating costs and targeted reinvestment successes suggest that smaller historic buildings can offer certain financial advantages over economically constructed contemporary buildings. To start with, historic buildings operate at a lower cost than nonhistoric buildings. In 2008 historic buildings represented close to one-third of the owned inventory and generated one-third of GSA's Federal Buildings Fund revenue, while operating at a cost of only $4.08 per square foot, 16 percent lower than the inventory's average of $4.87 per square foot. Smaller buildings require much less in rehabilitation funds as well. An investment of one or two million dollars can be sufficient, in a small monumental building, to fund critical systems, code compliance, or space improvements needed to retain or secure a tenant. For example, $7.5 million, partially matched by $2.2 million in state and local funding, bought a top-to-bottom rehabilitation

for the U.S. Courts at the 1853 Natchez Memorial Hall. The project may or may not have passed standard return-on-investment criteria, but at the close of the project, GSA had a fully occupied building positioned for positive cash flow that contributes to the Federal Buildings Fund. In examining the financial health and viability of the monumental inventory, it is important to consider absolute costs and the government's long-term interests as well as commercial performance benchmarks.

A leading cause of high building vacancy has been continuing tenant relocation to leased buildings or new government-owned construction. Despite recent directives, tenant desires to expand or consolidate in a single larger building or to take advantage of amenities offered by leased buildings, such as free parking, still trigger relocations that vacate more sustainably located legacy buildings. Negative tenant opinions of declining city centers contribute to the attractiveness of new leased construction outside of city centers—opinions that can be often be changed with effective marketing. In some cases, historic building vacancy can be substantially reduced or avoided by adjusting agency housing plans to give preference to historic buildings, as Executive Orders 13006 and 13287 call on federal agencies to do. This requires identifying federal tenants in both owned and leased space willing to consolidate in GSA historic buildings. Where a diminished federal presence may be too small to support continued housing in federally owned property, an appropriate outlease arrangement may be made to rent out unoccupied space and cover the income gap.

Another continued challenge is the market-based pricing system that provides the revenue for the Federal Buildings Fund. It is difficult to recover repair and alteration costs for small monumental buildings located in depressed markets, since these buildings cost essentially the same to maintain in a poor market as they do in a strong market. Fortunately, there are precedents and limited authorities for charging above-market rent rates for rehabilitation in which agency-specific requirements demand a higher than standard investment level. For example, space that meets the requirements of the *Court Design Guide* demands specialized lease construction or construction of new federal space that cannot be procured at market rates. GSA and the courts have reached agreement to allow return-on-investment pricing for repair and alteration meeting Court Design Guide Requirements as well as new construction. This action helps to "level the playing field" when comparing rehabilitation and new construction options, by exploring payback for reuse at higher than market rates, to take into account the cost of adherence to the *Court Design Guide* and other customer-specific requirements. Although not used widely yet, the return-on-investment pricing model has had limited success at historic buildings such as the financially performing Pioneer Courthouse in Portland, Oregon. Special pricing tools have also been used for remote facilities, such as border stations, where no comparable space exists upon which to base rent. GSA sets the rent rate at these locations to cover operating and repair costs.

Security requirements prompting tenant demands for increased setbacks or sites in less vulnerable locations are another challenge. Sometimes these concerns can be addressed by placing vulnerable activities in protected locations within the building, such as office space adjoining enclosed courtyards. In some instances, security setback requirements can be met through adaptive use solutions that bring new life to functionally obsolete historic properties in campus settings, such as the transformation of St. Elizabeths Hospital NHL in Washington, D.C., into a secure, consolidated headquarters for DHS.

# 4 | USE



MARTIN LUTHER KING, JR. FEDERAL BUILDING
ATLANTA, GEORGIA

GSA's Southeast Sunbelt Region Administrator's Office and Public Buildings Service set an example by relocating to a substantially vacant, downtown legacy building. The building officially reopened in 2011 with a ceremony featuring speeches by members of the King family and veteran civil rights leaders.

## Turnaround Successes

By focusing on GSA's most significant assets and regular progress tracking, the *Legacy Vision* is helping to put valuable heritage property back in the black while supporting GSA's restructuring and core assets initiatives to achieve a financially sustainable inventory. A substantial proportion of GSA's financial turnaround successes have resulted from meaningful interventions to restore balance to a building's income-to-expense ratio, through operating expense reductions, energetic marketing to backfill vacant space, and tenant consolidation. Progressive leadership decisions by GSA regional and national headquarters to relocate in or affirm a commitment to legacy historic buildings can be expected to yield widespread public benefits for years to come.

GSA's Southeast Sunbelt Region led the way, making a decision to restore and relocate its headquarters PBS ofiices to Atlanta's substantially vacant Martin Luther King, Jr. Federal Building in 2001. GSA acquired the property when the Postal Service vacated the building in 1983. It served has home to a variety of federal agencies, including the Federal Bureau of Investigation, U.S. Immigration and Naturalization Service, U.S. Customs Service, and DHS, and began suffering financially as tenants left the building for more secure quarters in newly constructed buildings. In 2011, the building officially reopened with a ceremony featuring speeches by members of the King family and civil rights leaders who had worked with Reverend King prior to his death in 1968. The $63 million project restored the 1933 building's limestone facade, original windows, and generous postal lobby while improving its operational sustainability with building system improvements and energy conserving features, such as low flow or waterless fixtures and a new insulated roof topped with white marble ballast to reduce solar gain. Space vacated by GSA in Atlanta's Peachtree Summit Building will be backfilled with other federal agencies.

GSA's new West Coast Regional headquarters at 50 United Nations Plaza is scheduled for completion and occupancy in 2014. Beginning in 2001, the regional office began a series of feasibility studies to explore reuse options for the architecturally distinguished Federal Building in San Francisco's Civic Center District NHL. Plans to rehabilitate the Beaux Arts landmark were scrapped when the building failed GSA's return-on-investment assessment, made bleaker by San Francisco's market downturn, and federal tenant reluctance to locate in the blighted Civic Center District. After exploring options for outleasing or disposing of the building for redevelopment as housing, GSA determined that anticipated lease expirations could provide an opportunity for GSA to locate its regional headquarters into the Second Renaissance Revival icon. A $121 million ARRA project now underway will bring the building up to current codes for earthquake resistance and access for the disabled while providing sustainable workspace that meets new GSA standards for resource conservation and operational efficiency. Relocating federal tenants from leased buildings to GSA's backfill space at 450 Golden Gate Plaza, built by GSA in 1998, supports GSA's core business goal of achieving a sustainable inventory of high-performing assets that contribute to the Federal Buildings Fund. Citizens, legislators, and city officials (who once offered GSA $1 to take the building off the government's hands), now praise GSA for contributing to the Civic Center's economic renewal.

 U S E

After exploring leasing alternatives to make its well-situated headquarters building available to other agencies, in 2006, with design substantially under way, GSA announced plans to reinvest and remain in its stately 1917 headquarters building four blocks from the White House. Responding to new directives focused on improving the sustainability of the federal inventory, GSA began reexamining the project in 2009 to identify additional opportunities to conserve resources while optimizing the building's operational and financial performance, space utilization, functionality, and urban engagement. The result is a substantially transformed project with many energy-saving features, increased provisions for onsite renewable energy, and a new retail storefront on the building's extended rear facade that will serve GSA tenants, along with other agencies and institutions surrounding Rawlins Park in downtown Washington.

GSA's Midwest Regional office secured an anchor tenant to backfill the partially vacant 1915 Neoclassical Minneapolis Federal Building, using graphic simulation to market architecturally compromised spaces as they will appear restored for tenant occupancy. Suspended ceilings installed during the 1960s conceal barrel vaulted ceilings and monumental arched windows. In May 2012, the Military Entrance Processing Station (MEPS) of Minnesota will return to its former downtown location after a forty-year sojourn in Fort Snelling. The military processing agency, which administers regional army enlisting, vacated the building for the safety of the military base after anti-war protestors exploded a bomb on the property in 1970. The MEPS will occupy approximately one-third of the building, joining the new Minneapolis Passport Agency, which provides passports on short notice. Planning is under way for the National Labor Relations Board to make the stately building its home in 2012 or 2013. GSA combined $2 million in stimulus funding for roofing, ventilation and metering improvements that will make the building perform more sustainably with $1 million in outlease revenue to restore the interior and provide entrance accessibility compliant with Architectural Barriers Act requirements.

At the Alexander Hamilton U.S. Custom House in New York City, aggressive marketing efforts and carefully targeted reinvestment have eliminated the building's non-revenue-producing space for the first time since the Customs Service vacated the building in 1973. Space build-out for the National Archives and Records Administration's new education and research center, scheduled to open in late 2012, was funded by $530,000 in historic building outlease revenue. NARA joins the U.S. Bankruptcy Courts, which relocated to the building in 1987, and Smithsonian's National Museum of the American Indian, which opened to the public in 1994.

GSA's New England Regional office continues exploring rehabilitation options to assist in making the 1836 U.S. Custom House NHL in New Bedford, Massachusetts, sustainably occupiable since the National Park Service announced plans to relocate to another historic property in the New Bedford Whaling National Historical Park. Outlease-funded feasibility studies are assessing the costs and benefits of alternative retrofit technologies and rehabilitation approaches for bringing the building up to current standards and increasing its marketability in the region's picturesque, but depressed, marine economy.



FEDERAL BUILDING
SAN FRANCISCO, CALIFORNIA

After exploring options for outleasing or disposal, GSA determined that anticipated lease expirations could provide an opportunity to locate its regional headquarters in the Second Renaissance Revival icon. Rehabilitation now underway will help GSA achieve a sustainable inventory of high-performing assets that contribute to the Federal Buildings Fund.

4 USE

## Promoting Urban Location and Reuse

Executive Order 13006, issued in 1996, calls upon federal agencies to "utilize and maintain, wherever operationally appropriate and economically prudent, historic properties and districts, especially those located in our central business areas." GSA responded to the directive by issuing guidance promoting location in city center historic buildings and districts, revising its leasing price preference to reflect the new hierarchy, and modifying its standard leasing solicitations with new stipulations and guidance.

Using these incentives, GSA has achieved noteworthy lease-reuse successes, such as the adaptive use of the Boyle furniture warehouse and Scowcroft Building in Ogden, Utah, the early twentieth-century Boys Club building in Roxbury, Massachusetts, the Strawbridge Department Store building in Philadelphia, Pennsylvania, the 1914 Adams Express Building adjoining Kansas City, Missouri's Union Station, and the reuse of main post offices in Kansas City and Philadelphia for IRS space consolidations.

General Services Acquisition Regulation (GSAR) clause 552.270-2, published in September 2004, revised GSA's historic leased building price preference clause to reflect the 13006 tiered hierarchy of consideration. The new clause continues the 10 percent preference for historic buildings, but also gives a price preference of 2.5 percent for undeveloped sites within historic districts, which are given second consideration after historic properties within historic areas. Historic properties outside of historic districts are given third consideration and a 10 percent price preference. Locational policy refinements under way will take advantage of the opportunity provided by Executive Order 13514 Federal Leadership in Environmental, Energy, and Economic Performance, issued in 2009, extending the preference to historic town center main streets as well as city center historic districts. The change will address a sustainable location policy gap that Executive Order 13006 created, probably inadvertently, precluding application of the 10 percent price preference to towns and cities below the OMB metropolitan population threshold of 50,000. Recognizing the value of locating in town centers, for locational actions falling under the Rural Development Act, and in city centers, for locations falling under Executive Orders 12702 and 13006, will help to reconcile the conflicting directives with sustainable location principles that apply to all agency space actions.

GSA's *Legacy Vision*, issued in 2002, complements Executive Orders 13006 and 13514 by giving priority to use of GSA legacy historic buildings that are nearly always located in historic town or city centers.

Rising new construction costs and recent directives calling for agency use of government-owned space over leasing also support using already owned properties first. GSA regional headquarters are setting an example by locating in downtown legacy buildings. GSA's Southeast Sunbelt Region led the way, relocating its headquarters to the historic Martin Luther King, Jr. Federal Building beginning in 2001. Fully occupied in 2010, the 1933 landmark was rededicated in 2011, with King family members in attendance. A Recovery Act modernization now under way will relocate GSA's Pacific Rim office to the vacant Beaux Arts federal office building at 50 United Nations Plaza in the heart of San Francisco's Civic Center. On the other side of the country, ARRA funding will modernize GSA's Central Office so that the agency can remain in its historic Washington, D.C. headquarters, a 1917 building originally constructed for the U.S. Department of the Interior.

The EPA and federal courts have also stepped forward to support reuse of city and town center legacy buildings. EPA employees at the John W. McCormack U.S. Post Office and Courthouse moved into the

rehabilitated Art Deco tower in 2009 to find a green roof terrace, restored ceremonial spaces, and sustain-ably designed workspace, along with access to public transportation and other benefits of the building's location in the heart of downtown Boston. Courts expansion within the historic main post office in down-town Brooklyn funded repair of the building's century-old roof and terracotta facade, while maintaining a federal presence in the borough's historic business district. Federal court willingness to relocate to Natchez, Mississippi's long-vacant 1850s Memorial Hall reclaimed a threatened landmark and reactivated a focal part of the antebellum historic district. A block of early twentieth-century commercial buildings adjoining GSA's Elbert P. Tuttle U.S. Court of Appeals Building in Atlanta, Georgia, reopened in 2010 as the John C. Godbold United States Judicial Administration Building.

Acquisition of sites for lease construction or new federal construction can present greater challenges to reuse than leases involving existing buildings, since the simplest approach to meeting client requirements in a new construction project is usually to clear the site and begin with a clean slate. Agency space require-ments tend to be prescriptive; requiring design standards, solicitations, and scopes to allow flexibility so that alternate solutions can be considered is critical. Showing agencies how their requirements have been met in similar historic buildings can give them greater confidence in the ability of a historic building to meet their needs. Feasibility studies can also pave the way by requiring reuse solutions among the alternatives explored for the space action.

Noteworthy reuse successes have, at times, been initiated and championed by GSA's federal agency tenants, such as the Richard Chambers U.S. Court of Appeals Building in Pasadena, California, named for the judge who conceived converting the former La Vista del Arroyo Hotel to a courthouse. Helping an agency to visual-ize a courthouse in a much more modest (or badly deteriorated) historic building can be more challenging. Most such successes ultimately come about as a product of Section 106 consultation involving a galvanized community of stakeholders with visibly strong sentiments.

Among the most formidable challenges to reusing historic buildings, especially those not already owned by the federal government, are security setback requirements not easily met in urban historic properties. GSA is leading the way in reexamining how security standards are applied, using its 1917 headquarters modernization to set an example for responsible reinvestment. By carefully examining each assumption behind the building's security risk level ranking, GSA determined that reasonable safety could be provided with substantially less intervention and lower cost than originally assumed. As a result, the rehabilitated building will have operable windows and a greatly reduced number of impact-resistant bollards. GSA encourages its tenant agencies to examine each circumstance individually and consider reuse of historic buildings where reasonable security can be achieved.

Despite the challenges of disrupted commuting patterns and negative perceptions about depressed business areas, GSA tenants have shown a willingness to relocate to downtown sites where their basic space needs can be met. Working with tenants and community leaders can help to raise awareness of the government's potential to act as a catalyst for social and economic good. Agencies that lease space in historic districts often receive such a warm community response that they will seek out historic buildings to meet subsequent space needs.

4 | USE

### Stewardship Planning for Historic Properties Leaving the Federal Inventory

When market conditions, demographics, long-term government space needs, and community interest do not support retention of property in the federal inventory, GSA works with state and local governments and community groups to identify appropriate uses and reliable stewards.

Many historic building transfers use either the public benefit or historic monument transfer provisions of GSA's disposal authority under 40 U.S.C. 550. Public benefit disposals include transfer to government entities or nonprofit institutions for recreational, park, educational, or other public purposes, including government offices. These authorities allow transfer at below market value to provide public benefits, including preservation and continued public access. Historic monument transfers also allow reversion of transferred properties to government ownership should a transferee fail to preserve the property as stipulated in the transfer agreement.

GSA has developed a range of model procedures to better ensure that exceptional historic properties are transferred to capable stewards for compatible uses, with oversight provisions to address stewardship risks and unexpected challenges. Transfer documents for GSA's conveyance of the U.S. Courthouse in Cedar Rapids, Iowa, to the city of Cedar Rapids included provisions obligating the transferee to retain preservation-qualified architects and construction contractors. In response to concern that qualification restrictions might hinder competition, the terms were written flexibly enough to allow architects and contractors multiple ways to meet the qualification requirements, such as prior project approvals through tax act or local historic area work permit review. The MOA included implementation time limits for the building's not-yet-determined future use, to ensure against damage or loss that may result from an extended building vacancy. Sadly, before the transfer could be completed, Cedar Rapids suffered the worst flood in city history. The Iowa Flood of 2008 submerged thousands of downtown buildings, including the 1933 courthouse, where water rose four feet above the first floor. Faced with an absence of power, potable water, and heat, GSA moved quickly to clean, sanitize, stabilize, and dehumidify the damaged building before freezing weather set in. While repairs were under way, GSA also took the opportunity to restore the building's elaborate ornamental ceiling, woodwork, Kasota stone walls, and remaining postal boxes, even restoring long-covered WPA-era murals in the courtroom. Had GSA not responded rapidly and capably, much of the courthouse's ornamental interior might have been lost, putting the viability of the building in jeopardy. Instead, in 2010, the building transferred to the city ready for occupancy and the project team was recognized in a GSA Design Excellence Preservation Award Citation.



When the Iowa Flood of 2008 submerged GSA's 1933 courthouse, GSA moved quickly to clean, sanitize, stabilize, and dehumidify the damaged building before freezing weather set in. GSA also took the opportunity to restore the building's ornamental ceiling, woodwork, stone walls, postal boxes, and long-covered courtroom murals, so that the building would remain viable for reuse by the city after its transfer out of federal ownership.

FEDERAL BUILDING
AND U.S. COURTHOUSE
CEDAR RAPIDS, IOWA

4  U S E

Despite many conveyance success stories, over the years it has become increasingly evident that MOAs and covenants alone do not always provide sufficient protection, resulting in the deterioration and occasional loss of historic buildings that are ancillary to planned development or other uses for which a property was acquired.[16] GSA's first in-depth disposal compliance policy and guidance document, released in 2008, describes innovative transfer provisions and mitigation measures that GSA has developed to address stewardship risks associated with historic property conveyance. Jointly prepared by GSA's Center for Historic Buildings, Office of Disposal, and General Counsel, the *Historic Property Disposal Guide* is available online to GSA staff, and as a spiral bound handbook, with annotated sample documents illustrating each approach described in the guide. GSA, in collaboration with the Advisory Council on Historic Preservation, has also begun a series of intensive onsite training sessions that provide GSA's regional disposal specialists opportunities to learn about precedent-setting transfers nationwide and discuss the applicability of approaches detailed in the handbook to a range of real life scenarios.

GSA's historic monument and public benefit conveyance authorities provide flexibility to collaborate with governments and certain institutions to make "best preservation fit" historic building transfers possible. These authorities do not allow GSA to directly negotiate transfer arrangements favorable to a number of nonprofit organizations, however, such as historical or cultural foundations. Such transfers generally rely on legislative intervention (Galveston Custom House to Texas Historical Foundation) or a municipal or state government able to sponsor a nonprofit reuse (Grove Arcade to the City of Asheville, North Carolina) or private redevelopment on behalf of a state or local government that will provide amenities important to the community (U.S. Mint to City of San Francisco, U.S. Post Office and Custom House to the City of St. Louis).[17]

When a public benefit or historic monument transfer is not an option, GSA can condition a public sale on bidder acceptance of preservation requirements such as covenants, third party oversight, development team qualifications, a preservation easement, or public interpretation. In a public sale, GSA cannot give preference to a particular use, but can provide details on how conditions will be applied to a particular property, to aid bidders in determining the types of uses for which a property may be adapted. GSA's transfer documents for the Middle River, Maryland, Depot included a Question and Answer (Q & A) appendix, created in cooperation with the Maryland State Historic Preservation Officer, explaining what kinds of changes would be acceptable under the property's preservation easement. The Q & A helped developers and bidders estimate the cost of adapting the property to serve new uses. As a result, the property sold for substantially more than anticipated, demonstrating that preservation easements and covenants do not necessarily reduce a property's market value. GSA can also test the market using a two-step solicitation process, refining or eliminating conditions that cannot be met under current market conditions.

---

[16]  Examples include the deterioration of historic bungalows from the La Vista Del Arroyo Hotel property in Pasadena, California, sold to a developer when the main hotel building was restored for reuse as the U.S. Court of Appeals, and by the burning of the U.S. Naval Asylum NHL in Philadelphia, sold for commercial redevelopment and vandalized repeatedly during a period of extended vacancy. Historic buildings at a number of public benefit recreational properties, such as the 1908 Wood Island Life Saving Station in Kittery, Maine, have also suffered, with citizens appealing to GSA for assistance exerting pressure on financially stretched state or municipal government property owners.

[17]  The Galveston Historical Foundation leased the U.S. Custom House, GSA's oldest building west of the Mississippi, for ten years prior to legislative transfer in 2010. During the outlease term, the foundation restored significant spaces and established an educational center providing increased opportunities for public access to the building. The City of Ashville maintains retail activity in the historic Grove Arcade through the nonprofit Grove Arcade Public Market Foundation. Once the center of Ashville commercial and civic life, the 1929 arcade was confiscated by the federal government during World War II, closing seventy-four shops and 127 offices, then transferred to the city in 1997. The City of San Francisco has entered into a ground lease arrangement for private redevelopment of the National Historic Landmark as a museum and entertainment center. Through the nonprofit Missouri Development Board, the City of St. Louis entered into a similar ground lease redevelopment arrangement that funded restoration and rehabilitation of the St. Louis U.S. Post Office and Custom House for use by the state courts, a city library, Webster University, a local newspaper, and retail. The building was fully occupied soon after reopening in 2009.

Another option available under the NHPA is outlease-disposal under Section 111. Through the outleasing process, GSA can issue solicitations allowing the government to weigh a variety of factors and select the best value for the government, balancing stewardship and other goals such as financial return and long-term viability. Such outleases create an opportunity for an adaptive-use trial run allowing the government to assess a promising reuse option, while also allowing the transferee time to garner support for a legislative transfer solution.

GSA's recent transfer of the 1861 Galveston, Texas, U.S. Custom House to the Galveston Historical Foundation is a model example of an outlease, followed by disposal to a stewardship-committed nonprofit providing a public amenity. Through congressional legislation, the property transferred after a twelve-year outlease occupancy during which the foundation raised funds to restore significant architectural features and successfully establish a public education center that provides community access to the landmark. Because the foundation does not qualify as an educational institution under public benefit criteria, had GSA not opted to outlease the underutilized custom house, the foundation would have had to rely on the city or state government to pursue a negotiated sale with subsequent transfer to the foundation, or hope for the best in a public sale on the open market.

Another example of sympathetic outlease-disposal for commercial reuse is GSA's transfer of the San Antonio Arsenal, containing buildings dating to the 1860s and 1870s, to the Texas-based HEB grocery store chain. During their fourteen-year outlease of the property for warehouse and parking use, HEB proved a committed and capable steward, expanding GSA's National Register nomination for the site from eight to fourteen buildings in 2000 (HEB had already nominated its own historic corporate headquarters nearby). HEB's use of the property was appropriate and their maintenance and upkeep exemplary. In exchange for GSA's underutilized arsenal, HEB will fund construction of a parking garage for the historic Hipolito F. Garcia Federal Building and U.S. Courthouse, a legacy historic building across from the Alamo, alleviating GSA's burden on the city of San Antonio, where parking, critical to the viability of the retail district, is in short supply. The HEB-funded garage, in turn, will help to ensure full occupancy of GSA's 1937 Garcia Courthouse, where a major modernization is under way to restore and sustainably upgrade the property for continued federal use. Refining Section 111 to authorize direct disposal to Section 111 lessees would simplify the process by eliminating the need for legislated transfer or state or local government sponsorship when lessees have already proven their stewardship commitment through successful reuse.

Emerging issues include acceleration of GSA efforts to dispose of underutilized property in suburban federal centers, in response to the June 2010 Presidential Memorandum,[18] and disposal complexities introduced by the large number of mid-century buildings now within or approaching the National Register's fifty-year eligibility threshold. Properties less than fifty years old must be exceptionally significant to qualify for the Register, generally eliminating less distinguished buildings from consideration. As properties reach fifty years of age, eligibility must be assessed and will be more difficult to resolve for the larger but less distinguished pool of buildings.

---

[18] June 10, 2010, "Presidential Memorandum–Disposing of Unneeded Federal Real Estate" found at
http://www.whitehouse.gov/the-press-office/presidential-memorandum-disposing-unneeded-federal-real-estate.



4 | U S E



NATIONAL PARK SEMINARY
(WALTER REED ARMY MEDICAL CENTER ANNEX)
FOREST GLEN, MARYLAND

AT RISK BUILDINGS IN THE FORMER GIRLS' FINISHING SCHOOL WERE SAVED BY INCLUDING LAND FOR REDEVELOPMENT IN THE TRANSFER TO SUPPORT STABILIZATION AND RESTORATION OF THE DETERIORATED STRUCTURES.

Having substantially culled the inventory of individual nonperforming buildings, GSA is now turning to the challenging and lengthy process of incrementally disposing of underutilized suburban federal center properties acquired from the War Assets Administration after World War II. These properties typically do not meet GSA sustainability standards for proximity to public transportation and urban centers, and their disposal can be hampered by contaminants from war-era or post war-era industrial uses and a mixed array of federal tenants, potentially requiring different agency-specific housing solutions. At GSA's Bannister Road complex in suburban Kansas City, Missouri, the departure of GSA's regional headquarters is providing an opportunity for GSA to collaborate with the city in choosing a new headquarters site that will stimulate investment in a downtown area targeted for sustainable redevelopment. At the same time, GSA anticipates that establishing consensus on which buildings in the Bannister complex merit preservation protection will involve lengthy consultation, because opinions differ, even among experienced preservationists, on the significance of buildings quickly constructed for the war effort or constructed by GSA and other agencies working to put the surplus military properties to practical use following the war.

Among the most valuable lessons GSA has learned in monitoring the outcomes of high-profile and more routine historic property disposals is the importance of anticipating challenges that may arise after disposal, particularly the financial demands of maintenance, repair, and rehabilitation work required for reuse. Transfers involving very deteriorated or damaged historic properties usually require a revenue-generating redevelopment component or public funds commitment to underwrite preservation costs. At the former National Seminary in Forest Glen, Maryland, a private girls' school seized during World War II for use as a U.S. Army rehabilitation facility, historic buildings at risk were saved by including land for redevelopment in the transfer to support stabilization and restoration of the deteriorated structures. The agreed upon reuse program includes provisions for public access and interpretation.

The transfer, a collaboration of federal, state, and county governments and a private developer committed to the property's preservation and renewal, allowed for private redevelopment that could make use of tax-credit incentives, with overlapping preservation oversight by the State of Maryland, which holds a preservation easement on the property, and Montgomery County, under its Historic Work Area permitting process. Architecturally compatible condominium construction on the adjoining Army parcel enabled the developer to preserve every significant structure on the property—an accomplishment otherwise unachievable. When costly rehabilitation of the badly damaged larger structures drained the project budget, the developer issued preservation-focused solicitations, delegating restoration and rehabilitation responsibilities for smaller structures, such as the whimsical pagoda and windmill buildings, to individuals purchasing them as homes. Today, the complex thrives as a work in progress supported by a robust friends group made up of community advocates who are residents of the condominiums and surrounding neighborhood, as well as more distant supporters who are fans of the seminary's imaginative setting, created to provide a stimulating environment for the girls' intellectual development. The friends group sponsors regularly scheduled lectures and film events in the seminary's historic ballroom, has already funded conservation of two significant sculptures on the property, and is currently raising funds to conserve a third sculpture, the subject of a recent lecture.

5

SECTION 110 DOCUMENTATION, ASSESSMENT, AND PLANNING

While federal undertakings governed by NHPA Section 106 tend to generate the greatest public interest, the foundation of the NHPA is Section 110, which requires agencies to identify and develop plans and programs to preserve cultural property in their care. Building-specific and program-wide preservation planning helps to minimize challenges and controversy that contribute to project delays during Section 106 consultation, aimed at avoiding, or at least minimizing, adverse effects on historic property, including cultural landscapes, archeological sites, and significant objects such as ships and trains.

As part of a stepped up effort to improve across the board compliance with Section 110, GSA has achieved several major successes since 2008:

■ Substantial completion of GSA's accelerated program to complete all outstanding National Register nominations;

■ Building Preservation Plan updating initiative launched, improving preservation zoning consistency and documentation quality;

■ Expanded use of BIM for master planning, alternatives analysis, and materials conservation;

■ Creation of a graphic prototype custodial guide for maintaining historic materials; and

■ Advancement of GSA's capability in cultural landscape documentation and preservation planning.

Section 110 strategic priorities include:

■ Completion of National Register eligibility assessments for GSA's war-era and modern-era buildings;

■ Consistent application of National Register criteria to modern-era buildings; and

■ Continuation of GSA's architectural photography program to provide high-resolution documentation of all legacy buildings.

### Nominating Properties to the National Register

An impediment that long hindered GSA in designating National Register-eligible properties is that National Register nominations compete for the same funds used to develop Historic Building Preservation Plans, Environmental Assessments, and other preservation studies, including feasibility studies needed to keep historic properties occupied. After concluding in 2000 that, at its current rate of completing National Register nominations, it would take more than fifty years to comply with the requirement, GSA developed a program of bundling nominations thematically or geographically to contain research and travel costs and accelerate progress on the backlog of eligible properties.

An additional sixty-six properties reaching the age of fifty by the end of the decade—with many more to follow—underscored need for program structure to address the nomination backlog and properties approaching fifty. Other important reasons to actively pursue National Register designation emerged:

■ Other than historic building outlease income earners, only listed properties are authorized to receive project funding from Section 111 outlease revenue;

■ Eligibility for preservation project tax credits, critical to the success of many transfer-redevelopments, generally requires listing;

■ Listing reduces confusion among project team members and tenant agencies who may not appreciate that the same preservation treatment standards apply to eligible but not yet listed, as well as to listed historic properties;

■ Listing increases opportunities for marketing space in historic buildings to prospective tenants;

■ Listing creates greater respect for historically significant architectural attributes and greater care in pursuing maintenance, repairs, and alterations; and

■ Listing supports new requirements under Executive Order 13287 to assess and report on agency compliance with Section 110.

Launched in 2004, the program initially focused on listing GSA's legacy of monumental historic properties and exceptionally significant properties less than fifty years old. Concurrently, GSA developed a national context study, tools, and prototypes to help its eleven regions begin evaluating buildings less than fifty years old.

# 5 SECTION 110



U.S. BORDER INSPECTION STATION
NACO, ARIZONA

By the time America's first land border inspection stations were constructed, between 1930 and 1943, repeal of the Eighteenth Amendment had effectively eliminated liquor smuggling, but the increasing flow of automobile traffic justified continued concern with immigration control, protection of the nation's food supply against pests and diseases, and tariff evasion.

Under the program, 135 nominations encompassing 190 buildings have been completed since 2004. Close to 90 percent of GSA's eligible properties are now listed, awaiting listing, or in final review for acceptance by State Historic Preservation Officers and submission to the National Park Service for listing. GSA anticipates completion within a year of its initial effort to formally list all clearly eligible properties.

The remaining 10 percent of GSA's eligible buildings are principally World War II-era military-industrial complexes that GSA adapted for office use after the war or mid-century modern buildings that are nearing or recently past the fifty-year general eligibility threshold. Because many of these buildings are less architecturally distinguished, on the whole, than GSA's pre-World War II public buildings, additional research may be required to assess their eligibility within a broader context of the history and construction of the era during which they were built.

A collateral benefit of the nomination effort is that it directly supports Section 106 compliance at properties where major changes are anticipated, including dozens of historic border inspection stations where major alterations are under way nationwide to meet new security requirements. Bundling all thirty-three National Register-eligible border inspection stations in a single contract saved thousands of dollars in research, writing, and travel costs that would have otherwise been incurred to undertake separate research and trips to geographically remote locations across the nation's northern and southern land borders.

Emerging from the national context study forming the core of each nomination is the story of a unique American building type responding to nationwide concern over control of illegal immigration after Congress placed controls on immigration by sea in the early twentieth century. Mounting concerns about the vulnerability of America's land borders escalated during the 1920s with the rise of automobile traffic and bootlegging in response to passage of the Eighteenth Amendment prohibiting the sale or manufacture of alcohol. By the time the border inspection stations were constructed, from 1930 to 1943, repeal of the amendment had all but eliminated bootlegging of liquor, but the steadily increasing flow of automobile traffic justified continued concern about smuggling in general. Combined with inspection station nominations already under way or listed when the project began, the multiple property nomination entitled *U.S. Border Inspection Stations, States bordering Canada and Mexico (1930 to 1943)* will list thirty-nine GSA inspection stations containing a total of sixty buildings, primarily stations, garages, and residences for station employees.

To aid GSA in setting national preservation priorities and handling ongoing Section 106 compliance for this subset of the historic building inventory, the nomination project also produced an illustrated matrix of historic and descriptive information to serve as a compact guide for quickly comparing properties in relation to the larger group. The matrix has proven such a valuable project planning tool that U.S. Customs and Border Protection (CBP), which operates the border inspection stations (now known as land ports of entry) and is responsible for a number of stations not controlled by GSA, quickly adopted the format as a reference guide to the historic border properties it controls. GSA and CBP have been collaborating since the start of the project to share research with the intent of submitting complementary National Register eligibility findings in a joint effort to meet the government's 110 compliance requirements. GSA also created a border inspection stations brochure and web feature promoting this little recognized historic building type.

5 SECTION 110

Among the little known aspects of these buildings, because of their relatively remote locations and scattered distribution, were a common functional typology of standard floor layouts and massing, reflecting the traffic volume at each location, and regionalized architectural vocabularies. Northern border stations, for example, often featured Georgian or Colonial Revival facades. In the southwest, Spanish Colonial features, such as stuccoed walls and clay tile roofs, were common. GSA's Chief Mountain Border Station at Glacier National Park in northern Montana features a border station, quarters, and pump house constructed in 1939 in a rustic construction style created to blend lodge buildings, cabins, and recreational features with many National Park settings.

GSA also collaborated with the National Park Service in a thematic NHL study focused on the nation's historic custom houses, with additional thematic NHL studies focused on the civil rights movement and the home front activity of World War II. The civil rights movement study included GSA's Elbert P. Tuttle U.S. Court of Appeals Building in Atlanta, Georgia; the John Minor Wisdom Courthouse in New Orleans, Louisiana; and the Frank M. Johnson, Jr. Federal Building and U.S. Courthouse in Montgomery, Alabama, sites of important civil rights cases, for inclusion in the thematic NHL. GSA's 1940 Lafayette Building in Washington, D.C., where public-private partnerships needed to mobilize national resources for the war effort were conceived and developed, was designated an NHL as part of the home front theme in 2005.

National Register listings completed during the reporting period include the 1951 Montgomery, Alabama, Greyhound bus station, where integrated "Freedom Riders" from the north met violent local resistance in 1961, galvanizing the national civil rights movement, along with listings that designated nine courthouses, eleven federal buildings, Washington, D.C.'s historic Central Heating Plant, the Navy Yard Annex (Southeast Federal Center), and a number of Modern masterpieces constructed by GSA in the 1960s and 1970s:

■ Chicago Federal Center, designed by Ludwig Mies Van der Rohe, occupying a block in downtown Chicago's Loop district with high- and low-rise office, courthouse, and post office buildings surrounding a popular plaza where Alexander Caldwell's red *Flamingo* sculpture is displayed;

■ Robert C. Weaver Federal Building, headquarters for the U.S. Department of Housing and Urban Development , in southwest Washington, D.C., designed by Marcel Breuer as an adaptation of his convex curved UNESCO building in Paris;

■ U.S. Tax Court Building, in Washington, D.C., designed by Victor Lundy, noteworthy for its dramatic and precedent-setting 200-foot cantilevered front facade.



Original 1960s furnishings and finishes in Lyndon B. Johnson's Presidential Suite have been preserved for the enjoyment of tenants and visitors to the building.

J.J. PICKLE FEDERAL BUILDING
AUSTIN, TEXAS

## 5 | SECTION 110



ATCHISON, TOPEKA AND SANTA FE
RAILWAY LOCOMOTIVE NO. 2926
ALBUQUERQUE, NEW MEXICO

RESTORATION UNDERWAY WHILE THE LOCOMOTIVE IS STORED IN GSA'S FEDERAL SUPPLY SERVICE WAREHOUSE DEPOT WILL RETURN THE ATSF 2926 TO ACTIVE USE POWERING STEAM EXCURSION TRAINS IN THE SOUTHWEST.

Noteworthy nominations among 104 additional properties (containing 154 buildings) brought to completion during the 2008–2011 period include:

■ The Battle Creek, Michigan, Sanitarium (today's Hart-Dole-Inouye Federal Center), where Seventh Day Adventist John Harvey Kellogg coined the term "sanitarium" to reflect his idea of a retreat for health restoration, as opposed to "sanitorium," a hospital for invalids. Notable patients attracted by the Sanitarium's regimen of fresh air, healthy diet, exercise, and sunshine included Mary Todd Lincoln, C.W. Post, Warren G. Harding, Amelia Earhart, Johnny Weissmuller, Henry Ford, and J.C. Penney. The complex later served as an Army hospital, specializing in neurosurgery, plastic surgery, and prosthetics, prior to its current use as a federal office complex.

■ The Mount Vernon Seminary for Girls on Nebraska Avenue in northwest Washington, D.C., later the U.S. Naval Communications Annex and Naval Security Station, where decoders helped to crack the Enigma encrypting device used by the Germans during World War II;

■ The 2430 E Street NW Complex in Washington, D.C., formerly occupied by the Public Health Service (forerunner to the National Institutes of Health) and the Office of Strategic Services (predecessor to the Central Intelligence Agency);

■ The U.S. Atomic Energy Commission complex in Germantown, Maryland;

■ The 1932 Ford Motor Company Assembly Plant in Seattle, Washington;

■ Six custom houses, including NHLs in Baltimore, Maryland, Norfolk, Virginia, and San Francisco, California;

■ Thirty-four courthouses, some housing post offices and other uses in addition to federal courts;

■ Twenty-nine historic federal office buildings; and

■ Modern-era buildings including the 1966 International-style John F. Kennedy Federal Building in Boston, Massachusetts; the 1959 Frank M. Scarlett Federal Building (former U.S. Post Office and Courthouse) in Brunswick, Georgia; the 1952 Estes Kefauver Federal Building in Nashville, Tennessee; the 1976 Hubert H. Humphrey Federal Building in Washington, D.C.; and the 1979 Strom Thurmond Federal Building and U.S. Courthouse in Columbia, South Carolina.

The most unusual nomination to which GSA contributed during the reporting period designated Atchinson, Topeka and Santa Fe Railway Locomotive No. 2926, of Albuquerque, New Mexico. Owned by the non-profit New Mexico Steam Locomotive and Railroad Historical Society, the locomotive is currently located on GSA's Federal Supply Service Warehouse Depot property in Albuquerque, New Mexico. A rail spur passes through the southeast corner of the property, where the locomotive sits on a track no longer in use, under a lease agreement between GSA and the Society. Restoration underway will return the locomotive to active use powering steam excursion trains in the southwest.

5   SECTION 110

### Assessing World War II and Modern-Era Buildings

GSA's nationwide review of its 557 modern-era buildings constructed from the 1950s to 1970s is well under way. Of seventeen modern-era buildings for which National Register nominations have been completed, nine (including the six now listed) are less than fifty years old. All regions are using GSA's Eligibility Assessment Tool developed as part of GSA's Modernism national context study for capital project planning involving buildings constructed during the 1950s through the 1970s. Three regions have undertaken preliminary eligibility studies to assess all regionally controlled buildings constructed during this era, along with selective evaluations undertaken by five regions, evaluating a total of 120 modern-era buildings. Among these 120 buildings subject to GSA's preliminary analysis, 15 were determined as meeting NR Criterion G for exceptional significance and eligible for the National Register; 48 were determined potentially eligible on turning fifty; 56 were determined not eligible and 1 required further study.

Concurrently, GSA regions are evaluating a number of federal center properties containing buildings constructed for the war effort during the 1940s, along with additional construction undertaken after the war as each site assumed new functions. Of forty-two World War II-era buildings evaluated, fourteen were determined eligible for the National Register, eleven of which are located within Washington, D.C.'s Nebraska Avenue complex, a center of the Army's successful effort to decode the Enigma encrypting device. Within these military-industrial complexes, four buildings constructed after the war for subsequent uses were determined potentially eligible on reaching fifty. Twenty-four were determined to lack the significance or integrity to ever qualify for the National Register.

As GSA begins due diligence to dispose of many underutilized suburban federal center properties, some eligibility evaluations are made more challenging by character-changing alterations affecting integrity and by inconsistencies in how National Register criteria are applied to buildings of the recent past. Most of these properties originated as factory complexes that were wartime production centers and supply depots for military aircraft, vehicles, equipment, and supplies needed to win the war. Complexes may contain one or two buildings noteworthy for their engineering, architectural, or historical associations, along with undistinguished support buildings and structures built after the war. Substantial buildings were often compromised to serve postwar uses or project an up-to-date appearance for marketability. War-era buildings noteworthy for engineering or design are frequently among hundreds designed and quickly constructed by the same firm. Placing such buildings within a broader context that may include hundreds of buildings nationwide presents a daunting task beyond the budget of most pre-disposal eligibility determinations. Buildings that were constructed after the war or that may have acquired significance after the war due to associations with significant federal activities also call for a broader national context, an important subject of future GSA research.

To help address these challenges, GSA is consolidating its own national research with that of other agencies, along with regional research findings that may shed light on national trends, and scrutinizing eligibility determinations to set a high standard for consistency and scholarship in every determination. Placing regional federal centers within a national context will also benefit from thematic studies undertaken by the National Park Service on the World War II home front and research by the U.S. Army on the history of its war-era construction program. To appropriately recognize eligible properties and avoid encumbering properties that do not merit listing, GSA's national preservation program will continue to work with its regional counterparts to encourage appropriate professional judgment and examine individual federal complexes within a national context. Key evaluation factors include whether complexes tangibly represent a significant activity, whether they maintain sufficient integrity to convey their significance, and whether buildings of potential architectural or engineering significance merit eligibility within the architect's larger national body of work.

JAMES A. MCCLURE FEDERAL BUILDING
AND U.S. COURTHOUSE
BOISE, IDAHO



5 | SECTION 110

### Building Preservation Plans and Historic Structure Reports

GSA's program of creating and updating Building Preservation Plans (BPPs) remains focused on the need for up-to-date information to support capital projects, buildings undergoing substantial under-prospectus repairs and alterations, and recently modernized buildings, to provide current documentation for ongoing maintenance. In addition to documenting condition changes and alterations undertaken since the last BPP inspection, GSA's standard scope of work for updating a BPP includes replacing low-resolution digital images to take advantage of improvements in digital documentation technology since the database was launched in 1991. Between 2008 and spring 2011, GSA completed forty-six new BPPs and updated forty-one BPPs.

For buildings meriting more in-depth study, GSA supplements a BPP with additional analysis or a traditional Historic Structure Report providing more detailed documentation, conditions analysis, and treatment recommendations. At the St. Elizabeths West Campus NHL in Washington, D.C., GSA supplemented twenty BPPs providing general preservation zoning guidance for buildings of lesser significance with thirty-eight Historic Structure Reports, for historic buildings of primary or secondary significance, containing interior spaces and architectural features meriting more detailed documentation and guidance. The Historic Structure Reports will provide more detailed analysis of the primary buildings' initial construction and subsequent alterations, along with in-depth material assessment, to determine appropriate treatment approaches and aid property managers in responding to tenant alteration requests, complying with changing codes and requirements, and maintaining historic materials. Upon completion, all contributing buildings on the campus will have the benefit of campus-wide planning laid out in the Master Plan Preservation, Design, and Development Guidelines and the Cultural Landscape Report for St. Elizabeths, along with building-specific preservation guidance for ongoing repairs, alterations, and maintenance. Together, the campus-wide and building-specific preservation reports provide philosophically consistent and technically sound preservation approaches for conservation, redevelopment, and renewal of this NHL.

Other noteworthy BPPs include three providing preservation zoning and guidance for modern-era buildings designed by Ludwig Mies Van der Rohe in the Chicago Federal Center, and three recently acquired commercial buildings bordering the Federal Center located on State Street.

## Building Design Standards and Custodial Guides

In the interest of better managing buildings of all eras, GSA has begun creating Building Design Standards (BDSs) to help building managers and project teams respond to tenant requests and changing requirements in a consistent manner that maintains the long-term value of each asset. BDSs establish guidelines for the use and maintenance of public spaces as well as workspace alterations and upgrades, to ensure that every change is well-integrated into the building as a whole and does no harm to architecturally significant design attributes or features.

GSA's Midwest Region has begun developing prototype guidance combining BDSs and Building Preservation Plans, including those of the 1915 Minneapolis Federal Building, where GSA invested in a simulation showing how lobbies and workspaces would look restored, to attract needed tenants. The intent of the hybrid guidance and plans is to protect GSA's investment and to support continued occupant satisfaction by maintaining high standards for upkeep and tenant-initiated alterations.

BDSs fill an important maintenance gap by addressing the many kinds of routine activities and alterations that can erode any building, old or new, if undertaken in an expedient or inconsistent manner. The principles behind GSA's BDSs are also reflected in GSA's First Impressions Program, aimed at creating inviting building gateways, through well-integrated design and elimination of clutter.

For buildings containing highly ornamental finishes and features, such as the James R. Browning U.S. Court of Appeals Building in San Francisco, California, and the Dwight D. Eisenhower Executive Office Building (EEOB) in Washington, D.C., the most elaborate building in the inventory, GSA has also commissioned custodial plans detailing the locations of all historic finishes and materials requiring special care, along with procedures for maintaining them and guidance for responding to requests from visitors and tenants that may affect historic materials. In addition to educating maintenance staff to be mindful of the need to protect decorated walls from damage by ladders and equipment, the custodial guides arm service personnel with constructive advice for anticipating and managing common risks, such as inadvertent but costly damage caused by television crews seeking quick solutions for supporting lighting and camera equipment.

The EEOB Maintenance and Occupancy Plan includes color-coded floor plans and wall elevations for each ornamental space and a key indicating which materials correspond to which colors, such as green for plaster, orange for bronze, blue for canvas, yellow for wood, and pink for stone. Custodial guidance provided for each space includes detail drawings identifying differing materials or components within significant ornamental features, with guidance explaining recommended weekly, monthly, and annual maintenance (dust, vacuum, wipe), including recommended techniques, special cautions, and specialized tools or equipment required to avoid damaging fragile finishes. The plan also includes summary maintenance cards for use as quick reference guides to the care of each ornamental space, including recommended treatment frequencies. Also included is a risk management card keying ornamental surfaces and interventions to be avoided, such as spraying proprietary cleaners, hammering nails into paneled walls, wearing spike high-heel shoes, or dragging furniture across decorative parquet flooring.

5 SECTION 110

## Building Information Modeling

Since 2003, GSA has led the nation in supporting the development and application of 3D, 4D, and BIM for new construction and major modernization projects. During the past few years, use of laser scanning and BIM in GSA historic building documentation and design projects has increased as GSA teams learn how to use the technology effectively.

GSA uses laser scanning to document high-value sculpture and assess entire historic facades, sometimes focusing on a particular material (terracotta) or component (windows) requiring major repair. Laser scans of sculpture and architectural features can be used to provide baseline documentation for future repair or replication. GSA is also using laser scanning to create as-built documentation on historic buildings and sculpture for which drawings are not available. Three-dimensional BIM models have a particular value to challenging preservation projects, as a tool that enables stakeholders to visualize design options for construction of additions, interior space reconfiguration, and other alterations.

Creating a streamlined method to procure laser scanning and BIM services using a best value indefinite quantity contract overseen by the National 3D-4D-BIM program has made using the technology easier. Within months after the contract was awarded in 2009, three of GSA's eleven regions initiated laser scanning programs to document sculpture and historic buildings, including Daniel Chester French's *Four Continents* sculpture at the Alexander Hamilton Custom House NHL in lower Manhattan and his works *Commerce* and *Jurisprudence* at the Howard M. Metzenbaum U.S. Courthouse in Cleveland. At the 1930s Philadelphia Custom House, point cloud data was used to generate 3D models for high-accuracy field measurement of eight roofs and 1,050 windows in a comprehensive building envelope repair project. Laser scanning for a major terracotta repair project at the 1892 Conrad B. Duberstein U.S. Bankruptcy Courthouse in Brooklyn, New York, enabled a level of assessment accuracy otherwise not possible, yet critical to ensuring appropriate and complete repair while reducing unpredictability to contain project costs.

In New Bern, North Carolina, GSA used laser scanning to create an accurate current condition record for major modernization and ongoing repair and alterations at the 1935 U.S. Post Office and Courthouse. As-built drawings did not exist for the complete exterior and some interstitial spaces. Exterior scanning recorded the entire facade, site topography, trees, paving, fence lines, curbs, and utility features such as manhole covers, drain funnels, utility poles, and power boxes. Interior scanning was used to document existing conditions and coordinate proposed building systems under design. Areas of significance, such as the central lobby and courtroom, were scanned at a higher level of accuracy for design modeling.



GSA's 3D model is a composite of laser scanning from adjoining building rooftops and surrounding locations on the ground, taken over an eight-day period.

CONRAD B. DUBERSTEIN
U.S. BANKRUPTCY COURTHOUSE
BROOKLYN, NEW YORK

Areas of concentrated concentric lines and dimensional notations in the pyramidal roof represent depressions indicating a likelihood of deteriorated framing beneath the slate.



5 | SECTION 110



PIONEER COURTHOUSE
PORTLAND, OREGON

GSA's ANIMATED 4D PHASING MODEL DETAILS THE SEQUENCE
OF OVERLAPPING CONSTRUCTION ACTIVITIES REQUIRED TO
EXCAVATE AND INSTALL SEISMIC BASE ISOLATORS BENEATH THE
BUILDING. COLOR-CODED BUILDING COMPONENTS CORRESPOND
TO COLOR NOTATIONS SPECIFYING WORK TO BE PERFORMED,
TIME FRAMES, AND THE PERCENT COMPLETED FOR EACH TASK
DURING THE CONSTRUCTION DAY DEPICTED IN THE 3D IMAGE.

[ CLICK HERE TO WATCH THE VIDEO ]

In technologically complex or high-risk engineering retrofits at historic buildings, 3D modeling combined with the graphic overlay of time in 4D phasing can reduce project cost and risk by providing highly accurate information on existing conditions and enabling project planners to optimize project sequencing. At the 1875 Pioneer Courthouse in Portland, Oregon, the oldest federal public building in the Pacific Northwest, 4D phasing illustrated a detailed and efficient approach for excavation, shoring, and installation of seismic base isolators under the building. The availability of 4D modeling enabled bidding contractors to visualize their prospective project tasks and needs with sufficient reliability to substantially reduce the range of the bids during negotiation, resulting in a more competitive and predictable project, free from the construction phase delays commonly associated with unseen and unknown conditions in old buildings.

GSA's reuse plan for the St. Elizabeths Hospital NHL campus illustrates integration of laser scanning to record existing buildings and historic landscape with BIM technology to aid planners, building users, and oversight agencies in assessing redevelopment and mitigation approaches for master planning, design, and construction. The 176-acre West Campus, vacated in the late 1980s, is now being redeveloped as the consolidated DHS headquarters. GSA will reuse most historic structures on the campus; the balance of space needs, totaling 3.8 million square feet of workspace, must be met with sympathetic new construction.

The overall master plan strategy for reducing the impact of the extensive new construction required to meet DHS program needs was to concentrate denser new development outside of the campus's most highly significant historic core, to submerge structured parking to the extent possible, to maintain consistency with surrounding historic rooflines and materials, to visually break up the massing of new construction to blend with existing historic construction and respect the site's topography, and to offset the impact of added density with high-impact landscape rehabilitation and renewal. Three-dimensional BIM models were used to show the incremental impact of design refinements in an evolving effort to make new construction as sympathetically scaled as possible.

The BIM simulation, placing the new construction realistically within its context, enabled stakeholders to visualize the placement of denser new construction outside of the campus's historic core, in locations where denser construction has existed in the past. The simulation also showed the impact of manipulating the massing, orientation, roofing, and other components of the headquarters design to preserve the character of the historic campus and respect the historic topography by building into the landscape and incorporating sustainable features such as acres of green roofing. The design fully integrates the landscape with the building and minimizes impact to the Anacostia Hills, a significant component of the topographic bowl surrounding the city.

5  SECTION 110

## Master Planning and Information Management

In the redevelopment of the St. Elizabeths campus in southwest Washington, D.C., to serve as DHS head-quarters, the most complex and challenging reuse project in GSA history, many forms of documentation—including narrative materials, drawings, maps, and photographs—have been integral to the planning, design, and construction process. The magnitude of the project offered an opportunity to create a comprehensive approach for managing and integrating multidisciplinary planning documents, archival documentation, and the results of GSA's state-of-the-art laser scan recording and BIM modeling efforts.

The federally controlled West Campus, where the hospital's historic development originated and which contains the historic core of the hospital, includes sixty-two historic buildings in a 176-acre therapeutic land-scape that retains its nineteenth- and early twentieth-century historic character and integrity to a rare degree. St. Elizabeths Hospital is nationally significant not only because of its exceptional historic character and integrity, but also because it survives as one of the nation's earliest institutions illustrating a revolutionary change in medical treatment for the mentally ill that began in the mid-nineteenth century. After seeing mentally ill individuals confined in jails under inhumane conditions, social reformer Dorothea Dix became the nation's foremost advocate for the more humane care of the mentally ill, championing the establishment of mental hospitals throughout the nation during the 1840s and 1850s.

When St. Elizabeths Hospital was established in 1852, the Association of Medical Superintendents of American Institutions for the Insane (AMSAII) had organized around a new approach to mental health treat-ment, reflected in the design of St. Elizabeths. Under the leadership of Thomas Kirkbride, the AMSAII pro-mulgated site principles and design guidelines defining the essentials of an ideal moral treatment program, the basis of the initial design of St. Elizabeths. At the core of the new therapeutic landscape design approach was a focus on creating a peaceful natural setting, removed from the complexities and conditions of urban life, with the potential to be self-sustaining and to serve as a retreat to help patients rehabilitate. Kirkbride and his followers advocated a unique building plan that remains visible in the shallow floor plate, ample windows, and stepped wings of the Gothic Revival West Campus Center building, arranged to provide ample light and air, and maximize views of the surrounding landscape.

At St. Elizabeths, the first superintendent, Charles H. Nichols, modified the Kirkbride plan to facilitate a tiered hierarchy of patients based upon the degree of illness. Under the hospital's second superintendent, William W. Godding, a series of small free-standing cottages was added in the 1870s to promote a healthy environment and orderly separation of patient groups (grouped by sex and illness), shifting from institutional to domestic architectural imagery. During the 1850s and 1860s, cemeteries were added, first for indigent "friendless pa-tients," later for Civil War soldiers residing at the hospital. Expansion of the campus landscape and hospital continued into the early twentieth century with continuity and care that built upon previous efforts. At the turn of the century, the third superintendent, Alonzo B. Richardson, invited Frederick Law Olmsted Jr. to visit the campus, implementing a number of Olmsted's recommendations to create a more picturesque landscape by adding meandering paths and removing structures to create a large lawn with turf, trees, and a circular pond.

Because campus development involving major new facilities shifted to the East Campus in 1970, the West Campus remains remarkably intact with its naturalistic landscape, low-scaled brick buildings, and panoramic views of the Potomac—a feature that had initially attracted Dorothea Dix and Charles Nichols to the prospective hospital site.

In the master planning effort, preserving not only individually significant buildings and landscape features but also the relationships between landscape and architecture, including views into and out of the campus, remained of paramount importance. Coordinating design disciplines to meet multiple requirements—security, access, systems integration, functional efficiency—required an efficient structure for collaboration among urban planners, architects, preservationists, landscape architects, environmental scientists, civil engineers, transportation planners, project managers, and community stakeholders. The result is a comprehensive, integrated series of Master Planning documents that include a Master Plan Report; a Security Master Plan; Preservation, Design and Development Guidelines; and a Transportation Management Plan.

As a first step in documenting the St. Elizabeths campus prior to design of the DHS headquarters, GSA retained a team to prepare building, landscape, and archaeological assessments for the entire property. The building assessments included narrative descriptions of each building and its condition, photographic documentation, and a database of conditions. GSA's Cultural Landscape Assessment identified five landscape designs with character-defining landscape elements reflecting the institution's development history. A Phase I archaeological assessment identified areas with potential underground resources, as the basis for subsequent archaeological recovery and research while development continues.

In preparing these reports, it became clear that the tremendous amount of documentation of St. Elizabeths from many sources was not organized and not as comprehensive as a redevelopment of this magnitude required. Photographs, drawings, and maps were located in many repositories, but there were no reliable plans for the buildings. To address these issues, GSA had the project team develop a database of all the available photographic and plan documentation, including scans of the items. To evaluate the landscape properly, GSA prepared a full Cultural Landscape Report, building on the previous assessment, which evaluated the significance and integrity of the landscape and presented treatment guidelines. A three-volume Landscape Preservation, Integration and Management Plan will guide ongoing design, construction, and long-term management of the landscape elements.

Historic Structure Reports or BPPs were prepared for all contributing buildings according to GSA and National Park Service standards, and Historic American Buildings Survey documentation using the scanned plans and elevations will be completed for all contributing buildings and for any buildings to be demolished.

GSA's information management initiatives have proven a sound investment, helping GSA to make the best possible use of available resources, identify information gaps in a timely manner, facilitate collaboration among design disciplines, and ensure that future occupants and caretakers of the property will benefit from the government's intensive documentation and planning efforts for years to come. Comprehensive information on the site, project, and discoveries, including many documents developed during the project, is available to the public on a GSA-hosted website at www.stelizabethsdevelopment.com.

5 SECTION 110



ST. ELIZABETHS WEST CAMPUS
WASHINGTON, D.C.
1937

AERIAL VIEW OF ST. ELIZABETHS HOSPITAL, WASHINGTON, D.C., 1937, SHOWING THE CENTER BUILDING IN THE LOWER LEFT, EXTENDING SOUTHEAST AND WESTWARD, ALONG WITH COMPATIBLY SCALED RESIDENTIAL AND SUPPORT BUILDINGS AND THE THERAPEUTIC CULTURAL LANDSCAPE, INCLUDING THE RESERVOIR AND POND CREATED SOUTH OF THE CENTER BUILDING IN 1877.



The proposed U.S. Coast Guard Headquarters shows optimal placement of denser new construction outside of the campus's historic core and manipulation of massing corresponding to topography of site.

RENDERING OF PROPOSED DESIGN
OF ST. ELIZABETHS WEST CAMPUS
WASHINGTON, D.C.
2009

5  SECTION 110

## Cultural Landscapes

GSA acceptance of the surplussed St. Elizabeths West Campus in 2004 brought to the Public Buildings Service new responsibilities and opportunities of great importance and magnitude. The property demands were unique. Urban landscapes surrounding federal courthouses and offices, by contrast, were typically limited to trees and perennials in front or side setbacks and courtyards. Suburban-style landscaping on federal center campuses adapted from World War II factory sites were typically created during the 1950s and 1960s as GSA sought to make war assets marketable for use as government offices. A few GSA campuses—a girls' seminary, a sanitarium, a resort hotel—came to GSA with landscaped grounds ready to accommodate government needs, especially demand for parking.

When a new use for the troubled campus finally materialized in 2007 with the DHS decision to consolidate at St. Elizabeths, GSA faced the daunting task of working with its new tenant and vocal stakeholders to accommodate a program that many saw as moving from one extreme of underutilization to another of overutilization. Making the most of the property's exceptionally significant cultural landscape would require a forward thinking, coordinated approach for assembling all information and expertise needed to bring about the best possible outcome: balancing preservation goals and federal housing needs.

Throughout the campus's landscape development, beginning in 1852 and mostly completed by the 1940s, the therapeutic focus of landscape and building design remained integral to the philosophy, treatment, and sustainability of the hospital. Spacious, tree-rimmed lawns, naturalistic plantings, abundant crops, and picturesque vistas were fundamental to creating a curative environment for healing and rehabilitation. Humanely scaled buildings complementing the naturalistic landscape were designed to provide generous light, air, and views. Long, formidable corridors were avoided by extending wings in an offset or stepped configuration. Patients participated in the maintenance of the landscape as a therapeutic activity, cultivating agricultural crops, orchards, flowering trees, and shrubs—a program that in turn helped to sustain the hospital operation.

Even after twenty years of decline and twenty more of disuse, visitors today are struck by the natural beauty and vistas of the former hospital grounds. Positioned on bluffs overlooking the confluence of the Potomac and Anacostia Rivers, the 176-acre property commands an impressive panorama. Inside the campus, curving roadways beckon visitors to stroll beyond the nineteenth-century gatehouses to discover a vast bucolic setting of stately Gothic and Renaissance Revival buildings set among expansive lawns and grand old trees that are habitats for crickets and songbirds. Evidence of inspired site selection, thoughtful site planning, and development of grounds integrating the landscape with the medical treatment of patients remains as a testament to the profound innovation that the tranquil hospital environment represents, marking a fundamental shift from a social response of incarceration toward active therapeutic treatment of mental illness. The remarkably intact setting survives to document, in physical form, the evolution of medical treatment for mental health patients in the United States. Changes necessary to sustain the legacy of St. Elizabeths by reactivating the West Campus had to be informed by the best possible understanding of that legacy and carried out by a talented and collaborative design team committed to its preservation.

Establishing a comprehensive body of landscape preservation resources began with GSA's Cultural Landscape Assessment of the 176-acre West Campus, identifying historical landscape designs, broken down into five landscape units, and 134 character-defining landscape elements and remaining ancillary elements. The assessment was the basis for the comprehensive Cultural Landscape Report documenting the history, evolution, existing conditions, historically significant characteristics and features, overall significance, and integrity of the cultural landscape, with treatment and interpretation guidelines based on original design intent, relative significance of the landscape units and their components, and the landscape integrity. The Landscape Report will serve as the primary tool for long-term management of the cultural landscape, including recommendations on landscape features to preserve, opportunities to enhance historic character through replacement or reconstruction, and sympathetic approaches to new development.

GSA also prepared Historic American Landscapes Survey (HALS) documentation that provides detailed historical and physical information about the buildings and landscape, including photographic and narrative documentation examining landscape, tree, circulation, element, and object plan sets for 1937 and 2009. These documents reside in the Library of Congress as part of the National Park Service HALS catalogue and are available on GSA's St. Elizabeths development website.

5  SECTION 110

Planning principles that emerged from these efforts included:

■ Integrating historic landscape and natural features into the Master Plan, maintaining and enhancing historic views from outside and within the site;

■ Locating new development density to respect the character of and relationships among the historic resources;

■ Using historic roadways and paths to reinforce spatial continuity;

■ Locating parking at the site perimeter to preserve a pedestrian-oriented site, consistent with historic precedent;

■ Developing landscape responses that respect distinctions between zones while restoring ecological functions;

■ Utilizing centralized site utilities for security, redundancy, and operational efficiency, consolidating site utilities and below-grade distributing to minimize impact on the historic landscape;

■ Accommodating limited controlled public access to the historic and culturally important aspects of the site in a manner that ensures the safety and security of the site's occupants; and

■ Respecting and reinforcing the historic address of the site on Martin Luther King Jr. Avenue.

In addition to their expressed purpose of providing records and guidance, the landscape preservation documents became critical project management tools to minimize and compensate for adverse effects of added density required by the new government use. They justified the government's commitment to conserving, rehabilitating, and renewing a vast setting generous by contemporary site utilization standards. In concert with state-of-the-art BIM simulation technology allowing GSA and project stakeholders to visualize the net impact of planned new construction and selective restoration, the landscape preservation documents provided a gauge for objectively assessing the success of the project's design response to the landscape, to shape its iterative refinement.



Beginning with the hospital's founding in 1852, the therapeutic focus of landscape and building design remained integral to the philosophy, treatment, and sustainability of the institution.

ST. ELIZABETHS WEST CAMPUS
WASHINGTON, D.C.

## Archeology

GSA archeology-related compliance efforts during the 2008–2011 reporting period have focused on rectifying long-standing archeological records management challenges stemming from the decentralized execution of archeological compliance activities, and educational strategies for increasing GSA project management staff commitment to ensuring that GSA's compliance responsibilities, including archeological records management, are met.

At its 2010 Capital Construction Workshop held in New Orleans, Louisiana, GSA seized an opportunity to punctuate intensive training with educational film shorts designed to function as entertaining and informative public service announcements. As part of its ongoing effort to educate project managers on the importance of archeological compliance, the Center for Historic Buildings created a three-minute video highlighting discoveries that shed light on long-lost communities and significant, but little understood, aspects of American history surrounding working class, slave, and other communities. The film, *Hidden Stories*, offered viewers a quick glimpse into three of GSA's most compelling archeological discoveries, stories that emerged from each research effort, and a reminder about the importance of ensuring that archeological research is properly disseminated so that it can be centrally curated and shared.

As anticipated, additional work on making GSA's archeological collections more accessible to the public has been limited while the agency focuses on its National Register nomination backlog. However, substantial progress has been made in GSA's ongoing effort to identify and consolidate the products of GSA's archeological research efforts, principally illustrated reports, but also including at least one educational film and some exhibit records. This effort required combing GSA project records to identify archeological projects that involved data recovery, and working with GSA Regional Historic Preservation Officers, State Historic Preservation Officers, archeological contractors, and others to obtain copies of archeological reports for management for GSA's central repository at its national headquarters in Washington, D.C. Once obtained, reports are evaluated to identify content that can be released and may potentially be of interest to the public.[19] GSA's next step will be developing summary statements on archeological findings in each report, including discoveries about sites, cultures, ethnic groups, technologies, and the socioeconomic status of communities associated with significant artifacts. These archeological investigation summary statements will be provided on GSA's historic preservation website, expanding the archeology page beyond the current two entries on the African American Burial Ground and Five Points Sites in lower Manhattan, to provide a more comprehensive record of GSA's role in archeological investigations and why they were important.

Through this report-gathering effort, GSA's national preservation program received information on twenty-two archeological projects undertaken between 1991 and 2009, supplementing comprehensive reports on the African American Burial Ground and Five Points archeological sites already in hand. These newly catalogued reports document a wide variety of sites including a nineteenth-century whaling complex in Woods Hole, Massachusetts; the last surviving remnant of Sacramento, California's mid-nineteenth-century

---

[19] Online summaries do not reveal sensitive locational data or compromise agreements with tribal groups concerning protection of information of interest to them.

Chinese community; the Copper Queen Store Complex, an early twentieth-century border trading post constructed of adobe in Naco, Arizona; a Klondike Gold Rush cabin in Skagway, Alaska; and "Hookers Division" a mid-nineteenth- to early twentieth-century working-class neighborhood once known for its brothels and saloons in downtown Washington, D.C.'s Federal Triangle site.

This effort has identified and filled gaps in GSA's archeological report archive, underscoring the need for continuing efforts to regularize procedures for archeological report dissemination and management. With substantial completion of the National Register nomination effort in now sight, GSA will be in a position to resume exploring alternatives for making GSA's archeological study findings more accessible, through additional discovery site homepages and expanded online cataloging.

GSA's most noteworthy archeological research innovations and findings during the 2008–2011 reporting period focus on opportunities presented by the redevelopment of the St. Elizabeths Hospital West Campus NHL. The success of this ambitious effort underscores the value of a sound approach to compliance with Section 110 documentation requirements as the foundation for Section 106 compliance governing federal undertakings affecting historic resources. Section 106 consultation for the project, in turn, has provided a framework for collaborative discussion guiding ongoing Section 110 compliance for the West Campus, as ground-disturbing activities unearth new information to shape future campus planning and outreach.

Early in this project, it was understood that the property's intensive reuse plan raised a high potential for unanticipated archeological discoveries. As established in the Section 106 Programmatic Agreement, archeological investigations are guided by a facility Archeological Resources Management Plan. This plan documents all previous archeological investigations, determines locations and levels of investigation to be conducted, and identifies the appropriate construction phase during which these areas are to be investigated. The plan includes an approach for scheduling investigations prior to construction to minimize costly delays. It also lays out a process for reporting and documenting unanticipated discoveries, outlined in a brochure that is provided to all GSA project managers and construction personnel. The archeological coordinator provides regular consultation and coordination to project managers and construction personnel for both planned activities and potential unanticipated discoveries, and coordinates with other managers to reduce the impact of archeological investigations on other resources such as specimen trees.

Reuse of the West Campus has presented opportunities for innovative approaches to the treatment and interpretation of archeological resources as well, including potential Native American resources predating the hospital, and evidence of the property's earlier occupancy as a plantation. To identify, evaluate, and recover the significant remains of close to ten thousand years of occupation, GSA has instituted a wide range of intensive consultation measures with stakeholders, project managers, and on-the-ground construction contractors, guided by a Programmatic Agreement and specific MOAs. An archeological coordinator oversees the process, regularly updating consulting parties on ongoing activities and results, providing them regular opportunities to comment on the direction of research.

# 5  SECTION 110

Archeological investigations conducted to date have been widely varied in terms of both the resources investigated as well as the methods and levels of intensity of the investigations. Ongoing research in the Middle Atlantic Region indicates that Paleoindian sites—places of habitation used by the first inhabitants of the Americas about 10,000 to 14,000 years ago—may be buried by as much as two to three feet of wind-blown soils. In response to this finding, GSA has conducted a geoarcheology survey that has documented the presence of these soils across much of the campus to a depth of two feet, suggesting that excavations need to be continued below that depth to find evidence of these early sites. Archeological site identification surveys have been conducted across much of the campus and at the adjacent Shepherd Parkway parcel, and have resulted in the identification of six Native American sites, five nonhospital domestic and industrial sites, and five hospital-related sites. A number of these Parkway recoveries have been investigated to determine whether they are eligible for listing in the National Register of Historic Places.

Investigations at Native American sites address aspects of Washington's pre-colonial history that are not well understood in this part of the District—questions as basic as when the area was occupied and the nature of the occupation. Results indicate that the Native American sites at St. Elizabeths are fundamentally different from those in the adjacent Anacostia-Potomac River floodplain, where remains of large villages have been found. The St. Elizabeths sites, in contrast, reveal small camps used when quarrying quartz and quartzite from which stone tools were made. These sites were an integral component of a larger system of settlement that was stable for perhaps as long as 3,000 to 4,000 years. With colonization during the 1600s, settlers moved up the Potomac River, displacing the Native Americans and establishing large plantations. St. Elizabeths was part of one such plantation, from which it derives its name. Hundreds of artifacts—dinnerware, bottles, buttons, and pipes, dating from as early as the 1720s—have been unearthed, but as yet the plantation house has not been located. Remains of small farms present during the 1840s remain concealed beneath paved parking areas. Ground-penetrating radar identified three anomalies that could be the farmhouse cellars, areas that will be investigated prior to construction. Later farmstead sites, dating to the 1880s, were found at Shepherd Parkway, where transportation improvements are planned. Investigations there recovered more than 15,000 artifacts.

Excavations related to the hospital have located a brick kiln likely used to construct the original St. Elizabeths buildings, next to the Center Building. Campus excavations have also unearthed long-submerged landscape features—roads, paths, and cobblestone drains. These findings will complement historical documentation on the evolution of the therapeutic landscape and help to inform ongoing landscape conservation and renewal. Investigations at three other sites could provide information on the nature of patients' lives within the larger context of the moral treatment approach to treating mental illness. These excavations reveal remains of foundations consistent with historic plans, but have been generally devoid of artifacts associated with patients or staff, with the exception of a large quantity of artifacts recovered from the Powerhouse Ravine site that dates to the early twentieth century.

With many of the projects ongoing, the investigations have the potential to provide a better understanding of how different approaches to the treatment of mental health affected patients, staff, and the cultural landscape at St. Elizabeths. Public presentations on this topic have been given at the D.C. Preservation League's Annual Meeting in October 2010 and the Middle Atlantic Archaeological Conference in March 2011. A presentation in progress for the Contemporary and Historical Archaeology in Theory Conference in Boston, Massachusetts, will focus on the hospital's shift from the original Kirkbride Plan hospital to the domestic scale and vocabulary of the Cottage Plan hospital, examining the changing role of a planned landscape in the treatment of patients, and the use of everyday objects, such as kitchen ceramics and personal effects, within a Victorian-era hospital that espoused a moral treatment approach.

When ground-disturbing construction activity at St. Elizabeth's winds down, the focus of GSA's archeological mitigation will shift toward identification of future management needs, interpretation of findings, and dissemination of the results of the government's investigations to a wider public. Future directions include the possibility of establishing a geographic information system-based management system to help project managers flag identified resources that may be affected by proposed work. GSA is also exploring curatorial care options for thousands of artifacts collected at St. Elizabeths and the potential to loan artifacts to existing museums, such as the East Campus Hospital Museum, as an opportunity to disseminate information to the public.

GSA will continue seeking opportunities to ensure public benefit from federal investment in archeological artifact recovery and research. Toward that end, compliance agreements for artifact recovery include interpretation, dissemination of research findings, and provisions for public display, when possible. Interpretive measures include but are not limited to educational videos, indoor and outdoor exhibits, and publication of findings on the Internet or in lay and professional journals. Contract archeologists are encouraged to publish their findings, provided GSA is acknowledged and GSA preservation programs are given opportunities to review and comment prior to publication.



ST. ELIZABETHS WEST CAMPUS
WASHINGTON, D.C.

Artifacts unearthed during archeological excavation for campus construction include a circa 1916 milk bottle recalling the institution's founding concept of self-sufficiency. In addition to acres of farmland devoted to livestock, fruit, and vegetable production. The hospital had its own creamery.

6

**Section 106**   PROJECT DEVELOPMENT AND PUBLIC PARTICIPATION

Most compliance difficulties that result in substantial project delays stem from decisions made well before the design is initiated. Common challenges include tenant agency preferences to pursue relocation that will leave historic federal buildings unoccupied and site selection constraints in which historic buildings are not easily integrated into a building program calling for new construction. Although agency locational decisions generally fall under Section 110, their implications often go beyond 110 inventory planning responsibilities, as indirect effects of an agency's space plans become evident. Examples of such indirect or secondary effects include infrastructure that must be created to serve a new location, or infrastructure unsupportable without a continued federal presence. In an effort to keep a step ahead of space planning decisions that may affect historic buildings, GSA has developed extensive online tools, template documents, and guidance to help realty specialists, project development teams, building managers, asset managers, and other GSA associates be aware of preservation parameters affecting their activities and know where to go for help.

An effective approach for averting risks associated with historic property disposals and major modifications has been to initiate informal consultation when alternatives are still being discussed within GSA—even if the pre-decisional information is insufficient to offer a full analysis, take a particular position, or recommend a specific approach for Section 106 compliance. GSA encourages project teams and decision makers to exceed rote compliance with the prescriptive provisions of the NHPA, embracing the spirit of the Act through recognition programs, advocacy, and collaboration with professional organizations and preservation groups to advance the government's ability to address challenging issues.

One such success is the preservation of GSA's 1933 Spanish Colonial Revival custom house at GSA's Land Port of Entry in San Ysidro, California. Through well-publicized, early and ongoing public consultation spearheaded by GSA's regional project team and the San Ysidro Smart Border Coalition and concerted effort on GSA's part to explore alternative solutions, the U.S. Customs and Border Protection facility will expand to accommodate greatly increased traffic volume while preserving the picturesque custom house as a visitors center.



Through early and ongoing public consultation and concerted effort on GSA's part to explore alternatives, the inspection facility will expand to accommodate greatly increased traffic volume while preserving the picturesque custom house as a visitors center.

U.S. BORDER INSPECTION STATION
AND U.S. CUSTOM HOUSE,
SAN YSIDRO, CALIFORNIA

# 6

SECTION 106





LOBBY SECURITY IN HISTORIC BUILDINGS



## Program Comment for Select Repairs and Upgrades

Anticipating that GSA's ARRA program would trigger a surge in 106 review caseloads, potentially delaying projects, GSA approached the Advisory Council on Historic Preservation in the spring of 2009 to discuss streamlining compliance for specified types of low preservation impact repairs consistent with agreed-upon design guidelines. To address the needs of ARRA projects as well as future project teams, in April 2009, GSA issued a series of Technical Preservation Guidelines for upgrades to windows, lighting, roofing, and heating, ventilating, and air-conditioning (HVAC) systems within historic buildings. The Program Comment established an expectation that further categories would be added as guides are developed and approved. Illustrated with model design solutions from GSA historic building projects, the guidelines were referenced in design scopes of work and GSA project managers were provided training on approaches outlined in the guides. A 106 Compliance "Short Form" was adopted to facilitate efficient and consistent internal review and to provide a record of each project using the Program Comment. The Program Comment established internal review procedures and requirements, such as design team qualifications, procedures for internal concurrence, and expertise required for internal review and approval.

On August 10, 2009, the Advisory Council issued the Program Comment and it was well received by the preservation community. Although its initial use for ARRA projects has been limited to a handful of lighting, roofing, HVAC, and window upgrades, the Program Comment established a basis for streamlining consultation on a large array of recurring repairs and low preservation impact alterations, with an efficient process for internal oversight and incentive for avoiding approaches that may adversely affect historic materials.[20] Establishing the Program Comment process will improve consistency in GSA's internal compliance oversight while reinforcing incentives to pursue alternatives that do not harm historic materials.

## Online Technical and Strategic Support

The Internet remains GSA's most cost-effective means for widely distributing model contract documents and answers to commonly asked questions. GSA's online access to technical material for historic building projects has expanded and architects involved in private sector projects report using GSA's preservation website as a central source for preservation information. GSA's comprehensive national preservation site now contains multiple databases, templates, sample documents, and publications, including all publications issued by GSA's national preservation program since 1999. The site also provides links to preservation regulatory, technical, and educational sites hosted by other organizations, as well as regional preservation sites featuring information on regional historic buildings and projects.

Getting important documents and data sources online continues to be a priority. Indexing the *Preservation Desk Guide* for online subject searches greatly increased its use and value.[21] Updates to GSA's Technical Procedures Database are also under way, including a masonry cleaning matrix with overview guidance on

---

[20] Use has been limited because the majority of ARRA historic building projects are either too complex, requiring conventional 106 compliance, or are limited-scope infrastructure improvements not affecting historic materials, such as ventilation and heating equipment upgrades.

[21] Accessible to GSA employees on GSA's internal site. Plans are underway to provide public access to portions of the Desk Guide in the future.

6 SECTION 106

the use, limitations, advantages, and disadvantages of a wide variety of cleaning technologies now available for addressing a range of general and specific cleaning needs.

Making sure project teams use this information requires some redundancy in designing online access to key resources. GSA's website includes broad menu categories for information on buildings and other topics of general interest and GSA business line-focused menus directing associates to specific guideline documents, templates, and resources most relevant to a particular program or real estate activity. The Project Management Tools menu, for example, includes checklists, qualification criteria, and contract templates to reduce project development time and effort and improve project outcomes. Realty Specialist Tools includes checklists and solicitation templates addressing location, reuse, and project review requirements for lease acquisition. Technical Resources focuses on particular repair and alteration challenges, such as fire-safety retrofitting and perimeter security.

Meaningful use of best practice templates ultimately depends on their regular integration into standard solicitations and scopes of work. The consistent and active involvement of regional preservation staff in historic building repair and alteration projects remains critical to establishing universal use of these documents for better project outcomes.

### GSA Technical Guides

Given the dynamic nature of codes, standards, and systems, GSA will always need to be on the cutting edge of preservation technology, actively broadening its knowledge of design solutions to common problems as well as new challenges raised by changing requirements. Toward that end, the center launched a tailored, online technical guide series to educate project teams on the issues and model design solutions used at GSA historic buildings in 2001. To assist project teams involved in the ARRA energy reduction projects at historic buildings, GSA began promoting newly released technical guides on lighting, HVAC, roofing, and window upgrades at historic buildings at a May 2009 project managers workshop under the heading "Getting to Yes: Energy Projects at Historic Buildings."

Among the most valued and widely used guide components is a window analysis matrix to aid design teams in objectively comparing upgrade alternatives. The matrix uses a simple ranking system to evaluate the extent to which options meet multiple project criteria, including, but not limited to preservation of historic materials (integrity), retention of historic design character (compatibility), energy performance, security requirements, initial cost, lifecycle cost, operability, and maintenance. Rankings for each factor are then tallied to provide an overall score balancing the advantages and disadvantages of each option. Factors could also be weighted; however, GSA has found the simple arithmetic approach provides the easiest and most convincing way to sell project team members on using the matrix.

# TECHNICAL PRESERVATION GUIDELINES

APRIL 20XX

## UPGRADING HISTORIC BUILDING WINDOWS

### EXECUTIVE SUMMARY

Window upgrades often provide opportunities to restore a building's historic design integrity and workspace quality while reducing fuel consumption and improving occupant safety. There are two basic approaches for upgrading historic building windows for improved blast resistance and thermal performance: retaining and retrofitting the existing windows, or replacing them with new high performance windows designed to replicate the appearance of the original windows.

As with all work undertaken for compliance with current codes and standards, projects initiated to meet mandated energy reduction and security goals are subject to federal preservation standards and review procedures under Section 106 of the National Historic Preservation Act (NHPA). **Section 106 Compliance review is coordinated by the GSA Regional Historic Preservation Officer (RHPO), whose concurrence is required before designs are completed for submission to the SHPO or ACHP. Consult the RHPO early in design planning to ensure timely and successful 106 compliance.**

Standards and guidance for all federal historic building projects are provided in the Secretary of the Interior's Standards for Rehabilitation and guidelines for applying the standards published by the National Park Service, U.S. Department of the Interior (DOI Standards). In accordance with the DOI standards, preference must be given to reversible alternatives that can be removed or undone to reveal the original appearance of the windows.

Under the standards, options for retaining historic windows must be considered before pursuing replacement options. Retaining and retrofitting existing historic windows offers several advantages, from a preservation and environmental standpoint: original materials are preserved, waste is reduced and natural resources are reused. A variety of low cost/low intervention, to high tech/high performance retrofitting options meeting federal preservation standards are now available:

- weatherstripping and glazing film,
- blast curtains and shades,
- laminated glass interior storm windows, and
- replacement glazing.

Replacement of historic windows raises preservation and environmental issues requiring more extensive planning, analysis and mitigation to justify the substantial loss of historic materials. Studies exploring historic window replacement need to examine window conditions throughout the building and consider alternatives that preserve as many historic windows as possible. This might entail replacing only irreparably deteriorated windows or consolidating sound windows on principal facades or lower stories most visible to pedestrians.



FIGURE 1 Windows are character-defining features in every historic public building. Stone quoins, Ionic pilasters and carved pediments frame multilight, arched windows defining this Georgian revival facade. (Carol M. Highsmith Photography, Inc./GSA)

To assist asset management and design teams in identifying issues to be addressed and appropriate alternatives, the guide includes a window project analysis matrix template and sample for assessing the range of factors that need to be considered in any potential window replacement scenario.

Section 106 project submissions must include an illustrated Preservation Report with captioned photographs of existing conditions and a narrative summarizing the preservation design issues and options, with a assessment justifying GSA's planned approach. GSA's Window Project Matrix for Historic Buildings must also be included to justify any project proposals involving removal of historic windows.



FIGURE 10 Exterior view of blast windows fabricated with custom muntin placing upper and lower panes in separate planes to simulate the appearance of double hung windows. (Mariah McGuingle/GSA)

The slender profiles of some muntins cannot be replicated when blast or insulted glass windows are required. Energy and blast glazing composites are often thicker than single pane glazing, requiring larger muntins and stops to hold the thicker assembly in place. True-divided light (TDL) windows have, in the past, been generally preferred for replicating historic multi-paned windows, but simulated divided light (SDL) sash when properly crafted can produce a convincing effect. SDL use spacers between the panes of the insulated unit, aligned with three-dimensional muntin-grids on the interior and exterior glass surfaces. Keeping the surface grid permanently tight to the surface is critical for effective simulation and can be difficult on very large pieces of glass. SDL offer greater flexibility for matching historic muntin profiles, allowing even narrow muntins to be replicated with insulated units. When replicating any divided light window, specify that replacement windows must match the depth, width and profile of the original window muntins. The addition of insulated glass without the use of a deeper sash will, however, necessitate some compromise in the depth of profiles, and such compromises should generally be made at the interior face.



FIGURE 11 Exterior before (top two rows) and after (bottom two rows) views showing original windows and blast resistant replicas illustrates minor muntin widening needed to secure the thicker laminated glass of the new blast window. (Mariah McGuingle/GSA)

Replacement ballistic-resistant windows weigh more than the carrying capacity of most existing window units. Many of these custom window units weigh over 1000 pounds and are not detailed to match historic configurations. Unless there is substantial interior reinforcement, installing these specialty windows without substantial structural reinforcement is sometimes not feasible.

### Combination Approaches

When analysis strongly supports replacement of window sash or entire window units, consideration must also be given to the feasibility of a combination preservation and replacement approach that retains in place or relocates intact original windows to the building's primary facades or most visible locations (e.g. lower floor levels). As a Section 106 mitigation measure, some GSA projects have preserved sound original windows by consolidating them on the building's lower levels or replacing windows on secondary facades only.



FIGURE 12 Thoughtful analysis to balance GSA preservation, cost, and performance goals supported historic window retention with replacement of non-historic windows at this 1930 courthouse. Blast-resistant, thermal storm windows were installed where original windows remained on courtrooms and the upper and lower levels of the light court. Roman arched windows in the light court were determined to meet blast protection requirements and did not require storm windows. Non-historic windows on the exterior facades were replaced with new blast resistant windows carefully replicating the building's original windows. (Carol M. Highsmith Photography, Inc./GSA)

### CONCLUSION

GSA asset managers, tenants and project teams all share a responsibility for stewardship of the nation's historic properties, wise use of federal funds and conservation of finite resources. Thoughtful and well-documented analysis promotes sound, consistent decisions and positive project outcomes that reflect well on GSA. Documenting and disseminating successful approaches also helps to raise the standard for future GSA projects. Toward that end, the Center for Historic Buildings encourages readers to share images and information documenting their own project successes for the benefit of future updates to this guide.

For additional guidance and building specific information, contact your RHPO (see www.gsa.gov/historicpreservation for a current list).

CENTER FOR HISTORIC BUILDINGS
OFFICE OF THE CHIEF ARCHITECT
PUBLIC BUILDINGS SERVICE
U.S. GENERAL SERVICES ADMINISTRATION
GSA

[ CLICK TO ACCESS TECHNICAL PRESERVATION GUIDELINES ]

6 SECTION 106



FEDERAL BUILDING
MINNEAPOLIS, MINNESOTA



GSA's Midwest Regional office secured an
anchor tenant using graphic simulation to
market architecturally compromised spaces as
they will appear restored for tenant occupancy.

### Project Development Tools: Simulation

GSA began using computer-generated simulations in 2001 to demonstrate the positive effects of restoration for evaluating project alternatives and marketing space in historic buildings. The 2001 simulation demonstrated the aesthetic potential of integrating a historic hotel into a courthouse by illustrating in 3D how the deteriorated hotel would look restored with its lobby linked to the hypothetical new courthouse. Although technical and financial challenges prevented the hotel's reuse, the simulation eliminated objections to the reuse option on aesthetic grounds by showing that the historic hotel could provide a welcoming gateway to a new courthouse. In Minneapolis, Minnesota, a simulated lobby and office space restoration secured new tenants for GSA's largely vacant 1912 Federal Building, where vaulted ceilings had been concealed when air conditioning and suspended ceilings were installed during the 1970s.

Simulations can serve a dual role supporting GSA marketing and interpretation goals. To attract a museum partner for GSA's space that once housed Clara Barton's Office of Missing Soldiers, GSA created an animated walk-through showing how the historic spaces would look restored and furnished as they were during Barton's occupancy. The animation was then incorporated into an educational video detailing the history and significance of the 1850s building and GSA's role in its preservation. GSA's marketing strategy proved successful and work is now under way to establish an operating agreement with the National Museum of Civil War Medicine.

BIM models simulating redevelopment options for the U.S. Coast Guard Headquarters in the St. Elizabeths West Campus in southwest Washington, D.C., served as a critical tool for exploring ways to minimize the visual impact of substantial new construction on the property's cultural landscape. Also incorporated into an educational film providing historical context, the St. Elizabeths redevelopment animation helped to build consensus among GSA's client agency and many stakeholders by allowing viewers to realistically visualize planned changes in birds-eye and ground-level views. The simulation also helped preservation stakeholders to factor in the positive impact of proposed landscape restoration at critical locations and better understand GSA's proposed master plan approach to redevelopment and renewal of the campus overall.

6

SECTION 106



ODD FELLOWS HALL
SALT LAKE CITY, UTAH

YouTube viewers watched GSA time-lapse photography showing the 48-foot-tall, 2,500-ton brick building being raised from its foundation, slid onto the adjoining lot, spun 180 degrees, and rolled on massive dollies across the street to a new lot where it now faces the courthouse block it once adjoined.

[ CLICK HERE TO WATCH THE VIDEO ]

### Building Relocation: Odd Fellows Hall

The most ambitious mitigation in GSA's agency history was the successful relocation of Salt Lake City's Odd Fellows Hall in 2010 as part of a planned expansion of the 1906 Frank E. Moss U.S. Courthouse, in Salt Lake City's Exchange Place Historic District. Responding to community concerns about demolishing the Odd Fellows Hall to make way for the courthouse annex, GSA agreed to preserve the building by relocating it to a lot across the street from the historic courthouse. GSA concluded its 106 consultation with an MOA completed in 2004, but funding delays tabled construction of the project until 2009.

Because moving a historic building takes it out of its historic context, it remains a last resort that GSA considers only when buildings on GSA construction sites cannot be reused and community sentiments about a threatened building are strong. GSA has a successful track record for relocating buildings important to their communities, including an early nineteenth-century house on the site of GSA's Springfield, Massachusetts, U.S. Courthouse that was moved in 2003 around the corner to a street providing a more appropriate context of similar houses.

The Odd Fellows relocation proved a formidable technical challenge due to the building's large size and condition, and subterranean conditions along the route. Public interest was high by the time the many technical challenges were resolved and the long-awaited move began in 2009. Responding to community interest in the daunting move, GSA made arrangements to document every phase using time-lapse photography. Time-lapse films were posted on the Internet as the move progressed, and YouTube viewers watched as the 48-foot-tall, 2,500-ton brick building was raised from its foundation, slid onto the adjoining lot, spun 180 degrees, and rolled on massive dollies across the street to a new lot where it now faces the courthouse block it once adjoined. After stabilizing the relocated building, GSA sold the Odd Fellows Hall for commercial reuse, with the Utah Heritage retaining a preservation easement on the historic facade.

6   SECTION 106

### Security and Public Access

GSA continues collaborating with preservation groups and professional organizations to devise imaginative approaches for balancing its responsibility to protect building occupants and visitors to federal facilities with community interest in keeping public buildings as welcoming and accessible as possible. GSA's online technical preservation studies and guidelines include model preservation design solutions for surveillance, perimeter security, and window upgrades to reduce the risk of casualties associated with glass fragmentation. Guiding priorities are installation reversibility, preservation of character-defining features, integrated design of new features, and maintaining appropriate access to public spaces.

GSA's *P100 Federal Facility Standards* encourages keeping ceremonial entrances accessible to the public. One way to preserve open lobbies while maintaining public access is to place security-processing functions in adjoining ancillary spaces; however, this approach is an option only where such spaces exist. GSA's historic building lobbies range from ceremonial postal lobbies stretching the full length of a building to modest entries that do not easily accommodate guard stations, metal detectors, magnetometers, and other detection equipment.

In 2009, GSA released new illustrated guidelines documenting successful approaches for integrating security processing functions into historic building lobbies. *Lobby Security in Historic Buildings* features model solutions for historic lobbies of different sizes and configurations. Designed to complete GSA's general *Lobby Security Design Guide*, the historic lobby design guide provides images and narrative guidance for layout, equipment placement, and detailing to minimize the architectural impact of security processing activities on historic entry spaces and materials.

In the wake of 2007's Energy Independence and Security Act mandates and fiscal control measures for reducing the cost of federal workspace, GSA is reassessing planned security upgrades for projects in development to ensure that they appropriately balance the goals of public access against the costs and social impact of physical security, beginning with its own headquarters modernization currently under way in Washington, D.C. GSA's Central Office reassessment resulted in a revised security threat assessment that reduced the need to encircle the building with closely spaced vehicle-resistant bollards. Under the revised plans, bollards will be concentrated at building and driveway entrances and eliminated from most of the property's urban perimeter, a well-traveled pedestrian zone bordering the business district and an adjoining university.



GSA'S CUSTOM HOUSE IN CHARLESTON HAS BEEN HOSTING
SPOLETO FESTIVAL CONCERTS SINCE 1979.

U.S. CUSTOM HOUSE
CHARLESTON, SOUTH CAROLINA

GSA reaches out to create opportunities for public enjoyment of historic properties by actively embracing the Cooperative Use Act of 1976 and honoring public access commitments that are often a significant component in Section 106 mitigation. The Cooperative Use Act encourages public use of federal facilities by authorizing nonfederal use of available space on first floors and other locations convenient to building entrances. Through the program, GSA rents out ceremonial spaces in historic buildings for receptions, weddings, and other events and also makes historic spaces available for use as film locations. Since 1979, GSA's U.S. Custom House in Charleston, South Carolina, has been hosting Piccolo Spoleto Festival events every spring. This year's events included a symphony orchestra concert by the student Lemira percussion ensemble in the building's East Bay Plaza. GSA's Urban Development Program also works with GSA building managers to host weekly farmers markets and public events in GSA building plazas and other accessible outdoor spaces.

To fulfill Preserve America heritage tourism goals, GSA also works with its tenant agencies to host tours and other opportunities for the public to see and learn about noteworthy historic buildings not usually accessible to the general public. At the St. Elizabeths West Campus, opportunities for controlled public access were a critical component in Section 106 consultation discussions focused, in part, on mitigating security measures required by the building's new use. Throughout the course of the project, GSA has maintained a schedule of hosted monthly tours along with educational tours hosted in association with conferences.

6 SECTION 106



GREYHOUND BUS TERMINAL
MONTGOMERY, ALABAMA

GSA's Memorandum of Agreement reserves the right to close the Freedom Riders museum and limit public access to the property during times of heightened security, a solution that has successfully met federal security and stewardship goals for the site.

### Sustainability and Preservation

GSA has been recycling buildings for a long time. One of GSA's first tasks as a new federal agency in 1949 was finding ways to adapt hundreds of buildings constructed or acquired during the war to serve new uses as federal offices. Some of these recycled buildings—former military factories in suburban locations, away from mass transit—have run their course and are now being returned to their communities for more appropriate uses, as GSA invests in more sustainable buildings and locations.

GSA's focus on sustainable building construction, operations, and maintenance began with the establishment of the agency's first sustainability program in 1999. Progressive tenant agencies worked with GSA to spearhead sustainability pilots such as an early water capture system at EPA's Kansas City Research and Technology Lab, featuring planted roofs now totaling more than 1.3 million square feet.

Many opportunities, however, were hampered by first-cost constraints under return-on-investment benchmarks intended to protect taxpayer interest in cost containment and keep GSA competitive with private sector workspace providers. Sustainability Executive Order 13514, coupled with stringent energy reduction targets under the Energy Independence and Security Act, is now accelerating the speed of progress and priority given to sustainability goals, as GSA responds to the directive's charge to show leadership in the environmental, energy, and economic performance of federal facilities. One result is an increasing shift from narrowly focused solutions, such as single system or assembly upgrades, to a comprehensive whole building approach to meeting performance goals.

GSA's general approach to meeting ambitious energy reduction goals at historic buildings is to look for opportunities throughout the building to improve performance; create envelope, system, and daylight management synergies, where possible; and reduce overall energy demand, in turn reducing system capacity requirements. Key players in whole building performance solutions are preservation specialist engineers and architects conversant in passive ventilation and environment-responsive design in historic buildings, to ensure that projects make the most of inherent sustainability features that remain or can be reclaimed.

The ARRA focus on sustainability significantly fueled technical and operational improvements that GSA had already begun across the inventory. In selecting projects for ARRA funding, energy-saving projects had priority, with eighty-seven historic buildings benefitting. ARRA improvements that will help GSA historic buildings perform better while reducing their burden on the environment include building "tune ups" to ensure that existing systems operate optimally; HVAC upgrades; electrical upgrades, including smart operating program options that make use of new lamping, hardware, and software technologies for daylight and electric light management; roofing upgrades, including green roofs and photovoltaics; window upgrades; and use of BIM technology to evaluate and improve on energy savings while projects are still in design, using energy modeling. At GSA's 1870s U.S. Custom House in Portland, Maine, a geothermal ground loop will save mechanical

6  SECTION 106

space and reduce operating expenses, with initial cost savings projected at $80,000 annually. At the Howard M. Metzenbaum U.S. Courthouse in Cleveland, Ohio, demand control ventilation in intermittently used courtrooms reclaims heat from condensate to preheat and temper the air only when heating or cooling is needed.

As of September 2010, GSA now requires a LEED Gold rating for all owned building capital projects, including rehabilitation of historic buildings. Rehabilitation of the 1933, 600,000-square-foot, John W. McCormack U.S. Post Office and Courthouse in downtown Boston used energy modeling and an integrated design charrette to produce GSA's first historic building rehabilitation to achieve a LEED Gold rating. Solar-powered pumps transport storm water from ten 500-gallon cisterns to irrigate the green roof, a popular common space in the EPA's new regional headquarters. To date, this is the largest government rehabilitation project to receive a LEED Gold rating.

ARRA funding of $121 million will enable GSA's Pacific Rim Regional Headquarters to relocate to the 1936 Federal Building at 50 United Nations Plaza, a contributing building in the San Francisco Civic Center NHL district. Vacant since 2007, the NHL was under consideration for disposal. The building offers innately sustainable features that make it in an attractive workspace location in San Francisco's temperate climate, such as proximity to public transportation, good thermal mass, generous day-lighting, and natural ventilation. GSA will transform it into a high-performing green building with advanced lighting controls, storm and gray water capture, and roof-mounted photovoltaics. The biggest innovation of all is what is not being added: air conditioning. With operable windows for fresh air, GSA will save millions in operating costs over the life of this modernization. The building is expected to earn LEED Gold rating, but GSA is targeting LEED Platinum rating.

Designs for modernizations in progress are being reexamined to identify opportunities for improvement, using GSA's 1917 Washington, D.C., headquarters as a model for better space utilization and performance. Awarded $161 million in ARRA funding in 2009, GSA made a bold decision to redesign the project to meet new energy conservation goals. Energy conserving design improvements include a roof-mounted photovoltaic array, a solar hot water generating system, added roof insulation, and sensor and network program-driven electric lighting controls, along with gray water, storm water, and condensate capture that may achieve estimated water savings of 63 percent and energy savings estimated at 32 percent, with payback periods varying from zero to twenty-five years.

In the wake of new Energy Act mandates and fiscal control measures for reducing the cost of federal workspace, GSA is also reassessing planned security upgrades to balance the goals of public access and sustainability against the costs and social impact of physical security. With a view toward maintaining flexibility for long-term sustainability during temperate times that may not require mechanical heating and cooling, GSA has moved to install operable windows containing insulated glass. GSA window upgrade guidelines encourage upgrading historic windows by retrofitting sashes with insulated glass, an option that now has a substantial



WAYNE N. ASPINALL FEDERAL BUILDING
AND U.S. COURTHOUSE
GRAND JUNCTION, COLORADO

Through ongoing consultation and iterative design refinement, GSA's net zero target rehabilitation will meet energy-saving standards using geothermal heating, interior insulation, and solar shading (awnings) to reduce the size of a planned photovoltaic array elevated above the roof, to the extent that it is no longer visible from the building's principal facades.

6 SECTION 106

track record of success, but can be cost prohibitive, given the costs of reglazing and the labor required to rout sashes. Increased demand for high-density quarter-inch-wide glass now available may reduce material costs and make retention more affordable. In the meantime, GSA is developing window upgrade specification clauses aimed at making sash retention options more competitive.

While introducing performance pressure challenges, GSA's new net-zero energy target also creates opportunities to test innovative products and approaches that may initially prompt wariness, but ultimately benefit preservation projects, as GSA works through an iterative process of tailoring new solutions to old buildings. At the Wayne N. Aspinall Federal Building and U.S. Courthouse in Grand Junction, Colorado, an initial out-of-the box concept for generating renewable energy to meet net-zero goals stretched the Secretary of Interior's Standards with a reversible but plainly visible white monolithic rooftop solar cell sun shield. Subsequent iterations of the concept have achieved energy savings using geothermal heating, interior insulation, and solar shading (awnings), reducing the rooftop sun shield accordingly, to the extent that it is no longer visible from the building's principal facades. Changes to the shovel-ready GSA head-quarters modernization will improve the 1917 building's long-term performance by substituting operable windows for fixed, adding a planted roof, and potentially powering workstations using direct current.

GSA collaborates with other federal agencies, preservation organizations, and professional associations to keep abreast of new technologies and solutions that may benefit GSA historic buildings. GSA co-sponsored and participated in the Association for Preservation Technology symposium on Sustainability and Preservation, held in Denver, Colorado, in October 2010, to exchange technological, design, and project planning advances for achieving high-performing green historic building projects.

A lesson learned since the beginning of GSA's sustainability program is the critical importance of capable and collaborative teams to producing well-integrated, whole building design solutions. The most success-ful historic building performance upgrades draw from an expert understanding of the building's original sustainability features and new technology that can be tailored to benefit old buildings. GSA is pleased to have the opportunity to test and observe a variety of renewable energy technologies, including so-lar glazing that may have a retrofit potential in spandrel applications, a high-efficiency fuel cell pilot in Washington's Federal Triangle complex, and the installation of hydraulic energy capture technology at GSA's historic San Ysidro, California, U.S. Border Inspection Station, where the weight and motion of trucks crossing the border will generate power to reduce long-term operating costs at the inspection facility. Continued development of these technologies will likely increase the range of renewable energy options and opportunities for historic buildings. The GSA headquarters and Aspinall Building projects lead the way in mixing old and new technologies, increasing interest in the benefits of operable windows and traditional daylight-management devices such as awnings, to reduce the energy load while contributing to the quality of federal workspace.





Solar-powered pumps transport storm water from ten 500-gallon cisterns to irrigate the green roof, a popular common space in the EPA's new regional headquarters.



JOHN W. MCCORMACK
U.S. POST OFFICE AND COURTHOUSE
BOSTON, MASSACHUSETTS

121

6 SECTION 106



ANTHONY J. CELEBREZZE
FEDERAL BUILDING
CLEVELAND, OHIO

Limited options exist for rectifying the performance problems of some mid-century buildings. GSA third party experts used computation fluid dynamics to evaluate the 1967 facade's current performance and improvements that will be achieved by enveloping the skyscraper in a second skin to stabilize the facade and eliminate infiltration.

### Modern-Era Buildings

Historic buildings are not equally sustainable. GSA's monumental legacy buildings were well constructed, even by the high standards of the day, using tried and true construction methods and durable natural materials. However, mid-century buildings that are fully one-third of the GSA inventory present formidable performance problems. Advocating a preservation approach for buildings were not designed to last a hundred years often requires extensive evaluation to justify additional analysis and more time to explore options. Where National Register eligibility is not a factor, the simplest solution is commonly facade replacement or facade enclosure in a secondary envelope. Buildings on the margin—potentially eligible at fifty—present a special planning challenge, in part because GSA owns so many of them, but also because communities sometimes attach more significance to them than the National Register criteria would suppport. Major envelope flaws may present limited options for an affordable remedy.

At the Anthony J. Celebrezze Federal Building in Cleveland, Ohio, ARRA funding for sustainability improvements made a whole building solution possible. The 1966 glass and steel building is well located and fully occupied, but is one of GSA's most notorious energy consumers and has a facade system that is deteriorating quickly. GSA retained a team of experts to provide third party assessments of the failing glass facade using computation fluid dynamics to evaluate its current performance and improvements that can be achieved by enveloping the building in a second skin. Though the building is only forty-three years old and was determined not eligible for the National Register in a detailed third party analysis by a team of leading mid-century architecture specialists, state and local preservation advocates have expressed concerns about the project because of the building's role in downtown Cleveland's urban development and its prominence in the city's skyline. In response, GSA has reached out to hear the community's concerns.

In Huntington, West Virginia, GSA faces similar circumstances involving an economically constructed 1960 building that is not aging well. The Federal Building's brick veneer facade lacks thermal expansion joints and suffers from severe cracking and failure; its single pane aluminum windows exacerbate leaking and infiltration making the building costly to maintain and operate. Interagency Security Standards mandating blast-resistant windows rule out replicating the existing fenestration. GSA has worked with the SHPO to ensure compatible new facade design sympathetic to the surrounding historic district and documentation for the building.

These cases call attention to the endemic and formidable challenge of balancing community interest in focal downtown buildings with GSA's responsibility to use the finite Federal Buildings Fund wisely. Using template design scopes guiding design teams to explore concept solutions informed by the Secretary of the Interior's Standards as a starting point could help to reduce the risks of controversy or delay in projects requiring substantial and visible intervention. However, such an approach may not always produce the most prudent or sympathetic outcome from the standpoint of federal tenants facing a building's livability shortcomings.

6  SECTION 106

## Footprint Reduction

Under new directives to reduce the costs and environmental burden of owning and operating federal facilities, GSA is one of many landholding agencies scrutinizing its owned and leased portfolio and look-ing for ways to do more with less. Because GSA has already made substantial progress implementing its portfolio strategy for culling poorly performing buildings from the inventory, the response to the June 2010 Presidential Memorandum on Disposal of Unneeded Federal Assets has been generally consistent with the efforts already well under way, focusing reinvestment in core assets that are performing well, working to improve marginal performers—especially troubled legacy buildings—and accelerating disposal of poorly performing buildings. The memorandum's call to reduce federal reliance on leased space supports GSA's *Legacy Vision* preference for investing in government-owned historic buildings.

GSA plans to continue implementing its portfolio strategy by actively pursuing solutions that give priority to occupancy in owned historic buildings, especially monumental historic buildings that best represent the federal public building legacy. These strategies include eliminating vacant space, reducing demand for leased space by consolidating in historic buildings, and supplementing owned historic buildings when additional space is needed, rather than disposing of them to construct or lease larger new buildings.

It is generally understood that government-owned buildings offer the advantages of being tax free, central locations, quality construction, lower operating costs, and rent rates equal to or lower than rates for comparable commercial space. However, security and tenant requirements can conspire against the long-term value of reinvesting in federal historic buildings. Leading challenges include security setback requirements, tenant preferences for free parking and high utilization open floor plans, and commercial return-on-investment benchmarks that are the basis of GSA's financial performance expectations.

GSA strategies for maintaining the viability of these buildings include ensuring that rents at GSA-owned historic buildings are in line with market comparables, so that they can generate enough income to cover their long-term capital investment needs. GSA is also working with its regions on net-zero energy strategies appropriate for historic buildings, starting with solutions that make use of sustainable compo-nents in each buildings' original design for responding to local climate conditions and managing daylight, air, and water. It will also continue promoting agency space expansion and consolidation solutions that supplement, rather than replace, well-constructed historic buildings to meet workspace expansion needs.



GSA COMPRESSED ITS REGIONAL HEADQUARTERS OCCUPANCY BY NEARLY ONE-THIRD, ELICITING A POSITIVE RESPONSE FROM EMPLOYEES ENJOYING EASIER ACCESS TO DIFFERENT BUSINESS LINES.

JOHN C. KLUCZYNSKI FEDERAL BUILDING
CHICAGO, ILLINOIS

GSA is also exploring ways to reduce the federal footprint by taking advantage of advances in communication technology and workspace design to program work areas for higher space utilization and efficiency. One approach has been to capture space within utilitarian light courts by installing skylight roofing systems to create occupiable space for uses ranging from secure circulation and jury assembly, to libraries and meeting space, and internal lobbies that provide queuing space for high public contact functions. GSA's headquarters modernization is recalibrating workspace requirements to take into consideration travel and telecommuting and mobility patterns that support hotelling and other shared workspace solutions. At the mid-century Chicago Federal Center, GSA compressed its regional headquarters occupancy by nearly one-third, eliciting a positive response from employees enjoying easier access to different business lines.

Some agency activities support operational efficiencies that go beyond day-to-day work patterns to planning that takes advantage of seasonal work patterns. The IRS consolidation in Kansas City's main post office is saving millions in annual operating costs by locating seasonal workers in high-efficiency wings where building systems can be shut down when the wings are unoccupied. By locating year-round employees in the historic post office building, the monumental downtown landmark remains the central focus of the redevelopment and visitors enjoy the benefit of continued access to an important public place.

7

# ADVOCACY AND EDUCATION

## Using the Internet

As national initiatives to reduce the cost and environmental impact of short-shelf-life printed matter move forward, GSA continues expanding and refining its robust preservation program website at www.gsa.gov/historicpreservation. The website provides a vast and varied library of reference materials, guidance, template documents, and resource links, organized under general and discipline-specific menus to serve the needs of many users—GSA employees, contractors, other federal agencies, and state and local governments who may benefit from federal efforts, academic institutions, students, and the general public.

In 2009, GSA launched a new Historic Buildings website that can be accessed directly at www.gsa.gov/historicbuildings. The site includes an interactive timeline detailing the evolution of federal public building architecture in the context of U.S. history, menus for researching buildings by location and style, and GSA's complete historic buildings database of architectural descriptions, building histories, and photographs. Through the GSA Issuance Program, GSA reviews most of the website components annually to ensure that links are functional and content remains current.

Over the years, GSA has broadened its preservation program pages to include a wide range of technical, regulatory, and advocacy-related resources developed by GSA and other agencies and organizations. GSA online technical preservation support includes GSA's vast Technical Procedures database, an indexed collection of specifications, standards, and briefs addressing historic material cleaning, conservation, and repair needs. The database is searchable by subject as well as by Construction Specifications Institute specification numbers, for the convenience of nonpreservation specialists as well as contractors working with construction documents. Other technical preservation resources include GSA technical preservation guidelines and studies, links to relevant websites, and an email inquiry feature, reviewed weekly, through which website visitors may submit technical questions and other inquiries. Related preservation contract development material available in GSA's project management tools menu includes preservation scopes of work for historic building design projects, preservation report templates, a Section 106 compliance report short form, for limited-scope projects, and qualification requirements for preservation design team members, technical consultants, and construction contractors.

GSA's preservation program website also features subject-based menus covering themes of interest to a broader public. GSA's newest addition among these is a web feature focused on GSA's historic border inspection stations constructed along the nation's northern and southern borders between 1931 and

1943. Drawing from GSA's recently completed National Register nomination effort, the new feature highlights the historic context and characteristics of GSA border inspection stations built as part of a national program to prevent illegal immigration and liquor smuggling. The web feature includes an inspection station typology describing standard inspection station sizes and layouts, based on border traffic volume, and a rich array of photographs illustrating architectural styles and vocabularies used to adapt the buildings to regional locales, such as Spanish Colonial for inspection stations in the southwest, Georgian Revival for northeastern border stations, and rustic construction (including one log cabin) for inspection stations within and near Glacier National Park in Montana. [ CLICK TO ACCESS SITE ]

The national preservation program website also promotes public access to GSA historic buildings under its Preserve America menu. GSA's Preserve America website, developed in cooperation with the National Park Service, includes an illustrated listing of historic buildings containing museums and other spaces open to the public on a daily basis, as well as links to National Register Travel Itineraries featuring high-profile historic properties.

A number of regions have developed their own substantial preservation websites to support regional needs and provide public access to information about projects, discoveries, and activities of high public interest. These websites encompass above ground discoveries, such as artifacts left behind in Clara Barton's Missing Soldiers Office (discovered in a mid-nineteenth-century building awaiting disposal) and underwater discoveries such as the *C.S.S. Hunley* Confederate submarine, as well as noteworthy archeological discoveries resulting from construction projects on the sites of Manhattan's Five Points neighborhood and African Burial Ground. Among these features is a National Capital Region project development website of unprecedented richness and depth that serves as an information hub for the St. Elizabeths West Campus redevelopment in southwest Washington, D.C. This website includes regular project updates, public tour schedules, and a library of documentation and planning reports detailing the history, evolution, and planned redevelopment of the property's historic buildings and grounds, including GSA's complete Historic American Landscape Survey Report, comprehensive Cultural Landscape Report, and Master Plan.

7 | A D V O C A C Y   A N D   E D U C A T I O N





[ CLICK HERE TO WATCH THE FILM ]

During National Preservation Month, GSA uses the agency's primary public website for broad-based advocacy. In 2010 and 2011, GSA posted stories on its main homepage announcing National Preservation Month, with rotating features highlighting GSA historic buildings and preservation activities, encouraging viewers to learn more by visiting the preservation program website. GSA also uses the opportunity to announce the release of its annual Public Buildings Heritage Program posters, brochures, and films. In 2011, GSA debuted the film *Boston's Dazzling Cliff: John W. McCormack U.S. Post Office and Courthouse*. Regional GSA websites included geographically focused preservation features, including announcements about Preservation Month tours and special events held at GSA historic buildings throughout the nation.

The Internet has become GSA's most cost-effective means for widely distributing model contract documents and answers to commonly asked questions. Universal use of best practice templates ultimately depends on their regular integration into standard regional solicitation and scope of work templates. The consistent involvement of Regional Historic Preservation Officers in historic building repair and alteration projects in their areas is critical to maximizing regional use of these documents for better project outcomes.

## Photography, Brochures, Posters, and Films

Agency-wide commitment to historic building stewardship begins with broad-based staff and tenant recognition that historic buildings are worth it. To that end, GSA launched the Public Buildings Heritage Program in 1998, encouraging regions to develop exhibits and brochures promoting GSA's historic buildings. Since 2001, GSA has maintained an active program documenting its legacy historic buildings in high-resolution photographs to create a comprehensive archive of images and graphic material to provide a permanent archival record and serve the needs of GSA business lines, project teams, tenant agencies, researchers, and the public. Under the program, GSA celebrates National Preservation Month each year with an exhibit showcasing newly released historic building posters and brochures, which are provided to GSA regional offices, historic building managers, tenants, and the public on request, through GSA's preservation program website.

In 2010 and 2011, GSA released special thematic posters and brochures highlighting historic border stations and Washington D.C.'s Lafayette Square. The border station poster and brochure showcases the regional themed architecture of the government's first comprehensive effort to control traffic along the nation's north and south borders during the 1930s. Also known as the President's Park, Lafayette Square is prominently situated across from the White House on Pennsylvania Avenue. In the 1960s, at the prompting of First Lady Jacqueline Kennedy, GSA changed its plan to demolish historic nineteenth-century rowhouses surrounding the square to make way for large, modern office buildings. Instead, GSA preserved the rowhouses as part of a new complex, today occupied by a variety of White House offices. The poster and brochure feature color images highlighting the ornamental facades and picturesque landscape with brick pathways, fountains and statuary.

7  ADVOCACY AND EDUCATION

Regional offices use the posters and brochures to promote GSA's historic building legacy to customers, compliance organizations, preservation advocacy groups, and program staff. These materials are available through Regional Historic Preservation Officers, managers of featured buildings, and GSA's national preservation program. Thousands have been distributed and hundreds are on display in courthouses and other federal buildings throughout the country. Posters and brochures sets for more than a hundred historic buildings are now available digitally on GSA's website. [ CLICK TO ACCESS SITE ]

In 2005, GSA entered into an agreement with the Library of Congress to produce, catalog, and make available to the public archival-quality architectural photographs commissioned by GSA under the Public Buildings Heritage Program. Photographs are available online, in high resolution, at no cost to the public on the Library of Congress website.

In support of the Preserve America initiative encouraging Americans to explore and enjoy our nation's heritage, GSA has also produced a series of documentary films celebrating the agency's legacy of federal architecture. Focusing on architecturally exceptional buildings that have undergone major modernizations, the fifteen- to twenty-minute documentaries weave together archival and contemporary images, along with engaging narrative including interviews with preservation experts, historians, and tenants. The films promote preservation success stories and are broadcast locally, through public university television stations and other local venues, provided to area historical archives and advocacy organizations, and shown annually at the National Preservation Conference. The documentaries have been recognized in awards by the National Association of Government Communicators (2004, 2007, 2008) as well as Telly Awards (2005, 2006) and a 2005 Aurora Award.

Films currently available include:

Power and Poetry: Howard M. Metzenbaum U.S. Courthouse, Cleveland, OH

A Poem in Marble, a Place on the Map: Byron R. White U.S. Courthouse, Denver, CO

An American Classic: Gene Snyder U.S. Courthouse and Custom House in Louisville, KY

At the Frontier of Adventure and Architecture: Pioneer U.S. Courthouse, Portland, OR

A Monument Reborn: U.S. Post Office and Courthouse, Pittsburgh, PA

A Homecoming in Natchez: U.S. Courthouse, Natchez, MS

100 Years of Grandeur: Alexander Hamilton U.S. Custom House, New York, NY

Boston's Dazzling Cliff: John W. McCormack U.S. Post Office and Courthouse, Boston, MA













7    A D V O C A C Y   A N D   E D U C A T I O N

### Training

GSA regularly sponsors broad and focused training programs to improve the stewardship skills of project teams, building managers, and other staff whose work may affect historic properties. Agency venues such as GSA annual Project Manager Workshops, Courthouse Project Workshops, and Facilities Management Conferences have provided opportunities to educate businessline staff about the importance of early and meaningful Section 106 consultation in the context of their program responsibilities. During the 2008–2011 reporting period, GSA initiated new Section 110 and Section 106 compliance training programs focused on business areas involving properties leaving the inventory, non-GSA properties that GSA has an opportunity to lease, and underutilized properties in which GSA seeks to lease space to nonfederal tenants. In 2010, GSA launched an onsite Section 106 training pilot for property disposal specialists focused in part on the transfers involving non-GSA property, for which other agencies have responsibility for Section 110 compliance that may significantly affect GSA's 106 compliance. Examples that often introduce disposal solicitation complexities include National Register determinations for modern-era buildings and federal centers located on former World War II industrial sites. GSA national leasing broker training programs have also provided opportunities to reach individuals handling solicitations and lease development from locations outside of GSA's offices, precluding regular interaction with regional preservation staff. Most regional preservation programs also provide general and technical training for portfolio management, project development, and facilities management staff.

Intensive training that GSA's national preservation program sponsors annually for GSA Regional Historic Preservation Officers and their staff has a participatory emphasis aimed at promoting discussion and exchange on critical issues. Each workshop includes a standing agenda of core business issues, such as the financial state of the historic inventory and GSA's portfolio strategy, along with discussion on other issues that have risen to critical importance. Regional Historic Preservation Officers rotate from year to year in presenting case studies addressing challenging issues and new initiatives as a point of departure for group discussion. These intensive sessions, combined with monthly conference calls, have proven extremely effective in promoting formal and informal collaboration that raises the ability of GSA staff nationwide to resolve preservation challenges successfully.

### Awards

GSA actively encourages national and regional project teams and programs to pursue recognition opportunities and has received many awards for project successes and program initiatives. GSA's biennial Design Awards also recognize preservation, conservation, modernization, and lease construction projects involving historic buildings. Winning projects and programs are listed on the following pages.







7  ADVOCACY AND EDUCATION

## Historic Buildings and Historic Preservation Awards 1999–2011

### Preservation Initiatives

**Greater Southwest Region**
**Fort Worth, TX**
**2000** New Mexico Historic Preservation Division Heritage Preservation Award (Commitment to creating and maintaining an historic preservation program for government buildings)

**U.S. General Services Administration**
**Washington, DC**
**2002** National Trust for Historic Preservation Main Street Leadership Award for Civic Leadership

**U.S. General Services Administration**
**Washington, DC**
**2003** National Trust for Historic Preservation John H. Chafee Award for Outstanding Achievement in Public Policy (Integrating GSA's portfolio strategy and stewardship responsibility)

**U.S. General Services Administration**
**Washington, DC**
**2003** National Trust for Historic Preservation Honor Award (National Historic Lighthouse Preservation Act: pilot program)

**Southeast Sunbelt Region**
**Atlanta, GA**
**2003** Atlanta Federal Executive Board Federal Employee of the Year for Outstanding Partnership (Marketing GSA's historic buildings to motion picture and television production companies)

**Center for Historic Buildings**
**Washington, DC**
**2008** National Trust for Historic Preservation Honor Award (Modern-Era Buildings Initiative)

**Leslie L. Shepherd, Chief Architect,**
**Office of the Chief Architect**
**2010** AIA Thomas Jefferson Award for Design Excellence in Public and Government Architecture (New construction and modernization projects)

**Robert A. Peck, Commissioner,**
**Public Buildings Service**
**2011** University of Notre Dame School of Architecture, Henry Hope Reed Award (Commitment to creating and preserving public architecture)

**Northwest/Arctic Region**
**Auburn, WA**
**1999** GSA Public Buildings Heritage Awards, Education and Outreach (Heritage website)

**U.S. General Services Administration**
**Center for Historic Buildings**
**Washington, DC**
**2002** GSA Design Award, Citation for Historic Buildings Poster Series (Graphic Design)

**Southeast Sunbelt Region**
**Atlanta, GA**
**2003** GSA Public Buildings Heritage Awards, Education, Outreach and Community Involvement, Honorable Mention (Marketing GSA's historic buildings to motion picture and television production companies)

**2003** GSA Assistant Regional Administrator's *Above and Beyond* Award (Marketing GSA's historic buildings to motion picture and television production companies)

**Rocky Mountain Region**
**Denver, CO**
**2003** GSA Public Buildings Heritage Awards, Education, Outreach and Community Involvement (Historic Preservation Outreach Program)

**National Capital Region**
**Washington, DC**
**2003** GSA Public Buildings Heritage Awards, Education, Outreach and Community Involvement (Clara Barton Museum and development of Square 457C)

**Center for Historic Buildings**
**Washington, DC**
**2006** GSA Design Award, Citation for *Growth, Efficiency, and Modernism: GSA Buildings of the 1950s, 60s, and 70s,* and *Extending the Legacy: GSA Historic Building Stewardship* (Graphic Design)

**Great Lakes Region**
**Chicago, IL**
**2009** GSA Achievement Award for Real Property Innovation (Collaboration of fire protection and historic preservation)

**Greater Southwest Region**
**Fort Worth, TX**
**2011** GSA Project Management Award for Contribution to Excellence in Project Management (Historic Preservation)

### Projects

**Fairfield Center (former Roxbury Boys Club)**
**(Leased)**
**Roxbury, MA**
**2001** Advisory Council on Historic Preservation Chairman's Award for Excellence in Historic Preservation

**John W. McCormack U.S. Post Office and Courthouse**
**Boston, MA**
**2010** Boston Preservation Alliance Preservation Achievement Award

**2010** Department of Energy Federal Energy and Water Management Award

JOSE V. TOLEDO FEDERAL BUILDING
AND U.S. COURTHOUSE
SAN JUAN, PR

**1999** GSA Public Buildings Heritage Awards,
Preservation Design Project/Education and Outreach

**2000** Society for History in the Federal Government
John Wesley Powell Prize for Historic Preservation

**2001** Advisory Council on Historic Preservation
Chairman's Award for Excellence in Historic Preservation

**2002** New England Chapter AIA Honor Award

**2002** GSA Design Award, Honor Award for Historic
Preservation, Restoration, Renovation

**2004** AIA Citation, *Justice Facilities Review* Award

ALEXANDER HAMILTON U.S. CUSTOM HOUSE
NEW YORK, NY

**1999** GSA Public Buildings Heritage Awards, Completed
Preservation Project

**2008** National Association of Government Communicators
Blue Pencil and Gold Screen Award (*100 Years of Grandeur:
Alexander Hamilton U.S. Customhouse*)

FEDERAL BUILDING AND U.S. COURTHOUSE
BINGHAMTON, NY
**2002** Preservation Association of the Southern Tier (NY)
Preservation Excellence Award

DANIEL P. MOYNIHAN U.S. COURTHOUSE
NEW YORK, NY
**2003** Society for American Archaeology Award
for Excellence in Cultural Resource Management
(Archaeological work at Five Points)

GOVERNORS ISLAND LAND TRANSFER
NEW YORK, NY
**2003** Advisory Council on Historic Preservation/National
Trust for Historic Preservation Award for Federal Partnerships
in Historic Preservation

JAMES T. FOLEY U.S. POST OFFICE AND COURTHOUSE
ALBANY, NY
**2008** BOMA TOBY Award Local and Regional

CONRAD B. DUBERSTEIN U.S. BANKRUPTCY
COURTHOUSE
BROOKLYN, NY
**2008** GSA Design Award, Honor Award for Preservation

U.S. POST OFFICE & COURTHOUSE
CAMDEN, NJ
**2002** GSA Design Award, Citation for Historic Preservation,
Restoration, Renovation

WILLIAM J. NEALON FEDERAL BUILDING
AND U.S. COURTHOUSE
SCRANTON, PA

**2000** Pennsylvania Chapter AIA Merit Award

**2000** GSA Design Award, Citation for Architecture

**2003** GSA Public Buildings Heritage Awards, Completed
Alterations and Upgrades (Building modernization)

U.S. COURTHOUSE
PITTSBURGH, PA

**2000** GSA Design Award, Citation for On the Boards

**2007** DC Chapter AIA Excellence in Historic Resources
Award

OWEN B. PICKETT U.S. CUSTOM HOUSE
NORFOLK, VA

**2001** City of Norfolk Design Award (Rehabilitation)

**2003** GSA Public Buildings Heritage Awards,
Conservation/Restoration (Interior and exterior restoration)

U.S. COURTHOUSE
ERIE, PA

**2002** AIA Citation, *Justice Facilities Review* Award

**2004** Erie County Historical Society Construction Award

**2004** GSA Design Award, Citation for Preservation

STRAWBRIDGE BUILDING (LEASED)
PHILADELPHIA, PA
**2005** *Buildings* Magazine Design Interiors Award for Offices

OLD MAIN POST OFFICE (LEASED)
PHILADELPHIA, PA

**2011** Preservation Alliance of Greater Philadelphia
Grand Jury Award

**2011** GSA Project Management Award for Outstanding
Project Team

MISSISSIPPI RIVER COMMISSION BUILDING
VICKSBURG, MS

**1999** GSA Public Buildings Heritage Awards,
Rehabilitation

**2000** BOMA TOBY Award Regional

**2001** BOMA TOBY Award International

U.S. COURTHOUSE
AUGUSTA, GA

**1999** BOMA TOBY Award Local

**2000** BOMA TOBY Award Regional

**2001** *Buildings* Magazine Modernization Award

**2003** BOMA TOBY Award

GENE SNYDER U.S. COURTHOUSE
AND CUSTOM HOUSE
LOUISVILLE, KY

**2000** BOMA TOBY Award International

**2000** BOMA TOBY Award Regional

**2001** *Buildings* Magazine Modernization Award

**2004** National Association of Government Communicators
Blue Pencil and Gold Screen Award (Film, *An American
Classic: Gene Snyder U.S. Courthouse and Custom House*)

**2005** Aurora Award (Film, *An American Classic:
Gene Snyder U.S. Courthouse and Custom House*)

**2005** Telly Awards (Film, *An American Classic:
Gene Snyder U.S. Courthouse and Custom House*)

*continued*

7  ADVOCACY AND EDUCATION

**Alton Lennon Federal Building and U.S. Courthouse**
**Wilmington, NC**

**2002** BOMA TOBY Award Regional

**2011** Historic Wilmington Foundation Kerr Award for Historic Preservation

**Sam Nunn Atlanta Federal Center**
**Atlanta, GA**
**2004** National Council of Public History Student Project Award (Interpretive history exhibition: "Rich's: The Store That Married a City")

**J. Roy Rowland U.S. Courthouse**
**Dublin, GA**

**2005** BOMA TOBY Award Local

**2006** BOMA TOBY Award Local and Regional

**U.S. Bankruptcy Courthouse**
**Tallahassee, FL**
**2005** Florida Heritage Foundation and Tallahassee Trust for Historic Preservation Outstanding Achievement in Civic/Community Resource Rehabilitation Award

**Martin Luther King, Jr. Federal Building**
**Atlanta, GA**

**2009** Central Atlanta Progress Downtown Excellence Award

**2010** Georgia Trust for Historic Preservation Award for Excellence in Rehabilitation

**2011** Atlanta Urban Design Commission Award of Excellence

**U.S. Custom House**
**Charleston, SC**
**2010** Charleston Horticultural Society Outstanding Trees in the City of Charleston (Government Category)

**Federal Building and U.S. Courthouse**
**Milwaukee, WI**

**1999** GSA Public Buildings Heritage Awards, Completed Preservation Project/Education and Outreach

**2000** AIA Citation, *Justice Facilities Review* Award

**Birch Bayh Federal Building and U.S. Courthouse**
**Indianapolis, IN**

**1999** GSA Public Buildings Heritage Awards, Conservation/Restoration

**2000** Historic Landmarks Foundation of Indiana Special Recognition for a Body of Work in Restoration

**2001** BOMA TOBY Award Regional

**2002** BOMA TOBY Award Regional

**2003** BOMA TOBY Award Regional

**Howard M. Metzenbaum U.S. Courthouse**
**Cleveland, OH**

**2005** Ohio State Historic Preservation Office Preservation Merit Award

**2005** Builders Exchange Award for Craftsmanship

**2006** Cleveland AIA Honor Award

**2006** Cleveland Restoration Society Preservation Award

**2006** GSA Design Award, Citation for Preservation

**2010** BOMA TOBY Award International

**U.S. Custom House**
**Chicago, IL**
**2006** GSA Design Award, Citation for Conservation

**Federal Building and U.S. Courthouse**
**Port Huron, MI**
**2010** BOMA TOBY Award International

**Robert Grant Federal Building and U.S. Courthouse**
**South Bend, IN**
**2010** Crystal Award (Historic elevator restoration)

**Potter Stewart U.S. Courthouse**
**Cincinnati, OH**
**2011** GSA Project Management Award for Outstanding Project Team

**U.S. Courthouse**
**Wichita, KS**
**2004** BOMA TOBY Award Local and Regional

**U.S Courthouse**
**Davenport, IA**
**2007** AIA Citation, *Justice Facilities Review* Award

**Federal Building and U.S. Courthouse**
**(No longer in inventory)**
**Cedar Rapids, IA**
**2010** GSA Design Award, Citation for Preservation

**U.S. Custom House**
**(No longer in inventory)**
**Galveston, TX**
**1999** GSA Public Buildings Heritage Awards, Partnering/Collaborative Preservation Project

**U.S. Courthouse**
**Lawton, OK**
**2002** Oklahoma State Historic Preservation Office Citation of Merit (Window repair and replacement project)

**Eldon B. Mahon U.S. Courthouse**
**Fort Worth, TX**
**2002** Historic Fort Worth, Inc. Citation of Merit Award

**Santiago E. Campos U.S. Courthouse**
**Santa Fe, NM**

**2002** City of Santa Fe Heritage Preservation Award

**2007** New Mexico Historic Preservation Division Historic Preservation Award (Tribal heritage preservation)

**U.S. Courthouse**
**El Paso, TX**
**2003** GSA Public Buildings Heritage Awards, Conservation/Restoration (Terra cotta repair and replacement)

**Sam B. Hall Jr. Federal Building and U.S. Courthouse**
**Marshall, TX**
**2005** Marshall Historic Landmark Preservation Board Certificate of Appreciation (New addition)

**U.S. Bankruptcy Courthouse**
**Little Rock, AR**
**2005** BOMA TOBY Award Local

**Amy Biehl High School (Old U.S. Post Office) (Outlease)**
**Albuquerque, NM**
**2006** Advisory Council on Historic Preservation/National Trust for Historic Preservation Award for Federal Partnerships in Historic Preservation

**2007** New Mexico Historic Preservation Division Historic Preservation Award

**Scowcroft Building (Leased)**
**Ogden, UT**
**2003** Intermountain Contractor Best Renovation/Preservation Project

**2004** Utah Heritage Foundation Heritage Award

**2006** GSA Environmental Award

**Boyle Furniture Warehouse (Leased)**
**Ogden, UT**
**2003** GSA Public Buildings Heritage Awards, Adaptive Use

**2003** Utah Heritage Foundation Award for Adaptive Reuse

**Denver Federal Center Museum**
**Lakewood, CO**
**2003** GSA Public Buildings Heritage Awards, Education, Outreach and Community Involvement

**James R. Browning U.S. Courthouse**
**San Francisco, CA**
**2000** National Endowment for the Arts Federal Design Achievement Award

**Federal Building**
**Sacramento, CA**
**2003** BOMA TOBY Award Local

**2004** BOMA TOBY Award Regional

**James A. Walsh U.S. Courthouse**
**Tucson, AZ**
**2009** AIA Citation, *Justice Facilities Review* Award

**2009** Ohio AIA Merit Award for Newly Completed Buildings, Additions, Remodelings, Renovations, Restorations

**James A. Redden U.S. Courthouse**
**Medford, OR**
**1999** GSA Public Buildings Heritage Awards, Conservation/Restoration

**Dalton Cache U.S. Border Inspection Station**
**Haines, AK**
**1999** GSA Public Buildings Heritage Awards, Conservation/Restoration

**Pioneer U.S. Courthouse**
**Portland, OR**
**2006** Telly Awards (Film, *At the Frontier of Adventure & Architecture: Pioneer U.S. Courthouse*)

**2006** *Building Design and Construction* Magazine 23rd Annual Reconstruction and Restoration Award, Platinum Award

**2006** Portland AIA Craftsmanship Award

**2007** National Association of Government Communicators Blue Pencil and Gold Screen Award (Film, *At the Frontier of Adventure and Architecture: Pioneer U.S. Courthouse*)

**2008** Society for History in the Federal Government John Wesley Powell Prize for Historic Preservation

**2011** BOMA TOBY Award Regional

**Spokane Post Office and Federal Building**
**Spokane, WA**
**2004** BOMA TOBY Award Regional

**Anchorage Federal Building**
**Anchorage, AK**
**2007** BOMA TOBY Award

**Federal Office Building**
**Seattle, WA**
**2009** BOMA King County Kilowatt Crackdown Award for Most Energy Efficient Building in King County

**Ariel Rios Federal Building**
**Washington, DC**
**2002** GSA Design Award, Citation for Historic Preservation, Restoration, Renovation

**2002** GSA Design Award, Honor Award for Construction Excellence

**2003** GSA Public Buildings Heritage Awards, Completed Alterations and Upgrades (Handicap accessible entrances)

**U.S. General Services Administration Building**
**Washington, DC**
**2002** GSA Design Award, Honor Award for Workplace Environment (Rehabilitation of Office of the Chief Architect)

**General Post Office (Hotel Monaco) (Outlease)**
**Washington, DC**
**2002** GSA Design Award, Honor Award for Interior Design (Poste Restaurant)

**2003** GSA Public Buildings Heritage Awards, Adaptive Use (Office to boutique hotel)

**2003** GSA Public Buildings Heritage Awards, Conservation/Restoration (Restoration of historic features)

**Federal Trade Commission Building**
**Washington, DC**
**2003** GSA Public Buildings Heritage Awards, Conservation/Restoration (Conservation of "Man Controlling Trade" sculptures)

**Robert F. Kennedy Federal Building**
**Washington, DC**
**2004** GSA Design Award, Honor Award for Preservation/Conservation

7    ADVOCACY AND EDUCATION

### Preserve America Websites, Museums, and Exhibits

Since the Cooperative Use Act was signed in 1976, GSA has worked with its tenant agencies to promote community access to and enjoyment of noteworthy public buildings. In the 1990s, GSA established the Public Buildings Heritage Program to promote GSA's public building legacy through brochures and exhibits. Over the years, the program has produced more than one hundred brochures about individual historic buildings, along with thematic brochures on GSA's custom houses, border stations, and modern-era buildings. GSA regions have produced a number of permanent building history displays, temporary exhibits developed in support of building modernization efforts, and exhibits showing the results of GSA archaeological recovery efforts.

Executive Order 13287 Preserve America, issued in 2003, encourages agencies to improve their historic property management and preservation programs, to actively nominate properties to the National Register, and to promote heritage tourism. GSA supports the heritage tourism goals with online information on GSA's historic buildings database, regional preservation websites, and image-rich pages on discoveries in which GSA has played a part, such as the African Burial Ground and nineteenth-century Five Points neighborhood in New York City, the Confederate submarine *H. L. Hunley*, and Clara Barton's Missing Soldiers Office in Washington, D.C. GSA's Preserve Heritage Tourism page lists more than a dozen GSA historic buildings that contain museums and exhibits open to the public on a daily basis. Museums in GSA historic buildings include the National Building Museum, National Aquarium, and Department of the Interior Museum in Washington, D.C.; the National Museum of the American Indian in New York City; the Audubon Insectarium in New Orleans; and the Freedom Riders Museum in the historic Greyhound Bus Station that is now part of GSA's courthouse in Montgomery, Alabama. Permanent exhibits include the Chihuly Glass Exhibit in the rotunda of the U.S. Courthouse in Tacoma, Washington's historic Union Station; a display about Rich's Department Store, demolished to make way for the Sam Nunn Federal Center in Atlanta, Georgia; the African Burial Ground exhibit at 290 Broadway in lower Manhattan; and a display on White House history in the White House Visitor's Center, within the Herbert C. Hoover Department of Commerce Building in Washington, D.C.'s Federal Triangle. From the tower of the Old Post Office Pavilion in Washington, D.C., visitors enjoy birds-eye views of the National Mall, Pennsylvania Avenue, and other highlights of Washington's monumental core.

Important temporary exhibits sponsored or hosted by GSA during the reporting period include a display of civil rights history memorabilia produced in association with GSA's rededication of the Martin Luther King, Jr. Federal Building in Atlanta, and the Clara Barton Missing Soldiers Office window display at 437 Seventh Street, N.W., in Washington, D.C.





# CLARA BARTON LIVED AND WORKED HERE

## THE DISCOVERY

In 1997, the U.S. General Services Administration (GSA) discovered clothing, papers, and other nineteenth century items in the attic of 437 Seventh Street, N.W. This discovery brought attention to a suite of rooms on the third floor that had served as Clara Barton's home, storeroom, and office. The rooms and artifacts, including a sign identifying Room 9 as the Missing Soldiers Office, provide new insight into Clara Barton's experience of the Civil War and her efforts to relieve the suffering of Union soldiers and their families. GSA maintains a preservation easement on the third floor. Work is underway to conserve these spaces and open them to the public as a museum.

## HUNDREDS OF SOCKS

Among the artifacts found in the attic above Clara Barton's rooms were 171 whole socks, as well as nearly 106 carefully severed sock tops and bottoms. Why save dirty and worn socks? Harsh weather conditions and constant walking took a toll on soldiers' feet. Fresh socks



were needed to prevent blisters, frostbite, and gangrene. Unprepared for the war, the Union Army could not keep the troops adequately supplied. Charitable organizations, such as the Sanitary Commission, exhorted women to knit socks for soldiers. Perhaps Clara Barton collected these used cotton socks on the battlefield, bringing them home to wash, mend, and eventually redistribute to troops.

## "IT WAS A KIND OF A TENT LIFE, BUT SHE WAS HAPPY IN IT" — Frances Hassall, close friend of Clara Barton

Even in the turbulent war years, Clara Barton strove to make her quarters as attractive and functional as possible. Evidence of her activities can be seen in the large room created by removing dividing walls to accommodate battlefield supplies; the mail slot cut into the office door to accommodate the volumes of correspondence for the Missing Soldiers Office; and the number 9 painted on the door, corresponding



to the sign directing visitors up the steep stairs to the third story. The white striped wallpaper still hanging in her small personal chamber and the trove of colorful paper remnants found in the attic tell of her love of pattern and skill at creating "home" wherever she went.



## 21,000 FAMILIES RECEIVED LETTERS

In early spring 1865, the closing days of the Civil War, Clara Barton found herself inundated with requests from families anxious for word of their missing loved ones. In response, she established the Office of Correspondence with Friends of the Missing Men of the U. S. Army (Missing Soldiers Office). But how did Barton and a handful of





clerks manage to provide information to over 21,000 families in the span of less than four years, using nineteenth-century technology and operating out of her rooms in this building? Although Barton and her assistants wrote an astonishing 41,855 letters, even more was accomplished using form letters. Preprinted for a variety of purposes, 58,693 form letters were sent as part of a highly efficient information exchange. In addition, 1,500 names were printed on large sheets titled, "Roll of Missing Soldiers." These rolls were posted throughout the country, with the request that information be sent to the office at 437 Seventh Street. By the end of 1866, five editions were published and 99,057 copies distributed.






[ CLICK TO ACCESS SITE ]

139

7   ADVOCACY AND EDUCATION

**Clara Barton Missing Soldiers Office, Washington, D.C.**

In 2007, GSA's Center for Historic Buildings began collaborating with the American Red Cross and National Park Service to assist GSA in its efforts to interpret a unique discovery in an 1853 row house property acquired by the Pennsylvania Avenue Development Corporation for redevelopment and sold by GSA in 2001. While the 437 Seventh Street building was being prepared for sale in 1997, GSA discovered an attic space filled with clothing, papers, and artifacts, including a sign identifying the room as Clara Barton's Missing Soldiers Office. This discovery brought attention to the unrecorded history of the retail building, which had housed her shoe store since 1928, as Clara Barton's home, store rooms, and office during and immediately after the Civil War. GSA holds a preservation easement on the building's significant spaces, with direct responsibility for their long-term stewardship and interpretation.

In 2006, with the stabilization and general rehabilitation complete, GSA began exploring alternative museum strategies, beginning with a collaborative educational effort to aid prospective partners in visualizing the spaces as Clara Barton experienced them. To assist GSA in determining the likely appearance of spaces used by Barton, the National Park Service provided period photos showing how Clara Barton furnished her disaster relief quarters and workspaces after she left Seventh Street and founded the American Red Cross, along with diary entries and copies of articles and documents related to the Missing Soldiers Office. The Red Cross provided information on Barton's early work establishing the American Red Cross and photographs illustrating Barton's worldwide impact as an originator of global disaster relief. Along with findings from the onsite investigation, these documents enabled GSA to bring the past to life in a credible simulation of the spaces as Clara Barton likely used them.

Using an expert team of volunteer professionals, GSA then collaborated with the American Red Cross to expand the two-minute simulation into a twenty-minute film providing the broader context required for GSA's education and marketing efforts. *A Call to Service: Clara Barton's Office of Missing Soldiers* focused on Clara Barton's life at 437 Seventh Street, how it led to the American Red Cross, the discovery and preservation effort of the building and artifacts, restoration research findings, and plans for public access. Released in 2008, the film was well received, contributing to the organization of a Friends group to support the museum effort and to GSA's success locating a museum partner in 2010.

In early 2010, producers of the Public Broadcasting Service television series *History Detectives* contacted GSA for assistance authenticating a letter from the Missing Soldiers Office. The inquiry led to a July 2010 broadcast, shot in Barton's rooms at 437 Seventh Street, detailing the process by which Barton sought, found, and provided information on missing soldiers. The same year, GSA initiated an informal partnership with the Library of Congress to review letters found in the third floor spaces, and began museum partnership discussions with the National Museum of Civil War Medicine. Work is now under way on a museum operating agreement that will provide daily public access to the spaces, following conservation and rehabilitation work funded through proceeds set aside from the property sale. The museum will oversee exhibit development focusing on Clara Barton's life and work in the spaces, the international humanitarian significance of her battlefield support and Missing Soldiers Office work, the history and preservation of the building, and nineteenth-century boardinghouse life.

To generate interest among pedestrians visiting nearby museums and activities in Washington's entertainment district, GSA developed a temporary window display for the 437 Seventh Street storefront, highlighting items recovered from the attic (such as 492 cotton socks) and what they reveal about Clara Barton's Missing Soldiers Office, battlefield support efforts, and domestic setting. Written, designed, and produced by GSA at minimal cost, the temporary display provides passersby with information on the discovery, museum partnership, and a glimpse of things to come.

### Research and Education Partnerships

GSA contributes substantively to intergovernmental, nonprofit, professional, and academic stewardship programs, as an organizational leader, advisor, award juror, author, speaker, and employer. GSA preservation program associates nationwide serve as board members in professional and nonprofit associations, chair task groups, author books and articles, and represent GSA as speakers at professional conferences, symposia, and other educational events. GSA sponsors preservation interns through the National Council for Preservation Education and the International Council for the Preservation of Monuments and Sites and assists other agencies in developing position descriptions, evaluation criteria, and program guidelines by readily sharing its own successful models.

7   ADVOCACY AND EDUCATION

### National Preservation Conference

GSA has been a major sponsor of the National Trust for Historic Preservation's annual preservation conference since 1999. As such, GSA has the opportunity to highlight its ongoing preservation initiatives through conference field sessions and plenary presentations. GSA's Public Buildings Service Commissioner has represented GSA before the event's national audience as a keynote speaker. GSA sponsors a booth at the conference showcasing landmark public buildings and stewardship successes.

At the 2009 conference in Austin, Texas, GSA's preservation and high-performance green buildings programs collaborated to brief an eager preservation community on the impact GSA ARRA funds will have on GSA's historic properties, focusing on the program's extensive investment in sustainability to improve long-term building performance.

In 2010, GSA and other federal agencies met with Trust leaders to begin discussing ways to broaden the government's prominence and participation in the event. The Trust's 2011 conference will include several educational sessions focused on critical issues of shared interest to federal agencies and historic communities, including such topics as The Shrinking Federal Footprint (What Communities Need to Know) and Getting the Government off the Grid (Capitalizing upon Sustainable Design).

### Association for Preservation Technology International

GSA maintains close collegial relations with professional preservation organizations, particularly the Association for Preservation Technology International (APT), the principal international group concerned with the advancement of technology related to the preservation of historic buildings, artifacts, and landscapes. Since 1968, APT has provided a forum for exchanging information about new technologies and approaches for the care and active use of historic buildings and sites. GSA associates have served as board members in APT, published technical papers in APT's quarterly *Bulletin*, and presented GSA prototypes and project achievements at annual conferences.

GSA collaborated with APT and the American Institute of Architects in 2009 to sponsor a symposium on integrating new documentation technologies with design and construction practice for historic buildings, held in association with APT's annual conference in Los Angeles, California. At the symposium, GSA presented a paper on knowledge it has gained in the course of a ten-year initiative promoting the use of BIM technology for GSA building documentation, master planning, design, and construction projects. A GSA article focusing on how the technology has been advantageously used at historic buildings, with guidance on getting the best value from the technology, was published in conference proceedings released in 2010.

In 2010, GSA joined the National Center for Preservation Technology and Training in sponsoring an APT symposium on Sustainability and Stewardship during APTs annual conference in Denver, Colorado. At the symposium, GSA presented papers on the Greening of GSA and innovative sustainability improvements undertaken and under way at GSA's historic buildings.

### International Council on Monuments and Sites (US/ICOMOS)

In 2009 GSA joined the US/ICOMOS in an International Symposium on disaster preparedness, rapid response, and sustainable recovery, where GSA took the opportunity to discuss recent disaster response efforts to floods that seriously damaged historic buildings in New Orleans and Gulfport, Mississippi, and elsewhere. GSA supports other federal agencies' responses to disasters with staff, infrastructure, and emergency space acquisition. GSA also supported the US/ICOMOS 2010 symposium on preserving cultural heritage for sustainable development and 2011 symposium focused on Secretary of the Interior's Rehabilitation Standard Nine, calling for changes to be distinguishable from but compatible with historic construction.

### Vernacular Architecture Forum

In 2010, GSA collaborated with the Vernacular Architecture Forum (VAF) to sponsor a tour "Housing the Federal Government" as part of VAF's annual conference held in Washington, D.C. The tour included visits to St. Elizabeths West Campus, Clara Barton's Missing Soldiers Office, and the U.S. Tax Court Building. Designed by master architect Victor A. Lundy in 1966, the U.S. Tax Court Building features a 4000-ton cantilevered courtroom block projecting over the main entrance and is considered one of GSA's most noteworthy modernist buildings.

### National Fire Protection Association

GSA contributes to the National Fire Protection Association (NFPA) as a member of its Cultural Resources Committee and Task Group for NFPA 914 Fire Safety for Historic Properties. It also contributes, along with other agencies and institutions, to research efforts that benefit federal buildings. In 2009, GSA co-sponsored research undertaken by the NFPA research affiliate Fire Protection and Research Foundation to develop test specifications and procedures for measuring the impact of portable fire extinguisher agents on cultural resource collections. The findings were published in 2010.

8

# CONCLUSION

*Held in Public Trust: PBS Strategy for Using Historic Buildings* and *Extending the Legacy: GSA Historic Building Stewardship* have sought to bring and keep preservation up to speed with GSA's evolving business approach to providing and maintaining federal workspace. Over the past twelve years, the business strategy has shifted from lowering rehabilitation expectations to be more in line with available funding, to selectively pruning the inventory of underperforming properties so that investment can be directed to profitable and potentially profitable properties. While applying a rigorous viability standard to historic buildings, the strategy shift has ultimately brought into sharper focus the vision articulated in *Held in Public Trust* and reiterated in *Extending the Legacy*—establishing clear and defensible priorities for historic building retention, reuse, and reinvestment.

GSA's *Legacy Vision* restates the agency's commitment to balancing sound fiscal management with public interest in maintaining the nation's cultural heritage. The *Legacy Vision* also affirms GSA's commitment to maintaining an appropriate federal presence in hundreds of towns and cities where the government interacts directly with American citizens. In making a commitment to give first preference to using those buildings that best represent America's public building legacy, GSA acknowledges its critical role in shaping the future of the federal presence. During the 2008–2011 reporting period, GSA seized opportunities created by the ARRA, setting an example by relocating two regional headquarters from nonhistoric buildings to federally-owned legacy buildings.

GSA's ARRA reinvestment program demonstrates the potential for synergy between environmental directives focused on creating a sustainable inventory and economic directives aimed at regenerating historic main streets and city centers. At the close of the program, GSA will have invested in 150 historic buildings to make them operate more sustainably. Modernizations at the John W. McCormack U.S. Post Office and Courthouse in Boston and the Wayne Aspinall Federal Building and U.S. Courthouse in Colorado prove that historic buildings can meet high performance standards given time and design talent to explore opportunities for improvement. GSA's Aspinall and St. Elizabeths campus projects illustrate the value of Section 106 consultation in promoting iterative design that meets preservation, building performance, and tenant-specific requirements through an ongoing process of design refinement. New design and documentation technologies such as BIM can make a tremendous difference in helping GSA build consensus on design solutions, by enabling federal tenants and stakeholders to visualize planned changes within an urban, cultural landscape, or other context.

This year's stewardship report also underscores the critical importance of preservation program involvement in funding decisions and troubled building turnaround strategies. One such strategy available to historic properties is demonstrated in GSA's success combining funding from several sources, such as GSA minor repairs and alterations program funding, GSA's historic building outlease funds, and tenant agency reimbursable work authorizations, to rehabilitate significant historic buildings unable to compete for capital funding. Noteworthy successes include the U.S. Courthouse located in Natchez, Mississippi's 1853 Memorial Hall and the James A. Walsh U.S. Courthouse in Tucson, Arizona.

The federal government's long-term ability to use historic buildings will depend upon the commitment of both GSA and its client agencies to meet space needs in imaginative ways. Two factors are key: 1) GSA and tenant willingness to expand by constructing additions and annexes to existing legacy buildings, rather than disposing of them to construct monolithic new buildings, and 2) willingness among GSA's downsized or relocating tenants to consider adapting available historic buildings to meet their needs.

Ensuring the continued viability of the historic building inventory will also depend on the willingness of GSA's tenants and preservation oversight agencies to explore a wider range of rehabilitation approaches to meet changing energy conservation, security, and workspace standards. GSA's dynamically evolving design for its headquarters modernization in northwest Washington, D.C., illustrates the interplay of preservation issues that GSA and community stakeholders can expect to face in future projects as requirements evolve and designs are fined tuned for higher performance and efficiency.

GSA is pleased to have solutions in hand for its National Register of Historic Places nomination backlog and repair and alterations backlog. Important next steps are to better link information sources and to upgrade existing databases to ensure that guidance is current. The speed and effectiveness with which these challenges are met will depend on continued communication among agency leadership and project teams, continued development of guidance tools and online support, and continual preservation advocacy.

Encouraging developments include tempered responses to federal security requirements, with GSA taking the lead in its own headquarters modernization by scrutinizing risk assessments to balance GSA's need to provide a safe environment for federal workers with public interest in fiscal responsibility. By questioning assumptions regarding urban crime and other risk factors, GSA was able to recalibrate its security analysis results and achieve substantial savings.

8

CONCLUSION

Among the Internet's many benefits beyond its value in providing convenient access to resources, programs, and project information, is an expanded capacity to gauge public opinion and gain deeper insights into how GSA decisions affect communities where the government does business. Although GSA and other landholding agencies may tend to focus on large projects, municipal websites, local newspapers, and community blogs shed light on the significant impact that smaller actions can have on smaller communities. On December 8, 2008, the MidHudson News Network reported that the 1923 Luckey Platt Department Store in Poughkeepsie, New York, had gotten a new lease on life when city officials cleared the remodeled Main Street icon for renting. In January 2010, the city described in its annual "State of the City" report all that had been done to improve the long-depressed Main Street corridor using block grants and also on the valued presence of the Social Security Administration, a GSA tenant, on the building's ground floor. On May 26, 2011, GigSpotting.Net announced Charleston, South Carolina's Spoleto Festival with a photograph of the city centered around the colossal temple front of the Greek Revival U.S. Custom House, where a symphony and other concert events were held. In October 2007, the Concordia Sentinel announced the upcoming rededication of the 1853 Natchez Memorial Hall as the new U.S. Courthouse, bringing federal courts back to the city after a 205-year hiatus. GSA's former Southeast Sunbelt Assistant Regional Administrator had personally championed GSA's reuse of the diminutive but stately Greek Revival building for a downsizing court that could no longer fill GSA's courthouse in Vicksburg. On the eve of the rededication, a neighboring business owner remarked, "Not only did they save a great building, but they got it into the right hands. It's not a monument that's just going to sit there and do nothing. It's going to be a busy place."

GSA PRESERVATION LINKS:

GSA HISTORIC BUILDING DATABASE

ADM 1020.2 PROCEDURES FOR HISTORIC PROPERTIES

GSA LEGACY VISION: INTEGRATION OF A FEDERAL LEGACY VISION
WITH GSA PORTFOLIO STRATEGY

GSA TECHNICAL PROCEDURES DATABASE



HOWARD M. METZENBAUM U.S. COURTHOUSE
CLEVELAND, OHIO

CREDITS

## Acknowledgments

This report has been prepared by GSA's national preservation program in cooperation with GSA's regional preservation offices and other programs involved in activities affecting historic properties. Special thanks goes to Sarah Garner, who served as Managing Editor, and to Barbara Kurze, Beth Hannold, and Jeffrey Jensen, who made significant contributions throughout the report. We are indebted to our national and regional preservation office staff, who contributed the bounty of examples that made this year's report a big story to tell.

We are grateful to GSA's Office of Real Property Management and the Financial Budgeting and Reporting Division for building performance and capital investment data that allowed us to examine GSA reinvestment trends over a period of significant change. Graphic designer Judy Cox of Cox and Associates deserves special mention for presenting GSA's message compellingly. We thank the New Mexico Steam Locomotive and Railroad Historical Society, Save Our Seminary, the Freedom Rides Museum, our project architects, and building managers for the rich variety of images in the report and the imaginative reuse solutions these organizations and individuals have helped to make possible.

Other important contributors include GSA asset managers, realty specialists, project managers and disposal teams whose stewardship commitment made the success stories possible. Our Southeast Sunbelt region has demonstrated the adaptability of historic buildings for agencies sizing down or striving to accommodate growing workloads. Our Mid-Atlantic and Heartland regions have collaborated in lease-redevelopments that put historic properties back to use and revitalized older communities. Our Pacific Rim, Northwest Arctic, Rocky Mountain, and New England regions are leading the profession in successfully integrating preservation and sustainability. Our Greater Southwest, Heartland, Great Lakes, National Capital, Northwest Arctic and Northeast and Caribbean regions are proving the value of Section 111 outleasing authority for making vacant or underutilized historic buildings viable again.

Communities throughout the nation benefit when federal tenants are willing to apply their space requirements flexibly to use and preserve historic buildings. We applaud their civic-mindedness. Supportive leadership is also essential. Center Director Beth L. Savage and Chief Architect Les Shepherd, AIA, have served as tireless advocates for reinvestment and reuse of GSA's historic building legacy. PBS Commissioners have embraced long-term value and environmental responsibility, fostering an agency culture that encourages creative thinking and results that speak well for the federal government. Toward that end, we invite readers to continue sharing their successes and words of wisdom for future reports.

**Caroline Alderson**
September 2011

## Contributors

**GSA National
Preservation Program**

Beth L. Savage
Caroline R. Alderson
Joan M. Brierton
Sarah A. Garner
Jana Gross
Elizabeth Hannold
Claire Hosker
Jeffrey Jensen
Barbara Kurze
George Siekkinen

**GSA Regional Historic
Preservation Programs**

Donna Andrews
David Anthone
Sylvia Augustus
Victoria Clow
Andrea Collins
Susan Conger
MaryAnn Dobbins
Christopher Eck
Audrey Entorf
Christina Fockler
Betsy Frederick-Rothwell
George Kanellos
Rebecca Karberg
Steven Kline
Janine Kurth
Jane Lehman
Tom McDowell
Mariah McGunigle
Regina Nally
Rebecca Nielsen
Gary Porter
Story Swett
Nancy Witherell

**Public Buildings
Service Programs**

Les Shepherd
Rolando Rivas-Camp
Matt Radford
Charles Matta
Peggy Yee
Lance Davis
Frank Giblin
Mary Chase
Mary Ann Hillier
Nichole Diederich
Gary Roberts
Lee Anne Galanes
William Willis
Thomas Otto
Connie Biggs

**Office of General Counsel**

Richard Butterworth
Jeffrey Domber

**Other Organizations**

Kirsten Kulis,
Advisory Council on
Historic Preservation

Kelly Vresilovic,
Bohlin Cywinski Jackson Architects

James Reigal,
Martinez and Johnson Architects

New Mexico Steam Locomotive
and Railroad Historical Society

## Images

All images U.S. General Services Administration,
except as noted:

Pages 13, 16 (top), 23, 27, 31, 32,
34, 38, 41, 54, 67, 78, 81, 121 (right),
and 147:
Carol M. Highsmith
Photography, Inc.

Page 16 (middle):
Walter Smalling, Jr.

Page 16 (bottom):
Skot Weidemann

Page 17 (top):
Jim Higgins

Page 17 (middle):
Library of Congress

Page 21
John Stamets

Page 24
Taylor Lednum

Page 37
Cervin Robinson

Page 51
J. Brough Schamp

Page 57
Brian Robbins/Robbins
Photography, Inc.

Page 64
Redcard Photography

Page 74
Save our Seminary

Page 82
Stan Kistler

Page 85
Phylis King

Page 89
Optira/Martinez+Johnson
Architecture

Page 95
Optira/Perkins+Will

Page 103
Greenhorne & O'Mara

Page 110
Don Lynch

Page 115
ME Millhouse

Page 116
Alabama Historical Commission

Page 119
Westlake Reed Leskosky

Page 121 (left)
Anton Grassl/Esto

