# EXHIBIT 17

 

(https://paintwithlinksolutions.com)

# HOW TO REJUVENATE OLD SLATE STONE WITH PAINT



**How to rejuvenate old slate stone with paint:** Have you noticed your old slate stone looking faded and worn out lately? It happens to the best of stonework after years of weather exposure. But don't despair—you can refresh that timeless vintage charm again with a new coat of specially formulated masonry paint. Just a few steps can revitalize your slate's handsome, lasting beauty.

 So, follow this guide as we explain how to properly prepare and paint slate stone surfaces to help them look their best. Let's dive into the details!

**Painting Old Slate Stone: Step-by-Step Guide**



## How to rejuvenate old slate stone with paint: Assessing the Current State of Your Slate Stone

Before deciding on a painting project for your slate stone:

1. Conduct a thorough assessment of its current state.
2. Determine if there are any cracks, missing pieces, gaps, or uneven surfaces that may require patching, sealing, or replacement for best paint adhesion.
3. Look for previous paint applications, especially latex paint, which can cause failures and should be removed entirely before repainting.
4. Check for moss, mildew, or other biological growth needing special treatment.

Understanding what type of repair or restoration may be needed lets you budget appropriately for the overall project. Consulting a professional painting contractor can be extremely helpful during this planning phase.

## Necessary Supplies for the Painting Project

Once you determine your slate stone is a good candidate for repainting, gather all the necessary

- Drop cloths
- Paintbrushes and mini rollers
- Paint trays, roller handles, and frames
- High-pressure washer
- Paint scraper
- Sandpaper
- Masking tape
- Chemical cleaners
- Masonry paint primers and paints

## How to rejuvenate old slate stone with paint: Cleaning and Prepping the Slate Stone Surface

Proper prep work is crucial for getting great painted results on slate stone. Begin by pressure washing the surface using clean water to remove loose dust, dirt, and debris. Check for biological growths and use appropriate chemical treatments to thoroughly remove and neutralize the areas.

Cover all seams, cracks, and damaged spots with a paint scraper to clear them out. Sand down any uneven sections. Wipe away all remaining dust or particles left from sanding. Mask off any nearby areas you want to protect from paint splatter.

The slate stone needs a final wipe-down using a unique cleaning solution for masonry surfaces. Let it fully dry. The slate should now be in proper condition for accepting paint.

## Choosing the Right Paint for Slate Stone

You'll need to use high-quality, 100% acrylic latex masonry paint for painting slate stone. Avoid cheaper vinyl, alkyd, or standard exterior paints, which lack durability and adhesion power. Consider if you want a flat, satin, or semi-gloss sheen for your desired look.

## How to rejuvenate old slate stone with paint: Application Process for Painting Slate Stone

Once you have prepped the surface and selected an appropriate paint, follow these application tips:

**Applying the Base Coat**

The first coat is the priming or sealing layer over bare slate stone. Use a brush to work the paint into every seam and crevice. Then, follow with smooth and even brushstrokes across the broader areas. Allow the initial coat to fully cure overnight before adding any second or subsequent coats.

**Applying the Top Coat(s)**

Applying two top coats will achieve the best color depth and uniformity over slate stone. Use mini paint rollers and extension poles to make the job easier, followed by angled trim brushes on hard-to-reach spots. Work in small sections to prevent lap marks as you go. Allow each fresh coat proper curing times per the manufacturer's recommendations before adding another layer.

## Caring for Newly Painted Slate Stone

Once your slate stone paint project is complete, adhere to these tips for keeping it looking freshly applied for as long as possible:

Allowing for Proper Cure Time

Email us
(mailto:info@paintwithlinksolutions.com)

339-230-7993
(tel:339-230-7993)

It takes much longer to harden masonry paints than standard wall paints fully. Avoid placing heavy objects on freshly painted slate or allow heavy foot traffic near it for several days to prevent damage. Let cure for 2-4 weeks before assessing if an additional protective clear coat is warranted.

**Keeping It Clean**

Rinse the slate stone periodically using a garden hose in a gentle setting to prevent dirt buildup. Avoid abrasive brushes or cleaners, which can mar the painted surface over time with scratching. Spot clean any spills or stains right away as they occur.

## Achieving a Flawless Finished Look

Careful prep, priming, painting, and curing results in a beautifully refreshed slate stone surface. But occasionally, issues can still crop up. Watch for problems like visible brush strokes, tacky areas that never dried properly, flaking or peeling, etc. If noticed, sand and recoat those affected sections immediately before they spread.

## Bring New Life to Your Old Slate Stone

Do not let worn-out slate stone bring down your property's curb appeal. Our expert painting contractors at Link Solutions (https://paintwithlinksolutions.com/) have transformed countless tired slate stone surfaces throughout Massachusetts. Schedule a free quote today to discuss the process, products, and budget for us to restore your slate stone's striking facade. Let our decades of masonry painting expertise bring out the best in your slate stone. Contact us (https://paintwithlinksolutions.com/contact-us/) right now !!!

Check out our Google (https://www.google.com/localservices/prolist?g2lbs=ANTchaOwn8gh9Z-9ZH2eJk02vFFOrzOMwoOPX4dWgtesqCWV4adBQZPxUkfXwQtlg8DhM-LawcMtINUCnvnRV5QAy-z4bksEZHyx8tigK3-uVIKo2BylMvWGKLbNzfj44qKWiPzRDjny&hl=en-US&gl=us&cs=1&ssta=1&q=link%20solutions%20painting%20company&oq=link%20solutions%20painting%20compa page!

Facebook          Twitter          LinkedIn          WhatsApp

Call, text, or book an **online estimate**

- Speak to our trained and certified specialists
- We'll inspect and measure your home for a detailed estimate report
- Choose from premium grade painting materials
- No pressure - ever!

**FREE ESTIMATE NOW (HTTPS://PAINTWITHLINKSOLUTIONS.COM/FREE-ESTIMATE-NOW/)**

Email us (mailto:info@paintwithlinksolutions.com)          339-230-7993 (tel:339-230-7993)

# WE PAINT SOLUTIONS

(https://paintwithlinksolutions.com/)

(https://www.facebook.com/paintwithlinksolutions)

(https://www.instagram.com/wepaintsolutions)

## WHERE WE WORK (HTTPS://PAINTWITHLINKSOLUTIONS.COM/WHERE-WE-WORK/)

Attleboro (https://paintwithlinksolutions.com/attleboro-painting-company/)

Framingham (https://paintwithlinksolutions.com/framingham-painting-company/)

Hudson (https://paintwithlinksolutions.com/hudson-painting-company/)

Marlborough (https://paintwithlinksolutions.com/marlborough-painting-company/)

Milford (https://paintwithlinksolutions.com/milford-painting-company/)

Natick (https://paintwithlinksolutions.com/natick-painting-company/)

Newport (https://paintwithlinksolutions.com/newport-painting-company/)

Newton (https://paintwithlinksolutions.com/newton-painting-company/)

Shrewsbury (https://paintwithlinksolutions.com/shrewsbury-painting-company/)

Southborough (https://paintwithlinksolutions.com/southborough-painting-company/)

Sudbury (https://paintwithlinksolutions.com/sudbury-painting-company/)

Wayland (https://paintwithlinksolutions.com/wayland-painting-company/)

Wellesley (https://paintwithlinksolutions.com/wellesley-painting-company/)

Westborough (https://paintwithlinksolutions.com/westborough-painting-company/)

## OUR TEAM (HTTPS://PAINTWITHLINKSOLUTIONS.COM/OUR-TEAM/)

Why choose Us? (https://paintwithlinksolutions.com/why-choose-us/)

Contact Us (https://paintwithlinksolutions.com/contact-us/)

About Us (https://paintwithlinksolutions.com/about-us/)

Frequently Asked Questions (https://paintwithlinksolutions.com/frequently-asked-questions/)

Our Blog (https://paintwithlinksolutions.com/painting-services/)

Gallery (https://paintwithlinksolutions.com/gallery/)

## OUR SERVICES (HTTPS://PAINTWITHLINKSOLUTIONS.COM/OUR-SERVICES/)

Exterior Painting (https://paintwithlinksolutions.com/exterior-painting/)

Interior Painting (https://paintwithlinksolutions.com/interior-painting/)

Commercial Painting (https://paintwithlinksolutions.com/commercial-painting/)

Cabinet Painting (https://paintwithlinksolutions.com/cabinet-painting/)

Custom Logo Wall Painting (https://paintwithlinksolutions.com/custom-logo-wall-painting/)

Wood Staining (https://paintwithlinksolutions.com/wood-staining/)

120 Felton St.
Marlborough, MA 01752

Email us (mailto:info@paintwithlinksolutions.com)

339-230-7993 (tel:339-230-7993)

Disclaimer: "Link Solutions Painting Company" is neither a broker nor a lender. Financing is provided by third-party lenders unaffiliated with Link Solutions Painting Company, under terms and conditions arranged directly between the customer and such lender, all subject to credit requirements and satisfactory completion of finance documents. Any finance terms advertised are estimates only. Link Solutions Painting Company, does not assist with, counsel or negotiate financing, other than providing customers an introduction to lenders interested in financing Link Solutions Painting Company customers.

© All rights reserved

Made with ❤ by The Rootless Agency (https://rootlessagency.com/)

Email us (mailto:info@paintwithlinksolutions.com)

339-230-7993 (tel:339-230-7993)