AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-CV-03969-DLF |
| GENERAL SERVICES ADMINISTRATION, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants.

Date: 11/18/2025

/s/ Michelle Ramus
*Attorney's signature*

Michelle Ramus DC # 1617481
*Printed name and bar number*

United States Department of Justice
ENRD - NRS
P.O. Box 7611
Washington, D.C. 20044-7611
*Address*

michelle.ramus@usdoj.gov
*E-mail address*

(202) 598-6660
*Telephone number*

*FAX number*