AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CULTURAL HERITAGE PARTNERS, PLLC, et al.

*Plaintiff*

v.

GENERAL SERVICES ADMINISTRATION, et al.

*Defendant*

Case No. 1:25-cv-03969-DLF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants.

Date: 11/18/25

/s/ Mark Widerschein

*Attorney's signature*

Mark Widerschein, OH #100162

*Printed name and bar number*

U.S. Department of Justice
ENRD - NRS
150 M St. NE
Washington, D.C., 20002

*Address*

mark.widerschein@usdoj.gov

*E-mail address*

202-532-5803

*Telephone number*

202-305-0506

*FAX number*