**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CULTURAL HERITAGE PARTNERS, PLLC, et al.**, | Civil Action No. 1:25-cv-03969-DLF |
| Plaintiffs, | |
| v. | **CERTIFICATE OF COUNSEL REGARDING NOTICE AND SERVICE** |
| **DONALD J. TRUMP, et al.**, | |
| Defendants. | |

**CERTIFICATE OF COUNSEL REGARDING NOTICE AND SERVICE**

I, Gregory Alan Werkheiser, counsel for Plaintiffs, hereby certify as follows:

**1. Filing of Complaint and Emergency Relief Motion**

On the evening of Friday, November 14, 2025, Plaintiffs filed their Complaint, ECF No. 1. On the evening of Monday, November 17, 2025, Plaintiffs filed their Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, together with the supporting memorandum and accompanying exhibits (collectively, the "TRO papers"), ECF Nos. 7–7-23.

**2. Engagement of Process Server and Defendants to Be Served**

On the morning of November 18, 2025, Plaintiffs engaged Capitol Process Services, Inc., to effect service of the summons, Complaint, and all TRO papers on the following Defendants:

- Donald J. Trump, in his official capacity;
- Michael J. Rigas, in his official capacity;
- Jessica Bowron, in her official capacity;
- General Services Administration;
- National Park Service;
- Pamela Bondi; and
- Civil Process Clerk.

**CERTIFICATE OF COUNSEL REGARDING NOTICE AND SERVICE**

Plaintiffs directed that each Defendant be served with its respective summons, the Complaint, the civil cover sheet, any required notice of rights, and the TRO papers.

### 3. Service via Certified Mail and In-Person Service

In the course of arranging service, Capitol Process Services, Inc., advised that the following parties accept service only via certified mail:

- Donald J. Trump
- Pamela Bondi
- National Park Service
- Jessica Bowron

Service on these Defendants is being effected by certified mail consistent with those requirements. Personal service on all remaining Defendants is currently in progress, and Plaintiffs will promptly file the corresponding affidavits of service from Capitol Process Services, Inc., upon receipt.

### 4. Efforts to Provide Actual Notice to the United States and Defendants

In addition to initiating formal service through Capitol Process Services, Inc., Plaintiffs took prompt steps to provide actual notice to the United States consistent with the U.S. Attorney's Office for the District of Columbia's ("USAO-DC") published procedure for email service in civil matters. Under that procedure, service on the USAO-DC may be made by email only to USADC.ServiceCivil@usdoj.gov, and only if the litigant complies with the office's requirements regarding subject line formatting, PDF organization, and file-size limitations. When a motion for provisional relief—such as a temporary restraining order—is included with the summons and complaint, the procedure also requires that counsel separately notify the Civil Chief.

Consistent with these instructions, on November 18, 2025, Plaintiffs emailed the Civil Chief, Brian Hudak, providing him with the Complaint (ECF No. 1), the Motion for Temporary

2

Restraining Order, Preliminary Injunction, and Expedited Hearing (ECF No. 7), and the supporting Memorandum (ECF No. 7-1), and informing him that Plaintiffs were seeking emergency relief. Plaintiffs also advised that they would provide a secure download link for the exhibits upon request.

Plaintiffs also transmitted the full service packet—including the summons, Complaint, and TRO papers—to USADC.ServiceCivil@usdoj.gov in accordance with the USAO-DC's email-service protocol. The materials were formatted and transmitted consistent with the office's requirements for PDF organization and file-size limits.

These actions were undertaken promptly following the filing of the TRO papers to ensure that service on the United States complied with the USAO-DC's authorized email-service mechanism and that federal officials had timely notice of the Complaint, the TRO application, and all supporting materials.

### 5. Compliance with Local Civil Rule 65.1(a)

Plaintiffs submit that the foregoing actions constitute diligent efforts to provide actual notice of the time of making the application for a temporary restraining order and to furnish copies of all pleadings and papers filed in this action to date, as required by Local Civil Rule 65.1(a). To the extent actual notice has not yet been confirmed for any Defendant, this Certificate is submitted as proof of the efforts undertaken to provide such notice and to effect service without delay.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 18, 2025

Respectfully submitted,

**/s/ Gregory Alan Werkheiser, Bar No. VA210**
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email:  greg@culturalheritagepartners.com