Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Michelle Ramus
Mark Widerschein
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al.,*<br><br>　　　　　Defendants. | Case No. 1:25-cv-03969-DLF<br><br>**NOTICE OF FILING OF DECLARATION OF ANDREW HELLER, ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE** |

　　　　Pursuant to this Court's November 18, 2025 Minute Order, Defendants hereby file the attached declaration of Andrew Heller, Acting Commissioner of the Public Buildings Service. *See* Ex. A.

* * *

November 18, 2025                                  Respectfully submitted,

                                                                 Adam R.F. Gustafson
                                                                 Principal Deputy Assistant Attorney General

                                                                ***/s/ Mark J. Widerschein***
                                                                Mark Widerschein
                                                                Michelle Ramus
                                                                Natural Resources Section
                                                                Environment & Natural Resources Division
                                                                United States Department of Justice
                                                                P.O. Box 7611
                                                               Washington, D.C. 20044-7611
                                                                Michelle.Ramus@usdoj.gov
                                                                Mark.Widerschein@usdoj.gov

                                                                *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiffs via CM/ECF electronic notice.

                                                               ***/s/ Mark J. Widerschein***
                                                               MARK WIDERSCHEIN
                                                                Trial Attorney

                                                                *Counsel for Defendants*