EXHIBIT A

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Michelle Ramus
Mark Widerschein
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL SERVICES ADMINISTRATION, *et al.,* <br><br> Defendants. | Case No. 1:25-cv-03969-DLF <br><br> **DECLARATION OF ANDREW HELLER, ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE** |

I, Andrew Heller, declare as follows:

1. I am employed as Acting Commissioner of the Public Buildings Service, General Service Administration.  My work address is 1800 F Street NW, Washington, DC 20405.  I have held a position with the General Service Administration since August 4, 2025.

2. PBS is a component of the GSA responsible for acquiring space through new construction and leasing, maintaining, and renovating federal properties nationwide. PBS owns or leases an inventory of more than 8,500 assets, maintains over 359 million square feet of owned and leased workspace and preserves more than 500 historic properties.

3. GSA has statutory authority pursuant to 40 U.S.C. § 3305 to paint the exterior of the Eisenhower Executive Office Building if the exterior were to be painted. This authority includes any power washing/cleaning and/or repointing of the exterior.

4. GSA will not authorize or engage in the physical actions of power washing/cleaning, painting, or repointing the Eisenhower Executive Office Building before December 31, 2025. Nor would GSA delegate its authority pursuant to 40 U.S.C. § 121(d), or authorize any use of its gift authority pursuant to 40 U.S.C. § 3175, to perform any such actions before December 31, 2025.

5. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 18th day of November, 2025 in the City of Washington, District of Columbia.

ANDREW HELLER
Digitally signed by ANDREW HELLER
Date: 2025.11.18 18:44:50 -05'00'

Andrew Heller