# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CULTURAL HERITAGE PARTNERS, PLLC**, et al.,

        Plaintiffs,

v.

**DONALD J. TRUMP**, et al.,

        Defendants.

Civil Action No. 1:25-cv-03969-DLF

**PROOF OF SERVICE**

## PROOF OF SERVICE

The complaint, summons, and Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing and all accompanying attachments (ECF Nos. 1 and 7 – 7-23) in this case were served on Defendants in accordance with Federal Rules of Civil Procedure 4(i) by completing either personal service or by mailing a copy of each to the following via certified mail:

Donald J. Trump
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Jessica Bowron
1849 C Street, NW
Washington, D.C. 20240

Michael J. Rigas
1900 E Street, NW
Washington, D.C. 20415

National Park Service
1849 C Street, NW
Washington, D.C. 20240

**PROOF OF SERVICE  -  Page 1**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

General Services Administration
1800 F Street, NW
Washington, D.C. 20405

Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, D.C. 20530

Additionally, Plaintiffs served the U.S. Attorney's Office for the D.C. District via email on November 18, 2025, pursuant to the Office's published email-service procedure by sending the required service package to USADC.ServiceCivil@usdoj.gov, and serving a copy of the same on the Civil Chief of the U.S. Attorney's Office for the D.C. District.

Scanned copies of affidavits confirming service as well as copies of the correspondence confirming service to the United States Attorney's Office are included on the following pages.

    Respectfully submitted,

    /s/ Gregory Alan Werkheiser, Bar No. VA210
    CULTURAL HERITAGE PARTNERS, PLLC
    1717 Pennsylvania Avenue NW, Suite 1025,
    Washington, DC 20006
    Tel: (703) 408-2002
    Email:  greg@culturalheritagepartners.com

    Marion Forsyth Werkheiser, Bar No. 486465
    CULTURAL HERITAGE PARTNERS, PLLC
    1717 Pennsylvania Avenue NW, Suite 1025,
    Washington, DC 20006
    Tel: (202) 567-7594
    Email:  marion@culturalheritagepartners.com

    COUNSEL FOR PLAINTIFFS

**PROOF OF SERVICE  -  Page 2**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
                *Plaintiffs*

                                                  *vs.*                    Case No: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
                *Defendants*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits

SERVE TO: Donald J. Trump, in his official capacity as President of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Donald J. Trump, in his official capacity as President of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3480 67.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/20/2025

*[signature]*

                                                                     *Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14614059*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| *Cultural Heritage Partners, PLLC, et al.* | | |
| *Plaintiffs* | | |
| | *vs.* | Case No.: 1:25-cv-03969-DLF |
| *Donald J. Trump, in his official capacity as President of the United States, et al.* | | |
| *Defendants* | | |

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits

SERVE TO: National Park Service

SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to National Park Service, 1849 C Street, NW, Washington, DC 20240 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3480 81. Service was signed for on 11/19/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/20/2025

*[signature]*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14614261*

■ UNITED STATES
POSTAL SERVICE

November 19, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3480 81**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 19, 2025, 12:27 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | NATIONAL PARK SERVICE |
| **Actual Recipient Name:** | R JONES |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Recipient Signature |
|---|

Signature of Recipient: *R. John / R. John*

Address of Recipient: *20240*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

National Park Service
1849 C Street, NW
Washington, DC 20240
Cost of Service: $29.45
Reference #: 14614261

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
    *Plaintiff(s)*

              VS.     Case No: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
    *Defendant(s)*

## DECLARATION OF SERVICE

I, Leroy Weaver, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/18/2025 at 1:11 PM, I served Michael J. Rigas, in his official capacity as Acting Administrator of the U.S. Office of Personnel Management at 1900 E Street, NW, Washington, DC 20415 with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits by serving Alexandria Brown, Administration Support Specialist, authorized to accept service.

Alexandria Brown is described herein as:

Gender: Female  Ethnicity: Black  Age: 36  Weight: 150  Height: 5'8"  Hair: Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/2025

*Leroy Weaver*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14613437*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
                *Plaintiff(s)*

                                              *vs.*                Case No: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
                *Defendant(s)*

### DECLARATION OF SERVICE

I, Ambiko Wallace, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/19/2025 at 3:16 PM, I served General Services Administration at 1800 F Street, NW, Washington, DC 20405 with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits by serving Timothy Tozer, Associate General Counsel, authorized to accept service.

Timothy Tozer is described herein as:

Gender: Male    Ethnicity: Caucasian    Age: 45    Weight: 170    Height: 5'5"    Hair: Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11/20/2025</u>

*Ambiko Wallace*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14612913*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
        *Plaintiffs*

        **vs.**        Case No: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits

SERVE TO: Jessica Bowron, in her official capacity as Acting Director of the National Park Service

SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Jessica Bowron, in her official capacity as Acting Director of the National Park Service, 1849 C Street, NW, Washington, DC 20240 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3480 98.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/20/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14614272*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
        *Plaintiffs*
                *vs.*            Case No: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
        *Defendants*

## DECLARATION OF SERVICE

I, Leroy Weaver, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/18/2025 at 12:25 PM, I served Civil Process Clerk, U.S. Attorney's Office for D.C. at 601 D Street, NW, Washington, DC 20530 with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits by serving Milton Petton, Paralegal, authorized to accept service.

Milton Petton is described herein as:

Gender: Male    Ethnicity: Black    Age: 45    Weight: 160    Height: 5'8"    Hair: Bald

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/2025

*/s/ Leroy Weaver*

*Leroy Weaver*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14612867*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Cultural Heritage Partners, PLLC, et al.*
        *Plaintiffs*

        *vs.*        Case No.: 1:25-cv-03969-DLF

*Donald J. Trump, in his official capacity as President of the United States, et al.*
        *Defendants*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing; and [Proposed] Order with Exhibits

SERVE TO: Pamela Bondi, Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3480 74. Service was signed for on 11/20/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/20/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14614249*

November 20, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3480 74**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | November 20, 2025, 4:44 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | PAMELA BONDI  U S  ATTORNEY GENERAL |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cost of Service: $29.45
Reference #: 14614249

11/20/25, 9:38 AM Cultural Heritage Partners Mail - CULTURAL HERITAGE PARTNERS, PLLC et al v. TRUMP, Case No. 1:25-cv-03969 – Notice of TRO and …

Case 1:25-cv-03969-DLF Document 12 Filed 11/21/25 Page 12 of 18



Hannah James <hannah@culturalheritagepartners.com>

---

## CULTURAL HERITAGE PARTNERS, PLLC et al v. TRUMP, Case No. 1:25-cv-03969 – Notice of TRO and Email Service on USAO-DC Civil Division

---

**Hudak, Brian (USADC)** <Brian.Hudak@usdoj.gov>  Tue, Nov 18, 2025 at 1:12 PM
To: Jessie Barrington <jessie@culturalheritagepartners.com>
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Jessie -- received.

Best,

Brian

**Brian P. Hudak** | Chief

Civil Division, U.S. Attorney's Office

(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Jessie Barrington <jessie@culturalheritagepartners.com>
**Sent:** Tuesday, November 18, 2025 11:30 AM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser <marion@culturalheritagepartners.com>; Lydia Dexter <lydia@culturalheritagepartners.com>; Katherine Sorrell <katherine@culturalheritagepartners.com>; Hannah James <hannah@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** [EXTERNAL] CULTURAL HERITAGE PARTNERS, PLLC et al v. TRUMP, Case No. 1:25-cv-03969 – Notice of TRO and Email Service on USAO-DC Civil Division

Dear Mr. Hudak,

My firm represents the plaintiffs in CHP, et al., v. Trump, et al., Case No. 1:25-cv-03969, pending in the United States District Court for the District of Columbia. The Complaint was filed on the evening of November 14, and a Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing were filed on the evening of November 17, 2025.

As advised by the U.S. Attorney's Office for the District of Columbia, we are effecting service on the United States Attorney's Office pursuant to the Office's published email-service procedure by sending the required service package to USADC.ServiceCivil@usdoj.gov.

Consistent with that procedure, and as directed, we are also writing separately to you, as Civil Chief, to notify you that the service package includes a motion for provisional relief.

11/20/25, 9:38 AM                     Cultural Heritage Partners Mail - CULTURAL HERITAGE PARTNERS, PLLC et al. v. TRUMP, Case 25-cv-03969 - Notice of TRO and …

Case 1:25-cv-03969-DLF    Document 12    Filed 11/21/25    Page 13 of 18

Our email to USADC.ServiceCivil@usdoj.gov will include, in the format described in the USAO-DC email-service guidance:

- The summons;
- The Complaint;
- The Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing;
- The supporting memorandum; and
- All accompanying exhibits and supporting materials.

Those documents will be transmitted as multiple PDFs in separate emails, each labeled in the subject line as part of a multi-email service package, consistent with your procedures. To avoid duplicative large attachments, we are not re-attaching the full exhibit set to this message, but we will gladly provide a secure download link or re-send the complete set directly to you upon request.

This email is intended to ensure that the Civil Division is promptly aware of the provisional relief requested and the filings in this action. If you require any additional steps to perfect service or to facilitate your review of the TRO materials, please let us know. Please feel free to contact Greg and Marion, who are cc'ed here and serve as lead attorneys in this matter, and we will address any request immediately.

Thank you for your attention to this matter.

Best,

--

**Jessie Barrington**

(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)

She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*



Hannah James <hannah@culturalheritagepartners.com>

# Cultural Heritage Partners et al, v. Trump, et al, 1:25-cv-03969-DLF (Email 1 of 5)
1 message

**Jessie Barrington** <jessie@culturalheritagepartners.com>  Tue, Nov 18, 2025 at 12:12 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Best,
--
**Jessie Barrington**
(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)
She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*



1-25-cv-03969_Sect1.pdf
12778K



Hannah James <hannah@culturalheritagepartners.com>

# Cultural Heritage Partners et al, v. Trump, et al, 1:25-cv-03969-DLF (Email 2 of 5)
1 message

**Jessie Barrington** <jessie@culturalheritagepartners.com>    Tue, Nov 18, 2025 at 12:12 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Best,

--
**Jessie Barrington**
(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)
She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*


  1-25-cv-03969_Sect2.pdf
  11779K



Hannah James <hannah@culturalheritagepartners.com>

# Cultural Heritage Partners et al, v. Trump, et al, 1:25-cv-03969-DLF (Email 3 of 5)
1 message

**Jessie Barrington** <jessie@culturalheritagepartners.com>  Tue, Nov 18, 2025 at 12:12 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Best,
--
**Jessie Barrington**
(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)
She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
[www.culturalheritagepartners.com](http://www.culturalheritagepartners.com)

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*



1-25-cv-03969_Sect3.pdf
9598K



Hannah James <hannah@culturalheritagepartners.com>

# Cultural Heritage Partners et al, v. Trump, et al, 1:25-cv-03969-DLF (Email 4 of 5)
1 message

**Jessie Barrington** <jessie@culturalheritagepartners.com>                                        Tue, Nov 18, 2025 at 12:13 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Best,
--
**Jessie Barrington**
(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)
She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*


1-25-cv-03969_Sect4.pdf
7347K



Hannah James <hannah@culturalheritagepartners.com>

# Cultural Heritage Partners et al, v. Trump, et al, 1:25-cv-03969-DLF (Email 5 of 5)
1 message

---

**Jessie Barrington** <jessie@culturalheritagepartners.com>                    Tue, Nov 18, 2025 at 12:13 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Greg Werkheiser <greg@culturalheritagepartners.com>, Marion Werkheiser <marion@culturalheritagepartners.com>, Lydia Dexter <lydia@culturalheritagepartners.com>, Hannah James <hannah@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>

Best,
--
**Jessie Barrington**
(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)
She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2025):

- November 17 - 21 – NCAI (Seattle)
- November 27 - 28 – Holiday
- December 19 - January 2 – Office Holiday Closure

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*

---


1-25-cv-03969_Sect5.pdf
15832K