# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CULTURAL HERITAGE PARTNERS, PLLC**, et al., | Civil Action No. 1:25-cv-03969-DLF |
| Plaintiffs, | |
| v. | **MOTION FOR ADMISSION *PRO HAC VICE*** |
| **DONALD J. TRUMP**, et al., | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregory Alan Werkheiser, am a member in good standing of the bar of this Court. I am moving for the admission of Lydia Dexter to appear *pro hac vice* in this case as counsel for all Plaintiffs.

In support of this Motion, we certify that:

1. The proposed admittee is a member of good standing in the Bars of Oregon and the U.S. District Court for the District Court of Oregon.

2. No disciplinary proceedings are pending against the proposed admittee in any jurisdiction and no discipline has previously been imposed on the proposed admittee in any jurisdiction.

3. The proposed admittee is familiar with the Rules of Professional Conduct, Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that she shall be subject to disciplinary jurisdiction of this Court.

**MOTION FOR ADMISSION *PRO HAC VICE* -  Page 1**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

4. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

5. The proposed admittee intends to apply for formal admission to the bar of this Court.

6. The undersigned movant is a member of this Court in good standing and will serve as co-counsel in these proceedings.

7. The proposed admittee agrees to pay the $100 admission *pro hac vice* contemporaneously upon filing of this Motion.

We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated: November 24, 2025

MOVANT

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

PROPOSED ADMITTEE

/s/ Lydia Dexter
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

**MOTION FOR ADMISSION *PRO HAC VICE* -  Page 2**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS, et al.
Plaintiff(s)

vs.

DONALD J. TRUMP, et al.
Defendant(s)

Case Number: 1:25-cv-03969-DLF

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Lydia Dexter

2. State bar membership number: 233151

3. Business address, telephone and fax numbers:
   1811 East Grace Street, Suite A, Richmond, Virginia 23223
   T: (202) 567-7594 F: (866) 875-6492

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Oregon State Bar and the U.S. District Court for the District of Oregon

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  Once; 1:24-cv-03234-SLS

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

__11/23/25__  
DATE

_____Lydia Dexter_____  
SIGNATURE OF ATTORNEY

2



# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**LYDIA DEXTER, BAR NO. 233151**

was admitted to practice law in the State of Oregon by Examination and became an Active member of the Oregon State Bar on October 5, 2023.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Dexter is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 21st day of November 2025.

Sarra Yamin
Regulatory Counsel

*Kerri Deegan*

_____
Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222    toll-free in Oregon (800) 452-8260                              www.osbar.org