# EXHIBIT A

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Mark Widerschein
Michelle Ramus
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
Mark.Widerschein@usdoj.gov
Michelle.Ramus@usdoj.gov
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF<br><br>**SECOND DECLARATION OF ANDREW HELLER, ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE** |

I, Andrew Heller, declare as follows:

1. I am employed as Acting Commissioner for the Public Buildings Service ("PBS"), U.S. General Services Administration ("GSA"). My work address is 1800 F Street NW, Washington, DC 20405. I have held this position with GSA since August 4, 2025.

2. PBS is the component of GSA responsible for acquiring space through new construction and leasing, maintaining, and renovating federal properties nationwide. PBS owns or

1

    leases an inventory of more than 8,500 assets, maintains over 359 million square feet of owned and leased workspace and preserves more than 500 historic properties.

3. GSA has statutory authority pursuant to 40 U.S.C. § 3305 to paint the exterior of the Eisenhower Executive Office Building ("EEOB"), if the exterior were to be painted. This authority includes any power washing/cleaning and/or repointing of the exterior.

4. I previously signed a declaration that was filed with the Court in this action on November 18, 2025. *See* ECF No. 11. This second declaration updates my prior declaration.

5. As of the date of submission of this declaration, PBS has not authorized or engaged in the physical actions of power washing/cleaning, painting, or repointing the EEOB. PBS has not issued solicitations for a contract, executed a contract, selected a contractor, or drafted design or construction drawings related to such work.

6. GSA will not authorize or engage in the physical actions of power washing/cleaning, painting, or repointing the EEOB before March 1, 2026. Nor will GSA delegate its authority pursuant to 40 U.S.C. § 121(d), or use its gift authority pursuant to 40 U.S.C. § 3175, to perform any such actions before March 1, 2026.

7. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of November, 2025, in the City of Washington, District of Columbia.

                                                                       Andrew Heller