# EXHIBIT C

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Mark Widerschein
Michelle Ramus
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
Mark.Widerschein@usdoj.gov
Michelle.Ramus@usdoj.gov
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL SERVICES ADMINISTRATION, *et al.,* <br><br> Defendants. | Case No. 1:25-cv-03969-DLF <br><br> **DECLARATION OF JENNIFER T. NERSESIAN, REGIONAL DIRECTOR FOR THE NATIONAL PARK SERVICE NATIONAL CAPITAL REGION** |

I, Jennifer T. Nersesian declare as follows:

1. I am the Regional Director for the National Park Service ("NPS") National Capital Region ("NCR"). I have been in this position for 1 year. Prior to that time, I served as the Superintendent for Gateway National Recreation Area in New York. I have worked in

1

the NPS since 2002, and in leadership roles in the NPS since 2009. I report to the Deputy Director of the NPS.

2. As Regional Director, I oversee the NCR's regional office as well as all National Park System units within the region, including the White House and President's Park. To accomplish this, I manage approximately one thousand employees who serve roughly 56 million visitors per year as well as preserve the nation's natural and historic resources under NPS jurisdiction in the NCR. This includes the historic preservation of monuments, memorials, and other structures according to the Secretary of the Interior's standards for historic preservation, as well as administering the region's lands program that maintains records of jurisdiction.

3. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

4. The National Capital Region comprises more than 79,000 acres of national parkland in the Washington, D.C., metropolitan area including monuments and memorials, historic homes, Civil War battlefields, and natural areas.

5. The White House and President's Park is an administrative unit within the National Park System comprised of the White House, Lafayette Park, Sherman Park, the First Division Monument, and the Ellipse. The White House Visitor Center is located within leased space in the Department of Commerce building. Further information about this park and its Visitor Center is available on the park's website at

    https://www.nps.gov/whho/index.htm

6. The NPS does not have administrative jurisdiction over the interior or the exterior of the Eisenhower Executive Office Building, or over the ground to which the building is

2

located. As such, this building is not within the National Park System and is not a National Park System resource.

7. The NPS does not control the use of the Eisenhower Executive Office Building.

8. The NPS has no responsibility for the interior or exterior maintenance of the Eisenhower Executive Office Building or its grounds.

9. The maps on the following page were created by the NCR lands office and accurately depict national park areas in and around the White House that are administered by the NPS National Capital Region. Neither the Eisenhower Executive Office Building nor the Treasury Building are depicted as within NPS administrative jurisdiction on these maps. The first map presents a detailed view focusing on the area immediately adjacent to the White House and President's Park, while the second map includes the larger surrounding area. The numbers included on the NPS-administered parcels in the first map are the tract numbers assigned to those parcels by the NCR lands office.





10. As the NPS does not have administrative jurisdiction over the Eisenhower Executive Office Building, does not control the use of the building, and is not responsible for maintenance of the building or its grounds, the NPS has taken no actions, and does not plan to take any actions, to contract for cleaning, repointing or painting the Eisenhower Executive Office Building. The NPS has no role in the contracting process for such services and no knowledge of any steps taken in the contracting process for cleaning, repointing or painting the Eisenhower Executive Office Building.

11. In sum, the NPS has taken no actions, and does not plan to take any actions, to clean, repoint, or paint the Eisenhower Executive Office Building.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2025.

JENNIFER NERSESIAN
Digitally signed by JENNIFER NERSESIAN
Date: 2025.11.26 09:30:30 -05'00'

_____
Jennifer T. Nersesian