# EXHIBIT 3



Image 1: EEOB at night, Photo by Gregory Alan Werkheiser, 1995



Image 2: Family at the EEOB, Photo by Gregory Alan Werkheiser, 2002



Image 3



Image 4



Image 5

Images 3 through 5; Photos taken during visits to the EEOB by Gregory Alan Werkheiser between 1998 and 2019.