# EXHIBIT 4



Image 1: Close up photo of the EEOB, November 2025, Photo by Gregory Alan Werkheiser



Image 2



Image 3



Image 4



Image 5

Images 2 through 5; Detail pictures of the EEOB, November 2025, all photos by Gregory Alan Werkheiser