# EXHIBIT 7

Form 10-300
(Dec. 1968)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES
INVENTORY – NOMINATION FORM**

*(Type all entries – complete applicable sections)*

| | |
|---|---|
| STATE: | District of Columbia |
| COUNTY: | District of Columbia |

FOR NPS USE ONLY

| ENTRY NUMBER | DATE |
|---|---|
| 69-06-08-0010 | 6/4/69 |

RECEIVED MAY 21 1969 — NATIONAL REGISTER

## 1. NAME

COMMON:
Executive Office Building

AND/OR HISTORIC:
State, War and Navy Building

## 2. LOCATION

STREET AND NUMBER:
S. E. corner of Pennsylvania Avenue and 17th Street, N. W.

CITY OR TOWN:
Washington

| STATE | CODE | COUNTY: | CODE |
|---|---|---|---|
| District of Columbia | 08 | District of Columbia | 001 |

## 3. CLASSIFICATION

| CATEGORY (Check One) | OWNERSHIP | STATUS | ACCESSIBLE TO THE PUBLIC |
|---|---|---|---|
| District ☐  Building ☒<br>Site ☐  Structure ☐<br>Object ☐ | Public ☒  Public Acquisition:<br>Private ☐  In Process ☐<br>Both ☐  Being Considered ☐ | Occupied ☒<br>Unoccupied ☐<br>Preservation work in progress ☐ | Yes:<br>Restricted ☐<br>Unrestricted ☐<br>No: ☒ |

PRESENT USE *(Check One or More as Appropriate)*

| | | | | |
|---|---|---|---|---|
| Agricultural ☐ | Government ☒ | Park ☐ | Transportation ☐ | Comments ☐ |
| Commercial ☐ | Industrial ☐ | Private Residence ☐ | Other *(Specify)* ☐ | |
| Educational ☐ | Military ☐ | Religious ☐ | | |
| Entertainment ☐ | Museum ☐ | Scientific ☐ | | |

## 4. OWNER OF PROPERTY

OWNERS NAME:
United States of America, Executive Office of the President

STREET AND NUMBER:

CITY OR TOWN: | STATE: | CODE

## 5. LOCATION OF LEGAL DESCRIPTION

COURTHOUSE, REGISTRY OF DEEDS, ETC:
Recorder of Deeds

STREET AND NUMBER:
6th and D Streets, N. W.

| CITY OR TOWN: | STATE | CODE |
|---|---|---|
| Washington | District of Columbia | 08 |

APPROXIMATE ACREAGE OF NOMINATED PROPERTY: approximately 247,300 square feet

## 6. REPRESENTATION IN EXISTING SURVEYS

TITLE OF SURVEY: Proposed District of Columbia Additions to the National Register of Historic Properties recommended by Joint Committee on Landmarks

DATE OF SURVEY: March 7, 1968   Federal ☒   State ☐   County ☐   Local ☐

DEPOSITORY FOR SURVEY RECORDS:
National Capital Planning Commission

STREET AND NUMBER:
726 Jackson Place, N. W.

| CITY OR TOWN: | STATE: | CODE |
|---|---|---|
| Washington | District of Columbia | 08 |

SEE INSTRUCTIONS

STATE: Dist. of Col.
COUNTY: Dist. of Col.
ENTRY NUMBER 69-06-08-0010
DATE 6/4/69

FOR NPS USE ONLY

**7. DESCRIPTION**

| | | |
|---|---|---|
| CONDITION | *(Check One)* | |
| | Excellent ☐  Good ☒  Fair ☐  Deteriorated ☐  Ruins ☐  Unexposed ☐ | |
| INTEGRITY | *(Check One)* | *(Check One)* |
| | Altered ☐   Unaltered ☒ | Moved ☐   Original Site ☒ |

DESCRIBE THE PRESENT AND ORIGINAL *(If known)* PHYSICAL APPEARANCE

The Executive Office Building occupies most of the square bounded by Pennsylvania Avenue, 17th Street, W. Executive Avenue, and State Place, N. W., west of the White House. Like the Greek Revival Treasury Building to the east in ground plan, the French Renaissance style Executive Office Building is a monumental, isolated rectangle with a transecting wing and two interior courts. The building is approximately 520' long x 285' wide, stands about 134' above the sidewalk and is generally six stories high, with purple-grey Virginia granite walls and purple slate mansard roofs laid in tasty patterns. Its colossal size and almost unbelievable variety and richness of detail represent the quintessence of vigorous superscaled Victorian architecture.

The property is surrounded by a granite wall and iron fence. Although close to the sidewalk on the east and west, the building is set back substantially from the street on the north and south behind a wide expanse of lawn. At the most used Pennsylvania Avenue entrance, the building is approached by a wide flight of granite steps leading down from the sidewalk to a flagstone court. Another set of monumental steps leads up again to the first floor.

A heavily rusticated subbasement and basement form a pedestal for three more stories with two additional stories behind the mansard roof. At the center of each facade is a six-story pavilion approached by a broad, high flight of steps which lead up to the first floor entrance prostyle with its paired and tripled sets of Doric columns. The columns support a classical entablature and a balustrade which forms the base for the second-story portico. On the third floor the portico has become a Doric colonnade and on the fourth floor directly below the mansard roof the colonnade is Ionic with an entablature and triangular pediment. The mansard roofs of the central pavilions, which rise above the side wings, are flanked by huge chimneys capped by overweighted chimney pots. Jutting out of the roof are several small ornate round-arched dormers and one large central dormer with Ionic columns supporting a round-arched pediment. Crowning each of these central mansards is a segmental arched pediment decorated with ironwork sculpture designed by von Ezdorf.

The north and south central pavilions are flanked on either side by 6-bay, 5-story side wings. Most of the windows are 2/2-light double-hung with wooden sash. First floor windows have bracketed segmental hood-moulds. Second floor windows have bracketed triangular hood-moulds. Third floor windows have bracketed straight hood-moulds. The floors are separated by Doric friezes and by bands running along the window sills at the balcony level. Three fourth-floor windows jutting out of the mansard roof have overhanging straight cornices. Three smaller round-headed arched dormers project out of the very top of the mansard. The windows of the 3-bay end pavilions of the north and south facades are flanked by engaged columns, while the corners are articulated by engaged pilasters. Above the third floor entablature is a triangular pediment surmounted by a large dormer like that of the central pavilion.

While similar in design to the north and south fronts, the longer east and west facades have additional 2-bay side pavilions flanking the central one. Side wings are 10-bay rather than 6, and the 5-bay end pavilions have

*(Continued on Form 10-300a)*

SEE INSTRUCTIONS

Form 10-300a
(Dec. 1968)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**

**INVENTORY - NOMINATION FORM**

*(Continuation Sheet)*

STATE

**District of Columbia**

COUNTY

**District of Columbia**

FOR NPS USE ONLY

| ENTRY NUMBER | DATE |
|---|---|
| 69-06-08-0010 | 6/4/69 |

*(Number all entries)*

7.  Description--Executive Office Building

a portico on the first floor and a colonnade on the second.  These end pavil-ions also serve as entrances on the basement level.

The interior of the building originally had over 1-3/4 miles of corri-dors, 553 rooms, and about 10 acres of floor space.  The interior decoration, much of which can be credited to von Ezdorf, is in the style of Austro-Venetian palaces, with each successive wing more ornate than the last.  Of particular interest are the hand-crafted doors, gas light chandeliers, door knobs for the individual departments, carved mantels, and the skylights and domes over the great stairways.  Perhaps the most notable elements are the great spiraling stairways, one at each corner and double ones at the center of the east and west wings.  The floating effect of these stairways, which sweep in graceful curves from floor to floor, was achieved by embedding the treads and risers in the arch of the stairway wall and by notching each riser over the tread below.

The most elaborately decorated rooms in the building were the three department libraries.  The most luxuriant of these, the Navy Library, now called the Indian Treaty Room, is embellished with marble panels, fluted pilasters, an elaborate ironwork balcony, tiled floors, and sculptured light-ing fixtures.

The Executive Office Building was probably the first Federal building to have an elevator designed for it before construction.  It also had a central hot water heating and plumbing system which was modern for the period.  The 6,000 gas jets which originally lit the building were extinguished for the last time in 1913.  Although the Executive Office Building has been modernized to a limited degree over the years, the important elements of its interior design remain largely unchanged.

## 8. SIGNIFICANCE

**PERIOD** *(Check One or More as Appropriate)*

| | | |
|---|---|---|
| Pre-Columbian ☐ | 16th Century ☐ | 18th Century ☐    20th Century ☐ |
| 15th Century ☐ | 17th Century ☐ | 19th Century ☒ |

**SPECIFIC DATE(S)** *(If Applicable and Known)*    1871-1888

**AREAS OF SIGNIFICANCE** *(Check One or More as Appropriate)*

| | | |
|---|---|---|
| Aboriginal ☐ | Education ☐ | Political ☒    Urban Planning ☒ |
| Prehistoric ☐ | Engineering ☐ | Religion/Phi-    Other *(Specify)* ☒ |
| Historic ☐ | Industry ☐ | losophy ☐    Architecture |
| Agriculture ☐ | Invention ☐ | Science ☐ |
| Art ☐ | Landscape ☐ | Sculpture ☐ |
| Commerce ☐ | Architecture ☐ | Social/Human- |
| Communications ☐ | Literature ☐ | itarian |
| Conservation ☐ | Military ☒ | Theater ☐ |
| | Music ☐ | Transportation ☐ |

**STATEMENT OF SIGNIFICANCE** *(Include Personages, Dates, Events, Etc.)*

The Joint Committee on Landmarks has designated the Executive Office Building a Category I Landmark of great importance which contributes significantly to the cultural heritage of both the Nation and the District of Columbia. Designed by Alfred B. Mullett and erected over a 17-year period from 1871-1888, the Executive Office Building is one of the country's few remaining examples of French Renaissance Revival architecture on a monumental scale. It has been called "A horrible example of . . . American ironic," "the greatest monstrosity in America," and "the Masterwork of the Gilded Age." For years the headquarters of the State, War and Navy Departments and more recently the home of the Bureau of the Budget and White House staff, the Executive Office Building has been associated with men, events, and decisions of incalculable historical importance to the Nation. It must be preserved.

The start of construction on the Executive Office Building in 1871 marked the end of a 30-odd year controversy over the site and design of a new permanent home for the overcrowded State, War and Navy Departments. During this period at least seven architects, among them Mills and Walter, had drawn plans for the proposed building, but it was not until 1871 that Hamilton Fish, Grant's Secretary of State, persuaded Congress to pass a bill which appropriated $500,000 and specified that the ground plan and dimensions of the new building counterbalance Mills' recently completed Greek Revival Treasury Building to the east. Fish also persuaded the Supervising Architect of the Treasury, Alfred B. Mullett, to design the building in the French Renaissance style of his Post Office and Treasury Building in Boston.

The building was erected directly to the west of the White House on the Pennsylvania Avenue and 17th Street site of two existing Executive Office buildings, Old War and Old Navy; and the wing-by-wing construction allowed those buildings to remain in use during part of the 17-year construction period. The South Wing which State was to occupy was started on June 21, 1871, and completed for occupancy by December 1875. The East Wing (Navy) was begun in 1872 and completed in 1879. The North Wing (War), started in 1879 (after demolition of Old War), was completed in 1882. The West and Center Wings were begun in 1884 (after demolition of Old Navy) and completed in 1888. By March 1, 1888, after an expenditure of $10,038,482.42 the new State War and Navy Building was fully occupied.

Mullett quit as Supervising Architect in 1875 and was to commit suicide in 1890 after losing a suit against the Government for architectural fees for the building. He was succeeded for short periods by William A. Potter &

(Continued on Form 10-3000a)

SEE INSTRUCTIONS

## 9. MAJOR BIBLIOGRAPHICAL REFERENCES

Executive Office Building, General Services Administration, Historical Study No. 3, Public Buildings Service, December 1964. This book contains a complete bibliography of the Executive Office Building.

Records, Bureau of the Budget Library.

## 10. GEOGRAPHICAL DATA

| | LATITUDE AND LONGITUDE COORDINATES DEFINING A RECTANGLE LOCATING THE PROPERTY | | | | | | OR | LATITUDE AND LONGITUDE COORDINATES DEFINING THE CENTER POINT OF A PROPERTY OF LESS THAN ONE ACRE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CORNER | LATITUDE | | | LONGITUDE | | | | LATITUDE | | | LONGITUDE | | |
| | Degrees | Minutes | Seconds | Degrees | Minutes | Seconds | | Degrees | Minutes | Seconds | Degrees | Minutes | Seconds |
| NW | 38° | 53' | 55" | 77° | 02' | 22" | | | | | | | |
| NE | 38° | 53' | 55" | 77° | 02' | 18" | | | | | | | |
| SE | 38° | 53' | 47" | 77° | 02' | 18" | | | | | | | |
| SW | 38° | 53' | 47" | 77° | 02' | 22" | | | | | | | |

LIST ALL STATES AND COUNTIES FOR PROPERTIES OVERLAPPING STATE OR COUNTY BOUNDARIES

| STATE: | CODE | COUNTY | CODE |
|---|---|---|---|
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |

## 11. FORM PREPARED BY

NAME AND TITLE:
Nancy C. Taylor , Landmarks Historian

ORGANIZATION
National Capital Planning Commission

DATE
April 9, 1969

STREET AND NUMBER:
726 Jackson Place, N. W.

CITY OR TOWN:
Washington

STATE
District of Columbia

CODE
08

## 12. STATE LIAISON OFFICER CERTIFICATION

As the designated State Liaison Officer for the National Historic Preservation Act of 1966 (Public Law 89-665), I hereby nominate this property for inclusion in the National Register and certify that it has been evaluated according to the criteria and procedures set forth by the National Park Service. The recommended level of significance of this nomination is:

National ☒    State ☐    Local ☐

Name _____

Title   Deputy Mayor-Commissioner

Date   May 12, 1969

## NATIONAL REGISTER VERIFICATION

I hereby certify that this property is included in the National Register.

_____
Chief, Office of Archeology and Historic Preservation

Date   Ernest Allen Connally
JUN 4  1969

ATTEST:

_____
Keeper of The National Register

Date   JUN 4  1969   JUN 3  1969

SEE INSTRUCTIONS

Form 10-300a
(Dec. 1968)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**

**INVENTORY - NOMINATION FORM**

*(Continuation Sheet)*

| STATE |
|---|
| District of Columbia |

| COUNTY |
|---|
| District of Columbia |

| FOR NPS USE ONLY | |
|---|---|
| ENTRY NUMBER | DATE |
| 69-06-08-0010 | 6/4/69 |

*(Number all entries)*

8.  Significance--Executive Office Building

Orville Babcock and then in 1877 by Col. Thomas Lincoln Casey, an Army engi-
neer and master builder, who with his chief designer Richard von Ezdorf, an
impoverished Austro-Venetian aristocrat, completed the building 11 years
later, faithful to Mullett's exterior design and exceeding his lavishness in
the interiors.

    In 1882 the corridor partitions between the completed wings were removed
and Congress reassigned the building space. State lost 40% of its original
South Wing and only regained it when the Navy Department moved out in 1918.
The year 1882 also saw the birth of the Office of the Superintendent of the
State, War and Navy Building created solely to furnish building services to
its occupants. This office was the embryo of the General Services Administra-
tion, which now provides similar services to Federal Offices throughout the
country. Among the Superintendents were Capt. U. S. Grant III (1909-13) and
Capt. Douglas MacArthur (May to November 1913).

    Between 1917 and 1932 the exterior of the building was in almost con-
stant danger of being reshaped into a Greek Revival counterpart of the Trea-
sury Building. Only last minute protests and the deepening depression saved
the building from Waddy B. Wood's classical redesign. As late as 1961, the
building was threatened with demolition, but it is now scheduled for restora-
tion and modernization as part of the plan to preserve the historic buildings
on and around Lafayette Square.

    Space does not permit even a capsule summary of the historic events and
decisions associated with the Executive Office Building. Among a myriad of
distinguished occupants were President Hoover, who had his offices in the
building from December 26, 1929-April 12, 1930; four future Presidents:
Theodore Roosevelt, Assistant Secretary of the Navy; William Howard Taft,
Secretary of State; Franklin D. Roosevelt, Assistant Secretary of the Navy;
and Lyndon B. Johnson, Vice President. Also headquartered in the building
were thirteen Secretaries of the Navy from Richard W. Thompson (1877-81) to
Josephus Daniels (1913-21); twenty-one Secretaries of War from George W.
McCrary (1877-79) to Harry H. Woodring (1936-1940) and including Robert T.
Lincoln, Elihu Root, William H. Taft, and Henry L. Stimson. After the War
Department moved to new quarters, the State Department and the Bureau of the
Budget remained as the principal occupants. Twenty-five Secretaries of State
had offices in the building from Hamilton Fish (1869-77) to George C.
Marshall (1947-49) and including James G. Blaine, John Hay, Elihu Root, Henry
L. Stimson, and Cordell Hull. Since the establishment of the Bureau of the
Budget in 1939, thirteen of its directors have been headquartered in EOB.
The building is now principally occupied by part of the Bureau of the Budget
and the ever-expanding White House staff.



UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

# NATIONAL REGISTER OF HISTORIC PLACES

## PROPERTY PHOTOGRAPH FORM

*(Type all entries - attach to or enclose with photograph)*

| | |
|---|---|
| STATE | District of Columbia |
| COUNTY | District of Columbia |

FOR NPS USE ONLY

| ENTRY NUMBER | DATE |
|---|---|
| 69-06-08-0010 | 6/4/69 |

RECEIVED APR 21 1969 NATIONAL REGISTER

**1. NAME**

COMMON: Executive Office Building

AND/OR HISTORIC: State, War and Navy Building

**2. LOCATION**

STREET AND NUMBER:

S.E. corner of Pennsylvania Avenue and 17th Street, N.W.

CITY OR TOWN:

Washington

| STATE: | CODE | COUNTY: | CODE |
|---|---|---|---|
| District of Columbia | 08 | District of Columbia | 001 |

**3. PHOTO REFERENCE**

PHOTO CREDIT: Leo J. Schmittel, National Capital Planning Commission

DATE OF PHOTO: April 1969

NEGATIVE FILED AT: National Capital Planning Commission, 726 Jackson Place, N.W. Washington, D.C. 20576

**4. IDENTIFICATION**

DESCRIBE VIEW, DIRECTION, ETC.

View of Pennsylvania Avenue and 17th Street sides of the Executive Office Building, taken from N.W.



State, War, and Navy Building,  Washington, D.C.

NPS Photo 1971

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

## NATIONAL REGISTER OF HISTORIC PLACES

### PROPERTY PHOTOGRAPH FORM

*(Type all entries - attach to or enclose with photograph)*

| STATE |
|---|
| District of Columbia |

| COUNTY |
|---|
| District of Columbia |

| FOR NPS USE ONLY | |
|---|---|
| ENTRY NUMBER | DATE |
| 69-06-08-0010 | 6/4/69 |

**SEE INSTRUCTIONS**

| 1. NAME |
|---|

COMMON:  Executive Office Building

AND/OR HISTORIC:  State, War and Navy Building

| 2. LOCATION |
|---|

STREET AND NUMBER:

S.E. corner of Pennsylvania Avenue and 17th Street, N.W.

CITY OR TOWN:

Washington

| STATE: | CODE | COUNTY: | CODE |
|---|---|---|---|
| District of Columbia | 08 | District of Columbia | 001 |

| 3. PHOTO REFERENCE |
|---|

PHOTO CREDIT:  Leo J. Schmittel, National Capital Planning Commission

DATE OF PHOTO:  April 1969

NEGATIVE FILED AT:  National Capital Planning Commission, 726 Jackson Place, N.W.
Washington, D.C. 20576

| 4. IDENTIFICATION |
|---|

DESCRIBE VIEW, DIRECTION, ETC.

View of Pennsylvania Avenue facade, taken from the north

State, War, and Navy Building, Wash.,
D.C.      NPS Photo 1971

REGISTERED NATIONAL
HISTORIC LANDMARKS



Latitude: 38° 53' 51"
Longitude: 77° 02' 20"

State, War, and Navy Building
17th Street and Pennsylvania Ave, N.W.
USGS 7.5 Minute Series, 1965
Washington West Quadrangle, 1:24000
D.C - Va. - Md.

Executive Office Building
(Resource Name)

69 000 293
(Reference Number[s])

5 / 17 / 07
(Date form completed)

DC
(County)

DC
(State)

Jolekel
(Completed by)

STATUS:
1. MISSING ___  2. REMOVED/ ___  3. NHL ✗  4. TR ___  5. MRA ___  6. OVER- ___  7. NPS - ___  8. DOE - ___  9. RESTRICTED ___
DEMOLISHED                                                    SIZED        UNDOCUMENTED    OWNER OBJECTION

EXPLANATION:

1. Missing Status: Entire Folder ( ); Nomination ( ); Map(s) ( ); Photos ( )
   Available on: Microfiche ( ); Optical Disk ( )

2. _____          ___ / ___ / ___
   (Cause for removal)                                       (Date Removed)

3. State, War, and Navy (old executive office) Buildg       11 / 11 / 1971
   (NHL Name, if different than NRHP Name)                   (Date Designated)

4. _____
   (If multi-state/county TR, state/county where filed and location)

   _____
   (TR or MRA Name)

5. _____
   (If multi-state/county MRA, state/county where filed and location)

6. _____
   (Location of oversize file)

7. _____          ___ / ___ / ___
   (Current source of partial documentation)                (Target Date)

COMMENTS: _____   ___ / ___ / ___
          (Where found, or source of replacement)           (Date Found/Replaced)

          _____

          _____

          _____

          _____

NATIONAL PARK SERVICE        National Register of Historic Places        WASO 21
                             Locator Card                                JAN. 1986