# EXHIBIT 12



EISENHOWER EXECUTIVE OFFICE BUILDING

MODERNIZATION
AND
RESTORATION

The Former Offices of The
Secretary of War



**Front Cover Photograph:** *The intersection of 17th Street and Pennsylvania Avenue and the North and West wings of the former State War and Navy Department Building, circa 1918, occupied at the time by the War Department.*

**Greek key motif:** *The ancient design element of the Greek Key is found extensively throughout the Eisenhower Executive Office Building, in particular on the frame of the cast iron doors and window frames. In ancient Greece it was used to decorate vases, clothing, monuments and buildings. It was also used in Roman art and by later cultures inspired by classical Western art.*

**Inside cover Crest detail:** *In Rooms 226 and 236 are hand carved plaster and gesso crests, consisting of an eagle with outstretched wings, resting on a plaque and shield of thirteen stripes and thirteen stars. Behind the crest are crossed swords and below are oak leaf branches.*



Placed on the National Register of Historic Places in 1971 and on the District of Columbia Inventory of Historic Sites by the Historic Landmarks Office in 1972, the Eisenhower Executive Office Building has a special place in the history of the United States of America. As stewards of this historic landmark, we appreciate the opportunity to restore and preserve these unique spaces of our past for the generations of today and tomorrow.

*It is the policy of the Federal Government to provide leadership in preserving America's heritage by actively advancing the protection, enhancement, and contemporary use of the historic properties owned by the Federal Government, and by promoting intergovernmental cooperation and partnerships for the preservation and use of historic properties.*

– President George W. Bush,
Executive Order 13287,
"Preserve America," 3 March 2003

Executive Office of the President
2007

Placed on the National Register of Historic Places in 1971 and on the District of Columbia Inventory of Historic Sites by the Historic Landmarks Office in 1972, the Eisenhower Executive Office Building has a special place in the history of the United States of America. As stewards of this historic landmark, we appreciate the opportunity to restore and preserve these unique spaces of our past for the generations of today and tomorrow.

*It is the policy of the Federal Government to provide leadership in preserving America's heritage by actively advancing the protection, enhancement, and contemporary use of the historic properties owned by the Federal Government, and by promoting intergovernmental cooperation and partnerships for the preservation and use of historic properties.*

– President George W. Bush,
Executive Order 13287,
"Preserve America," 3 March 2003

Executive Office of the President
2007

## A BRIEF HISTORY OF THE EEOB

**Adjacent** to the White House, the Eisenhower Executive Office Building (EEOB) commands a unique position in both our nation's history and architectural heritage. Designed by Supervising Architect of the U.S. Department of the Treasury, Alfred B. Mullett, the EEOB was built from 1871 to 1888 to house the growing staffs of the State, War, and Navy Departments.

The building is considered one of the best examples of French Second Empire architecture in the nation. In bold contrast to many of the classical revival buildings in Washington D.C., the EEOB's flamboyant style epitomizes the optimism and exuberance of the post-Civil War period.

The building originally housed the three Executive Branch departments responsible for formulating and conducting the nation's foreign policy in the last quarter of the nineteenth century when the United States emerged as an international power. The building has housed some of the nation's most influential diplomats and politicians and has been the scene of many historical events. Throughout the building's history, 16 Secretaries of the Navy, 21 Secretaries of War, and 24 Secretaries of State were some of its most distinguished occupants.



*EEOB west wing under construction, circa 1884*

1884

When completed in 1888, after 17 years of construction, it was the largest office building in Washington, D.C. with four and one half feet thick granite walls, 16 feet high ceilings and nearly two miles of black and white marble tiled corridors.

The State Department's south wing, occupied in 1875, was the first wing to be completed. The Navy Department moved in next, occupying the new east wing in 1879. The remaining north, west and center wings were constructed for the War Department and occupied in 1882 and 1888, respectively.

As the nation and its government grew in size, the original tenants of the EEOB vacated the building as they outgrew their space; the Navy Department left in 1921 (except for the Secretary who stayed until 1923), followed by the War Department in 1939, and the State Department in 1947. The White House began to move some of its offices into the EEOB in 1939, the first being those of the newly-established Bureau of the Budget under President Franklin D. Roosevelt's Administration.

In 1949, the Executive Office of the President (EOP) became the EEOB's primary occupant. Today, staff members of the EOP remain as tenants of this historic landmark and as active stewards of the building's history.

## MODERNIZATION AND RESTORATION OF THE EEOB

In the 1950s, the EEOB was considered inadequate as contemporary office space because of antiquated plumbing, absence of central air conditioning, general lack of efficient office space, and miles of electrical wires running along the ceilings. In 1957, the President's Advisory Commission on Presidential Office Space concluded in a final report that the EEOB should be demolished and replaced with a more modern structure; however, President Dwight D. Eisenhower never actively lobbied Congress for funding. Without a clear mandate, in 1961, the General Services Administration (GSA) announced that the building would "stand indefinitely." Protected by the Historic Preservation Act of 1966, the EEOB and its site were placed on the National Register of Historic Places in 1971 and on the District of Columbia Inventory of Historic Sites by the Historic Landmarks Office in 1972. Formerly known as the Old Executive Office Building (OEOB), the building was renamed the *Eisenhower* Executive Office Building in 1999.

Phase I of the three-phased EEOB modernization project began in 2004. In late 2006, tenants reoccupied the newly renovated west wing of the building, while Phase II construction began.

The modernization and restoration of the EEOB is a culmination of work that began in the 1960s when GSA began to study how best to upgrade the old building for modern systems. In 1985, GSA hired staff from the National Park Service to complete studies of several rooms in the building, including the former Secretary of War's suite. Paint analysis, reviews of archived historic photographs and records, and the existing fabric were all documented in hopes of preserving, if not one day restoring, the original details and décor. In the 1990s, repairs were made to several areas



*Example of original pilaster with communications lines before modernization, 2002. Pilaster is a slightly projecting column built onto a wall.*

of the exterior of the EEOB, including the complete installation of a new roof. During that same period of time, intensive studies conducted became the foundation for the major overhaul of the building's infrastructure.

The EEOB is receiving its first full systems upgrade and rehabilitation, fifty years after being declared inadequate as contemporary office space. This work will ensure efficient space for the next fifty years or more. New raised floor systems were installed which are sympathetic to the original architecture and will accommodate future upgrades. All electrical and communications systems are being upgraded to proper capacity and current code. The first systems for fire/life-safety, lighting and centralized heating and cooling are being installed. The new systems will create a more energy-efficient building. The three-phased construction approach allows for the majority of occupants to remain in place.

A conscious effort to preserve and restore the original materials is underway. The modernization project is designed to ensure that the Secretary of the Interior's *Standards for Rehabilitation, a set of ten principles established in the 1970s as a result of the 1966 Preservation Act,* was considered. Highly decorative rooms and those with historic significance are deemed part of a "preservation zone." Any work completed will be sympathetic to the original materials and be eligible for special restoration and preservation treatment.

At the close of the first phase, progress can be seen with the modernization and restoration of the former Secretary of War's suite.

## FORMER OFFICES OF THE SECRETARY OF WAR

### Suite Occupant History

From 1888 through 1939, the War Department occupied offices in the north, center and west wings of what is now known as the EEOB. On the second floor of the west side of the building is a series of rooms that originally comprised a six-room suite for the Secretary of War.

Rooms 231 and 232 were the nucleus of the original suite. Room 231 served as the reception room and Room 232 initially served as the Secretary's private office. Each room had its own private bath and access to a balcony overlooking 17th Street. The offices flanking these two rooms were occupied by high-level assistants to the Secretary. The rooms were completed on March 1, 1888.

Over time, 18 Secretaries of War occupied offices in the suite known as "Rooms 231/232." The first to occupy the new office space was Secretary William C. Endicott of Massachusetts. He moved offices from the north corridor of the building into the far more opulent west corridor office suite at the time of its completion.

One of the more famous Secretaries was Elihu Root, who served from 1899 through 1904, and later as Secretary of State. He was influential in the postwar administration of the former Spanish islands of Puerto Rico, Cuba and the Philippines.

Perhaps the most well-known occupant was William H. Taft who served as Secretary of War from February 1904 to June 1908. It was in this room where he accepted a telephone call from the Republican Convention and learned of his nomination as the Republican candidate for President.

At the north and south ends of the suite, Rooms 226 and 236 were a closely matched pair. However, the finishes in 226 were a bit more elaborate than those in 236. On this basis, Room 226 was designed originally for the Assistant Secretary of War and 236 for another high ranking officer, the Adjutant General.

In 1910, Secretary of War, Jacob M. Dickinson, moved his private office from Room 232 to Room 226. At that time, the vestibule from the corridor was renovated into a private bathroom. Room 226 then served as the office for ten Secretaries of War until July 1939, when the War Department vacated the building to move into a new building of its own several blocks away in the Foggy Bottom neighborhood; four years later they moved into the Pentagon.

The last Secretary of War to occupy this space was Harry H. Woodring. A veteran of World War I, he served as Secretary from September 1936 to June 1940, moving offices in mid-tenure. During these years, the building was referred to as "Old State." In 1939, the occupancy of the suite was transferred to the EOP, and the newly formed Bureau of the Budget moved in under President Franklin D. Roosevelt's Administration. The State Department was the primary occupant through 1947.

*Secretary of War Davis decorating the Round-the-World Flyers September 1924 in Room 231, the Reception Room*



1924

## Secretaries of War Who Occupied the Suite 231

| | |
|---|---|
| William C. Endicott | March 5, 1885 – March 4, 1889 |
| Redfield Proctor | March 5, 1889 – November 5, 1891 |
| * Lewis A. Grant | November 5, 1891 – December 17, 1891 |
| Stephen B. Elkins | December 17, 1891 – March 4, 1893 |
| Daniel S. Lamont | March 5, 1893 – March 4, 1897 |
| Russell A. Alger | March 5, 1897 – August 1, 1899 |
| Elihu Root | August 1, 1899 – January 31, 1904 |
| William H. Taft | February 1, 1904 – June 30, 1908 |
| Luke E. Wright | July 1, 1908 – March 4, 1909 |
| Jacob M. Dickinson | March 12, 1909 – May 21, 1911 |
| Henry L. Stimson | May 22, 1911 – March 4, 1913 |
| Henry L. Stimson | July 10, 1940 – September 21, 1945 |
| Lindley M. Garrison | March 5, 1913 – February 10, 1916 |
| * Hugh L. Scott | February 10, 1916 – March 9, 1917 |
| Newton D. Baker | March 9, 1916 – March 4, 1921 |
| John W. Weeks | March 5, 1921 – October 13, 1925 |
| Dwight F. Davis | October 14, 1925 – March 4, 1929 |
| James W. Good | March 6, 1929 – November 18, 1929 |
| Patrick J. Hurley | November 18, 1929 – March 4, 1933 |
| George H. Dern | March 4, 1933 – August 27, 1936 |
| Harry H. Woodring | August 27, 1936 – June 20, 1940 |

*Secretaries ad interim

## Suite Design

The suite was designed by prominent New York architect, Stephen Decatur Hatch. Original contract documents show the painting and elaborate interiors were executed by the well-known New York City firm, H. D. and J. Moeller Artistic Decorators and Painters. These rooms were among the most highly decorated interior office spaces in the entire building.

The offices of the Department of War were recognized immediately for their beautiful and ornate decorative finishes. *The Washington Post* reported in February 1888, "Within the next few days the new wing of the State, War and Navy Department building will be ready for occupancy by the Secretary of War and the higher officers of his department. The rooms which they will occupy have for five months been in the hands of nearly fifty artist decorators, and the result is a series of apartments which for richness of ornamentation, cannot be equaled in this country."

A palette of warm, rich colors dominates the rooms. The oak parquet floors with border designs that use mahogany, maple, ebony, cherry and oak are complemented by walls, tympanums, and ceilings decorated with gesso, or plastic paint, into which several patterns with highly decorative paint finishes were created. Gesso plaster is a paste prepared by mixing plaster of paris or gypsum plaster with glue for making low relief patterned surfaces fit for decorative painted or gilded finishes. The original fireplace mantels are prominently featured in the rooms.

## Rooms 231 & 232

Perhaps the most dramatic surface is the ceiling in Room 231, the original reception room, where a *trompe l'oeil* free-hand mural depicts Mars, the Roman God of War, and Victoria, the Roman Goddess of Triumph, each riding by chariot across the sky, surrounded by swags, moldings, and medallions all



*Room 231, Secretary of War's Reception Room, circa 1888*

**1888**

painted to "fool the eye" into a three dimensional perspective. The female heads at the north and south ends of the ceiling depict Bellona, the Roman goddess of war. At the north end, she gazes out upon the prospect of triumph and peace. At the south end, she averts her eyes from the prospect of war. The ceiling has been meticulously restored and replicated wherever original materials were missing or damaged.

In each corner of the ceiling mural are depictions of various international flags flanked by the American flag. The various flags may have been chosen because those countries had diplomatic relations with the United States in 1888 as well as for aesthetic purposes. The flags are paired in deliberate groupings for geographical, diplomatic, political, and/or colonization reasons. For example, the flags of Peru and China in the southeast corner are paired because Peru was the first South American country to open diplomatic relations with China after the United States. It should be noted that the American flags depicted have 15 stripes, which was standard from 1795 to 1817.

There are 12 medallions above the windows and doors of the Reception Room painted with military trophy details (helmets, flags, weapons, etc.) which symbolize the various duties and tasks for the Secretary of War to uphold such as protect liberty, serve the public, defend truth and justice, be ready for war, but work to avert it; and lead with authority and power to be a defender of peace, truth, and loyalty. Other decorative motifs used in the room include oak leaf borders representing strength and laurel leaf borders signifying victory.

In Room 232, areas of the original painted graphic finishes were revealed by removing decades of paint. These areas are slated for restoration in the second phase of the restoration project.



*Original Elevation Design Drawing by Stephen D. Hatch for the Secretary of War's Suite*

## Rooms 228 & 234



*Restored corner of the ceiling mural in Room 231, the Reception Room*

The restoration of these rooms was limited in the first phase; the plaster surfaces were repainted and left until full restoration can take place. These rooms, which housed clerks for the Secretary of War, were most likely decorated in similar fashion with gesso treatments at the wainscot, including walls, and tympanums. An 1888 account described Room 228 as "a symphony in purple. The walls represent silk damask, and the dado is of oddly figured plastic work, iridescent with metallic paint." Research has shown that Room 234 was painted in olive tones with bronze metallic paint, and a mix of striping and floral patterns.

Original ceiling stencils have been uncovered, and the patterns are Grecian in style, which fit with the building's architecture based on the Greek Doric order. It is estimated that seventy percent of the original ceiling decoration has been destroyed over time, although enough evidence remains to restore the pattern in one vault and reproduce the pattern on canvas sections to install within the rest of the ceiling vaults.

The original chair rail separated the hand-treated patterned gesso that would have been decoratively treated to appear "iridescent with metallic paint" as described in 1888. The gesso wainscot has been restored in Room 228, but none remained on the walls in Room 234. The gesso tympanums, or archways, in both rooms have been restored. The gesso within these rooms has a decorative patterned border and thirteen stars in a random pattern. The star symbolizes truth, and the number symbolizes the founding thirteen states.

The black marble fireplace in each room is in the Greek Doric order and was designed by the building's interior designer Richard Ezdorf; however, the fireplaces are no longer functional.



*Room 226 - Ceiling and Upper Walls, before restoration*



*Room 236 - Ceiling and Upper Walls, after restoration*

## Rooms 226 & 236

These two offices flanking the suite to the far south and north have highly decorative finishes. In the ceilings are original glass "jewels" or rondels; red rondels were uncovered in Room 226, and blue rondels discovered in Room 236. Rondels, as they were referred to in the original purchase order documents, are glass elements backed in silver to help reflect light cast upon them like tiny elegant mirrors across the ceiling. These were uncovered after removing layers of paint, and the barrel vaulted ceiling with raised decorative lattice detailing was repainted in the original colors using bronze powders and gold leaf.

The walls still maintain the fan and notched swirl pattern executed in a gesso material. Prominently located on the west walls of each room is a gilded crest. The crests were not only decorative, but conveyed a symbolic sentiment to all staff in the War

Department and those who visited: "Out of many, one to protect and defend our nation supported by justice and strength." On the ribbon held in the eagle's beak in Room 236, the relief lettering reads, *E Pluribus Unum,* " which means "Out of many, one."

The frieze or band around the ceiling's perimeter is unique. Both rooms have panels bordered with raised ornaments with repeating motifs, modeled in high relief set upon a painted cluster of light yellow bamboo leaves that drape, swag-like, from feature to feature within the frieze. In Room 226, the sculpted feature is a medallion. In Room 236, the sculpted feature is a pair of crossed oak-leaf branches.

The archways, or tympanums, over the doors and windows have gesso within them which have decorative patterned borders and two different patterns. Room 226 has thirteen stars in a random pattern; the star symbolizes truth, and the number symbolizes the founding thirteen states. Room 236 has a central fleur-de-lis that symbolizes purity.

The gray composite order marble fireplaces in these rooms, which are no longer functional, were designed by the building's interior designer Richard Ezdorf.

## OTHER AREAS OF INTEREST IN THE EEOB

### Former Office of the Secretary of the Navy (Room 274)

Now known as the Vice President's Ceremonial Office, President Herbert Hoover occupied the Secretary of Navy's Office while the West Wing of the White House underwent repairs caused by a Christmas Eve fire in 1929. General John Pershing occupied Room 274 while he served as Army Chief of Staff until 1925, and remained an occupant until 1947 in his role of Chairman of the Battle Monuments Commission.

### Former Office of the Assistant Secretary of the Navy (Room 278)

Originally occupied by the Navy Judge Advocate General, the most famous occupants were Assistant Secretaries of Navy Theodore Roosevelt and Franklin Roosevelt.

### Former Office of the Secretary of State (Room 208)

Diplomats from around the world met here for decades while the State Department occupied the space. Japanese emissaries met here with Secretary of State Cordell Hull after the bombing of Pearl Harbor in December 1941.

### Original Office of the Secretary of War (Rooms 251/252)

This was the first office in the building for the secretary. The most famous occupant was Secretary of War Robert Todd Lincoln, son of the 16th President, Abraham Lincoln.

## Former Navy Department Library or Indian Treaty Room (Room 474)

In 1955, President Dwight D. Eisenhower held the first televised Presidential press conference here. The room was used for mail handling after the assassination of President John F. Kennedy, and more recently the room was used as the Coalition Information Center during the war on terrorism, "Operation Enduring Freedom."

## Room 180

This office was occupied by Vice President Hubert Humphrey, and by President Richard M. Nixon who used this as a second office during his administration.

## Various Public Spaces

Former State Department Library (Room 308), former War Department Library (Room 528), the four corner domes and two rotundas as well as the hallways and stairway bronze balusters have all been restored to their original appearances.

Dwight D. Eisenhower

*"History does not long entrust the care of freedom to the weak or the timid."*

– Dwight D. Eisenhower