# EXHIBIT 18

# OLD EXECUTIVE OFFICE BUILDING

### 17TH STREET & PENNSYLVANIA AVENUE, N.W. WASHINGTON, D.C.

# BUILDING CONDITION REPORT

PREPARED FOR
THE GENERAL SERVICES ADMINISTRATION
NATIONAL CAPITOL REGION
WASHINGTON, D.C.

CONTRACT Nº GS11P88EGCO265
PROJECT Nº RDC 84014

JUNE 6, 1990

**HNTB**

HOWARD NEEDLES TAMMEN & BERGENDOFF

# OLD EXECUTIVE OFFICE BUILDING

## 17TH STREET & PENNSYLVANIA AVENUE, N.W. WASHINGTON, D.C.

# BUILDING CONDITION REPORT

### PREPARED FOR
### THE GENERAL SERVICES ADMINISTRATION
### NATIONAL CAPITOL REGION
### WASHINGTON, D.C.

CONTRACT Nº GS11P88EGCO265
PROJECT Nº RDC 84014

JUNE 6, 1990



HOWARD NEEDLES TAMMEN & BERGENDOFF

# OLD EXECUTIVE OFFICE BUILDING

# BUILDING CONDITION REPORT

**TABLE OF CONTENTS**

I.  EXECUTIVE SUMMARY

II.  BUILDING DESCRIPTIONS

    A.  Building History

    B.  Architectural Description

    C.  Structural Description

    D.  Description of HVAC Systems

    E.  Description of Plumbing Systems

    F.  Description of Electrical Systems

    G.  Description of Fire Protection/Life Safety Systems

    H.  Security System Overview

    I.  Exhibits

        1.  Floor Plans -- Fire Protection/Life Safety Exhibits

        2.  Floor Plans -- AutoCAD Drawings

        3.  Exterior Photographs

III.  CURRENT PROJECTS & PARAMETERS

    A.  Overview of Current Projects

    B.  Rehabilitation Standards

IV.  CONDITION DESCRIPTIONS & RECOMMENDATIONS

V.  BUILDING CONDITION PHOTOGRAPHS



# EXECUTIVE SUMMARY

## EXECUTIVE SUMMARY

To assess the current condition of the Old Executive Office Building, the Building Evaluation Phase of the Master Plan/Prospectus Development Study for the OEOB was authorized. Not limited to the building itself, this Building Evaluation also includes the grounds and existing building operational support systems. This report, the Building Condition Report, presents the initial findings of this investigation, focussing on the current condition of building features, elements and systems, and providing initial recommendations for repair, rehabilitation or replacement.

Subsequent phases of this building evaluation study will more fully develop the recommended solutions based on comprehensive building evaluation and input from the General Services Administration and appropriate building users. Line item cost estimates will also be developed and presented with the revised/expanded evaluations and recommendations in the actual Building Evaluation Report, in a preliminary and final submittal formats.

Increasing the complexity of this effort are two major projects, and several minor ones, currently in varying stages of planning or execution. These major projects, the OEOB Roof Repair and Replacement (GSA Contract No. GS-11B-69017, Project No. RDC 58234) and the Exterior and Miscellaneous Repairs project (GSA Project Control No. ZDC 96034), are described in Section III of this report, Current Projects and Parameters. Many identified building deficiencies appear to be scheduled for repair under these two projects.

Additional factors in this current building evaluation effort include understanding previous building evaluations as well as repair, rehabilitation, and new construction projects.

Section II of this report presents extensive narrative description of the building with exhibit floor plans and photographic documentation. As described previously, Section III, Current Projects and Parameters, presents an overview of projects currently underway as well as a discussion of some applicable preservation recommendations and guidelines for future work in the OEOB. Section IV, Condition Descriptions and Recommendations, presents the building investigation results along with preliminary recommendations. This information is presented in a modified format based on provided example Building Evaluation Reports. Section V, Building Condition Photographs, contains specific and representative views of building conditions and deficiencies. The photos are captioned and referenced from the forms in Section IV.

In the future submittals described above, this Section, Executive Summary, will be expanded to include synopsized narratives and cost estimate summaries for the following building divisions, as based on the Building Deficiency Designations/Abbreviations, utilized for the Condition Descriptions and Recommendations in Section IV.

## BUILDING DEFICIENCY DESIGNATIONS/ABBREVIATIONS

**AX**  Building Exterior and Site

**AN**  Building Interior

**AH**  Historical Architecture Repair and Restoration

**ES**  Structural Engineering

**EM** HVAC

**EP** Plumbing

**EL** Electrical

**FS** Fire Protection/Life Safety

**HA** Handicapped Accessibility

**VT** Vertical Transportation (Elevators)

On the following page is presented a draft Table of Contents for the Preliminary Building Evaluation Report. This BER will present the expanded and revised findings of this report with additional documentation and cost estimate information.

I - 2

**DRAFT**　　　　　　　OLD EXECUTIVE OFFICE BUILDING

　　　　　　　　　　　PRELIMINARY BUILDING EVALUATION REPORT

**TABLE OF CONTENTS**

I. EXECUTIVE SUMMARY

　A. Introduction

　B. Overview & Priorities

　C. Cost Estimate Summary

II. BUILDING DESCRIPTION

　(Expanded/revised Section II from BCR)

III. CONDITION DESCRIPTIONS, RECOMMENDATIONS,
　　PRIORITIES AND COST ESTIMATES

　A. Condition/Deficiency forms with Recommendations, Priority and Cost Summary
　　(Expanded/revised versions from BCR with Anticipated Life Expectancy, Priority
　　and Cost Summary)

　B. Detailed Cost Estimate (For each item)

IV. EXHIBITS

　A. Location Map

　B. Exterior Photographs

　C. Representative Interior Photographs

　D. Floor Plans

　E. Building Condition Photographs



# BUILDING DESCRIPTIONS

**BUILDING HISTORY**

Construction of the Old Executive Office Building, originally the State, War and Navy Building, was commissioned by Congress in 1871 to house three of the original four departments of the Executive Branch of the Federal Government. Located on a portion of the land acquired for the new Capitol, the new building was to replace the earliest government buildings on the site which had been burned by the British in 1814, rebuilt, expanded and finally outgrown. The new building was to provide ample space and fire-proof construction for ceremonial, office, and archival functions of these three departments.

By 1869, Secretary of State Hamilton Fish had, for some time, been seeking new quarters for his department, and had prevailed upon Alfred B. Mullet, then Supervising Architect of the Treasury Department to add to his list of projects a new building for the State Department. When the Senate subsequently decided that the State, War and Navy Departments should be housed in one building located on the site to the west of the White House, Mullet revised his design, re-siting and expanding the building to house three departments instead of one.

Congress enacted Legislation in March of 1871, authorizing construction of a building that

> ... will be similar in the ground plan and dimensions to the Treasury Building, and provide accommodations for the State War and Navy Departments... of such kind of stone as may hereafter be determined...three stories in height, with basement and attic, and of fire-proof construction... (1888 annual report)

By June of 1871, the three Secretaries had signed-off on Mullet's drawings and ground-breaking occurred soon thereafter. Construction was to proceed wing-by-wing starting with the State Department's south wing, moving next to the Navy Department's east wing and continuing around the building to the War Department's north wing and finally, the west and central wings.

The federal government acted as its own General Contractor, hiring virtually all labor directly and hiring its own construction supervisors to coordinate construction. Sub-contracts were let out for the off-site fabrication and the installation of the iron roofing, cast iron pilasters, columns and door and window frames, tile, and other specialties. Stone was quarried and cut outside Richmond, Virginia, and Vinal Haven, Maine. By the end of 1871, there were 271 people laboring on the site, a number that swelled to a maximum of 571 in 1878. Construction of the west and central wings was completed in 1888 bringing the total cost of the building to just over $10,000,000, slightly under budget.

Before construction was complete on the north wing of the building, all three tenants were jockeying for space, trading offices and moving around the building in a manner that continues among current tenants. The structural design of the building allowed a great deal of flexibility in locating lightweight partitions according to the tenants' needs, and it was not long before original office partitions were being removed, new partitions were being constructed, and the ends of hallways were being closed off to provide extra office space. The subsequent overcrowding of the building attendant upon the burgeoning bureaucracy led to Congress' formation in 1883 of the Office of the Superintendent of the State, War and Navy Building, a precursor to the present General Services Administration.

As the number of personnel within each department grew, clerks were forced into the corridors. In 1918, 30 years after the building was completed, the Navy Department moved out of the building to new expanded quarters. By the early Twentieth Century, the exuberant style of the exterior of the building so offended official Washington that the Hoover Administration made a serious attempt to fund a re-design of the facades in a Classical idiom. The Great Depression appears to be all that stood in the way of a complete image make-over of the State, War and Navy Building. In 1938, the War Department moved to new quarters followed by the State Department in 1947. As the original tenants abandoned the building, it was filled with other smaller departments within the Executive Branch. In 1957, the Eisenhower Administration investigated the feasibility of demolishing the building to make way for the erection of a modern office facility, but the overwhelming expense of demolition saved the building.

Subsequent administrations have chosen to recognize the historic significance of the of the Old Executive Office Building for having provided quarters for twenty-five Secretaries of State, twenty-one Secretaries of War, fifteen Secretaries of the Navy, two Presidents, and several Vice-Presidents, and for having provided the setting for countless events and decisions that have shaped U.S. foreign and domestic policies and actions.

## ARCHITECTURAL DESCRIPTION

The Old Executive Office Building is located in Washington, D.C. on the city block bounded by Seventeenth Street, Pennsylvania Avenue, West Executive Avenue, and State Place. Designed in the exuberant style of the French Second Empire, the building is sited as an elevated free-standing object within a 'sacred' precinct defined by an iron fence, and protected within its precinct by a masonry moat. The regularity of the building's facades and the overwhelming vigor of its massing and ornament attest to its original dual purpose as a multi-tenant office building housing officials and providing the venue for events of national and international significance.

The building is five stories tall with a basement and attic. The rusticated granite of the basement and ground floor exterior walls provide the base for the superimposition of the doric and Corinthian orders above. Its exterior walls are articulated by corner and central pavilions that step out and away from the relatively flat sections of 'curtains' that connect the pavilions. The use of ornamentation at the pavilions is more plastic, with classical elements pulled away from the building while the curtains are more restrained with ashlar coursed masonry divided by belt courses at the floor levels. Double-hung wood windows with cast iron frames are set into carved stone surrounds disposed regularly around the facades. Pavilion balconies are reached from the interior by way of wood doors and window breasts. The roof of the building is a iron framed composition of hips, gambrels, mansards, segmental arches and pediments surmounted by smaller scale dormers, balustrades, chimneys, ventilators and skylight enclosures. The steeper sections of roof are covered in slate while the flatter sections are copper over concrete. Grand granite staircases ascend to the first floor at the central pavilion of all four facades, although only the north and the east entrance stairs are presently used.

The plan diagram of the building is a rectilinear figure '8'. Four perimeter wings forming a rectangle that is bisected latitudinally by a central wing to form two square inner courtyards. A continuous double-loaded corridor communicates between the wings of the building while open cantilevered stairs provide vertical circulation at the four corners and at the intersection of the central wing with the east and west wings. Rooms originally intended for significant uses such as libraries, ceremonial rooms, and

Secretarys' Offices occur at the central pavilions of the second, third, and fourth and attic floors. Less important office space is located in the curtain sections of each floor and throughout the ground floor. The ends of the corridors of the south and north wings have been blocked off where they originally extended to the exterior walls of the building. At nearly all the central pavilions the original widening of the corridors has been blocked off.

Ornament in the corridors consists of black and white marble floor tile laid diagonally, cast iron base and door trim, pilasters and columns, and a plaster entablature. Ornament in office spaces consists of cast iron base and door and window trim, plaster entablature and trim at the ceiling beams, and stone and wood mantels at fireplaces. All of the fireplaces are inactive. Some offices also feature patterned lincrusta. There is evidence from paint research that many wall surfaces were originally ornately stencilled, but extensive overpainting obscures this condition. The libraries feature double volume spaces overlooked by balconies, highly decorated metalwork and encaustic floor tiles. The most highly decorated room in the building, the Indian Treaty Room, features bronze sculpture, marble wall panels set into bronze frames, and encaustic floor tiles.

In accordance with fireproof construction practices at the time of construction, the exterior and interior bearing walls are masonry. The floor system is brick vaults supported on iron beams and levelled with cinder concrete. Original lightweight office partitions were plaster on corrugated iron lathe on wrought iron studs. Subsequent partitions are plaster on lathe or gypsum wall board. The fire proof roof framing system is a early iron design using few trusses and minimal bracing. On the roof areas of medium and low slope, corrugated iron arches span between framing members to provide structural support for the non-load-bearing poured-in-place concrete roof deck. Copper sheets are fastened to the concrete deck. This lighter weight, fireproof construction represents an intermediate stage in the development from the masonry arches of the floors below to the load-bearing reinforced concrete arches that became possible with the introduction of Portland Cement in the United States.

## STRUCTURAL DESCRIPTION

The structure of the Old Executive Office Building is very straight forward and for the most part is exposed to view. The floor and roof framing system is generally expressed in the ceiling and the vertical load carrying elements are the corridor and exterior walls and some cast iron columns. The structure of the stairs is also partially expressed.

The circular stairs appear to be stones stacked upon each other and fanned outwards to form the risers and treads. The stones are actually cantilevered out from the massive masonry side walls.

The corridor and exterior walls are the main structural elements of the building. Running from the foundations, which are continuous plain concrete spread footings, to the roof, the walls carry all the floors and the roof. At the stair landings and at the North, South, East and West central pavilions, the bearing walls are interrupted and cast iron columns become the vertical load carrying elements.

The cast iron pilasters along the corridor walls are not structural. However, their location does correspond to the location of the floor beams expressed in the ceiling. The floor construction consists of wrought iron beams that span from bearing wall to bearing wall. The beams are spaced from 3'-0" to 9'-0" on center with brick arches

spanning between the beams. The floors were then leveled with cementitious fill and the floor finish placed on top.

The roof construction is similar in form to the floors, consisting of wrought iron beams spanning between bearing walls. Arched corrugated iron panels are used between the beams instead of brick arches. Concrete fill was placed above the corrugated iron.

Very little has been done to modify the structure of the OEOB since construction. Openings have been cut in the masonry walls such as the 17th Street entrance renovation that required new door openings to be cut in the walls of room 045. Also, on the 5th floor, openings were cut in the masonry walls adjacent to the North and South stairwells to connect the corridors of the adjacent wings. Mezzanines have been added such as in the South-East corner of the third floor and in the South end of the basement. In one case, the floor was strengthened in the East wing in rooms 064 and 066 to allow for the increased load of a rotary power filing system.

Renovations and modifications have also occurred in the North and South courtyards. Miscellaneous existing structures in the southern two-thirds of the South court were demolished and replaced with a concrete structure in the late 1960s. The structural design of this new construction will allow expansion into the remaining one-third of the court and the addition of one floor in the South court.

The North court originally contained the heating plant and coal vaults. The vaults, which were constructed of masonry arches covered with earth, have since been converted to shops and storage. In some areas the earth has been removed and new rooms constructed between vaults. A freight elevator was also recently added in the South end of the court.

## DESCRIPTION OF HVAC SYSTEMS

**BOILERS &
UTILITY STEAM**

The original boilers and associated heating and steam powered equipment have been removed from the building. Heating steam is provided from the GSA heating plant to two main steam pressure reducing stations and several smaller pressure reducing stations located in the basement.

**HEATING PIPING
& RADIATORS**

The two main pressure reducing stations and numerous smaller pressure reducing stations located in the basement of the OEOB serve the building heating systems for the OEOB and the West Wing of the White House. Two condensate return pumps located in the basement adjacent to the main chiller room return condensate to the GSA heating plant. The majority of the building perimeter spaces are heated by low pressure steam, cast iron radiators. Heating steam and condensate return piping risers are located within the walls of the building.

**WINDOW AIR
CONDITIONING UNITS**

Some first floor and fourth floor areas and nearly all second and third floor areas are cooled by window air conditioning units. These units provide no fixed ventilation air.

II - 4

| PACKAGED UNITARY AIR CONDITIONING UNITS | The basement and much of the first and fourth floors are cooled by split system, direct expansion air conditioning units with remotely located condensers in either the building courtyard or in the perimeter moat. Some special use areas, such as video recording studios are served by computer room type air conditioning units for control of space temperature and humidity. |
|---|---|
| CHILLERS | The main chiller room houses three water cooled, centrifugal chillers. These chillers serve the west wing of the White House, the basement of the OEOB and other limited areas within the OEOB. |
| VENTILATION | Mechanical ventilation air is provided only in those spaces served by split system air conditioning units and by the basement areas served by chilled water units. Ventilation in spaces served by window air conditioning units is by infiltration only. |
| AUTOMATIC TEMPERA-TURE CONTROLS (ATC) | The basement HVAC shop houses a Direct Digital Control (DDC) "front end" computer for monitoring HVAC systems and space conditions in the West Wing of the White House. In addition to the White House systems, only the Briefing Room in the OEOB is on the DDC system. |
| | Temperature controls for the split systems are provided by the equipment manufacturer which are electric thermostats controlling the individual air conditioning units. These controls are an integral part of the units. Temperature control for spaces served by window units is by means an adjustable unit mounted thermostat located in the window air conditioning unit. The steam, cast iron radiators are controlled by manual valves located at each radiator. |
| | Spaces served by computer room type air conditioning units have temperature and humidity controls as an integral part of the unit. |

## DESCRIPTION OF PLUMBING SYSTEMS

| SUMPS | There are no drainage sumps in the building. All sewers drain by gravity to municipal sewers. |
|---|---|
| DRAINS | Gutter drains and roof drains are connected to a system of interior downspouts which connect to combination sewers below the sub-basement floor. General purpose floor drains are provided in mechanical equipment spaces. These floor drains connect to the same combination sewer as the roof drains. |
| TOILET FIXTURES | There appears to be an adequate number of toilet fixtures for the present building population. All fixtures are in good usable condition. Provisions for handicapped toilet facilities are minimal and probably do not meet current code requirements. |
| SANITARY & STORM SEWER SYSTEMS | All roof drains, floor drains and sanitary drains tie into a combination sewer located below the basement corridor floor. The sewer flows east, to West Executive Avenue. These sewers are constructed of brick and are in poor condition. |
| WATER SUPPLY | There are two water services to the building. One is an 8" service from 17th Street and the other is a 6" service from West Executive Avenue. These services join below the basement floor of the eastern wing mechanical equipment room. The mains are |

valved in the street, however, GSA personnel are reluctant to operate these valves due to their age and deteriorated condition. The service from 17th Street is leaking badly in the pipe trench.

The water mains are connected to two 10 horsepower domestic water booster pumps which discharge to two hydropneumatic storage tanks. The tanks operate between 81 and 91 psi. On a drop in pressure, both pumps cycle on. The tanks are precharged with air, however, this is a manual operation.

PLUMBING PIPING

The existing domestic water piping is a mixture of screwed brass pipe, copper pipe and galvanized steel pipe. Horizontal hot water piping at the basement ceiling is copper pipe. Generally, horizontal cold water piping, 2" and smaller, at the basement ceiling is screwed brass pipe. Larger cold water piping is galvanized. Vertical water piping is generally screwed brass. As toilet rooms were renovated, water piping was replaced with copper pipe with sweat joints.

The sanitary Drainage, Waste and Vent (DWV) system is mostly cast iron soil pipe above the sub-basement floor.

## DESCRIPTION OF ELECTRICAL SYSTEMS

PRIMARY ELECTRIC
SERVICE

The primary electric service is from three 13.2 KV PEPCO feeders which serve metal clad switchgear located in the OEOB basement electric room 091. This high voltage switchgear contains three 1200 Ampere, 15 KV service switches and PEPCO metering equipment. From this switchgear, high voltage feeders run below the basement floor level to supply a total of 17 oil-filled, 15 KV -208Y/120 VAC, three phase distribution transformers located at six substations in the basement. The present demand load is estimated to be approximately 4800 Amperes at 208 VAC, three phase. Any one of the three PEPCO feeders is capable of serving the current demand load.

ELECTRICAL
SECONDARY

In each of five substations, three 750 KVA, oil-filled transformers are connected in a spot network to a 208Y/120 VAC, three phase, 3000 Ampere switchboard. The sixth substation located in the main chiller room consists of two 500 KVA, oil-filled transformers serving two 208Y/120 switchboards with a normally open tie breaker. Replacement parts and circuit breakers are readily available for all of the switchboards.

PANELS AND
DISTRIBUTION

When the substations were originally installed in the mid 1960's the distribution was through busduct routed overhead to panels in the basement corridors. From these panels, concealed feeders were routed vertically through the building to local panelboards mounted flush in the corridor walls. Subsequent additions over the years to serve specific needs have utilized exposed conduit and wire feeders to surface mounted panelboards. Much of the branch circuit wiring is in poor condition and should be replaced.

EMERGENCY SYSTEMS

Emergency power for essential security equipment is provided by a diesel engine/generator set located in the areaway. In addition, there is a second diesel engine/generator set which is dedicated to the telephone system. Three new emergency generators and distribution equipment are to be provided as part of a contract for Exterior and Miscellaneous Repairs.

LIGHTNING PROTECTION     The building does not have a lightning protection system or adequate lightning surge suppression equipment.

INTERIOR LIGHTING     The original lighting system utilized gas fixtures throughout. The original fixtures were replaced first by incandescent fixtures and then with fluorescent luminaires. Recently, the corridor and stair lighting fixtures have been replaced with incandescent fixtures which were reproduced from documentation of lighting equipment, used in the original lighting system and concealed wiring. Most office areas are lighted by pendant mounted fluorescent fixtures with exposed wiring.

EXTERIOR LIGHTING     Repairs to the exterior lighting poles and underground wiring are being provided as part of a new contract for Exterior and Miscellaneous Repairs.

COMMUNICATIONS SYSTEM     Present requirements for telephone, data and signal wiring in the office environment are obviously much greater than could have been anticipated when the OEOB was originally built. Many of the concealed raceways which were originally provided for telegraph wires are now clogged with broken wires from the original system. New wiring has been run exposed in many areas.

## DESCRIPTION OF FIRE PROTECTION/LIFE SAFETY SYSTEMS

OCCUPANCY     The Old Executive Office Building (OEOB) houses a variety of support office space for the White House. The building is classified as a business occupancy under BOCA and a Group I hazard under GSA criteria. In addition to business, the building also has numerous incidental occupancy types. These include assembly, industrial and parking uses. Exhibit G-1, OEOB Occupancy Classifications, details the occupancy classifications found in the OEOB, the floor where they are located, and the GSA hazard group for the area.

### EXHIBIT G-1  OEOB OCCUPANCY CLASSIFICATIONS

| Use | Floor Level | Occupancy | Hazard Group |
|---|---|---|---|
| Offices | All Levels | Business | I |
| Telephone Equipment | Basement | Industrial | II |
| Wood Storage | Basement | Storage | III |
| Central Plant | Basement | Industrial | II |
| Recreation (Health Club) Area | Basement & Ground | Assembly | I |
| Paint Shop | Basement | Industrial | II |
| Locker Rooms | Basement | Assembly | I |
| Communications Room | Basement | Industrial | II |
| Cafeteria | Ground | Assembly | II |
| Kitchen | Ground | Industrial | II |
| Parking (Court Yard) | Ground | Storage | II |
| Paper Collection (Courtyard) | Ground | Industrial | II |
| Library | Third | Assembly | II |
| Auditorium | Fourth | Assembly | I |
| Furniture Storage | Fifth & Basement | Storage | II |
| General Storage | Fifth & Basement | Storage | II |

CONSTRUCTION

The OEOB is approximately 94 feet high and has Basement, Ground, and First through Fifth Floor levels. The area of the largest floor is approximately 97,600 sq. ft. The total floor area of the building is 780,800 sq. ft. Currently the total fire area of the building is 683,200 sq. ft. (This number excludes the Basement which is separated by fire rated construction.) The original construction of the OEOB is predominately fire resistive, noncombustible, utilizing masonry, plaster, concrete and marble.

Exterior walls are 12 to 16 inches thick; floors and ceilings are 6 to 12 inches thick. The floor/ceiling assembly cannot be considered a rated fire separation because of the open monumental stairs that penetrate the assembly. If there were not any penetrations of the floor slabs and if the roof system was a completely rated roof assembly, the building would be classified as a Type I, 3-3-2, construction type.

There are few if any occupancy separations in the building. An attempt has been made to separate the Basement from the Ground Floor, and Fourth from the Fifth floors. Doors accessing the Basement are on hold-open and close upon activation of a local smoke detector. However, the doors are not fire rated doors and do not latch.

The corridor that wraps around the briefing room on the Fourth Floor is enclosed by fire rated doors (1 1/2 hour). The doors are held open and close automatically upon activation of a local smoke detection system; however the doors do not latch.

The offices are physically separated from the corridor. Some of the doors are equipped with self-closing devices. There are transoms above the corridor doors, but many have been covered over.

INTERIOR FINISHES

The interior finishes consist primarily of drywall, plaster or marble. There is very little wallpaper or other wall treatment used. Most of the office floors are covered with carpet. The main corridors and lobbies are primarily marble and some VCT tile (Ground Floor and Fourth floor, around briefing room).

EGRESS

The exit stairwells are not enclosed in fire rated construction. (See Exhibit G-2 for the location of these stairwells. The location of exit discharge points to the exterior are also shown on Exhibit G-2 and Exhibit G-3.) Each stair is approximately 68 inches wide.    The travel distance for egress from upper floors must include vertical travel down open stairs to the exits on the First or Ground Floors. Because the area is considered one large fire area, the exit capacity at the Ground and First Floors would have to accommodate the population of all the floors simultaneously. (Exhibit G-4 contains detailed exit calculations.)

Because of the actual use of the building and the amount of "normally unoccupied" area (corridors and lobbies) the exit facilities were also evaluated using the actual "normally" occupied area (see Exhibit G-5).

Dead end corridors are virtually nonexistent due to the configuration of the building corridor system. The only location where a dead end exists is at the southeast corner of the Fifth Floor. Most of the exit doors do not swing in the direction of exit travel. Security barriers placed at the entrances to the building restrict exit flow. Currently the turnstiles used at these entrances do not free-wheel upon activation of the building fire alarm system. However, the security officer can manually transfer the turnstile to a free-wheel operation.

There is exit signage at each of the open stairwells and in the basement to direct occupants to the nearest exit. This lighting is not connected to an emergency generator.

II - 8

There is also limited emergency exit lighting that is equipped with built in back-up battery supply.

**SUPPRESSION**

• Water Supply

The OEOB water supply is fed by three separate water mains (see Exhibit G-6). There is a 6-inch feed that comes in at the west side of the building which is fed by an 8-inch main in 17th Street. The second feed is a 6 inch feed line served by a 12-inch line in West Executive Avenue. This feed enters on the east side of the building but is currently closed down because of leakage. The third feed is a dedicated 6-inch fire service line which is tied into a 6-inch U.S. private main in West Executive Avenue. This feed enters at the northeast corner of the building. The three feeds are tied together near Room 075. The fire protection supply pressure is boosted through a 500 gpm, 30 horsepower fire pump in Room 075.

• Standpipe System

The standpipe system was installed in the building approximately 30 years ago. The standpipes are supplied by the 6 inch fire line looped at the Basement level. There are ten 4-inch standpipes with a 2 1/2-inch fire department connection in the main corridor at each level. Some of the connections are in standpipe closets. All occupant use hoses have been removed from the standpipe cabinets.

• Fire Department Connections

There are four fire department connections into the water supply system for the OEOB. Exhibit G-6 shows the location of the connections.

• Sprinkler System

Approximately 75% of the Basement is protected by automatic sprinklers. These isolated systems have been tapped off the 6-inch fire loop at the Basement and have separate control valves and water flow switches. The Third Floor computer room, Room 344, is protected by a pre-action sprinkler system. The pre-action valve is located in Room 333 adjacent to Room 344. The feed for this sprinkler system is tied directly into the 6-inch fire loop at the basement, a separate riser was run to the Third Floor.

• Special Extinguishing Systems

There are also a number of special fire extinguishing systems used in OEOB. Halon 1301 protects the Third Floor Computer Room and some isolated vaults. A dry chemical system protects the kitchen cooking equipment.

**SMOKE CONTROL SYSTEM**

The OEOB is not equipped with an automatic smoke control system. There are some mislocated air handling units that have duct smoke detection and will shut down upon detection of smoke in the unit.

**FIRE ALARM AND DETECTION SYSTEM**

There is currently a contract underway to install a new building fire alarm and detection system. The current system is actually a combination of systems. The manual fire alarm stations are a 48 Volt Notifier system. Waterflow and supervisory switches are monitored by a Pyrotronics Systems 3 panel. Also, there are numerous independent fire detection and alarm systems throughout the building. All of these systems report back to the Control Center. Alarms are also transmitted to the GSA Central Station.

The building evacuation alarm is a voice message which was recently converted from a prerecorded tape to a voice synthesizer. Speakers are located throughout the public corridors.

Room 049, which is part of the Electric Shop, has been established as the building fire command center for the Fire Department's use. A microphone for emergency paging is located in this room along with a video display and hardcopy printout of all alarms received. All alarms are also transmitted to the Secret Service Uniformed Division, which is responsible for responding to all alarms.

ELEVATOR EMERGENCY
SERVICE

The elevators are equipped with Phase I emergency service. Elevators are recalled by smoke detectors in the lobbies. There is no Phase II, emergency in-car service provided.

SPECIAL HAZARD AREAS

The Paint Shop in the basement poses a significant threat because of flammable liquid storage and the paint spraying operation. In addition, the basement corridor system contains a significant amount of combustible storage.

## SECURITY SYSTEM OVERVIEW

ELECTRICAL SUPPLY

The existing security system currently has emergency power as backup. An uninterruptible power server (UPS) has also been installed. It is not known at this time if the security system receives dedicated power from the site-wide electrical system. The conduit for the perimeter system is routed underground and appears to be solid, rigid type. The conduit for the building system is routed throughout common areas of the building.

PERIMETER SECURITY

The entire facility is protected by physical and electronic means. Surrounding the facility is a decorative wrought iron fence. Armed uniformed Secret Service personnel are posted throughout the facility perimeter. Driveways leading into the facility are controlled by uniformed guards occupying gatehouses. The gates at each driveway area are of heavy duty construction and electronically controlled by the guards. As a second line of protection, hydraulic bollards have been installed. All vehicles and pedestrians entering the premises are met by a uniformed officer requesting identification.

A perimeter intrusion detection system has been installed. Two technologies are used in the system: monostatic/bistatic microwave and infrared. A closed circuit television system has been installed to survey the grounds. It is anticipated the system will be converted from a 'surveillance' to an 'assessment' system. The CCTV system utilizes both tube and CCD cameras. It is anticipated the entire CCTV system will be converted to fiber optic cabling with CCD cameras.

All materials brought into the facility must undergo contraband screening. Various methods are used: x-ray, metal detection, and explosive vapor sniffing dogs.

BUILDING SECURITY

There is an access control system at both 17th Street and Pennsylvania Avenue entrances to the facility. The system consists of proximity card readers with a personal identification number (PIN) access and turnstiles. A contraband detection system has been installed, consisting of walk through metal detectors and an package x-ray system. All are monitored and controlled by uniformed Secret Service personnel.

An intrusion detection system has been installed in various offices throughout the facility. It consists of concealed magnetic contact switches and passive infrared

II - 10

detectors. Treatment of doors with respect to security hardware differs with the operation of the particular area. All doors are equipped with a mechanical deadbolt locking system. Supplemental to the deadbolt system are dial combination, cypher locks and electric strikes.

The building does not have an interior CCTV system. However, CCTV is used as an assessment system during screening of materials and people. Installed throughout the facility is a Watchman guard tour system. It is undetermined as to whether or not it is active.

SECURITY CENTRAL
CONTROL CENTER               To be completed after survey of control center and included in preliminary BER.

- HVAC

- Water

- Lighting

- Ergonomics

SYSTEMS INTEGRATION       To be completed after survey of control center and included in preliminary BER.

- Alarm Transmissions

- Computer Redundancy



EXHIBIT G-2

Old Executive Office Building    Existing Conditions    Ground Floor    ⟶ N



EXHIBIT G-3

NOTE 1: EXIT AT THIS LEVEL RESTRICTED BY TURNSTILE WIDTH.
NOTE 2: DOOR SWING IN DIRECTION OPPOSITE OF EXIT TRAVEL.
NOTE 3: EXIT IS PADLOCKED.

Old Executive Office Building    Existing Conditions    First Floor    ⟶ N

EXHIBIT G-4

## GBA — GAGE-BABCOCK & ASSOCIATES, INC.
ENGINEERING & CONSULTANTS   FIRE PROTECTION • SAFETY • SECURITY

# EXITING CALCULATIONS

BUILDING OEOB (GROSS AREA CALCS)   APPLICABLE CODE NFPA 101   PROJ # 89164-1   DATE 5/10/90

| LOCATION (FLOOR, SECTION OR FIRE AREA) | OCCUPANCY CLASSIFICATION | AREA SQ. FT. X 1000 | SQ. FT. PERSON CODE | NUMBER OF PERSONS* | | | IN/PER WIDTH (CODE) | | WIDTH (INCHES) | | | | DEFICIENCY | | MAX. TRAVEL DISTANCE, FT. | | DEAD END TRVL. DISTANCE, FT. | | REC NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS AREA | ADDED AB/BEL | TOTAL | HORIZ. | STAIRS | CODE REQD. | | EXISTING | | | | | | | | |
| | | | | | | | | | HORIZ. | STAIRS | HORIZ. | STAIRS | HORIZ. | STAIRS | PERM. | EXIST. | PERM. | EXIST. | |
| 6TH FLOOR | NORMALLY UNOCCUPIED | | | | | | | | | | | | | | | | | | |
| 5TH FLOOR | OFFICE | 78.4 | 100 | 784 | | 784 | | .3 | | 236 | | 288 | | | | | | | 134' | ①|
| 4TH FLOOR | OFFICE | 78.1 | 100 | 781 | | 781 | | | | | | | | | | | | | | |
| | ASSEMBLY | 2.8 | 7 | 400 | | 400 | | | | | | | | | | | | | | |
| | | | | | | 1181 | | .3 | | 355 | | 544 | | | | | | | | |
| 3RD FLOOR | OFFICE | 80.9 | 100 | 809 | | 809 | | .3 | | 243 | | 544 | | | | | | | | |
| 2ND FLOOR | OFFICE | 80.9 | 100 | 809 | | 809 | | .3 | | 243 | | 544 | | | | | | | | |
| 1ST FLOOR | OFFICE | 78.7 | 100 | 787 | | 787 | .2 | .3 | 121 | 64 | 121 | 544 | | | | | | | | |
| | | 3.03 | 15 | | 1181 | 3586 ² | .2 | .3 | 121 | 895 | 121 | 544 ⁴ | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| GROUND FLOOR | OFFICE | 100.4 | 100 | 1004 | 2981 ③ | 3985 | .2 | | 797 | | 516 | | | | | | | | | |
| BASEMENT | MECH | 98.48 | 200 | 493 | | 493 | | .3 | | 148 | | 544 | | | | | | | | |
| | | | | | | 4478 | .2 | | 896 | | 516 ⁴ | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

*CALCULATED PER CODE OR NUMBER OF FIXED SEATS.

## NOTES:
1  Dead end corridor (5th Floor) NW corner of Bldg. - 134'.
2  Total occupant load of 4th, 3rd, 2nd, & Ground Floors & remainder of 1st Floor.
3  Population from 4th, 3rd, 2nd, Basement & remainder or 1st Floor.

G0A24 © GBA 1979
REVISED 7/18/89

4  Exit capacity is inadequate for simultaneous egress.

Exhibit G-4

EXHIBIT G-5

**◈ GBA** — **GAGE-BABCOCK & ASSOCIATES, INC.**
ENGINEERS ● CONSULTANTS   FIRE PROTECTION ● SAFETY ● SECURITY
650 MAPLE TOWER WEST, SUITE #244, VIENNA, VA 22180 ● (703)848-9166

**EXITING CALCULATIONS**

BUILDING: OEOB (NET AREA CALCS)   APPLICABLE CODE: NFPA 101   PROJ #: 89164-1   DATE: 5/10/90

| LOCATION (FLOOR, SECTION OR FIRE AREA) | OCCUPANCY CLASSIFICATION | AREA, SQ.FT. X 1000 | SQ.FT. PERSON CODE | NUMBER OF PERSONS* | | | IN/PER WIDTH (CODE) | | WIDTH (INCHES) | | | | DEFICIENCY | | MAX. TRAVEL DISTANCE, FT. | | DEAD END TRVL. DISTANCE, FT. | | REC NUMBER |
| | | | | THIS AREA | ADDED AB/BEL | TOTAL | HORIZ | STAIRS | CODE REQD HORIZ | CODE REQD STAIRS | EXISTING HORIZ | EXISTING STAIRS | HORIZ | STAIRS | PERM. | EXIST. | PERM. | EXIST. | |
| 6TH FLOOR | NORMALLY UNOCCUPIED | | | | | | | | | | | | | | | | | | ① |
| 5TH FLOOR | OFFICE | 62.86 | 100 | 629 | | 629 | | .3 | | 189 | | 288 | | | | | | 134 | |
| 4TH FLOOR | OFFICE | 62.56 | 100 | 626 | | 626 | | | | | | | | | | | | | |
| | ASSEMBLY | 2.8 | 7 | 400 | | 400 | | | | | | | | | | | | | |
| | | | | | | 1026 | | .3 | | 308 | | 544 | | | | | | | |
| 3RD FLOOR | OFFICE | 65.36 | 100 | 654 | | 654 | | .3 | | 197 | | 544 | | | | | | | |
| 2ND FLOOR | OFFICE | 65.36 | 100 | 654 | | 654 | | .3 | | 197 | | 544 | | | | | | | |
| 1ST FLOOR | OFFICE | 66.26 | 100 | 663 | | 663 | | | | | | | | | | | | | |
| | ASSEMBLY | 3.03 | 15 | 202 | | 202 | | | | | | | | | | | | | |
| | | | | | 1026 | 3199② | .2 | .3 | 121 | 779 | 121 | 544④ | | | | | | | |
| GROUND FLOOR | OFFICE | 84.86 | 100 | 849 | 2594③ | 3443 | | | | | | | | | | | | | |
| BASEMENT | MECH | 82.93 | 200 | 415 | | 492 | | .3 | | 148 | | 544 | | | | | | | |
| | | | | | | 3935 | .2 | | 787 | | 516④ | | | | | | | | |

*CALCULATED PER CODE OR NUMBER OF FIXED SEATS.

**NOTES:**
1 Dead end corridor at SE corner of Bldg. (5th Floor) - 134'.
2 Remainder of First Floor population to discharge at Ground level.
3 Population from 4th, 3rd, 2nd, Basement & remainder of 1st Floor.
GBA24 © GBA, 1979
REVISED 7/18/89
4 Exit capacity is inadequate for simultaneous egress, even using net area.

Exhibit G-5



EXHIBIT G-6

Old Executive Office Building    Existing Conditions    Site Plan



EXHIBIT G-7

KEY:

FIRE SEPARATION BETWEEN 4th AND 5th FLOORS
2 HR. FIRE RATING WITH 1 1/2 HR. SELF
CLOSING FIRE DOORS.

Old Executive Office Building    Existing Conditions    Fifth Floor    ⟶ N



EXHIBIT G-8

KEY:
– – – – APPROXIMATE LOCATION OF
HORIZONTAL FIRE SEPARATIONS
GROUND THROUGH FOURTH FLOORS

NOTE: SLIDING FIRE SEPARATIONS
MUST PROVIDE HORIZONTAL EGRESS
TO EACH ADJACENT ZONE.

Old Executive Office Building                    ⟶ N

## AUTOCAD DRAWINGS -- OEOB FLOOR PLANS

The following drawings were produced on AutoCAD, Release 10. They are based on available drawings including photocopies of original construction drawings on microfiche from GSA-NCR and drawings from later renovation efforts (e.g., Renovation & Restoration of the Executive Office Building, Phase II by Nicholas Satterlee & Associates, Architects, 1968).

There has been some extrapolation from the available drawings as well as reduction in level of detail. Field verification of general configuration continues as well as 'placement' of interior partitions based on their historic 'status' (e.g., original, historic, sympathetic later addition, later addition made without regards to historic surroundings). The 'preliminary' status of these drawings will be changed as interior partitions are completed and corrections made.

These drawings should be used for general planning purposes only. While overall, the plans are within a few percentage of dimensions indicated on the "Satterlee" drawings, these drawings have not been dimensionally field verified.



PRELIMINARY

Old Executive Office Building     Original Conditions     Basement     0 10   30   50          100'     ⟶ N



PRELIMINARY

Old Executive Office Building     Original Conditions    Ground Floor     0 10   30   50     100'    → N



PRELIMINARY

Old Executive Office Building    Original Conditions    First Floor    0 10  30  50          100'    → N



PRELIMINARY

Old Executive Office Building    Original Conditions    Second Floor    0 10  30  50        100'    →  N



PRELIMINARY

Old Executive Office Building    Original Conditions    Third Floor    0 10  30  50      100'    ⟶ N



PRELIMINARY

Old Executive Office Building     Original Conditions     Fourth Floor     0 10   30  50           100'     → N



PRELIMINARY

Old Executive Office Building     Original Conditions     Fifth Floor     0 10  30  50        100'     ⟶ N



PRELIMINARY

Old Executive Office Building     Original Conditions     Sixth Floor     0 10  30  50     100'     ⟶ N

**INDEX OF EXTERIOR PHOTOGRAPHS**

1. View of North Elevation of the OEOB from the northwest (17th Street and Pennsylvania Avenue).

2. View of North Elevation and Pavilion from 17th Street.

3. View of northern half of West Elevation (17th Street from northwest).

4. View of West Pavilion from northwest (17th Street).

5. View of West Pavilion from southwest (17th Street).

6. View of South Elevation and southern portion of West Elevation from the southwest (New York Avenue).

7. View of South Elevation and Pavilion from southwest (17th Street).

8. View of OEOB from southwest (17th and New York Ave.)

NOTE: Additional 8 x 10 photographs of the East Elevation and other exterior features of the OEOB, along with approximately 15 representational views of the interior of the building will be provided in the Preliminary Building Evaluation Report.



1



2





**4**



**5**



6



7



8



# CURRENT PROJECTS
# &
# PARAMETERS

**CURRENT PROJECTS**

As with any large, aging facility, there are often several concurrent repair or upgrade projects in the Old Executive Office Building. When the intensive use level, high security requirements, and political aspects are included in the evaluation, it is clear that successful coordination, scheduling, and execution of the projects is a significant challenge.

The major projects planned or in progress at the OEOB are the Roof Replacement & Repair (Contract No. GS-11B-69017, Project Control No. RDC 58234) and the Exterior & Miscellaneous Repairs (Project Control No. ZDC 96034). But in addition to these large scale projects, there are several smaller projects in various stages of planning or completion. Some of these include:

• Asbestos Abatement
 While most of the asbestos has been removed from the basement, it is still present in the risers and is occasionally encountered. The asbestos assessment report by OMC (January 16, 1986) identified asbestos containing materials in pipe insulation in most offices and on all floors, particularly on the steam risers to the radiators adjacent to exterior windows.

• Pennsylvania Avenue Landscape & Sidewalk Improvement
 Construction of this project will result in a visual upgrade of the northern edge of the OEOB precinct. It should also correct some surface drainage deficiencies that have been caused by settlement of the existing sidewalks.

• Ground Floor Carriageway Vestibules
 This current project produces two entry vestibules at each of the four locations where the carriageways intersect the main north/south corridors. The automatic doors will minimize loss of conditioned air within the building. While the new walls and trim intersect historic plaster cornices and materials, replicated cast metal trim and paneled doors present an image of historic authenticity. (See discussion of rehabilitation standards below.) The northwest vestibule was constructed first and is being rebuilt and reconfigured to increase the area within the vestibule and minimize the 'short circuiting' effect of having both sets of doors open at the same time.

• Interior Restoration -- Rooms 231, 232, 252, 252A, 254, 254A and Foyer
 Some projects, such as this, result in restoration of particular interior spaces. This project is part of an on-going restoration effort in this area of the building.

• West Dome Power Shortage Investigation
 Many identified projects are completed by GSA personnel as in this case where additional electrical panels were installed.

• Technical Redesigns -- Room 014
 With continual technological advancements, areas containing essential communications, security, or other 'high tech' systems or equipment, frequently require redesigns, reconfigurations and improved support systems to maximize the benefits of technological changes. Such is the case in 014 where work was recently completed but is to be improved to aid the operational functions of the space.

• Paint Shop Studies
 The location and operation of the Paint Shop continues to cause health and safety

problems. Since on-site operation is required, a feasibility study has been performed to aid in planning for relocation of the Paint Shop to a safer location.

• HVAC Upgrades
Air conditioning is a significant deficiency throughout the building, and increasing numbers of computers and other electrical equipment require conditioned spaces for proper operation. As a result, design and installation of air conditioning for specific rooms or areas, such as for 054, is fairly common.

The Roof Replacement & Repair (Contract No. GS-11B-69017, Project Control No. RDC 58234) will correct many of the most severe physical deterioration problems on the exterior of the building. The 95% Submission for this project has been reviewed for this report. Review comments are included in Section IV. Condition Descriptions & Recommendations.

This roof project will have a significant impact on the building: roof and rooftop features; Fifth and Sixth Floors; courtyards; and site. All metal roofing is to be replaced with repairs to the structural substrate in most locations. This will continue to the interior in the many locations where the entire roof structure, with the exception of the wrought iron beams, will be removed and replaced.

The Exterior & Miscellaneous Repairs project (Project Control No. ZDC 96034) includes several repair, rehabilitation and restoration efforts. All windows and doors not already restored are to be treated in this project. Many of the site features (e.g., walls, paving, stairs, light poles) will be repaired. Light poles are also to be restored to their original condition and configuration.

A significant portion of this project involves areas not typically thought of as "preservation" or "restoration" but that nonetheless impact the continued safety and operability of the building. These include installation of new emergency power systems and upgrading the automatic sprinkler system in the basement, including preparation for a building-wide system. Included in this Fire Protection/Life Safety upgrade is replacement of the fire alarm and detection systems. Finally, the entire vertical transportation system will be thoroughly repaired and upgraded to current standards.

All of these repairs and rehabilitations will help ensure that the Old Executive Office Building remains operational and functional, as well as improving the safety and security of both occupants and operations. This helps to ensure the continued preservation and use of this significant building.

## PRESERVATION PARAMETERS & GUIDELINES

As the Old Executive Office Building is extremely rich in both historical and architectural significance, it is richly deserving of its recognition as a national historic landmark and its listing on the National Register of Historic Places. Because of its significance, all repairs and modifications to this building should be executed with sensitivity to the important historic and architectural features.

The National Historic Preservation Act of 1966, as amended, has established a process to protect historic properties from unnecessary harm caused by Federal actions. This process is commonly known as "Section 106 Review" and is defined in the regulations of the Advisory Council on Historic Preservation "Protection of Historic and Cultural Properties", found in 36 CFR Part 800.

The Section 106 Review process provides review assistance to federal agencies in evaluating and assisting in the protection and preservation of significant historic properties. (Specifically, those historic properties listed on, or eligible for the National Register of Historic Places.) According to these established federal regulations, any proposed action or undertaking that will have any effect, either beneficial or adverse, is to be reviewed with the appropriate preservation agencies. For the OEOB, this would typically include the GSA Historic Preservation Officer and, as required, the Advisory Council on Historic Preservation. While occasionally cumbersome, this review of proposed projects, either on an individual or programmatic basis, will assist GSA in identifying the important character-defining features of the OEOB, and in developing and understanding the techniques and philosophies required to preserve or minimize impact to these important characteristics.

The information, recommendations, and outline specifications found in the Historic Structures Report for the OEOB (currently being developed as a separate document) will provide the historic preservation basis and detailed recommendations to be followed for future repairs in the OEOB.

The Secretary of the Interiors Standards for Rehabilitation (revised March 28, 1990, and found in 36 CFR Part 67) provide nationally recognized and applied standards for repairs, rehabilitation, and other interventions in, and around, historic properties. These standards are well established, tested, and accepted and allow for sensitive updating of historic buildings, while preserving and maintaining the significant character-defining features. It is recommended that the "Standards" be carefully studied and that all future repair projects be evaluated in light of these ten standards. If all proposed repair or rehabilitation projects comply with these "Standards," the continued National Register eligibility of the OEOB will not be jeopardized.

## SECRETARY OF THE INTERIOR'S STANDARDS FOR REHABILITATION

1.  A property shall be used for its historic purpose or be placed in a new use that requires minimal change to the defining characteristics of the building and its site and environment.

2.  The historic character of a property shall be retained and preserved. The removal of historic materials or alteration of features and spaces that characterize a property shall be avoided.

3.  Each property shall be recognized as a physical record of its time, place, and use. Changes that create a false sense of historical development, such as adding conjectural features or architectural elements from other buildings, shall not be undertaken.

4.  Most properties change over time; those changes that have acquired historic significance in their own right shall be retained and preserved.

5.  Distinctive features, finishes, and construction techniques or examples of craftsmanship that characterize a historic property shall be preserved.

6.  Deteriorated historic features shall be repaired rather than replaced. Where the severity of deterioration requires replacement of a distinctive feature, the new feature shall match the old in design, color, texture, and other visual qualities and, where possible, materials. Replacement of missing features shall be substantiated

by documentary, physical, or pictorial evidence.

7. Chemical or physical treatments, such as sandblasting, that cause damage to historic materials shall not be used. The surface cleaning of structures, if appropriate, shall be undertaken using the gentlest means possible.

8. Significant archeological resources affected by a project shall be protected and preserved. If such resources must be disturbed, mitigation measures shall be undertaken.

9. New additions, exterior alterations, or related new construction shall not destroy historic materials that characterize the property. The new work shall be differentiated from the old and shall be compatible with the massing, size, scale, and architectural features to protect the historic integrity of the property and its environment.

10. New additions and adjacent or related new construction shall be undertaken in such a manner that if removed in the future, the essential form and integrity of the historic property and its environment would be unimpaired.

(Source:  36 CFR Part 67, Revised/effective March 28, 1990.)



# CONDITION DESCRIPTIONS
# &
# RECOMMENDATIONS

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 10, 1990 |
| DEFICIENCY NUMBER | AX-1 |
| DEFICIENCY TITLE | **Overturning of 17th Street Retaining Wall** |
| DESCRIPTION OF DEFICIENCY | The massive retaining wall alongside the sidewalk on 17th Street near the northwest corner, on OEOB grounds, shows slight signs of overturning. This eastward tilt is especially noticeable two piers north of the 17th Street entrance to the OEOB. |
| ANTICIPATED LIFE EXPECTANCY | Unknown. |
| RECOMMENDATION | 1.  Survey with precise instrumentation to determine current slope of the retaining wall. |
| | 2.  Monitor yearly to determine if the overturning movement is continuing. |
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | Photo No. 58. |

# BUILDING EVALUATION REPORT

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 10, 1990 |
| DEFICIENCY NUMBER | AX-2 |
| DEFICIENCY TITLE | **Roof Repair - Comments** |

DESCRIPTION OF
DEFICIENCY

From the review of the 95% Submission of the OEOB Roof Replacement and Repair Construction Documents GSA No. GS-11B-69017, Project No. RDC-58234, note the following questions and concerns are noted.

1. From Drawing C- -2, the project location map, the use of the southeast lawn of the OEOB for a Contractor's staging area will likely result in some impact to historic site features and elements, such as iron fences, and stone retaining walls. Recognizing that the south courtyard will be used for this project for crane placement, is it possible to contain the bulk of the contractor's staging in the south court or on West Executive Avenue?

2. From the review of Drawing 2-1-1 and other notes and drawings, the connection or adjacent placement of copper roofing and cast iron elements is noted. These elements must be separated by a durable separating membrane to prevent galvanic corrosion.

3. From the review of Drawing 5- -1.2 and others, it is noted that the use of sealants is prevalent in the flashing repair and new flashing on this project. The use of sealants in many locations, such as the top of the bar flashing detail, will require regular inspection and periodic replacement.

4. From Drawing 5- -2.2, Detail No. 6 showing gutter E at the granite balustrade, it appears that any water behind the balustrade will likely seep beneath the granite balustrade base, beneath the flashing, and beneath the gutter lining into the perlite gutter fill, and into the granite cornice. Freeze-thaw cycling and any corrosion of ferrous metals in these elements will lead to significant decay problems.

5. Sheet 5- -4.5, Detail 1, shows new weep holes similar to those shown on Detail 6 of Sheet 5- -2.2. Section AA on Detail 1 is apparently not shown. Again the concern is expressed for improved and positive water drainage and control.

ANTICIPATED LIFE
EXPECTANCY

Not applicable.

RECOMMENDED
ACTION

Modify Detail No. 6 on Sheet 5- -2.2 to create positive flow and control of water into the weep holes and prevent moisture penetration beneath flashing and gutter lining.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA No. GS-11B-69017, Project No. RDC-58234.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 10, 1990 |
| **DEFICIENCY NUMBER** | AX-3 |
| **DEFICIENCY TITLE** | **Window Air Conditioning Units** |

**DESCRIPTION OF DEFICIENCY**

Because there is no building wide central air conditioning in the OEOB, several hundred window units have been installed on all elevations. Not only does this create visual degradation of the appearance of the building, it also allows uncontrolled infiltration of air and urban dust and dirt into the office spaces. In addition, water condensing in the units drains to the outside, which produces mineral stains on the granite ledges and faces of the building.

An additional potential problem with the continued operation of the air conditioning units, is the impact to the proposed window restoration as part of the Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034.

**ANTICIPATED LIFE EXPECTANCY**

Not applicable.

**RECOMMENDED ACTION**

1. Proceed as soon as practicable to retrofit the central air conditioning system within the building to allow the removal of the window air conditioning units.

2. See Deficiency AH-3, Exterior Masonry Deterioration -- Stairway.

**PRIORITY**

**COST ESTIMATE**

To be provided in the Preliminary BER.

**REFERENCES**

Photo Nos. 5-8
Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 10, 1990 |
| DEFICIENCY NUMBER | AX-4 |
| DEFICIENCY TITLE | **Incompatible Courtyard Equipment and Operations** |

DESCRIPTION OF
DEFICIENCY

Both the north and south courtyards of the OEOB are extremely congested due to numerous activities and equipment installations. In the north courtyard the semi-functional loading dock and freight elevator occupy a significant portion of the courtyard along with concentrated on-grade parking produces.

In the south courtyard, several cooling towers and associated compressors are located in the northern one-third of the courtyard. The remaining area is also occupied by surface automobile parking. The compressors and cooling towers produce significant amounts of moisture vapor and excessive amounts of noise, making the courtyard very unpleasant to pedestrians.

ANTICIPATED LIFE
EXPECTANCY

Not applicable.

RECOMMENDED
ACTION

Develop comprehensive plans for the reclaiming of the courtyards. Establish parking criteria to minimize the number of automobiles. Proceed with development of new mechanical equipment rooms or structures to allow removal of existing mechanical equipment from the south courtyard.

PRIORITY

COST ESTIAMTE                To be provided in the Preliminary BER.

REFERENCES                   Photo No. 8.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 10, 1990 |
| **DEFICIENCY NUMBER** | AX-5 |
| **DEFICIENCY TITLE** | **Stormwater Leakage in South Courtyard Compressor Area** |

**DESCRIPTION OF DEFICIENCY**

The new reinforced concrete construction in the south courtyard was not carried to completion, leaving the original construction in the northern one-third of the courtyard exposed to the elements. Within these existing brick vaults are located compressors for the air conditioning systems in the White House complex. These brick vaults have been frequently waterproofed, but apparently because of their age and construction, efforts at waterproofing have failed.

**ANTICIPATED LIFE EXPECTANCY**

Exceeded.

**RECOMMENDED ACTION**

1. Consider completion of the reinforced concrete structure in the south courtyard.

2. Consider installation of a membrane (PVC or EPDM) roofing on the compressor vaults.

**PRIORITY**

**COST ESTIMATE**    To be provided in the Preliminary BER.

**REFERENCES**    Photo No. 8.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 10, 1990 |
| **DEFICIENCY NUMBER** | AX-6 |
| **DEFICIENCY TITLE** | **Window Configuration** |

**DESCRIPTION OF DEFICIENCY**

Numerous windows, particularly on the Ground and Basement levels of the OEOB, have been changed to accommodate window air conditioning units, security, ventilation, or access requirements resulting in a variety of grilles, louvers and other equipment in these windows. Previous security improvement measures included installation of Lexan panels or other screening devices through the window opening. The present result is clips and flanges remaining attached to the granite on the inside of the window recesses. Besides presenting a rather unsightly appearance, this variety of clips, louvers, and other equipment increases rust staining in the window recesses as well as interfering with proper light, ventilation and appearance of the building. The Exterior and Miscellaneous Repairs Project GSA Project Control No. ZDC 296034 proposes the complete repair of all existing wood windows as well as installation of exterior wood doors, both decorative and more traditionally functional doors.

**ANTICIPATED LIFE EXPECTANCY**

To be provided in the Preliminary BER.

**RECOMMENDED ACTION**

1. Remove all remaining security screens and metal retaining clips from window recesses.

2. Investigate requirements of interior functions and spaces to evaluate potential removal of grilles, louvers, etc. Coordinate with HVAC and other investigations.

**PRIORITY**

**COST ESTIMATE**

To be provided in the Prliminary BER.

**REFERENCES**

Photo No. 5.

## BUILDING EVALUATION REPORT

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 10, 1990 |
| DEFICIENCY NUMBER | AX-7 |
| DEFICIENCY TITLE | **Deteriorated Iron Fence** |

DESCRIPTION OF
DEFICIENCY

The 'exterior' Prospectus Development Study (GSA Contract No. GS-11B-69029, Project Control No. RDC 74070, February 17, 1988) identified damage and deterioration to the iron fence that surrounds the OEOB precinct. Site observations indicate that this damage and deterioration has likely increased since the PDS investigations.

These deficiencies include broken and missing elements (picket and post bases, arrowheads, etc.), some bent pickets, and severly rusted posts and pickets (at their intersection with the granite walls).

It appears that the actual repair of the fence is not included in the Exterior & Miscellaneous Repairs project (Project Control No. ZDC 20506).

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Thoroughly clean iron posts and pickets to completly remove rust. Properly prime and paint prior to installation of any replacement base elements. Consider coordinating cleaning of the rust stains from the granite before this action.

2. Repair or replace missing, bent, or broken elements.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

Prospectus Development Study, GSA Contract No. GS-11B-69029, Project Control No. RDC 74070, February 17, 1988.
Exterior & Miscellaneous Repairs, Project Control No. ZDC 20506.
Photo No. 64.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 30, 1990 |
| **DEFICIENCY NUMBER** | AN-1 |
| **DEFICIENCY TITLE** | **Vending Area** |

**DESCRIPTION OF DEFICIENCY**

Equipment and fixtures appear to be adequate. However, the relatively new soffit which overhangs above the vending machines, placed at approximately at 6'-1", overhangs the vending machine in several locations and present a hazard for tall people.

In the second room, (where the cashier is located), coolers extend into traffic paths, poor overall layout and carton storage in the traffic paths all contribute to a relatively unpleasant environment as well as some hazards. The lighting is also deficient.

**ANTICIPATED LIFE EXPECTANCY**

Not applicable.

**RECOMMENDED ACTION**

1. Remove overhanging soffits to conform with BOCA or install/position equipment or fixtures beneath soffits to prevent any potential human impact.

2. Police traffic paths and remove conflicting objects.

**PRIORITY**

**COST ESTIMATE**    To be provided in the Preliminary BER.

**REFERENCES**    Photo xx to be provided in the Prelminary BER.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-1 |
| DEFICIENCY TITLE | **Exterior Masonry Deterioration -- Structural** |

DESCRIPTION OF
DEFICIENCY

1. Structural failure and/or displacement of individual granite blocks occurs at carriageway arches and at individual windows in a pattern that suggests differential building settlement or ground movement. The pattern of structural failure and the apparent stability of the building seem to indicate a non-hazardous situation, though the existing cracks invite water to penetrate the structure.

2. Spalling of the surface of individual stone units occurs rarely and at isolated locations, and does not suggest any general condition or ongoing deterioration.

ANTICIPATED LIFE
EXPECTANCY                    To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Patch all hairline cracks (1/16" wide at maximum) with epoxy to prevent water penetration. Epoxy all cracks greater than 1/16", cut back 1\2" from surface plane. Monitor displaced blocks to confirm ongoing stability. Stabilize wall where cracks are determined to be active.

2. Dress spalled stone back to sound masonry.

PRIORITY

COST ESTIMATE                 To be provided in the Preliminary BER.

REFERENCES                    Photo No. 15.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-2 |
| DEFICIENCY TITLE | **Exterior Masonry Deterioration -- Mortar Joints** |

DESCRIPTION OF
DEFICIENCY

1. Open mortar joints occur at all elevations of the building due to the erosive forces of wind and rain, the effects of thermal movement, and moss growth. Repointing has been undertaken at random locations, with little attention having been paid to mortar composition, color, or joint profile.

2. Sealant at joints at various horizontal masonry surfaces is deteriorated, and the color does not match adjacent masonry.

3. Sealant has been applied incorrectly at joints at vertical masonry surfaces. This prohibits the exit passage of moisture through the walls, and will actually accelerate the deterioration of adjacent mortar joints, back up masonry, and interior surfaces and finishes.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Repoint approximately 50 % of mortar joints throughout the building. The exact proportion of open joints varies according to the location on the building.

2. Remove deteriorated sealant at joints in horizontal masonry. Replace with new sealant pigmented to match adjacent masonry.

3. Remove all sealant at joints in vertical masonry surfaces. Repoint with mortar to match original.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

Photo Nos. 16 and 18.

## BUILDING EVALUATION REPORT

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-3 |
| **DEFICIENCY TITLE** | **Exterior Masonry Deterioration -- Staining** |
| **DESCRIPTION OF DEFICIENCY** | 1. Staining of the face of the blocks results from the failure of adjacent building systems such as the placement of unprotected ferrous metals, the penetration of moisture at horizontal wash surfaces or at open vertical joints, or inappropriate methods of pest-control. |
| **ANTICIPATED LIFE EXPECTANCY** | To be provided in Preliminary BER. |
| **RECOMMENDED ACTION** | 1. Remove or protect ferrous metals that are causing staining. Use sealant at joints at horizontal wash. Repoint all open vertical mortar joints. Clean masonry of all chemical pest-deterrent materials. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Photo Nos. 4, 6, 15-17, and 61-64. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-4 |
| **DEFICIENCY TITLE** | **Exterior Windows and Doors** |

DESCRIPTION OF
DEFICIENCY

1. The condition of the wood window sash has been fully surveyed in a Prospectus Development Study dated 17 February, 1988, under GSA Project Number GS-11B-69029, project Control Number 365.03. The repair and restoration of the windows will be carried out as a part of the Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034.

   There is a lack of clarity contained within the scope of the project pertaining to the following items:

   a. No reference is made to the paint color to be used for the repainting of the restored wood sash.

   b. The Scope states that all wood sash are to be removed for restoration. This is not necessary to obtain satisfactory restoration for the majority of the windows in the building.

   c. No reference is made to the treatment of glazing.

   d. The windows in the basement are punctured at various locations by HVAC piping and supply lines.

2. The condition of the exterior doors has been fully surveyed in a Prospectus Development Study dated 17 February 1988, under GSA Project Number GS-11B-69029, project Control Number 365.03. The repair and restoration of the exterior doors will be executed under the GSA Project Control Number ZDC 96034.

3. The condition of the Cast Iron window and door frames and surrounds has been fully surveyed in a Prospectus Development Study dated 17 February 1988, under GSA Project Number GS-11B-69029, project Control Number 365.03. The repair and restoration of the cast iron window and door surrounds and frames will be executed under GSA Project Control Number ZDC 96034.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1.  The following action should be added to the Scope of Work referenced above, for the repair of wood sash.

    a.  Both the exterior and the interior colors should be arrived at through thorough paint seriation analysis.

    b.  Give Contractor the option, where windows are in fair to good condition, to perform restoration work in-place. (N.B. Removal off-site may be mandated to minimize the disruption to the operations of the building's occupants.)

    c.  Replace all missing and damaged glass. Leave existing glass in place, where possible.

    d.  Co-ordinate the restoration of windows in the basement with the planned HVAC work so that damaged or missing window members may be restored where HVAC lines are scheduled for removal.

2.  Perform restoration of exterior doors as described in Prospectus Development Study dated 17 February, 1988, under GSA Project Number GS-11B-69029, project Control Number 365.03, and in the Scope of work for the actual construction project, Project Control Number ZDC 96034.

3.  Perform restoration and repair of Cast Iron window and door frames and surrounds as described in Prospectus Development Study dated 17 February, 1988, under GSA Project Number GS-11B-69029, project Control Number 365.03a, and in the Scope of Work for the actual construction project, Project Control Number ZDC 96034.

    The color of the paint used on all cast iron elements should be arrived at through thorough paint seriation analysis.

PRIORITY

COST ESTIMATE          To be provided in the Preliminary BER.

REFERENCES             Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034. Photo No. xx (To be provided in the Preliminary BER.)

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-5 |
| **DEFICIENCY TITLE** | **Interior Floor Finishes** |

**DESCRIPTION OF DEFICIENCY**

1. Marble Floor Tiles at the second through fifth floors are generally in poor to fair condition. White tiles are relatively soft and have worn evenly. Black floor tiles are harder and more brittle, and are wearing unevenly, cracking and spalling at their edges. The accelerated wearing down of the softer white tiles has left the edges of the black tile exposed, further contributing to their spalling and chipping. Several tiles have come free of the hydraulic cement bedding, and rock when stepped on.

2. Granite flooring at the stairs and at the borders of the marble corridor tile is in very good condition. Some staining of the granite has occurred as a result of careless housekeeping practices, notably as a result of the chemical cleaning and polishing of bronze balusters, and as a result of floor cleaner spilling over the edge of the granite at the stair openings.

3. Wood parquet floors are generally in very good condition, with minor wear and finish damage. Minor cutting and removals have occurred as a result of HVAC and electrical service installation.

4. Wood flooring in carpeted areas, presumed to be plain strip flooring, was not examined. Upon removal of the carpet, damage should be anticipated as a result of the installation and removal of carpet nailer strips, past spills of liquids, and the use of carpet cleaner.

5. Cast iron floors in the balconies of the two major libraries and in the Indian Treaty Room and in the north and south corridors at the fifth floor are in very good condition. Alterations have been made to allow for various lines relating to the mechanical systems.

6. Vinyl Composition Tile (VCT) has been installed throughout the corridor of the ground floor, presumably over the existing marble tile and a levelling agent. VCT has also been installed in the north corridor of the fifth floor, where it has been relocated around Room 450 (Auditorium/Briefing Room). The VCT in both locations is in excellent condition.

7. Wall-to-wall carpet has been installed in most offices throughout the building, and varies in condition.

**ANTICIPATED LIFE EXPECTANCY**

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Resurface or replace all marble tiles to match existing where spalls or surface degradation affect more than 5% of the tile surface area. Replace all cracked marble tiles with new tiles to match existing. Reset all loose or poorly bedded marble tiles.

2. Clean stains from granite at balusters and at vertical edge in stairwells using gentlest means possible. Alter housekeeping practices to eliminate staining from bronze and floor cleaners.

3. Refinish wood floors as required. Replace damaged flooring to match existing color and pattern, including where HVAC lines are rerouted.

4. Refinish worn areas of cast iron floor. Patch damaged cast iron including where HVAC lines are to be re-routed.

5. Identify historic material below VCT.

6. Where carpet is scheduled for removal, refinish wood floors completely with varnish. Where carpet is not scheduled for removal, identify historic materials below.

PRIORITY

COST ESTIMATE          To be provided in the Preliminary BER.

REFERENCES             Photo Nos. 20, 22, and 23.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-6 |
| **DEFICIENCY TITLE** | **Interior Wall Finishes** |

**DESCRIPTION OF DEFICIENCY**

1. Flat plaster walls are generally two or three coat wet plaster surfaces applied directly to granite and brick masonry or iron lath. Plaster wall surfaces are generally in good condition, with minor surface imperfections including cracking, visible patches, nail holes and gouged and battered areas associated with normal wear-and-tear. Seriously degraded plaster as a result of water penetration has occurred at areas adjacent to known internal roof drains. In the attic, humidity and moisture has corroded the lath, causing the plaster system to lose structural integrity.

2. Ornamental plaster elements including cornices, moldings and ceiling medallions are generally in good condition. Isolated deterioration has taken place as a result of either moisture penetration, or in association with the installation of HVAC and electric lines.

3. Cast iron wall surfaces in the two major libraries, the Indian Treaty Room, selective office Partitions, and decorative wall ornaments such as pilasters, cornices and baseboards and window breasts are in typically very good condition, though often with heavy paint build-up. Some cutting and limited removals have been performed in the past, in association with the installation of HVAC and electrical lines.

4. Marble wall panels occur at the Indian Treaty Room, and are set into cast iron frames. The marble appears sound with some limited cracking and abrasions. The surface of the marble panels is dull and splotchy, caused most likely by inadequate or inappropriate maintenance materials and techniques.

5. Wood panels, wainscoting and trim occur rarely in the building. Much of this wood is battered and worn, and most is over-painted.

6. Lincrusta wall-covering is used in selected offices to cover the entire wall, part of the walls, or at window and door tympanums. Lincrusta is in generally good condition, though repeated over-painting has obscured much of the original relief pattern. Some sections of the lincrusta are delaminating from the walls as the glue loses its integrity. Limited areas of Lincrusta are battered and worn, and penetrated by HVAC and electric lines.

**ANTICIPATED LIFE EXPECTANCY**

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Remove all unsound plaster to sound material or substructure as required. Patch and repair plaster using full plaster system, including non-corrosive lath and anchors (this presumes that the cause of water penetration will have been eliminated).

2. Recast new sections of ornamental plaster elements where damaged beyond, using molds taken from adjacent sections of sound ornament. Patch ornamental plaster elements where possible, including where HVAC lines are to be re-routed.

3. Replace or repair damaged or missing cast iron elements as required with new castings or welded sections, including where HVAC and electric lines are to be re-routed. Initiate a program of paint removal from decorative cast iron elements.

4. Pin and epoxy cracked and broken marble elements and re-set assembly. Clean marble wall panels to remove all build-up of polish and grime. Refinish with marble sealer and polish.

5. Repair or replace damaged or missing wood elements to match existing. Strip over-painted, worn or discolored wood and refinish.

6. Experiment with paint-removal techniques to determine a method for removal that will not attack the glue adhering the Lincrusta to the wall. Where the Lincrusta is delaminating from the wall, refasten using adhesive injected behind the Lincrusta. Repair minor cracks or separations with plaster to match existing profiles and patterns. Replace damaged or missing sections of Lincrusta, to include where HVAC and electric lines are to be re-routed, with new material cast from adjacent extant patterns to match pattern, spacing, profile and plane.

PRIORITY

COST ESTIMATE        To be provided in the Preliminary BER.

REFERENCES           Photo Nos. 11, and 24-31.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-7 |
| DEFICIENCY TITLE | **Ceiling Finishes and Systems** |
| DESCRIPTION OF DEFICIENCY | |

1. Cast Iron ceiling surfaces in the two major libraries, the Indian Treaty Room, east center, west center, northeast and northwest stairhall domes are typically in very good condition, sound and well protected. Penetrations and alterations have been made in the past in association with the installation of HVAC and electric service lines.

2. Corrugated Iron that is the underside of the roof system also forms the ceiling finish in the northeast northwest, southeast, and southwest corridors, as well as at selected adjacent Fifth Floor stairhalls. Corrosion is sufficiently advanced to have caused complete structural failure of the corrugated iron in many locations. The Repair of these conditions is fully addressed in GSA Contract #GS-11B-69017, Roof Replacement and Repair.

3. Most smooth, flat or arched ceilings are full two or three coat plaster surfaces applied directly to brick masonry or iron lath and are generally in good condition. Minor surface degradations include cracking, visible patches, nail holes and gouged and battered areas associated with normal wear-and-tear. Seriously degraded plaster as a result of water penetration has occurred at areas adjacent to known internal roof drains. In the attic, humidity and moisture has corroded the lath, causing the entire plaster system to lose structural integrity.

4. Ornamental plaster ceiling elements including ribs, coffers, rosettes, medallions, are generally in good condition. Deterioration has occurred in isolated locations due to aforementioned water penetration. Damage has also occurred from work associated with the installation of HVAC and Electric lines.

5. Lincrusta Ceiling coverings are used in selected offices to cover the entire wall, part of the walls, or at window and door tympanums. Lincrusta is in generally good condition, though repeated over-painting has obscured much of the original relief pattern. Some sections of the lincrusta are delaminating from the ceilings as the glue loses its integrity. Limited areas of Lincrusta are battered and worn, or penetrated by HVAC and electric lines.

6. Acoustic Ceiling Tile has been suspended or surface-mounted in many office spaces, especially in the ground floor and in some areas of the fourth floor. Many of these tiles are either broken, missing, altered, or damaged by water penetration.

ANTICIPATED LIFE
EXPECTANCY                     To be provided in Preliminary BER.

RECOMMENDED
ACTION

1. At cast iron ceilings, replace damaged or missing iron elements with new castings or new welded sections, including where HVAC and electric lines are to be rerouted. Refinish where finish is worn abraded or discolored.

2. GSA Contract #GS-11B-69017, Roof Replacement and Repair, calls for the entire demolition of corrugated iron ceilings at the fifth floor that are a part of the roof structure. These iron ceilings are historic fabric and as such, effort should be made to leave them in place where possible. Where they are damaged beyond repair, effort should be made to cast-in- place the corrugated texture.

3. Remove all unsound plaster over lathe or masonry to sound material or substructure as required. Patch and repair plaster using full plaster system, to original condition prior to damage. Use non-corrosive lath and anchors (this presumes that cause of water penetration will have been eliminated). Cut out and patch major cracks in plaster, after determining cause and likelihood of recurrence. Patch plaster surfaces at damaged areas, including where HVAC and electrical lines are to be re-routed.

4. Recast new sections of ornamental plaster ceiling elements where damaged beyond repair, using molds taken from adjacent sound sections of ornament. Patch and repair ornamental plaster ceiling elements where possible, including where HVAC lines are to be re-routed.

5. Experiment with paint-removal techniques to determine a method for removal that will not attack the adhesive fastening the Lincrusta to the ceiling. Where the Lincrusta is delaminating from the ceiling, refasten using adhesive injected behind the Lincrusta. Repair minor cracks or separations with plaster to match existing profiles and patterns. Replace damaged or missing sections of Lincrusta, to include where HVAC and electric lines are to be re-routed, with new material cast from adjacent extant patterns to match pattern, spacing, profile and plane.

6. Remove surface-mounted and suspended Acoustic Ceiling Tile and hangers in ground floor and fourth floor offices, where possible, and repair historic plaster ceilings above. Where removal is not feasible due to the nature of the rooms' occupants, replace damaged or missing tiles.

PRIORITY

COST ESTIMATE                  To be provided in the Preliminary BER.

REFERENCES                     Photo Nos. 26, and 30-33.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-8 |
| DEFICIENCY TITLE | **Special Building Elements/Decorative Finishes and Materials** |

DESCRIPTION OF
DEFICIENCY

1. Encaustic floor tile at the two major Libraries and at the Indian Treaty Room is in very good condition. Some individual tiles are cracked or missing small pieces.

2. Painted murals, Trompe L'Oeil, and Faux painted finishes appear to have existed in a wide variety of spaces, but are now painted over and assumed to be in poor condition.

3. Wall papers are suspected in various office spaces. It is not known if these materials are historic, and all are heavily over painted.

4. Gilding at picture rods is heavily over-painted. Over-varnish has darkened other gilded surfaces at door numbers, signs, and fireplace and over-mantel highlighting.

5. Decorative metals such as the copper plated bronze railings at the War Department Library and the curved bronze tiles at the Indian Treaty Room are in excellent condition.

6. Fireplaces are polished wood, marble and slate. Stone surfaces appear to be in fair to good condition though their surfaces are dull and splotchy. Wood fireplaces are generally in very good condition with rare cracking or breaking off of minor wood elements.

7. The recent restoration of the interior skylights appears to be accurate and their condition is sound. Dust and dirt appears to be obscuring some of the illumination and should be cleaned.

8. The cast bronze balusters at all eight (8) interior stairways are in very good physical condition. Unrestored balusters are heavily patinated with build-up of corrosion and dirt. Restored balusters have been chemically cleaned and highly polished. Fine scratches on smooth surfaces indicate that an overly-abrasive cleaner has been used in the past. The documentary evidence is confirmed by the condition of the balusters which suggests that the original finish was a two-toned scheme with smooth surfaces highly polished and rough surfaces artificially patinated.

9. Decorative wood handrails at the major stairs are in excellent condition showing only minor wear.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

**RECOMMENDED ACTION**

1. Replace or repair damaged, cracked or worn encaustic tile with new to match existing. Install new sealer coat over all tile surfaces.

2. Touch-up minor scratches, abrasions and missing areas of extant decorative paint finishes. Uncover as much of the original pattern as possible using the gentlest means available where such finishes have been over-painted, to provide the basis for restoration work. Recreate patterns, stencilling, colors and composition of historic painted decoration, to match original shading, antiquing, and highlighting.

3. Where wall paper has been over-painted, uncover as much of the original pattern as possible using the gentlest means available, to provide the basis for restoration work. Recreate patterns, stencilling, colors and composition of historic painted decoration, to match original borders, framing, wainscoting, etc. Where original pattern does not exist or cannot be reproduced, replace historic wall papers with similar patterns, colors and styles that are documentable.

4. Strip and regild all brass picture rods in historic offices. Clean and re-varnish gilded door numbers and highlighting on over-mantel mirrors.

5. Clean all copper-plated bronze railings, cornices and columns by gentlest method possible to remove darkened varnish and discoloration. Polish highlights only to extent indicated by historic documentation and physical analysis to restore two-toned scheme. Apply new protective coating. Clean all patinated bronze ornamentation and lighting by gentlest means possible. Do not disturb patina. Apply new protective coating.

6. Clean and polish marble and slate fireplaces and surrounds, tile surrounds, and related elements with a mild detergent and non-abrasive polish. Replace cracked, damaged or spalled tiles with new tiles to match color, shape and gloss of existing. Clean and oil wood mantles, surrounds and related elements. Refinish minor worn areas and replace broken or missing elements.

7. Clean all decorative skylights from above and below by gentlest means possible.

8. Repatinate over-polished balusters and polish using non-abrasive techniques only those areas indicated on historic drawings. Clean undamaged balusters with very mild detergent solution so as not to disturb patina, and polish using non-abrasive techniques only those areas indicated on historic drawings. Remove scratches from damaged areas of balusters. Protect granite from run-off during the above procedures.

9. Strip, sand and refinish wood handrails that are damaged, battered or worn. Apply new protective varnish to all wood handrails.

**PRIORITY**

**COST ESTIMATE**     To be provided in the Preliminary BER.

**REFERENCES**     Photo No. xx

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-9 |
| **DEFICIENCY TITLE** | **Evidence of Leakage Not Caused by Faulty Roof or Roof Drainage.** |

**DESCRIPTION OF DEFICIENCY**

There is evidence of roof leakage in the ceiling of the ground floor, rooms #74-76. This room is located directly below the Navy Entrance and steps. It appears that water infiltration is resulting from improper drainage and maintenance of these steps. Differential settling has caused many of the treads to slope back towards the building, causing ponding against the risers. Mortar at the joint between the treads and risers has washed out, allowing the ponded water to seep into the spaces below. Conditions at the porches are similar. Although interior water damage is most noticeable beneath the steps and first floor porch at the central pavilion of the east side of the building, construction appears to be identical at the three other grand entrance stairs, and so the potential for water penetration exists there as well.

**ANTICIPATED LIFE EXPECTANCY**

To be provide in the Preliminary BER.

**RECOMMENDED ACTION**

Cut out all sealants at the masonry joints at the main stairs. Install new traffic sealant. If moisture penetration continues, steps will have to be rebuilt.

Those items covered by the Exterior and Miscellaneous Repairs Project, Project Control No. 2DC 96034.

**PRIORITY**

**COST ESTIMATE**

To be provided in the Preliminary BER.

**REFERENCES**

Photo No. xx

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-10 |
| DEFICIENCY TITLE | **Roof - Structural System** |

DESCRIPTION OF
DEFICIENCY

The repair and replacement of the existing corrugated iron and concrete structural roof deck is described in the Contract Documents for GSA Contract #GS-11B-69017, Roof Replacement and Repair. A Review of these 95% complete documents has raised the following issues with regard to the repair and replacement of the existing corrugated iron arches and concrete deck:

1. The documents call for 100% replacement of the corrugated iron arches and concrete deck at all flat and shallow sloped areas. At steeper sloped areas, only the concrete topping slab will be replaced. These general proscriptions were made on the basis of limited testing and field observations. Underlying conditions are certain to vary.

2. The corrugated iron arches are structural, and the original concrete was used as fill and leveller for the copper sheets. This building technique represents a unique step in fire-proof construction between a simple masonry arch and a reinforced concrete arch.

3. The Contract Documents make no mention of the co-ordination of the location of concrete isolation and control joints with the location of expansion joints in the copper roof. This is a critical detail in preventing the premature degradation of the roof system.

ANTICIPATED LIFE
EXPECTANCY

Not applicable.

RECOMMENDED
ACTION

1. The Contractor and the GSA should anticipate that removals will reveal varied conditions. Some areas of flat and shallow roof will not require removal of iron arches and concrete deck. Some steep slopes almost certainly will require removal and replacement.

2. Where its structural and historic integrity has not been lost, leave in place and visible a portion of these original, technologically significant corrugated arches.

3. Include in the documents guidelines and minimum standards for the co-ordination of isolation, control and expansion joints in the new concrete deck and copper roofing material.

PRIORITY

COST ESTIMATE                    Not applicable.

REFERENCES                       OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA
                                 No. GS-11B-69017, Project No. RDC-58234.
                                 Photo No. xx

IV - 25

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | AH-11 |
| **DEFICIENCY TITLE** | **Roof - Copper Roofing and Slate Tiles** |

**DESCRIPTION OF DEFICIENCY**

The replacement of the existing copper roofing is described in the Contract Documents for GSA Contract #GS-11B-69017, Roof Replacement and Repair. A review of these 95% complete documents has raised the following issues with regard to the replacement of existing copper roofing:

1. On sheet 2.1.1 note D8, there is not sheet metal roofing in this area but glass tile.

2. The method of isolating the new copper roofing from the existing cast iron to prevent galvanic reaction is not clear in the documents. Painting the cast iron will not provide sufficient or long term protection from galvanic reaction. The lack of effective isolation of these materials will greatly accelerate the degradation of the roof system.

3. The introduction of rubberized asphaltic material between the roof deck and the copper roofing will create a vapor barrier at the roof level, resulting possibly in condensation occurring within the roof system itself.

4. The Specification section on slate installation includes a reference to installing slates with nails. There appear to be no nailable decks on the building, existing slates having been screwed or wired in place.

**ANTICIPATED LIFE EXPECTANCY**

Not applicable.

**RECOMMENDED ACTION**

1. Revise note D8 on sheet 2.1.1 to show glass tile and not sheet metal.

2. Provide effective isolation of new copper roofing from existing cast iron roof elements to prevent galvanic reaction.

3. Address the issue of the rubberized asphaltic coating acting as a vapor barrier and resulting in condensation developing within the roof system. This should be addressed in light of the planned upgrading of the OEOB HVAC system. This issue should be considered seriously, particularly in light of the planned upgrading of the OEOB HVAC system.

4. Revise Specification section on fastening slates to reflect existing conditions that do not include nailable decks.

PRIORITY

COST ESTIMATE                Not applicable.

REFERENCES                   OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA
                             No. GS-11B-69017, Project No. RDC-58234.
                             Photos Nos. 16, 36 and 37.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | AH-12 |
| DEFICIENCY TITLE | **Roof - Ornamental Cast Iron** |

DESCRIPTION OF
DEFICIENCY

The repair and replacement of the existing ornamental cast iron is described in the Contract Documents for GSA Contract #GS-11B-69017, Roof Replacement and Repair. A review of these 95% complete documents has raised the following issues with regard to the repair and replacement of existing ornamental cast iron:

1. The Cast Iron repair drawings appear to be based on original construction drawings and may or may not reflect actual details of construction. The actual extent of replacement and repair will not be known until full removals are completed. Areas subject to water penetration, especially at gutters, may need more repair than is visible upon superficial investigation. Specifications direct contractor to replace all deteriorated mechanical fasteners. No reference is made in the documents to a representative sample or possible quantity of such fasteners. These 'deficiencies' are virtually unavoidable, due to the nature of the work itself.

2. Documents call for using backerrod and sealant to patch cracks in cast iron elements. This is inappropriate except at horizontal wash surfaces. At other locations, cracks should be left open to allow drainage.

3. The documents call for coating the Cast Iron with an epoxy paint system. Under ideal conditions this is an excellent coating, but the GSA should be aware of its great potential for failure. Manufacturer's instructions for installation must be followed exactly. Especially in the summer time, there is an extremely precise amount of time that must be left between the prime coat and the final coat, to allow the primer to develop the proper 'tooth' that will guarantee adhesion of the finish coat. This will be extremely difficult to control and monitor on a building of this size and complexity. In addition, specifications call for shop-priming new castings. It will be nearly impossible to prime coat, transport, install, and apply the final coat within the allowable time period. The potential for failure is extremely high, and the only remedy for failure is to strip the cast iron to bare metal, and begin again.

4. The scope of demolition and repair at the chimneys is not clearly defined.

5. Drawings show that minor cast iron repairs are to be executed using lead wool. specifications make no reference to lead wool.

ANTICIPATED LIFE
EXPECTANCY

Not applicable.

IV - 28

RECOMMENDED
ACTION

1. The GSA should reserve an unusually high contingency amount to allow for extensive repairs not yet uncovered. This contingency amount should appear either in the Contractor's bid, or in GSA reserves to pay for change orders resulting from increases in the scope of the Work.

2. Apply backerrod and sealant only at horizontal wash surfaces. Sealant and backerrod should not be installed at vertical and horizontal soffit surfaces for it will inhibit drainage.

3. Request that the Contractor demonstrate in writing and on a field sample that he has a thorough understanding of the installation process. Monitor closely the progress of the Work.

4. Add detail to the scope of demolition and repair required at the chimneys.

5. Add to the Specifications a reference with regard to executing minor cast iron repairs with lead wool.

PRIORITY

COST ESTIMATE        Not applicable.

REFERENCES          OEOB Roof Replacement and Repair Construction Documents, 95% submission, GSA No. GS-11B-69017, Project No. RDC-58234.
Photo Nos. 16, and 36-38.

IV - 29

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 24, 1990 |
| DEFICIENCY NUMBER | AH-13 |
| DEFICIENCY TITLE | **Bronze Cleaning - Stairway Balusters** |

DESCRIPTION OF
DEFICIENCY

The current cleaning appears to be somewhat too aggressive based on the abrasive scratches and the comment provided by GSA personnel that a tinted or colored lacquer is used when the cleaning has been too aggressive. This indicates that the gentlest means possible of cleaning are not being employed and additional training of personnel could be required.

As of May 24th, 1990 the balusters on the stairways in the central pavilions have been completed from top to bottom. The stairwell in the southeast corner was in progress with adjoining surfaces and wood handrail masked for protection. The remaining three corner stairwells have not yet been cleaned.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER

RECOMMENDED
ACTION

Review cleaning procedure to minimize abrasion to bronze baluster.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

Photo No. 14.

IV - 30

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 30, 1990 |
| DEFICIENCY NUMBER | ES-1 |
| DEFICIENCY TITLE | **Roof Repair Project - Contract Document Discrepancies** |

DESCRIPTION OF
DEFICIENCY

While reviewing the 95% Submission Construction Documents for GSA Contract No. GS-11B-69017, Roof Replacement and Repair, the following discrepancies were found.

1. Specification Section 3520-2.3.A.1 calls for 750 psi Perlite concrete whereas the drawings call for 1000 psi perlite.

2. Specification Section 3520-2.1.A MATERIALS does not list ASTM C33 sand aggregate. It is not possible to obtain either 750 psi or 1000 psi strength without sand aggregate.

3. Specification 3560 - Precast Roof Planks and Slabs is included in the Contract Documents, however, there is no indication of precast plank on the drawings.

4. The Structural Notes on Sheet 7-1 should be reviewed for typographical errors.

5. To the best of our knowledge the OEOB does not contain cast iron beams in its structure. All the "cast" iron beams shown in the structural sections are actually wrought iron. The section notes should be changed.

6. Section 7-1.2 refers to coating the underside of the topping with epoxy. Rephrase note.

7. If perlite is to be used in the gutters it should be indicated in a different manner on the drawings than the adjacent normal weight fill.

8. A north arrow should be shown on all key plans and Sheet 7-1.

ANTICIPATED LIFE
EXPECTANCY                     Not applicable.

RECOMMENDED
ACTION                         Correct deficiencies noted above.

PRIORITY

COST ESTIMATE                  Not applicable.

IV - 31

REFERENCES                OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA
                          Contract No. GS-11B-69017, Project No. RDC-58234.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 30, 1990 |
| **DEFICIENCY NUMBER** | ES-2 |
| **DEFICIENCY TITLE** | **Roof Repair Project - Caution on Use of Epoxy and Perlite** |

DESCRIPTION OF
DEFICIENCY

The 95% Submission Construction Documents for GSA Contract No. GS-11B-69017, Roof Replacement and Repair, call for use of an epoxy bonding agent and for the use of perlite concrete. The design team should verify that the materials are properly specified and detailed.

1. If new topping is to be applied as shown, verify that the epoxy bonding agent will not cause differential thermal movement between existing concrete and the new topping. (Epoxy bonding agents have a vastly different coefficient of expansion than that of concrete.)

2. Why use perlite concrete in the gutters? Perlite concrete has less cohesiveness than normal weight or even light weight structural concrete.

3. Also, perlite concrete retains moisture for a much longer time than normal weight concrete. Therefore, it is very important to provide adequate venting during the curing which will continue to take place even after the waterproofing is applied. The waterproofing membrane must be carefully installed, inspected, and maintained to prevent any moisture from reaching the perlite concrete.

ANTICIPATED LIFE
EXPECTANCY                    Not applicable.

RECOMMENDED
ACTION                        Review the use and specifications for epoxy bonding agents and perlite concrete fill.

PRIORITY

COST ESTIMATE                 Not applicable.

REFERENCES                    OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA No. GS-11B-69017, Project No. RDC-58234.

## BUILDING EVALUATION REPORT

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 30, 1990 |
| **DEFICIENCY NUMBER** | ES-3 |
| **DEFICIENCY TITLE** | **Roof Repair Project - Structural System** |
| **DESCRIPTION OF DEFICIENCY** | The repair and replacement of the existing corrugated iron and concrete structural roof deck is described in the Construction Documents for GSA Contract No. GS-11B-69017, Roof Replacement and Repair. A review of these 95% complete documents has raised the following issues with regard to the repair and replacement of the existing corrugated iron arches and concrete deck: |

1. Although it is assumed that the corrugated iron arches are structural and the concrete fill is only used to level the roof for the copper sheets, has it ever been documented by means of load tests that the fill is not adequate to support the roof loads?

   Many sections of the corrugated iron have become so rusted they are inadequate to support themselves or the fill and have been so deteriorated for many years. However, the concrete fill has continued to support many years of snow loads, some of which have reached 30 lbs. per sq. ft.

   If it has not been done to date, the concrete fill should be tested by an actual load test with sand bags, or other suitable testing medium. A compression test of core samples of the concrete fill is not enough to determine its load carrying capacity.

   If the arch is adequate without the corrugated iron, the iron can be removed if badly rusted or attached to the concrete arch by anchors as a safety measure.

   Because of the expense involved and the amount of disturbances and damage to the building that the removal of the concrete fill will create we strongly recommend careful consideration be given to keeping the concrete in place, whenever possible.

2. If the existing concrete arches are structurally adequate, there is no need to replace the portland cement topping which was added after the original construction. See Section 7-1.2).

3. If the existing concrete arched fill is to be retained in a number of areas it is not necessary to add the new plaster coating under the arch. If containment is required in some areas of the arches where voids in the concrete are excessive, the voids can be filled with a brushed on mixture of Portland Cement, sand and "Acryl 60" by Thorseal.

ANTICIPATED LIFE
EXPECTANCY              Not applicable.

RECOMMENDED
ACTION                 1. Perform actual load tests of iron/concrete fill arches.

                       2. Evaluate other remedial repair techniques.

PRIORITY

COST ESTIMATE          Not applicable.

REFERENCES             OEOB Roof Replacement and Repair Construction Documents, 95% Submission, GSA
                       No. GS-11B-69017, Project No. RDC-58234.

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | **EM-1** |
| DEFICIENCY TITLE | **Condensate Return Units** |
| DESCRIPTION OF DEFICIENCY | 1. The two existing simplex condensate return units have reached the end of their useful life. They are in poor condition and replacement parts are not available. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |
| RECOMMENDED ACTION | 1. Provide two new duplex condensate return units, complete with pumps, receiver and controls. |
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | Photo No. xx |

IV - 36

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EM-2 |
| DEFICIENCY TITLE | **Steam Pressure Reducing Stations** |

DESCRIPTION OF
DEFICIENCY

1. The OEOB and the West Wing of the White House are served from two main pressure reducing stations and numerous smaller pressure reducing stations located in the basement of the OEOB. Most of the shut off valves leak and the pressure reducing valves and strainers are old.

2. The pressure reducing stations in room 79-1/2 were installed on an individual basis and are difficult to service.

ANTICIPATED LIFE
EXPECTANCY          To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Replace all pressure reducing stations including reducing valves, strainers, traps, shut-off valves and by-pass valves.

2. Re-pipe pressure reducing stations in room 79 1/2.

PRIORITY

COST ESTIMATE       To be provided in the Preliminary BER.

REFERENCES          Photo No. xx

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EM-3 |
| DEFICIENCY TITLE | **Air Conditioning and Heating Systems** |

DESCRIPTION OF
DEFICIENCY

1. The majority of the building is conditioned by window-type air conditioning units. These units are costly to operate and maintain, controls are inadequate and ventilation air is not provided in accordance with GSA standards.

2. Manu spaces throughout the building are served by packaged, split system, direct expansion air conditioning units. These units provide adequate cooling, heating and ventilation air. Some of these units are located in historically sensitive areas of the building. Some have reached the end of their useful life.

3. Heating is provided in most spaces by steam, cast-iron radiators. Control of heating from the steam radiators is by means of manually adjustable control valves. Ventilation is provided only by infiltration as noted above.

4. The existing centrifugal chillers have reached the end of their useful life and should be replaced.

ANTICIPATED LIFE
EXPECTANCY

- The median life of window-type air conditioners is 10 years. Many of the existing units have been in service for longer than 10 years.

- The existing steam radiators have been in service for over 50 years and the median life for steam radiators is 25 years.

- The median life for centrifugal chillers is 23 years.

RECOMMENDED
ACTION

1. Remove all window air conditioning units and packaged, split system, direct expansion air conditioning units.

2. Remove all cast-iron steam radiators and associated piping.

3. Provide new four-pipe fan coil units with custom enclosures. Utilize the chases for hot and chilled water and condensate piping. This work should be done in conjunction with Deficiency Number EL-2 to facilitate the electrical connections of the fan coil units.

4. Provide ventilation units for building and occupant ventilation air requirements.

IV - 38

5. Provide a new central plant to house chillers, PRV stations, and pumps.

6. Provide primary chilled water and hot water distribution loops with secondary distribution piping in the existing perimeter moat and in the two existing court yard moats.

PRIORITY

COST ESTIMATE          To be provided in the Preliminary BER.

REFERENCES             Photo No. xx

IV - 39

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EP-1 |
| DEFICIENCY TITLE | **Defective Plumbing Piping** |
| DESCRIPTION OF DEFICIENCY | 1. The majority of the plumbing piping in the OEOB has been in place for 100 years or more. There is evidence that the piping is in need of replacing. |
| | 2. The existing combination storm and sanitary drainage system is not in compliance with current codes. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |
| RECOMMENDED ACTION | 1. The existing toilet room piping and associated stacks should be renovated on a stack-by-stack basis. This work should be performed in conjunction with the renovation of the toilet rooms. |
| | 2. The storm drainage system should be separated from the sanitary drainage system. |
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | Photo No. xx |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EP-2 |
| DEFICIENCY TITLE | **Antiquated Hydropneumatic System** |

DESCRIPTION OF
DEFICIENCY

1. The existing hydropneumatic systems, including controls, pumps and tanks are defective and have reached the end of their useful life.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

1. Remove the existing hydropneumatic tank system and provide a multiple pump domestic water pressure boosting system. The system should be provided with a diaphragm type expansion tank, a jockey pump, and two main booster pumps, each sized for 100% capacity.

PRIORITY

COST ESTIMATE                To be provided in Preliminary BER.

REFERENCES                   Photo No. xx

IV - 41

BUILDING EVALUATION REPORT

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EL-1 |
| DEFICIENCY TITLE | **Inadequate Provisions for Egress Lighting** |

DESCRIPTION OF
DEFICIENCY

1. Battery powered egress lighting fixtures have been provided in some corridors and offices but, there is an insufficient number of these fixtures to provide the one footcandle of illumination on the exit path as required by NFPA-101. Most of the battery powered types of egress lighting fixtures in use may be more of a hindrance to a safe evacuation of the building. Improper placing and/or adjustment of the lighting equipment creates glare in the sight lines from the exit path which reduce the effectiveness of the lighting system and may actually contribute to panic.

ANTICIPATED LIFE
EXPECTANCY

To be provided in Preliminary BER.

RECOMMENDED
ACTION

1. Rewire the existing corridor lighting fixtures to provide both normal and egress lighting.

2. Provide independent raceway and wiring for emergency circuits.

3. Additional emergency generator capacity and significant upgrades to the existing emergency system are presently being designed. Implementation of this design should provide for proper egress lighting.

PRIORITY

COST ESTIMATE

To be provided in Preliminary BER.

REFERENCES

Photo No. xx

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EL-2 |
| DEFICIENCY TITLE | **Unacceptable Branch Circuit Panels and Wiring** |

DESCRIPTION OF
DEFICIENCY

1. Branch circuit panelboards are located in each corridor and serve lighting, convenience outlets and air conditioning equipment. There is no separation of the types of loads. Potential problems due to voltage dips and spikes are a significant on-going possibility.

2. Much of the existing branch circuit wiring is old. The insulation on this wiring has begun to crack and presents a serious hazard.

3. Interior covers on many of the branch circuit panelboards do not completely cover the panel interior wiring.

ANTICIPATED LIFE
EXPECTANCY                  To be provided in Preliminary BER.

RECOMMENDED
ACTION

1. Provide new local electric closets on each floor with separate panelboards for lighting and power requirements.

2. Replace branch circuit distribution to each space with new circuits from the local electric closets via concealed raceways.

PRIORITY

COST ESTIMATE              To be provided in the Preliminary BER.

REFERENCES                 Photo No. xx

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EL-3 |
| DEFICIENCY TITLE | **Inadequate Emergency Electrical Generating System** |
| DESCRIPTION OF DEFICIENCY | 1. Two diesel engine-generator sets exist in the building.  One is dedicated to the telephone system and the other is dedicated to the security system. Neither of the generators has sufficient capacity to serve any other emergency loads. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |
| RECOMMENDED ACTION | 1. Additional emergency generator capacity and significant upgrades to the existing emergency system are presently being designed. Implementation of this design should provide for adequate emergency system capacity. |
| PRIORITY | |
| COST ESTIMATE | N/A |
| REFERENCES | Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EL-4 |
| DEFICIENCY TITLE | **PCB - Contaminated Distribution Transformers** |
| DESCRIPTION OF DEFICIENCY | The existing oil-filled distribution transformers have been flushed and refilled with a non-PCB insulating oil. This procedure has not been entirely successful to date. Several transformers after being retested have been labeled as containing PCB's. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |
| RECOMMENDED ACTION | The program which is currently being implemented should be continued so as to eventually rid the building of PCB's. |
| PRIORITY | |
| COST ESTIMATE | N/A |
| REFERENCES | |

IV - 45

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | April 27, 1990 |
| DEFICIENCY NUMBER | EL-5 |
| DEFICIENCY TITLE | **Building Lightning Protection System** |

DESCRIPTION OF
DEFICIENCY

A Lightning Risk Assessment has been prepared in accordance with the requirements of NFPA-78. This evaluation indicates that the OEOB has a "Moderate to Severe" risk of loss due to lightning.

ANTICIPATED LIFE
EXPECTANCY

To be provided the Preliminary BER.

RECOMMENDED
ACTION

Although the local codes do not require lightning protection, the White House does have a lightning protection system and we recommend that the OEOB be protected by a U.L. Master Label Lightning Protection System.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

Lightning Risk Assessment Worksheet
NFPA-78

IV - 46

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-1 |
| DEFICIENCY TITLE | **Inadequate Exit Signage** |

DESCRIPTION OF
DEFICIENCY

Exit signs are not installed in all areas where the direction of egress changes. In particular, the Fifth Floor exit paths are confusing. The exit signs are also not connected to an emergency power supply.

ANTICIPATED LIFE
EXPECTANCY

Not applicable.

RECOMMENDED
ACTION

- Install additional exit signs at the Fifth Floor to clarify the exit path.

- Connect all exit signs to the new emergency generator currently under a design contract.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

NFPA 101
Exterior and Miscellaneous Repairs Project, GSA Project Control No. ZDC 96034.

IV - 47

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-2 |
| DEFICIENCY TITLE | **Improper Storage of Combustible Materials in Basement** |
| DESCRIPTION OF DEFICIENCY | Combustible materials are stored in the Basement corridor system. In addition, materials within storage rooms are piled too close to the sprinkler heads. An 18-inch clearance must be maintained. |
| ANTICIPATED LIFE EXPECTANCY | Not applicable. |
| RECOMMENDED ACTION | • Provide adequate storage space for all materials currently in the corridors and remove storage from the required exit access corridor.

• Remove all storage that is within 18-inch of a sprinkler head. |
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | NFPA 101
NFPA 13
Photo Nos. 47, and 49-51. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-3 |
| DEFICIENCY TITLE | **Inadequate Exit Enclosure/Vertical Compartmentation** |
| DESCRIPTION OF DEFICIENCY | There are eight open monumental stairwells serving the building. There are not any totally protected exit stairs to serve upper floors. The open stairs would serve as a vertical chase for smoke and allow fire spread to adjacent floors. |
| ANTICIPATED LIFE EXPECTANCY | Not applicable. |
| RECOMMENDED ACTION | |

- Upgrade the fire separation provided between the Fourth and Fifth Floors. Ensure that doors are fire rated, self closing and latch properly. If doors are normally chocked open, place doors on smoke detector activated hold-open.

- Provide early fire detection at the top of each open stairwell shaft.

- Provide a complete automatic sprinkler protection for all areas in the building.

- Provide horizontal compartmentation at the Ground through Fourth Floors to create separate fire areas and to provide horizontal exiting.

| | |
|---|---|
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | NFPA 101<br>BOCA<br>Exhibit G-8<br>Photo No. 48. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-4 |
| DEFICIENCY TITLE | **Non-Automatic Turnstile Emergency Egress** |
| DESCRIPTION OF DEFICIENCY | The turnstiles at the entrance/exits to OEOB do not free-wheel to permit emergency egress upon activation of the building fire alarm system. The uniformed Secret Service officer must manually activate the free-wheel operation. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |
| RECOMMENDED ACTION | Initiate automatic free wheel operation of the turnstiles upon activation of the building fire alarm system (i.e., sprinkler, water flow or manual fire alarm station). |
| PRIORITY | |
| COST ESTIMATE | To be provided in the Preliminary BER. |
| REFERENCES | Photo No. xx |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | FS-5 |
| **DEFICIENCY TITLE** | **Inadequate Fire Control Center** |
| **DESCRIPTION OF DEFICIENCY** | The present location and construction of the Fire Control Center (for Fire Department use) Room 049, does not meet BOCA requirements. BOCA requires the room to be on the ground floor with direct access to the exterior. In addition, the room must have independent utilities on emergency power and must be enclosed in 1-hour fire rated construction. |
| **ANTICIPATED LIFE EXPECTANCY** | Not applicable. |

**RECOMMENDED ACTION**

- Provide independent utilities on emergency power to Room 049.

- Provide emergency lighting with a built-in, back-up battery supply.

- Enclose the room in a minimum of 2 hour fire rated construction, with 1-1/2 hour self closing fire doors.

- Ensure all new fire alarm system controls are located in this area under the new fire alarm system design.

- Provide direct access to the moat from this room.

**PRIORITY**

| | |
|---|---|
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Photo No. xx |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, l990 |
| **DEFICIENCY NUMBER** | FS-6 |
| **DEFICIENCY TITLE** | **Unprotected Storage and Use of Flammable Liquids** |
| **DESCRIPTION OF DEFICIENCY** | The Paint Shop, Room 036/038, stores and uses Class I flammable liquids at the Basement level. The area is not enclosed in 2 hour fire rated construction. |
| **ANTICIPATED LIFE EXPECTANCY** | Not applicable. |

**RECOMMENDED ACTION**

- Relocate the operation to a properly designed and constructed facility at grade level

  - OR -

- Enclose the operation in 2-hour fire rated construction. The 1-1/2 hour fire doors can be on hold-open arranged to close automatically upon activation of the building fire alarm system.

- Upgrade sprinkler system to an Extra Hazard System.

- Ensure Ventilation meets NFPA 33 requirements.

- Provide a smoke system that discharges directly to the exterior moat area and is activated by the local smoke detection system and a manual control.

- Provide a separate storage area for Class I flammables Limit Class I flammables in this area to a 24-hour supply.

| | |
|---|---|
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | NFPA 33<br>Photo No. 47. |

**BUILDING EVALUATION REPORT**

BUILDING NAME Old Executive Office Building

| | |
|---|---|
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-7 |
| DEFICIENCY TITLE | **Inadequate Smoke Control System** |
| DESCRIPTION OF DEFICIENCY | The building does not have any type of automatic smoke control system. Automatic smoke control is required under the BOCA highrise provisions. |
| ANTICIPATED LIFE EXPECTANCY | To be provided in the Preliminary BER. |

RECOMMENDED
ACTION

- Provide duct smoke detection and unit shut down in accordance with NFPA 90A to limit smoke spread through the air handling system.

Note: An active smoke control system is not recommended for the following reasons:

- The complexity of retrofitting a building with an active smoke control system.

- GSA criteria does not require automatic smoke control because the building height does not exceed 150 ft.

PRIORITY

COST ESTIMATE          To be provided in the Preliminary BER.

REFERENCES             GSA criteria

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| BUILDING NAME | Old Executive Office Building |
| CONTRACT NUMBER | GS11P88EGC0265 |
| PROJECT NUMBER | RDC 84014 |
| DATE | May 15, 1990 |
| DEFICIENCY NUMBER | FS-8 |
| DEFICIENCY TITLE | **Fire Alarm, Detection and Communication System** |

DESCRIPTION OF
DEFICIENCY

The current fire alarm, detection and communication system is antiquated and does not meet current codes. Supervision is inadequate, there are no visual alarms and the system is not a complete integrated system.

ANTICIPATED LIFE
EXPECTANCY

To be provided in the Preliminary BER.

RECOMMENDED
ACTION

A new system is currently being designed; however there are several factors that we believe should be included in the design. These include:

- Provide visual as well as a voice message alarm.

- Coordinate alarm and suppression zones.

- Provide a 2-way fire department telephone communication system.

- Provide horizontal runs of conduit within soffit system in office areas to minimize impact to historic corridors.

PRIORITY

COST ESTIMATE

To be provided in the Preliminary BER.

REFERENCES

Project Control No. ZDC 96034
BOCA Highrise Provisions
GSA Criteria

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | FS-9 |
| **DEFICIENCY TITLE** | **Building Conduit System** |
| **DESCRIPTION OF DEFICIENCY** | Conduit for the security system is routed currently through the common areas of the facility. Exposed conduit in common areas is unacceptable because of the historic nature of these areas. |
| **ANTICIPATED LIFE EXPECTANCY** | To be provided in the Preliminary BER. |
| **RECOMMENDED ACTION** | The conduit should be routed within the office spaces concealed in soffets. This practice would conform to preservation policy and would be ascetically pleasing. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Photo Nos. 12, 44 and 45. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | FS-10 |
| **DEFICIENCY TITLE** | **Elevator Emergency Recall System** |
| **DESCRIPTION OF DEFICIENCY** | The elevator emergency recall system does not provide Phase II, emergency in-car service. |
| **ANTICIPATED LIFE EXPECTANCY** | Not applicable. |
| **RECOMMENDED ACTION** | • Retrofit the existing elevators to meet ANSI A17.1, latest edition. This will require both Phase I and Phase II emergency service. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | ANSI A17.1<br>Photo No. 13. |

IV - 56

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 15, 1990 |
| **DEFICIENCY NUMBER** | FS-11 |
| **DEFICIENCY TITLE** | **Basement to Ground Floor Fire Separation** |
| **DESCRIPTION OF DEFICIENCY** | The doors to the stairwells providing access to the Ground Floor from the Basement are not UL listed fire doors and do not have operable latches. In addition, pipes and other utility runs have penetrated the floor/ceiling assembly. |
| **ANTICIPATED LIFE EXPECTANCY** | To be provided in the Preliminary BER. |
| **RECOMMENDED ACTION** | • Replace latches on the existing doors and ensure they close completely.<br><br>• Fire stop penetrations in floor/ceiling assembly.<br><br>Because the doors appear to be historic and are solid wood, the existing doors should remain; however the doors must be equipped with operable latches, must be self closing, close completely and latch to provide an effective fire and smoke barrier. In addition, all penetrations of the floor/ceiling assembly must be fire stopped. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Photo No. xx<br>BOCA |

**BUILDING EVALUATION REPORT**

**BUILDING NAME**  Old Executive Office Building

**CONTRACT NUMBER**  GS11P88EGC0265

**PROJECT NUMBER**  RDC 84014

**DATE**  May 30, 1990

**DEFICIENCY NUMBER**  HA-1

**DEFICIENCY TITLE**  **Handicapped Accessible Restrooms**

**DESCRIPTION OF DEFICIENCY**

Some of the restrooms in the Central Wing appear to be handicapped accessible based on past modifications. In particular restroom number 191-M has been retro-fitted and appears to meet the current codes requiring five foot turning radius and accessible fixtures.

**ANTICIPATED LIFE EXPECTANCY**

To be provided in the Preliminary BER.

**RECOMMENDED ACTION**

To improve signage for these restrooms with discrete handicapped accessible signage.

**PRIORITY**

**COST ESTIMATE**  To be provided in the Prelminiary BER.

**REFERENCES**  Uniform Federal Accessibility Standards

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 30, 1990 |
| **DEFICIENCY NUMBER** | HA-2 |
| **DEFICIENCY TITLE** | **Handicapped Accessibility** |
| **DESCRIPTION OF DEFICIENCY** | Adequate alternative routes for wheelchair bound visitors to the OEOB exist, however, signage is minimal. For example, at the ground level 17th Street Entrance, no directional signage assists a handicapped person to the ramp location. On other signage (such as the Pennsylvania Avenue sign) information is written rather than presented with internationally recognizable graphics. |
| **ANTICIPATED LIFE EXPECTANCY** | Not applicable. |
| **RECOMMENDATIONS** | Improve signage through sensitive use of standard graphic symbols, layout and text. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Uniform Federal Accessibility Standards<br>Photo No. 62. |

**BUILDING EVALUATION REPORT**

| | |
|---|---|
| **BUILDING NAME** | Old Executive Office Building |
| **CONTRACT NUMBER** | GS11P88EGC0265 |
| **PROJECT NUMBER** | RDC 84014 |
| **DATE** | May 30, 1990 |
| **DEFICIENCY NUMBER** | HA-3 |
| **DEFICIENCY TITLE** | **Handicapped Accessibility at Pennsylvania Avenue** |
| **DESCRIPTION OF DEFICIENCY** | The metal service ramp at the stairs immediately south of the Pennsylvania Avenue sidewalk does not meet handicapped accessibility requirements. While recognizing that this it is intended for service functions only, no handicapped accessible ramp is available for occasional access to the north OEOB plaza, site of occasional press conferences and other official gatherings. |
| **ANTICIPATED LIFE EXPECTANCY** | Not applicable. |
| **RECOMMENDATIONS** | • Install permanent handicapped accessible ramp. |
| **PRIORITY** | |
| **COST ESTIMATE** | To be provided in the Preliminary BER. |
| **REFERENCES** | Uniform Federal Accessibility Standards<br>Photo No. 62 |



# BUILDING CONDITION PHOTOGRAPHS

Photo 1
Severely settled retaining wall along
h Street at southwest corner of
site. To be repaired under Exterior
and Miscellaneous Repairs project.



Photo 2
Differential movement in moat retaining wall at the northwest
corner of the building. This problem to be addressed by the
xterior and Miscellaneous Repairs project. Recommended
ng-term monitoring to evaluate any future movement.



Photo 3
Displaced granite pier cap along 17th
Street.   To be repaired under the
Exteriors' project.



Photo 4
Severely rust-stained granite stair along 17th Street.



Photo 5
View from 17th Street showing
multiple window modifications.
From the left: two retained security
screens; air conditioner set in open
window; and partially louvered win-
dow with air conditioner. Note stains
beneath center air conditioner.



Photo 6
West elevation showing inserted window air conditioners and
resulting mineral stains from condensed water from AC units.



Photo 7
View of Courtyard and AC units inserted in nearly all windows.



Photo 8
View to north end of South Court showing cooling towers for various areas within the White House Compex.



Photo 9
View of repaired rain leaders in East
Cockloft. Skylight and ventilation
also visible.



Photo 10
View of repaired rain leaders in East Cockloft. Note long term
damage and repairs to plaster and masonry.





Photo 11   View of multiple cables at decorative window brest.



Photo 12   View of cables in over-filled cable shelf at existing cornice line in main corridors.

Photo 13
View of existing elevator.





Photo 14
Comparison view of stripped and untreated bronze baluster.
Note high reflectance from planar surfaces of stripped baluster,
particularly at the top and bottom.

Photo 15
Note structural failure of individual
anit block. Location of crack cor-
ponds to joints in stone courses
above and below.  Note also that
vertical joint is open above metope.



Photo 16
Note staining of the face of granite blocks at window arch
adjacent to open vertical mortar joint.





Photo 17  Note staining of the face of granite due to inappropriate methods of pigeon control.



Photo 18  Note moss growth acting to accelerate deterioration of mortar joint.



Photo 19  Note deteriorated and inappropriate sealant application.  (Photo to be provided in Preliminary BER.)



Photo 20  Note cracked surfaces of marble tile floors.

Photo 21
Note streaking and discoloration of granite surface at stair and
r opening.



Photo 22
Wood parquet floors. (Photo to be
provided in Preliminary BER.)





Photo 23   Cast iron floors.  (Photo to be provided in Preliminary BER.)



Photo 24   Note deteriorated plaster and peeling paint adjacent to internal roof drain.

Photo 25
Note deteriorated plaster due to water penetration at dormer.
ster is applied directly to granite.



Photo 26
Note deteriorated plaster cornice
adjacent to roof drain.



Photo 27
Note holes cut in plaster for electric
es.



Photo 28
Note typical surface-mounted electrical distribution.



Photo 29
Note overpainted wood trim.  Also note peeling lincrusta wall covering.



Photo 30
Corrugated iron roofing.  (Photo to be provided in Preliminary BER.)



Photo 31
Note over-painting of lincrusta ceil-
and walls which were probably
storically polychromatic.



Photo 32
Note suspended ceiling, deteriorated ceiling tile, and inserted
mechanical equipment. Note also that historic fabric, above, is
tact.



Photo 33
Note deteriorated lathe and plaster at pavilion roof.



Photo 34
Note open joints and displacement at granite steps.





Photo 35   Note open joint between granite steps.  Note also that iron railing post has been reset, indicating on-going movement of individual steps.



Photo 36   Note evidence of past repairs to cast iron ornament.

Photo 37
Note missing section of cast iron ornament.



Photo 38
Section of cast iron ornament that has fallen to the ground.



Photo 39

Note open joints at corner of cast iron
ament cornice. Note also open
ints, missing piece of stone, and
staining adjacent to open mortar joint
at stone soffit.



Photo 40

View of South elevation of OEOB showing missing sections of
cast iron trim and stained and open mortar joints in raking
diment cornice.





Photo 41   Typical standpipe at Basement level.



Photo 42   Typical standpipe cabinet, Ground through Fifth Floors.



Photo 43   Exposed conduit in hallways (typical).



Photo 44   Exposed conduit in hallways (typical).



Photo 45  Security conduit (typical).



Photo 46  Typical view of main corridor.



Photo 47   Existing conditions in Paint Shop.



Photo 48   Open stair (typical).



Photo 49   Basement storage.



Photo 50   Basement storage.



Photo 51   Storage in Basement corridor.



Photo 52  Fire penetrations in Basement.



Photo 53  Fire penetrations at Fifth Floor ceiling.



Photo 54  Open mezzanine/book stacks in White House Law Library.



Photo 55   Vertical opening (ash bin).



Photo 56   Typical view of main corridor.

Photo 57
View of OEOB from southeast, along
te Place, showing security en-
nce modifications (Jersey bara-
cades, guard posts, parked automo-
biles.



Photo 58
View of 17th Street retaining wall from the Pennsylvania Avenue
sidewalk. Note slight over-turning of wall and masonry piers.



Photo 59
View of west elevation of OEOB showing variable window
condition, particularly, insertion of window air conditioning
units.



Photo 60
Southwest steps to OEOB along 17th
Street. Note open joints and dis-
placement at granite steps and dete-
riorated paving stone.





Photo 61  View of southern carriageway, west elevation with adjacent new construction of guard post.  Note stained mortar joints and stone along protruding belt course immediately above carriageway.  Also note condensate water from window air conditioning unit flowing over belt course above window left of carriageway.



Photo 62  Fabricated metal service ramp over stairs at Pennsylvania Avenue entrance to OEOB precinct.



Photo 63   Rusted lamp post base along 17th Street.



Photo 64   Deteriorated cast iron fencing along State Place.  Note rusted, broken and missing elements and rust stains on granite.