# EXHIBIT 20

White House Complex Fence Phase 1 – White House Grounds
NCPC Project Report
December 30, 2016

a.  Agency Project Manager

Lydia R. Creager, PE, PMP, LEED AP
National Park Service - Program Manager
303-987-6855
Lydia_creager@nps.gov

b.  Description of the Project

The National Park Service and the US Secret Service are cooperating to construct new perimeter fences and gates at the White House Complex to comply with current USSS standards for site security. The new fences at the White House Grounds are the first step in improving the security perimeter at the entire complex between 15th and 17th Streets, and Pennsylvania Avenue and E Street. New fences will incorporate anti-climb measures in their overall height as well as in grasp deterrent features at the tops. The fences will be taller and stouter than the existing ones, with a height of approximately 10'-7" above the stone base. The existing fence is approximately 6' above the stone base.

At the White House Grounds, the new fence will be on the alignment of the existing fence, and will include the same gate access points. The design of the fence itself is based on the existing fence, which developed to its current form in the early 20th century, with similar base and cap detailing. All piers will be reconstructed to be similar to the existing historic piers, but accommodate new fences and gates. Piers will be constructed of limestone over a concrete core. The limestone has a similar color to the original Aquia sandstone used for the piers, but is more durable and readily available. The gates themselves have evolved over the years to incorporate new technology, and will change further to meet the current standards while still being compatible with the character of the fence and grounds, drawing on historic details. Existing light fixtures will be reincorporated into the fence design. Alternate foundation details have been developed for fence sections and piers which are in close proximity to significant trees to reduce the impact on the root zone and the health of the trees.

c.  Total area of site

18.65 acres

d.  Coverage area

• Approximately 3500 linear feet of perimeter
• Approximately 35,000 square feet of disturbance

e.  Employment data – Not Applicable

f.  Master Plan

This replacement of the fence was not addressed in master plan documents. It is a response to pressing security issues and has become an immediate priority for the USSS and the NPS.

g.  Status of Coordination

The project falls under categorical exclusion 17 for NEPA compliance. The documentation was included with the Preliminary submission. It is also fully within the White House grounds, so no Section 106 review is required.

h.  Community Participation

The community outreach process has not begun.

i.  Schedule

Construction is expected to begin in fall, 2017. The duration has not yet been determined.

j.  Cost

The construction cost is still in development, and not available at this time.