# EXHIBIT 21

NPS Form 10-900

OMB No. 1024-0018
expiration date 03/31/2022

**United States Department of the Interior**
National Park Service

# National Register of Historic Places Registration Form

This form is for use in nominating or requesting determinations for individual properties and districts. See instructions in National Register Bulletin, *How to Complete the National Register of Historic Places Registration Form*. If any item does not apply to the property being documented, enter "N/A" for "not applicable." For functions, architectural classification, materials, and areas of significance, enter only categories and subcategories from the instructions.

### 1. Name of Property

Historic name: Lafayette Square Historic District [Additional Documentation and Boundary Increase & Boundary Decrease, 2022] [includes Lafayette Park, part of President's Park (WHHO) National Park]
Other names/site number: Historic American Buildings Survey (HABS) DC-676, DC-689
Name of related multiple property listing:
N/A
(Enter "N/A" if property is not part of a multiple property listing

### 2. Location

Street & number: 1500 and 1600 blocks Pennsylvania Avenue, NW; Madison Place, NW; Jackson Place, NW; 1500 and 1600 blocks H Street, NW; and west side 800 block Vermont Ave, NW
City or town: Washington State: District of Columbia County: _____
Not For Publication: ☐      Vicinity: ☐

### 3. State/Federal Agency Certification

As the designated authority under the National Historic Preservation Act, as amended,

I hereby certify that this ____ nomination ____ request for determination of eligibility meets the documentation standards for registering properties in the National Register of Historic Places and meets the procedural and professional requirements set forth in 36 CFR Part 60.

In my opinion, the property _X_ meets ____ does not meet the National Register Criteria. I recommend that this property be considered significant at the following level(s) of significance:

  _X_national          ___statewide          ___local
Applicable National Register Criteria:

___A          ___B          ___C          ___D

| | |
|---|---|
| **Signature of certifying official/Title:** | **Date** |
| **State or Federal agency/bureau or Tribal Government** | |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

In my opinion, the property ___ meets ___ does not meet the National Register criteria.

**Signature of commenting official:**                    **Date**

**Title :**                    **State or Federal agency/bureau
or Tribal Government**

---

## 4. National Park Service Certification

I hereby certify that this property is:

___ entered in the National Register

___ determined eligible for the National Register

___ determined not eligible for the National Register

___ removed from the National Register

___ other (explain:)_____

Signature of the Keeper                    Date of Action

## 5. Classification

**Ownership of Property**

(Check as many boxes as apply.)

Private:                    [X]

Public – Local             [ ]

Public – State             [ ]

Public – Federal           [X]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

### Category of Property

(Check only **one** box.)

Building(s)    ☐

District       ☒

Site           ☐

Structure      ☐

Object         ☐

### Number of Resources within Property

(Do not include previously listed resources in the count)

| Contributing | Noncontributing | |
|---|---|---|
| 35 | 8 | buildings |
| 1 | 0 | sites |
| 7 | 0 | structures |
| 17 | 4 | objects |
| 60 | 12 | Total |

(Does not include individual counts of benches, chess tables, and stools located in Lafayette Park.)

Number of contributing resources previously listed in the National Register ___19_____

### 6.  Function or Use
**Historic Functions**
(Enter categories from instructions.)
Government
Domestic/single dwelling, rowhouse
Domestic/hotel
Landscape/Park (National Park)
Recreation and Culture/work of art: statue
Recreation and Culture/Museum: art gallery, museum
Commerce/Trade/financial institution: bank
Commerce/Trade/business: office building

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

    Commerce/Trade/organizational: professional associations
    Religion/religious facility: church
    Religion/church-related residence: rectory

    **Current Functions**
    (Enter categories from instructions.)
    Domestic: hotel
    Government/Federal: Executive Branch office
    Government/federal courthouse
    Commerce/Trade/financial institution: bank
    Commerce/Trade/business: office building
    Commerce/Trade/organizational: professional association
    Landscape/Park (National Park)
    Recreation and Culture/work of art: statue
    Recreation and Culture/museum: art gallery, museum
    Religion/religious facility: church
    Religion/church-related residence: rectory

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

### 7. Description

**Architectural Classification**
(Enter categories from instructions.)
EARLY REPUBLIC: Federal
MID-19th CENTURY: Greek Revival
LATE VICTORIAN: Italianate; Second Empire
LATE 19TH AND 20TH CENTURY REVIVALS: Beaux Arts; Classical Revival
MIXED: More than three styles from different periods
(All styles are identified within the narrative in Section 7.)

**Materials:** (enter categories from instructions.)
    Principal exterior materials of the property: BRICK; STONE: Sandstone, Granite, Marble;
CONCRETE

---

**Introduction to the Nomination Content**

Concurrently designated a National Historic Landmark and a National Register of Historic
Places historic district on August 29, 1970, Lafayette Square has long been recognized for its
architectural, political, commercial, and military significance. The 1970 nomination
encompassed an area of roughly 46 acres and recognized the district's importance in commerce,
landscape architecture, and military and political history. Since 1970, National Register
registration requirements have changed and additional research and documentation has been
completed for Lafayette Park and the buildings surrounding it.

Although the White House and White House Grounds are critical features related to and adjacent
to the Lafayette Square Historic District, they are legally exempt from listing in the National
Register of Historic Places pursuant to Section 107 of the National Historic Preservation Act of
1966, as amended. Thus, the White House and its grounds are excluded from this historic district
boundary.[1]

This National Register Nomination update alters the 1970 historic district boundary to exclude
one bank building located at the northeast corner of 15th Street, NW and New York Avenue,
NW. Although architecturally distinctive and built during the same period as most of the
buildings that frame Lafayette Park, the National Savings and Trust Company building at 1445
New York Avenue, NW does not possess the characteristics and historical associations for which
the district was originally designated. It does not frame the central park space and does not
directly relate to the national significance of Lafayette Square. The building more appropriately
contributes to the existing National Register-listed Fifteenth Street Financial Historic District, of
which it is a contributing part. The removal of this building and the associated street front
reduces the acreage of the district by approximately 0.9 acre. This revised and updated

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

nomination also expands the district boundary by adding approximately 2.6 acres at its northwest corner. The added parcels contain the New Executive Office Building at 725 17th Street, NW. The revised boundary therefore encompasses approximately 47.7 acres, an overall increase of approximately 1.7 acres. In addition, this nomination updates the information provided in the 1970 nomination by introducing expanded periods and areas of significance, defining and justifying the new boundary, and providing additional descriptions of the resources and landscape features that contribute to the historic and architectural significance of the property. Context is provided for the areas and periods of significance identified in Section 8.

The Lafayette Square Historic District is nationally significant for its symbolic association with and proximity to the American presidency and to executive power in our democratic republic. The district is a microcosm of the balance we strike in our nation. Lafayette Park, the center of the district, and its surrounding buildings have been and are a place of residence for prominent public figures, a place where national and international organizations formed and operated, and a place of relaxation and recreation, while at the same time the area has been and remains a premier location for First Amendment demonstrations, large and small. The importance of Lafayette Park as a place where people exercise their First Amendment rights has been affirmed by the nation's courts at all levels. This is a location where American history happens frequently and repeatedly, as it has when newly formed organizations, such as the Organization of American States and the National Aeronautics and Space Administration (NASA), took their first organizational steps in the buildings that surround the park, or when spontaneous events occur in reaction to national or international events in times of triumph and tragedy, such as the end of World War II and the death of President John F. Kennedy.

For the purposes of this document, Lafayette Park refers to the 6.96-acre landscaped area bound by Pennsylvania Avenue, NW; Madison Place, NW; H Street, NW; and Jackson Place, NW. The term Lafayette Square applies to the entire 47.7-acre composition of park, roadways, and buildings that frame the central open space. Previous documents have used a variety of terms when referring to Lafayette Park. The park was originally named Lafayette Square in honor of the Marquis de Lafayette during and after his state visit in 1824-1825. The earliest known document to reference and codify the name Lafayette Square dates to December 23, 1834, when the *Congressional Record* refers to the area as "Lafayette square[*sic*]."[2]

The terms President's Park, President's Square, Lafayette Park, and Lafayette Square have been used, typically implying that the area referenced was known as President's Park/Square prior to the mid-1820s and after that period as Lafayette Park/Square. Research has revealed that the term President's Square most accurately refers to the area that includes the White House; the White House Grounds; the U.S. Department of the Treasury Building; the State, War, and Navy Building (Eisenhower Executive Office Building); the Ellipse; Sherman Park; the First Division Monument; and Lafayette Park. The term President's Park was first used to refer to the area set aside by Pierre Charles L'Enfant for the President's House and surrounding grounds in 1791.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

| Lafayette Square Historic District (Additional Documentation, Boundary Expansion & Decrease) | District of Columbia |
|---|---|
| Name of Property | County and State |

## Narrative Description

(Describe the historic and current physical appearance and condition of the property. Describe contributing and noncontributing resources if applicable. Begin with **a summary paragraph** that briefly describes the general characteristics of the property, such as its location, type, style, method of construction, setting, size, and significant features. Indicate whether the property has historic integrity.)

## Summary Paragraph

Lafayette Square Historic District, in Washington, D.C., is situated in an urban center adjacent to the White House. Approximately 47.7 acres, the historic district generally falls between 15th and 17th Streets, NW, on the east and west; along H Street, NW, on the north; and north of State Place – Alexander Hamilton Place on the south. Included within the district are several major government buildings along with public and private museums, private offices, several banks, a church, and a hotel. These buildings frame the central, formally landscaped Lafayette Park. The district contains the U.S. Department of the Treasury Building; the State, War, and Navy Building (Eisenhower Executive Office Building); the Renwick Gallery of the Smithsonian American Art Museum (Renwick Gallery; originally built for the Corcoran Gallery of Art); the New Executive Office Building; the Blair House; the former dwellings fronting on Jackson Place, NW; the National Grange Headquarters Building; the U.S. Chamber of Commerce Building; the Hay-Adams Hotel; St. John's Episcopal Church; the Ashburton House (now St. John's Parish House); the War Risk Insurance Bureau Building (currently the Veterans Administration Building); former dwellings fronting on Madison Place, NW; the Howard T. Markey National Courts Building; the U.S. Treasury Annex Building; the Riggs National Bank Building (PNC Bank Building); the American Security and Trust Company Building (Bank of America); and Lafayette Park.

The nineteenth-century park, at the heart of the historic district, provides a quiet island within an otherwise active metropolitan center. The 6.96-acre rectangular park hosts a variety of plants, elliptical brick paved walks that circumscribe the interior, two fountains, and five statues erected in homage to military heroes. President Andrew Jackson (March 15, 1767-June 8, 1845), whose equestrian statue provides the central focus of the park, began his military service during the Revolutionary War at the age of 13, although he is more closely associated with the War of 1812. Anchoring the four corners of the park are statues honoring the General Marquis de Lafayette (September 6, 1757-May 20, 1834), General Comte de Rochambeau (July 1, 1725-May 12, 1807), General Baron von Steuben (September 17, 1730-November 28, 1794), and General Thaddeus Kosciuszko (February 12, 1746-October 15, 1817).[3] The Jackson Statue commemorates his victory in the War of 1812 at the Battle of New Orleans in 1815, and the other four statues on the corners of the park honor foreign-born officers who served in the Revolutionary War. In addition to the major features such as pathways and statuary, gaming tables, a fence, benches, a service lodge, security bollards, and two urns populate the park.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Demonstrators, visitors, employees from surrounding offices and businesses, and local residents all share the park. Some activists sit in 24-hour vigil to convey a message to their government; visitors drawn to the White House share a space inextricably linked to the nation's origin and directly tied to the executive branch of government; for others, the park is simply a quiet place to eat lunch, relax, exercise, or catch a game of chess.

**Narrative Description**

*The Square*

Madison Place, NW; Jackson Place, NW; H Street, NW; and Pennsylvania Avenue, NW, bound Lafayette Park. Madison Place, NW, fronts on the east side of Lafayette Park, forming one side of the "square," which is completed by Pennsylvania Avenue, NW, to the south; Jackson Place, NW, to the west; and H Street, NW, to the north. Both Madison Place, NW, and Jackson Place, NW, are grayish-brown washed river rock aggregate set in a "Superpave" asphalt, tree-lined streets with granite curbs and brick walks. The Richard Cutts House (Dolley Madison House), from which Madison Place, NW, derives its name, is the northernmost building on the block, and the U.S. Treasury Annex Building is the southernmost building. The buildings along Madison Place, NW, provide a diverse array of architectural styles and historic periods ranging from the early nineteenth century to the second half of the twentieth century. The dwellings facing Madison Place, NW, are separated from the brick walk by a wrought iron lancet fence and shallow grassed setbacks. The Howard T. Markey National Courts Building and the U.S. Treasury Annex Building front directly on the brick walk. Anchored by Decatur House on the north end of the block and the Blair House complex on the south end of the block, the buildings fronting on Jackson Place, NW, typically separated from the brick walk by shallow landscaped setbacks, are approached via small brick walks and straight-flight stairs that terminate in landings. Both Madison Place, NW, and Jackson Place, NW, once open to vehicular traffic, are now closed to through traffic. Modern security entrances bound the north end of each road. The security entrances consist of retractable metal bollards in the roads, decorative black metal bollards flanking the roadway, and hipped-roof, glass, granite, and metal security guard booths.

The decorative black bollards linked by chains continue along the south side of H Street, NW, between Madison Place, NW, and Jackson Place, NW, establishing a security demarcation along the northern perimeter of Lafayette Park. The classically inspired bollards, installed around Lafayette Park in 1999-2000, are composed of painted black metal posts about 3 feet high with a round base, fluted shaft, decorative necking band, and capped with a ball. H Street, NW, which forms the northern boundary of Lafayette Park, is a tree-lined one-way street open to vehicular traffic. The buildings along H Street, NW, tend to front directly onto concrete slab public walks or are set slightly back, either by narrow grassed strips or by masonry retaining walls. Like Madison Place, NW, the structures along H Street, NW, represent a diverse array of architectural styles and historic periods ranging from the early nineteenth century to the first quarter of the twentieth century. From east to west, the buildings include the War Risk Insurance Bureau Building (U.S. Department of Veterans Affairs), Ashburton House, St. John's Episcopal Church,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

the Hay-Adams Hotel, and the U.S. Chamber of Commerce Building. Bacon-style double lampposts, which date to as early as 1923, are seen along H Street, NW. In addition to the Bacon-style lampposts, there are some Millet-style single lampposts, some Columbian Family lampposts, and some traffic lights along H Street, NW, which are attached to historic, cast-iron, fluted stanchions. The various lampposts are seen here and throughout the district.[4]

Pennsylvania Avenue, NW, the southern boundary of Lafayette Park, was closed to through traffic in 1995 following the bombing of the Alfred P. Murrah Federal Building in Oklahoma City. This area was closed to pedestrian traffic in January 2004, during construction of the plaza, and was reopened to the public on November 4, 2004, as a pedestrian plaza. Running from east to west along the south side of the plaza are the U.S. Department of the Treasury Building; the White House; and the State, War, and Navy Building. On the north side of the avenue, there are banking institutions in the 1500 block; Lafayette Park itself opposite the White House in the center of the block; and the Blair House complex and Renwick Gallery (former Corcoran Art Gallery) in the 1600 block. The avenue portion of the plaza is composed of three uneven sections, with security entrances bounding the east and west ends at 15th and 17th Streets, NW, and an open paved court in the center. The security entrances use retractable metal bollards in the roadway to limit vehicular traffic. Hipped-roof, glass, granite, and metal security guard booths are located in each security area. The surface outside the White House is paved with a grayish-brown washed river rock aggregate set within a "Superpave" asphalt, and the east and west ends of the plaza are paved in varying shades of gray granite. Bacon-style double lampposts and approximately 90 Princeton American elms (*ulmus americana cultivar: 'Princeton')* line Pennsylvania Avenue, NW. Landscape architect Michael Van Valkenburgh designed the guard booths and the gray bollards.

*Lafayette Park (U.S. Reservation No. 010)*

Elliptical paths bisected by two parallel straight walkways along the 16th Street, NW, axis inscribe the rectangular park, surrounded by a brick sidewalk with widely spaced pads to accommodate benches. Seasonal flowers dress the edges of the rectangular panels created along the north-south 16th Street viewshed. Elliptical fountains located adjacent to Jackson Place and Madison Place, NW accent the east-west line of the park. Parabolic paths connect the five sculptural groups.

Two nineteenth-century urns, known as the Navy Yard Urns, flank the south central entrance to the park. Formal evergreen hedges accent the east and west edges of the rectangular terrace that inscribes the central ellipse upon which the equestrian statue of General Andrew Jackson is sited. The park also features mature widely spaced trees of a variety of species. Sod is the predominant ground cover used throughout the remainder of the park. A tall iron lancet fence dating to the nineteenth century surrounds the grassy mound upon which the Jackson statue stands. Black metal movable crowd barriers are used throughout the landscape and serve to protect plantings and turf on an as-needed basis.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                 **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                   County and State

A classically inspired service lodge (the Lodge) serves as a comfort station on the north side of the park. The simple one-story three-bay lodge was designed by architect Horace W. Peaslee and landscape architect George Burnap and built in 1913-1914. It contains a storeroom, a locker room, and two rest rooms. Its wood lattice frame ornaments the painted stuccoed frame structure. A tall stuccoed wall encloses the back of the lodge; the wall extends from the back of the lodge to the perimeter sidewalk along H Street, NW, with gated openings on the east and west sides of the wall and in the center of the north wall. In 2020, a fire set at the Lodge consumed the roof at the center of the masonry structure, and burned much of the interior, destroying windows, doors and interior walls, consuming finishes and destroying the electrical system in the building. Nevertheless, the Lodge remains: the historic masonry walls, finished with stucco on the exterior, remained relatively undamaged, and as of 2021, the White House was preparing a major rehabilitation project for the structure.

Five statuary groupings commemorating war heroes provide a unifying theme to the park. All five war heroes served in the Revolutionary War; however, the Andrew Jackson equestrian statue commemorates his victory during the War of 1812 and the four corner statues are of foreign-born officers who served in the Revolutionary War.

Erected in 1853, the equestrian statue of General Andrew Jackson anchors the center of the park. Designed by sculptor Clark Mills, it was the first equestrian statue cast in the United States. It portrays Jackson on a rearing horse with his hat raised as he reviewed his troops at the Battle of New Orleans in 1815. The statue faces west and is set atop a plain marble pedestal. Around the base of the statue are four cannons captured by Jackson at Pensacola, Florida.

The portrait statue of General Marquis de Lafayette, designed by sculptors Jean-Alexandre-Joseph Falguière and Marius-Jean-Antonin Mercié and architect Paul Pujol, was erected in 1891 in the southeast corner of the park. Mounted on a marble pedestal and featuring bronze sculptural groupings on each face, the composition stands approximately 31 feet high with Lafayette facing south. The south elevation presents a seated female allegorical figure. The east face features two portrait statues. On the west is a portrait group, which includes the Comte de Rochambeau. The north side features two Amours and a cartouche with an inscription.

Designed by sculptor J.J. Fernand Hamar, the General Comte de Rochambeau statue, located in the southwest corner of the park, was erected in 1902. Thirty-one feet tall, the composition of the portrait sculpture of Rochambeau and pedestal are of similar scale as the Lafayette composition, which anchors the southeast corner of the park. Rochambeau faces south and is set atop an ornate marble pedestal with a bronze allegorical group at his feet on the south face. The Rochambeau family coat of arms ornaments the east elevation of the pedestal, and the eighteenth-century coat of arms of France the west. An inscription on the north side of the pedestal is taken from a letter from George Washington to Rochambeau.

The General Baron von Steuben statue, designed by sculptor Albert Jaegers and located at the northwest corner of the park, was erected in 1910. At a total of roughly 31 feet high, the von

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Steuben statue matches in scale and composition the earlier statuary groupings located at the southeast and southwest corners of Lafayette Park. The bronze portrait statue faces northwest. The granite pedestal, decorated with applied bronze ornament and bas-relief carvings, has allegorical groups set on the northeast and southwest. The front face of the pedestal features a lengthy inscription in bronze, and the southeast surface has a bas-relief plaque honoring Steuben's aides-de-camp.

The General Thaddeus Kosciuszko statue, also installed in 1910, is located in the northeast corner of the park and matches in scale and composition the other statues. Approximately 30 feet high, the bronze portrait statue faces north and stands atop a granite pedestal. Bronze sculptural groups dress each elevation of the pedestal. The east and west figural groups are composed of similar subjects, as are the north and south. A lengthy inscription is included on the south visage.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

**Small-Scale Features**

Reproduction "Saratoga Style Light Standards" (Saratoga-style lampposts) are evenly spaced
along the walks.[5] The benches are a simple design made of cast-iron frames with wood slat seats
and backs, and are of a type used in the parks in the National Capital Region since at least the
1930s. The benches are generally arranged in linear groupings on brick paved areas adjacent to
the paths. Of note is the bench sited northwest of the Jackson statue dedicated on August 16,
1960, to Bernard Baruch, advisor to President Woodrow Wilson and later presidents. The bench
is known as the "Bernard Baruch Bench of Inspiration." Concrete chess tables with matching
stools are located on the west side of the park. The park's site furnishings are constructed of
durable materials such as granite (curbing and edging), exposed aggregate concrete (game
tables/seats, drinking fountains), cast iron (benches and light posts), and bronze (cannon and
urns).

**Additions and Alterations**

In addition to numerous changes in plantings and streetscapes that typically occur in any
landscaped environment, once every four years Lafayette Park and Pennsylvania Avenue, NW,
host the parade and presidential reviewing stand associated with inaugural celebrations. The
presidential reviewing stand and press stands are four stories tall. The footings for the structures,
various temporary construction trailers, and supporting amenities such as portable toilets are
added to the park grounds. These construction efforts begin in the fall, and all structures are gone
by early March, with landscaping throughout the park restored to its pre-inaugural appearance.

## Contributing Resources

**Contributing Objects: Statues and Urns**

***Equestrian Statue of General Andrew Jackson (1853)***

Sculptor: Clark Mills (ca. 1815-1883)
Architect: Clark Mills
Cast by: Clark Mills

The Jackson Monument Committee hoped to cast the statue from cannons captured by Jackson
during his military campaigns, but the metal content of the cannons proved untenable. A
compromise resulted in the statue's being cast using copper and brass supplied by the United
States Navy. The horse was cast in four pieces and Jackson was cast in six pieces. The entire
composition was completed by January 2, 1853.

Working in the school of direct naturalism that characterizes all of his works, Mills portrays
General Andrew Jackson in the uniform he wore during the War of 1812 at the Battle of New
Orleans in January 1815. The 9-foot-high, 12-foot-long, 15-ton statue depicts Jackson reviewing

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

his troops the morning of the battle. Jackson raises his hat to acknowledge the troops while holding the reins as the horse rears. Horse and rider face west, but the heads of both Jackson and the horse turn slightly toward the President's House, conferring a salute.[6] The statue rests on a simple marble pedestal that is 8 feet 6 inches high, 16 feet 4 inches long, and 8 feet 3 inches wide at the base, which tapers towards the top with cut-in corners. A simple banding strip separates the tapered raised paneled sides and the rectangular bed, topped by rusticate stones on which the statue rests. On the upper right side of the south face of the pedestal is carved: CLARK MILLS, SCULPTOR. On the west face, above the banding, is carved: JACKSON.

Below the general's name and banding strip is inscribed a toast that Jackson offered at a banquet celebrating the anniversary of Thomas Jefferson's birthday in 1830: OUR FEDERAL UNION (/) IT MUST BE PRESERVED. The toast was added to the pedestal in 1909 after an interested citizen informed President Theodore Roosevelt that it had been left off when the sculpture was originally constructed. White seems to have been in error, however, because Congressman Edward Stanly of North Carolina reported seeing the inscription during congressional debate on funding the completion of the pedestal in January 1853.[7]

Tim Kerr, in the bulletin "Equestrian Statue of General Andrew Jackson: Lafayette Park, Washington, D.C.," asks: "What happened to the inscription between the time Stanly saw it and the time White reported it missing?" Kerr offers two possibilities. One commentator concluded that the inscription simply had worn off by Roosevelt's presidency. The second possibility is that the inscription had been included originally but was subsequently removed. Evidence suggests that the pedestal was not complete at the time of the dedication.[8] The pedestal's incomplete condition at the time of the dedication and the delivery of the stone for its sides raise the possibility that Jackson's quote appeared on the pedestal in some impermanent form, such as a banner, and was then left off the completed pedestal. Also, Jackson's quote may have been included on the core of the pedestal when the statue was unveiled in January, but was then covered up when Mills resurfaced the base that summer.[9]

The statue and its foundation rest on a slight mound of grassed earth encircled by a wrought-iron fence and granite curbing. The four cannon around base of the statue were cast in Spain, in the eighteenth century, and each weighs approximately 870 pounds.[10]

***General Marquis de Lafayette Statue (1891)***

Sculptors: Jean-Alexandre-Joseph Falguière (1831-1900), and Marius-Jean-Antonin Mercié (1845-1916)
Architect: Paul Pujol (n.d.)
Cast by: Maurice Denonvilliers of Paris

***\*Previously listed in National Register (07/14/1978) under the "American Revolutionary War Statuary in Washington, DC" MPDF (NRIS# 78000253)***

Section 7 page 13

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The statue of Marie-Joseph-Paul-Yves-Roch Gilbert du Motier, Marquis de Lafayette stands at the southeast corner of Lafayette Park, at the intersection of Pennsylvania Avenue, NW, and Madison Place, NW. Facing south, the monument, nearly 31 feet high and 26 feet square at the base, is a grouping of eight heroic bronzes composed of three parts: a granite foundation, a marble pedestal with seven bronze figures, and the surmounting figure of Lafayette.[11] Depicted as a young man clothed in military uniform, Lafayette stands nearly 11 feet high. A cape drapes over his left arm, and his left hand rests on the hilt of a sword. On his coat is displayed the insignia of the Society of the Cincinnati, the nation's oldest veterans' organization, founded by the American and French officers of the American Revolution. He stands with right hand outstretched and left leg slightly forward. According to Margaret M. Grubiak, in the bulletin "General Marquis de Lafayette Statue: Lafayette Park, Washington, D.C.," this is a position commonly interpreted as Lafayette pleading with the French National Assembly to provide support in the War for Independence. Grubiak goes on to state that the bare-breasted female figure on the south face is known variously as the figure of America, the "Genius of Gratitude," and the symbol of liberty. This allegorical figure sits beneath a massive cartouche inscribed: TO (/) GENERAL (/) LAFAYETTE (/) AND HIS (/) COMPATRIOTS (/) 1777-1783. Her face and upper body turn away from the public as she reaches toward Lafayette, offering him the hilt of a sword with an extended right arm.

On the east face of the monument stand Comte d'Estaing to the north and Comte de Grasse to the south. An anchor at the foot of Comte de Grasse indicates that these figures are naval leaders. The French admirals appear to be engaged in conversation. On the west side the Chevalier Duportail and Comte de Rochambeau represent the French army in America, symbolized by a cannon. On the north side of the statue, two infantile figures, called Amours by the sculptors and "Children of Liberty" by the newspapers, hold hands and point to the inscription on a cartouche, which reads:

BY THE (/) CONGRESS (/) IN COMMEMORATION (/) OF THE SERVICES (/) RENDERED BY (/) GENERAL LAFAYETTE (/) AND HIS COMPATRIOTS (/) DURING THE STRUGGLE (/) FOR THE (/) INDEPENDENCE (/) OF THE (/) UNITED STATES (/) OF AMERICA.

This inscription clearly indicates that the United States Congress, not the French government, sponsored this monument.

The artist's marks, carved on the south face level with the marble on which the minor figure of America is situated, are depicted as follows: ALEXANDRE FALGUIERE (/) ANTONIN MERCIE (/) STATUAIRES (/) PAUL PUJOL (/) ARCHITECTE. Just above the granite plinth on the south face, the inscription DERVILLE ET C[O] (/) MARBRES indicates the quarry from which the marble pedestal came.[12] The founder's mark appears in two places: first, on the cannon on the west face, MAURICE DENONVILLIERS FOUNDEUR PARIS 1890, and the second, on the east base of the Lafayette bronze itself, FONDU PAR MAURICE DENONVILLIERS.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                     **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

According to Grubiak, the foundation of the statue, composed of American granite, was intended to "contrast symbolically with the French statue." The United States government under the direction of the Commissioner of Public Buildings and Grounds, Colonel Oswald H. Ernst, constructed the foundation. The marble pedestal is of square proportions. Simple, classical moldings cap the pedestal below the feet of Lafayette. The marble cartouches on the north and south sides are rather elaborate shields with foliage and animal-like heads surrounding the inscriptions. The statue and its foundation rest on a slight mound of grassed earth encircled by granite curbing.

Andrew Jackson Downing's (October 31, 1815-July 28, 1852) 1851-1852 design for the park had to be modified to place the statue at the southeast entrance of Lafayette Park. Similar modifications were eventually made for the three other statues at the corners. These modifications included shortening several planting beds and widening the walks. The statues rest on raised mounds of earth that are about 175 feet in circumference.[13] Completed in April 1891, the Lafayette statue never received a formal dedication.

### *General Comte de Rochambeau Statue (1902)*

Sculptor: Jean-Jaques-Fernand Hamar (1869-1943)
Architect: L. Laurant (n.d.)
Cast by: Val d'Osne

***Previously listed in National Register (07/14/1978) under the "American Revolutionary War Statuary in Washington, DC" MPDF (NRIS# 78000253)***

In April 1902 the Rochambeau Monument Commission chose the southwest corner of Lafayette Park, at the intersection of Pennsylvania Avenue, NW, and Jackson Place, NW, as the setting for the statue to Jean-Baptiste-Donatien de Vimeur, Comte de Rochambeau. The portrait statue of Rochambeau was based on the one created by Hamar located in Vendôme, France. The statuary group located in Lafayette Park, however, was customized to complement the context of this specific location. Conceived as a companion piece to the Lafayette statue, this work was designed to match the form, symbolism, and scale of the existing Lafayette statuary grouping. To match the scale of the Lafayette composition, Hamar increased the dimensions of the original Rochambeau statue, resulting in an almost 11-foot bronze, a 19-foot pedestal, and 1-foot tall base. Overall, the height of the Rochambeau assemblage matches that of Lafayette at 31 feet.

According to Grubiak, the bronze portrait of Rochambeau emphasizes his role as the official French leader in the Revolutionary War, capturing him on the verge of the war's decisive military battle. Rochambeau, dressed in the uniform of a Marshal of France, is wearing a traditional tricorn hat with cockade, an overcoat adorned with the medal of the Order of the Saint Esprit, and a sword that rests at his left hip. The figure standing atop a pedestal in a *contrapposto* pose, facing south and holding a battle map of Yorktown in his left hand while pointing south with his right. A cannon and cannonball resting behind his left foot symbolize Rochambeau's

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                   County and State

role as commander of the army. The cannon may also allude to captured British cannons that the United States Congress gave to Rochambeau at the end of the Revolutionary War. A sprig of laurel lies at his feet. A sculptural plaque on the south face of the pedestal bears the simple inscription: ROCHAMBEAU.

Grubiak states that in addition to matching the Lafayette statue in scale, Hamar also matched the Lafayette statue in symbolic form. Beneath the figure of Lafayette on the south face of the statue pedestal, a figure representing Liberty offers a sword to Lafayette. In answer to this depiction, Hamar created an allegorical grouping for the Rochambeau statue's south face. The bronze grouping, entitled *Victory and the American Eagle*, is composed of an allegorical female figure representing Minerva or Athena, a bald eagle with outstretched wings, and the prow of a ship. The woman, dressed in a fish-scale mail camisole and a long flowing skirt, holds two flagstaffs in her raised left hand while a sword in her right hand protects a bald eagle.[14] The two figures, positioned in front of the prow of a ship, have waves breaking beneath them. The waves and ship symbolize the arrival of the French forces in America. The stance of the female figure, the wind-swept movement of the garments and flags, the outstretched wings of the eagle, and the breaking waves all convey a sense of forward movement. Hamar uses the clutching eagle's talons to transition from bronze to stone. He depicts the bronze eagle's talons grasping a granite shield. The shield, dressed with 13 stars and stripes, represents the American colonies. Beneath the shield lie sprigs of laurel used to symbolize peace.[15]

Designed by L. Laurant, the neoclassical granite pedestal is composed of three parts: a square base, a pyramidal shaft, and a cornice. The Rochambeau bronze rests atop the cornice. The shaft curves to meet a square base. Dividing the shaft and curving base is a jutting ledge of stone, which is extended across the south face to accommodate the *Victory and the American Eagle* bronze grouping. The east and west faces of the pedestal include two high-relief granite shields. The Rochambeau family crest with three stars interspersed with a chevron is on the east side; on the west is the eighteenth-century coat of arms of France of the period with three fleurs-de-lis. Over both of the shields are crowns, although they differ in style. Each of the shields is framed with a garland of leaves and berries above and two crossed sprays of laurel tied with ribbon below. The motif of the leaf-and-berry garland is repeated on the north side of the statue above the inscription:

WE HAVE BEEN (/) CONTEMPORARIES (/) AND (/) FELLOW LABOURERS (/) IN THE CAUSE (/) OF LIBERTY (/) AND WE HAVE LIVED (/) TOGETHER (/) AS BROTHERS SHOULD DO (/) IN HARMONIOUS FRIENDSHIP (/) WASHINGTON TO ROCHAMBEAU (/) FEBRUARY 1, 1784.

Beneath the pyramidal portion of the pedestal's north face, an additional inscription, BY THE CONGRESS (/) MAY XXIV MDCCCCII, was cut below the protruding granite ledge on the curving base. Added in September 1902, this message was intended to convey that Congress, not France or the French people, donated the statue. The statue's pedestal rests on a square granite

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)                    **District of Columbia**
Name of Property                                                                                           County and State

base of a darker color, which in turn rests atop a mound of grass of almost 55 feet in diameter encircled with granite curbing.

The statue's other marks identify the creators of the statue. F HAMAR is engraved on left edge of the west side on the base of the Rochambeau bronze portrait. When facing the *Victory and the American Eagle* bronze, the mark F HAMAR 1901 is located on the lower left edge.

According to Grubiak, the name of the company that cast the bronzes, Val d'Osne, was inscribed on the east side of the pedestal at the bottom right corner. The names of the sculptor and the architect of the pedestal, Hamar and L. Laurant, were inscribed on the north face of the pedestal at the bottom right. These marks were not discernible on a site visit in January 2010. Completed on May 17, 1902, the statue was dedicated May 24, 1902.[16]

***General Baron von Steuben Statue (1910)***

Sculptor: Albert Jaegers (1869-1925)
Architect: Thomas R. Johnson (1872-1915)
Cast by: Henry Bonnard Bronze Company, Mount Vernon, New York

***\*Previously listed in National Register (07/14/1978) under the "American Revolutionary War Statuary in Washington, DC" MPDF (NRIS# 78000253)***

Augustus Saint-Gaudens (1848-1907) was given the commission of the von Steuben statue in 1904; however, he never completed a design for the statue. A competition began in 1905 to secure a new sculptor for the von Steuben statue commission. Albert Jaegers won the commission in May 1906, after modifying the pedestal he designed to carry the portrait bronze.

Sited on the northwest corner of Lafayette Park, at the intersection of H Street, NW; Connecticut Avenue, NW; and Jackson Place, NW, the statue faces northwest. The portrait statue depicts von Steuben in a relaxed stance with his weight centered on the right leg, while the left leg comes forward as if the general is about to advance. Jaegers used von Steuben's arms, shrouded in the kind of cloak he likely would have worn at Valley Forge, as a vehicle for figural expressionism. While the cleanly articulated sash, ruffled vest, and obviously worn leather boots are expressive in their use of direct naturalism, his face bears an intensely focused expression beneath a tricorn hat. Von Steuben's neck is dressed with the Cross of the Order of *De la Fidélité*, awarded to him after the Seven Years' War. This detail is typical of von Steuben portraits created during this period and later.

The von Steuben statue is approximately 31 feet above the ground. The bronze figure of von Steuben stands 11, nearly twice his height in life. Flanking von Steuben to the east and west are two secondary bronze sculptural groups: *Military Instruction* and *Commemoration*. In the former allegorical group, a seated sentinel instructs a far younger soldier on proper handling of a sword. Under the grouping is an inscription of raised bronze lettering, which reads: MILITARY

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                               OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                County and State

INSTRUCTION. In the latter, a young boy kneels at the lap of *America* and pays homage to *Memory*. Below this statuary group is the raised bronze inscription: COMMEMORATION.

William Richards, in the bulletin "General Baron von Steuben Statue: Lafayette Park, Washington, D.C.," wrote that in the official proceedings of the unveiling ceremony, Jaegers noted in his description of *Commemoration* that:

. . .a foreign branch is grafted into the tree of her national life. She welds to her heart the foreigner who has cast his life and fortune with the weal and woe of her people, embodying the idea on unity and fraternity of all nationalities under the guidance of a great Republic.[17]

The pedestal, standing 19 feet 4½ inches tall, is composed of pink Stony Creek granite. According to Richards, the finish of the granite surface is that of a "fine tool cut." The base on which the pedestal rests is 21 feet 4 inches square and 2 feet 4 inches high. The base's height above grade was 2 feet but today averages about 1 foot because of landscape changes that have occurred. The pedestal measures about 12 feet by 17 feet 6 inches where it meets the base. It then tapers to 6 feet 10 inches by 7 feet 6 inches just below the Greek key stone course, where the pedestal and the von Steuben figure merge. Supporting this massive statue are nine concrete pylons that extend 6 feet below ground surface. The statue rests on a slight mound of earth encircled by granite curbing 200 feet in circumference.

The northwest face of the statue includes a bas-relief inscription in bronze with Roman numerals. Raised bronze dots delineate each word, and the text varies in size and indentation. Bronze rosettes bracket the fifth line of text, which reads BARON-VON STEUBEN. The full inscription reads:

ERECTED BY THE CONGRESS (/) OF THE UNITED STATES TO (/) FREDERICK WILLIAM AUG- (/) USTUS HENRY FERDINAND (/) BARON-VON STEUBEN (/) IN GRATEFUL RECOGNITION OF HIS (/) SERVICES TO THE AMERICAN PEOPLE (/) IN THEIR STRUGGLE FOR LIBERTY (/) BORN IN PRUSSIA (/) SEPTEMBER 17, 1730 (/) DIED IN NEW YORK (/) NOVEMBER 28, 1794 (/) AFTER SERVING AS AIDE- (/)DE-CAMP TO FREDERICK (/) THE GREAT OF PRUSSIA (/) HE OFFERED HIS SWORD (/) TO THE AMERICAN COL- (/)ONIES AND WAS APPOINT- (/) ED MAJOR GENERAL AND (/) INSPECTOR GENERAL IN (/) THE CONTINENTAL ARMY (/) HE GAVE MILITARY TRAIN- (/) ING AND DISCIPLINE TO (/) THE CITIZEN SOLDIERS (/) WHO ACHIEVED THE IN- (/) DEPENDENCE OF THE (/) UNITED STATES . . . (/) M C M X.

The southeast face of the pedestal contains a low relief bronze plaque. The relief depicts the figures of Colonel William North and Major Benjamin Walker facing each other. They were von Steuben's aides-de-camp at Valley Forge and throughout the rest of the American Revolution. Between them is the insignia of the Society of the Cincinnati, which alludes to von Steuben's founding membership in the organization. Richards states that as aides-de-camp, North and Walker were principal collaborators on von Steuben's *Regulations for the Order and Discipline*

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

*of the Troops of the United States*, as both translators and transcribers. Along the far left and right of the plaque are the words *North* and *Walker*, arranged vertically, next to their respective representations. Under the plaque is a bas-relief inscription in bronze. Raised bronze dots separate each word of the text and frame the caption: COLONEL WILLIAM NORTH (/) MAJOR BENJAMIN WALKER (/) AIDES AND FRIENDS (/) OF GENERAL VON STEUBEN. Near the bottom right side of the pedestal, cut into the granite under *Military Instruction*, are the words: ALBERT JAEGERS, SCULPTOR. Above the plaque, symmetrically aligned, is a Roman garland that continues around the upper register of the pedestal on all four sides. Other vegetation in the form of intertwined bronze leaves trim the sides of each secondary sculptural group's base and the rear of the pedestal, just above Jaegers's name.

The von Steuben statue in Lafayette Park was altered slightly between World Wars I and II. In 1932 it was discovered by members of various von Steuben societies that von Steuben's birth date had been incorrectly noted on the front of the pedestal as November 15, 1730. By August 1932 the error had been corrected with the correct birth date affixed to the front of the pedestal: September 17, 1730.[18]

### *General Thaddeus Kosciuszko Statue (1910)*

Sculptor: Antoni Popiel
Architect: Unknown
Cast by: American Art Foundry, Chicago, Illinois

**\*Previously listed in National Register (07/14/1978) under the "American Revolutionary War Statuary in Washington, DC" MPDF (NRIS# 78000253)**

The Kosciuszko statue, dedicated May 11, 1910, was the last memorial statue authorized to be placed in Lafayette Park. The Polish Alliance and the Polish-American people of the United States presented this memorial in honor of Brigadier General Kosciuszko. Designed by a Polish-American sculptor, the 11-foot-tall bronze memorial statue is sited on the northeast corner of Lafayette Park at the intersection of H Street, NW, and Madison Place, NW. In this monument Kosciuszko, facing north, stands upon a classically inspired pedestal of Vermont granite. Dressed in the uniform of a general of the Continental Army with a cocked hat, he holds a map of his fortifications at Saratoga in his right hand, which rests on an outstretched leg. The north face of the pedestal bears the inscription KOŚCIUSZKO and features a bronze eagle with outstretched wings guarding a flag, shield, and sword upon a quarter-globe showing America above the inscription: SARATOGA.[19]

The south face bears the inscriptions: "AND FREEDOM SHRIEKED AS KOŚCIUSZKO FELL!" and in smaller text: ERECTED BY THE (/) POLISH NATIONAL ALLIANCE OF AMERICA (/) AND PRESENTED TO THE (/) UNITED STATES ON BEHALF OF THE (/) POLISH AMERICAN CITIZENS (/) MAY 11, 1910. Beneath this dedication, an eagle struggles

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)                    **District of Columbia**

Name of Property                                                    County and State

with a snake on a quarter-globe showing Poland, below which is the inscription RACŁAWICE. This sculptural group symbolizes his later fight for Polish independence.

On the east side, a bronze group depicts Kosciuszko in an American uniform freeing a bound soldier symbolizing the American Army. Kosciuszko holds a flag in his left hand, and a fallen musket and overturned drum are at the feet of the bound youth. Below this grouping is the legend: GENERAL THADDEUS KOŚCIUSZKO (/) 1746-1817 (/) SON OF POLAND.

The west face of the pedestal presents a fallen Kosciuszko in a Polish uniform. The sculptor, using a "peasant soldier" to symbolize the Polish Army, depicts the fallen general, leaning on an overturned basket of shot, attempting to direct the army.[20] The inscription beneath this grouping reads MILITARY ENGINEER (/) IN THE AMERICAN REVOLUTION (/) FORTIFIED SARATOGA AND WEST POINT. All pedestal groups are in bronze. The statue and its foundation rest on a slight mound of grassed earth encircled by granite curbing.

### Navy Yard Urns (1872)

Sculptor: Ordnance Department, U.S. Navy Yard, Washington, D.C.
Architect: Unknown
Cast: Ordnance Department, U.S. Navy Yard, Washington, D.C.

James Goode in *The Outdoor Sculpture of Washington, D.C.* states that the ornamental bronze urns located in Lafayette Park are Classical in inspiration and are reminiscent of the urns in the gardens at Versailles. He goes on to say that little is known of their creation. They are similar in general form to the Andrew Jackson Downing Urn on the grounds of the Smithsonian Institution designed by Downing's partner Calvert Vaux. The urns located in Lafayette Park are inscribed "Ordnance Department, U.S. Navy Yard, Washington D.C. 1872." Major O.E. Babcock, referencing Lafayette Square in the 1872 *Annual Report, Chief of Engineers*, stated that:

> Two beautiful bronze vases, copies of an antique vase, have been placed on the granite pedestals. They were cast, through the kindness of the Hon. George M. Robeson, Secretary of the Navy, at the brass foundery [*sic*] of the Washington navy-yard. They are

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

some 7 feet high, and weigh some 1,300 pounds each. They are very finely executed, and an honor alike to Government workshops and the mechanics who constructed them.

Adolph Cluss, architect and engineer, designed the urns' casting furnaces during his years of service at the Navy Yard. During the Civil War the casting furnaces were used to cast brass cannons for the Navy using the same furnaces. Andrew Jackson Downing indicated the location for the urns in his park plan of 1852. The Navy Yard Urns placed on granite pedestals were originally in the center of two small circular flowerbeds, located east and west of the statue of General Jackson, halfway to Jackson and Madison places, NW. In 1879 they were fitted with galvanized pans and planted with flowers and vines. When Lafayette Park was redesigned in 1936, they were moved to the park entrances on Jackson and Madison places, NW. The urns, moved again during the 1969 renovation, and their granite pedestals are located on each side of the south entrance facing Pennsylvania Avenue, NW, and the White House.[21]

### *Alexander Hamilton Statue (1923)*

Sculptor: James Earl Fraser (1876-1953)
Architect: Henry Bacon
Cast by: Kunst Foundry, New York

The bronze statue of Alexander Hamilton, sited at the center of the south terrace of the U.S. Treasury Building, depicts Hamilton, who is facing south. Sculptor James Earl Fraser, a former student of Augustus Saint-Gaudens, created the statue as his first public commissions for Washington, D.C., and one of his earliest sculptural commissions.[22] Fraser began the project in 1917; after considering several different designs, he chose a portrait statue. The 9-foot 6-inch bronze statue is set on a square pedestal, atop a square plinth, surrounded by a heavy iron bench. Hamilton is presented in the dress of an eighteenth-century gentleman. A dress coat is draped over the left arm while he holds a tricorn hat in the right hand. As Goode describes, Hamilton is depicted wearing knee breeches, hose, a fichu at the throat, ruffles at the wrist, and low buckled shoes.

Architect Henry Bacon designed the pedestal, plinth, and bench from pink Milford granite. Following is a detailed description of Bacon's design provided by Jonathan Pliska in his "Cultural Landscape Report: United States Treasury Grounds, Washington, D.C., Volumes 1-2."

> The assemblage is raised up on a square three-step platform, with the steps also composed of pink Milford granite. The surface of this platform consists of a pebble work pavement made up of two seven-inch wide sections of flat oblong river stones, each an average of four inches long, set in three rectangular rows. A thirty-three-inch wide section containing smaller, randomly shaped, randomly laid river stones in a cement mortar mix is set between the seven-inch strips. The bands of pebble work incorporate expansion joints, in order to minimize cracking due to weather-related expansion and contraction. The granite pedestal includes a molded base set with a tongue and groove band atop the square plinth. The vertical corners of the pedestal are sculpted to resemble

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900       OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Doric Columns. This decoration has also been described as a "bundled fascia." Each face
of the pedestal features laurels sculpted in low relief. Rectangular plaques are placed
above the laurels on the north and south faces, with rosettes on the east and west faces.
The north and south faces also bear inscriptions originally lettered in gold leaf. The
following inscription appears on the north face:

ALEXANDER HAMILTON (/) 1757-1804 (/) FIRST SECRETARY OF THE
TREASURY (/) SOLDIER ORATOR STATESMAN (/) CHAMPION OF THE
CONSTITUTIONAL UNION (/) CONGRESSMAN GOVERNMENT AND (/)
NATIONAL INTEGRITY

The following inscription is inscribed on the south face:

HE SMOTE THE ROCK (/) OF THE NATIONS RESOURCES, (/) AND ABUNDANT
STREAMS (/) OF REVENUE GUSHED FORTH. (/) HE TOUCHED THE DEAD
CORPSE (/) OF THE PUBLIC CREDIT, AND (/) IT SPRUNG UPON ITS FEET.[23]

In 1974 James Goode commented in The Outdoor Sculpture of Washington, D.C. that:

The statue had, from the dedication date, an aura of mystery about it. At the ceremony,
President Warren G. Harding referred to the donor whose identity remained a secret.
Popular news accounts of the day told of a veiled woman who supposedly donated funds
for the sculpture. Even today the donor's identity retains its mystery.[24]

Pliska's thesis provides the following insight:

Officially the Alexander Hamilton statue and base were given by an anonymous donor.
However, an April 16, 1938, letter from statesman Perry Belmont to James A. Farley,
Postmaster General, identifies Dorothy Payne Whitney, daughter of former Secretary of
the Navy William C. Whitney, as the donor. The letter also indicates that President
Woodrow Wilson had inspired the idea to create the statue, as he "had always expressed
great admiration for Hamilton."[25]

The Hamilton statue was dedicated on May 17, 1923, amongst much fanfare.

***Albert Gallatin Statue (1947)***

Sculptor: James Earl Fraser (1876-1953)
Architect: James Earl Fraser
Cast by: Unknown

According to Goode, the statue of Albert Gallatin may have taken longer to construct than any
other portrait statue in the city. Initially proposed in 1926, the statue was dedicated on October
15, 1947, some 20 years after congressional approval.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                              County and State

According to Pliska, on February 1, 1926, statesman Perry Belmont wrote to Senator Thomas Walsh in support of the statue project. Belmont wrote that Hamilton was entitled to a statue at the "National Treasury," but he goes on to argue in favor of a statue in honor of Gallatin, the longest serving Secretary of the Treasury in the Department's history. Congress authorized $10,000, on January 11, 1927, to create the statue "opposite the north entrance to the Treasury Building. . . or at such place within such grounds as may be designated by the Commission of Fine Arts."[26] That same year the contract for the Gallatin statue and pedestal was awarded to James Earl Fraser, the sculptor of the Hamilton statue.

On June 30, 1939, a $10,000 appropriation was received to furnish the statue's pedestal, at which time Fraser chose Rockport granite, a grayish-green Massachusetts granite, for the design. In the summer of 1939, preparations were begun to remove the north fountain designed by Alfred Mullett.[27] The Gallatin pedestal was installed by 1940, but World War II broke out and the bronze necessary for casting was no longer available. Twenty years after the initial appropriation, the statue was finally unveiled, on October 15, 1947, by Mrs. Louise Gallatin Gay, great-granddaughter of Albert Gallatin. The project was realized under the leadership of the Albert Gallatin Memorial Committee through the receipt of a $10,000 Congressional appropriation and over $25,000 in private donations.

Sited in the center of the north terrace, the bronze portrait statue of Albert Gallatin stands 9 feet 5 inches in height. The body faces north and the face and gaze are directed to the northwest. Gallatin is depicted wearing knee breeches, a waistcoat, long coat, and great cloak. The great cloak, thrown back, adds weight and an air of confidence to the portrait. The left arm is bent, and the left hand, while clutching a tricorn hat, rests on his hip.

The statue stands on a square granite pedestal that is, in plan, similar to that of the earlier Alexander Hamilton statue, although the Gallatin pedestal lacks the bundled fascia ornamentation at the vertical corners. The composition consists of a square plinth framed by a curved bench surrounded by an area of decorative pebble work, which is bordered by two granite steps leading to the terrace. The pebble work consists of two 7-inch-wide bands of oblong pebbles with three rows of stones in each band. These surround a 39-inch wide band of randomly oriented smaller pebbles. The pedestal's primary embellishment is a row of bronze stars affixed on all four sides. The inscription on the north face of the pedestal is carved and cast bronze letters are set into the recesses. The inscription reads:

ALBERT GALLATIN (/) SECRETARY OF THE TREASURY (/) GENIUS OF FINANCE (/) SENATOR AND CONGRESSMAN (/) COMMISSIONER FOR THE TREATY OF GHENT (/) MINISTER TO FRANCE AND GREAT BRITAIN (/) STEADFAST CHAMPION OF DEMOCRACY (/) 1761-1849.[28]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property                                              County and State

### Contributing Buildings – H Street, NW

#### U.S. Chamber of Commerce Building (1922-1925)

1615 H Street, NW
***Previously listed in National Register (05/13/1992, NRIS# 92000499)***

Cass Gilbert (November 24, 1859-May 17, 1934) designed the U.S. Chamber of Commerce
Building, 1615 H Street, NW. Construction began in 1922 and was completed in 1925. It is a
Beaux Arts-style square building facing south toward Lafayette Park and the White House. The
building is a four-story classical composition, 11 bays by 11 bays, of ashlar-patterned limestone
walls surmounted by a full Corinthian entablature supporting a balustrade and resting upon a
rusticated limestone podium with granite water table. Small lion heads dress the fascia of the
cornice. The three-story colonnade is composed of 10 engaged Corinthian columns in antis along
each façade. The balustrade masks a fifth story added in 1958 that is only visible from the north
elevation.

Sited on an angled lot, the building conforms to the street angle and exhibits two principal
facades, each with a monumental entry set within the center of the first story. One entry faces
south on H Street, NW, and the other opens west on Connecticut Avenue. Architraves
surmounted by flat cornice frontons form the entry surrounds. Colossal 10-paneled wood double
doors are set within each entry. Windows pierce the rusticated limestone base as well as the
walls between the columns on the second, third, and fourth stories. The height of the windows
diminishes with the height of the building. A Greek key belt course, which disappears behind the
engaged columns, runs between the second- and third-story windows. Recessed panels divide the
third and fourth-story windows. All windows are paired eight-over-eight sash within metal
frames.

The east elevation faces the rear elevation of the Hay-Adams Hotel. A rusticated limestone
porte-cochère, recessed one bay in from the south façade of the U.S. Chamber of Commerce
Building, joins the two buildings. Only minor differences distinguish the east elevation from the
south façade: the Corinthian capitals are not carved, and there are no recessed panels between the
third and fourth stories. An abutting building obscures the north elevation; what remains visible,
however, is constructed of ochre brick and the vertical composition of the building is expressed
with simple brick and limestone cornices above the first and fifth stories. Arched openings with
keystones are set between brick pilasters on the first story.

#### Hay-Adams Hotel (Carlton Chambers) (1928)

800 16th Street, NW

Mihran Mesrobian (1889-1975) designed the 1928 Hay-Adams Hotel Building, at 800 16th
Street, NW. It is an American Renaissance-style rectangular building. The Italianate palazzo-

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

inspired building faces east toward St. John's Episcopal Church with the White House to the south. The building is a nine-bay (16th street) by seven-bay (H Street) eight-story classical composition of limestone walls surmounted by a modillioned cornice and attic level, all resting upon a granite podium and water table shielded behind a retaining wall.

The six-story body of the building, between the water table and attic level, rises above a simple belt course and is arranged into three horizontal bands, two stories in height, delineated by a stringcourse. Projecting from the center of both the façade and the south elevation is a full-height three-bay-wide section. The projecting bays are dressed with two-story pilasters organized in hierarchical order. Doric details decorate the second and third stories. Ionic details accent the third and fourth stories. Corinthian details, and an arcade, distinguish the fifth and sixth stories. A stringcourse, which serves the role of an entablature, caps each order and unifies each set of two stories into a single composition. Elliptical cartouches with ribbon work dress the building corners of the middle two stories of the column. Rusticated pilasters delineate the projecting bay and building corners. Sandstone balconets supported by consoles are located under the center bays of the fourth and sixth stories on either side of the full height projecting bay. Capped by an attic level, a modillioned cornice crowns the building. Small lion heads dress the upper molding of the cornice.

A modern porte-cochère on the east façade obscures the round-arched monumental entry set within the center of the first story. The recessed entry is composed of double-leaf wood paneled doors with a fanlight transom surrounded by a rusticated arch with three monumental keystones. Decoratively carved consoles support the arch. Gaslights flank the entrance. On either side of the entrance are two small multi-light windows covered with scrolled wrought-iron grilles with a cartouche above.

Constructed of ochre brick, the north elevation echoes the vertical composition and articulation of the façade. The west elevation faces the U.S. Chamber of Commerce Building. On the east elevation of the U.S. Chamber of Commerce Building is a recessed rusticated limestone porte-cochère, which joins the two buildings.

Twelve-over-twelve double-hung windows with metal grilles pierce the rusticated limestone base. Jack arch lintels with large carved keystones and molded stone frames are typical for the base or first-story windows. The fenestration for the projecting bay varies from story to story. Six-over-six double-hung painted wood-sash windows are typical for the remainder of the building.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

*St. John's Episcopal Church (1815-1816)*

1525 H Street, NW
*\*Previously listed as an NHL (10/15/1966, NHLS# 66000868)*

Benjamin Henry Latrobe (May 1, 1764-September 3, 1820) designed the 1815-1816 St. John's
Episcopal Church Building, at 1525 H Street, NW, in a Classical Revival style. Originally
realized as a central-plan Greek cross church building with a gallery and clear glass windows, it
has evolved into a longitudinal Latin cross plan with stained glass windows. The original central-
plan building was a monumental, one-story, one-bay by one-bay stucco over brick masonry
building with two entries. The primary entrance faced west on 16th Street, NW; another entrance
faced south toward Lafayette Park and the White House. An early watercolor of the building by
the architect shows the building as square in form with pedimented projecting bays on each side
and a hipped roof capped by a cupola. The image shows a stringcourse between the ground level
and gallery, large lunette windows at the gallery level, and smaller, rectangular, multi-pane
windows on the side elevations of the projecting bays/transepts at both the ground and gallery
levels.

The earliest and most significant change occurred in 1820, with extension of the transept to the
west. This addition, with the portico and tower, produced the visual effect of changing the
building from a central plan into a longitudinal plan. Six Tuscan columns support the entablature
and pediment of the portico. The columns are masonry with stucco and the entablature is wood.
Two sandstone steps lead to the sandstone deck supporting the columns. The main entrance has a
simple wood molding and is similar to the original Latrobe design except for the entablature.
One-story additions, designed by James Renwick, Jr. (1818-1895) and added in 1883, house the
south entrance and west stair entrances. Renwick extended the chancel and added the Palladian
window over the altar. The west additions are flush with the end of the narthex and flank the
portico. The additions have flat roofs and modillioned cornices. All exterior doors are six-
paneled, and many have the upper panel glazed. In 1919 exterior buttresses with decorative
consoles, designed by the architectural firm of McKim, Meade, and White, were added at the
corners of the transept.

A hipped roof covers the square central portion of the building with gable roofs over the chancel,
transepts, and nave. The roofing system is covered with slate shingles. The new flat roof
additions have built-up roofing. According to the Historic American Buildings Survey (HABS)
report, "four segmented brick arches support wood framing which forms the dome over the
central portion. Wood trusses over the chancel, transepts and nave support the plastered vault
forms." The building has a plain frieze band of a simple molded wood cornice with modillions.
Metal gutters form the upper cornice at the major eaves.

The cupola remains a significant element of Latrobe's original design. The octagonal base of the
cupola is metal-covered. A metal dome covered with gold leaf caps the drum, created from wood

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

pilasters and rectangular stained glass windows, rising above the base. Designed to allow more light to radiate into the interior, the windows were originally clear.

The four-part tower, a later addition, transitions from a square base to a round dome. The square base has stucco-over-brick masonry walls with recessed panels to the base of the lower wood section. A two-part heavy frame section begins above the masonry, with the lower section composed of four pedimented faces each dressed with a full entablature and a round arched louver framed by pilasters. Eroded pilasters at each corner separate the pedimented faces and begin the transition from square to round. The third section of the tower presents the same composition as the section below without the pediments. A gilt dome resting on two octagonal steps and capped by a finial and weather vane crowns the tower.

Pivoted metal stained-glass windows replaced the early double-hung wood-sash windows. The lunette windows, replaced with metal sashes, appear to follow the Latrobe design. Openings are characterized by masonry lintels and sills throughout the building.

***Ashburton House (St. John's Parish House) (1836)***

1525 H Street, NW
***\*Previously listed as an NHL (11/07/1973, NHLS# 73002071)***

An unknown architect designed the 1836 Ashburton House, at 1525 H Street, NW. Thomas Ustick Walter (September 4, 1804-October 30, 1887) designed later additions. The Italianate-style square building faces south toward Lafayette Park and the White House. Mathew Saint Clair Clarke, former clerk of the House of Representatives, originally erected the house. The building, now used as an office, is a three-and-one-half-story three-part five-bay brick masonry building with extended eaves, a paneled frieze, and a cast-iron bracketed cornice. Four sandstone balconies project from the façade, below the first-story windows, in the east and west slightly projecting bays. The building, capped by an attic within a mansard roof, rests on a raised basement. Added in 1877, the roof, covered with gray slate shingles, has three pedimented gabled dormers. In 1854 the façade, originally constructed of brick, was stuccoed and scored to resemble smooth ashlar masonry.

A straight-run flight of six sandstone steps, terminating in a sandstone landing, provides access to the principal entrance, located in the center of the first story. Sandstone balustrades with metal handrails flank the stairs and landing. The entrance is set within a pedimented Italianate-style bracketed sandstone surround. The entrance is composed of double-leaf paneled wood doors set within a wood brick mold. The metal lamp posts flanking the entrance stairs date to 1854, and the period of exterior alterations was incorporated under the direction of Thomas U. Walter.

Two slightly projecting bays, which flank the central section the building, divide the building into three vertical sections. The mansard roof composition and three pedimented gabled dormers echo the vertical rhythm. The fenestration of the building consists of Italianate-style architraves

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

with two-over-two double-hung wood-sash windows. The floor-length parlor windows of the first story are dressed with pedimented architraves and balustraded balconies all carried on consoles. The balconies, architraves, and consoles are sandstone but the balusters are cast iron. Symmetrically arranged window openings decrease in height from the first through third stories. Openings in the projecting bays are narrower than the openings in the wall plane. The tripartite windows on the second- and third-story wall plane are two-over-two flanked by one-over-one sidelights with a central pediment over the second-story window. Matching pilasters, sills, and consoles trim the second-story windows without the same pedimented architraves as seen on the first-story. Simple frames dress the third-story windows. Cast-iron panels screen basement window openings.

### *War Risk Insurance Bureau Building (Veterans Administration Building) (1921)*

810 Vermont Avenue, NW

James Bosley Noel Wyatt (1847-1926), and William G. Nolting (1866-1940), Architects, designed the 1921 War Risk Insurance Bureau Building at 810 Vermont Avenue, NW. According to the Historic Structure Report, the building was largely completed and partially occupied by 1919 but not actually finished until 1921. The War Risk Insurance Bureau Building is a Beaux Arts-style V-shaped building located north of Lafayette Park facing east on Vermont Avenue, NW. The building is a 23-bay five-part 10-story classical composition of ashlar-patterned limestone walls surmounted by an entablature supporting a balustrade and resting upon a rusticated limestone podium and water table. The podium and water table are capped with a heavy belt course. The balustrade masks an attic story.

The second-story piano nobile, composed of smooth ashlar Indiana limestone and a stringcourse at the level of the window transoms, works together with the basement and ground level to establish the podium. Rising above the podium, the eight-story central body of the building, between the podium and the attic, alternates between sections of smooth ashlar and rusticated limestone.

The vertical massing of the façade is as follows: four bays of smooth ashlar, three bays of rusticated ashlar, nine bays of smooth ashlar, three bays of rusticated ashlar, ending with four bays of smooth ashlar. The rusticated courses are of unequal height. The entablature consists of a frieze band dressed with roundels that align with the building fenestration. Above the frieze is a modillioned and cyma molded cornice capped by the parapet composed of alternating sections of balustrade and solid panels. The balustrades, like the roundels, echo the building fenestration.

The Historic Structure Report provides the following description of the Vermont Avenue façade:

> The focal point of the Vermont Avenue façade is a colonnade. The colonnade occupies the central nine bays of the façade at the second and third stories. The colonnade consists of fluted Ionic quarter columns set to either side of the recessed paneled piers, which frame the bays. Each bay has a two-story arrangement of two tripartite windows, each

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                      **District of Columbia**
Documentation, Boundary Expansion & Decrease)
_____                              _____
Name of Property                                                    County and State

with a tripartite transom and Neoclassical iron balustrade produced by the Flour City
Ornamental Iron Works. The piers and quarter columns rise from a cyma molded second
floor course and terminate in a fourth floor modillioned entablature with a broad frieze
having roundels centered above each pier.[29]

The principal entrance consists of three central bays at the first story. Each of the three
bays is composed of a tripartite door with transom arranged with a central double-leaf
door and flanking single-leaf doors to either side. Slender, engaged bronze columns
separate the central double-leaf doors from the single doors to either side. A quarter
column of the same design as the engaged column is set at the outer corner of each door
frame. The bronze doors each have a large central plate glass pane and a two-part
horizontal bronze push bar. Applied rosettes and fluting dress the transom bar. The
transom grille is defined by a series of slender turned half balusters with central,
separately cast, stylized floral designs. A marquee of painted metal with a plaster ceiling
extends from above the door transoms. The marquee is dressed with anthemion cresting
at the front center and corners. The marquee, produced by the Flour City Ornamental Iron
Works, is supported by I-beams extending from the building and by four chains
extending from wall mounts at the central, third floor piers. Above the marquee at each of
the doors is a secondary transom permitting light to enter the foyer in a direct fashion.
Framing each set of doors are simple pilasters with egg-and-dart banding at the capitals.[30]

Windows are tripartite on the first story, single on the second story, and single or paired on the
upper stories. According to the Historic Structure Report, all of the windows are replacements.
Along the street elevations are mill-finished aluminum frame pivot windows. The basement and
ground levels have a fixed upper glass panel, and a lower pivoting panel with sidelights. The
second-story windows, on either side of the colonnade, are set within architraves with segmental
arched pediments, simple consoles with _guttae_, and neoclassical iron balustrades like those used
in the colonnade. The second-story windows, flanking the colonnade, have top and bottom fixed
glass panels and a central pivoting glass panel. The colonnade windows have upper and lower
fixed glass panels, a central pivoting panel and sidelights. Windows on the third through tenth
stories have top fixed glass panels, lower pivoting panels, and slightly projecting sills.

A light well extends along the Vermont Avenue, NW, and H Street, NW, elevations. The outer
wall of the well is set about 5 feet from the building, constructed of poured concrete, with a
granite curb and painted steel rail above street level. Metal bars protect the windows.

The south elevation fronts on H Street, NW, and faces Lafayette Park. This elevation is five bays
wide and echoes the east façade with a compressed version of the central entrance and colonnade
seen on the Vermont Avenue façade. A small marquee is set over the one-bay central entrance at
the first story. Above that is a three-bay colonnade, identical in design to the larger example at
Vermont Avenue. The rusticated podium, second story piano nobile, cornice and window
treatments are the same as seen at other street elevations. The narrow nature of this elevation
precluded the use of the alternating vertical massing.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

The northeast and southeast elevations are each one bay wide. These elevations are angled off
the Vermont Avenue elevation and are materially the same as the other elevations with the same
vertical composition. The southern chamfer cuts across the Vermont Avenue wall at
approximately a 20° angle, the northern chamfer is approximately 45° off the Vermont Avenue
frontage.

The Historic Structure Report gives the following detailed description of the north, or I Street,
NW, elevation.

> Designed and built in two discrete sections, the original thirteen-bay section to the east is
> easily distinguished from the later eight-bay "addition" to the west separated by a distinct
> vertical joint. According to a 1918 article in the Evening Star, the addition was an early
> modification to the design, made prior to the government's interest in acquiring the
> project.[31]

> The original portion of the façade repeats many of the details seen at the other street
> elevations: the rusticated basement and first story, the second-story piano nobile, the
> cornice treatment, and the division of the façade into vertical sections of smooth ashlar
> limestone columns alternating with rusticated columns. The vertical massing of the north
> elevation alternates between smooth, and rusticated ashlar in the following pattern: four
> bays smooth, three bays rusticated, four bays smooth, ending with two bays of rusticated
> stone. The window treatments and other decorative details match those of the east façade.
> This treatment of the original building contrasts with the entirely smooth surface of the
> addition. The west bay of the original section has a vertical cut through large enough to
> accommodate one vehicle. The driveway has a double-leaf painted metal gate produced
> by the Flour City Ornamental Iron Works. The gate has a latticework grid of woven metal
> straps with a Neoclassical laurel wreath centered at each half of the gate.[32]

**Additions and Alterations**

According to the Historic Structure Report, the exterior of the building has retained much of its
original design integrity despite two major changes: a window replacement campaign and the
alteration of the northeast corner of the building's first story to accommodate a Metro subway
station entrance. The report characterizes the choice of window replacements in the 1960s as
unfortunate. The replacement windows eliminated the original window configuration and
framing materials, displaying a lack of concern for the building's historic design character. The
report describes the Metro station entrance as more sensitively accomplished. It states that
greater care was taken to preserve the building's integrity; the alterations were done in such a
way as to make the station entrance a subordinate feature of the building. The report lists other
changes affecting the building's integrity, such as the removal of sections of decorative iron
balustrade.[33]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

*National Grange Headquarters Building (1959-1960)*

1616 H Street, NW

Erected between 1959 and 1960, the National Grange Headquarters Building, at 1616 H Street, NW, was dedicated by President Dwight D. Eisenhower on June 29, 1960. The architect was E. Jerome O'Connor. The 11-story limestone-clad brick structure is seven bays wide with "stripped Classical" style details applied at the first and tenth stories.[34] The building features six-over-six double-hung wood windows and a defined base and attic stories. The entrance is offset and recessed. The entrance contains a double-leaf brass door with a single-light fixed transom above. A brass plaque depicting the seal of the National Grange of the Order of Patrons of Husbandry is fixed at the center of the first-story façade. An engraved cornerstone sits at the west end of the façade. It reads: "1959 – E. Jerome O'Connor, A.I.A., Joseph B. Bahen, builder."

The building is a good example of the Stripped Classical style common for twentieth-century office buildings in Washington, D.C. The National Grange of the Order of Patrons of Husbandry (the Grange) was actively involved in the fight to preserve Lafayette Square.

The National Grange is a fraternal organization for American farmers established after the Civil War in an effort to encourage farm families to band together for their common economic and political good. The Grange is a hierarchical organization ranging from local community granges to county and state granges. The 36 state granges together form the National Grange headquartered in Washington, D.C. The Grange is the oldest surviving agricultural organization in America and is still active today. Membership in the fraternal order peaked during the 1870s as the American farmer sought, in particular, to fight the agricultural middlemen and the railroads. The Grange has historically supported family over corporate or large-scale farming.

Just prior to moving the 1616 H Street, NW, the National Grange occupied a 1923 building constructed by Robert S. Brookings for the Institute of Economics, a forerunner of the Brookings Institution, at 740-744 Jackson Place, NW. The eight-story limestone-clad building was designed by Waddy Butler Wood in 1922 and was dedicated in 1923.[35]

By 1957 a proposal to build an Executive Office Building on Lafayette Square involved the government purchase of nine parcels of land along Jackson Place, NW, including the National Grange Headquarters Building. This proposal required the demolition of the National Grange Headquarters Building. Legislation sponsored by Congressman Jack Westland (Washington State) sought to prevent the federal government from acquiring the building. Westland estimated that about 70 members of the House from farm states would oppose the project if it included razing the Grange building. Westland said that he would not oppose the project if the Grange building could be left standing.

An agreement was reached in 1958 between the National Grange and the General Services Administration (GSA) whereby the Grange would agree to the condemnation of its Jackson

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Place, NW, headquarters building in exchange for a site in the 1600 block of H Street, NW, upon which the Grange would construct a new headquarters building. This agreement pre-dated the Warnecke preservation plan of the 1960s.

**Contributing Buildings – Pennsylvania Avenue, NW**

*U.S. Department of the Treasury Building (1836-1869; 1891)*

1500 Pennsylvania Avenue, NW
*\*Previously listed as an NHL (11/11/1971, NHLS# 71001007)*

Robert Mills (August 12, 1781-March 3, 1855) originally designed the 1836-1869 U.S. Department of the Treasury Building (U.S. Treasury Building) at 1500 Pennsylvania Avenue, NW. It is a monumental Greek Revival-style building facing southeast toward the U.S. Capitol Building. The building, constructed in four phases, reflects the talents of Robert Mills, Thomas Ustick Walter (September 4, 1804-October 30, 1887), Ammi Burnham Young (June 19, 1798-March 14, 1874), Isaiah Rogers (August 17, 1800-April 13, 1869), and Alfred Bult Mullett (April 7, 1834-October 20, 1890).

**Exterior**

The current figure-eight plan building measures 466 feet from north to south and 260 feet from east to west. The building, erected in four phases, relies on Mills's original Greek Revival-inspired design for its exterior unity. The three-story building, 41 bays by 21 bays, is a classical composition of ashlar-patterned limestone walls surmounted by a full Ionic entablature supporting a balustrade and resting upon a smooth ashlar podium. The balustrade masks an attic story.

The east façade is three stories high and 41 bays wide resting upon a podium. The podium, created from the raised basement, consists of smooth ashlar capped by a simple belt course. The central body, between the podium and entablature, is composed of a colonnade of 30 monumental Ionic columns framed by front-gabled distyle-in-antis pavilions with pediments. The solid granite columns of the colonnade are each 36 feet tall.

Both the U.S. Treasury Building and the U.S. Treasury Annex Building reflect classical traditions, yet they draw on distinctly different models. The earlier of the two, the U.S. Treasury Building, as constructed, is derived from the Erectheum model, easily distinguished by the use of an Ionic order with an anthemion necking band. The U.S. Treasury Annex Building is derived from the Ionic order as seen on the Temple of the Illissus in Athens, where the columns have no neck band.[36]

Like the façade, the north and south elevations are three stories high, and 21 bays wide resting upon a smooth ashlar podium. Each elevation has a central gable-fronted octastyle portico. Recessed wings flank the porticos. Pilasters delineate the seven bays flanking each portico.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

The west elevation, with the same vertical arrangement as the remainder of the building, is a five-part composition with a central octastyle porch projecting in front of a colonnade flanked by two recessed wings. Each wing ends with a front-gabled distyle-in-antis pavilion with pediment. Pilasters delineate each bay.

Windows pierce the podium as well as the walls between the columns on the first, second, and third stories. Two-over-two double-hung sash windows are typical for the upper stories. Symmetrically arranged window openings are reduced in height in the upper stories. A belt course runs between the windows of each story. Metal grilles protect the basement windows.

**Interior**

The central feature of Mills's design is the double-oval flight of cantilevered stairs at the heart of the original T-shaped plan. The main corridors are unified by the use of continuous masonry barrel vaulted ceilings. Flanking the corridors are two-bay rectangular office with groin vaulted ceilings. Simple unadorned interiors highlight the dignity of Mills's innovative architectural design.

The south wing departs from the unified barrel vault, using instead closely spaced iron I-beams that support shallow segmental brick vaults. The west wing and north wings are similar in construction to the south wing. In contrast to Mills's unadorned spaces, Young, Rogers, and Mullett decorated the interiors of these wings with cast plaster and cast iron. Details include gilt eagles and keys incorporated into the capitals of the Ionic pilasters, elaborate scrollwork in the frieze, the weights and measure details on door knobs, and the gilt-coffered details in the elliptical dome with the triple oculi of the west staircase.

**Alterations**

Mills requested that the exterior be constructed using granite. Congress, however, overrode this request and instead authorized the use of Aquia Creek freestone (sandstone). The stone chosen by Congress deteriorated very quickly, and the impact of that decision is reflected in the following Resolution introduced in the House of Representatives on January 28, 1839:

> Whereas the materials used in the erection of the Treasury building in this city are congelated [*sic*] sand-stone, absorbing water, and requiring to be frequently painted at great expense, to preserve it against rain and frost: therefore *Resolved*, as the sense of this House, That all public buildings hereafter to be erected for the use of the Government, shall be constructed of the hardest and most durable materials, either of marble or granite.

Requests to replace the Aquia sandstone began as early as 1867. By the early twentieth century the stone had deteriorated to the extent that the Mills façade required reconstruction. In 1908 the façade was rebuilt using granite, with an attic story added in 1910. The introduction of modern services such as electricity, plumbing, and security upgrades also altered the interior, but recent renovations are reversing some of the intrusions created by the earlier modifications.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                County and State

## Site/Surroundings

The U.S. Treasury Building creates a visual boundary east of the White House and North Lawn. The building fronts directly on the 15th Street, NW, sidewalk to the east, and a fence defines the balance of the lot's perimeter. On the west, planted terraces separate the Treasury from East Executive Avenue, NW. Forecourts, composed of a paved terrace flanked by grass terraces and each hosting statues, precede the north and south porticoes. The terrace paving pattern—alternating square slabs of red sandstone and bluestone set in a diamond pattern—is similar to that of the State, War, and Navy Building. The Gallatin statue graces the north forecourt, and a figure of Hamilton dresses the south terrace. The west entrance features a replica of the Liberty Bell.

The primary use of the U.S. Treasury Building is for executive branch offices, with some auxiliary services and support facilities. Some department personnel use the two terraces and open areas north and south of the building for lunchtime picnicking and reading. Most of the U.S. Treasury Building site is not accessible to the public, although there are public tours of the building on weekends.

## Landscape Design

Retaining walls related to grade changes between the grounds around the Treasury and the surrounding streets create large level spaces around the building. Vegetation includes lawn areas edged with American holly and star magnolia. There are seasonal planting beds east and west of the north and south terraces. Some beds are planted with roses. Raised granite planting beds along the east side of the Treasury Building are treated as an extension of the building's foundation and remain at a constant level despite the drop in grade along 15th Street, NW. The walls range from a height of street level to more than 5 feet above the pavement. Trees and shrubs are installed in the planters with seasonal flowering plants added in the spring, summer, and fall.

## South Court Building

Designed by Philadelphia architect and supervising architect of the Treasury James Hamilton Windrim (1840-1919), the building in the south courtyard was built in 1891. The building is one story without a cellar and measures 62 feet by 109 feet by 35 feet at the highest point. Intended to be a freestanding temporary structure, the design relied on technology of the period, incorporating new materials for "temporary" structures as seen in buildings at the World's Columbian Exposition of 1893 in Chicago, and the Crystal Palace erected in Hyde Park, London, England, to house the Great Exhibition of 1851. Wrought iron provided the armature, and 3/16-inch glass and wood provided the skin and interior walls. Designed as an impermanent building, no attempts were made to make it compatible with the existing Greek Revival-style elements of the U.S. Treasury Building. It provided a quick solution to the increased need for working space created by the massive architectural demands placed on the Supervising Architect "of a young

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property                                                County and State

nation at the end of the nineteenth century." The building was converted into a cafeteria in 1944 and is currently used for storage.

According to the HABS report, the same technique of tin and glass was used in constructing the roof of the U.S. Treasury Building. The ready availability of these materials made it inexpensive to construct and easy to upgrade.

The HABS report for the South Court Building notes that although the building is not architecturally significant, the achievements of the Supervising Architect and his staff during their 18 years (1892-1910) of occupation were notable. While the Supervising Architect and his staff occupied the building, the Treasury Department produced the majority of the designs for post office buildings, courthouses, and customhouses constructed across the country, as well as government buildings erected at the World's Fairs. The Supervising Architect's office also created designs for furniture to be used in these federal buildings.[37]

### *U.S. Treasury Annex Building (1917-1919)*

Northeast corner of Madison Place, NW, and Pennsylvania Avenue, NW

Cass Gilbert (November 24, 1859-May 17, 1934) designed the 1917-1919 U.S. Treasury Annex Building, located on the northeast corner of the intersection of Pennsylvania Avenue, NW, and Madison Place, NW. It is a Beaux Arts-style rectangular building facing west toward Lafayette Park. The building, nine bays (Madison Place, NW) by 13 bays (Pennsylvania Avenue, NW), is a four-story classical composition of limestone walls surmounted by a full Ionic cornice supporting a balustrade and resting upon a rusticated limestone podium with granite water table. A limestone and metal retaining wall shields the water table. The three-story colonnade is composed of engaged Ionic columns in antis along each façade. The balustrade masks a fifth attic story.

Both the Treasury Annex and the U.S. Treasury Building reflect classical traditions, yet they draw on distinctly different models. The earlier U.S. Treasury Building is derived from the Erectheum model, easily distinguished by the use of an Ionic order with an anthemion necking band. The U.S. Treasury Annex Building evolved from the Ionic order as seen on the Temple on the Illissus in Athens, where the columns have no neck band.

Access to the building is provided by a straight-run flight of six steps, which pauses at a landing, followed by two additional steps and a stoop directly in front of the entrance. The monumental entry is set in the center of the first story and faces west onto Madison Place, NW. An elaborately carved architrave surmounted by a flat cornice fronton forms the entry surround. Eight-light wood double doors are set within the entry capped by a four-light fanlight and a plate glass transom. Windows pierce the rusticated limestone base as well as the walls between the columns on the second, third, and fourth stories. Full-height windows are typical for the upper stories. A belt course dressed with triglyphs, metopes with rosettes, and guttae runs between the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

second- and third-story windows. Decorative metal panels divide the third- and fourth-story
windows. All windows are eight-over-eight sash within metal frames. Spear-capped metal grates
protect all first-story openings.

The south elevation fronts on Pennsylvania Avenue, NW, and faces the U.S. Treasury Building.
This elevation is 13 bays wide and echoes the west façade without the entrance details. Abutting
buildings obscure the north and east elevations. What remains visible, however, is similar in
composition and construction to the remainder of the building.

In January 2016 Secretary of the Treasury Jacob J. Lew renamed the Treasury Annex Building
the Freedman's Bank Building to commemorate the 150th anniversary of the founding of the
Freedman's Bank, which once stood on the site where the annex building is now located.

*American Security and Trust Company Building (Bank of America Building) (1904-1905)*

1501 Pennsylvania Avenue, NW
*Previously listed in National Register (07/16/1973, NRIS# 73002070)*

Edward Palmer York (1865-1924) and Philip Sawyer (1868-1949) of the architectural firm of
York and Sawyer of New York designed the 1904-1905 American Security and Trust Company
Building, known today as the Bank of America, at 1501 Pennsylvania Avenue, NW. The
neoclassical Beaux Arts-style rectangular building is located east of Lafayette Park. The
monumental one-story, one bay by seven bays, is adjacent to the monumental one-story Riggs
National Bank Building (1899-1902) to the west, also by York and Sawyer. The physical
relationship and visual impact of the shared cornice and roofline create the mistaken impression
that the two separate edifices are one building. Capped by a full entablature crowned with a
parapet, the building is, constructed of smooth ashlar granite and rests on a low water table.

The American Security and Trust Company Building exhibits two principal façades, each with a
monumental entry set within the center of the first story. Architraves surmounted by pedimented
cornice frontons form the entry surrounds. The south entry fronts on Pennsylvania Avenue, NW,
directly across from the U.S. Treasury Building, and replaces what was originally a window. The
east entry is directed toward 15th Street, NW. The south entrance, approached via a straight-run
flight of five steps, has large cheek blocks on either side. Resting on each cheek block is an
ornate bronze stanchion with a cluster of five circular lights. Commercial-style anodized
aluminum double-leaf doors with a large blind transom topped with a smaller glass transom are
set within the south facing entry. Smooth vertical joints and raked horizontal joints distinguish
the walls. The southern entrance is framed by smooth ashlar Doric pilasters and garlands.

A five-bay portico with 40-foot fluted Ionic columns dress the 15th Street, NW, façade. The east-
facing entry set behind the portico has a metal and glass revolving door. Large-scale windows
above the entry level on both primary elevations imply a second story, but there is no second
story. Each of the bays behind the portico has first and second level openings. In front of the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

bays flanking the east entry are ornate bronze stanchions with a cluster of five circular lights, the
same type of stanchions flanking the south entry. On either side of the portico are windows at
ground level with blank panels above. A full entablature with modillion cornice and dentil band
crowned by a parapet with balusters caps the building. The parapet of the portico bears the
inscription, INCORPORATED MDCCCXC ERECTED MCMV. The friezes on the portico and
on the south façade carry the bank's name, BANK OF AMERICA. Hidden behind the stone
parapet are two small gable-roofed skylights and a large hipped-roof skylight.

Windows are composed of metal frames. The upper windows, divided into nine major sections,
are then subdivided into smaller panes. The lower windows, divided into six major sections, are
then subdivided into smaller panes. Metal grilles protect the lower openings. The window sills
rest on consoles and, like the entries, the windows are dressed with architraves surmounted by
shallow pedimented cornice frontons. Attached to the north elevation is a 10-story office
building, erected by the bank in 1930-1931.

***Riggs National Bank Building (PNC Bank Building) (1899-1903)***

1503-05 Pennsylvania Avenue, NW
***Previously listed in National Register (07/16/1973, NRIS# 73002113)***

Edward Palmer York (1865-1924) and Philip Sawyer (1868-1949) of the architectural firm of
York and Sawyer of New York designed the 1899-1903 Riggs National Bank Building, at 1503-
05 Pennsylvania Avenue, NW. It is a neoclassical Beaux Arts-style rectangular building with an
addition (1922-1924) by Appleton P. Clark, Jr. (1865-1955) to the west. The building, known
today as the PNC Bank, sited east of Lafayette Park, fronts directly on Pennsylvania Avenue,
NW. The monumental one-story one-bay original building plus five-story addition is adjacent to
the monumental one-story American Security and Trust Company Building (1904-1905) to the
east, also by York and Sawyer. The physical relationship and visual impact of the shared cornice
and roofline create the mistaken impression that the two separate edifices are one building.
Capped by a full entablature crowned with a pedimented parapet, the building, constructed of
smooth ashlar granite, rests on a low granite water table.

The Riggs National Bank Building with the later addition to the west presents an asymmetrical
façade. The narrow pedimented temple *in antis* façade of the original building with two Ionic
columns complements the U.S. Treasury Building portico directly across Pennsylvania Avenue,
NW, to the south. The pedimented facade contains a full entablature with modillions and dentils.
A carved eagle and high relief floral details fill the pediment. Under the pediment is a decorated
frieze with the inscription PNC BANK flanked by scrolled floral motifs, which serve as stylized
capitals to the pilasters flanking the in antis Ionic columns. Bronze light stanchions supported by
griffins rest on cheek blocks in front of the pilasters. The entablature continues west across the
1920s addition and east across the American Security and Trust Building. The main pedimented
bay projects from the wall. By contrast, however, below the entablature of the west bay, created
by the 1920s addition, there is a recessed area. Windows in the addition, judiciously placed and

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

scaled to match those on the south façade of the American Security and Trust Building, enhance symmetry and the illusion of continuity between these two edifices. The upper window also provided light for the upper-story offices in the 1920s addition.

The monumental entry surround, set within the center of the original one-story building, is dressed with incised Greek motifs with an entablature supported by consoles. Paired windows flank the entry. Above the door and windows is a large multi-light window secured by bronze-colored metal framing.

The west elevation is five bays wide and four stories high with a fifth-story attic level hidden behind the parapet. Inset pilasters delineate the bays. The entablature from the façade continues onto the west elevation, but the cornice is much simpler. The north elevation is brick laid in a stretcher bond. Each of the five bays of the west elevation has a first-story window divided into nine lights. The second and third story windows create a single panel. The fourth-story windows punctuate the frieze. The parapet hides the fifth-story windows.

According to the HABS report for this building, it originally consisted of a single-room four-story building surrounded by U-shaped counters. The counter was broken at the rear by a pedimented vault opposite the main entrance. Sawyer described this as a "cockpit" plan, where the surrounding counters eliminated the need for marble wainscoting. A large window behind the vault and a skylight once lit the original interior. Balconies now obscure the light from the north wall.

***Blair House: The President's Guest House Complex (1824; ca. 1859; ca. 1860)***

1651-53 Pennsylvania Avenue, NW
***Previously listed as an NHL (10/15/1966, NHLS# 66000963)*** – **4 Buildings**

The Blair House: The President's Guest House Complex (Blair House complex) consists of four dwellings that are connected. The complex is located at 1651-1653 Pennsylvania Avenue, NW, and 700-704 Jackson Place, NW. Located at the northwest corner of the intersection at Pennsylvania Avenue, NW, and Jackson Place, NW, this mixed-style building complex represents at least three different periods and architectural styles. The composition has two façades, one facing south toward the State, War, and Navy Building and the White House, and the other facing east onto Lafayette Park. There are no known architects associated with the design and construction of any of the original buildings in the complex, although several architects have been associated with later architectural modifications. In order of construction: the Blair House (1651 Pennsylvania Avenue) was built for Dr. Joseph Lovell (1789-1836), the first Surgeon General of the United States, ca. 1824; the Lee House (1653 Pennsylvania Avenue), constructed for Elizabeth Blair Lee and her husband Samuel Phillips Lee, dates to ca. 1859; and 700-704 Jackson Place, NW, possibly built by Dr. Peter Parker as a speculative venture, dates to ca. 1860.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The four separate dwellings of the Blair House complex are connected with hyphens. Together these buildings are given a sense of visual unity along Pennsylvania Avenue, NW, by uniformly smooth, planar surfaces that are stripped of any decorative details and broken only on the first story by the projecting bay windows of 700 Jackson Place, NW, the connecting hyphen, and the entrance porch at 1651 Pennsylvania Avenue, NW. The cohesive quality of its smooth surfaces contrasts with the plasticity of the adjacent Renwick Gallery. The separate yet conjoined buildings are also unified by the use of an underlying classical language, masonry construction, a common cornice line, unified floor levels, raised basements, water tables with projecting sills that run at the same level, similar fenestration patterns at all floor levels, and the planar quality of the walls that front Pennsylvania Avenue, NW. By retaining their original nineteenth-century Italianate façades, the buildings of the Blair House complex that face Jackson Place, NW, achieve an even higher level of unity than those along Pennsylvania Avenue, NW.

The building complex stands as a three-story unified presence on Pennsylvania Avenue, NW. The buildings and hyphens are constructed of brick. The Blair House façade, which breaks this uniform appearance, is stuccoed and scored to resemble rusticated stone and painted light yellow with white trim. Corner quoins are present on two of the three major south-facing elevations. Meanwhile, the picturesque roofline provides each structure with its own individual voice. An Italianate-style bracketed cornice at the roofline, a stepped back porch, and rear addition delineates the three-story hipped-roof Jackson Place, NW, structure. The three-and-one-half-story side-gable hyphen to the east and the three-and-one-half-story side-gable Lee House to the west serve to bracket the Blair House, which is distinguished by the presence of a rectangular attic level with a flat roof and denticulated cornice. The present roofline and attic were added to the Blair House in 1866. The side-gable roof and gable dormers of the Lee House were added in 1901.

The Blair House of today still echoes the early Federal Classicism of the original building design through the presence of a semicircular fanlight at the entrance. However, it also reflects a pared-down Greek Revival aesthetic in its use of tripartite windows and a denticulated cornice. The Early Federal-style portico, although a later addition, harkens back to the original period of construction. Evidence shows that the early Blair House consisted of a two-story three-bay side-gabled brick dwelling with a central entrance and high-end fire walls from which four chimney stacks rose. On the east elevation, centrally located under the stair hall window, was a small one-story shed-roofed addition with a latticework front.

Although it is of later construction, the Lee House reflects a more Spartan version of Federal Classicism with its molded jack arch lintels, denticulated cornice, side-gable roof with pedimented gable dormers, aediculated building entrance with semicircular fanlight and tracery, and slip sills on the first two stories topped by a string course running sill on the third story. The Historic Structure Report for the Blair House complex states that the Lee House was originally a two-story three-bay hipped-roof structure built of brick. The original building had extended eaves with Italianate-style brackets, an attic story with three cornice windows, and a balustraded roof deck. The doors and windows of this initial period were also noticeably larger than those of

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

the earlier, Federal-period Blair House. Today, the fenestration of the two buildings, although varied in composition, is similar in both scale and location.[38] The Historic Structure Report explains:

> Continual changes to the façade of the Blair and Lee houses over the past 100 years have tended to mask the strong degree of contrast between the original design of these two buildings, which although only 35 years apart in their construction date, were stylistically generations apart.

Thus, over time the marked stylistic differences between these two structures have been subsumed by the pursuit of an overall unity of design for the building complex as a whole.

The Pennsylvania Avenue, NW, aspect of the complex ends with the south elevation of the 700 Jackson Place, NW, dwelling, which runs along Pennsylvania Avenue, NW. This section reflects a late nineteenth-century Italianate version of classicism with its extended eaves, bracketed cornice, and wide frieze before turning the corner onto Jackson Place, NW, where it shifts to a late nineteenth-century Victorian aesthetic.

The façades fronting on Jackson Place, NW, composed of the two ca. 1860 Peter Parker Town Houses, at 700 and 704 Jackson Place, NW, present a more unified exterior appearance than those fronting on Pennsylvania Avenue, NW. The Jackson Place, NW, façades are three-story three-bay Italianate-style brick masonry attached rowhouses with a shared paneled wood cornice that is painted, bracketed, and modillioned. Corner quoins delineate 700 Jackson Place, NW, from 704, and a vertical down spout visually separates 704 Jackson Place, NW, from the neighboring 708 Jackson Place, NW. Capped by a standing-seam metal hipped roof, the two rowhouses rest on a common raised basement. An open cast-iron balcony, painted black, projects from the façade below the first-story windows in the south and center bays of each rowhouse. Cast-iron scroll-shaped brackets carry the balconies, whose iron patterns vary by dwelling. Constructed of original brick, the façade of the Jackson Place, NW, buildings are trimmed with replacement red-brown sandstone, and the rear elevations are constructed and trimmed with red brick.

The façades of the Jackson Place, NW, dwellings have two entrances. The principal entrance of each house is located in the north bay of the first story, and consists of a straight-run flight of nine red-brown sandstone steps, terminating in a sandstone landing that leads to the entrance. Each of the stoops, patched with composite mortars and painted a light red color, is composed of original sandstone and replacement cast-stone treads. Surmounting each entrance is an Italianate-inspired red sandstone surround, composed of an oversized elliptical arch pediment supported by scrolled brackets. Set within each surround are raised-panel, double-leaf wood doors and a plate-glass rectangular transom. The entrances themselves are set within a wood brick mold. The basement entrances on both houses are located in the north bay of the building, below the stoop, and accessed via an areaway. Both the doors and trim of these entrances are painted.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

The fenestration of the Jackson Place, NW, rowhouses consists of two-over-four and two-over-two double-hung painted wood-sash windows. Projecting, molded sandstone lintels and the sandstone water table serve to trim the floor-length parlor windows of the first story, and matching lintels and plain sandstone lug sills trim the second- and third-story windows. Generally symmetrical in their arrangement, the window openings are identical in width and decreasing in height from the first, to the second and third stories. The basement windows are protected by metal grilles and abut the water table above with slip sills.

***Former Corcoran Art Gallery (Renwick Gallery of the Smithsonian American Art Museum) (1859-1861)***

1661 Pennsylvania Avenue, NW
***Previously listed as an NHL (03/24/1969, NHLS# 69000300)***

James Renwick, Jr. (November 1, 1818-June 23, 1895) designed the 1859-1861 Corcoran Art Gallery, at 1661 Pennsylvania Avenue, NW. The Second Empire-style rectangular building located on the northeast corner of 17th Street, NW, and Pennsylvania Avenue, NW, faces south toward the State, War, and Navy Building. Designed for William W. Corcoran to house his art collection, the building embodies nineteenth-century American eclecticism and the Second Empire style.

The Second Empire style originated in France and features the mansard roof, which can usually be distinguished by the profile of a compound curve. Buildings in this style are characterized by attributes such as a central pavilion projecting outward from the façade and classical pediments with elaborate heavy detailing and trim. Other common elements to the Second Empire are a heavy cornice supported by decorative brackets, slates arranged in decorative patterns covering a mansard roof, and a curb or railing that is enclosed with decorative metalwork cresting and borders the roof. Buildings of this type frequently have windows with upper and lower sashes that are divided into two parts, each of which are pedimented, bracketed, or hooded, and usually have square or arched heads. Tall windows on the first story are another shared feature of the Second Empire style, as is a pair of paneled entry doors with glass in the upper panels. Arched doorways and steps leading up to the building from street level often frame these doors.[39]

Begun in 1859, the former Corcoran Art Gallery is a notable early example of the Second Empire style. Other prominent examples are Philadelphia's City Hall and the State, War, and Navy building of Washington, D.C., both of which date to 1871. Through their use of monochromatic construction materials such as gray granite, marble, and sandstone, the two later examples lack the visual intrigue provided by the contrasting physical components of the former Corcoran Art Gallery. The gallery consists of a two-story brick and red Seneca sandstone building, five bays by seven bays, that rests on a rusticated water table shielded behind a retaining wall. A sandstone sill separates the basement of the structure from the upper stories, and a set of three pavilions, one on each corner, anchors the building. A single larger fourth pavilion adorns the facade and contains the main entrance, which opens on Pennsylvania

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                  **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

Avenue, NW. Crowned with replacement metal cresting, mansard roofs with slate shingles cap each of the pavilions. The entire roofline was originally dressed by ridgeline cresting. Today, the cresting exists only on the restored pavilions. The slate-shingled roof rests on an elaborate, projecting cornice dressed with modillions. Since it was designed to be viewed from the south and west, the building has no pavilion on the northeast corner. Another interesting feature is the sparse detailing of the west elevation, which lacks the kind of central pavilion that characterizes the building's façade.

Vermiculated pilasters and corner quoins delineate the bays of the gallery's first story, and pairs of pilasters with foliated capitals define the bays of the second story. A string course serving the role of an entablature caps the pilasters and, in combination with the building fenestration, unifies the two stories into a single composition. Originally centered over the first-story windows were 11 large niches, four on the Pennsylvania Avenue, NW, façade and seven on the 17th Street, NW, façade. From ca. 1885 to ca. 1900, all these niches contained 7-foot high marble statues of artists and sculptors. Two niches located in the west elevation contain statues of Rubens and Murillo today, and the remaining nine niches have been converted to windows. Other decorative devices used on the structure include attributes relating to Architecture and Music, wreaths of finely carved foliage, and sculpted foliage swags, and monograms of W.W. Corcoran.[40] Included on the central pavilion is a bronze medallion profile of William Corcoran in the central pediment; the inscription "Dedicated to Art" in the frieze panel below the pediment; as well as two groups of putti over the tops of paired columns.

A straight-run flight of eight red-brown sandstone steps terminates in a sandstone landing and provides access to the principal entrance, located in the center bay of the first-story façade on Pennsylvania Avenue, NW. Red-brown sandstone cheek blocks flank both stairs and landing. The elliptical arch entrance is set within a monumental, shouldered carved sandstone portal with a lion's head keystone. The outer door opening contains double-leaf paneled wood doors surmounted by an arch-headed glazed transom, and double-leaf, one-light frosted glass doors within wood frames stand in the inner entrance. All of the wood elements of the entryway are stained.

A Palladian window flanked by paired Corinthian columns is located above the entrance. Over the window is an arched recess filled with carved decorations, and a triangular pediment surmounts the projecting central bay. The corner pavilions of the building are ornamented in a similar manner, except that fluted pilasters are used instead of engaged columns and the pediments are arched. Carved corncobs nestle into the acanthus leaves that ornament the Corinthian capitals. This feature was taken from the corncob capitals designed by Benjamin Henry Latrobe for the U.S. Capitol building, but unfortunately it is not visible from the ground.

The original fenestration of the gallery building consisted of elliptical shouldered carved sandstone architraves with cartouche-style keystones. These rested on running molded sills with elliptical arch-headed two-over-two double-hung wood-sash windows painted red-brown. Decades prior to the 1960s-1970s renovation, the niches were converted to windows, and at least

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                     County and State

one was later bricked over on the west elevation. The windows are arched one-over-one-over-triple-hung sash windows that were also painted red-brown. During the renovation two windows on the west elevation were converted back to niches. Centered over each niche are carved sandstone foliated swags, and the niche windows in the corner pavilions are dressed with Italianate-style, pedimented architraves. Wrought-iron balustrades are located at the base of the second-story niche openings.

The exterior decorative embellishments of the gallery were completed during the 1880s, and included a bronze plaque with the profile of William Corcoran cast in Rome by Moses Ezekiel of Virginia, and two bronze monograms of Corcoran's initials on the front façade. Seven-foot-high marble statues once filled the sandstone niches on the second story. These statues were also crafted in Rome by Ezekiel between 1879 and 1884. The four niches on the front of the building contained statues of Pheidias, Raphael, Michelangelo, and Durer; those on the west side sheltered likenesses of Titian, da Vinci, Rubens, Rembrandt, Murillo, Canova, and Crawford. Statues of Rubens and Murillo remain. Two bronze lions, one asleep and one half-asleep, were placed on either side of the front entrance in 1888 and replaced a pair of cast-iron gas lampposts that originally stood on the steps. The lions were moved to this location in 1896-1897 but were later relocated once more and now rest in front of the new Corcoran Art Gallery building at 500 17th Street, NW.

In 1889 a large annex was erected at the rear of the gallery to house the Corcoran School of Art. The building addition's front was one story, and it contained three classrooms lighted by skylights. At the back of the first story was a room containing art works donated to the gallery by Mrs. Benjamin Ogle Tayloe, who resided on Madison Place, NW. This annex was removed during the 1960s renovations.

Since its construction, the interior and exterior of the gallery have been modified four times, including changes made by the United States Army during the 1860s, a restoration by William Corcoran in the early 1870s, modifications by the U.S. Court of Claims in the early twentieth century, and a second restoration in the late 1960s by the Smithsonian Institution. The principal rooms were restored to their more basic, original design. The primary rooms on each story are located at the north end of the building. The central entrance to the building leads into a vestibule, from which a broad staircase leads to the second story.

The original Corcoran Art Gallery (now the Renwick Gallery) is a unique and excellent early extant example of the Second Empire style. Its unusual combination of red brick and Seneca sandstone enhances the visual contrast between the structure's neoclassical details and the architectural body they adorn.[41] This distinctive choice of materials is further emphasized by the building's location, standing directly across Pennsylvania Avenue, NW, from another Second Empire-style structure of a later date, the State, War, and Navy Building. Stationed so close together, the early 1859 Second Empire design of the former Corcoran Art Gallery offers a stark contrast to the later 1871 Second Empire design of the State, War, and Navy Building.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

*State, War, and Navy Building (Dwight D. Eisenhower Executive Office Building) (1871-1888)*

Southeast corner of 17th Street, NW, and Pennsylvania Avenue, NW
*Previously listed as an NHL (06/04/1969, NHLS# 69000293)*

Architect Alfred Bult Mullett (April 8, 1834-October 20, 1890), along with engineers Thomas Lincoln Casey (May 10, 1831-March 25, 1896) and Richard von Ezdorf (1848-1926), designed the 1871-1888 State, War, and Navy Building. This Second Empire-style figure-eight plan building is located on the southeast corner of 17th Street, NW, and Pennsylvania Avenue, NW, directly south of the former Corcoran Art Gallery (Renwick Gallery of the Smithsonian American Art Museum). The State, War, and Navy Building embodies nineteenth-century American eclecticism and the Second Empire style, which originated in France. This style features mansard roofs and can usually be distinguished by the profile of a compound curve. Second Empire buildings are often characterized by a central pavilion projecting outward from the façade and classical pediments graced with elaborate, heavy detailing and trim.[42] As outlined in the *Buildings of the District of Columbia:*

> None of the distinctive elements of Mullett's building corresponded to the recent additions in the Tuileries courtyard of the Louvre, always cited as a prototype for American Second Empire architecture. Instead Mullett turned to 17th-century models, such as François Mansart's Château de Maisons-Laffitte of 1642 and Jules Hardouin-Mansart's Church of the Invalides (1675-1706), where sculpture was subservient to architectural ordinance. Mullett's main porticoes shared with Hardouin-Mansart's church open and deeply recessed two-story porticoes where pairs of columns flank the central openings and seem to push it forward.

Built in 1871-1888, the State, War, and Navy Building is notable as a later example of the Second Empire style. Other prominent examples of this building style include the former Corcoran Art Gallery Building (1859) and Philadelphia's City Hall (1871). Because they use monochromatic construction materials such as gray granite, marble, and sandstone, both the State, War, and Navy Building and Philadelphia's City Hall lack the visual intrigue provided by the contrasting physical components of the former Corcoran Art Gallery. The most interesting aspect of the State, War, and Navy Building is its modular system of construction, which can be easily read on the building's exterior. Mullett's use of columns and pilasters at the pavilions combined with the rhythmic quality of the aediculated window treatments create modular three-dimensional walls. Decorative and emblematic sculpture is relegated to dormer windows and segmental pediments top the mansard roofs that crown the pavilions. Construction of the State, War, and Navy Building utilized spatial modules of varied sizes to determine the location of structural components. The use of spatial modules also provided the economic benefit of regularized construction, and successfully allowed the integration of a small number of rooms of extremely high architectural significance with a large number of rooms of little architectural significance. According to the 1991 Historic Structure Report, "this approach, with its dual emphasis on rational structure and hierarchical planning, is a signature technique of French

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

architectural practice and was widespread in Europe and America at the time of the building's design."[43]

## Exterior

The heavily rusticated subbasement and basement of the State, War, and Navy Building form a pedestal for three more stories. Two additional stories are located behind the mansard roof, and projecting quoins give visual weight to the corners of the building. [44] Keystones dress segmental headed masonry openings at the basement story. Stone for the subbasement and all courtyard-facing walls consists of pinkish granite, quarried from the Fox Islands of Vinalhaven, Maine, located northeast of Portland. This material is different from the stone used in the north walls and porticoes above the subbasement and basement level, which consists of gray Petersburg granite from the Green Quarry, near Richmond, Virginia.[45]

The first story of the building is separated from the basement level by a continuous projecting water table that supports a series of recessed panels and associated windows. Windows throughout the building are framed with aedicule treatments composed of projecting hoods that are supported on curvilinear brackets and shallow pilasters. Mullett's window enframements deviate from standard practice by reversing the order of elaboration on the structure, placing the segmental pediments over first-story windows, triangular pediments over second-story windows, and flat lintels on the top story. Insignia on the shields above each window identify the departments originally housed in each wing: the Navy Department was on the south side, State on the east, and War on the north and west. Most of the windows are two-over-two double-hung wood sash. Contrary to traditional Classical ordering of principals, those portions of the flanking street-facing elevations located between the central and corner pavilions contain an even, rather than an odd, number of window openings. The stories are separated by a continuous full denticulated Doric entablature with bands running along the window sills at the balcony level. The full entablature used to delineate each story counteracts the otherwise vertical thrust of the orders, once again emphasizing the modular nature of the building's design. In contrast, courtyard-facing elevations above the basement are unornamented and sheathed with smooth coursed flush-jointed granite ashlar capped by a modest stone cornice.

Three smaller round-headed arched dormers project from the very top of the mansard. Engaged columns flank the windows of the three-bay end pavilions on the north and south facades; the corners are articulated by engaged pilasters. Above the third-story entablature is a triangular pediment, surmounted by a large dormer like that of the central pavilion.[46] Masonry openings on the first, second, and third stories vary in size.[47]

The overall design of the street-facing elevations are based on an A-B-C-B-A arrangement of projecting corner (A) and central pavilion (C) bays, located on either side of curtain wall recessed (B) bays. Six-bay five-story side wings flank the north and south central pavilions. Although similar in design to the north and south elevations, the longer east and west façades have additional two-bay side pavilions that flank the seven-bay central pavilion. Side wings

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

along the longer east and west elevations have 10 bays rather than six, and their five-bay end pavilions have a portico on the first story and a colonnade on the second. These end pavilions also serve as entrances on the basement level.[48] Originally, this approach reflected the central location of the building's high-level offices and ceremonial rooms, as well as the subordinate relationship of the supporting staff located in the east and west wings. Here the A-B-C-B-A pattern was extended to an A-B-X-C-X-B-A arrangement by the introduction of a lateral extension (X) to the central pavilions, thus accommodating the greater length of the east and west elevations.[49]

At the center of each facade is a six-story pavilion approached by a broad high flight of steps that lead up to the prostyle first-story entrance. The columns support a classical entablature and a balustrade that forms the base for the second-story portico. On the third and fourth stories, this portico becomes a colonnade. Located directly below the mansard roof, the fourth-story colonnade is Ionic with an entablature and triangular pediment. Huge chimneys capped by oversized chimney pots flank the mansard roofs of the central pavilions, which rise above the side wings. Jutting out of the roof are several small ornate round-arched dormers and one large central dormer with Ionic columns that support a round-arched pediment. Crowning each of these central mansards is a segmental arched pediment decorated with ironwork sculpture designed by Richard von Ezdorf.[50]

The design of the seven-bay center pavilion of the State, War, and Navy Building varies depending upon elevation; at the north and south elevations, the center pavilions consist of a projecting three-bay center portion flanked by two recessed wings, each one bay wide. This A-B-C-B-A arrangement reflects that of the north and south elevations as a whole. The three-bay center portion contains a series of freestanding paired Doric columns with fluted necking bands and incised echinus, which rest on plinths and support a five-bay balcony at the second story and a three-bay balcony at the third. In contrast to all other areas of the street-facing elevations, the granite walls of the center pavilions continue up to the fourth story, where their Doric elements are replaced with Ionic counterparts that are similarly marked with fluted necking bands. Contrary to the canons typical of the classic style, the Ionic columns in these sections are shorter than the Doric columns. Above the fourth level, these columns carry a triangular three-bay pediment that is blank. Capping the entire composition is a double-height slate-surfaced mansard located at the fourth story and flanked by the taller hipped-roof terminations of the adjacent one-bay sections of the building. A central arched pediment containing an ornamental cast-iron tympanum sits on top of the north and south wings. The north wing tympanum, designed by von Ezdorf, is based on military motifs. Thirty tall cast-iron chimneys are located adjacent to the mansard and hipped roofs.[51]

Although the overall design of the central pavilions on both east and west street-facing elevations is similar to those on the north and south, the greater length of the east and west wings elicits a proportionally suitable response in the design of the overall structure. Thus, the east and west central pavilions are divided into an X-A-B-C-B-A-X arrangement reflecting the overall rhythm of the east and west elevations. This is achieved through the addition of two-bay projecting

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

flanking wings (X bays) and the doubling of the width of the corresponding A units of the north and south wings (A bays). Although the treatment of the B-C-B portion of the east and west central pavilions is similar to their north and south counterparts, the A units are capped with a shallow hipped roof above the fourth story. The X units are capped with slate- and copper-sheathed arched roofs, arch-roofed granite dormers, and ornamented tympanums designed by von Ezdorf.[52]

Despite their architecturally subordinate role relative to the central pavilions, the corner pavilions follow a similar pattern and design, with the exception of the presence of a Doric order throughout their full height. The corner pavilions are three bays wide at the north and south elevations, and five bays wide at the east and west elevations. Each bay contains coupled flat pilasters at the corner; half-round pilasters frame the hooded window surrounds from the first through the third stories. A triangular three-bay blank pediment, carried on a continuous Doric entablature, surmounts the third story of each corner pavilion. The Doric entablature that surmounts the third story also supports the fourth story of the central pavilions. A slate-sheathed mansard rises above the blank pediment. The mansard attics of the pavilions are composed of a granite arch-roofed central dormer, each centered beneath an ornamented tympanum designed by van Ezdorf. At the five-bay east and west elevations, an arched extension of the basement wall supports a three-bay second-story balcony. Freestanding coupled Doric columns rest on plinths and support the balcony above, in a style similar to that used in the central pavilions.[53]

**Interior**

The interior of the State, War, and Navy Building originally had over 1.75 miles of corridors, 553 rooms, and about 10 acres of floor space. The interior decoration, much of it credited to Richard von Ezdorf, is in the style of an Austro-Venetian palace and is marked by gaslight chandeliers, door knobs with emblems specific to each individual department, carved mantels, and skylights and domes that arch over the great stairways. Perhaps the most notable interior elements of the structure are the great spiraling stairways. A single stairway is located at each corner of the building, and double ones stand in the center of the east and west wings. The floating effect of these stairways, which sweep in graceful curves from floor to floor, was achieved by notching each riser over the tread below and then embedding both treads and risers in the arch of the stairway wall.[54]

The most elaborately decorated rooms in the building are the three department libraries. The most luxurious of these is the Navy Library, now called the Indian Treaty Room, whose interior is embellished with marble panels, fluted pilasters, an elaborate ironwork balcony, tiled floors, and sculptured lighting fixtures.[55]

The State, War, and Navy Building was also remarkable for its modern technological amenities, some of which still survive today. According to the National Register nomination form written in 1969:

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                      OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

The State, War, and Navy [Building] was probably the first Federal building to have an elevator designed for it before construction. It also had a central hot water heating and plumbing system which was modern for the period. The 6,000 gas jets which originally lit the building were extinguished for the last time in 1913. Although the Executive Office Building has been modernized to a limited degree over the years, the important elements of its interior design remain largely unchanged.[56]

## Site/Surroundings

A granite wall and iron fence surrounds the State, War, and Navy Building. Although close to the sidewalk on its east and west sides, the building is set back substantially from the street to the north and south. A lawn and plaza separates the south elevation from the State Place, NW, and a similar plaza separates the north elevation from Pennsylvania Avenue, NW. The north entrance of the building is approached by a wide flight of granite steps leading down from the sidewalk to a flagstone court, before another set of monumental steps leads up again to the first story.[57]

The ground plan for the structure is laid out in the form of a figure eight, identical to that of the U.S. Treasury Building that was completed by Mullett in 1869. Indeed, the total area covered by the State, War, and Navy Building is the same as that of the Treasury. With the exception of updated security measures, the orientation, landscape design, and general setting of the State, War, and Navy Building are unchanged from the period of the building's completion.[58] Alterations to the landscape design since that time consist of selected tree removal and foundation plantings.[59]

Some modifications were made to the cast-iron light standards; however, the rest of the site has remained essentially unchanged from the period of construction, including the building's porches, stoops, terraces, and bulkheads.[60] Four large primary granite stairs stand at the north, east, west, and south street-facing elevations. Secondary granite stairs of more modest proportions are located at the corner pavilions of the east and west street-facing elevations.[61] Granite curbs, balusters, and walls frame a number of terraces, and walkways constructed of 3x3-foot red and gray flagstone pavers located predominantly at the north and south ends of the site. The red stone paving units are typically in good to fair condition; however, the gray units are typically fair to poor. Many of the gray slates are delaminating and crumbling at the edges.[62]

The exterior cast-iron lighting fixtures around the building consist of historical units that have been altered. Painted black, these fixtures are located above the masonry piers built into the perimeter fence system, and are stripped of the radial arms they once had. Their original clear glass prismatic lanterns have been removed and replaced with single milk-glass globes. Additional spotlights further illuminate the building's exterior walls today.[63]

## Contributing Buildings – Madison and Jackson Places, NW

Much of the following text relies on information provided by Swanke, Hayden, Connell Architects, *Historic Structures Report: Jackson Place Complex,* 3 vols. (Washington, D.C.:

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

General Services Administration, National Capital Region, July1, 1995); and information in
Short and Ford Architects, *Historic Structure Report and Preservation Manual for the Madison-*
*Cosmos-Tayloe Complex, Washington D.C., Final Report* (Washington, D.C.: General Services
Administration, National Capital Region, n.d.). Information was verified through site visits.

### *Richard Cutts House (Dolley Madison House) (1818-1820; additions 1851, 1893)*

Southeast corner of Madison Place, NW, and H Street, NW

The Richard Cutts House (Cutts House), best known as the Dolley Madison House, is a mixed-
style building representing at least three different periods and architectural styles. The house was
built between 1818 and 1820 for Dolley Madison's brother-in-law, Richard Cutts, from whom
James Madison obtained it in 1828. Dolley Madison lived here as a widow from 1837 until her
death in 1849. The west façade of the 1818-1820 portion of the building, fronting on Madison
Place, NW, rises three stories above a raised basement and is three bays wide. Above the
areaway is a one-story cast-iron porch with a Regency-style roof. On the first story are French
doors with transoms in each bay. On the second and third stories are six-over-six double-hung
wood-sash windows painted white with applied muntins. The windows have simple sills and
lintels with torus moldings. The 1820 block terminates with a frieze band, which is defined by a
painted metal bead and reel molding, inset with rectangular louvered vents, and capped by a
denticulated cornice, which is part of the 1886 alterations.

The walls of the Richard Cutts House consist of brick on a stone foundation. Both the brick and
the stone are stuccoed over and painted yellow. Sandstone sills and lintels are typical. The sills,
lintels, and frames are painted white. Both the side-gable roofs and the dormer roofs are covered
with blue-black slate tiles.

The Richard Cutts House consists of the original 1820 rectangular block, 30y feet wide by 47
feet deep. A hipped roof hidden by a parapet caps the building. The porch consists of cast-iron
openwork columns and railing, a wood plank deck, and a Regency-style roof sheathed in flat-
seamed sheet metal. To the east of the 1820 portion are two additions, added in 1851 and 1893,
which face H Street, NW. Both additions front directly on the public walk, are 16 feet deep, and
rise two and one-half stories with a shed roof and a habitable attic level. The use of bead and reel
molding, a projecting cornice, and side-gable parapet with three identical pedimented gable
dormers unifies the additions. The easternmost addition is distinguished by a lack of shutters on
the second story, a saw-toothed frieze above the bead and reel molding, and a small setback. The
entrance, located on the 1851 addition, is approached via a straight-run flight of three masonry
steps that terminates in a landing flanked by cheek blocks and iron handrails. A double-leaf
paneled wood door with decoratively carved pedimented round-arch surround and plate-glass
transom defines the 1851 addition. There is a one-story rectangular projecting bay in the center
of the north-facing elevation of the ca. 1820 block at the first story. The projecting bay has set-
back corners, a denticulated cornice, and a fixed nine-light wood-sash window in the center, and
one-over-one wood-sash windows on the sides.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

To the south of the ca. 1820 block, fronting on Madison Place, NW, is an addition dating from 1887. The two-and-one-half-story addition has a projecting modillioned cornice, a shed roof with side-gable parapet, and through-the-cornice pedimented gable dormers. A bay, 14 feet wide and 4 feet deep, projects from the center of the 1887 addition. The projecting bay rests on a podium, rises two stories, and is capped by a projecting cornice with bead and reel molding and a flat roof. The projecting bay, differentiated by stylized Tuscan pilasters, has a central fixed eight-light window with sidelights and transom on the first story, and six-over-six double-hung wood-sash windows on the second story. A stylized cornice serves as a string course between the stories of the projecting bay. Recessed oval panels accent the frieze band between the first and second story. Recessed rectangular panels accent the frieze band below the gable-roof of the addition. The Cosmos Club purchased the Madison house in 1886. It is currently part of the complex of the U.S. Court of Appeals of the Federal Circuit.

***Cosmos Club Building (1909-1910)***

Located due South of the Richard Cutts House on Madison Place, NW

The Cosmos Club, built in 1909-1910, is a Beaux Arts-style building fronting on Madison Place, NW, as additional club space and sleeping rooms connecting the Cutts House and the Benjamin Ogle Tayloe House, owned by the club. In 1952 the complex became part of the Court of Appeals of the Federal Circuit. The building is a four-bay five-story classical composition resting upon a raised basement. The elaborate entablature includes anthemion, egg-and-dart, modillion, and rosette details. The three northern bays project slightly from the southern bay and possess a separate fenestration plan. There are sill courses at the first-, second-, and fifth-story levels. The entry, in the second bay from the south, is below grade at the raised basement level and accessed by a straight run of stairs. There are windows with wells in the southern and two northern bays in the raised basement. Both the windows and their wells are covered with security bars. The southern bay has a six-over-six double-hung sash window on each story. In the northern three bays the fenestration pattern is as follows: divided-light French doors with balconets and divided fanlights on the first story, and six-over-nine double-hung sash windows with balconets on the second story and at the center of the third story. The remainder of the third story and the entire fourth story have six-over-six double-hung sash windows. The fifth-story windows, in the northern three bays, are a tripartite style with six-over-six double-hung sash flanked by two-over-two double-hung sash. The windows in the southern bay have jack arch lintels with flanged ends. Elaborate lintels with raised rectangular center and corner blocks distinguish the fifth-story windows, flanked by recessed panels. The round-headed French door openings are embellished with impost blocks and Corinthian keystones.

The raised basement is faced in gray granite ashlar. The walls above the basement height are faced in a buff brown brick. Frequently the bricks used in the bonding patterns have a ferruginous quality that has contributed to some staining. The sill courses, window lintels, keystones, and impost blocks, as well as entablature and balustrade, are articulated in Indiana limestone with a sand-rubbed finish. The French windows with transoms, and all multi-pane sash

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

windows, are constructed of painted wood. The entry door, as well as the surrounding side and
transom panels, are also painted wood. Wrought iron, painted black, is employed for the
decorative balconets. The window well grates and window guards are made of steel and painted
black.

*Benjamin Ogle Tayloe House (1828, 1893)*

**Located due South of the Cosmos Club Building on Madison Place, NW**

The Benjamin Ogle Tayloe House (Tayloe House) is a mixed-style building representing at least
three different periods and architectural styles. The façade of the 1828 portion of the Tayloe
House is three stories high and three bays wide. The original entry, located in the center bay of
the first story, is composed of a tripartite window with brick sill enclosed with a Federal-style
surround of limestone Tuscan columns carrying an entablature. The central window is a six-over-
six double-hung sash flanked by geometric leaded one-over-one fixed sash. All of the first-story
sash windows date from the 1893 renovation. Applied muntins were added in the 1960s at the
time of the Warnecke renovations. On the second story are divided-light French doors with
divided-light transoms above. A mid-nineteenth-century cast-iron roofed verandah extends
across the front of the second story of the building. The Regency-style porch roof is covered in
flat-seamed sheet metal. Windows on the third story are six-over-six double-hung sash. All of the
windows and doors have louvered shutters with the exception of the original entry. The windows
have simple sills, and the lintels have bull's-eye corner blocks. A modillioned cornice extends
across the top of the building. Two gabled pedimented dormers pierce the gabled roof. The sills,
lintels, dormers, and roof are all original to the 1828 structure. The present cornice was
introduced in 1893.

The wall is faced in red brick laid in a Flemish bond with tooled joints and painted pale yellow.
The columns and entablature surrounding the original entry in the central bay of the first story
are limestone. The sills and lintels appear to be stone painted white. The sash windows, and
second-story French doors with transoms, are all constructed of white-painted wood. The wood
louvered shutters, which appear on all three stories, are painted dark green.

The main roof is gabled and sheathed in blue-black slate. The cornice is fashioned out of sheet
metal. Projecting through the roof are two wood gabled dormers, which are painted white and
roofed with slate.

The 1893 stair hall addition, attached to the north elevation of the 1828 block, is one bay wide
and, like the 1828 block, constructed of brick painted yellow. There is a two-story semicircular
projecting bay on the façade. The projecting bay has four limestone Doric columns on the first
story, which support an Aquia Creek sandstone entablature, from which rises the brick-faced
second-story bay. Dominated by a large Palladian window, the third-story brick wall is flush
with the wall of the 1828 building. Between the columns of the entry portico are infill wood

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

panels and double-leaf wood doors, all painted white. There is leaded glazing in the doors and
porch windows. All the second- and third-story windows are constructed of wood painted white.

Above the metal cornice, on top of the projecting bay, is a black cast-iron railing, which matches
the railing on the 1820s balcony. The primary cornice is made of sheet metal and copper, and
matches that of the 1828 house.

The Tayloe House was purchased by the Cosmos Club in 1917. In 1952 the Tayloe house
became part of the Court of Appeals of the Federal Circuit.

**Contributing Buildings – Jackson Place, NW:**

The Jackson Place, NW, complex is composed of 11 building units: 708, 712, 716, 718, 722,
726, 730, 734, 736 and 740, and 744 Jackson Place, NW. Numbers 708, 712, 716, 730, 734, and
736 Jackson Place, NW, are attached nineteenth-century rowhouses constructed between ca.
1860 and 1878. These dwelling-type structures contribute to the early historic fabric of the
Lafayette Square Historic District. The 1967-1968 infill structures, at 718, 722, 726, 740, and
744 Jackson Place, NW, are not part of the early historic fabric, yet they contribute to the period
of significance associated with John Carl Warnecke's preservation plan associated with
Presidents John F. Kennedy and Lyndon B. Johnson administrations. These ca. 1960s buildings,
if constructed as part of a rehabilitation project today, would not conform to the Secretary of the
Interior's Standards for Rehabilitation, (first published in 1979). Current rehabilitation standards
as stated in Department of Interior regulations, 36 CFR 67, require that new additions, exterior
alterations, or related new construction shall be differentiated from the old and compatible with
the massing, size, scale, and architectural features to protect the historic integrity of the property
and its environment.

*Peter Parker Houses (found in the inventory under Blair House: The President's Guest House*
*Complex) (ca. 1860)*

700-704 Jackson Place, NW

The ca. 1860 Peter Parker rowhouses at 700-704 Jackson Place, NW, may have been built by Dr.
Parker, envoy to China from 1855 to 1857, as a speculative venture. Although included in the
Blair House complex, the dwellings retain their original nineteenth-century Italianate character.
Notes taken from Benjamin Ogle Tayloe's *Our Neighbors on Lafayette Square: Anecdotes and*
*Reminiscences* indicate that toward the end of President James Buchanan's administration, three
houses were added on Jackson Place, NW, opposite the southwest corner of the park. Tayloe's
notes place the Parker house as the southernmost dwelling, followed consecutively by the
Townsend House and the Trowbridge House. If this order is correct and the addresses
ascertained for this project are accurate, the evidence would indicate that General Townsend,
who according to Tayloe was retired from the army, occupied 704 Jackson Place, NW. This

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

house became the scene of the founding of the Pan American Union which later became the
Organization of American States.

For an additional physical narrative of the 700 and 704 Jackson Place, NW, dwellings, see the
detailed description of the Blair House: The President's Guest House Complex seen above.

***William Petit Trowbridge House (ca. 1860) / Carnegie Endowment for International Peace
Headquarters***

708 Jackson Place, NW
***NHL Listing 09/13/1974 (NRIS #74002156)***

William Petit Trowbridge (May 25, 1828-August 12, 1892), an engineer, graduated from the
United States Military Academy at West Point in 1848. As a member of the Army Corps of
Engineers, he served in New York City during the Civil War supplying materials for
fortifications and superintending the construction of the fort at Willett's Point, repairs of Fort
Schuyler, and Governor's Island in New York harbor. Other notable occupants of the building
included the United States Committee on Public Information and the Carnegie Endowment for
International Peace. The current occupant is the White House Domestic Policy Council.

The ca. 1860 William Petit Trowbridge House is a three-story three-bay Italianate-style brick
masonry attached rowhouse with a bracketed wood cornice painted taupe. The dwelling, capped
by an attic within a mansard roof, added ca. 1880, rests on a raised basement. The roof, covered
with scalloped gray slate shingles, has three stamped-metal Greek Revival-style dormers painted
taupe. An open cast-iron balcony, painted black, projects from the façade below the first-story
windows in the south and center bays. Six matching cast-iron scroll-shaped brackets with eagle
heads carry the balcony. Constructed of original brick, the façade is trimmed with replacement
red-brown sandstone. A smaller cast-iron balconet projects from the façade above the entrance.
The rear elevation is constructed of and trimmed with red brick.

The façade has two entrances. The principal entrance is located in the north bay of the first story.
A small brick two-step stoop followed by a straight-run flight of seven red-brown sandstone
steps terminates in a sandstone landing that leads to the entrance. The stoop, patched with
composite mortars and painted light red, is composed of original sandstone and replacement cast-
stone treads. The entrance is set within a corbelled segmental elliptical arch brick surround. The
surround consists of a continuous outer wythe projecting from the wall plane surrounded by an
indented or toothed wythe followed by a continuous inner wythe that is flush with the wall plane.
The segmental-arched entrance is composed of double-leaf walnut doors. Each leaf consists of
four panels (three lower wood panels capped by a one-light upper pane), all set within a wood
brick mold. The basement entrance, located in the north bay below the stoop and accessed via an
areaway, contains a paneled wood door flanked by glazed sidelights. Both the doors and trim are
painted.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

The fenestration of the building consists of two-over-four and two-over-two double-hung wood-sash windows painted black. Projecting molded sandstone lintels and the sandstone water table serve to trim the floor-length parlor windows of the first story. Matching lintels and plain sandstone lug sills trim the second- and third-story windows. Generally symmetrically arranged, the window openings are identical in width and decrease in height from the first through the second and third stories. The northernmost second-story window is full height to provide access for the balcony above the main entrance. The basement windows have painted wood lintels abutting the water table above with slip sills below. Most windows on the façade are equipped with louvered wood shutters painted black.

***James Alden House (ca. 1870)***

712 Jackson Place, NW

Rear Admiral James Alden, Jr. (March 31, 1810-February 6, 1877) built the dwelling following the Civil War. Alden, an associate of Charles Wilkes, participated in the United States Exploring Expedition of widely separated areas of the Atlantic and Pacific Oceans including Brazil, Tierra del Fuego, Antarctica, Chile, Australia, New Zealand, the west coast of North America, the Philippines, and the East Indies, commonly referred to as the Wilkes Expedition, between 1838 and 1842. Colonel Henry R. Rathbone (July 1, 1837-August 14, 1911) and his fiancée, Clara Harris (1845-December 23, 1883), who accompanied the Lincolns to Ford's Theater the night of April 14, 1865, also resided at 712 Jackson Place, NW. The President's Commission on White House Fellowships and the Harry S. Truman Scholarship Foundation are the current occupants.

The ca. 1870 James Alden House is a three-story three-bay Italianate-style brick masonry attached rowhouse with a bracketed wood cornice painted brown. Capped by an attic and a low-gable roof, the dwelling rests on a raised basement. The roof has three round-arch dormers. The roof treatment is not visible. Constructed of original brick, the façade is trimmed with replacement red-brown sandstone. The rear elevation is constructed of and trimmed with red brick.

The façade has three entrances. The principal entry is located in the north bay of the first story. A small two-step brick stoop followed by a straight-run flight of eight red-brown sandstone steps leads to the entrance, where it terminates in a sandstone landing. Red-brown sandstone balustrades flank the stairs and landing. The stoop, patched with composite mortars and painted light red, is composed of original sandstone and replacement cast-stone treads. The doorway is set within a pedimented Italianate-style bracketed sandstone surround. The entrance is composed of two sets of double-leaf wood doors. Each leaf of the outer doors consists of a pair of square side-by-side carved wood lower panels beneath a rectangular vertical one-light plate glass upper panel. Each leaf of the inner door consists of a recessed wood lower panel with a glazed one-light round-arched upper panel. A rectangular glazed transom surmounts each set of doors, which are all set within a wood brick mold. The doors and trim are painted black. The original basement entrance, located in the north bay below the stoop, contains a glazed paneled wood

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)                         _____
Name of Property                                                      County and State

door, flanked by glazed sidelights. Both the doors and trim are painted black. By enlarging an original window opening in 1922, a third entrance was created in the center bay of the basement. This doorway is framed by a painted Colonial Revival-style wood surround and contains a glazed paneled painted wood door.

The fenestration of the building consists of two-over-two double-hung wood-sash windows painted black. Projecting running molded sandstone lintels, sandstone lug sills, and sandstone spandrels trim the windows of the first story. Matching lintels and plain sandstone lug sills trim the single basement window, three second-story windows, and three third-story windows. Symmetrically arranged window openings are identical in width but decrease in height from the first through third stories. The dormers have painted, one-over-one wood casement windows.

***Mary Jessup Blair House (1867)***

716 Jackson Place, NW

Mary Serena Eliza Jessup Blair (1827-n.d.) owned 716 and 718 Jackson Place, NW. Blair was married to James Blair, the son of Francis Preston Blair, for whom the Blair House was named. James Blair was part of the Wilkes Expedition of 1838 to 1841. Following James's death, Mary Blair built the two houses south of the former Dr. Thomas Ewell House. She used the house at 718 Jackson Place, NW, as her personal residence, and the dwelling at 716 Jackson Place, NW, served as an investment property that she rented to others. Other notable occupants of 716 Jackson Place, NW, were Supreme Court Justice Oliver Wendell Holmes, Jr., statistician Roger Babson, the United States Committee on Information, and Secretary of the Treasury Andrew W. Mellon.

The 1867 Mary Jessup Blair House is a three-story three-bay Italianate-style brick masonry attached rowhouse with a bracketed modillioned wood cornice painted white. Capped by an attic within a mansard roof, the dwelling rests on a raised basement. The roof, covered with gray slate shingles, has two hipped-roof dormers. Constructed of original brick, the façade is trimmed with replacement red-brown sandstone. The brickwork is painted off-white. The rear elevation is constructed and trimmed with red brick.

The façade of this building has two entrances. The principal entry is located in the north bay of the first story. A straight-run flight of seven red-brown sandstone steps leads to the entrance, where it terminates in a sandstone landing. The stoop, patched with composite mortars and painted light red, is composed of original sandstone and replacement cast-stone treads. Red-brown sandstone balustrades flank the stairs and landing. The approach steps and landing rest on a raised brick platform that is shared with the approach steps and landing of 718 Jackson Place, NW. The doorway is set within a pedimented Italianate-style bracketed sandstone surround. The entrance is composed of double-leaf paneled black-painted wood doors surmounted by a rectangular glazed transom, all set within a wood brick mold. White painted trim is typical. The

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

original basement entrance, located in the north bay below the stoop, contains a paneled wood door, flanked by glazed sidelights.

The fenestration of the building consists of two-over-two double-hung wood-sash windows painted white. Red-brown sandstone lintels and sills are typical. Projecting running molded stone lintels with nailheaded corbels and paneled stone spandrels with slip sills trim the first-story window. Trimmed in a similar manner, the second- and third-story windows lack corbels and spandrels. Symmetrically arranged window openings are identical in width but decrease in height from the first through the third stories. The water table above and slip sills below trim the basement window openings. The dormers have paired eight-pane wood casement windows painted white.

### *718 Jackson Place, NW (1960s)*

Location of the former Mary Jessup Blair House (1867)

The 1960s office building at 718 Jackson Place, NW, is located on the site of the former Mary Jessup Blair House. Mary Blair built 718 Jackson Place, NW, as an investment property following her husband's death. (See Mary Jessup Blair House description for additional historic information.) In 1935-1936 the house was replaced by a four-story apartment building by the Federal Services Corporation.[64] The White House Council on Environmental Quality currently occupies the present building as well as 722, 730, 734 and 736 Jackson Place, NW.

The building is a three-story three-bay attached masonry building with a dentiled white painted wood cornice. Capped by a mansard roof, the office building, designed to resemble a rowhouse-type dwelling, rests on a raised basement. The roof, covered with gray slate shingles, has three gable dormers. A sandstone sill course runs between the raised basement and upper stories. The façade is constructed of red brick laid in a stretcher bond.

A straight-run flight of seven sandstone steps terminating in a brick landing provides access to the principal entrance, located in the south bay of the first story. Iron rails painted black line the stairs and landing. The approach steps and landing rest on a raised brick platform shared with the approach steps and landing of 716 Jackson Place, NW. A sailor course label mold delineates the recessed elliptical arch entrance. Set within the open vestibule, the entry is composed of a molded wood frame with raised-panel double-leaf wood doors and a plate-glass elliptical arch transom. Both the door and trim are painted black.

Stone lintels and sills with two-over-two double-hung wood-sash windows are typical. The sashes are painted white. There are blind panels below the first-story windows. The windows on the facade are equipped with louvered wood shutters painted black.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                            County and State

### 722 Jackson Place, NW (1960s)

Location of the former Dr. Thomas Ewell House

The 1960s office building at 722 Jackson Place, NW, is located on the site of the former Dr. Thomas Ewell House. Appointed as naval surgeon in 1808, Ewell was married to Elizabeth Stoddard, daughter of the Secretary of the Navy Benjamin Stoddard. Other notable occupants of the former Ewell House were Secretary of the Navy and Associate Supreme Court Justice Smith Thompson; Secretary of the Navy, Treasury, and War Samuel L. Southard; and Senator, United States Attorney General, and Major General John McPherson Berrin. In 1930 the Ewell House was replaced by the third institutional building constructed on Lafayette Square.[65] Built for the Brookings Institution, the eight-story stripped Classical-style building was designed by architects Porter and Lockie as offices, classrooms, and dormitories, and demolished about 1958. The White House Council on Environmental Quality is the current occupant of the present building.

The building is a three-story three-bay attached masonry building with an Italianate-inspired bracketed white-painted wood cornice. The office building, designed to resemble a rowhouse-type dwelling, rests on a raised basement. The roof type and treatment are not visible. Two faux balconets with iron black painted balustrades project from the façade below the first-story windows in the north and center bays. Laid in a stretcher bond, the façade is constructed of red brick.

A straight-run flight of seven sandstone steps terminating in a landing provides access to the principal entrance, located in the south bay of the first story. Freestanding lights flank the stairs. Iron rails, painted black, line the stairs and landing. An Italianate-inspired wood surround, composed of an oversized elliptical arch pediment supported by scrolled brackets, surmounts the entrance. Set within the surround are raised-panel double-leaf wood doors and a plate-glass elliptical arch transom. Both the door and trim are painted black.

The first-story full-height two-over-two-over-two triple-hung wood-sash windows are set within molded wood frames with stone lintels and sills. The second-story and third-story two-over-two double-hung wood-sash windows have stone lintels and sills and louvered wood shutters. The wood sashes are painted white, and the shutters are painted black.

### 726 Jackson Place, NW (1960s)

Location of the former John Grubb Parke House

The 1960s office building at 726 Jackson Place, NW, is located on the site of the former John Grubb Parke House. General Parke served in the Civil War and as Superintendent of the United States Military Academy at West Point from 1887 to 1889. In 1927 Robert Brookings built a second Brookings Institution building on the street, an eight-story office building designed by Waddy Wood. The construction of this building corresponded with the merging of the institute

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

and the school in that year.[66] The current building on the site houses the White House
Conference Center.

The building is a three-story two-part four-bay attached masonry building crowned with a
stylized entablature. The entablature is composed of a raised-panel brick frieze with faux vents
and a dentiled cornice. The cornice is molded wood painted white. Designed to resemble a
rowhouse-type dwelling, the building actually serves as an office. The roof type and treatment
are not visible from the ground. Divided into two parts, the façade has a slightly projecting
southern section that is three bays wide and a recessed northernmost section that is one bay wide.
An open balcony with an iron black painted balustrade unifies the southernmost part. The
balcony projects from the façade below the second-story windows of the southern three bays.
Laid in a Flemish bond, the façade is constructed of red brick.

The southernmost part of the building has three oversized recessed entrances on the first story
with one in each bay. Each entrance is composed of double doors with blind panels above and
protective metal gates. Stone lintels with bullet-blocks are typical for all openings. The
northernmost section has a full-height two-over-two-over-two triple-hung wood-sash window set
within a molded wood frame with a molded wood lintel and louvered shutters in the first story.
There is a low concrete retaining wall directly in front of the northern section.

The second story has full-height two-over-two-over-two triple-hung wood-sash windows with
molded wood frames and stone sills. There are two-over-two double-hung wood-sash windows
on the third story. The wood sashes are painted white. Louvered shutters are typical; the shutters
are painted black.

*Lawrence G. O'Toole House (ca. 1870)*

730 Jackson Place, NW

The early ownership of this property is unclear. According to the *Historic Structures Report:
Jackson Place Complex*, the name William J. Murtaugh has been associated with this property
since 1924; however, the report adds that available records do not support this claim. The
*General Assessment Records for the Government of the District of Columbia* show Susan
Decatur as the owner in 1869, with Lawrence G. O'Toole's name in the margin beside her name.
This citation is unclear, since Susan Decatur died July 21, 1860. The *Washington City Directory*
shows O'Toole, a printer and lithographer, as residing at this address from 1870 until 1872. The
White House Council on Environmental Quality is the current occupant.

The ca. 1870 Lawrence G. O'Toole House, 730 Jackson Place, NW, is a three-story three-bay
Italianate-style masonry attached rowhouse with a painted bracketed wood cornice. Capped by a
shed roof, the dwelling rests on a raised basement. The roof, covered with galvanized metal, is
invisible from the ground. Two sandstone balconies project from the façade, below the first-story
windows, in the south and center bays. Constructed of brick, the façade is finished with a veneer

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)                    _____
Name of Property                                                  County and State

of honed red-brown sandstone set in an ashlar pattern and trimmed with matching carved
sandstone. The rear elevation is constructed and trimmed with red brick.

The façade has two entrances. The principal entry is located in the north bay of the first story. A
straight-run flight of six red-brown sandstone steps leads to the entrance, where it terminates in a
sandstone landing. The stoop is composed of original sandstone and replacement cast-stone
treads. Red-brown sandstone balustrades flank the stairs and landing. Painted a faded red color,
the stoop and balconies are patched with composite mortars. The doorway is set within a carved
sandstone Italianate-style surround with a keystone and elaborately carved scrolled brackets
supporting a molded cornice. The round-arched entrance contains double-leaf walnut doors.
Each leaf is composed of two raised panels below a quarter round glass pane, all set within a
wood brick mold. All the doors and trim are painted black. The basement entrance, located in the
north bay below the stoop and accessed via an areaway, contains a flush-panel wood door
painted black.

The fenestration of the building consists of Italianate-style architraves with one-over-one double-
hung wood-sash windows painted black. Projecting running molded sandstone lintels carried by
pilasters with recessed panels trim the floor-length parlor windows of the first story. The parlor
windows have simpler carved brackets than those in the entryway and a slip sill resting on the
water table. Trimmed with matching pilasters, lintels, and brackets, second- and third-story
windows have projecting running mold sills with small brackets. The window openings are
symmetrical. The water table above and lug sills below serve to trim the basement window
openings. All the sash and brick mold trim are painted black.

***Charles Carroll Glover House (1878) / American Peace Society Building***

734 Jackson Place, NW
***\*Previously listed as an NHL (09/13/1974, NHLS# 74002155)***

Charles Carroll Glover, Sr. (1846-1936), a banker, purchased the lot on Jackson Place, NW, from
Lawrence O'Toole in 1877. On April 22, 1878, the builder Charles Edmonston (1816-1897) was
granted a permit to build a dwelling on this lot for Glover. Tradition holds that during a meeting
held at the Glover house on December 8, 1891, the decision was made to build the Cathedral
Church of St. Peter and St. Paul, commonly known as the Washington National Cathedral.
Glover is also known for his efforts in promoting and lobbying for the creation of area parks
such as Rock Creek Park. The Glover Park section of Washington, D.C., carries his name. Other
notable occupants of this Jackson Place, NW, building include the Christian Science Church, the
Brookings Institution, the American Peace Society, and the International Labor Office. The
building currently houses the White House Council on Environmental Quality.

The 1878 Charles Carroll Glover House is a three-story three-bay Italianate-style brick masonry
attached rowhouse with a bracketed Italianate-style stamped sheet-metal cove cornice painted
red-brown. Capped by a shed roof with parapet, the dwelling rests on a raised basement. The

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional            **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                            County and State

roof treatment is not visible. A sandstone sill course runs between the raised basement and each of the upper three stories. A two-story two-bay semi-hexagonal bay with three windows at each story projects from the south and center bays between the basement and the second story. Replacement red-brown sandstone trims the façade, constructed of red brick. Ashlar sandstone faces the basement below the water table. The rear elevation is constructed and trimmed with red brick.

The façade of this building has two entrances. The principal entry is located in the north bay of the first story. A straight-run flight of seven red-brown sandstone steps leads to the entrance, where it terminates in a sandstone landing. Red-brown sandstone balustrades flank the stairs and landing. The stoop, patched with composite mortars and painted light red, is composed of original sandstone and replacement cast-stone treads. The doorway is set within a carved sandstone Italianate-style surround with stylized brackets surmounted by a flat cornice fronton with incised flowers. The segmental-arched entry contains double-leaf wood doors, each leaf composed of a carved recessed rectangular lower panel below a rectangular glass panel capped with a pedimented hood mold and carved flowers, all surmounted by a glazed transom set within a wood brick mold. The doors and all trim are painted black. The basement entrance, located in the north bay below the stoop, contains a paneled wood door surmounted by a glazed transom.

The fenestration of the building consists of Italianate-style architraves with one-over-one double-hung wood-sash windows for the upper stories. The arches and pediments at all stories are broken at the bases, resting on running molded returns above the brackets. Stylized brackets with guttae and side incisions carry broken pediments with prominent dentils. First-story window surrounds have running molded sill and belt course nosings, and spandrels and pilasters with recessed panels. Second- and third-story windows lack spandrels and recesses in the pilasters, and the sills are flush with the fasciated belt course. Window openings in the first-story windows are taller than those above, and openings in the projecting bay are narrower than those in the wall plane. There are paired single-paned casement windows in the basement level. All window sash and trim are painted red-brown.

### *Cornelia Knower Marcy House (ca. 1870)*

736 Jackson Place, NW

According the *Historic Structures Report: Jackson Place Complex*, the name William Learned Marcy (1786-1857) has been associated with the Marcy House since 1924, when Major Gist Blair stated that "William D. [*sic*] Marcy, Secretary of War under President Polk occupied 22 Jackson Place, its original number." This connection to William Marcy is incorrect. Purchase of the lot and construction of the house were actually for William's widow Cornelia Knower Marcy, who occupied the house from 1871 to 1875. Notable occupants of the house include James G. Blaine, who lived there during his failed presidential campaign of 1884 and, in 1902, President Theodore Roosevelt and his family, who occupied the dwelling while the White House

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

was undergoing renovations. The White House Council on Environmental Quality currently occupies this building.

The ca. 1870 Cornelia Knower Marcy House is a three-and-one-half-story two-bay Italianate-style brick masonry attached rowhouse with a bracketed wood cornice painted taupe. Capped by an attic within a mansard roof, the dwelling rests on a raised basement. The roof, covered with chamfered gray slate shingles, has two stamped-metal Italianate-style dormers painted taupe. A sandstone balcony projects from the façade below the first-story windows in the north bay. The façade, constructed of original brick, is trimmed with replacement red-brown sandstone. The rear elevation is constructed and trimmed with red brick.

The façade has two entrances. A straight-run flight of six red-brown sandstone steps terminating in a sandstone landing provides access to the principal entrance, located in the south bay of the first story. The stoop is composed of original sandstone and replacement cast-stone treads. Red-brown sandstone balustrades flank the stairs and landing. The stoop, as well as the balcony, are patched with composite mortars and painted a faded red color. The round-arched entrance is set within a monumental Italianate-style carved sandstone portal. The outer door opening contains a single-leaf wood storm door composed of a recessed lower panel beneath a one-light plate glass upper panel, all surmounted by an arch-headed glazed transom, and flanked by sidelights. Elaborate wrought iron grilles protect the glazed elements of the entrance. The wood elements of the entrance are painted taupe. The basement entrance, located in the south bay below the stoop and accessed via an areaway, contains a paneled wood door surmounted by a blind transom. Both the doors and trim are painted.

The fenestration of the building consists of Italianate-style architraves with paired round arch-headed one-over-one double-hung wood-sash windows painted red-brown. The paired floor-length parlor windows on the first story open onto a balcony and are framed within a single window surround. The surround consists of recessed-paneled pilasters, divided by a matching center mullion above a plain sill. Three carved brackets carry a segmental arch-headed cymatium containing a trophy embellished with a single raised fleur-de-lis. The spandrels above the sash and below the trophy are carved as oak leaves in low relief, and rosettes decorate the keystones and brackets. The balcony projects from the wall plane at the level of the water table. It is dressed with a sandstone balustrade and carried by carved brackets.

Simple surrounds, without recessed panels in the pilasters and spandrel details, trim the second- and third-story windows. The second-story surrounds are pedimented. A simple cornice caps the third-story surrounds. Symmetrically arranged window openings are identical in width but decrease in height from the first through the third stories. The water table above with lug sills below serves to trim the basement window openings. The dormers have segmental-arched barrel-vaulted roofs. The attic windows are framed by painted wood architraves dressed with brackets and segmental-arch pediments. All sash and brick mold trim are painted taupe.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                       County and State

*740 Jackson Place, NW (1960s)*

Former location of the Brookings Institution/National Grange Headquarters Building

The 1960s office building at 740 Jackson Place, NW, is located on the site of the Institute of Economics, which occupied two lots. Designed by Waddy Wood and built in 1922-1923, the building was the first building on the street constructed by Robert Brookings for the Institute of Economics.[67] Sometime after 1939, the building became the headquarters of the National Grange. The buildings at 740 and 744 Jackson Place, NW, replaced the former Brookings Institution building in the 1960s. (For additional historic data regarding this site, see information under description section for the National Grange Headquarters Building.) The White House Historical Association currently occupies this building as well as the adjacent building at 744 Jackson Place, NW.

The building is a three-story three-bay attached masonry building with a simple painted wood cornice. Designed to resemble a rowhouse-type dwelling, the building actually serves as an office. Capped by a shallow side-gable roof, the building rests on a raised basement. The roof treatment is not visible. An open cantilevered concrete balcony with an iron balustrade projects from the façade below the first-story French doors in the north and center bays. Laid in a stretcher bond, the façade is constructed of red brick.

A straight-run flight of eight brick steps terminating in a landing provides access to the principal entrance, located in the south bay of the first story. Iron rails, painted black, line the stairs and landing. A Classical Revival-inspired molded wood surround with broken pediment and pilasters surmounts the entrance. Set within the surround is a paneled-with-light wood door, surmounted by a transom. Both the door and trim are painted dark green.

The French doors, set within molded wood frames, consist of double-leaf single-light panels with plate-glass transoms above. Both the doors and frames are painted dark green. Two-over-two double-hung wood-sash windows are typical. The sashes are painted white. The windows on the facade are equipped with louvered wood shutters painted dark green.

*744 Jackson Place, NW (1960s)*

Former location of the National Grange Headquarters Building

The 1960s office building at 744 Jackson Place, NW, is located on the site of the former National Grange Headquarters Building. The buildings at 740 and 744 Jackson Place, NW, are new. (For additional historic data regarding this site, see information under description section for the National Grange Headquarters Building.) The White House Historical Association is the current occupant.

The building is a two-story three-bay attached masonry building with a dentiled wood cornice. Designed to resemble a rowhouse-type dwelling the building actually serves as an office. Capped

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)                    _____
Name of Property                                                    County and State

by a shallow side-gable roof with two gabled dormers, the building rests on a raised basement. The roof treatment is not visible. Two cantilevered concrete balconets with iron balustrades project from the façade below the first-story windows in the north and center bays. Laid in a stretcher bond, the façade is constructed of dark red brick. The cornice and balustrades are painted black.

A straight-run flight of seven concrete steps terminating in a landing provides access to the principal entrance, located in the south bay of the first-story. Iron rails, painted black, line the stairs and landing. The entrance is dressed with a Classical Revival-inspired stylized wood surround. Set within the surround is a paneled-with-light, wood door with a two-light transom. Both the door and trim are painted dark black.

The first-story full-height two-over-two-over-two triple-hung wood-sash windows are recessed into the brick wall, and set within molded wood frames capped by a simple wood cornice that serves as the lintel. The second-story two-over-two double-hung wood-sash windows have stone sills, simple wood cornices that serve as the lintels, and louvered wood shutters. The gable dormers are composed of turned-back cornices with pilasters that flank the two-over-two double-hung wood-sash windows. All wood elements are painted black.

### *Decatur House (1818-1819)*

748 Jackson Place, NW
***Previously listed as an NHL (10/15/1966, NHLS# 66000858)***

Commodore Stephen Decatur, Jr. (January 5, 1779-March 22, 1820), an American naval officer noted for his participation in the Barbary Wars and the War of 1812, used prize money secured through his war efforts to build the house that carries his name. Other notable occupants of the Decatur House were Secretaries of State Henry Clay, Martin Van Buren, and Edward Livingston, and Vice President of the United States George M. Dallas. Martin Van Buren later served as Vice President as well as President of the United States. Marie Chase Oge Beale was the last residential owner of the house. In 1956 Mrs. Beale bequeathed Decatur House to the National Trust for Historic Preservation. Decatur House was opened to the public as a house museum in the early 1960s. In 2010 the White House Historical Association entered a co-stewardship agreement with the National Trust and today maintains and operates Decatur House. The David M. Rubenstein National Center for White House History at Decatur House now occupies the historic residence.

The 1818-1819 Decatur House, designed by Benjamin Henry Latrobe (May 1, 1764-September 3,1820), is a three-story late Federal-style brick masonry house, three bays by four bays, with extended eaves and a modillioned wood cornice painted white. Capped by a shallow hipped roof with slate shingles and four interior end chimneys, the dwelling rests on a stone foundation. Laid in a Flemish bond, the façade is constructed of brick, and the remaining three elevations are laid in a three-course American bond.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

The principal entrance, located in the center of the first story, is approached by a masonry two-step stoop. The steps approach from the sides, and a metal guardrail lines the front of the stoop and stairs. Attenuated pilasters, paneled with light sidelights and entablature, frame the double-leaf eight-panel entry door, set directly into the brick wall. A semicircular lunette with sandstone lintel caps the entry.

Latrobe incorporated the round arched sandstone fanlight over the entry directly into the masonry structure without the use of supporting columns or imposts. The same technique is used to support the extended sandstone lintels and sills for the windows of the façade. Providing greater visual importance, the second-story windows of the façade are taller than those on the first and third stories. Windows of the north elevation have brick jack arch lintels, stone sills, and are symmetrically arranged with window openings identical in width and height on the first through third stories. although some openings have been bricked in.

Latrobe achieved a high degree of elegance through simplicity of form and detail. No references to surface delineations typical of the period, such as belt courses, inset panels, pilasters, columns, or corner quoins, detract from the overall composition of the dwelling form. The use of extended lintels with bullet-blocks provides visual interest without drawing undue attention to the detail. Most exterior alterations, such as the architectural changes made in the 1870s to "Victorianize" the exterior, like the removal of the original arched doors and flanking windows and the addition of brownstone jambs and lintels, have been reversed and those remaining have not substantially diminished the elegance and simplicity typical of Latrobe's domestic designs. The original rectangular form, although still apparent, was altered when the service building and stable were attached to the northwest corner of the dwelling.

The two-story wing addition of Decatur House facing H Street NW was constructed around 1836 and served as the residence for enslaved African Americans in the household of John Gadsby. An 1844 inventory of the furnishings of Decatur House included a listing of 21 enslaved people, who likely lived in this building.

**Contributing Buildings – New Executive Office and Howard T. Markey National Courts Buildings:**

***Howard T. Markey National Courts Building (U.S. Court of Claims Building; U.S. Court of Appeals for the Federal Circuit Building) (1964-1967)***

717 Madison Place, NW (1520 H Street, NW)

John Carl Warnecke (February 2, 1919-April 17, 2010) designed the 1964-1967 Howard T. Markey National Courts Building at 717 Madison Place, NW (1520 H Street, NW). Howard T. Markey was the first judge of the United States Court of Appeals of the Federal Circuit. The modern rectangular building with entrance portal faces west toward Lafayette Park and is located in the center of the block, behind the bank of nineteenth- and early twentieth-century buildings.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)          **District of Columbia**
Name of Property                                       County and State

The Warnecke-designed building represents a landmark attempt at preservation planning by incorporating the new building into the existing architectural fabric of the nineteenth- and early twentieth-century buildings. According to the architect, the new portion of the complex was consciously designed to respond to the materials, scale, and historic context of Lafayette Square.

The building is a 10-story red brick building, 18 bays by five bays, with a modern metal mansard roof at the attic level. The building entrance resembles in form and function a narthex, approached via a straight-run flight of 10 steps ending in a platform flanked by monumental cheek blocks. The 10-story portion of the building, rising out of the center of the block, is accessed via a three-story five-bay segmental elliptical arched arcaded portal flanked by one-bay projecting bays, reminiscent in style of a temple in antis design on a raised temple platform. Above the arcade are two-story metal and glass bay windows. The arcade opens into a courtyard with fountain, which serves to unify the earlier architectural resources with the new courts building.

Both the building and the entrance portal are constructed of stretcher-bond brick walls, punctuated by domestically scaled fixed one-light windows organized into vertical bays with two-story metal and glass projecting bay windows on the upper two stories. Soldier-course frieze bands along the roofline complete the composition.

### *New Executive Office Building (1965-1967)*

725 17th Street, NW

*This building is the only new contributing structure to be added to the district as part of this boundary increase.*

John Carl Warnecke (February 2, 1919-April 17, 2010) designed the 1965-1967 New Executive Office Building (NEOB) at 725 17th Street, NW. The modern offset H-plan building, on the block facing west onto 17th Street, NW, provides a backdrop to the nineteenth-century buildings along Jackson Place, NW, that face east toward Lafayette Park. The NEOB, like the Howard T. Markey National Courts Building, represents a landmark attempt at preservation planning by incorporating the new building into the existing architectural fabric of the nineteenth-century buildings. According to the architect, the new portion of the complex was consciously designed to respond to the materials, scale, and historic context of Lafayette Square.

A stretcher-bond brick hyphen, near the southern end of the building complex, joins the east and west legs of the H. The west leg of the H fronting on 17th Street, NW, is organized into a vertical composition of podium, shaft, and capital. This portion of the building is 10 stories tall and 18 bays by four bays wide. Shielded from the public walk by a raised garden with battered granite walls, the two-story podium is composed of a corbelled blind arcade at the first story with an open segmental elliptical arched arcade on the second story. A cantilevered concrete slab balcony with a cast-iron balustrade separates the two stories. The balcony serves as a string

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

course or sill between the blind arcade and open arcade as if the blind arcade were functioning like a water table. A six-story shaft rises above the two-story podium. The shaft consists of planar wall surfaces of brick, laid in a stretcher bond, and punctuated by domestically scaled fixed one-light windows organized into vertical bays. Two-story projecting metal and glass bay windows on the upper two stories crown the building. A soldier course cornice and modern metal mansard roof completes the composition.

Rising from the center of the block, behind the nineteenth-century Jackson Place, NW, buildings, the east-facing leg of the H-plan building is not fully visible. Only the upper five stories and modern mansard roof are visible from Jackson Place, NW, and Lafayette Park. This portion of the building is also 10 stories tall and 13 bays by five bays wide. The visible portion of the building is constructed of stretcher-bond brick walls, punctuated by domestically scaled fixed one-light windows organized into vertical bays with two-story projecting metal and glass bay windows on the upper two stories. A soldier course cornice along the roofline completes the composition.

## Non-Contributing Resources

The district includes eight non-contributing buildings and four non-contributing objects. Built as part of a series of security improvements between 2002 and 2004, the buildings are all small-scale one-story guardhouses associated with the protection of federal facilities, including the White House, the Eisenhower Executive Office Building, the Treasury Department, and Lafayette Park. Two guardhouses are located at the north ends of both Madison and Jackson places, NW. Both are steel pavilion-style guardhouses set on granite bases. Each features classical detailing and low-pitched hipped roofs covered in standing-seam metal roofing. Steel bollards are arrayed in closely spaced rows around each of the guardhouses. The Madison and Jackson Place guardhouses each protect an in-ground vehicle gate that blocks access. Other non-contributing guardhouses are located at the east and west ends of the segment of Pennsylvania Avenue, NW, that passes through the district. These are very similar in design to the Jackson and Madison Place guardhouses. Additional guardhouses are located at the north and south ends of the Eisenhower Executive Office Building (former State, War, and Navy Building) and Treasury Building grounds. Built after the period of design significance (1970) and not associated with one of the district's areas of significance, the guardhouses and their associated security features do not contribute to the historic district.

Small-scale objects that do not contribute to the district also include the many security bollards of various styles that appear throughout the historic district. Most of the bollards were installed between 2000 and 2004. In addition, a few of the properties on the east side of Madison Place contain non-contributing fences along their street fronts. These fences consist of reproduction Victorian-style decorative iron fencing with integrated gates. These small-scale non-contributing features are non-intrusive and are designed to blend with the historic setting.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

| **Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease) | **District of Columbia** |
|---|---|
| Name of Property | County and State |

# Lafayette Square Historic District Resource Inventory

The following is a list of resources located within the Lafayette Square Historic District boundaries. All contributing resources *except* the New Executive Office Building were part of the historic district prior to this boundary increase. In the following inventory all resources, both primary and secondary, have been assigned either contributing or non-contributing status based upon the following areas and periods of significance identified under National Register Criteria A, B, C, and D.

- 1791 to the Present for Criterion A:
  - Politics/Government
  - Social History
- 1791 to 1970 for Criteria B, C, and D:
  - Architecture
  - Landscape Architecture
  - Community Planning and Development
  - Archeology
  - Art

**Non-contributing resources** are not associated with the relevant areas of significance or do not retain sufficient physical integrity to convey their historical and/or architectural associations. Historic Associated Features are those features and characteristics that are part of the historic setting but that are not countable for National Register (NR) purposes (see footnote no. 1).

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **Lafayette Park**<br><br>(Name taken from George J. Olszewski, Ph.D. "Historical Research Series Number 1: Lafayette Park," National Capital Region Historical Research Series, No.1, U.S. Department of the Interior, National Park Service, Washington, D.C.: 1964)<br><br>**Alternate Names:** Lafayette Square<br><br>***Previous NR listing:*** *4 Statues previously listed in NR (07/14/1978) under the "American Revolutionary War Statuary in Washington, D.C." MPDF (NRIS# 78000253)*<br><br>*Historic Associated Features*[68]<br><br>• Benches (179)<br>• Chess tables (10) with Stools (39)<br>• Fence around Jackson Statue (1)<br>• Foundation Piers from Downing plan (number unknown) | Bounded by Pennsylvania Ave, NW; Jackson Place, NW; Madison Place, NW; and H Street, NW | *Site:*<br>Park<br><br>*Building:*<br>Service Lodge<br><br>*Structures:*<br>Path System/layout only<br><br>*Objects:*<br>Cannons<br>Fountains<br>Urns<br>Statues | C<br><br><br>C<br><br><br>C<br><br><br><br>C<br>C<br>C<br>C | 1<br><br><br>1<br><br><br>1<br><br><br><br>4<br>2<br>2<br>5 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

## Lafayette Square Historic District (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

## District of Columbia
County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **Richard Cutts House** **(1818-1820)** <br><br> (Names taken from Short and Ford, Architects, *Historic Structure Report and Preservation Manual for the Madison-Cosmos-Tayloe Complex, Washington D.C., Final Report.* Washington, D.C.: General Services Administration, National Capital Region, n.d.) <br><br> **Alternate Name:** Dolley Madison House | 717 Madison Place, NW, 1520 H Street, NW <br><br> (DC Tax Records; GSA HSR showed address as 1520 H St, NW) | *Building:* Office <br><br> *Object:* Fence | C <br><br> NC | 1 <br><br> 1 |
| **Cosmos Club** **(1909-1910)** <br><br> (Name taken from Short and Ford, Architects, *Historic Structure Report and Preservation Manual for the Madison-Cosmos-Tayloe Complex, Washington D.C., Final Report.* Washington, D.C.: General Services Administration, National Capital Region, n.d.) | 717 Madison Place, NW, 1520 H Street, NW <br><br> (DC Tax Records; GSA HSR showed address as 725 Madison Place, NW) | *Building:* Office <br><br> *Object:* Fence | C <br><br> NC | 1 <br><br> 1 |
| **Benjamin Ogle Tayloe House** **(1828; 1893)** <br><br> (Name taken from Short and Ford, Architects, *Historic Structure Report and Preservation Manual for the Madison-Cosmos-Tayloe Complex, Washington D.C., Final Report.* Washington, D.C.: General Services Administration, National Capital Region, n.d.) | 717 Madison Place, NW, 1520 H Street, NW <br><br> (DC Tax Records; GSA HSR showed address as 721Madison Place, NW) | *Building:* Office <br><br> *Object:* Fence | C <br><br> NC | 1 <br><br> **1** |
| **Howard T. Markey National Courts Building** **(1964-1967)** <br><br> (Names taken from Short and Ford Architects, *Historic Structure Report and Preservation Manual for the Madison-Cosmos-Tayloe Complex, Washington D.C., Final Report.* Washington, D.C.: General Services Administration, National Capital Region, n.d.; Patricia M. McDermott, Circuit Librarian for the U.S. Court of Appeals for the Federal Circuit/ George E. Hutchinson, "The History of Madison Place, Lafayette Square, Washington, D.C." *The Federal Circuit Court Bar Journal.* Washington, D.C.: 1998) <br><br> **Alternate Names:** U.S. Court of Claims Building U.S. Court of Appeals for the Federal Circuit Building | 717 Madison Place, NW, 1520 H Street, NW <br><br> (GSA HSR & DC Tax Records) | *Building:* Courthouse <br><br> *Object:* Fountain | C <br><br> C | 1 <br><br> 1 |
| **U.S. Treasury Annex Building** **(1917-1919)** <br><br> (Name taken from Historic District NHL) | No Current Address <br><br> (U.S. Department of the Treasury, Treasury Annex,1500 Pennsylvania Ave) | *Building:* Office | C | 1 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **Riggs National Bank Building** **(1899-1903)** <br><br> (Names taken from NR/HABS No. DC-543/Site Visit) <br><br> **Alternate Names:** PNC Bank Building <br><br> *Previous NR listing:* 07/16/1973 (NRIS #73002113) | 1503-05 Pennsylvania Avenue, NW <br><br> (DC Tax Records) | *Building:* Bank | C | 1 |
| **American Security and Trust Company Building** **(1904-1905)** <br><br> (Names taken from NR/HABS No. DC-544/Site Visit) <br><br> **Alternate Names:** Bank of America Building <br><br> *Previous NR listing:* 07/16/1973 (NRIS #73002070) | 1501 Pennsylvania Avenue, NW <br><br> (DC Tax Records) | *Building:* Bank | C | 1 |
| **Madison Place, NW** | 700 Block, NW | *Structure:* Roadway <br><br> *Building:* Guard House <br><br> *Object:* Bollards | C <br><br> NC <br><br> NC | 1 <br><br> 1 <br><br> - |
| **Pennsylvania Avenue, NW** | 1500-1600 Blocks, NW | *Structure:* Roadway <br><br> *Building:* Guard House <br><br> *Object:* Bollards | C <br><br> NC <br><br> NC | 1 <br><br> 2 <br><br> - |
| **William Petit Trowbridge House** **Carnegie Endowment for International Peace** **(ca. 1860)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) <br><br> *Previous NHL Listing:* 09/13/1974 (NHLS #74002156) | 708 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |
| **James Alden House** **(ca. 1870)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) | 712 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **Mary Jessup Blair House** **(1867)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) | 716 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |
| **Office Building** **Location of the former Mary Jessup Blair House** **(1967)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) | 718 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |
| **Office Building** **Location of the former Dr. Thomas Ewell House** **(1967)** <br><br> (Name taken from Jeanne Fogle, *Proximity to Power: Neighbors to the Presidents near Lafayette Square*; Benjamin Ogle Tayloe, *Our Neighbors on Lafayette Square: Anecdotes and Reminiscences*. n.d. Reprint, Washington, D.C.: Junior League, 1872; General Assessment Records [GAR] of the Government of the District of Columbia) | 722 Jackson Place, NW <br><br> (GAR) | *Building:* Office | C | 1 |
| **Office Building** **Location of the former John Grubb Parke House** **(1967)** <br><br> (Name taken from HABS No. DC-676 [reprint of Diagram of Lafayette Park and Its Surroundings *From Frank Leslie's Popular Monthly, April, 1891*]; Jeanne Fogle, *Proximity to Power: Neighbors to the Presidents near Lafayette Square*; General Assessment Records of the Government of the District of Columbia) | 726 Jackson Place, NW <br><br> (GAR) | *Building:* Office | C | 1 |
| **Lawrence G. O'Toole House** **(ca. 1870)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) | 730 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |
| **Charles Carroll Glover House American Peace Society Building** **(1878)** <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) <br><br> ***Previous NHL Listing:*** *09/13/1974 (NHLS #74002155)* | 734 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **Cornelia Knower Marcy House** (ca. 1870) <br><br> (Name taken from Historic Structure Report; General Assessment Records of the Government of the District of Columbia) | 736 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Office | C | 1 |
| **Office Building** **Location of former National Grange Headquarters Building (1967)** <br><br> (Name provided by DC SHPO) | 740 Jackson Place, NW <br><br> (GAR) | *Building:* Office | C | 1 |
| **Office Building** **Location of former National Grange Headquarters Building (1967)** <br><br> (Name provided by DC SHPO) | 744 Jackson Place, NW <br><br> (DC SHPO) | *Building:* Office | C | 1 |
| **Decatur House and Slave Quarter** (1818-1819) <br><br> (Name taken from NHL/HABS No. DC-16) <br><br> *Previous NHL Listing: 10/15/1966 (NHLS #66000858)* | 748 Jackson Place, NW <br><br> (NHL/HABS; DC Tax Records) | *Building:* Museum | C | 1 |
| **[Former] Corcoran Art Gallery** **Renwick Gallery of the Smithsonian American Art Museum** (1859-1861) <br><br> (Names taken from NHL/HABS No. DC-49) <br><br> **Alternate Names:** Old U.S. Court of Claims Building <br><br> *Previous NHL Listing: 10/15/1969 (NHLS #69000300)* | 1661 Pennsylvania Avenue, NW <br><br> (NHL/NABS; DC Tax Records) | *Building:* Museum | C | 1 |
| **Blair House: The President's Guest House Complex** (ca. 1824; ca. 1859; ca. 1860) <br><br> (Name taken from Historic Structure Report) <br><br> *Previous NHL Listing: 10/15/1966 (NHLS #66000963)* <br><br> Includes Blair House, Lee House, and Peter Parker Houses | 1651-53 Pennsylvania Avenue, NW <br><br> 700-704 Jackson Place, NW <br><br> (GSA HSR) | *Building:* Guesthouse | C | 4 |
| **National Grange Headquarters Building** (1959-1960) <br><br> (Name provided by DC SHPO) | 1616 H Street, NW <br><br> (DC SHPO; DC Tax Records) | *Building:* Office, Professional Association | C | 1 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **New Executive Office Building** **(1965-1967)** (Name taken from Historic Structure Report) *This building is the only new contributed structure being nominated as part of this boundary increase.* | 725 17th Street, NW (GSA HSR) | *Building:* Office | C | 1 |
| **Jackson Place, NW** | 700 Block, NW | *Structure:* Roadway | C | 1 |
| | | *Building:* Guard House | NC | 1 |
| | | *Object:* Bollards | NC | - |
| **U.S. Chamber of Commerce Building** **(1922-1925)** (Name taken from NR) *Previous NR Listing: 05/13/1992 (NRIS #92000499)* | 1615 H Street, NW (NR; DC Tax Records) | *Building:* Professional Association | C | 1 |
| **Hay-Adams Hotel** **(1928)** (Names taken from HABS and Sue A. Kohler, and Jeffrey R. Carson, *16th Street Architecture, Volume 1.* Washington, D.C.: Commission of Fine Arts, 1978, 2.) **Alternate Names:** Carlton Chambers | 800 16th Street, NW (DC Tax Records) | *Building:* Hotel | C | 1 |
| **St. John's Episcopal Church** **(1815-1816; 1820)** (NHL/HABS No. DC-19 shows name as St. John's Church w/o denomination) *Previous NHL Listing: 10/15/1966 (NHLS #66000868)* | 1525 H Street, NW (St. John's Episcopal Church; DC Tax Records) | *Building:* Church | C | 1 |
| | | *Object:* Bench | NC | 1 |
| **Ashburton House** **(1836; 1854; 1877)** (Names taken from NHL/HABS No. DC-19A) **Alternate Names:** St. John's Church Parish House *Previous NHL Listing: 11/07/1973 (NHLS #73002071)* | 1525 H Street, NW (St. John's Episcopal Church; DC Tax Records) | *Building:* Parish House | C | 1 |

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

## Lafayette Square Historic District (Additional Documentation, Boundary Expansion & Decrease)

District of Columbia

Name of Property

County and State

| Resource Name: (date) | Address: | Resource Type: Current Function | NR Status: | Qty: |
|---|---|---|---|---|
| **War Risk Insurance Bureau Building** **(1921)** <br><br> (Names provided by the Historian for Department of Veterans Affair: Sara Amy Leach and supported by Historic Structure Report and HABS No. DC-676) <br><br> **Alternate Name**: Veterans Administration Building | 810 Vermont Avenue, NW <br><br> (Department of Veterans Affairs; HSR) | *Building:* <br> Office | C | 1 |
| **U.S. Department of the Treasury Building** **(1836-1869)** <br><br> (Name taken from NHL/ HABS) <br><br> *Previous NHL Listing: 11/11/1971 (NHLS #71001007)* | 1500 Pennsylvania Avenue, NW <br><br> (U.S. Department of the Treasury) | *Buildings:* <br> Office <br> Guard House <br> South Court Bldg. <br><br> *Structures:* <br> Path System-Landscape <br><br> *Objects:* <br> Fence <br> Statues | C <br> NC <br> C <br><br><br> C <br><br><br> C <br> C | 1 <br> 1 <br> 1 <br><br><br> 1 <br><br><br> 1 <br> 2 |
| **State, War, and Navy Building** **(1871-1888)** <br><br> (Names taken from NHL/ HABS) <br><br> **Alternate Names:** <br> Old State, War, and Navy Building <br> Eisenhower Executive Office Building <br> Dwight D. Eisenhower Executive Office Building <br><br> *Previous NHL Listing: 06/04/1969 (NHLS #69000293)* | No Current Address <br><br> (DC Tax Records) | *Buildings:* <br> Office <br> Guard House <br><br> *Structures:* <br> Path System-Landscape <br> Perimeter Fence | C <br> NC <br><br><br> C <br> C | 1 <br> 3 <br><br><br> 1 <br> 1 |

HSR=Historic Structure Report

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

### 8. Statement of Significance

**Applicable National Register Criteria**
(Mark "x" in one or more boxes for the criteria qualifying the property for National Register listing.)

[X] A.  Property is associated with events that have made a significant contribution to the broad patterns of our history.

[X] B.  Property is associated with the lives of persons significant in our past.

[X] C.  Property embodies the distinctive characteristics of a type, period, or method of construction or represents the work of a master, or possesses high artistic values, or represents a significant and distinguishable entity whose components lack individual distinction.

[X] D.  Property has yielded, or is likely to yield, information important in prehistory or history.

**Criteria Considerations**
(Mark "x" in all the boxes that apply.)

[ ] A.  Owned by a religious institution or used for religious purposes

[ ] B.  Removed from its original location

[ ] C.  A birthplace or grave

[ ] D.  A cemetery

[ ] E.  A reconstructed building, object, or structure

[ ] F.  A commemorative property

[X] G.  Less than 50 years old or achieving significance within the past 50 years

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

### Areas of Significance
(Enter categories from instructions.)
POLITICS / GOVERNMENT
COMMUNITY PLANNING AND DEVELOPMENT
LANDSCAPE ARCHITECTURE
ARCHITECTURE
SOCIAL HISTORY
ART
ARCHEOLOGY: Historic, Non-Aboriginal

### Period of Significance
1791 to Present [Criterion A: Politics/Government & Social History]
1791-1970 [Criterion C: Architecture, Landscape Architecture, & Community Planning, Art, Archeology]

### Significant Dates
   [See Section 8]

### Significant Person
(Complete only if Criterion B is marked above.)
John F. Kennedy, Jacqueline Kennedy, Lyndon Johnson, Lady Bird Johnson, Harry S Truman, Stephen Decatur, Dolley Madison, Benjamin Ogle Tayloe, Daniel Webster, William Wilson Corcoran, Henry Brooks Adams, John M. Hay, and Alice Stokes Paul

### Cultural Affiliation
      N/A

### Architect/Builder
Information on architects is contained within the narrative provided for Sections 7 and 8 as well as in Attachment A

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

**Statement of Significance Summary Paragraph (Provide a summary paragraph that
includes level of significance, applicable criteria, justification for the period of significance,
and any applicable criteria considerations.)**

The Lafayette Square Historic District includes 19 buildings and statues that are individually
listed in the National Register of Historic Places.[69] Half of these are designated National Historic
Landmarks, making them some of the most significant historic buildings and sites in our nation's
history. In addition, many of the National Register-listed properties are significant at the national
level. The Decatur House; St. John's Episcopal Church; Blair House: The President's Guest
House Complex (Blair House complex); the former Corcoran Art Gallery (now the Renwick
Gallery of the Smithsonian Institution); the American Security and Trust Company Building; the
Riggs National Bank Building; the U.S. Department of the Treasury Building (U.S. Treasury
Building); the State, War, and Navy Building (currently the Eisenhower Executive Office
Building); and Lafayette Park are all examples of nationally significant properties.

The Lafayette Square Historic District possesses historical and architectural significance under
**National Register Criteria A, B, C,** and **D**. The district meets **Criterion A** for its association
with important historical trends and seminal events in *Politics & Government*, *Social History*,
and *Community Planning and Development*. The district's proximity to the Presidency and the
Executive Branch of the United States government made and continues to make Lafayette
Square a nexus of political activity and a preferred location for organizations and individuals
endeavoring to influence public policy. The district, its buildings, and sites were and are the
location of numerous pivotal historic events, including the signing of the Webster-Ashburton
Treaty (1842), which settled several important Anglo-American disputes of the mid-nineteenth
century. Among the many important political demonstrations that have taken place at Lafayette
Park was a series of early twentieth-century American Suffrage Movement demonstrations led
by Alice Stokes Paul (1885-1977). The demonstrations contributed to the passage in 1920 of the
19th Amendment to the U.S. Constitution, giving women the right to vote. In addition to being
the site of significant demonstrations and protests, such as those mounted by gay and lesbian
rights activists in the 1960s, peace activists during the Vietnam War, and activists against police
brutality and racism (commonly known as Black Lives Matter) in 2020, Lafayette Square was
the birthplace of important movements and organizations, including the Organization of
American States (OAS) and the National Aeronautics and Space Administration (NASA), both
of which established their first offices in this district. Since 1942, the Blair House Complex has
served as the presidential reception site and official guest quarters for visiting world dignitaries.
The district also hosts many important ceremonial events, including portions of the presidential
inaugural parade every four years and other periodic events that demonstrate the district's
significance as an important symbolic landscape.

Recent scholarship has shown that in addition to the nationally important events and designs
related to Lafayette Square, the campaign to preserve the district in the early to mid-1960s has in
itself national significance in the historic preservation movement of the mid-twentieth century

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

(**Criterion A**). The preservation of the square, which two presidents and two first ladies championed, was realized in the Warnecke Plan of 1962. The implementation of the plan led to high-level acceptance of modern historic preservation policy and helped pave the way for the enactment of the National Historic Preservation Act in 1966.

Under National Register **Criterion C**, the district reflects important design and planning trends that include the various ground-breaking city plans for Washington such as the L'Enfant (1791) and McMillan (1901) plans. The district's design significance spans the period from the establishment of the square by Pierre Charles L'Enfant in 1791 to the 1970 implementation of the ground-breaking Warnecke plan for the square and surrounding federal and private buildings. In the area of *Landscape Architecture*, Lafayette Park has national significance as an important and rare example of mid-nineteenth-century park design in Washington, D.C. and as one of the first large-scale public park plans to be implemented in the United States. The district also encapsulates later landscape trends related to the City Beautiful Movement and commemorative landscape ideals. In the area of *Architectural Design*, the district is a virtual library of mid-nineteenth to mid-twentieth-century high-style design, with several iconic buildings that were trend setters in their time. These include the Renwick Gallery (built as the Corcoran Gallery), one of the earliest Second Empire-style public buildings erected in the United States, and the monumental classicism of the U.S Treasury Building designed by Robert Mills. The work of many American master architects and landscape architects are represented in the district, including designs by Benjamin Henry Latrobe, Robert Mills, James Renwick, Andrew Jackson Downing, and Cass Gilbert. The collective periods and styles represented in the district provided the framework for their historic preservation in the 1960s. The district also incorporates important works by significant American artists, including the Clark Mills equestrian statue of Andrew Jackson, along with two statues by master sculptor James Earle Fraser that stand outside the U.S. Treasury Building. The Mills statue of Jackson was the first equestrian statue to be designed and cast in the United States and is a testament to direct naturalism and technical ingenuity in American sculpture.

Buildings in the district are closely linked to influential figures in American political, diplomatic, commercial, and artistic history. Influential figures associated with the district include political leaders, literati, scientists, ambassadors, military leaders, and civil rights and religious leaders. Thus, the district possesses significance under **Criterion B** for its association with important individuals. Among those important historical figures linked to the district are Stephen Decatur, an American naval officer noted for his participation in the Barbary Wars and the War of 1812; Dolley Madison, the popular and influential wife of President James Madison, who later moved back to the neighborhood; Benjamin Ogle Tayloe, prominent Washington political figure and chronicler of the social activities in Lafayette Square; Daniel Webster, who lived in the district in the 1840s, when as Secretary of State he negotiated the Webster-Ashburton Treaty that established the U.S.-Canadian border; William Wilson Corcoran, businessman, banker, and patron of the arts; Henry Brooks Adams, prominent American author and descendant of two U.S. presidents; John M. Hay, Abraham Lincoln's private secretary and Secretary of State to

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

presidents William McKinley and Theodore Roosevelt; and Alice Stokes Paul, founder of the
National Woman's Party and a leader of the women's suffrage movement.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

Although all U.S. presidents had some impact in the Lafayette Square Historic District, the White House itself is not included in this nomination. Two presidents and their wives, however, were particularly influential in helping to preserve the historic buildings and sites in Lafayette Square and elsewhere. Jacqueline Kennedy and Lady Bird Johnson played important roles in the preservation of Lafayette Park, the surrounding neighborhood, and the development and acceptance of a nationwide historic preservation policy. By raising the profile of historic preservation and demonstrating executive-level support for heritage preservation at Lafayette Square, Presidents Kennedy and Johnson and their wives paved the way for adoption of the National Historic Preservation Act of 1966. One other president was associated with a significant event in Lafayette Square. Harry S Truman was the target of a failed assassination attempt in 1950 while he was staying at Blair House.

Finally, the district incorporates important archeological evidence of Andrew Jackson Downing's nineteenth-century landscape design for Lafayette Park (**Criterion D**) as evidenced by the discovery of a series of foundation piers, known as the Seneca Piers, that formed the base for a perimeter iron fence around the square. In 1999 the District of Columbia State Historic Preservation Officer (SHPO) determined that the Downing-era foundation piers were eligible for listing in the National Register of Historic Places because of the important information they provided about the early landscape of the park. It is likely that the site contains other features that would yield important information about earlier design and use of Lafayette Park.[70]

**Periods of Significance**

The district reflects two overlapping periods of significance. Under *Criterion A*, in the areas of politics and government and social history, the Lafayette Square Historic District continues to serve as the backdrop and setting for nationally significant events and trends. As the foremost location for staged and spontaneous political protests, and as home to influential public and private organizations focused on public policy in the United States, the district's *Criterion A* period of significance extends from *1791 to the present*.

The district's period of significance under *Criteria B, C, and D* encompasses the years from *1791 to 1970*. This era captures the district's design significance (Architecture, Landscape Architecture, Community Planning and Development), as well as the periods when known historic figures were closely linked to sites and buildings within the district. In addition, the district's archeological resources are encompassed in this period.

**Criteria Consideration G:** *A property achieving significance within the last 50 years if it is of exceptional importance.*

This district is one of the most significant in the country. Unlike most historic sites, its significance derives not only from its role in the past but also from its ongoing role. Lafayette Square and its buildings continue to be inextricably related to the American Presidency and to the Executive Branch of the United States government. It will continue to be the ceremonial

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

center for the reception of national and international figures and will continue to attract local residents, government and private business employees, visitors from across the country and around the world, national and foreign dignitaries and diplomats, and visiting heads of state.[71] From women's suffrage to Black Lives Matter, Lafayette Square also remains a nationally visible and symbolic site of demonstration and protest, where people both draw on and continue to shape American history through First Amendment activity. For these reasons the district has a Criterion A period of significance that begins in 1791, when the park was initially established as part of the presidential grounds, and extends to the present.

The resources that compose the Lafayette Square Historic District were initially listed as a National Historic Landmark on August 8, 1970. These resources would not exist today were it not for the efforts of President John F. Kennedy, First Lady Jacqueline Kennedy, the preservation design plan developed by John Carl Warnecke in 1962. By raising the profile of historic preservation and demonstrating executive-level support for heritage preservation at Lafayette Square, Presidents Kennedy and Johnson and their wives signaled a high-level acceptance of modern historic preservation policy and helped pave the way for the enactment of the National Historic Preservation Act in 1966. Therefore, this district meets **Criterion Consideration G**. Buildings erected as part of the Warnecke Plan are influential examples of contextual design of the 1960s. These include the in-fill buildings along Jackson Place, NW, the New Executive Office Building, and the Howard T. Markey National Courts Building.

## Detailed Statements of Significance

### Criterion A: Events

The landscape of President's Park is significant under Criterion A of the National Register of Historic Places because for more than two centuries it has been the setting for and the symbol of the American presidency—a meaning that includes but transcends its association with individual presidents. Washington, L'Enfant, and others planned President's Park to be the working center of the administration; a residence; a place of relaxation; and a ceremonial setting for entertaining visiting heads of state as well as eminent national and international figures.[72]

Three of the five landscapes evaluated in the Cultural Landscape Report for *The White House and President's Park* are within the Lafayette Square Historic District boundaries. These resources are the grounds of the U.S. Treasury Building; the grounds of the State, War, and Navy Building; and Lafayette Park. Two of the three directly reflect the Executive Branch of the federal government. The third component of the district's landscape, Lafayette Park, is a public park with strong historical and symbolic associations.[73]

During the early years of its history, the area that became Lafayette Park was included in the President's House grounds and, to this day, is a forecourt to the White House. It is also the site of five commemorative sculptural figures or groups, representing President Andrew Jackson and four Europeans who assisted Americans in their struggle for independence—the Marquis de

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

Lafayette, the Comte de Rochambeau, Baron von Steuben, and Thaddeus Kosciuszko. The
grounds of the U.S. Treasury Building, east of the White House, host two sculptures
commemorating early Secretaries of the Treasury, Alexander Hamilton and Albert Gallatin, who
helped shape the young nation.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property                                              County and State

The Lafayette Square Historic District has evolved over time, responding to its multiple functions as a residential neighborhood, a social and cultural center, a military headquarters, a tourist site, and a park for public assembly and recreation. At times, development of the area has been informal, such as the early residential development of Jackson and Madison places, NW, and H Street, NW; at other points formal plans have guided development. Design plans include the L'Enfant, Downing, McMillan, and Warnecke plans.

In the significance section of *The White House and President's Park, Cultural Landscape Report*, the author states that, as a symbol of the American presidency, which serves a dual administrative and ceremonial function, the landscape of President's Park is unique in the nation. The landscape of President's Park has national significance within this context. The period of significance is 1791 to the present. This context also applies to the Lafayette Square Historic District, as three of the five defined elements of President's Park are contained within the Lafayette Square Historic District boundaries.[74] The Blair House complex is operated by the Department of State as a guest house complex that hosts both presidents-elect and former presidents along with their families and visiting heads of state. As a reflection of the ceremonial and diplomatic roles of the chief executive, Blair House should be considered contributing under this context.

Over more than 200 years, many important historic events have occurred in the Lafayette Square Historic District. Examples include the negotiation and signing of the Webster-Ashburton Treaty in 1842; the assassination attempt on Secretary of State William Henry Seward in 1865 as part of the conspiracy to assassinate the president's cabinet on the evening President Abraham Lincoln was assassinated; women's suffrage demonstrations between 1913 and 1920, which contributed to the passage of the Nineteenth Amendment; the assassination attempt on President Harry S Truman at Blair House in 1950; and rallies, marches, and events to champion civil rights and to protest the Vietnam War in the 1960s and 1970s. Throughout American history, decisions that have impacted our nation's history and world history have been made in the executive office buildings and the surrounding buildings in the district.

During the nineteenth century and early part of the twentieth century, most of the day-to-day operations of the Executive Branch of the government were performed in the executive office buildings located on this site. Until the construction of the Pentagon during World War II, the State, War, and Navy Building (Eisenhower Executive Office Building) and its predecessor buildings housed the War and Navy Departments. Until the relocation of the State Department to its current location in 1958, the State Department's Offices were also located in the State, War, and Navy Building. Before that and prior to construction of the current U.S. Treasury Building, the department occupied its own building on the U.S. Treasury grounds. Since the relocation of the federal government to Washington, D.C., in 1800, the U.S. Treasury Department has been located directly east of the White House.

Throughout its history, Lafayette Square reveals deep associations with African Americans, free and enslaved. In 1792 slave owners from Southern Maryland and Northern Virginia leased over

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)          **District of Columbia**
Name of Property                                        County and State

200 enslaved workers to the District of Columbia commissioners to build the White House and adjacent lands, including Lafayette Square. After completion of the White House, enslaved laborers continued to live and work on the property, serving nine separate presidential families. They managed the daily operations of the White House and were housed in the building's attic and ground-floor rooms in extremely poor conditions.[75]

Enslaved laborers were also responsible for the construction and management of the private residences that lined Lafayette Park. Decatur House is the only property in the district to retain separate slave quarters that housed generations of enslaved individuals serving the various occupants of the property, including John Gadsby and Henry Clay. Other private residences, such as the Blair House and Ewell House on the west side of the square, were home to dozens of slaves, some of whom found ways to resist their oppressors by escaping bondage or purchasing their freedom. Slaves like Alethia Tanner and Elizabeth Keckley sold handmade goods in the district's open-air markets to gain personal income and purchase their freedom.[76]

Research has uncovered that African American craftsmen were responsible for the construction of some of the district's monuments that form the core of Lafayette Square's symbolic landscape. The Andrew Jackson Memorial statue in the center of the square was designed and constructed by Clark Mills and his enslaved apprentice, Philip Reid, who oversaw the casting of the commemorative statue.[77]

Following the Civil War and the elimination of slavery, Lafayette Square hosted several public institutions dedicated to the advancement of the African American community in Washington D.C. and beyond. The ornate Freedman's Saving and Trust Company Headquarters Building (demolished 1899) was opened on the southeast corner of Lafayette Square and served the financial needs of many African American businesses and individuals. St. John's Episcopal Church on the north side of H Street, NW served as a major meeting point during Rev. Martin Luther King, Jr.'s landmark civil rights action known as the March on Washington in August 1963. Lafayette Square's landscape is intertwined with the history of Washington's African American community and remains a potent yet contradictory symbol of American democracy and enslavement.[78]

Events associated with this historic district that have made a significant contribution to the broad patterns of our history are too numerous to recount in a single National Register nomination. A more detailed discussion of major events is provided in the *Detailed Historic Background* section below.

**Criterion B: Persons**

Lafayette Square Historic District is significant under Criterion B of the National Register of Historic Places because it is associated with important historic figures such as Stephen Decatur, an American naval officer noted for his participation in the Barbary Wars and the War of 1812; Dolley Madison, the popular and influential wife of President James Madison, who later moved

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)                         _____
Name of Property                                                      County and State

back to the neighborhood; Benjamin Ogle Tayloe, prominent Washington political figure and
chronicler of the social activities in Lafayette Square; Daniel Webster, who lived in the district in
the 1840s, when as Secretary of State he negotiated the Webster-Ashburton Treaty that
established the U.S.-Canadian border; William Wilson Corcoran, businessman, banker, and
patron of the arts; Henry Brooks Adams, prominent American author and descendent of two U.S.
presidents; John M. Hay, Abraham Lincoln's private secretary and Secretary of State to
presidents William McKinley and Theodore Roosevelt; and Alice Stokes Paul, founder of the
National Woman's Party and a leader of the women's suffrage movement.

Although all U.S. presidents had some impact in the Lafayette Square Historic District, the
White House itself is not included in this nomination. Two presidents and their wives, however,
were particularly influential in helping to preserve the historic buildings and sites in Lafayette
Square and elsewhere. Jacqueline Kennedy and Lady Bird Johnson played important roles in the
preservation of Lafayette Park, the surrounding neighborhood, and the development and
acceptance of a nationwide historic preservation policy. By raising the profile of historic
preservation and demonstrating executive-level support for heritage preservation at Lafayette
Square, Presidents Kennedy and Johnson and their wives paved the way for adoption of the
National Historic Preservation Act of 1966. One other president was associated with a significant
event in Lafayette Square. Harry S Truman was the target of a failed assassination attempt in
1950 while he was staying at Blair House.

The list of significant persons, which includes political leaders, literati, scientists, ambassadors,
military leaders, civil rights demonstrators, and religious leaders, is so vast as to be impracticable
to include in this nomination; however, the Detailed Historic Background section provides a
more in-depth discussion. Within this context, Lafayette Square Historic District, including the
resources associated with President's Park, has national and possibly international significance
for the period 1791 to the present.

**Criterion C: Design/Construction**

The Lafayette Square Historic District has been in a near-constant state of evolution. No one
period, style, method of construction, or master designer is represented here in a pure state. The
district is a layered landscape in which multiple periods and trends are represented. The
Downing plan of 1851-1852 survives in a recognizable although altered form. The same is true
for St. John's Episcopal Church and the Decatur House, both originally designed by Benjamin H.
Latrobe, although later altered. Robert Mills's Classically inspired design of the U.S. Treasury
Building; Alfred Mullett's Second Empire State, War, and Navy Building; the Beaux Arts-style
Cass Gilbert buildings; and Warnecke's more recent Contextualist designs are readily apparent in
the existing landscape. The district's design period of significance extends from 1791 to 1970.

The Lafayette Square Historic District embodies the distinctive characteristics of at least five
types, styles, and/or periods—late eighteenth-century Baroque formalism in city planning; early
nineteenth-century Federal and Neoclassical architectural styles; mid-nineteenth-century

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

romanticism in architecture and landscape architecture; the early twentieth-century City Beautiful movement; and the late twentieth-century Preservation Movement. It contains representative examples of the work of several masters associated with these periods, including Pierre Charles L'Enfant, Benjamin H. Latrobe, Robert Mills, Andrew Jackson Downing, Alfred Mullett, James Renwick, Jr., Cass Gilbert, and John Carl Warnecke.

The historic district as a whole, as well as many of its components, possesses high artistic value. Examples of the decorative details possessing high artistic value within St. John's Episcopal Church are the stained-glass windows designed by N.H. Eggleston of New York and made by Veuve Lorin, curator of glass at Chartres Cathedral. Features of high artistic merit at the U.S. Treasury Building include the double flying staircases in the Mills wings; the Salmon P. Chase Suite; the Andrew Johnson Suite; the ornate two-story marble Cash Room; and various individual elements, such as gilt cartouche details, and eagles with keys grasped by a fist that dress door knobs in the south wing. The State, War, and Navy Building is dressed with high-relief tympanum designs by Richard von Ezdorf based on military motifs; door knobs designed for each individual department; great "floating" spiral stairways; and the Navy Library, now called the Indian Treaty Room. The Indian Treaty Room is elaborately decorated with marble panels, fluted pilasters, an elaborate ironwork balcony, tiled floors, and sculptured lighting fixtures. The façade of the former Corcoran Art Gallery (now the Renwick Gallery) is awash in carved Second Empire detailing of high artistic value. The statuary throughout the district represents great artistic achievements; from the Clark Mills equestrian statue, which stands as a testament to direct naturalism and technical ingenuity as the first equestrian statue designed and cast in the United States, to the two statues at the U.S. Treasury Building designed by James Earle Fraser, a former student of Augustus Saint-Gaudens.

The district represents a significant and distinguishable entity whose parts together represent the evolution of a pivotal and symbolic space in our nation's capital. The district contains a collection of nineteenth-century dwellings layered with public buildings, open park space, and artistic objects that form a distinct historic district. Although the houses populating the square are typically not associated with master architects or builders, except for the Decatur House and the new infill buildings by John Carl Warnecke, collectively they form a distinctive setting that provided the impetus for the preservation plan championed by the Kennedy and Johnson administrations.

**Criterion D: Likely to Yield Information Important in History**

Lafayette Park is significant under Criterion D because of its association with the Andrew Jackson Downing design as demonstrated through the Seneca Sandstone Piers, pier foundations unearthed during excavations in 1999. Seneca sandstone, quarried for a brief period, was used in construction of the foundation piers for a fence surrounding the park. The former Corcoran Art Gallery (Renwick Gallery) was also constructed of Seneca sandstone quarried from the same site. The two closely related sites built using the same material provide an example of a method of construction and use of material only available for a short time. The piers, constructed on site

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                 **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

as evidenced by small pieces of sandstone *in situ*, reflect the type of construction associated with that period. The foundation piers provide the only physical evidence of the actual location of the original fence line as designed by Downing. In October 1999 the District of Columbia SHPO, citing three reasons under Criterion D, determined that the Downing era piers were eligible for listing in the National Register of Historic Places.[79]

---

## Narrative Statement of Significance (Provide at least one paragraph for each area of significance.)

### Prehistory Through 1608

Occupation of the Coastal Plain of the Chesapeake region may have begun as early as the Paleoindian era (9500-8000 BC).[80] Occupation by Algonquian-speaking tribes extended through the Late Woodland period, from ca. AD 800/900 to 1608, the time of European contact.[81] According to the authors of the *Geoarcheological Investigations for the Ellipse Rehabilitation Project, President's Park, District of Columbia,* published in 2007, archeological specimens collected prior to the advent of "modern" archeology indicate episodic use of the District of Columbia area for at least 7,000 years. They go on to say that, "Native American occupation in the downtown Washington area around Tiber Creek has been well established, despite the urban character of the modern environment."[82]

The District of Columbia aligns with a series of Eastern cities built along the Fall Line, a low east-facing cliff paralleling the Atlantic coastline from New Jersey to the Carolinas. The Fall Line, formed by the juncture between the hard metamorphic rocks of the Appalachian Piedmont and the softer sedimentary rocks of the Coastal Plain, is the site of numerous waterfalls. Many early American cities developed along the escarpment where emergent rocks create rapids and falls that, though they impeded navigation, provided flume- and water-wheel power for industry in the colonial era.

On the Potomac River the Fall Line begins on the river's eastern shore at Easby's Point and at Theodore Roosevelt Island.[83] The Potomac runs swiftly through a narrow channel, about 900 feet wide, north of Theodore Roosevelt Island. At one time, south of the island, the river widened abruptly to 5,000 feet and slowed into an expanse of tidal waters. Three channels ran through the tidal waters: the Washington Channel along the District shore; the Virginia Channel parallel to the western shore and the west side of Mason's Island; and the Georgetown Channel north and east of the island to the Georgetown harbor. Farther north in the river valley, siltation and debris from agriculture and timbering activity created multiple broad muddy shoals, which obstructed the channels to Georgetown and slowed the river below the Fall Line.

The Fall Line area also offered many natural attractions for Native inhabitants. It supported a rich diversity of ecological resources — woodlands, marshlands, and coastal flats — common to both the northern and southern regions of the Eastern seaboard, and allowed for abundant game

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property                                          County and State

and waterfowl.[84] Annual runs of anadromous fish up the Potomac River by ca. 2000-1500 BC formed an important part of the seasonal food supply for Native Americans.[85] During the prehistoric era the area around Tiber Creek was probably a tidal marsh that supported a variety of natural resources important for prehistoric subsistence, such as shellfish, waterfowl, and fish. Charles H. LeeDecker and John Bedell state that throughout the historic period shad, herring, eels, pike, catfish, and perch were harvested from Tiber Creek as far upstream as current-day Pennsylvania Avenue, NW, and Second Street, NW.[86]

Captain John Smith documented Indian occupation of the area in 1608 on a voyage up the Chesapeake Bay. In the early seventeenth century Indians lived mostly near fresh-water springs close to the river. They cleared small fields out of the surrounding woodlands, and practiced slash-and-burn cultivation of crops such as beans, corn, squash, pumpkins, and tobacco. In June 1608 Smith sailed up the Potomac as far as Analostan Island (now Theodore Roosevelt Island), where the Fall Line starts and rocks begin to impede further navigation upriver. Smith noted the presence of two Indian villages inhabited by members of the Nacotchtanke tribal grouping, part of the Conoy chiefdom, near the island. One village was Namoraughquend, probably located somewhere on the Potomac's western shore between Analostan Island and the current site of the Pentagon. The chief's village of Nacotchtanke was on the eastern shore, at a point near where the Anacostia River empties into the Potomac.

In 1995 John Pousson and Christine Hoepfner concluded that ground disturbances undoubtedly resulted in the destruction of many, perhaps most, of the area's archeological resources within what is now Lafayette Park. Most ground disturbances were associated with the construction, and later reconstruction, of the White House and the establishment and maintenance of the park's formal landscape. They add that these disturbances may have reduced the integrity of other resources. Pousson and Hoepfner suggest that episodic land filling in at least some areas of the park may have protected significant early historic, and prehistoric resources.[87] Their suggestion that landfill may have protected some resources was proven true when, on October 13, 1999, stone foundation piers dating to 1853 and the Andrew Jackson Downing landscape design were discovered during excavations for construction of a security project in Lafayette Park. Therefore it is reasonable to speculate that this site may be likely to yield information important to our understanding of prehistory and history.

**Early History and Administrative History, 1609-1933**

The land that became the Federal City was part of a royal charter granted by King Charles I in 1632 to George Calvert, Lord Baltimore, and to his heirs and successors. Calvert died that same year and his son Cecilius, second Lord Baltimore, oversaw the settlement of Maryland. The Lords Baltimore held the power to dispose of and control the land until the Revolution, after which the state of Maryland held the authority to grant land. From 1632 until 1683, land was granted on a headright system.[88] This system ended in 1683, and title to land was conveyed on a cash basis.[89]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The earliest land grants within the future city boundaries, patented by George Thompson in 1664, included Duddington Manor, Duddington Pasture, and New Troy.[90] Richard and William Pinner patented Father's Gift in 1666. John Watson's New Bottle and Thomas Wahop's Wahop Dale, patented in 1687, were located on land later encompassed by Jamaica and Port Royal. According to McNeil, John Peerce (Peirce, Pearce) received a land grant for Jamaica and Port Royal in 1687. Peerce's patents for the Jamaica and Port Royal tracts did not mention any previous ownership or occupation of the land.[91] McNeil adds that New Bottle and Wahop Dale disappeared from the records without any indication that they were ever sold.

John Allison received a patent for Elinor in 1722. He sold the property to David Burnes in 1723. By 1791 Burnes's grandson and namesake David Burnes owned the Elinor parcel.[92] The White House, U.S. Treasury Building, and the southern part of the Eisenhower Executive Office Building are located on this 70-acre tract of land. The remainder of the Lafayette Square Historic District is sited on the southwest end of Peerce's Port Royal tract.[93]

Tobacco plantations, established in the late seventeenth century, were the first physical manifestation of European settlement in the area of the District. A necessary support facility for the tobacco trade was ports. Alexandria, Virginia, became the first tobacco port in 1749. In 1748 a ferry route began between Mason's Island and Georgetown, and by 1751 a competing port existed in Georgetown, Maryland. The ferry provided the only passage across the river to Virginia until the first Long Bridge was built in 1809. Mason's Ferry was active until around 1867.[94]

By the 1790s second- and third-generation planters occupied the local plantations. The lands, exhausted by tobacco cultivation, left the owners financially strained. Frederick Gutheim, in *Worthy of the Nation*, states that financial stress left the proprietors poor and eager to liquidate their real estate holdings.[95] Edward Peerce, for example, sold his descendants' land to Samuel Davidson in 1791. According to the "L'Enfant Plan of the City of Washington, District of Columbia" National Register nomination, a census of the area showed that 20 households composed of 720 persons occupied the land. This sparse development provided a "unique opportunity to create an entirely new capital city." These farmlands, held by various planters, would become the future District of Columbia.

An Act of Congress fashioned the framework creating a permanent seat for the Government of the United States. The Residence Act of 1790[96] specified that the federal government would reside in a district "not exceeding ten miles square . . . on the river Potomac." The Residence Act, though approved by both the Senate and the House of Representatives by July 9, 1790, was dependent on the passage of the Assumption Bill before it could be enacted. The Assumption Bill passed both houses of Congress by July 26, 1790. The Residence Act also set a deadline of December 1800, for the capital to be ready.[97]

President Washington began scouting the region below the Fall Line southeast of Georgetown, Maryland, for a site to build the new capital city. In January 1791, in accordance with the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

Residence Act, Washington appointed a three-member commission to manage the surveying process for the future District of Columbia and appointed Andrew Ellicott as the surveyor.[98] On January 24, 1790, President Washington informed Congress of the site selected, which included Georgetown, Maryland, and Alexandria, Virginia. In the early spring of 1791, Pierre Charles L'Enfant (August 2, 1754-June 14, 1825) began working on a design plan for the capital city.

The cities of Philadelphia and New York served as capitals of the new nation prior to the establishment of Washington as the seat of the federal government. The Residence Act established that Philadelphia would host the federal government until December 1800, by which time the government must be relocated or the District would forfeit its position as the capital.

On September 9, 1791, the new capital city was named in honor of George Washington. The Organic Act of 1801 officially organized the District of Columbia and placed the entire federal territory, including the cities of Washington, Georgetown, and Alexandria, under the exclusive control of Congress. This new act merged these entities into a single municipality named the District of Columbia.

The U.S. Capitol Building anchors L'Enfant's baroque urban plan of 1791. The plan established an underlying grid of orthogonal streets overlaid by wide diagonal avenues. A series of parks was created at the intersections of the orthogonal grid and diagonal boulevards, connecting important sites and structures. The primary focus of the plan was the visual relationship between the Capitol Building and the "President's House." These two spaces were visually joined by a diagonal avenue (named for Pennsylvania), and by a "grand avenue" (which became the Mall) that extended due west from the Capitol. L'Enfant's design plan for Washington, D.C., of broad ceremonial boulevards with important buildings, cross axis radial boulevards, ceremonial spaces such as squares and public garden space, and broad views often with sweeping vistas that join significant public buildings, is an excellent example of an eighteenth-century baroque urban landscape.

As specified in the Residence Act of 1790, the federal government relocated to the new city from Philadelphia in 1800, officially taking occupancy of the city in November. Through George Washington's efforts, the original "proprietors" allowed their lands to be subdivided. Some lots were given to the District for street and public development, others were sold, and some, known as "Appropriations,"[99] were kept for federal use. The Appropriations were managed under several different jurisdictions from 1790 up through 1933, when management responsibilities for the parks transferred to the National Park Service. Three district commissioners, appointed by the President, managed these lands beginning in July 1790. In 1802 the district commissioners were eliminated and the duties were transferred to a Superintendent of Public Buildings, also appointed by the President. In 1816 the Superintendent of Public Buildings was replaced by a Commissioner of Public Buildings, at first acting under the authority of the President and then, after its creation in 1849, the Department of the Interior. The position of Commissioner of Public Buildings was abolished in 1867 and authority was transferred to the Officer in Charge of Public Buildings and Grounds under the Chief Engineer of the Army. This agency was reorganized in

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

1925 as the Office of Public Buildings and Public Parks of the National Capital. In 1933, by
Executive Order 6166, President Franklin Roosevelt transferred functions to the Office of
National Parks, Buildings and Reservations (a short-lived title for the National Park Service).
Since 1933 the National Park Service has administered most of the original 17 Appropriations
and many of the city's Reservations, including Lafayette Park (Reservation 10).[100]

## Historic Context: Lafayette Square Historic District (1790-present)

Much of the following information was taken from Susan Calafate Boyle, *The White House and
President's Park: Site History and Evaluation 1791-1994* (Washington, D.C.: National Park
Service Cultural Landscape Report, December 2001); and Elizabeth Barthold, "Lafayette Square
(Reservation No. 10), Pennsylvania Avenue, H Street, Jackson and Madison places, NW,
Washington, District of Columbia," Historic American Buildings Survey HABS No. DC-676
(Washington, D.C.: 1993).

The periods and chronology in the following narrative are based on the date parameters
established by Susan Calafate Boyle in the Cultural Landscape Report for *The White House and
President's Park: Site History and Evaluation 1791-1994*, completed in December 2001.

### *1790-1814: The L'Enfant Plan and the Beginning of President's Park/Lafayette Square*

The history of the President's House and grounds, and the history of the nation's capital, began
in 1790. That year Congress passed the Residence Act establishing that the federal government
would reside in a district "not exceeding ten miles square…on the river Potomac." The
cornerstone for the White House was laid in October 1792. The construction was completed
largely by enslaved and free African American laborers as well as white local and immigrant
workers. Although President George Washington oversaw the construction of the house, he
never lived in it. In 1800 President John Adams and his wife Abigail were the first occupants of
the White House, even before the building was completed. Construction of the White House
(1792-1800), the original U.S. Treasury Building (1798-1800), and the original War Department
(1798-1800) were the first urban developments to influence the area known today as Lafayette
Square.[101]

As noted by John F. Pousson, and Christina Hoepfner, the same natural characteristics that
provided the basis for human subsistence for 11,000 years, and afforded early historical
occupants favorable conditions for profitable farming, were fundamental to the selection by
Pierre Charles L'Enfant and President Washington of the site for the President's House and its
setting, and the Capitol Building. In October 1796, just months before Washington retired from
the presidency, he personally selected the site for the Treasury and War Department so that these
offices would be convenient to the president.[102] L'Enfant selected two raised river terraces as the
sites for the President's House (the White House) and the "Congress House" (the Capitol
Building). Arranging the "Presidential Palace"[103] and its gardens on high ground, L'Enfant used
the natural topography, artistically creating a broad view of the Potomac River. A long boulevard

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

visually connected the President's residence to the Capitol, sited about a mile and a half away atop Jenkin's Hill, a hill that L'Enfant described as "a pedestal waiting for a superstructure."[104]

L'Enfant's refined baroque design showed radial avenues extending from the north forecourt area of the President's House through the area we know as Lafayette Park.[105] L'Enfant, however, was fired in 1792, and Andrew Ellicott's plan eliminated this baroque feature. Ellicott's plan also shows two blocks removed from the northeast and northwest corners of what had been part of the President's House and grounds. The commissioners and proprietors formed an agreement whereby the two blocks would be sold for private development with the remainder of the lands purchased by the federal government, under the designation "Appropriation No. 1." On L'Enfant's plan of 1791, the 7-acre rectangle containing present day Lafayette Park, the two flanking city blocks (Square Nos. 221 and 167), the three-block segment of Pennsylvania Avenue, NW, to the south, and Jackson and Madison places, NW, were all incorporated in the parcel set aside for the President's House and grounds.[106]

Prior to the establishment of the President's House and grounds, a cottage stood on the former Peerce property, near the northwest corner of today's Lafayette Park.[107] When the government acquired the land that would become the park, the site contained a small family graveyard, which was relocated, and an orchard. During the 1790s, while the White House was under construction, a large temporary structure occupied the center of the present Lafayette Park. This large building served as the carpenter's workshop for the President's House. A temporary laborer's village developed around the workshop.[108]

After completion of White House construction, the workmen's huts were removed and a temporary market was located at this site. Deciding the grounds of the President's House were too large, Thomas Jefferson authorized the separation of the northern section for a public park.[109] According to Boyle, by 1811, and possibly as early as 1796, some kind of roadway probably existed in front of the President's House, where Pennsylvania Avenue, NW, is now.[110] Boyle adds that apparently Pennsylvania Avenue, NW, was not formally extended between the square and the grounds of the President's House until the early 1820s. According to George Olszewski, the creation of Pennsylvania Avenue, NW, served to "practically and symbolically" separate the private President's Grounds from this square, which was to be a park for the people.[111]

Boyle notes that, although this area was briefly the site of the first city market, it functioned mostly as an unembellished town commons where grazing was allowed. During the War of 1812, cannons were temporarily placed throughout the square and the site was used as an encampment and a ground for military musters. In 1814 invading British forces burned buildings around the park that housed the federal government, such as the White House and the original Treasury and War Department buildings.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                              County and State

*1815-1850: The Shaping of Lafayette Square*

Boyle notes that during the first half of the nineteenth century, President's Park slowly began to take shape in a more complete and elaborate form than that envisioned by L'Enfant. A plan for Lafayette Park prepared by Charles Bulfinch was partially implemented in the early 1820s. Following the War of 1812, James Hoban directed the rebuilding of the existing executive office buildings, as well as the addition of two buildings, one for the Navy Department and one for the State Department. Destroyed by fire in 1833, construction of the new U.S. Treasury Building began in 1836; it would be more than three decades before the building was complete, in 1869.[112] Records indicate that free black laborers were among those who erected the massive structure.[113]

President James Monroe was instrumental in attracting both Charles Bulfinch and Paulus Hedl to design important features that have characterized the landscape at President's Park. Robert Mills put forward a comprehensive plan for the Mall and designed the U.S. Treasury Building, using a fireproof construction method that he had pioneered.[114]

Following the War of 1812, Lafayette Park was used to store materials for reconstruction of the President's House, Treasury Department, and War Department, and construction of the new buildings for the Navy Department and State Department. After construction of the new buildings, the War Department relocated to the new building originally intended for the Navy Department, and the War Department Building became the Navy Department Building.[115] Beginning in the late 1810s, the area around Lafayette Park would begin to develop into the quintessential American town square. This town square would be the centerpiece of one of Washington's, indeed the nation's, most fashionable neighborhoods. Because of their proximity to the White House, the city blocks fronting on the park were ideal property for those having or seeking political power. The neighborhood attracted locals as well as foreign diplomats, as diplomats were not housed in official embassies or legations until 1872. Lafayette Square continued to be an important diplomatic and social center even after foreign countries began to establish embassies in other areas of Washington.

St. John's Episcopal Church, constructed between 1815 and 1816, was the second building erected facing the park, after the President's House. Benjamin Henry Latrobe (May 1, 1764-September 3, 1820) designed the church. Latrobe captures the desolate undeveloped quality of the park in an 1816 perspective illustration of the church, with the ruins of the President's House shown across an open undressed expanse of land where Lafayette Park exists today. In 1817 Latrobe also designed the first private residence to front on the park, for naval hero Stephen Decatur and his wife Susan.[116] The three-story Federal-style dwelling, completed around 1819, was located at the northeast corner of City Square 167. Congress appropriated money in 1819 to open 16 ½ Street, later Jackson Place, NW, between City Square 167 and the square that would become Lafayette Park. An 1822 painting of the Decatur House by E. Vaile shows only a narrow dirt road in place of 16 ½ Street.[117] The painting also illustrates a curved dirt path running through the park, a path possibly connecting Pennsylvania Avenue, NW, to H Street, NW. The

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Decaturs' tenure presaged the advent of grand social and diplomatic entertaining around the square. This house and, subsequently, Lafayette Square would become a focal point of Washington society.

Two houses were built on the west side of City Square No. 221, between 1818 and 1828. The two dwellings faced the east side of the public park. The Richard Cutts[118] residence was located on the northwest corner of City Square 221, and Benjamin Ogle Tayloe's[119] house was several lots to the south.[120] Originally built for Dolley Madison's brother-in-law Richard Cutts, the former dwelling was later known as the Dolley Madison House because she owned and occupied it from 1835 to 1849. As with the Decatur House and the west side of the park, the erection of these two dwellings prompted the clearing of 15 ½ Street (later Madison Place, NW) between City Square No. 221 and the park. Benjamin Tayloe considered himself the chronicler of the square, keeping a journal recounting the colorful tales of his neighbor's activities until his death in 1868. Relatives later published his stories in *Our Neighbors on Lafayette Square: Anecdotes and Reminiscences*.[121]

Stephen Decatur died at his house on Lafayette Square as a result of a duel fought on March 22, 1820. Following his death, his widow Susan Decatur chose to rent out the house. The house, rented by a series of foreign ministers, one each from France, Russia, and England, was in effect the official embassy of each diplomat in residence. Political hopefuls and cabinet members, such as Edward Livingston, Henry Clay, and Martin Van Buren, occupied the Decatur House during their terms as Secretaries of State.

Daniel Webster, during his terms as Secretary of State under William Henry Harrison and John Tyler, lived on the square in the 1840s. Webster resided in a house on H Street, NW, built for Thomas Swann in 1829. The Swann House was razed and has since been replaced by the U.S. Chamber of Commerce Building. In 1842 Webster actively courted the goodwill of his temporary neighbor, British envoy Lord Ashburton. During negotiations about the border of the United States and Canada, Ashburton lived on the east side of St. John's Episcopal Church in the structure that now carries his name and serves as the church parish house. A result of the relationship developed through these meetings was the 1842 Webster-Ashburton Treaty, which delineated the boundary between the United States and Canada.[122]

During White House renovations in 1845, President and Mrs. James K. Polk lived on the east side of the park in the Rodgers House, once located south of the Tayloe House.[123] The since demolished Rodgers House was built in 1831 for Decatur's friend, Naval Officer John Rodgers. The Polks' choice to redecorate continued a pattern of preservation associated with the White House to this day. Their decision to reside in the Rodgers House during the renewal was the first example of a president using a Lafayette Square dwelling as a temporary residence. Later examples include the 1902 occupation of 736 Jackson Place, NW, by President Theodore Roosevelt and his wife, and later twentieth-century use of the Blair House complex by President Harry S Truman and his wife.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                     County and State

At the same time that private buildings were beginning to appear around the square, improvements were authorized for the park. On April 30, 1818, Congress appropriated funds for "Graduating and Improving the President's Square."[124] Charles Bulfinch, tasked with developing a plan for improving the park, initially focused on grading the site as it varied in level and led to poor drainage. According to Boyle, enough evidence exists to describe the Bulfinch design in general terms even though the plan has not survived. Apparently, the design included a plantation of alternating elms and red cedars planted close together and forming allées. Although work had begun by 1820, sufficient funds were not provided to complete the landscaping. Further upgrading of the park occurred in conjunction with a visit by the Marquis de Lafayette in 1824-1825. Pennsylvania Avenue, NW, was formally extended in front of the White House, the square was leveled, and trees were planted. The Sessford Annals indicate that the park was enclosed with a wood fence by 1826.[125]

It is difficult to know exactly how the park landscape developed between 1818, when funds were first appropriated for grading and improving the park, and 1833, when money was approved but no record made of how the money was spent. There is no clear visual representation of the park until 1845-1850, when an isometric view of the President's House, grounds, and adjacent public buildings illustrates the park as a simple rectangle planted with grass surrounded by a double row of trees with a tree-lined alley down the center, following the path of 16th Street, NW. The illustration does not provide any clear visual evidence of the enclosure referenced by Sessford.

In 1845 a program was initiated to improve many of the "streets, avenues, and public reservations" in the city of Washington. The reservations designated were "Lafayette square, the reservation south of the President's townhouse, Fountain square, the mall, and the vacant ground adjoining the capitol." As part of this program, an estimate was given to enclose "Lafayette Square" with posts and wood railings "of the best materials," possibly to replace the enclosure Sessford indicated existed in 1826.[126]

In 1849 jurisdiction of the lands managed by the Commissioner of Public Buildings was transferred to the Department of the Interior with the Commissioner of Public Buildings no longer acting under the authorization of the president. These federally held lands were initially managed by three district commissioners, next by a Superintendent of Public Buildings, followed by the Commissioner of Public Buildings, all working under the authority of the president. That same year, banker and philanthropist William Wilson Corcoran (December 27, 1798-February 24, 1888) purchased Daniel Webster's house on H Street, NW. Corcoran then hired James Renwick, Jr. (November 1, 1818-June 23, 1895) to extensively enlarge and remodel the dwelling.[127] The result was a Renaissance Revival townhouse, a forerunner of the Victorian buildings that characterized the late nineteenth-century development on the square.[128]

### *1851-1865: Lafayette Square and the Downing Plan*

By the middle of the century, a confluence of events signaled that change was imminent for Lafayette Park. First, by the 1850s the "most fashionable" residences in the city looked out on

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Lafayette Park; indeed, a plan was put forward to purchase official residences around the park
for cabinet members.[129] Secondly, the park had been designated as the site for a statue of
Andrew Jackson. At the same time Joseph Henry, Secretary of the Smithsonian Institution, and
William Corcoran encouraged President Millard Fillmore to hire noted landscape gardener
Andrew Jackson Downing (October 31, 1815-July 28, 1852) to develop new designs for
President's Park and for the public grounds of Washington, D.C.[130] By March 1851 President
Fillmore had received Congressional authorization to engage Downing to landscape the area
from the Capitol to the President's House. Downing's plan for the public grounds was one of the
first plans for a large-scale public park in the United States to be implemented. Robert Mills had
created a plan for the Mall area in 1841, but it was not implemented. Downing's plan greatly
influenced developments for Lafayette Park between 1851 and 1865.

Although his death in 1852 prevented Downing from completing a detailed plan for the White
House Grounds, his general ideas are still apparent in Lafayette Park and, to a lesser extent, in
the Ellipse, where Downing's Ellipse center green is relatively untouched. Downing's design for
Lafayette Park with its elliptical flowerbeds, winding walkways, meandering gravel paths, and
thickets of trees and shrubs reflected the English picturesque garden tradition. The walks were
planned to converge in the center of the park at the base of the heroic equestrian statue of
Andrew Jackson. The design also incorporated a collection of exotic plants donated by Corcoran.
Boyle states that, in general, Downing's "landscape designs have not fared well, and Lafayette
Park and the Ellipse, both of which have since been redesigned, may be the only Downing
landscapes that survive in any condition."[131]

Although not shown on Downing's 1851 plan of the proposed method of laying out the public
grounds in Washington, recent scholarship suggests that the plan had been largely implemented
by his death in 1852. Information contained in a letter from Calvert Vaux to Marshall P. Wilder
supports the idea that Downing had developed and almost completely implemented a plan for
Lafayette Park by the time of his death:

> The ground opposite the other front of the President's House, called President's Square,
> was first laid out, planted and completed all but railing and I was to have sent him on a
> drawing of the same to lay before the Committee during the time he would have been at
> Washington had he lived. This design was an idea of his and was to have been an
> adaptation of the American Corn.[132]

The Downing plan called for the thinning of trees planted according to the Bulfinch plan,
building a base for the Jackson statue in the center of the park, and laying out the square in a
pattern of winding graveled paths. Beds and shrubbery were to adorn a mowed lawn.[133] Boyle
provides a detailed summary of the annual reports, correspondence, and unpublished financial
records of the commissioners of public buildings, which all serve to document the construction
of Lafayette Park according to the Downing plan. An old wood fence was replaced with an iron
fence, and gaslights were installed in the park in 1853.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                      OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The tradition of commemoration, an integral role of this park, also began during this period with the unveiling of the Jackson statue on January 8, 1853. Andrew Jackson is best known for the roles he played in the War of 1812 and as President of the United States. This statue commemorates Jackson and the Battle of New Orleans, fought in 1815. Designed by Clark Mills (ca. 1810-1883), the Jackson statue was the first equestrian statue to be designed, cast, and erected in the United States. The horse is depicted balanced on its hind legs, a feat which had eluded more accomplished sculptors, such as Michelangelo. Cannons captured in battle by Jackson surround the pedestal.

The Boschke map of 1861 is assumed to represent the lost Downing plan and shows the park fully laid out. British novelist Anthony Trollope described the landscape of Lafayette Park in 1861 as follows:

> Here in front of the White House is President's Square, as it is generally called. The technical name is, I believe, La Fayette Square. The houses round it are few in number,—not exceeding three or four on each side, but they are among the best in Washington, and the whole place is neat and well kept. President's Square is certainly the most attractive part of the city. The garden of the square is always open, and does not seem to suffer from any public ill-usage.[134]

Boyle closes the discussion of this period of the Park's development by stating that, "In 1863 Commissioner French reported that Lafayette Square was in admirable order and that it could be kept so at small expense under the daily supervision of laborers at the President's House."[135]

As Boyle notes, damage inflicted on Lafayette Park by troops during the Civil War seems to have been fully repaired by 1868, suggesting that sometime between 1863 and 1868, the park suffered some damage.[136]

Some residents of the square were Southern sympathizers, such as W.W. Corcoran and Louisiana Senators John Slidell and Judah Benjamin. Benjamin, who occupied the Decatur House, left Washington to become the Treasurer of the Confederate States of America. After Benjamin fled the city, Union troops occupied the Decatur House and built temporary warehouses on the surrounding property. Corcoran chose to rent his house to the French legation, thus protecting it with diplomatic immunity; however, in 1861 the United States government seized the Corcoran Art Gallery. Initially used as a warehouse, the gallery building later became headquarters of the Army's Quarter-Master General Montgomery Meigs.[137]

Also living on the square was Charles Wilkes, who led the first naval expedition to the Antarctic in the 1840s. Wilkes owned the Richard Cutts House; during the war he leased the house to General George McClellan, who briefly served as General-In-Chief of the Union Army before being removed by President Abraham Lincoln. McClellan used the house as his headquarters before losing his post.[138] McClellan also ran for president of the United States against Lincoln in 1864. Lincoln's Secretary of State, William H. Seward, lived in the Rodgers House located on the east side of the park, several lots south of the Madison House. Lewis Payne, an accomplice of

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

John Wilkes Booth, attacked Seward, on April 14, 1865, while he was recuperating from a carriage accident. Payne's assassination attempt failed because of the brace encircling Seward's neck. Lafayette Park, covered in a jumble of barracks and outbuildings, provided Payne an escape route. A future resident of Lafayette Square, Major Henry R. Rathbone, was seated in the box with President Lincoln at Ford's Theater the night Lincoln was assassinated. Rathbone, who resided at 712 Jackson Place, NW, from 1871 to 1880, was stabbed during the scuffle that left Lincoln mortally wounded.[139]

### *1865-1901: Lafayette Square and the Army Corps of Engineers*

In March 1867 Congress abolished the position of the Commissioner of Public Buildings. Jurisdiction of all city parks was then transferred from the Department of Interior to the United States Army Corps of Engineers, Office of Public Buildings and Grounds (OPB&G).[140] Despite the damages inflicted by the troops encamped in Lafayette Park during the war, the following description, provided in the OPB&G annual report of 1868, suggests that the park had been fully repaired: "one of the most charming spots for recreation, and one where the trees and shrubbery have been set out with so much taste and judgement [*sic*]." The report also mentioned that the level topography of the park caused drainage problems, and the number of gardeners employed was too small to maintain the park properly.[141]

As late as the late 1860s and early 1870s, the city was still composed of dirt roads, open sewers, and wood sidewalks. Damage inflicted on the city during the war by its heavy use by the Union Army only exacerbated these problems. On February 21, 1871, with the enactment of the District of Columbia Organic Act of 1871, Congress created a new government for all of the territory of the United States included within the limits of the District of Columbia. This Organic Act established a legislative assembly and a four-person Board of Public Works, including a governor who would serve as the Board's president, to be appointed by the President.

The new Board of Public Works was tasked with modernizing the city. Alexander Robey Shepherd (January 30, 1835-September 12, 1902), considered one of the most powerful big-city political bosses of the Gilded Age, was appointed to the Board of Public Works in 1871. In 1873 Shepherd was appointed governor of the District of Columbia, thus promoting Shepherd to president of the Board of Public Works. Shepherd spent $20 million on public works, which modernized the city while leaving it bankrupt.[142] Concurrent with the extensive infrastructural improvements of the Board of Public Works, the Army Corps of Engineers improved the city's public buildings and parks.

During this period of modernization, new Victorian residences began to fill in the unbuilt lots around Lafayette Square. Many of the existing buildings, such as the Decatur, Cutts, and Tayloe houses, were modified to reflect the Victorian style currently in vogue. Victorian embellishments, such as decorative ironwork, were added to the existing buildings. The Second Empire-style Arlington Hotel was constructed on the west side of Vermont Ave, NW, between H and I streets, NW, in 1868. The hotel replaced Federal-style houses built by Secretaries of State

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

William L. Marcy and Lewis Cass, and Minister to Britain Reverdy Johnson. Keeping with the diplomatic, political, and social traditions of the square, the elegant and exclusive hotel built by William Corcoran housed many members of Congress and foreign diplomats. In 1884 architect Henry Hobson Richardson designed the attached houses for writer Henry Adams and John Hay, Abraham Lincoln's private secretary and Secretary of State to William McKinley and Theodore Roosevelt. The house complex was sited on the northwest corner of 16th and H streets, NW, across from St. John's Episcopal Church. The conjoined dwellings, and their occupants, became a hub of social and intellectual life in Washington.

The Victorian-style Freedman's Savings Bank was erected on Madison Place, NW, one lot north of the northeast corner of Madison Place, NW, and Pennsylvania Avenue, NW, in 1869. The Freedman's Savings Bank served Washington's expanding population of formerly enslaved African Americans, who arrived in the city following the war. It was established at the close of the Civil War to protect the finances of African American soldiers and newly freed African-Americans. By 1874 the institution held $57 million. The building was purchased by the federal government in 1882 and housed the first Justice Department and later the U.S. Court of Claims before it was razed. The Arlington Hotel and Freedman's Savings Bank foreshadowed the square's evolution from residential to commercial use. The history of African Americans working and residing in Lafayette Square has been the subject of several recent and ongoing bodies of research, including that of historian Bob Arnebck, architectural historian Pamela Scott, Chris Myers Asch, and George Derek Musgrove, and compiled histories by the Decatur House Museum with support from the National Endowment for the Humanities and the National Trust for Historic Preservation.[143]

Meanwhile, the park was maintained as a pleasure ground. The *Annual Report, Chief of Engineers, 1871* described Lafayette Park as the most beautiful picturesque spot in the city. The report points out, however, that among its few defects was the absence of sub-surface drainage. The following year the underground drainage system installed in 1857-1858 was replaced.[144] Eight new lampposts, two in combination with drinking fountains, were installed, and the walkways were improved. Trees were thinned, and in 1872 a watchman's lodge was constructed on the north side of Lafayette Park. The building served as a lodge for the watchman, a tool shed, and restrooms. The restrooms for men were at one end of the lodge, and those for "nurses and children" were located at the opposite end of the building. The restrooms were approached by circular walks each screened by rows of evergreens with flowerbeds and small shrubs in front. In addition to discussing the lodge, Major O. E. Babcock states in the 1872 *Annual Report Chief of Engineers* when referencing "Lafayette Square" that "two beautiful bronze vases, copies of an antique vase, have been placed on the granite pedestals. They were cast, through the kindness of the Hon. George M. Robeson, Secretary of the Navy, at the brass-foundery [*sic*] of the Washington navy-yard."[145]

In 1875 prairie dogs were kept in a wire enclosure, and starting around 1880, asphalt walks were gradually added and gravel paths were slowly converted to asphalt surfaces. In 1888-1889 the iron fence around Lafayette Park was removed and sent to the Gettysburg Memorial Association,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

to be used at the National Cemetery. Perceived as both ugly and "undemocratic," iron perimeter fences were frequently removed from parks, not only in Washington but in other cities. As a replacement for the fence, the officer in charge, John Wilson, requested an appropriation to install granite curbing around "Lafayette Square" in 1889.[146] Officer in charge Colonel O.H. Ernst indicates in the *Annual Report, Chief of Engineers, 1892* that the granite curbing was installed. Electric lights gradually replaced the existing gaslights after the annual report for 1895-1896 recommended this change.[147] In 1899-1900, the District government replaced the old brick sidewalks around the park with cement pavement, requiring the temporary removal of the granite coping.

Appropriate for a square so enmeshed in the lives of foreign diplomats, the four statues erected in the corners of the park between 1891 and 1910 commemorate Europeans who aided the United States during the Revolutionary War.[148] The first statue, erected in 1891, honors the Marquis de Lafayette, whose historic visit in 1824-1825 gave the park its name. The location of the Jackson statue, dedicated in 1853, came into question in 1885, when the congressional committee was considering sites for the Lafayette statue.[149] The committee decided that the Lafayette statue group be located at a site midway along Pennsylvania Avenue, NW, between the Executive Townhouse and the Jackson statue. After the foundation was constructed for the Lafayette statue, Tennessee Senator William Brimmage Bate strongly opposed the site. Bate complained that the Lafayette statue would obstruct the view of Jackson.[150] Under pressure, the congressional committee had the foundation relocated and the statue erected in its current location at the southeast corner of the park. Palms and other foliage plants subsequently occupied the spot at the main entrance where the foundation had originally been.[151] Following the installation of the statue, two granite piers were erected with arc gas lamps on ornamental iron lampposts, at the southeast entrance to the park.[152]

The Lafayette figural group was unveiled without fanfare. The April 1891 edition of *Frank Leslie's Popular Monthly*, however, featured a diagram of the park showing not only the location of the new statue but also the footprints of the each of the buildings facing the park. A list of current and former occupants of each building accompanied the diagram. Among the residents listed were some of the most influential people in the country, such as cabinet officers, members of Congress, military heroes, business leaders, inventors, and writers. Temporary residents included foreign diplomats and visiting royalty.[153]

By the 1890s Lafayette Square was easily accessible, with streetcar lines to the north and south along H Street, NW, and Pennsylvania Avenue, NW. Residents of the square moved to larger homes in newly fashionable neighborhoods in the northwest quadrant of the city, and commercial and office buildings gradually replaced the residences facing the park. In the early 1890s Andrew Carnegie purchased the Parker and Townsend Houses at 700 and 704 Jackson Place, NW, and combined the buildings into the office for the International Bureau of American Republics, later known as the Pan American Union. The Cosmos Club acquired the Cutts House in the late 1880s and later purchased the Tayloe House and connected the two with a modern wing. The Cosmos Club sold their complex to the government and left Lafayette Square in 1952,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)                    _____
Name of Property                                                  County and State

when their complex on Jackson Place became the Court of Appeals of the Federal Circuit. The old Club interiors remain largely intact as reception and conference spaces. The Lafayette Square Opera House, built in the Neoclassical style that would soon eclipse the popular Victorian style, replaced the Rodgers House in 1894. These conversions of residences into commercial and office space demonstrate the transition Lafayette Square would face at the turn of the twentieth century. Just as Lafayette Square had been the center of Washington's diplomatic, political, and social life, the opera house, renamed the Belasco Theater in 1906, became a center of Washington culture, featuring plays, ballet, and opera performed by entertainers such as Enrico Caruso, Sarah Bernhardt, Maude Adams, Ethel Barrymore, Al Jolson, and Will Rogers. Native Washingtonian Helen Hayes was "discovered" at the Lafayette Square Opera House when she performed on its stage at the age of five.[154] The Belasco Theater was used as Washington's National Stage Door Canteen, where over two million servicemen were entertained during World War II.

Changes to the park landscape between the end of the Civil War and the turn of the century reflected the changing needs of the community. In addition to the removal of prairie dogs and other wildlife in the late 1870s and the removal of the tall iron fence in 1889, the OPB&G also addressed crime in an effort to "democratize" the park.[155] The Chief of Engineers ordered plants trimmed to improve visibility and reduce crime; however, it continued to be a concern and eventually the watchmen became officially known as park police. Unlike watchmen, the park police were authorized to make arrests. In 1897 electric lights replaced gas lamps as an additional step aimed at preventing criminal and "immoral" activity in the park at night.[156] Immoral activity may be a reference to the area as "a cruising spot for gay men."[157]

### *1901-1929: Lafayette Square, the McMillan Plan, and Women's Suffrage*

During this period the Senate Park Commission produced what became known as the McMillan plan for central Washington. The McMillan plan advocated for the return of the monumental simplicity and dignity that were the essential features of the L'Enfant design. The most significant element of the plan concerning Lafayette Square regarded the large-scale classically inspired structures proposed to front on Lafayette Park. After the Commission of Fine Arts opted to develop the Federal Triangle area in the 1930s, interest in the proposed building plan for Lafayette Square diminished. Had this aspect of the plan been implemented, the residential character of the square would have been destroyed.

The McMillan plan of 1901 had a permanent impact on the properties around Lafayette Square even though it was never fully executed. Under the plan private residences were to be replaced with classical public buildings surrounding the square.[158] This plan emerged in response to an effort to memorialize the centennial of the transfer of the federal government from Philadelphia to Washington; architects such as Cass Gilbert, Paul J. Pelz, Edgar V. Seeler, and George O. Totten, Jr. put forth proposals for a new city plan.[159] The McMillan plan, based on the report generated by the Senate Park Improvement Commission of the District of Columbia, formed by Congress in 1901, derived its name from the Chairman of the Committee, Senator James McMillan of Michigan.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The plan, which called for replacing existing buildings around Lafayette Square and other areas of the city with Beaux Arts-style federal buildings, left a lasting legacy. It prevented the enormous enlargement or the relocation of the President's House, but its physical impact on the Square was conspicuous, because the plan added massive buildings such as the U.S. Treasury Annex Building and increased the number of commemorative statues.[160] The McMillan plan was one manifestation of the City Beautiful ideal, a reform philosophy responding to overcrowded cities, intended to create beautiful, spacious, and orderly cities containing healthy open spaces and showcasing public buildings that expressed the moral values of the city. The City Beautiful movement was the predominant urban planning program of the early twentieth century.[161]

The McMillan plan, considered by many to be the first city-planning document of its kind, did not receive universal praise.[162] The McMillan plan influenced many schemes for President's Park even though the majority of these proposals were never implemented.[163] One of the more notable examples of an unrealized proposal was a scheme to convert the Second Empire-style State, War, and Navy Building façade to a Beaux Arts-style façade.

Boyle provides the most concise summary of the McMillan plan and its major focus. Referencing an illustration from the report, she describes how the plan "sought to reclaim the monumental simplicity and dignity that had been the essential feature of the L'Enfant plan." Boyle adds that the most important recommendation of the McMillan plan was to restore the axial relationship between the Capitol, the Washington Monument, and the White House, as haphazard building over the years had diminished the central concepts of L'Enfant's plan.[164]

The McMillan plan for Washington was implemented within a setting of social reform and change. During this period World War I began and ended, and women won the 72-year battle for the right to vote that had begun in July 1848 with the first women's rights convention in the United States, held in Seneca Falls, New York. The era also witnessed some of the most visually dramatic changes in Lafayette Square since its early development and prior to the Warnecke plan of the 1960s. Changes between 1901 and 1929 evolved gradually but unequivocally.[165]

In addition to the introduction of the Beaux-Arts buildings and commemorative statues, between 1901 and 1929, commission members designed standardized lighting fixtures for installation throughout the city. Beginning in 1912, the President's Park/Lafayette Square neighborhood witnessed the introduction of two of the most widely used street lights in Washington: lamps named after the Commission of Fine Arts members who participated in their design. The Millet lighting standard, introduced in 1912, featured a cast-iron fluted shaft with a circular flared base that supported a single cast light with a finial. The Bacon-style double lamppost, installed in 1923, included a fluted shaft atop an octagonal base, an ornately scrolled cross bracket, and two molded lights, each with a finial.[166]

The noticeable increase in commemorative statues and memorials in the Lafayette Square Historic District during this period of development was typical of the capital as a whole. In Lafayette Park the statue of Comte de Rochambeau, by sculptor Fernand Hamar, was unveiled in

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                 County and State

the southwest corner on May 24, 1902.[167] Siting the statue here enhances the concept of this park as a "statuary park" established with the installation of the Jackson and Lafayette statues, and reinforced a theme of military commemoration. In 1910 statues of General von Steuben and General Kosciuszko joined those of Generals Jackson, Lafayette, and Rochambeau.

A joint resolution of Congress, approved April 18, 1904 (33 stat. 588), accepted the offer of the Polish Alliance and the Polish American people of the United States to present a statue of Kosciuszko. A competition, held in 1905, selected the sculptor for a statue of von Steuben. Plans sited the proposed statue at the northwest corner of Lafayette Park.[168] Models for both the von Steuben and Kosciuszko statues received approval in 1907-1908.[169] On May 11, 1910, the Kosciuszko statue, by Antonio Popiel, was unveiled at the northeast corner. The full-size model of one of the two bronze side groups of the von Steuben statue was approved in June 1910.[170] The von Steuben statue, by Albert Jaegers, was unveiled at the northwest corner of the park on December 7, 1910.[171]

Additional commemorative statues included in the historic district but outside the bounds of the park are those added to the Treasury grounds. Statues located on the Treasury grounds consist of a statue of Alexander Hamilton erected at the south entrance of the building, dedicated May 17, 1923, and the Albert Gallatin statue, sited in the forecourt of the building. The Gallatin statue received Congressional authorization on January 11, 1927; however, 20 years lapsed before its dedication on October 15, 1947.[172]

In 1914 Frederick Law Olmsted, Jr. (July 24, 1870-December 25, 1957) indicated that he opposed the location of the Jackson statue. He argued in support of having the statue turned to face 16th Street, NW. Others agreed with this assessment, but the statue remained *in situ*. A proposal put forth in 1917 suggested that the Jackson statue be relocated to the north forecourt of the U.S. Treasury Building. The Commission of Fine Arts opposed the move, indicating that relocating the statue so near the building would detract from both.[173] A suggestion, in 1923, to exchange the Jackson statue with the Washington Circle Statue also failed. Some argued that this would reunite Washington with the generals he commanded during the American Revolution. Strong opposition from Tennesseans prevented the switch just as their opposition prevented the installation of the Lafayette Statue at the original site proposed for that figural group.[174]

The Lafayette statue played prominently in the American Suffrage movement. In 1915 the Congressional Union for Woman Suffrage, or the National Woman's Party (NWP), leased the Tayloe House on Madison Place, NW, and it became the national headquarters for the women's right to vote movement. Alice Stokes Paul (January 11, 1885-July 9, 1977), founder of the NWP, led the successful and peaceful suffragist protests from this headquarters near the White House. Paul chose the Lafayette statue, a monument of warfare and freedom, as a base for protests, noting that the eyes of the statue looked toward the White House. She stressed that Lafayette had come to America, on his own, to support the cause of freedom.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

In the first Lafayette Square campaign, led by Alice Paul on August 6, 1918, 100 women gathered at the base of Lafayette's monument. The police arrested 48 of them. Women were no longer simply picketing for their right to vote, they were attempting to speak out about the president and Senate in what they considered a battle of freedom. On August 12, 1918, Paul's troops once again gathered at the monument. The police took 38 of Paul's soldiers into custody, and according to Ruth Cowan's book, *More Work for Mother*, Anna Kelton Wiley was imprisoned for chaining herself to the White House fence. Ratification of the Nineteenth Amendment, also called the "Susan B. Anthony" Amendment, in 1920 marked the end of the 72-year battle for women's right to vote.

Alice Paul, however, sought full equality for women and in 1922 drafted the Equal Rights Amendment, which would "provide for the legal equality of the sexes and prohibit discrimination on the basis of sex."[175] Decades later, in 1972, this amendment passed Congress, but it was not ratified by the required number of states.[176] Alice Paul dedicated her entire life to the pursuit of equal rights for women. The political strategies and methods employed by Paul and the NWP provided a blueprint for civil rights organizations throughout the twentieth century. Clearly, the statues in Lafayette Park are more than simple memorials. They provide a rallying point for the voices of a democratic society.

During this period of development, influenced by the McMillan plan, major office buildings were erected around Lafayette Square. Construction of these somewhat homogenous classically inspired Beaux Arts-style buildings required the demolition of late nineteenth-century residential and commercial buildings. The earliest building added was the U.S. Treasury Annex Building. Cass Gilbert (November 24, 1859-May 17, 1934) designed the U.S. Treasury Annex Building sited on the east side of the square at the corner of Madison Place, NW, and Pennsylvania Avenue, NW. Gilbert developed his design with the understanding that the building would extend north to H Street, NW, and that structures of similar character would be erected on other blocks fronting on Lafayette Park.[177] Only the southern third of his design was realized. Erected in 1917, the new Annex site included the site of the Victorian-period Freedman's Savings Bank Building, demolished in 1899. The Freedman's Savings Bank, erected in 1869, was established at the close of the Civil War to protect the finances of African American soldiers and newly freed African Americans. By 1874 the institution held $57 million in funds.

Gilbert also designed the U.S. Chamber of Commerce Building on H Street, NW. Completed in 1925, the U.S. Chamber of Commerce Building presents as a four-story limestone classical revival building in the Beaux Arts-style. Interior alterations to the colonnaded corner building have not affected the exterior appearance; from the street the building remains virtually unchanged. The U.S. Chamber of Commerce Building replaced W.W. Corcoran's Renaissance Revival townhouse and John Slidell's attached townhouse. Working with the architect James Renwick, Jr., Corcoran enlarged the house once occupied by Daniel Webster, originally built in the 1820s by Thomas Swann. The U.S. Chamber of Commerce Building, considered a "harmonious and pleasing design" by the Commission of Fine Arts, was the last of the McMillan plan-inspired buildings built on the square.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                 County and State

The square continued to evolve during the 1920s and 1930s, as several of the nineteenth-century houses were replaced by taller institutional and residential buildings. In 1922-1923, the Brookings Institution replaced the houses at 740 and 744 Jackson Place with a five-story structure designed by Waddy B. Wood (1869-1944), and in 1930-1931, the Brookings Institution built an eight-story structure on the site of a ca. 1885 four-story dwelling.

In 1927 the Hay-Adams house complex at the corner of 16th and H streets, NW, designed by Henry Hobson Richardson and constructed in 1884-1886, was demolished to make room for a hotel. An article in the *Evening Star* on October 24, 1924, reported that the new hotel would be named The Carlton. Developer Harry Wardman built The Carlton a few blocks away, and the building on the old Hay-Adams house site was constructed as the Carlton Chambers, an apartment annex to The Carlton Hotel. Designed by Mihran Mesrobian (1889-1975), the Carlton Chambers is known today as the Hay-Adams Hotel; it is unclear when the name change occurred.[178] The American Renaissance-style hotel is eight stories high, faced in limestone, and decorated with classical details.

Elbert Peets, a landscape architect who served on the Commission of Fine Arts and as the Chief of the Site Planning Section of the U.S. Housing Authority, published an analysis of Washington based on his studies of the city during World War I. In *The American Vitruvius: an Architects' Handbook of Civic Art,* Peets wrote,

> Lafayette Square is of such obvious beauty and value as an open square. Real "squares" are rare in Washington. There are plenty of so called "circles" and other open areas of various shapes at street intersections, but Lafayette is in quite another class. It is a court of honor before the White House, fortunate in its ample size and symmetrical plan, its freedom from bisecting pavements, its dignified houses reminiscent of the old time capital, and the relative continuity of its bounding wall, for an area loses half the value of being open if wide avenues lead out from every side.[179]

Boyle states that Peets warned that construction of the McMillan plan buildings would radically transform the square.[180] The decision to develop the Federal Triangle area and, later, World War II prevented the realization of many of the Commission's recommendations for Lafayette Square.

Other alterations to affect the park during this period included the addition of six electric arc lights in the park in 1910 and 1911. In 1912-1913, a new drinking fountain and a children's sandbox were installed. A new classically inspired lodge, designed by architect Horace W. Peaslee and landscape architect George Burnap and built on the same site as the old Victorian-style lodge, was constructed in 1913-1914.[181] This lodge was one of four identical lodges erected in Lafayette, Lincoln, Franklin, and Judiciary squares. It is the only extant example remaining.

Throughout the 1910s and 1920s, as the neighborhood transitioned from a once prestigious residential district into a more commercial business area, other activities in the park once again drew criticism.[182] Recent research into the LGBTQ communities in Washington, D.C. cites

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Lafayette Square as a well-known gay cruising location in the city from the 1880s into the twentieth century. Park arrests of gay men are documented as far back as 1892.[183] The criminalization of male homosexuality, initiated in D.C. under J. Edgar Hoover in 1924, demonstrates the perspective of the government and many in the public toward the LGBTQ community and suggests that the criticism of the moral character of the park related to the LGBTQ community.[184] The Park Watchmen patrolled Lafayette Square under authority given to them by Congress in the 1880s, and they are now known as the U.S. Park Police.[185] The Park Police held the same powers as the Metropolitan Police of Washington, D.C. and were placed throughout D.C. area monuments and public buildings, including Lafayette Square.[186] Historians argue that federal policing programs implemented to crack down on homosexual activity set the stage for the widespread ousting of homosexuals from federal employment in the 1950s, known as the Lavender Scare.[187]

During this period trees and shrubs were thinned and, just as in 1897, electric lights were increased. It is unclear whether these changes were implemented as an attempt to reduce crime or as part of an earlier design plan.[188] On the first anniversary of Armistice Day, November 11, 1919, two California redwood trees were planted in the park, at the eastern and western sides of the park near the location of the present pools.[189] Between 1920 and 1929, annual reports show limited maintenance and design activity associated with Lafayette Park.[190] Some of the activity included the planting of commemorative trees such as the red oak planted on April 25, 1929, in honor of former First Lady Grace Coolidge.[191]

In summary, during this period the McMillan plan influenced development of Lafayette Square through the addition of commemorative statues and large-scale classically inspired structures such as the U.S. Treasury Annex Building. Development of the Federal Triangle area meant that the intended plan for Lafayette Square was never fully realized, thereby saving the residential character of the square. The emphasis on statuary and memorials in Lafayette Park reflects increased memorialization in Washington as a whole. Lafayette Square began to change from its roots as a prestigious residential neighborhood into an urban business district. The American suffrage movement, by choosing to use the Lafayette statue as a rallying point for their "battle for freedom" and by picketing the White House, co-opted the political and social symbolism imbued in the park's setting to promote their socio-political views.

### 1929-1948: Lafayette Square—Lafayette Park, the National Park Service, and Preservation

The architectural character of Lafayette Square changed drastically in the early twentieth century, and the landscape adapted accordingly. The most notable changes to the park landscape to occur since the implementation of the Downing plan were realized in the 1930s. During this period management of the National Capital Parks, through Section 2 of Executive Order 6166, returned to the Department of the Interior and "Lafayette Square" became known as "Lafayette Park." According to Olszewski's history of Lafayette Park, a complete inventory was made of all the features of the "square" in 1929, prior to the implementation of the landscape changes. In addition to the physical alterations to the park, less tangible transformations took place during

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

this period. The most significant of the intangible changes were passage of the Historic Sites Act of 1935 and Franklin Delano Roosevelt's efforts to preserve several residential structures associated with Lafayette Square, which presaged future efforts to preserve the nineteenth-century character of the neighborhood.

Section 2 of Executive Order 6166 of June 10, 1933, required that all administrative functions of public buildings, reservations, national parks, national monuments, and national cemeteries be consolidated into an Office of National Parks, Buildings, and Reservations in the Department of the Interior. The enactment of this Executive Order resulted in the abolishment of agencies such as the Public Building Commission and Public Buildings and Public Parks of the National Capital.

The Historic Sites Act of 1935 was enacted to organize federally owned parks, monuments, and historic sites under the National Park Service and the U.S. Department of the Interior. The Act states that "it is national policy to preserve for public use historic sites, buildings, and objects of national significance . . .," thus making this the first assertion of historic preservation as a government duty.

In 1937 the National Park Service "reconditioned"[192] the park's existing landscape using New Deal-era resources. The new plan, possibly derived from a preliminary sketch plan presented to the Commission of Fine Arts on February 11, 1921, simplified and regularized Downing's Victorian aesthetic by introducing a more formal, axial design based on City Beautiful ideals.[193] The new path design, still evident in the park today, was altered to elliptical paths bisected by two parallel straight walkways along the 16th Street, NW, axis that inscribe the rectangular park, and parabolic paths that connect the five sculptural groups. The two short paths that led to the urns east and west of the Jackson statue and the flowerbeds within the paths of Downing's outer path system were eliminated and the remaining paths were re-laid in uniform widths. The walks were resurfaced in concrete, and the Navy Yard Urns, originally placed on granite pedestals in the center of two small circular flowerbeds, located east and west of the statue of General Jackson, halfway to Jackson and Madison places, NW, were relocated close to the east and west entrances. All of the statues and many of the trees remained in place while the smaller shrubs once used to line the pathways were removed. Despite this more formal and open design, the park maintained its natural feel, although the public decried the loss of the romantic character historically associated with the site.[194] In 1937 a Works Progress Administration (WPA) writer described the park as follows: "The ancient columnar oaks bordering the park are always impressive, but in an early summer's dusk, the heavy lemon scent of southern magnolias is truly more representative of the place."[195]

Changes in lighting fixtures also reflect modifications to the landscape during this period. Either during or just after World War II, Columbian Family lampposts were apparently installed within the Lafayette Square Historic District. The Columbian Family lampposts are a simplification of the Bacon style with an acanthus leaf finial rather than an acorn finial. Some of the historic Bacon-style, Millett-style, and Columbian Family lampposts remain *in situ* throughout the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

district. In the late 1930s Saratoga-style lampposts replaced the Millett-style lampposts within the body of Lafayette Park. The Saratoga-style lampposts have an octagonal base and shaft with a cylindrical globe.[196]

Prior to the 1937 changes, the American Forestry Association published a brochure with a foldout map showing all the trees in Lafayette Park.[197] Published in 1932, this brochure shows American elms growing along all four sides of the park, and a few English elms (remnants of an earlier planting along the north and south sides) extant principally in the northeast corner. Other trees identified in the map included a deodar cedar (related to the cedar of Lebanon), a cryptomeria, a Royal Empress tree, a bald cypress, a massive purple beech, southern magnolias (along the walk north of the Jackson statue), a large English yew, an English holly, and a white fringe tree.[198]

One of the more contentious features in Lafayette Park has been the Jackson statue, dedicated in 1853, which Franklin D. Roosevelt sought to remove from the park. Roosevelt indicated that the statue was not aesthetically pleasing. Charles Moore, chairman of the Commission of Fine Arts, argued in favor of keeping the statue in Lafayette Park. Moore argued that as the first equestrian monument designed and erected in the United States, this statue was an outstanding achievement in American art. He also contended that it would be difficult to find another satisfactory place for the feature. Moore strongly opposed switching this statue with that of George Washington because, in his estimation, the latter was "one of the worst in the United States."[199] Proposals to relocate the Jackson statue continued, however. In 1944 the Federal Works Agency recommended its removal to open the view along 16th Street, NW, axis north of the White House. Once again, these recommendations resulted in no action.[200]

According to William Seale, in *The President's House: A History*, in September 1939 President Roosevelt activated a Congressional act passed under President Hoover in 1930, which allowed the federal government to purchase private property around Lafayette Park. Despite his activation of the Hoover-era congressional act, President Roosevelt worked hard to preserve a few residential buildings near the square and opposed early proposals for construction of office buildings there.[201] The acquisition and renovation of the Blair and Lee houses best demonstrate Roosevelt's early conservation efforts.

The official state guest house for the President of the United States, the Blair House complex is located at on Lafayette Square at 1651-1653 Pennsylvania Avenue, NW. The Blair house, for which the complex is named, was built in 1824 as a private residence for Joseph Lovell, first Surgeon General of the United States. It represents a late example of the Federal style. The house transferred to the ownership of Francis Preston Blair, an influential advisor to President Andrew Jackson, in 1836. In 1859 Blair built a house for his daughter and son-in-law, Elizabeth Blair Lee and Captain Samuel Phillips Lee, at 1653 Pennsylvania Avenue, NW. Combined with two townhouses that front onto Jackson Place, NW, the Blair and Lee Houses form a complex sometimes referred to as the Blair-Lee House, an alternative to the official title of Blair House.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)                    **District of Columbia**

Name of Property                    County and State

Efforts to preserve Blair House began when Gist Blair, the youngest son of Montgomery Blair, returned to the house as a permanent resident in 1908. By 1929 Blair House was the sole remaining structure in the Lafayette Park area of Pennsylvania Avenue, NW, whose use was entirely residential. Throughout the 1930s Gist Blair sought official recognition for the historic and architectural significance of the dwelling, while National Park Service historians and architects prepared several reports detailing its history and architectural evolution.

Federal efforts to save Blair House began during the Franklin Delano Roosevelt administration. Charged with the responsibility of administering the "Historic Sites Act" of 1935, Secretary of the Interior Harold Ickes wrote to Franklin Roosevelt in 1942 to argue that disposing of the Blair House to make way for the State Department Annex would be highly regrettable. Ickes wrote:

> There are so few houses left that are at once distinguished and possess historic and cultural values that I hope that such a fate can be averted. I know of no one so diligent or so versatile in working out problems of this sort and I will continue to have faith that you will be able to solve this question as you have others.[202]

Roosevelt responded by sending the following note to the Secretary of State, Cordell Hull, on June 7, 1942:

> The more I think about the problem of the Blair House and the Decatur House, the more I am convinced that they should not ever be allowed to be torn down. I hope that you will keep this in mind and try to work out some method. Will you and Sumner try to invent something?[203]

Roosevelt followed up a month later with another note:

> Please take this matter up again. I still believe we ought to get that Blair house for the use of the State Department. We shall continue to have a procession of distinguished visitors both now and after the termination of the present war.[204]

In August 1942 Roosevelt asked the Bureau of the Budget to explore possibilities for financing the purchase. He wrote:

> . . . the State Department did not consider that it could, strictly speaking, be called a war measure, nevertheless there is every reason to believe that this war measure has put the whole subject of distinguished visitors on a new basis. For the three years since the war broke out, the American Government has been host to a succession of distinguished visitors – Presidents of other Republics, Foreign Ministers, Prime Ministers, and a number of sovereigns. The reason for these visits is that the United States is more and more recognized as the leader in the world battle for democracy. These visits will not end then. They will doubtless continue during the postwar period, if victory comes to us. We must assume that victory will come to us and that we shall continue to be one of the principal leaders against dictatorship and future threats of aggression. I am, therefore, inclined to approve the purchase of the Blair House. This reason is fortified by the fact

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

that historically the Government should own and preserve the Blair House and Decatur
House. . . these two. . . homes are not only of historic importance, but are also excellent
representatives of the architecture of their periods.[205]

As early as 1914, the Lee House at 1653 Pennsylvania Avenue, NW, was in use as the State
Department Annex. The exact date the Lee House was transferred to the government is not
known, but it may have occurred during the 1930s. According to a State Department press
release issued in April 1944, the Lee House was officially conveyed from the Public Building
Administration to the State Department on April 5, 1944.[206] President Roosevelt also showed
interest in preserving the Lee House, as demonstrated in the following note quoted in the
*Historical Survey of Lafayette Square*:

> It is my thought that while the house next door to Blair House itself is not in good repair,
> it is of the same general date as the Blair House itself and perhaps should be kept and
> repaired. . . . Go ahead with the plans for taking over the Blair House as outlined, but I
> raise the question as to whether we should not include the retention of the other old house
> next to the Blair House which the State Department already owns. I understand that this
> other house is similar to the Blair House in construction although of a later date and that
> it requires major repairs. Nevertheless, consideration should be given to the keeping of
> this house instead of demolishing it.[207]

The house was originally purchased by the government "incident to the proposed development of
the block on the west side of Jackson Place, NW, for the eventual construction of a State
Department annex."[208] However, according to the *Historical Survey of Lafayette Square*,
Roosevelt was not in favor of the proposed design for the new State Department Annex. On
September 14, 1942, he wrote:

> I do not like any of the facades of the proposed new building . . . Without changing the
> fact that this office building will be used for office purposes, the whole Jackson Square,
> 17th Street, H Street compositions become a part of the White House square and deserve
> an architectural treatment which will be sound for a hundred years to come. I think you
> might ask Stanley-Brown to work on some new approaches to the subject on the theory
> that I do not want anything resembling an office building of the commercial type on or
> near Jackson Place.[209]

In consideration of Roosevelt's desires, a renovation program that complemented the guest house
function established by the Blair House was begun in 1943 for the Lee House. This marked the
beginning of the Blair House complex as guest lodgings for visiting heads of state.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

Since its purchase by the United States government in 1942, Blair House has served as the official residence for guests of the president. From November 1948 through March 1952, the house served as the temporary residence of President Truman and his family while the White House was renovated.[210] Truman was the target of a failed assassination attempt in 1950 while he slept in Blair House.

Blair House has also been used for guests and hosted several presidents-elect and their families several days before their inauguration. President George W. Bush arranged for former First Ladies Nancy Reagan and Betty Ford to stay and receive guests at the house following their husbands' state funerals. Meanwhile, the adjacent townhouse, known as Trowbridge House, serves as an official guest residence for former presidents during their visits to the capital.

While Roosevelt was working to save these residences, events that had global ramifications were taking place on the east side of Lafayette Park at the Cosmos Club, housed in the former Cutts and Tayloe houses. In October 1941 President Roosevelt tasked Dr. Vannevar Bush, director of the Office of Scientific Research and Development, with determining whether a [nuclear] bomb could be built and at what cost. Bush reported summary findings to President Roosevelt on November 6, 1941, regarding cost and duration of a bomb project.[211]

According to George Hutchinson, author of "The History of Madison Place, Lafayette Square, Washington, DC," while awaiting a reply from the President, on December 6, 1941, a meeting was held to discuss the bomb. Those attending the meeting include Dr. Vannevar Bush; James Bryant Conant, organic scientist and president of Harvard University; Arthur Compton, physicist and the 1927 Noble Prize recipient; and Ernest O. Lawrence, technological expert at the University of California at Berkeley. The meeting was held "to make certain decisions relative to the concept of developing a new weapon to be used in the event of the United States entering into World War II. They had discovered that by separating plutonium from uranium an extremely powerful bomb could be constructed." After the meeting concluded, Bush, Conant, and Compton left for lunch at the Cosmos Club while Lawrence left for Berkeley. In the crowded dining room of the Cosmos Club, the three scientists continued their discussion of one of the greatest military secrets in history.[212] Roosevelt responded on January 19, 1942, with the following "V. B. OK—returned—I think you had best keep this in your own safe FDR."[213] Although the Manhattan Engineering District would not be established until August 13, 1942, the meeting and lunch discussion marked a significant milestone in the early development of what would become known as the Manhattan Project. Within 24 hours of this meeting, the Japanese attacked Pearl Harbor.[214]

In summary, Lafayette Square underwent a number of alterations between 1929 and 1948, including both tangible changes to the park and the less tangible efforts of early preservationists. In 1937 Lafayette Park, using WPA resources, was renovated and partially redesigned, replacing Downing's Victorian design with a simple, more regular aesthetic that made the inner and outer path systems equal in width and importance. At that time the walks were resurfaced in concrete, and the urns were relocated close to the east and west entrances. Comments by the public

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

regarding these changes expressed disappointment over the loss of the site's former romantic character. There were also complaints about the tree damage in the park that had resulted from shifting underground water conditions.[215] The most significant alterations in Lafayette Square were not the tangible changes associated with the park but the early efforts at preservation, illustrated by the purchase of the Blair and Lee houses on Pennsylvania Avenue, NW. Conservation of these structures not only foretold a shift in attitude regarding the federal government and preservation but had a crucial effect on the lasting character and composition of Lafayette Square. Lafayette Square was host to at least one meeting that was part of the introduction of nuclear proliferation on a global scale.

*1948-1970: Lafayette Square, the Warnecke Plan, and Civil Rights*

Space exploration, anti-nuclear proliferation, the civil rights movement, LGBTQ community development and activism, and anti-government war protests provided the background setting for this phase of Lafayette Square's history. During the 1960s Lafayette Park played a pivotal role in the civil rights movement as the site for demonstrations, and as the decade passed into the 1970s, anti-war demonstrations also became prominent. These demonstrations took the form of sit-ins, vigils, marches, and prayer meetings. Examples of demonstrations during this period include the Washington Chapter of the Congress of Racial Equality (CORE) led by Bishop Smallwood Williams and Julius Hobson to protest "Jim Crow" practices in June 1963; a demonstrators' rally to show support for the marchers in Selma, Alabama, after "Bloody Sunday" in March 1965; the rally calling for an end to the Vietnam War led by Coretta Scott King and Dr. Benjamin Spock in June 1967; the Poor People's March to the park in June 1968; and a fast sponsored by Business Executives Move for Vietnam Peace and Labor for Peace in April 1970.

The media's coverage of antiwar protests was a source of frustration for the Johnson administration, which grew increasingly concerned with how antiwar activities could affect international perceptions of American policy.[216] With the White House as a backdrop for media coverage, Johnson was particularly concerned that protests at Lafayette Park created the perception of a government under siege. He also worried about security with round-the-clock pickets taking place just in front of the White House. The presence of protesters at Lafayette Park seemed to have the intended effect of reaching the occupants of the White House. Lady Bird Johnson, who was deeply distressed by the demonstrations, counted 166 instances of White House picketing in 1965 alone, and there was great concern that Luci Johnson's August 1966 wedding on the White House lawn would be disrupted by protesters. J. Edgar Hoover and the Secret Service suggested that all demonstrations on the White House sidewalk and in Lafayette Park be prohibited, but this was denied as it would have violated First Amendment rights. Instead, Johnson, and later, Nixon, combated demonstrations by various means, including limiting the number of protesters in specific areas, demanding letter-perfect permits for every activity, and other forms of bureaucratic stonewalling.[217]

In March 1967, Dr. Martin Luther King, Jr., came out against Johnson's Vietnam policy, explicitly linking the struggle for civil rights at home to the war in Vietnam and transforming the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

demonstrations that unfolded just in front of the White House. Johnson, reportedly, was deeply affected by the shouts of "Hey, Hey LBJ" echoing from the square, which he could hear from his living quarters. Nixon would take a decidedly more combative approach to demonstrators as Johnson's successor in the White House, but Lafayette Square would remain, nonetheless, a significant site of protest, for both its symbolism and its ability to reach the ears of the president.

Preservation efforts, however, defined the architectural and physical evolution for this era of the square's development. Building on the legacies of the L'Enfant, Downing, and McMillan plans, President and Mrs. John F. Kennedy, working with the architect John Carl Warnecke, helped lay the foundation for the National Historic Preservation Act of 1966. By raising the profile of historic preservation and demonstrating executive-level support for heritage preservation at Lafayette Square, Presidents Kennedy and Johnson and first ladies Jacqueline Kennedy and Lady Bird Johnson paved the way for adoption of the act. One response to the nationwide destruction brought about by federally initiated programs was production of a 1966 report that analyzed the effects of urban renewal. Coordinated by Lady Bird Johnson, *With Heritage So Rich* triggered heightened public awareness of the issues surrounding the loss of historic resources. The proposed resolution culminated in the National Historic Preservation Act.

As stated in the 1997 National Register Bulletin: "How to Apply the National Register Criteria for Evaluation," preserving historic properties as important reflections of our American heritage became a national policy through the passage of the Antiquities Act of 1906 (P.L. 59-209, 34 stat. 225), the Historic Sites Act of 1935 (P.L. 59-209; 34 stat. 225), and the National Historic Preservation Act of 1966 (P.L. 89-665, 80 stat. 915), as amended. The Historic Sites Act of 1935 limited identification and recognition to only properties of national significance. The 1966 Act expanded that recognition to local and state significance in American history, architecture, archeology, engineering, and culture. The legislation also established the National Register of Historic Places, the list of National Historic Landmarks, and the State Historic Preservation Offices.

When the Lafayette Square restoration project was announced on October 15, 1962, President Kennedy stated the importance of the project in a letter to Bernard Boutin, the head of the General Services Administration:

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

> There are throughout our lands specific areas and specific buildings of historical
> significance or architectural excellence that are threatened by this [urban renewal and
> redevelopment] onward march of progress. I believe that the importance of Lafayette
> Square lies in the fact that we were not willing to destroy our cultural and historic
> heritage, but we were willing to find means of preserving it while meeting the
> requirements of growth in government. I hope that the same can be done in other parts of
> the country.

In the 1950s the re-emergence of long dormant plans to develop Lafayette Square according to McMillan-era designs focused attention and controversy on the neighborhood.[218] The eventual resolution provided a lasting foundation for preservation planners and set an important precedent in contextual urban design. The successful preservation of the historic buildings and the extensive publicity associated with the Lafayette Square project set the stage for the ultimate passage of the National Historic Preservation Act of 1966.[219]

According to the *Historic Structures Report: Jackson Place Complex*, on March 13, 1930, Congress authorized the Secretary of the Treasury to acquire all privately owned property bordering Lafayette Square but set no time limit for this acquisition. The report goes on to say that although no action was taken at that time, the legislation was reactivated in 1939 and that by 1942 the government had purchased land fronting on Madison Place. In August 1950 Congress authorized the purchase of properties fronting on Jackson Place, and it appears that most land acquisition and transfers were completed by 1959.[220] In 1956 Eisenhower appointed a group of architects to the Advisory Commission on Presidential Office Space to address the growing need for Executive Office space. Acting on the advice of the Advisory Commission, the GSA issued a sketch for a new office building in April 1957. The proposed building was to house various presidential agencies and three federal courts on Jackson Place, NW. The sketch, only intended as a suggestion, is an important document because it demonstrates the planners' sensitivity to the value of the square's historic houses and stands in stark contrast to the McMillan plan of 50 years earlier, which would have razed everything.[221]

The Roosevelt-era State Department Annex plans, particularly the 1942 design by architect Rudolph Stanley-Brown, influenced the GSA's sketch for Jackson Place, NW. Brown's 1942 design fit the annex between the Decatur House to the north and two mid-Victorian rowhouses to the south. Kurt Helfrich in the article "Modernism for Washington?: The Kennedys and Redesign of Lafayette Square," for *Washington History* states that the GSA's 1957 preliminary sketch followed Stanley-Brown's designs with the inclusion of a higher structure, in outline form, to the rear of the Jackson Place, NW, building. The desire to preserve the historic Decatur House on the northern end of Jackson Place, NW, and the Blair House complex on Pennsylvania Avenue, NW, next to the two rowhouses on the south required a new contextual approach, one neither Beaux-Arts nor modernist.[222]

By 1958 Congress had approved plans to erect a court of claims building on Madison Place, NW, and a new executive office building on Jackson Place, NW. The GSA then commissioned two Boston architectural firms to develop proposals for Lafayette Square.[223] Both firms, however,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

struggled to design massive new buildings while conserving the historic character of the square. Resulting plans called for the demolition of the historic nineteenth-century dwellings fronting on both Jackson and Madison places, NW.

According to Helfrich, by the summer of 1960, Eisenhower issued a press release asking that the GSA-appointed architect "approach the planning [of the Jackson Place, NW, building] not only with his attention and inspiration fixed upon the dignity and simplicity of some of the older buildings—the White House, St. John's Episcopal Church, the Treasury, and Decatur House—," but also, upon the opportunity to leave Lafayette Square "for posterity as an architectural symbol of the simplicity, beauty, and clean lines traditional to the American style."[224]

Marie Chase Oge Beale (1880-1956), owner of the Decatur House and the last residential occupant on Lafayette Square, was so concerned about the design plans that her will, written in 1954, bequeathed Decatur House upon her death to the National Trust for Historic Preservation in an endeavor to save the house from development.[225] Beale also wrote a book recording the history of the house and the park, hoping to arouse public interest in preserving both. She described the significance of Lafayette Square as follows:

> Here was the common meeting ground of so many historical personages that it could be called, perhaps, the center of the political history of the nation. More than any single spot in America, this little plot of ground was still animate with the past, still quietly redolent of bygone days, still preserving the faint echo of the footsteps of those who led the country to greatness.[226]

While serving in the Senate, John F. Kennedy voiced strong opposition to the initial plans put forth for Lafayette Square.[227] By the summer of 1960, Senators John F. Kennedy, Michael J. Mansfield, and Wayne L. Morse along with others had introduced legislation designating the Decatur House, the Richard Cutts House (Dolley Madison House), the Tayloe House, and the Belasco Theater national historic sites.[228] Even though these bills did not pass, eventually efforts to save the houses succeeded; however, the theater was razed to accommodate construction of the Howard T. Markey National Courts Building.

President and Mrs. John F. Kennedy joined the debate over preservation versus demolition in 1962. In February 1961 Kennedy asked William Walton, personal friend, unofficial adviser, and journalist-turned-painter, for help in improving Lafayette Square. Walton met with staff members of the GSA and together they determined that the "Old Court of Claims Building" (former Corcoran Art Gallery; now the Renwick Gallery), the rowhouses at 700 and 704 Jackson Place, NW, and Cass Gilbert's U.S. Treasury Annex Building on Madison Place, NW, should be retained and the two new structures would be designed around them. The Commission of Fine Arts reluctantly agreed to this arrangement though they preferred to raze the U.S. Treasury Annex Building and replace it with a modern structure to provide a uniform appearance for the eastern side of the square. The National Capital Planning Commission agreed in principle to the GSA proposal, allowing the architects to begin the design process for the façades.[229]

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

The Boston architects presented sketches for preliminary review in June 1961. The early design proposals created a rift between the Commission of Fine Arts members. The modern modular grid-based designs reflected a similar aesthetic to Eero Saarinen's designs for the United States chancery building in London. Those who supported the modernist designs included Ralph Walker, Douglas Orr, and Michael Rapuaro. David Finley, Peter Hurd, and Felix de Weldon desired a more traditional approach that reflected the scale and historic character of the nineteenth-century square.[230]

In June 1961 Finley contacted the Bureau of the Budget and showed them the Saarinen-inspired schemes. Distressed by the sketches, the director contacted Walton, who arranged a meeting with President Kennedy. Kennedy, Walton, and Finley reviewed the drawings and Kennedy was not impressed. He expressed a desire for the building on the west side of the square to have less glass and be more compatible with its surroundings. Finley shared Kennedy's views with the Commission of Fine Arts members while Walton developed a rough sketch of a brick building for the space on Jackson Place, NW. Walton's building reflected the existing character of the square with a slightly raised roofline. Kennedy liked the design, and in July Walton asked the architects to consider his free-hand sketch as well as Kennedy's desire that they use the Colonial Williamsburg-inspired brick design of the Equitable Life Insurance Company headquarters building (1956-58) at 3900 Wisconsin Avenue, NW (now the Federal National Mortgage Association), as a basis for the Jackson Place, NW, façade. This exchange ushered in a complicated design process for the two new structures intended for Lafayette Square.[231]

Numerous groups as well as individuals contributed their design talents, preservation prowess, and political savvy in an effort to influence the ultimate outcome of the Lafayette Square dilemma. In addition to the April 1957 GSA sketch, and William Walton's sketch of June 1961, notables such as local architect and preservationist Grosvenor Chapman created sketches proposing alternative options for saving the historic structures on Lafayette Square while still accommodating the new office and courts buildings authorized for development. First Lady Jacqueline Kennedy; banker, former resident of Lafayette Square, and member of the Committee of 100 on the Federal City, Charles C. Glover, Jr.; and the Committee of 100 on the Federal City, founded in 1923, all fought hard for the preservation of the square's historic character. In March 1962 President Kennedy asked architect John Carl Warnecke to develop a new plan for Lafayette Square. The architects in Boston were told to stop work on the project in the spring of 1962, and were officially released from their contract in July 1962. By mid-April Warnecke had developed a preliminary design plan. In the summer of 1962, Warnecke's work on the design plan began in earnest by commissioning Mrs. Leland King to do a historical study of the houses lining the square. Warnecke's design plan was presented to the Commission of Fine Arts in October 1962.[232]

Chapman's sketch accommodated the nineteenth-century dwellings on the west side of the square and would have replaced at least one of the "three existing tall office buildings" with a garden. Warnecke's design plan, however, was unique in that it proposed retaining all the extant nineteenth-century buildings on the square and planned to use new nineteenth-century-inspired

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

residential-type rowhouses to replace the existing tall office buildings, without any gardens visible from the street. Warnecke's design plan also resolved the issue of accommodating the necessary office and courts needs within a contextually sensitive modern red brick building by scaling the windows to match existing domestic buildings, and through the addition of projecting bays and a faux mansard roof. The nineteenth-century-style rowhouses served as a screen for the taller brick New Executive Office Building on the west side of the square, and a similar arrangement was planned for the Howard T. Markey National Courts Building (U.S. Court of Claims Building) on the east side of the square.

As Helfrich states in his article:

> Warnecke's plan for Lafayette Square was dismissed by contemporary critics as historic preservation, not modern architecture. Indeed, its importance lies not in the buildings, but in their theoretical basis. Warnecke's design was instrumental in defining the concept of adaptive re-use at the Federal level. His plan stands as a tribute to the efforts of David Finley, Charles Glover, Jr., and Grosvenor Chapman, who influenced the thinking of William Walton and the Kennedys. They saw that Lafayette Square would serve as a concrete example of the possibilities of producing modern structures that also addressed the past. Critics may have mostly ignored Warnecke's buildings, but Grosvenor Chapman saw the potential in their conception for future designers when he said in 1966 that even 'in their partially completed state, one can, I think, see the bones of an architecture which is as American as the New England saltbox and yet completely new to the United States. It may prove yet to be the pace setter or a revival of an indigenous architecture.'[233]

Arguing for preservation, the Kennedys worked diligently toward finding a resolution that tackled the need for additional office space while addressing the concerns of preservationists.

Warnecke also proposed plans to redesign the park to "make it appear more typical of the nineteenth century."[234] The landscape designs were not implemented until 1970.

The plan for the Warnecke design placed the Howard T. Markey National Courts Building (U.S. Court of Claims) and New Executive Office Building behind the residential streetscape. The larger modern buildings were set back far enough to allow courtyards behind the smaller buildings. The smaller buildings could be used for small government agencies. To retain the residential scale, several taller buildings built between the remaining historic homes were razed. Most of the razed buildings, with the exception of the Lafayette Square Opera House/ Belasco Theatre, which was demolished in 1964, dated to the early twentieth century.[235]

According to both Boyle and Helfrich, with the exception of the Lafayette Square Opera House, implementing the Warnecke design would preserve all the older historic nineteenth-century buildings on Pennsylvania Avenue, NW, which included the original Corcoran Art Gallery building; Jackson Place, NW; Madison Place, NW; the former State, War and Navy Building; and the U.S. Treasury Building.[236] The Kennedys vigorously supported this new scheme. President Kennedy approved implementation of the plan as long as it could be accomplished

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                       County and State

within the existing $30 million appropriation authorized for construction of the new buildings. Completion of the entire project, including demolition of incongruous existing office buildings, construction of the two new buildings, restoration of the old rowhouses, and construction of new infill buildings, came within the existing budget.[237]

As Susan Boyle states in the *Cultural Landscape Report for the White House and President's Park*, initial reactions to Warnecke's design were mixed. Several factors contributed to the varied reception of Warnecke's project. To understand the resistance by the design community to development of Lafayette Square, it is necessary to understand early twentieth-century architectural developments throughout Washington, D.C.

Federal building construction projects depended on standardized designs based on the classically inspired Beaux-Arts and Neoclassical traditions espoused in the McMillan plan of 1901 and exhibited in the Supreme Court Building designed by Cass Gilbert and the Federal Triangle composition. According to Antoinette Lee, although the International style and other modern styles were seeping into the American architectural consciousness, established private architects were not proponents of the new wave. Both the federal government architects and private practitioners preferred updated adaptations of Classicism, particularly for public buildings.[238] The 1941 appointment of George Howe, noted modernist architect and co-designer of the Philadelphia Savings Fund Building, to the position of Supervising Architect marked a shift toward modern building design in federal building projects, most notably in Washington, D.C. By 1951 the modernist General Services Administration Building was recognized as "illustrative of federal government architectural practices."[239] The D.C. architectural community had finally embraced the modernist movement as an acceptable form of design evidenced by Edward Durrell Stone's 1959 design for the National Cultural Center, which later became the John F. Kennedy Center for the Performing Arts, and Eero Saarinen's 1958 design for Dulles Airport.

Warnecke's contextualist post-modernist project, however, did not fit neatly into either the contemporary Modernist movement or the old classically inspired Beaux Arts style. Another complication was the GSA requirement that the new buildings be completed before any restoration or infill work began. This forced a disjointed implementation of the project, and this slow disorderly approach created confusion and a negative perception, as illustrated by Senator Eugene McCarthy's comment on the situation: "You really had us all confused down there at Lafayette Square, Warnecke. All we could see were those dilapidated little townhouses. No one was sure if you were putting them up or tearing them down."

Recognized as a major milestone for historic preservation, the "restoration" of Lafayette Square left room for improvement.[240] Viewed as controversial in the 1960s, Warnecke's radical design concept, embracing contextual post-modernist architecture in conjunction with historic architectural stock, established an archetype emulated in numerous preservation projects to this day such as The Shops at 2000 Penn and Metropolitan Square at 2000 Pennsylvania Ave, NW, Washington, D.C. Warnecke's prototype eventually evolved into Façadism, an extreme interpretation of the design tradition established with the Lafayette Square project. The Michler

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)          **District of Columbia**
Name of Property                              County and State

Place townhouses at 1777 F Street, NW, and the south side of the 900 Block F Street, NW, are notable examples of Façadism in Washington, D.C.[241] The new redbrick buildings, meant as a backdrop to the smaller historic structures, are seen as visually jarring by contemporary standards, and the infill buildings designed to replicate the existing nineteenth-century dwellings violate today's preservation standards.[242] The overall composition of Lafayette Square's "restoration" and preservation, however, established a guide for others to follow.

The Warnecke plan also called for design changes for Lafayette Park. The last major changes to the park, implemented by the WPA in 1936-1937 under the direction of the National Park Service, left the Downing landscape design largely intact. The 1930s changes included straightening and standardizing paths and walkways throughout the park and removing some plantings. Warnecke's plan, while aiming to make the park look more "nineteenth century," also retained the major elements of the Downing plan. His architectural firm was commissioned to develop a landscape design for the park. President Kennedy approved the conceptual scheme in 1962, and the National Capital Planning Commission approved the Warnecke plan in July 1967. Insufficient funds and high bids prevented the realization of the project until 1970.

President Lyndon B. Johnson, First Lady Lady Bird Johnson, and President Richard M. Nixon championed the implementation of the design. Indeed, President and Mrs. Johnson were such strong proponents of preservation and beautification that when President Johnson sent the bill for what would become the National Historic Preservation Act of 1966 to Congress, he attached a handwritten note: "Lady Bird wants it."[243]

There were, however, objections to the Lafayette Park design changes. The Commission of Fine Arts objected to a proposed band shell.[244] The Old Dominion Foundation, established by Paul Mellon, donated $409,000 toward the implementation of the park design in 1965. The project was completed in 1970.

One of the more litigious features in Lafayette Park was the Jackson statue. In the early 1960s Charles M. Merwin, a resident of Washington, D.C., challenged the location of the Jackson statue. Merwin wrote to President Kennedy suggesting that the Jackson and Washington statues should be switched. Cornelius H. Heine, Chief of the Division of Public Use and Interpretation for the National Capital Parks, argued in favor of leaving the statue in its present location. Heine's suggested that the approbation of time imbued the siting of the statue with a sense of tradition and significance. The Jackson equestrian statue remains, to this day, sited in the center of a park named in honor of a Revolutionary War hero and distinguished by the presence of four statuary groups memorializing Revolutionary War heroes.[245]

The square, no longer a residential neighborhood, continued to serve a similar political function for the dispossessed in need of a democratic platform, as it once did for the social elite. Civic protests, such as those championed by the National Woman's Party, provided the underpinning for civil rights advocates, anti-nuclear proliferation demonstrators, gay rights advocates, and anti-war protesters who use the park to this day. Lafayette Square had evolved from the once

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                  **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

powerful seat of the social and political elite into the "American equivalent of the Speakers
Corner in Hyde Park in London."[246]

At the height of the civil rights movement and anti-war protests of the 1960s and 1970s, St.
John's Episcopal Church, an essential element of this neighborhood's community composition,
opened its parish house to protest meetings for freedom marchers, anti-poverty demonstrators,
and anti-war supporters. Not everyone agreed with this strategy, but through deep "soul-
searching," many agreed that the church must minister to the needs of the community. This new
direction has prevailed to the present day. The church offers services in both English and
Spanish, provides tutors and family outreach for inner-city youths, supplies food and support
services for the homeless, and participates in the "Rebuilding Together" program.[247]

During this period the National Science Foundation occupied the Cosmos Club Building between
1952 and 1958; and from 1958 to 1961, the Office of the Administrator of the National
Aeronautics and Space Administration occupied the space. It was from this office that the
Mercury Astronauts were introduced to the public on April 9, 1959.[248]

The period after World War I and the mobilization of forces for World War II brought influxes
of single men and women that tripled the federal workforce in Washington. Concurrently, this
boom of workers in the district had an effect on widespread racial segregation. As the population
surged in the 1940s and 1950s, Black activists challenged segregated schools and racially
restrictive housing covenants, ultimately dismantling the institutional and legal framework of Jim
Crow. With the end of legal segregation came massive demographic shifts; by 1957, Washington
had become the nation's first major city with a Black majority, with profound implications for
the relationship between residents' use of park spaces and federal management.[249]

This population expansion also had an impact on the persecution of gays. As an environment
developed that allowed "closeted gay men to work without suspicion," a "gay subculture
developed during the 1930s and early 1940s." Following World War II, the gay experience in
Washington was characterized by increased policing of known cruising areas such as Lafayette
Square and anti-gay movements to establish outdoor washrooms to improve health conditions
that resulted in the construction of public comfort stations in D.C. parks known as "tea rooms."
In 1947 the U.S. Park Police (given both state and federal authority to police certain National
Park Service properties and other government lands) initiated the "Sex Perversion Elimination
Campaign," which targeted locations such as Lafayette Square. The campaign "ensured that
hundreds of men were arrested for cruising in D.C." and held to record personal identification
information to be entered into a federally designated "pervert file."[250] According to James
Gleeson, with the National LGBT Chamber of Commerce, at least 500 people were arrested and
76 people were charged by the U.S Park Police.[251] This widespread public persecution of gay
men in D.C. only intensified leading into the 1950s, culminating in the removal of at least 10,000
employees from the federal workforce considered security risks because of their sexuality.[252]
Homophobia within the federal government, particularly invoked by Senator Joseph McCarthy's
designation of homosexuals as a "security risk," set off "a systematic and intense campaign to

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

ferret out homosexual employees in the federal government dubbed the 'Lavender Scare,' just as the 'Red Scare' aimed to remove any hints of communism during the same era."[253]

These homophobic agendas increased gay rights activism as the LGBTQ community, growing in solidarity, pushed back.[254] Policing and comfort stations pushed the LGBTQ community to find new social spaces, but because Lafayette Square was located just around the corner from some of these locations, white gay men still laid public claim to the area.[255] Franklin E. Kameny, an astronomer and co-founder of the Mattachine Society of Washington (MSW), became a leading voice in gay civil rights activism throughout the 1950s and 1960s, and led the first demonstration for gay rights in front of the White House on April 17, 1965.[256] Other demonstrations are likely to have taken place in Lafayette Square; however, further research is necessary to confirm the locations and context.[257]

In summary, the years between 1948 and 1970 mark a period in which preservation efforts defined the architectural and physical evolution of this era for Lafayette Square. As noted by Boyle, the preservation planning associated with the square set a precedent for contextual urban design and adaptive reuse of historic buildings. In addition, the high-level government support for historic preservation demonstrated during the process set the stage for the eventual passage of the National Historic Preservation Act of 1966.[258] Each of the areas listed above has left a legacy not only at the local, state, and national level but globally, and, as noted above, each has a direct link to Lafayette Square.

### *1970-1994: Maintaining and Refining Lafayette Square*

Throughout this period the park experienced a general and gradual upgrading of streets, paths, sidewalks, lighting, benches, and trash receptacles, as well as continued renewal of plantings. The most significant changes affecting the park and surrounding neighborhood were temporal in nature. Of the small number of physical design changes proposed, few were implemented between completion of the Warnecke landscape plan, in 1969-1970, and 1994. This section addresses the physical changes first, then the temporal issues that developed throughout this era.

The landscape plan for the park, first developed by Warnecke in 1962 and modified over the next few years, was reviewed by Mrs. Kennedy and approved by Mrs. Johnson before approval by the National Capital Planning Commission in July 1967. But the plan was not realized until 1969-1970. During construction, plywood panels painted by local students and artists and decorated with scenes from Lafayette Square's historic past surrounded the park. Removal of the panels in 1970 revealed that brick walks replaced the 1930s concrete walks and two new pools with fountains replaced the Navy Yard Urns that had been sited along the east-west axis since 1936. The urns were relocated to the south-central 16th Street, NW, and Pennsylvania Avenue, NW, entrance to the park and now flank the north-south axis. Brick was used to replace more traditional materials, such as gravel and asphalt, owing to the mistaken assumption that brick was a traditional nineteenth-century material.[259] Chess tables with stools were installed at the west end of the park. The tables and stools were part of Warnecke's final design added at the request

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

of Mrs. Paul Mellon, who served as an adviser to the renovation of the park and worked closely with Mrs. Kennedy. New plantings came later. The sidewalk around the perimeter, however, was not resurfaced until 1983.[260] New security bollards were installed along the White House sidewalk section of Pennsylvania Avenue, NW, in 1988. The fountains installed in 1969-1970 were reconstructed in 2008-2009. A hexagonal wood-frame and glass visitor kiosk added to the park's northern area during the Johnson administration and still extant in 1995 is now gone.[261]

In the early 1970s proposals to remove the historic lodge in Lafayette Park and replace it with underground restrooms met with resistance. The classically inspired lodge, designed by prominent local architects Horace W. Peaslee and George Burnap, was one of four identical lodges erected in Lafayette, Lincoln, Franklin, and Judiciary squares. The simple stuccoed one-story frame lodge at Lafayette Square is the only extant example remaining. Historians such as Gary Scott, Regional Chief Historian, National Capital Region, National Park Service, argued to keep the 1913 lodge. Controversy regarding the removal of the lodge continued into the 1990s. The lodge, renovated in 2009, remains to this day.[262]

Since the mid-1980s all the statues within the park were conserved and cleaned on a regular basis, and in 1985, existing Saratoga-style lampposts were replaced. In 1982 a controversy developed regarding the replacement of missing trees in Lafayette Park. The debate centered on the question: should tree species more "compatible with squirrel habitat" replace damaged trees? According to Boyle, most of the missing trees were in the northwest section of the park. Recommended replacements included kousa dogwood, white oak, sugar maple, shagbark hickory, and American holly.[263] There was during this period considerable debate over squirrel damage to the parks in Washington, D.C. The discourse resulted in research on urban wildlife by the Center of Urban Ecology.[264] The trees that recovered from the overpopulation of squirrels in the park have benefited from efforts that limited future squirrel population.

One of the most highly visible public spaces in the nation, Lafayette Park, American's "Speakers Corner," for the past century has "been a global stage for passionate citizens."[265] Indeed, anti-war demonstrations and the long-standing anti-nuclear proliferation vigil associated with William Thomas and Concepcion Picciotto have caused some newspaper columnists to refer to the park as "Peace Park," a tradition still seen today.[266] One Court has described Lafayette Park as a "haven for First Amendment activity." According to the White House Historical Association, the park stands as one of the greatest symbols in American history of the right to assemble and protest. Suffragists, the civil rights movement, anti-war protesters, nuclear disarmament supporters, pro-life and pro-choice advocates, have all been afforded an equal opportunity to voice their concerns.

In addition to demonstrations, there have been confrontations over the National Park Service right to regulate problems associated with camping, signage, storage, temporary structures, and noise levels. The outcomes of these legal clashes had consequences that affected everyone. The park's ban on camping was litigated up to the United States Supreme Court, which upheld the regulation as constitutional (Clark v. Community for Creative Non-Violence, 468 U.S. 288

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                      **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

[1983]). The U.S. Supreme Court noted in Clark that the network of national parks in the heart of Washington "are unique resources held in trust for the American people" and the Park Service had "substantial Government interest in conserving park property, an interest that is plainly served, by and requires for its implementation, measures such as the proscription of sleeping that are designated to limit the wear and tear on park properties"[267] [Clark, at 290, 299[268]]. As a result the homeless, who once lived in the park because of the restrooms and the greater security afforded the park because of its relationship to the White House, can no longer live there.

In 1985 an article in *The Washington Post* described how Lafayette Park had:

> . . . become a battleground between the conflicting demands of court decisions supporting the First Amendment right to demonstrate, albeit with a raft of rules, and those who think the clutter of hand-painted signs and rickety structures built by the demonstrators has turned the park into an eyesore.[269]

Or, as the Court of Appeals in the United States v. Thomas, 864 F. 2d 188, 189 (D.C. Cir. 1988) observed:

> By virtue of its singular location, Lafayette Park has become a haven for First Amendment activity. The keen governmental interest in maintaining the beauty and tranquility of this historic park has increasingly come into conflict with the equally keen interest on the part of various individuals and groups in expressing their viewpoints on significant issues of our age.

Indeed, to address the aesthetic and security problems posed by signs, structures, and parcels in Lafayette Park or on the White House sidewalk, the National Park Service issued a number of regulations. During the rulemaking process the Park Service sought public comments, and once they were published as final regulations, they were the subject of litigation, which the Courts upheld as constitutional.[270]

By the 1980s the desires of competing factions led to escalating public debates and numerous court battles addressing the rights of individuals to use Lafayette Park. Among other notable court battles were the various legal engagements fought by William Thomas and Concepcion Picciotto versus the United States of America over the various National Park Service regulations and their enforcement. As an example, between 1982 and 1999, Thomas and Picciotto's web site reported that there were at least 38 separate court cases resulting from their vigil in Lafayette Park. They began their around-the-clock anti-nuclear proliferation, anti-war protest in 1981. According to various sources, William began his dissent on June 2, 1981, and Concepcion joined him on August 1, 1981. Thomas and Picciotto, like the Stephen Decatur family, chose to establish their presence in Lafayette Square because of its proximity to the White House and the President. Unlike their predecessors, however, in the 34 years they demonstrated in the park, neither was ever approached by a sitting president.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

On January 23, 2009, three days after the historic inauguration of the first African American President of the United States, Barack Obama, William Thomas died, leaving Concepcion Picciotto to continue the vigil in Lafayette Park for another seven years until her death on January 25, 2016.

*1995-Present: Redefining Security and Lafayette Square*

The Lafayette Square Historic District landscape has been altered over the past two centuries in response to changing security needs, from the addition of fences, guards, and lighting, to the removal of plants. Providing security for the President, the First Family, visiting dignitaries, and the public has become an increasingly important consideration throughout the historic district's landscape. Over the past several decades, safety has become a mounting concern not only on the White House Grounds but also along Pennsylvania Avenue, NW, in Lafayette Park, and throughout the historic district.

Security concerns for the White House go back to the Lincoln and Garfield assassinations. During the last quarter of the twentieth century, the Secret Service began to argue in favor of closing Pennsylvania Avenue, NW, to vehicular traffic.[271] After the 1995 bombing of the Alfred P. Murrah Federal Building in Oklahoma City, President William Clinton authorized the closing of the avenue. Temporary concrete barriers were used to implement the road closure. Numerous newspaper articles and various social and political groups continue to debate the merits of this decision. Some believe the increased security afforded the White House does not justify the inconvenience experienced by drivers denied access to Pennsylvania Avenue, NW.

By the end of the decade, long-term plans were being developed to address the new security needs around President's Park and the historic district. Between 1999 and 2000, security bollards were installed along the northern border of Lafayette Park, and security gatehouses and barriers were constructed at the northern ends of Jackson and Madison places, NW. On October 13, 1999, during excavation for construction of the bollard project, the Seneca Piers, foundation piers for a fence surrounding the park dating to the Downing period park design, were discovered and determined eligible for listing in the National Register of Historic Places.[272]

The coordinated attacks on the World Trade Center and the Pentagon on the morning of September 11, 2001, completely reframed the security demands for the president as well as the nation. Functional impermanent concrete barriers closed roads and protected office buildings throughout the nation. Over time, concrete planters began to replace the Jersey barriers in front of office buildings. In 2002, seven years after the closure of Pennsylvania Avenue, NW, the National Capital Planning Commission began reviewing designs by four landscape architecture firms in preparation for updating Pennsylvania Avenue, NW, to address the new security needs. By March 2003 the Commission unanimously approved a landscape plan by Michael Van Valkenburgh for revising Pennsylvania Avenue, NW, to meet these needs.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                     County and State

The new pedestrian plaza, reopened to the public on November 4, 2004, is composed of three sections, with security entrances bounding the east and west ends at 15th and 17th Streets, NW, with an open paved court in the center. The security entrances use retractable metal bollards in the roadway to limit vehicular traffic. Hipped-roof glass-granite-metal security booths are located in each security area. The surface outside the White House was originally paved with a custom color (reddish-brown) synthetic asphalt that was replaced with grayish-brown washed river rock aggregate set within a "Superpave" asphalt. The east and west ends of the plaza are paved in varying shades of gray granite. Bacon-style double lampposts and approximately 90 Princeton American elms line Pennsylvania Avenue, NW. Landscape architect Michael Van Valkenburgh designed the guard booths and the gray bollards. Since there are still proponents for reopening Pennsylvania Avenue, NW, to vehicular traffic, all changes had to meet a high threshold of reversibility.

In late May and June 2020, Lafayette Park again became a highly visible site of social and political protest among nationwide anti-racist demonstrations following a White police officer's murder of George Floyd, an African American resident of Minneapolis, Minnesota. The demonstrations drew national and international attention for the public's reaction to the murder of Floyd and related and ongoing social justice concerns about racial violence and police brutality, President Trump's and other Administration officials' response, and law enforcement's move to clear protesters from H Street on the north boundary of the park in the evening of June 1, 2020. These events reignited debates of the 1980s about First Amendment access to the park and brought more recent Federal management emphasis on security back into national focus.

Thousands of people exercised their First Amendment rights in unpermitted demonstrations and assemblies at Lafayette Park starting on May 29, 2020. While the several-day protests were generally peaceful, violence and property damage did occur within and around the park. Most protesters assembled, held signs, and vocalized demands for change. Some protesters engaged in riotous behavior, including sprayed painting sculptures (the Thaddeus Kosciuszko statue was heavily graffitied), paving, curbs, trees, and properties and buildings surrounding the park. In a later protest event on June 22, demonstrators unsuccessfully attempted to use ropes to rock the equestrian statue of Andrew Jackson off of its graffitied base.[273]

On May 30, the National Park Service closed Lafayette Park pursuant to 36 C.F.R. §1.5, which permits closing park land to maintain public safety and protect cultural resources. Federal and local law enforcement officers in tactical gear then established a perimeter at the north edge of the park and at access points east and west of the park using bike-rack fencing to create a security zone on the north side of the White House. Demonstrators continued to occupy the sidewalk on the north edge of the park, H Street, and connecting streets. Some protesters removed and threw bricks from the sidewalks, in some cases hitting or injuring law enforcement personnel. The most severe damage to historic property in Lafayette Park occurred on the evening of Sunday, May 31 into Monday June 1, 2020, when protesters lit a fire in the Lodge comfort station building (see Section 7 p. 10). The damaged building remains closed at the time

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)                    _____
Name of Property                                                                        County and State

of this writing. Another fire was set in the basement of St. John's Episcopal Church Parish Hall across H Street from the Lodge, but it was quickly controlled and the damage limited.[274]

On the evening of June 1, under the unified command of the U.S. Park Police and the U.S. Secret Service, federal and local officers forcibly cleared demonstrators and media personnel from H Street using horses, batons, smoke canisters, and skin and eye irritant devices.  Thirty minutes after protesters were cleared from H Street, President Trump, other senior Administration officials, security personnel, and reporters walked from the White House, through Lafayette Park, to the St. John's Episcopal Church Parish House. There the President held an impromptu photo op with for the press, holding a Bible in his hand in front of the church parish house.  He then returned to the White House. Images from the photo op circulated worldwide and became a polarizing political moment during the protests.

The methods, timing, and purpose of the law enforcement actions became the subject of intense public and media scrutiny, a Congressional hearing, and an investigation by the Department of the Interior's Office of the Inspector General.[275] In response to the protests, Lafayette Park was periodically fenced and closed to visitors until May 2021 due to security concerns.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                       County and State

9. **Major Bibliographical References**

## Bibliography (Cite the books, articles, and other sources used in preparing this form.)

Adams, Katherine H., and Michael L. Keene. *Alice Paul and the American Suffrage Campaign*. Urbana, Illinois: University of Illinois Press, December 2007.

AHA Staff. "The Half Had Not Been Told To Me: African Americans on Lafayette Square." *American Historical Association [AHA],* January 27, 2010.

Architect of the Capital. "Philip Reid and the Statue of Freedom." *Architect of the Capital,* 2020.

Arnbeck, Bob. *Slave Labor in the Capital: Building Washington's Iconic Federal Landmarks,* Charleston, South Carolina: The History Press, 2014.

Asch, Chris Myers, and George Derek Musgrove. *Chocolate City: A History of Race and Democracy in the Nation's Capital.* Chapel Hill: University of North Carolina Press, 2017.

Bates, Barbara D. "Alice Paul and the National Woman's Party on Lafayette Square." n.p., rev. May 25, 1999.

Barthold, Elizabeth. "Lafayette Square (Reservation No. 10), Pennsylvania Avenue, H Street, Jackson and Madison places, NW, Washington, District of Columbia." Historic American Buildings Survey HABS No. DC-676. Washington, D.C.: 1993.

Barthold, Elizabeth. "L'Enfant-McMillan Plan of Washington, DC." Historic American Buildings Survey HABS No. DC-668. Washington, D.C.: 1993.

Beale, Marie. *Decatur House and Its Inhabitants.* Washington, D.C.: National Trust for Historic Preservation, 1954.

Bedell, John, The Louis Berger Group, Inc. *Archeological Investigations Southside Barrier Project, President's Park, Washington, D.C.* Washington, D.C.: National Park Service, National Capital Region, 2003.

Beemyn, Ginny. *A Queer Capital: A History of Gay Life in Washington D.C.* Philadelphia: Routledge, 2014.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property          County and State

Boyle, Susan Calafate. *The White House and President's Park: Site History and Evaluation 1791-1994.* Washington, D.C.: National Park Service Cultural Landscape Report, December 2001.

Dolinsky, Rebecca. "Lesbian and Gay DC: Identity, Emotion, and Experience in Washington, DC's Social and Activist Communities (1961-1968)." Santa Cruz: Unpublished doctoral dissertation, University of California-Santa Cruz, 2010.

Fanning, Kay. "Constitution Gardens, National Mall and Memorial Parks—West Potomac Park." National Park Service Cultural Landscape Inventory. Washington, D.C.: 2008.

Fanning, Kay, and Maureen D. Joseph. "Franklin Park, National Capital Parks—Central." National Park Service Cultural Landscapes Inventory. Washington, D.C.: 2005; rev. June 21, 2005.

Fogle, Jeanne. *Proximity to Power: Neighbors to the Presidents near Lafayette Square.* Washington, D.C.: A Tour de Force, 1999.

General Assessment Records [GAR] of the Government of the District of Columbia. 1864, 1869. RG 351, vols. 10-11. Washington, D.C.: National Archives and Records Administration [NARA].

Geier, Brown, Renfrow. Architects. *Historic Structure Report: Preservation Manual and Rehabilitation Guidelines for the Veterans Administration Building, 810 Vermont Avenue, NW, Washington D.C., Final Submission.* Washington, D.C.: General Services Administration, National Capital Region, November 1986.

Gleeson, James. "LGBT History: The Lavender Scare." National LGBT Chamber of Commerce, October 3, 2017.

Goode, James M. *Capital Losses: A Cultural History of Washington's Destroyed Buildings.* Washington, D.C.: Smithsonian Institution, 1979.

———. *Capital Losses: A Cultural History of Washington's Destroyed Buildings.* 2nd ed. Washington, D.C.: Smithsonian Institution, 2003.

———. *The Outdoor Sculpture of Washington, D.C.* Washington, D.C.: Smithsonian Institution Press, 1974.

Green, Constance McLaughlin. *The Church on Lafayette Square: A History of St. John's Church, Washington, D.C.* Washington, D.C.: Potomac Books, 1970.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Grubiak, Margaret M. "General Marquis de Lafayette Statue: Lafayette Park,
    Washington, D.C." *President's Park Notes: Statues, Number 3*. Washington,
    D.C.: U.S. Department of the Interior. National Park Service. National
    Capital Region: Office of White House Liaison, December 2003.

Grubiak, Margaret M. "General Comte de Rochambeau Statue: Lafayette Park,
    Washington, D.C." *President's Park Notes: Statues, Number 4*. Washington,
    D.C.: U.S. Department of the Interior. National Park Service. National
    Capital Region: Office of White House Liaison, July 2004.

Gutheim, Frederick Albert. *Worthy of the Nation: The History of Planning for the
    National Capital*. Washington, D.C.: Smithsonian Institution Press, 1977.

Gutheim, Frederick Albert, and Antoinette J. Lee. *Worthy of the Nation: The
    History of Planning for the National Capital*. 2nd ed. Washington, D.C.:
    Smithsonian Institution Press, 2006.

Hamlin, Talbot. *Greek Revival Architecture in America: Being an account of
    important trends in American architecture and American life prior to the
    war between the states*. Oxford University Press, 1944. Reprinted New
    York: Dover Publications, Inc., 1964.

Harris, Cyril M., ed., *Dictionary of Architecture & Construction: 2200
    illustrations.* 3rd ed. United States: New York: McGraw-Hill, 2000.

Helfrich, Kurt. "Modernism for Washington?: The Kennedys and Redesign of
    Lafayette Square." *Washington History* 8(1-1996):17-37.

History.com Editors. This Day in History, March 22, 1972: "Equal Rights
    Amendment Passes by Congress." February 9, 2010.

Holland, Jesse. *The Invisibles: The Untold Story of African American Slaves in
    the White House*. Guilford, Connecticut: Globe Pequot Press, 2016.

Horner, Susan G. "Biographies associated with the National Register Nomination
    for Lafayette Square Historic District." March 4, 2010. Washington, D.C.:
    Cultural Resources Library, National Capital Region, National Park Service.

House of Representatives. *New Executive Buildings (To accompany Bill H.R. No.
    713), February 5, 1835,* 23d Cong., 2d Sess., 1835, Rep. No. 90, serial 2,
    sess. vol. 1, 3.

Howard, Needles, Tammen & Bergendoff, Architect and Project Management.
    *Final Submittal, Old Executive Office Building, 17th Street & Pennsylvania*

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

Avenue, N.W., Washington, DC, Historic Structure Report.* 2 vols. Washington, D.C.: General Services Administration, National Capital Region, June 12, 1991.

Hughes, Robert. "U.S. Department of the Treasury, South Court (U.S. Department of the Treasury, Office of the Supervising Architect)." Historic American Buildings Survey HABS No. DC-358-A. Washington, D.C.: January 1993.

Hutchinson, George E. "The History of Madison Place, Lafayette Square, Washington, D.C." *The Federal Circuit Court Bar Journal.* Washington, D.C.: 1998.

Jacobs, James Andrew. "The Construction of the U.S. Treasury Building, 1836 to 1869: Nineteenth-Century Labor and the Complexities of Federal Patronage." Master's Thesis, University of Virginia, May 1999.

John Carl Warnecke and Associates, Architects and Planning Consultants. *Historical Survey of Lafayette Square.* Prepared by Mrs. Leland King, n.p. John Carl Warnecke and Associates, 1963.

Johnson, David K. *The Lavender Scare: The Cold War Persecution of Gays and Lesbians in the Federal Government.* Chicago: University of Chicago Press, 2004.

Kapsch, Robert James. "The labor history of the construction and reconstruction of the White Houses, 1793-1817." PhD diss., University of Maryland, College Park, 1993.

Kerr, Tim, "Equestrian Statue of General Andrew Jackson: Lafayette Park, Washington, D.C." *President's Park Notes: Statues, Number 2.* Washington, D.C.: U.S. Department of the Interior. National Park Service, National Capital Region: Office of White House Liaison, May 2001.

Kohler, Sue A. *The Commission of Fine Arts, a brief history, 1910-1990.* Washington, D.C.: Commission of Fine Arts, 1991.

Kohler, Sue A., and Jeffrey R. Carson. *16th Street Architecture, Volume 1.* Washington, D.C.: Commission of Fine Arts, 1978.

Korte, Gregory. "May 20, 1995: The Day Pennsylvania Avenue Closed." *USA Today*, May 20, 2015.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                      **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

Leach, Sara Amy, and Elizabeth Barthold. "L'Enfant Plan of the City of
        Washington, District of Columbia." Washington, D.C.: Nomination Form,
        National Register of Historic Places, U.S. Department of the Interior, May
        24, 1997.

Lee, Antoinette J. *Architects to the Nation: The Rise and Decline of the
        Supervising Architects Office.* New York: Oxford University Press, 2000.

LeeDecker, Charles, and John Bedell, The Louis Berger Group, Inc.
        *Geoarcheological Investigations for the Ellipse Rehabilitation Project,
        President's Park, District of Columbia.* Washington, D.C.: National Park
        Service, National Capital Region, January 2007.

Lehman, Donald J. *Executive Office Building, Historical Study No. 3.*
        Washington, D.C.: General Services Administration, Public Buildings
        Service, rev. 1970.

Library of Congress. "The Civil War in America Biographies: Elizabeth
        Keckley." The Civil War in America Exhibition, Biographies, Library of
        Congress, 2012.

Longstreth, Richard, ed. *The Mall in Washington, 1791-1991.* Washington, D.C.:
        The National Gallery of Art / Hanover, New Hampshire, and London: The
        University Press of New England, 1991.

Louis Berger U.S., Inc., A WSP Company [Louis Berger]. *Historic Context
        Statement for Washington's LGBTQ Resources.* Washington, D.C.: Prepared
        for District of Columbia Office of Planning, Historic Preservation Office,
        2019.

Mackintosh, Barry, *The United States park Police, A History.* Washington, D.C.:
        History Division, National Park Service, 1989.

Mann, Lina. "Building the White House.*" The White House Historical
        Association*, January 3, 2020.

McNeil, Priscilla W. "Rock Creek Hundred: Land Conveyed for the Federal
        City." *Washington History* 3(1-1991):34-51.

Mendel, Mesick, Cohen, Waite, Architects. *Historic Structure Report: Blair
        House, The President's Guest House Complex, Washington, D.C.*
        Washington, D.C.: General Services Administration, National Capital
        Region, 1983.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

Moeller, Jr., Gerard Martin. *AIA Guide to the Architecture of Washington, D.C.*
　　　4th ed. Baltimore Johns Hopkins University Press, 2006.

Morton, W. Brown. "Executive Office Building." Nomination Form, National
　　　Register of Historic Places, Washington, D.C.: May 24, 1971.

Nelson, Monique. "Treasury Notes: African Americans Building Treasury."
　　　Washington, D.C.: U.S. Department of the Treasury, February 12, 2015.

Olszewski, George J., Ph.D. "Historical Research Series Number 1: Lafayette
　　　Park." *National Capital Region Historical Research Series, No. 1.*
　　　Washington, D.C.: U.S. Department of the Interior, National Park Service,
　　　1964.

Padover, Saul K., ed. *Thomas Jefferson and the National Capital: Containing
　　　Notes and Correspondence exchanged between Jefferson, Washington,
　　　L'Enfant, Ellicott, Hallett, Thornton, Latrobe, the Commissioners, and
　　　others, relating to the founding, surveying, planning, designing,
　　　constructing, and administering of the City of Washington: 1783-1818, with
　　　plans and illustrations.* Washington, D.C.: United States Printing Office,
　　　1926.

Pliska, Jonathan. "Cultural Landscape Report: United States Treasury Grounds,
　　　Washington, D.C., Volumes 1-2." College Park: Master's Thesis, University
　　　of Maryland, July 8, 2007.

Pousson, John F., and Christina Hoepfner. *Archeological Evaluation, President's
　　　Park, Washington, D.C.* Denver: Eastern Applied Archeology Center,
　　　Denver Service Center—Eastern Team, National Park Service, March 1995.

Richards, William, "General Baron von Steuben Statue: Lafayette Park,
　　　Washington, D.C." *President's Park Notes: Statues, Number 5.* Washington,
　　　D.C.: U.S. Department of the Interior. National Park Service: Office of the
　　　National Park Service Liaison to the White House, November 2007.

Roosevelt, Eleanor. *The Autobiography of Eleanor Roosevelt*. New York: Harper
　　　& Brothers, 1961. Reprint: Da Capo Press, 1992.

Rosse, Irving C., "Sexual Hypochandriasis and Perversion of the Genesic
　　　Instinct." *Journal of Nervous and Mental Disease,* New York, November
　　　11, 1892.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                                    County and State

Rotsch, Melvin M. "St. John's Church, N.E. Corner 16th & H Streets, N.W.,
     Washington, D.C." Historic American Buildings Survey HABS No. DC-19-
     A. Washington, D.C.: August 1962.

Russell, Ina. *Jeb and Dash: A Diary of a Gay Life, 1918-1945.* London: Faber &
     Faber, 1993.

Scott, Gary. "American Revolution Statuary in the District of Columbia."
     Nomination Form, National Register of Historic Places, Washington, D.C.:
     U.S. Department of the Interior, July 14, 1978.

Scott, Pamela, and Antoinette J. Lee. *Buildings of the District of Columbia*. New
     York: Oxford University Press, 1993.

Scott, Pamela, Charles Carroll Carter, William C. DiGiacomantonio, and Don
     Alexander. *Creating Capitol Hill: Place, Proprietors, and People.*
     Washington, D.C.: United States Capitol Historical Society, 2018.

Seale, William. "The Design of Lafayette Park." *White House History: Journal of
     the White House Historical Association* 2(June 1997):6-19.

———. *The President's House: A History.* 2 vols. Washington, D.C.: White
     House Historical Association, 2008.

Sessford, John. "The Sessford Annals." *Records of the Columbia Historical
     Society* 11, 1908.

Short and Ford Architects. *Historic Structure Report and Preservation Manual
     for the Madison-Cosmos-Tayloe Complex, Washington D.C., Final Report.*
     Washington, D.C.: General Services Administration, National Capital
     Region, n.d.

Spaulding, Thomas M. *The Cosmos Club on Lafayette Square.* Washington, D.C.:
     The Cosmos Club / Menasha, Wisconsin: George Banta Publishing
     Company, 1949.

Carter, David. *Stonewall: The Riots that Sparked the Gay Revolution.* New York:
     St. Martin's Griffin, 2010.

Swanke, Hayden, Connell Architects. *Historic Structures Report: Jackson Place
     Complex*. 3 vols. Washington, D.C.: General Services Administration,
     National Capital Region, July 1, 1995.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property    County and State

Tayloe, Benjamin Ogle. *Our Neighbors on Lafayette Square: Anecdotes and Reminiscences*. 1872. Reprint, Washington, D.C.: Junior League, 1982.

The White House Historical Association. "Slavery and the White House." Washington, D.C.: The White House Historical Association, 2020.

———. "Self-emancipation in Lafayette Park." Washington, D.C.: The White House Historical Association, 2020.

———. "African Americans in Lafayette Square, 1795-1965: 'The Half Had Not Been Told.'" Washington, D.C.: The White House Historical Association, 2020.

Troiani, Don, et al. *Don Troiani's soldiers in America*. Mechanicsburg, Pennsylvania: Stackpole Books, 1998.

University of Chicago Press. *The Chicago Manual of Style*. 15th ed. Chicago: University of Chicago Press, 2003.

U.S. Department of Energy. History Division. *The Manhattan Project: Making the Atomic Bomb*. Washington, D.C.: Government Printing Office, 1999.

Warnecke, John Carl. "The Rescue and Renaissance of Lafayette Square." *White House History: Journal of the White House Historical Association* 13(Summer 2003):30-45.

Washburn, Wilcomb E. *A Centennial History 1878-1978: The Cosmos Club of Washington.* Washington, D.C.: The Cosmos Club of Washington, 1978.

"Why No Hearings?" *The Washington Post, Times Herald (1959-1973)*, April 13, 1960, A16.

Wilroy, Mary Edith and Lucie Prinz. *Inside Blair House: An Intimate Look at Life Behind the Door of the President's Guest House.* Garden City, New York: Doubleday, 1982.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)                    **District of Columbia**
Name of Property                                                County and State

**Previous documentation on file (NPS):**

**____** preliminary determination of individual listing (36 CFR 67) has been requested
_X__ previously listed in the National Register
____ previously determined eligible by the National Register
_X__ designated a National Historic Landmark
_X__ recorded by Historic American Buildings Survey #HABS no. DC-676, HABS no. DC-689
____ recorded by Historic American Engineering Record # _____
____ recorded by Historic American Landscape Survey # _____

**Primary location of additional data:**

_X__ State Historic Preservation Office
____ Other State agency
_X__ Federal agency
____ Local government
____ University
____ Other
Name of repository: Library of Congress; Department of the Interior, National Park Service, National Capital Region, Cultural Resources Division, Office of the National Park Service Liaison to the White House, National Register of Historic Places: Archives; NARA; GSA; District of Columbia Historic Preservation Office

**Historic Resources Survey Number (if assigned):** N/A_____

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

---

### 10. Geographical Data

**Acreage of Property**    47.7 acres

Use either the UTM system or latitude/longitude coordinates

**Latitude/Longitude Coordinates (decimal degrees)**

The map below shows coordinate locations by number (1-10).



United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

Datum if other than WGS84:_____
(enter coordinates to 6 decimal places)

1. 38.896323, -77.039732
2. 38.900415, -77.039711
3. 38.901550, -77.036836
4. 38.901533, -77.034604
5. 38.899079, -77.033531
6. 38.896423, -77.033510
7. 38.896340, -77.035287
8. 38.898678, -77.035281
9. 38.898690, -77.037899
10. 38.896348, -77.037923

**Verbal Boundary Description** (Describe the boundaries of the property.)

The Lafayette Square Historic District is located in an urban setting in the northwest quadrant of Washington, D.C. The National Register of Historic Places Inventory Nomination Form for the Lafayette Square National Historic Landmark Historic District completed in 1970 defined the boundaries as:

Generally between 15th and 17th Streets on the east and west and H Street and State Place – Treasury Place on the north and south in N.W. Washington, District of Columbia.

This National Register Nomination update alters the 1970 historic district boundary to exclude one bank building located at the northeast corner of 15th Street, NW, and New York Avenue, NW. Although architecturally distinctive and built during the same period as most of the buildings that frame Lafayette Park, the National Savings and Trust Company building at 1445 New York Avenue, NW, does not frame the central open park space. In addition, the building does not contribute to the national significance of the Lafayette Square district and it more appropriately contributes to the existing locally significant "Fifteenth Street Financial Historic District" (listed in the National Register in 1984), of which it is a part.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

This revised and updated nomination also expands the district boundary at its northwest corner to include the New Executive Office Building at 725 17th Street, NW. The revised boundary encompasses approximately 47.7 acres.

Beginning at the southeast corner of the intersection of Pennsylvania Avenue, NW, and 15th Street, NW, the boundary runs along the south side of Alexander Hamilton Place, NW, turning north on the west side of East Executive Avenue, NW, to include the U.S. Department of the Treasury Building. The boundary changes direction to the west along the south side of the 1600 block of Pennsylvania Avenue, NW, directly in front of the White House, turning south again on the east side of West Executive Avenue, NW, excluding the White House. To include the State, War, and Navy Building (Eisenhower Executive Office building) as well as the New Executive Office Building, the boundary changes to the west again along the south side of State Place, NW, to the southwest corner of New York Avenue, NW, and 17th Street, NW, where the boundary goes north along the west side of 17th Street, NW, to the northwest corner of H Street, NW, and 17th Street, NW. The boundary turns east along the north side of H Street, NW, to the centerline of Connecticut Avenue, NW, where the boundary turns due north to the property line of the U.S. Chamber of Commerce Building. The northern boundary of the district follows the property lines to include the U.S. Chamber of Commerce Building; the Hay-Adams Hotel; St. John's Episcopal Church and Parish House; and the War Risk Insurance Bureau Building (U.S. Department of Veterans Affairs). At the War Risk Insurance Bureau Building, the boundary crosses to the north side of I Street, NW, running east to the northeast corner of I Street, NW, and Vermont Avenue, NW, where the boundary turns southwest along the east side of Vermont Avenue, NW, to the northeast corner of Vermont Avenue, NW, and H Street, NW. The boundary parallels the north side of H Street, NW, turning south at the east property line of the Howard T. Markey National Courts Building. The boundary follows the property line to include the Howard T. Markey National Courts Building, changing direction to the east to include the Riggs National Bank Building (PNC National Bank Building), at 1503-05 Pennsylvania Avenue, NW, and the American Security and Trust Company Building (Bank of America Building), at 1501 Pennsylvania Avenue, NW. The line crosses to the east side of 15th Street, NW, turning south ending at the southeast corner of the intersection of 15th Street, NW, and Pennsylvania Avenue, NW.

*See attached boundary map.*

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

## Boundary Justification (Explain why the boundaries were selected.)

The boundaries include properties that front directly on Lafayette Park, the adjacent portions of
Pennsylvania Avenue, NW, and entities directly associated with the Warnecke plan, which
helped shape historic preservation policy and design practice during the mid-twentieth century.

The property at 1445 New York Avenue, NW, is being removed because it does not relate to the
national significance of the historic district or serve as a primary framing building for the square.
Since 1985 it has been incorporated into another historic district that more accurately aligns with
its historic and architectural significance as a distinctly designed financial institution of the late
nineteenth century (see nomination for the Fifteenth Street Financial Historic District,
Washington, D.C.).

Although the White House and White House Grounds are critical features related to and adjacent
to the Lafayette Square Historic District, they are legally exempt from listing in the National
Register of Historic Places according to Section 107 of the National Historic Preservation Act of
1966, as amended. Thus, the White House and its grounds are excluded from the historic district
boundary.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

### 11. Form Prepared By

name/title: Susan G. Horner, Architectural Historian (REVISED January 2016 by Dean
Herrin, Regional Historian & Kathryn G. Smith, Cultural Resource Specialist; additional
revisions and updates completed by WSP & regional NPS staff June 2020 and July 2021.)
organization: National Capital Region, National Park Service
street & number: 1100 Ohio Drive, SW
city or town: Washington state: DC zip code: 20242
e-mail_emily_kambic@nps.gov
telephone: (202) 794-0192
date: October 21, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)          **District of Columbia**

Name of Property          County and State

_____

## Additional Documentation

Submit the following items with the completed form:

- **Maps:** A **USGS map** or equivalent (7.5 or 15 minute series) indicating the property's location.

- **Sketch map** for historic districts and properties having large acreage or numerous resources. Key all photographs to this map.

- **Additional items:** (Check with the SHPO, TPO, or FPO for any additional items.)

Additional documentation for the Lafayette Square Historic District includes maps on the next four pages, biographies of important designers, photographs, and end notes. The following maps include:

- Locator map of Lafayette Square Historic District within Washington, DC, p. 141
- Boundary map of district and major contributing properties, p. 142
- Detail map of Lafayette Park, p. 143
- Map with key to photograph positions (2021 photos, same positions as 2013), p. 144





I STREET, NW

Ashburton House
St. John's Episcopal Church
War Risk Insurance Bureau Bldg.

U.S. Chamber of Commerce Bldg.
Hay-Adams Hotel

VERMONT AVENUE, NW

H STREET, NW

Service Lodge

Decatur House
700 Block Jackson Place

New Executive Office Bldg.

Guard House

744
740
736
734
730
726
722
718
716
712
708
704

JACKSON PLACE

LAFAYETTE PARK

Renwick Gallery of the Smithsonian American Art Museum

Blair House: The President's Guest House Complex

Richard Cutts House
Cosmos Club
Benjamin Ogle Tayloe House
Howard T. Markey National Courts Bldg.
American Security and Trust Company Bldg.

Guard House

MADISON PLACE

U.S. Treasury Annex Bldg.

NEW YORK AVENUE, NW

PENNSYLVANIA AVENUE, NW    SEE DRAWING 1.1

Riggs National Bank Bldg.

Guard House

Guard House

17TH STREET, NW

Guard House
Guard House

G STREET, NW

Eisenhower Executive Office Bldg.

Path System

Guard House    Guard House

Guard House
Albert Gallatin Statue

Guard House

U.S. Dept. of the Treasury Bldg.

South Court Bldg.

15TH STREET, NW

G STREET, NW

White House & Grounds

Alexander Hamilton Statue
Guard House

F STREET, NW

NEW YORK AVENUE, NW

**LEGEND**

Exempt property [3]

Historic district boundary

Contributing building

Contributing site

Contributing structure

Historic associated feature (objects)

Non-contributing building

**DRAWN BY**

Michael Commisso, AutoCAD 3D Map 2007 and Illustrator CS4, 2013.

**SOURCES**

1. Lafayette Park AutoCAD files, President's Park
2. DC GIS files

**NOTES**

1. Plan shows conditions in 2013.
2. All features shown in approximate scale and location.
3. The White House and Grounds are important to the context of the National Mall Historic District. They are, however, legally exempt from listing in the National Register of Historic Places, according to Section 107 of the National Historic Preservation Act of 1966, as amended, and therefore are not included within the historic district.

National Register Nomination
**Lafayette Square Historic District**
Washington, District of Columbia

0'    100'    250'    500'

**Drawing 1.0**

National Park Service
National Capital Region
www.nps.gov



National Register Nomination for

**Lafayette Square Historic District**

Lafayette Park Detail
Washington, District of Columbia

Drawing 1.1

**LEGEND**

- NR boundary
- Contributing building
- Non-contributing building
- Contributing structure
- Historic associated feature (vegetation)
- Contributing objects

**SOURCES**

1. Lafayette Park AutoCAD files, President's Park
2. DC GIS files

**NOTES**

1. Plan shows conditions in 2013.
2. All features shown in approximate scale and location.

**ANNOTATED BY**

Michael Commisso, AutoCAD 3D Map 2007 and Illustrator CS4, 2013.

National Park Service
National Capital Region
www.nps.gov

0'    100'    50'    100'



| Photo Number | Photo Direction |
|---|---|
| 26 | SW |
| 27 | W |
| 28 | NW |
| 29 | SE |
| 30 | SW |
| 31 | S |
| 32 | NE |
| 33 | NW |
| 34 | SW |
| 35 | NE |
| 36 | NW |
| 37 | NW |
| 38 | NE |
| 39 | NW |
| 40 | NE |
| 41 | NW |
| 42 | W |
| 43 | S |
| 44 | SE |
| 45 | S |
| 46 | S |
| 47 | SE |
| 48 | W |
| 49 | NE |
| 50 | NE |

## Lafayette Square Historic District National Register Nomination

**President's Park (White House)**
Washington, D.C., 20240

**Lafayette Park**
Photo Point Locator



**National Park Service**
**National Capital Area Office**

## Sources
1. Ortho Imagery, 2022

## Drawn By
Madeline Laub, ArcGIS Pro 2.8, 2022

## Legend
① Photo Point

## Notes
1. Projection: NAD 1983 UTM Zone 18N



United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

## Attachment A: Biographies of Important Designers Associated with the Lafayette Square Historic District

*Compiled by: Susan G. Horner, National Register Historian, National Capital Region, National Park Service.*

*March 4, 2010.*

*Biographies in alphabetical order: Bulfinch, Downing, Gilbert, Hallet, Hoban, Latrobe, L'Enfant, Mesrobian, Mills, Mullett, Renwick, Rogers, Thornton, Walter, Warnecke, Young*

**Bulfinch, Charles** (August 8, 1763-April 15, 1844), civil servant and architect, was born in Boston, Massachusetts, the son of Thomas Bulfinch, a physician, and Susan Apthorp. Scion of long-established and wealthy colonial families, some members of which had been recognized amateur architects whose books were available to him, Bulfinch graduated from Harvard College in 1781. Apparently, it was at Harvard that he learned drafting and the geometrical construction of linear perspective. After a period in the counting house of Joseph Barrell, where, as he later wrote, the "unsettled state of the time" produced "leisure to cultivate a taste for Architecture," he spent the period from June 1785 to January 1787 on a grand tour of England, France, and Italy, "observing . . . the wonders of Architecture, & the kindred arts of painting and sculpture." Described by Louis XVI's director general of gardens and buildings as "un gentilhomme americain" who was already "plein de gout et de connaissance dan [*sic*] les arts" (full of taste and familiarity with the arts), Bulfinch while in Paris made contact with, and was perhaps guided in his studies by, Thomas Jefferson. After his return home, he finished his education with a journey to New York City, where he witnessed George Washington's inauguration and sketched its setting, Pierre Charles L'Enfant's Federal Hall, and Philadelphia, where the sumptuous new residence of William Bingham (1752-1804) in particular caught his eye.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                     **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

In November 1787, Bulfinch married his cousin, Hannah Apthorp; of their seven surviving children, one, Thomas Bulfinch, achieved lasting fame as the author of the Mythology. His public life as gentleman-amateur architect in the tradition of the eighteenth-century dilettante began in the same year. The period just after Bulfinch's return to Boston was, in his own words, a "season of leisure, pursuing no business, but giving gratuitous advice in Architecture." This was advice derived from his European and American sojourns, and the large library he had begun to accumulate abroad and continued to enlarge from London booksellers, I. & J. Taylor, through transatlantic orders. He began his architectural career in 1787 with a project for the Massachusetts State House (not actually erected until the mid-1790s and since greatly expanded) and the Hollis Street Church (since demolished). In publishing a perspective view of the recently erected church in the next year, and thus providing Bulfinch with national exposure for his first design (Albany's Philip Hooker adapted it for his own North Dutch Church about 1796), the *Columbian Magazine* of Philadelphia mentioned "with pleasure" the name of the young architect, "whose genius aided by a liberal education, and improved by a tour through Europe, has rendered him an ornament to the place of his nativity." For that brief moment, at least, there were few designers in the new country to rival him.

For all the "improving" aspects of his continental tour, however, Bulfinch relied almost exclusively on English inspiration in these as in most of his early works. The plan and interior spatial organization of the Hollis Street Church depends on Christopher Wren's St. Stephen, Walbrook. The State House borrows its exterior parti, an axial stacking of arcade, colonnade, pediment, and dome, from William Chambers's recent front to Somerset House in London—appropriately enough, for that too was a government building; the decoration of its Senate Chamber from the designs of Robert Adam; and, perhaps not quite so appropriately, the interior of its House of Representatives from James Wyatt's pleasure dome, the London Pantheon. The English connection was to be expected, of course, in the works of an architect, whose patrons, such as Harrison Gray Otis (1765-1848), espoused the politics of Federalism, and who worked in a place with continuing strong ties to the mother country. Bulfinch was the architect of anglophile New England just as Thomas Jefferson was in architectural matters the representative of the Francophile South. Bulfinch in the North worked for the urban Federal aristocracy while Jefferson embellished the Virginia countryside of his agrarian democracy.

In 1791, Bulfinch was elected for the first time to the Boston Board of Selectmen. This also the time when, with the financial failure of his Tontine Crescent (1793-1795; demolished), a curve of sixteen urban townhouses modeled on fashionable English designs by Adam and others in London, Bath, and Buxten, his period of leisure came to an abrupt end, and the period of his ceaseless toil began. Although his wife was to write that "Architecture [became] his business, as it had been his pleasure," in fact, civil administration became his business and architecture a second—and, perhaps, less income-producing—endeavor. His chairmanship of the selectmen—a board he headed from 1799 to 1817 and a position that included the superintendence of public schools—and his concurrent position as

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

superintendent of police made him the chief administrator of the town, and his responsibilities occupied most of his time. It is a mystery where he found the energy also to design and oversee the erection of the many buildings—public and private, churches, jails, schools, hospitals, a theater, city and country houses, warehouses, civic buildings, and many more—with which he is credited.

The town of Boston doubled its population, from 20,000 to 40,000, during Bulfinch's tenure as chairman of the selectmen and superintendent of police. One of his successors as head of Boston government, Mayor Josiah Quincy (1772-1864), in his history of the city (1852), summed up Bulfinch's accomplishments: "During the many years he presided over the town government, he improved its finances, executed the laws with firmness, and was distinguished for gentleness and urbanity, . . . integrity and purity." New construction, better streets, revamped wharfage, the filling of coves to increase the constricted land mass of the Shawmut Peninsula upon which Boston rests, services such as lighting and sewage; all these civic necessities captured the administrator's attention. These activities, of course, also gave him ample opportunity to exercise his architectural and engineering skills. Kirker has written (1963), concerning Bulfinch's duties as superintendent of police, that he "not only discharged . . . [them] with rectitude but designed the State House in which law was promulgated, the Court House in which it was administered, and the town, county, and state jails in which the guilty were incarcerated. It can also be said he designed many of the buildings and houses, streets and wharves, in which the crimes were committed." To have managed all that he did in the administration of Boston in an era of political turmoil and without lingering criticism represents a major accomplishment in itself.

Bulfinch and Boston are names forever linked. Despite the demolitions of time and man, the city to this day, in street patterns as well as isolated architectural monuments, bears the imprint of this busy architect and administrator. The present pattern of streets south of the Boston Garden reflects his triangular 1808 project for filling the Mill Pond. This was one of his several designs for large sections of the city. The curve of present-day Franklin Street recalls his Tontine Crescent; where Arch Street intersects with Franklin the central pavilion of the crescent once spanned that side street. The Tontine disappeared long ago, as did the Colonnade on Tremont Street, and, in effect, the Mason Houses, Park Row, and other altered streets of townhouses, but the original portion of the State House, New North Church (1802; now St. Stephen's), the remodeled Faneuil Hall (1805), all three of his houses for Harrison Gray Otis, and many other public and private works in and around Boston survive to demonstrate Bulfinch's refined, anglophile, and bookish neoclassicism.

All three Otis houses remain as witness to Bulfinch's early accomplishment. Designed between 1795 and 1805 for the Federalist lawyer and politician who moved often in order to keep abreast of changes in fashionable address, the Otis houses are paradigms of the Federal urban dwelling. All are formal and frontal variations of the Adam style. The first, its principal facade adapted from that of the Bingham house in Philadelphia, sits on a plan centered on a stair hall. The three-story brick facade on Cambridge Street is balanced about a

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

central axis marked by a fan-lighted entrance, an elegant Palladian window above, and a semicircular window in the attic. The second faces Mt. Vernon Street near the top of Beacon Hill. Its principal facade is thinly articulated with shallow segmental arches at the ground level and colossal Corinthian pilasters embracing the main and attic levels. A balustrade crowns the whole. The third is on Beacon Street facing the Common; it is the largest and most elaborate of the three, a four-story brick rectangle topped with a balustrade and enriched by an Ionic portico at the entrance and triple-hung second-story windows with headers on consoles. It is clear that in all this Otis and Bulfinch sought to emulate their London peers.

It has been said that Bulfinch found Boston a town of wood and left it a city of stone. To some extent, revised fire codes enforced by Bulfinch-the-administrator drove Bulfinch-the-architect to design for fire-resistant materials. The brick buildings of his earlier career, of the 1790s, with their axial and hierarchical design, elegantly elongated Roman classical details, and delicate Adamesque ornament, gradually gave way after 1800 to more robust buildings of Chelmsford granite. In these late works the earlier axial and hierarchical arrangement continued, but the density of the stone called for works of monumental proportions and little decorative detail. As Bulfinch himself wrote in 1817, concerning his project for the Massachusetts General Hospital, "the building must consist as usual, of a centre & wings" while "public sentiment seems to require that all new buildings for general purposes should be of stone. . . . It will be more costly at the beginning, but will be more durable & require fewer repairs; and [the] richness of the material, will allow of a less decorated stile of ornament." Bulfinch's building still stands, as later enlarged, at Massachusetts General, a gray Chelmsford granite neoclassical block with central, octastyle, Ionic portico surmounted by a dome and flanked by symmetrical wings.

In the late Boston commissions, such as the Suffolk County Court House (1810; demolished), University Hall at Harvard (1813; altered), New South Church (1814; demolished), as well as the Massachusetts General Hospital, Bulfinch laid the groundwork for the "Boston Granite Style," the works of the next generation, of Alexander Parris and others, that gave special character to the city's buildings through mid-century. He also recognized the international architectural development toward larger, simpler, and bolder forms that would eventually lead to the use of Greek as well as Roman precedent. Only in some projects and buildings of the 1820s, however—such as the 1825 drawing for a monument, perhaps for Bunker Hill, now in the Library of Congress, and the Maine State House of 1829, his last work—did Bulfinch himself turn to orders of Grecian derivation.

Benjamin Henry Latrobe (1764-1820), an Englishman who arrived in 1796 as a fully trained and experienced architect, introduced Greek forms to the young United States. Latrobe set architecture in this country on its path toward professionalism. He was a skilled designer, an accomplished engineer, and a gifted artist. He established a new standard of architectural draftsmanship that far exceeded the labored efforts of Bulfinch and his peers. Bulfinch's drawings were adequate by eighteenth-century standards, and his use of perspective in all

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                              County and State

stages of the design process, from initial concept to presentation drawing, was rare in the era, but his best efforts could not hold a candle to Latrobe's gifted graphics. When Bulfinch first laid eyes on Latrobe's drawings, he wrote his wife, "my courage almost failed me—they are beautifully executed and the design is in the boldest stile." In his draftsmanship, as in his Boston practice, Bulfinch stood somewhere between the eighteenth-century amateur Thomas Jefferson and the nineteenth-century professional Latrobe.

Bulfinch examined Latrobe's drawings when, in 1818, having been appointed by President James Monroe to the post of architect of the United States Capitol, and having accepted the job because he needed the income. Despite the inconvenience of moving himself and family to an unfamiliar city, he replaced Latrobe, who had been in charge of the building since early in the century. It was Bulfinch's first full-time, paid position as architect; at the age of fifty-five, after thirty years of part-time Boston practice, he had finally become a professional. During the twelve years of his residence at Washington, Bulfinch designed a Unitarian church, a federal prison, and a few other projects, but his primary attention was directed toward the nation's capital.

The amateur William Thornton had been given a contract for the original design of the Capitol in 1792. After many false starts, Latrobe had taken over during the Jefferson administration. With the burning of the unfinished building by British troops in 1814, and the subsequent inability of Latrobe to get on with his superiors, the task of finishing Thornton's project fell to Bulfinch. In the years between his appointment in January 1818 and his dismissal in June 1829, Bulfinch completed the Senate and House wings, redesigned and constructed the central rotunda and its elevated dome, and added the Library of Congress and western front. He also planned the planting and fencing of the grounds. He had in hand, and was expected to follow where possible, Latrobe's drawings, so his contribution to the final result was more executive than creative, and in the present building largely buried beneath the later additions of Thomas U. Walter. It was nonetheless Bulfinch who by the end of the 1820s brought to completion the long process of adequately and expressively housing the legislative branch of federal government.

Bulfinch returned to Boston in 1830 at the age of sixty-seven. We know little of his life during his last fourteen years, although he seems not to have designed after the Maine State House, a work finished in 1832. By 1837, he was writing that he is "fully done with active business." The scanty sources available depict him as living quietly until his death in the next decade.

Bulfinch's labors as urban administrator laid the groundwork for the incorporation of the city of Boston in 1822, just five years after his departure. Bulfinch's architectural career exemplifies that transition from amateur to professional, and brick to stone, from English neoclassicism to the international Greek revival, that characterizes his age. His works also expanded from regional to national in scope, from the design of the Massachusetts State House to the completion of the federal Capitol, but this was not just because of his move

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

from Boston to Washington. His work first reshaped architecture throughout New England, influencing the careers of designers such as Samuel McIntire, who followed Bulfinch's lead in giving Salem, Massachusetts, its Federal character; and then spread across the country, into the Western Reserve and near South, by means of the early publications of his prolific follower, Asher Benjamin. Bulfinch's influence did not end with his death, for his works continued to inspire Bostonian, or rather American, architects well into the twentieth century.

*Bibliography:*

Bulfinch's papers are scattered among many New England collections; the largest collection of his architectural drawings is in the Library of Congress. The basic source is his granddaughter, Ellen Susan Bulfinch, *The Life and Letters of Charles Bulfinch, Architect* (1896); some of the documents she cites are now in the Boston Athenaeum. Charles A. Place, *Charles Bulfinch, Architect and Citizen* (1925), is dated but contains information not found elsewhere. For Bulfinch's work as a civil servant, see Harold Kirker, "Charles Bulfinch: Architect as Administrator," *Journal of the Society of Architectural Historians* 22 (Mar. 1963): 29-35. Harold Kirker and James Kirker, *Bulfinch's Boston 1787-1817* (1964), places the man in the context of his time and place, while Harold Kirker, *The Architecture of Charles Bulfinch* (1969), is a catalog of his buildings. See also the chapter on Bulfinch in William H. Pierson, Jr., *American Buildings and Their Architects, vol. 1, The Colonial and Neoclassical Styles* (1970).

*Citation:*

James O Gorman. "Bulfinch, Charles"; http://www.anb.org/articles/17/17-00118.html; American National Biography Online February 2000. Copyright (c) 2000 American; Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Thursday September 25 2008:15:13 2008.

**Downing, Andrew Jackson** (October 31, 1815-July 28, 1852), nurseryman and landscape gardener, was born in Newburgh, New York, the son of Samuel Downing, a wheelwright turned nurseryman, and Eunice Bridge. His youthful experiences in the Hudson Valley inspired his later interest in landscape and architectural design. As Newburgh grew from village into small industrial city, and as farmers increasingly raised fruits and vegetables for urban markets, Downing's career evolved from that of selling garden stock to the landscaping of grounds and the design of rural and suburban homes. In addition, as the pace of urban growth accelerated, he became the most influential early advocate of spacious parks within cities and codified the suburban ideal for middle- and upper-class Americans.

Upon finishing schooling at the age of sixteen, Downing joined his brother Charles Downing in managing the family business, Botanic Garden and Nurseries, in Newburgh. During the next decade, he wrote dozens of articles for horticultural magazines and read extensively in the history and theory of landscape design. Perhaps as early as 1836 he had begun writing a book on the use of trees in gardening and in late 1838 had employed Alexander Jackson Davis to prepare finished illustrations for the book. Much expanded in content, it was

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

published in 1841 as *A Treatise on the Theory and Practice of Landscape Gardening.*
Downing rejected the classical styles prevalent in landscape and architectural design and
introduced readers to the Beautiful and the Picturesque, aesthetic categories that reflected the
Romantic Movement evident in literature and art. The Treatise drew heavily upon previous
English works, most notably those by Humphry Repton and John Claudius Loudon, but
consciously "adapted" those ideas to the climate and social conditions of the United States.
Although most of the book is devoted to descriptions of trees, advice on laying out grounds,
and ornamental uses of water and statuary, Downing also included a brief summary of the
historical evolution of styles in landscape design, an analysis of the "beauties and principles
of the art," and a chapter devoted to rural architecture. Gracefully written and handsomely
illustrated, the Treatise went through four editions during the next twelve years; it sold
approximately 9,000 copies.

The following year Downing published *Cottage Residences*, a series of designs for houses of
modest size. This was arguably the first of the new genre of house pattern books, which
depicted the home in its landscaped setting, plans of the grounds, and ornamental details,
along with an explanatory text to assist the reader in choosing a residence appropriate to his
or her circumstances. Unlike the larger houses Downing used to illustrate in the Treatise,
most of the designs in *Cottage Residences* were smaller and more appropriate to an emerging
middle class. Downing later explained that he intended his cottage designs for "industrious
and intelligent mechanics and workingmen, the bone and sinew of the land." *Cottage
Residences* also reached a large audience: several of its designs were reprinted in agricultural
or horticultural periodicals, and numerous extant houses still bear testament to the popularity
of Downing's designs. So great was his influence that novelist Catharine Sedgwick reported
that "nobody, whether he be rich or poor, builds a house or lays out a garden without
consulting Downing's works."

Even as he was writing for a more general audience, Downing had begun compiling
information for *The Fruits and Fruit Trees of America* (1845). This book included technical
information on fruit nomenclature as well as advice on planting and the care of orchards.
Fruits and Fruit Trees also proved enormously popular: it sold 15,000 copies prior to 1853
and earned its author membership in several European horticultural or scientific societies.
Shortly thereafter Downing prepared an American edition of Mrs. Loudon's *Gardening For
Ladies* (1846) and one of George Wightwick's *Hints to Young Architects* (1847), for which
he added "Additional Notes and Hints to Persons About Building in This Country."

Downing's final book, *The Architecture of Country Houses* (1850), is both a culmination of
his views on domestic architecture and a catalogue of the works of a rising generation of
architects, including Alexander Jackson Davis, Gervase Wheeler, and Richard Upjohn. In the
preface Downing attributed a moral and social influence to domestic architecture and
asserted that a properly designed home was "a powerful means of civilization." The text
presented the characteristics of such eclectic or historical styles as Gothic, Romanesque,
Italianate, and Bracketed and explained how each style and building type—cottage,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

farmhouse, villa—was appropriate to different settings and economic situations. Downing
included chapters on the treatment of interiors and furnishings as well.

Shortly after delivering Country Houses to its publisher in June 1850, Downing traveled to
England. He recorded the impressions of his travels in a series of eight letters, published in
the *Horticulturist*, which described various English estates, public buildings, and landscapes;
visits to arboretums and botanical gardens; and the social influence of the public parks he
visited there. He returned in the fall of 1850 accompanied by Calvert Vaux, a young English
architect, and shortly thereafter established a "Bureau of Architecture" in a new wing he
added to his home. Less than two years later Downing and Vaux were joined by Frederick C.
Withers, another English architect, in what quickly became a flourishing business. The
office, Downing informed John Jay Smith, was "full of commissions, and young architects,
and planning for all parts of the country." Among the commissions Downing's firm enjoyed
were the Matthew Vassar estate, "Springside," in Poughkeepsie, New York; the Daniel
Parish house, Newport, Rhode Island; and the Dodge houses in Washington, D.C. These and
other designs are illustrated in Vaux's *Villas and Cottages* (1857).

Equal in significance to Downing's books and his professional commissions was his monthly
magazine, the *Horticulturist*, which began publication in July 1846. As its subtitle indicated,
Downing devoted its pages to broader questions of "rural art and rural taste." He crusaded
against free-roaming pigs that menaced the streets of countless towns, for the formation of
village improvement societies, and for sensible yet tasteful designs in rural architecture. He
provided plans for such commonplace structures as ice houses as well as residences, schools,
and churches. Rural economy was as important as matters of taste. Because he realized that
farmers were wastefully extracting nutrients from the soil and in older settled areas were
experiencing declines in productivity, Downing became one of the earliest advocates of
public agricultural education. In 1849 he was appointed one of eight commissioners to
develop a plan for an agricultural college and experimental farm in New York, and the
following year he and Alexander Jackson Davis prepared a design for such an institution. In
the commission's report and in a leader in the Horticulturist, Downing advocated that the
curriculum of the school teach both practical farming and its scientific underpinnings.
Convinced that wisdom was "knowledge put into action," he hoped that graduates of the
school would improve agricultural practices and reinvigorate the overall quality of rural life.
Although nothing came of his proposal at this time, a decade later Congress enacted the
Morrill (or Land Grant Colleges) Act to provide for agricultural and industrial education.

Downing supported agricultural education because he considered farmers the "great
industrial class of America." At the same time, the urban population was increasing at the
fastest rate in American history, and Downing recognized the need for open spaces within
cities and promoted the establishment of public parks. In 1848 he described parks as the
"pleasant drawing-rooms" of European cities, places that promoted a more democratic social
life than was the case in American cities. In succeeding years Downing elaborated on the role
of parks as part of a reformist program that also included publicly supported libraries,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

galleries of art, and opportunities for social interaction. "Popular refinement," as he termed this broad initiative in 1851, "takes up where the common school and the ballot-box leave it, and raises the working-man to the same level of enjoyment with the man of leisure."

In late 1850 Downing was commissioned to landscape the public grounds in Washington, D.C. This 150-acre tract extended west from the foot of Capitol Hill to the site of the Washington Monument and then north to the President's House. Downing saw this as an opportunity not simply to ornament the capital but also to create the first large public park in the United States. He believed that the Washington park would encourage cities across the nation to provide healthful recreational grounds for their citizens. Although only the initial stages of construction had been completed at the time of his death, Downing's commission, as well as the influence of his writings, merited the epithet "Father of American Parks."

Downing was also an early proponent of the suburb as a middle ground between city and county. He recognized that railroads and other transportation technologies had made possible the separation of workplace and domicile, and he urged the creation of suburban communities that combined a spacious setting for single-family homes and proximity to urban jobs and cultural institutions. In his essay "Our Country Villages," Downing rejected the rectangular plat so common to most suburban development and advocated instead the curving lines that characterized his principles of landscape design. He also proposed that each suburban community have a centrally located park, which would function as the "nucleus or heart of the village" and provide opportunities for communal activities.

In 1852 Downing was thirty-six years old. He had written four books and conducted a monthly journal; he had established impressive practices in landscape gardening and architecture; and he had outlined a series of initiatives that would improve the quality of rural and urban life. He must have anticipated greater successes in the years to come. On July 28, however, he died in the burning of the Hudson River steamboat *Henry Clay* near Yonkers, New York. His death, Harvard botanist Asa Gray noted, was "a truly national loss." Downing was survived by his widow, Caroline DeWint Downing, whom he had married in 1838.

Downing achieved fame during his brief life as a tastemaker for the nation. He guided the prevailing taste away from geometric patterns in the garden and classical styles in architecture to less formal, picturesque or romantic forms. In addition to his own commissions, buildings and grounds designed according to his principles were evident in every region of the United States. But perhaps his greatest legacy was the construction of large parks in most American cities. Calvert Vaux and Frederick Law Olmsted (1822-1903), co-designers of New York's Central Park, attributed the creation of the park to Downing's work and in 1889 honored their friend by designing Andrew Jackson Downing Memorial Park in Newburgh, New York.

What united Downing's various endeavors was an enduring concern for the future of the American republic. He believed strongly in the need to raise the level of "social civilization

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

and social culture" in the United States. He considered his landscape and architectural commissions, as well as his books and the pages of the Horticulturist, vehicles for popularizing models of design appropriate to a middle-class society. Downing anointed his readers "Apostles of Taste" and charged them with the responsibility of providing examples of landscape and architectural design worthy of being imitated by other Americans.

*Bibliography:*

Most of Downing's surviving correspondence consists of letters to A. J. Davis, housed at the Metropolitan Museum of Art; the New-York Historical Society; the New York Public Library; and Avery Architectural and Fine Arts Library, Columbia University, all in New York City. Other important collections are the John Jay Smith Papers, Library Company of Philadelphia, now deposited in the Historical Society of Pennsylvania, Philadelphia, which also includes letters from Caroline Downing, Charles Downing, Calvert Vaux, and Asa Gray to Marshall P. Wilder written shortly after Downing's death; the Vassar College Archive, Poughkeepsie, N.Y., which documents Downing's designs for Matthew Vassar's estate; and the Records of the Commissioners of Public Buildings, National Archives and Records Service, Washington, D.C., which provides information on Downing's planning of the public grounds in that city. There is no full-length biography of Downing; the most comprehensive works are George Bishop Tatum, "Andrew Jackson Downing: Arbiter of American Taste, 1815-1852" (Ph.D. diss., Princeton Univ., 1950), and George B. Tatum and Elisabeth B. MacDougall, eds., *Prophet with Honor: The Career of Andrew Jackson Downing, 1815-1852* (1989).

*Citation:*

David Schuyler. "Downing, Andrew Jackson"; http://www.anb.org/articles/17/17-00235.html; American National Biography Online February 2000. Copyright (c) 2000 American; Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday September 29 2008 12:52:55 GMT-0400 (Eastern Daylight Time).

**Gilbert, Cass** (November 24, 1859-May 17, 1934), architect, was born in Zanesville, Ohio, to Samuel Augustus Gilbert and Elizabeth Fulton Wheeler Gilbert. He moved with his family to St. Paul, Minnesota in 1868. He attended Macalester College when it was a prep school and then a year of study at the Massachusetts Institute of Technology. After traveling and studying in Europe, Gilbert worked at the prestigious New York firm of McKim, Mead & White in 1880-1882 before accepting a position as the firm's representative in St. Paul. Between 1885-1891, Gilbert partnered with architect and former classmate James Knox Taylor. During this period they designed important commissions throughout Minnesota.

After the partnership dissolved, Gilbert continued to maintain a private practice in Minnesota, before returning to New York City around 1901 where he remained until his

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

death. During this period he received many national and prominent commissions which further advanced his career.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

An early proponent of skyscrapers in works like the Woolworth Building in New York City, the tallest building in the world when it was constructed in 1913. Gilbert was responsible for numerous museums like the St. Louis Art Museum in 1904 (originally part of the Louisiana Purchase Exposition), and large public libraries like the St. Louis Public Library(1912) and Detroit Public Library (1921), state capitol buildings (Minnesota (1905), Arkansas (1917), and West Virginia (1932)), as well as public architectural icons like the United States Supreme Court Building (1935). He was the architect of the Treasury Annex (1919) and U.S. Chambers of Commerce Building (1925) on Lafayette Square. He also designed the First Division Monument (1924) located in President's Park South.

President Theodore Roosevelt appointed him as the chairman of the Council of Fine Arts, which later became the Commission of Fine Art under President Howard Taft, and was reappointed by President Woodrow Wilson. Gilbert served as a member of the commission from 1910-1916. He was long-term members of the American Institute of Architects, serving as president (1908-1909), and the National Academy of Design, serving as president (1926-1932). He also served as a member of the National Institute of Arts and Letters.

Gilbert married Julia Tappan Finch, daughter of a prominent Milwaukee family, and had three children: Cass Gilbert, Jr., Emily Finch, and Julia Swift. Gilbert's son was also an architect working in his firm and finished many of office's projects after Gilbert's death. Cass Gilbert, Jr. designed the World War II addition to the First Division Monument.

*Bibliography:* Cass Gilbert's papers and architectural drawings can be found in the Library of Congress, the Smithsonian Institution's National Museum of American of American History Archives Center, Minnesota Historical Society, University of Minnesota Archives, and the New-York Historical Society.

*Citation:* Cass Gilbert Society, Architect Biography (http://cassgilbertsociety.org/architect/bio.html)

University of Minnesota Archives and Special Collections (http://special.lib.umn.edu/findaid/xml/naa015.xml).

**Hoban, James** (1758?-December 8, 1831), architect, was born in County Kilkenny, Ireland, the son of Edward Hoban and Martha Bayne. He studied architecture with Thomas Ivory in Dublin, winning a medal in 1780 from the Dublin Society for "Drawings of Brackets, Stairs, Roofs, etc." The date of his emigration to America is unknown, but on May 25, 1785, he advertised his services as an architect in the *Pennsylvania Evening Herald*

Most of Hoban's papers and drawings were lost in a fire in the 1880s, and therefore the picture of his career must be pieced together from other sources. During his residence in Charleston, South Carolina, from 1787 to 1792, he designed Savage's Green Theater and a plan for an orphan asylum, both in 1792, and several private houses. The South Carolina

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                      OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                        **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                            County and State

State House in Columbia (begun in 1788 and completed in 1795) has been erroneously attributed to Hoban.

In 1792 Hoban submitted plans in the design competitions for the "President's House" and the Capitol. George Washington, to whom he had been introduced the previous summer in Charleston, gave Hoban a letter of introduction to the commissioners in charge of overseeing construction of the nation's capital. On July 18, 1792, they awarded Hoban a prize of $500 for his design of the White House. Hoban based his design on the Leinster House in Dublin (1745-1751), following incorrect engravings in Robert Pool and John Cash's *Views of the Most Remarkable Public Buildings, Monuments, and other Edifices, in the City of Dublin* (1780). Late Georgian in style, with a giant portico bisecting a rectangular, three-story building, its facades were organized according to a traditional Renaissance-derived palace type with the principal story raised above ground, its tall windows surmounted by pediments marking its importance. Hoban spent the remaining forty years of his life working in Washington, throughout which constructing, rebuilding, and altering the White House occupied much of his time.

The White House established the architectural typology that Hoban utilized in the design of his other principal known work, Blodget's Hotel (1793-1800) in Washington. Between 1793 and 1802, Hoban also served from time to time as superintendent in charge of construction of the Capitol. Two drawings in the Maryland Historical Society, generally attributed to Stephen Hallet (Etienne Sulpice Hallet), probably are Hoban's 1795 scheme to complete the Capitol using Hallet's foundations. Beginning in 1815, Hoban repaired the two extant executive department offices (originally designed by George Hadfield in 1798 and burned by the British in August 1814) and erected two additional offices following Hadfield's model, which had been greatly influenced by Hoban's White House. He is also known to have advised George Washington on the design of "Mount Vernon" in 1797 and James Monroe on "Oakhill" in 1821.

Hoban was an active member of the community as well. He has been credited with establishing the first Catholic church, St. Patrick's, in Washington in 1792 and in 1820 served on the committee to erect St. Peter's Church on Capitol Hill. In 1793 he was a founding member of Washington's first lodge of Freemasons. Beginning in 1797 he served as captain of the Washington Artillery. In 1802 he was elected to the Washington City Council and served intermittently for many years. Hoban was also a member of the Columbian Institute, founded in 1817.

In 1799 he married Susannah Sewell of Maryland, with whom he had ten children. She died in 1822. Hoban died several years later in Washington. His known works show him to have been a competent designer whose forte was his organizational ability to oversee and implement construction.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

*Bibliography:* The majority of surviving Hoban papers are in the National Archives and in the Office of the Architect of the Capitol. Few of Hoban's drawings survive and are located at the Maryland Historical Society and the Massachusetts Historical Society. Biographical details of Hoban's life can be found in Martin I. J. Griffin, "James Hoban, the Architect and Builder of the White House," *American Catholic Historical Researches* 3, no. 1 (1907): 35-52. Recent studies include William Ryan and Desmond Guinness, *The White House: An Architectural History* (1980); William Seale, *The President's House: A History* (1986 and 2008); and Egon Verheyen, "James Hoban's Design for the White House in the Context of the Planning of the Federal City," *Architectura* 11, no. 1 (1981): 66-82.

*Citation:*

Pamela Scott. "Hoban, James"; http://www.anb.org/articles/17/17-00413.html; American National Biography Online February 2000. Copyright (c) 2000 American; Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Thursday September 25 08:13:35 2008.

**Latrobe, Benjamin Henry** (May 1, 1764-September 3, 1820), architect and civil engineer, was born in Fulneck, Yorkshire, England, the son of Benjamin Latrobe, an English Moravian clergyman, and Anna Margaretta Antes, an American born in Pennsylvania. From 1776 until 1783 Latrobe attended Moravian schools in Germany, initially the Paedagogium at Niesky and later the seminary at Barby in Saxony, where he received a broad liberal education in the arts and sciences. Latrobe seems to have traveled extensively in eastern Germany, perhaps visiting Vienna, during his school years. Architectural drawings signed by Latrobe for buildings erected in 1784 and 1785 for a Moravian community near Manchester, England, complement his student architectural drawings of existing Moravian communities. Latrobe held a position in the Stamp Office in London from 1785 to 1794; he received an additional appointment as surveyor of the London police offices in 1792.

On February 27, 1790, Latrobe married Lydia Sellon, (c. 1763-1793), with whom he had two children. Because most of Latrobe's personal and European professional records as well as his library were lost at sea when he was en route to America in 1795-1796, many details of his early life must be pieced together from several sources, including Latrobe's journals and correspondence. Latrobe married his second wife, Mary Elizabeth Hazlehurst (1771-1841) on May 1, 1800, in Philadelphia; three of their six children lived beyond infancy.

About 1786 Latrobe began to work, perhaps as an apprentice, in the office of the leading British civil engineer John Smeaton where he was employed on the Basingstoke Canal (about 1788-1789). Latrobe's most important engineering commission in England was as a surveyor in 1793-1795 for an alternate route in Essex for the Chelmer and Blackwater Navigation system. Sometime after 1786 Latrobe visited Europe to study its great architectural and engineering monuments. He is known to have visited Paris, Naples, and Rome.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Latrobe's professional architectural career began about 1789-1790 as an employee, or perhaps improver (unpaid worker), in the office of Samuel Pepys Cockerell, who had recently inherited the practice of Sir Robert Taylor. The designs of these two leading neoclassical architects profoundly influenced Latrobe's thinking, as did their approach to the practice of architecture. They made fortunes associated with their commissions, a goal that Latrobe attempted unsuccessfully many times during his varied American career. Architecturally Cockerell was among the leaders of a restrained, simplified, and spatial approach to reviving classical architecture, in contrast to many contemporaries who adopted primarily its decorative systems. This circle included Sir John Soane, successor to Taylor as the architect of the Bank of England, with whom Latrobe's work is often compared.

About 1792 Latrobe began practicing architecture independently, receiving at least two major domestic commissions and several probable remodelings. His extant English houses, Hammerwood Lodge (1792) near East Grinstead, Sussex, and Ashdown House (1793) near Forest Row, Sussex, are notable for their early use of Greek Revival columns. They exhibit spatial and decorative themes that Latrobe repeatedly used in his American houses.

In November 1795 Latrobe, a widower for two years, embarked for the United States shortly before bankruptcy notices concerning him appeared in the *London Times* and the *European Magazine*. His illustrated journal of the arduous fifteen-week voyage records his life-long interest in the natural sciences. Latrobe's journals often contained acutely observed watercolors and drawings of animal and plant specimens, as well as geological formations, in addition to man-made structures of all kinds. Latrobe landed in Norfolk, Virginia, in March 1796 and immediately began recording its town plan, buildings, and sanitation requirements. During the next two years he lived and worked in Norfolk and Richmond. His house designs for specific clients are the William Pennock house (1796) in Norfolk, the John Tayloe house design (c. 1796-1799) perhaps for a Washington, D.C. site, and the Harvie-Gamble house (c. 1798-1799) in Richmond. Other drawings of houses from this period were done either as academic exercises, to show to prospective clients, or to record some important monument, such as Mount Vernon, which he visited on July 17, 1796.

Latrobe's public commissions for Virginia were important for launching his national career as well as being landmark structures for the state and region. His Virginia State Penitentiary (1797-1806) was designed as a panopticon following the humanitarian penological principles of the Englishmen John Howard and Jeremy Bentham. His unexecuted Richmond Theater project (1797-1798), to have included a theater, hotel, and assembly rooms, was the first of several prominent multifunctional structures that Latrobe designed for American cities. His Shockoe Church design (c. 1798-1799), a neoclassical, twin-towered hall church intended for Richmond's Protestant Episcopal community living near the state capitol on Shockoe Hill, was his first known ecclesiastical design. In 1798 Latrobe, as an engineer member of the 1st Regiment of the Virginia Militia, made drawings to complete Fort Nelson (begun in 1779) in Norfolk; much of his design was implemented between 1802 and 1806 by the Army Corps of Engineers.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

The second phase of Latrobe's American career was centered in Philadelphia where he lived from 1798 until 1807. He thrived personally and professionally in this cosmopolitan atmosphere, marrying a second time, collaborating with Thomas Jefferson on several federal government commissions, and creating several seminal works for the history of American engineering and architecture. His first Philadelphia commission was the marble Bank of Pennsylvania (1798-1801), one of America's first Greek Revival temple-shaped buildings. Latrobe's neoclassicism consisted of synthesizing Greek and Roman traditions, combining Ionic columns derived from the Erectheum in Athens with a circular, domed banking room. His volumetric treatment of the bank's interiors as well as its exterior, achieved by shallow, unadorned niches and unframed windows set directly into the wall, became the identifying hallmark of his style, copied by other architects as well as builders. Other public commissions during Latrobe's Philadelphia years include alterations to the Chestnut Street Theatre (1801), restoration of Nassau Hall for the College of New Jersey (1802) in Princeton, and a design for the Bank of Philadelphia (1807). In 1805 he was involved in planning the towns of Noscopek, Pennsylvania, and Newcastle, Delaware.

Latrobe's most important American engineering project was probably his waterworks for Philadelphia, undertaken late in 1798 shortly after the city had experienced one of several yellow fever epidemics during the 1790s. Steam engines pumped Schuylkill River water through a mile-long tunnel to the Centre Square Engine House, from which it was pumped throughout the city by additional steam engines. Architecturally the engine house was noted for its strong geometries, a three-story, 35-foot-diameter domed rotunda atop a 60-foot-wide cubical base.

For several months in 1801-1802 Latrobe was a commissioner as well as the engineer in charge of a survey for improving navigation on the Susquehanna River from the Pennsylvania border to tidewater. Subsequently he was the engineer for nearly two years in 1804-1805 for an uncompleted canal to link the Chesapeake and Delaware bays. His 1804 plan for the Washington Canal, built between 1810 and 1815, ran from the Potomac River near Georgetown, along the Mall and across Capitol Hill to empty into the Anacostia River (parts of it still exist under Constitution Avenue).

Latrobe introduced Gothic Revival domestic architecture (a few Gothic Revival churches had already been built) to America in Philadelphia with "Sedgeley" (c. 1799-1802), the William Cramond house. His reinterpretation of many European architectural traditions preceded by two or three decades their widespread use in America. Other important domestic works dating from Latrobe's Philadelphia period are the William Waln house (1805-1808) in Philadelphia and "Adena," the Thomas Worthington house (1805-1807; extant) in Chillicothe, Ohio.

Latrobe was often unsuccessful in public competitions for architectural designs and thus condemned the system as a whole. His submissions were chosen for the Virginia State Penitentiary (1797), the Baltimore Exchange (1815), and probably the Louisiana State Bank, for which he received the commission in 1820. Latrobe lost four major competitions, in three

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

instances to his former pupils: the New York City Hall (1802); the Baltimore Washington
Monument (1810); the Richmond Theater Monument and Church (1812); and the Second
Bank of the U.S. (1818) in Philadelphia. His surviving drawings for these projects have been
critical for the study of American taste in the early nineteenth century.

Latrobe's patronage by the federal government began in 1800 with two projects. A few
weeks after George Washington's death in December 1799 Latrobe designed a pyramidal
mausoleum as a Washington Monument to be located on the banks of the Potomac River. Set
on a base of thirteen steps, the pyramid's interior was decorated with allegorical scenes
relating to Washington's civic and military achievements. Although it was never built,
Latrobe's choice of an Egyptian form, associated in the nineteenth century with death,
influenced his student Robert Mills to choose an obelisk for the Washington National
Monument erected on the Mall beginning in 1848.

At the request of Secretary of War James McHenry, Latrobe made an unexecuted design in
1801 for the U.S. Military Academy; its West Point, New York, site was not determined until
March 1802. Latrobe's U-shaped building contained under one roof dormitories, professors'
lodgings, a library, a dining hall, and a variety of classrooms including laboratories. His
subsequent designs for educational institutions include Dickinson College (1803-1805;
extant) in Carlisle, Pennsylvania; a wing for the Medical School of the University of
Pennsylvania (1805); an unexecuted plan for Transylvania College (1812) in Lexington,
Kentucky; and an unexecuted plan for a National University (1816) in Washington.

A covered dry-dock for the Washington Navy Yard (1802), Latrobe's first executed
government project, was commissioned by Jefferson. The president suggested that its wide
span be achieved by using curved and laminated wood ribs, a system of construction devised
by the French Renaissance architect Philibert de l'Orme. It was later used extensively in the
United States to roof large spaces. On March 6, 1803, Jefferson appointed Latrobe surveyor
of public buildings, stating that his primary responsibility was completion of the partially
built Capitol. For the next six years they collaborated on the redesign of the Capitol and the
White House. Latrobe initially visited Washington periodically to oversee these projects and
then moved his family to the capital in 1807.

Latrobe replaced the Capitol's original 1790s wood interiors in its three-story north wing
with brick and stone vaulted construction, creating new rooms for the Senate, Supreme
Court, and Library of Congress. Between 1803 and 1807 he replaced a free-standing wood
room for the House of Representatives (erected in 1801) with a south wing to match
externally that on the north. It contained Latrobe's famous first hall for the House of
Representatives, an oval room lit by 100 skylights. It was destroyed, and many other parts of
the Capitol severely damaged, on August 24, 1814, when Washington's public buildings
were burned by British troops during the War of 1812.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

Latrobe's second tenure as architect of the Capitol began with his reappointment on 14 March 1815. During this building campaign he redesigned and enlarged the House of Representatives in the form of a hemicycle (today's Statuary Hall), enlarged the Senate chamber, proposed a new west wing to house his Egyptian Revival Library of Congress, and designed the center building to contain a domed rotunda. Reconstruction of the north and south wings was well underway when Latrobe resigned his position on November 20, 1817, but the center building and west wing were redesigned and built by his successor, Charles Bulfinch.

Latrobe's most significant contribution to the Capitol's exterior, the wide east portico and stair leading to the rotunda (labeled "Hall of the People" on an 1806 plan), was done with Jefferson's collaboration. Internally Latrobe designed unique but modestly scaled rooms to have a monumental appearance because they were to house the government's most important legislative and judicial bodies. Massive cupolas lit both his second House and Senate chambers, the latter indirectly via a double-roof system to ensure abundant natural light. Latrobe's three invented American orders (columns and their capitals) complement his Greek-inspired columns decorating the Capitol's three major rooms, the Doric Supreme Court, Ionic Senate, and Corinthian House of Representatives. The corn capital vestibule (extant) outside the Supreme Court was the most famous, but the tobacco leaf rotunda (extant) adjacent to the Senate and the magnolia flower order within the Senate chamber also drew on native American flora. Architecturally and symbolically he and Jefferson altered the Capitol's original design to express the role of the country's diverse population within its tripartite governing system.

Latrobe suggested many internal and external changes (1804; 1807; 1809) to James Hoban's design for the President's House, but only his south porch (the South Portico) and porte-cochere (North Portico) at the Pennsylvania Avenue entrance were executed (by Hoban in 1824 and 1829, respectively).

Latrobe received many other sporadic government commissions, including the Navy Yard (1804-1805; portion built and extant), a lighthouse on Franks Island at the mouth of the Mississippi River (1805-1819), the New Orleans Customs House (1807), a fireproof vault for Treasury Department records (1805), unexecuted designs for a marine hospital in Washington (1812; 1815), plans for the U.S. Arsenal in Pittsburgh (1814), and an unrealized design for the National University (1816) to have been located on the Mall in Washington.

Latrobe's extant, but internally altered, Baltimore Cathedral, the Catholic Basilica of the Assumption of the Blessed Virgin Mary, vies with his work at the Capitol in scale, complexity, and beauty. It too was built during two design and construction campaigns, the first dating 1805-1810, the second 1817-1821. Latrobe proffered alternate designs for a Latin cross-shaped building, one Gothic in style, the other neoclassical. The trustees unanimously chose the latter with its giant Corinthian portico and a Roman Pantheon-inspired dome covering a great circular crossing, a fusion of traditional longitudinal and centralized church

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

forms. Bishop John Carroll discussed with Latrobe the cathedral's final architectural form and details, as Jefferson had done at the Capitol. Latrobe lit the central crossing indirectly, having skylights in the outer dome just below the rim of the oculus opening of the inner dome. Throughout his career, Latrobe was concerned with how to increase the spatial drama of his public buildings by manipulating natural light effects.

Public works for other clients after his move to Washington in 1807 include his appointment to build the New Orleans Waterworks (1809-1820), to design and oversee construction of the Baltimore Exchange (1815-1820; in partnership with Maximilian Godefroy), and to design the Baltimore Library Company (1817). None of these works survive. The most significant was the Baltimore Exchange, an early example of a multifunctional building on a very large scale. Ecclesiastical works during this penultimate phase of Latrobe's career were St. John's Episcopal Church (1816) in Washington and St. Paul's Episcopal Church (1817) in Alexandria, Virginia, both extant but considerably altered.

Latrobe continued to receive domestic commissions in many parts of the country after moving to Washington in 1807. His John Markoe house (1808-1811) in Philadelphia was a particularly fine example of his basic formula, with spatially expansive interiors on a relatively small scale. Latrobe intently studied how his public and private buildings would be used, determining their plans before designing their exterior shells. Typically the entrance vestibules of his houses terminated in semicircular walls articulated by symmetrical empty niches. This curved motif was often carried along the central axis to end in octagonal or semicircular bays overlooking gardens. His genius was to create satisfying sculpted volumes out of solid matter and exciting modeled volumes of light and shade out of space. His surface ornamentation was restrained, borrowed from Greek rather than more elaborately decorated Roman buildings, but his spatial types and forms were Roman in inspiration. Combining elements from different historical traditions became the leitmotif of nineteenth-century American architecture.

Little visual data exist on "Clifton" (1808), the James Harris house in Richmond, which an 1885 newspaper account claimed was the finest house ever erected in the city. His Senator John Pope house (1810-1812; extant) in Lexington, Kentucky, a free-standing suburban villa, has a picturesque sequence of spaces along an asymmetrical circulation route culminating in a second-story domed rotunda from which public rooms and bed chambers radiate outward.

Two substantial Latrobe houses built in Washington after the War of 1812 were among his principal residential designs. The John Peter Van Ness house (1813-1817) and the Commodore Stephen Decatur house (1817-1818; extant) were both located within sight of the White House. The Decatur house is notable for having different floor plans on each of its four stories, each generated by the function of its level. The entrance hall, a sophisticated integration of space and ornament, is the best preserved of Latrobe's domestic spaces. The extent of his involvement with the Ann Casanave house (c. 1815-1817) in southwest Washington is uncertain, as is his authorship of "Brentwood" (c. 1816-1818), the Joseph

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

Pearson house, frequently but probably erroneously attributed to him. These few houses are representative of sixty to seventy Latrobe is known to have designed.

During the interim between his federal appointments in Washington (1813-1815) Latrobe resided in Pittsburgh, where he owned one-third of Robert Fulton's Ohio Steamship Company. There he oversaw construction of shops for the company and supervised the artisans building ships designed by Fulton. The failure of this partnership proved Latrobe to be unsuccessful as a practical engineer and businessman.

Latrobe spent most of 1818 residing in Baltimore, traveling to Annapolis to do a harbor survey, reporting on a canal to divert Jones Falls (which drained into Baltimore harbor) to prevent future flooding of the city, and competing unsuccessfully for a few architectural commissions. He spent nine months in New Orleans during 1819, inspecting the construction of his Franks Island lighthouse, redesigning the main public square, and adding a central tower to New Orleans's Catholic Cathedral of St. Louis. He returned briefly to Baltimore to arrange moving his family to New Orleans. In August 1820 Latrobe won the competition for the Louisiana State Bank (extant) with a plain, cubic exterior but a sequence of vaulted rooms culminating in a domed banking hall, a variant of his 1798 Bank of Pennsylvania. Latrobe's final commission was the New Orleans Waterworks, a project in which he became involved in 1809. Two years later Latrobe sent his eighteen-year-old son Henry (whom he had trained as an engineer) to oversee implementation of his design, conceptually similar to his Philadelphia Waterworks. Henry Latrobe died of yellow fever in 1816 while engaged on the project; his father met a similar fate on September 3, 1820, just after water began flowing through the system.

The bare-bones histories of each of these projects are a poor indication of Latrobe's intellectual range and depth or the complexity of interacting personalities necessary for their construction. Unlike any other American architect of his generation, Latrobe left a paper trail of drawings and textual documents that make it possible to understand some of his intentions. Most of Latrobe's buildings have been destroyed; none survives as it was completed. One of Latrobe's greatest legacies was his education of a few architects, engineers, and craftsmen, principally Robert Mills and William Strickland. He instilled in them professional principles and standards, including the belief that architecture was an intellectual pursuit rather than a skilled craft. In his own work Latrobe fused the three aesthetic philosophies of his era, the picturesque (associated with medieval architecture), the beautiful (associated with classical architecture), and the sublime.

*Bibliography:*

A microtext edition of The Papers of Benjamin Henry Latrobe was issued by the Maryland Historical Society in 1976. Ten subsequent volumes (vol. 9 is divided into two separately bound parts) were prepared by a team of documentary editors led by chief editor Edward C. Carter II. In his lifetime, Latrobe published several treatises on historical and technical topics; essays, including a number that appeared in the Transactions of the American

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Philosophical Society and his "Acoustics," in the *Edinburgh Encyclopaedia* (1812); and pamphlets, such as his View of the Practicability and Means of Supplying the City of Philadelphia with Wholesome Water (1798) and *A Private Letter to the Individual Members of Congress on the Subject of the Public Buildings* (1806). Many of his lengthy letters to public officials were published in newspapers, and his play, "The Apology," was produced in Richmond, Virginia, in 1798. A large number of his writings were not published in his lifetime, such as his "Essay on Landscape" (1798-1799). A useful biographical account is Talbot Hamlin, *Benjamin Henry Latrobe* (1955). For insightful discussions of Latrobe's place in American architectural history, see Edward C. Carter II et al., eds., *Latrobe's View of America*, 1795-1820 (1985); Jeffrey A. Cohen and Charles E. Brownell, *The Architectural Drawings of Benjamin Henry Latrobe* (1994); and Pamela Scott, *Temple of Liberty* (1995).

*Citation:*

Pamela Scott. "Latrobe, Benjamin Henry"; http://www.anb.org/articles/17/17-00506.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Thursday September 25 08:14:32 2008.

**L'Enfant, Pierre Charles** (August 2, 1754-June 14, 1825), engineer and architect, was born in Paris, France, the son of Pierre L'Enfant, painter of military subjects for the French Crown, and Marie-Charlotte Leullier. In 1771 he was listed as his father's student at the Royal Academy of Painting and Sculpture, the only known record of his education. L'Enfant arrived in Portsmouth, New Hampshire, in April 1777 aboard the Amphitrite, with Major General Jean-Baptiste Tronson de Coudray's contingent of French engineers to participate in the American Revolution. No extant French military records document his prior military training or experience as an engineer or architect.

In December 1777 L'Enfant was sent to Boston to join the staff of the newly arrived acting inspector general of the Continental army, Friedrich Wilhelm von Steuben. Steuben's entourage arrived at Valley Forge, Pennsylvania, on 23 February 1778. Their major occupation was training and drilling the soldiers. L'Enfant drew eight illustrations for Steuben's Regulations for the Order and Discipline of the Troops of the United States. As a result of this work L'Enfant was appointed a captain in the corps of engineers on 3 April 1779 (retroactive to February 18, 1778). On May 5, 1778, he was assigned to work with General Johann Kalb.

L'Enfant was wounded at the battle of Savannah on October 9, 1779, taken prisoner at Charleston on 12 May 1780, and exchanged in November. On May 2, 178,3 he was brevetted a major and received an honorable discharge on January 1, 1784. George Washington often employed him as a courier, a job that took L'Enfant to many sections of the country. L'Enfant's portrait of Washington done at Valley Forge is lost, but his panoramic view of West Point showing Washington directing operations is now in the Library of Congress.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

L'Enfant's architectural career in America commenced with designing and decorating the temporary pavilion to celebrate the birth of the French dauphin, Louis XVII, erected by the French minister Anne-César La Luzerne in Philadelphia in 1782. Descriptions of its interior focused on its allegorical symbolism, the rising sun and thirteen stars representing America at one end of the room and the sun at its zenith representing France at the opposite end.

L'Enfant was a founding member of the Society of Cincinnati and was selected to design the society's membership diploma, badge, and a medal. He sent drawings and a description of the eagle badge to the society's president, Steuben, on June 10, 1783. As an emissary of the society he traveled to France in late 1783, where he spent ten weeks arranging to have the society's diploma engraved and eagle insignias made and meeting with the society's French members. The Society of Cincinnati eagle was the first adaptation of the heraldic eagle of the Great Seal of the United States for nongovernmental use.

In May and June 1787 L'Enfant supervised the erection of Jean Jacques Caffieri's Richard Montgomery Monument at St. Paul's Church in New York. The following year a banqueting pavilion designed by L'Enfant was built to seat 6,000 people who would participate in New York's federal procession to celebrate the ratification of the Constitution.

In September 1788, L'Enfant's design for "additions, alterations, and repairs" to convert New York's city hall into Federal Hall to house the U.S. Congress was accepted. Its facade of a pedimented, two-story Doric portico set above an arcade faced Broad Street where it intersected with Wall Street. The octagonal-ended room for the House of Representatives was located at the rear of the ground floor, while the rectangular room for the Senate on the second story opened onto the balcony from which Washington took the oath of the presidency on April 30, 1789.

On December 15, 1784, L'Enfant had submitted to Congress a plan for the country's general defense that included the suggestion that the government create a separate territory held by the states for their common use. On September 11, 1789, L'Enfant applied directly to President Washington for the job of planning a capital city on the Susquehanna River; the construction of a capital city had been approved four days earlier by the House of Representatives. In January 1791 Washington selected L'Enfant to design the federal city, as well as all of its public buildings, to be located on the Potomac River.

The architect arrived in Georgetown, Maryland, on March 9, and by the twenty-sixth he had conceptualized the entire nature of the city. His preliminary plan of the city was publicly displayed in Georgetown on July 2. L'Enfant's report to Washington on August 19 was accompanied by a more complete map that included numerous plans for proposed buildings. Washington placed L'Enfant's plan before Congress on December 13.

L'Enfant's unwillingness to subordinate himself to the authority of the federal city commissioners led to his dismissal on February 27, 1792. The first engraved map, published

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

in the March 1792 issue of a Philadelphia journal, the *Universal Asylum and Columbian Magazine*, did not carry L'Enfant's name as the city's designer. The accompanying description credited the plan to the surveyor Andrew Ellicott, who had worked with him.

L'Enfant's design of the city of Washington was large in scale (6,111 acres). The architect saw it as a microcosm of "this vast empire." Its dual system of street patterns, an orthogonal grid underlying a series of wider diagonal avenues, simultaneously addressed practical, aesthetic, and symbolic issues. The diagonals directly connected squares chosen for their prominence on the landscape; fifteen of them were named for the states (Vermont and Kentucky were added to the Union in 1791) and clustered within the city according to their geographic location within the country. L'Enfant's "Congress House," renamed the Capitol by Thomas Jefferson, was one and a quarter miles from his president's house, a separation probably intended to reflect the organization of the federal government as set out in the Constitution.

While working in the federal city, L'Enfant had been approached on October 11, 1791, by Governor Thomas Mifflin of Pennsylvania to design a president's house in Philadelphia in an attempt to retain Philadelphia as the national capital. However, after L'Enfant left Washington he was hired by his friend Alexander Hamilton (1757?-1804) in July 1792 to design the hydraulic system (including an aqueduct and canals), town plan, and buildings for the Society for Establishing Useful Manufactures in Patterson, New Jersey. Peter Colt carried out a simplified version of L'Enfant's scheme between 1792 and 1796.

Under the aegis of Secretary of War Henry Knox, L'Enfant was appointed in 1794 to rebuild Fort Mifflin on Mud Island in the Delaware River off Philadelphia and to build a fort for the defense of Wilmington, Delaware. His services were terminated early in 1795 because his designs were too grand and complex. Stephen Rochefontaine, a fellow French engineer, completed the work.

L'Enfant's designs for domestic architecture in New York during the 1780s were said to have been numerous but remain unknown. His famous house for Robert Morris (1735-1806) in Philadelphia was designed and partially constructed between 1793 and 1795. Huge in scale, multifaceted with a mansard roof and constructed of brick with pale blue marble window frames and porticoes, its French character, lavishness, and cost were widely discussed at the time. It was never completed because Morris went bankrupt, and it was demolished in 1801. In the summer of 1812 L'Enfant was offered a professorship at West Point, which he declined. In 1814 and 1815 he began reconstructing Fort Washington after it failed to protect the city of Washington from invasion by British troops.

L'Enfant died and was buried in an unmarked grave at "Green Hill," a Digges family estate in Prince George's County, Maryland. He was later disinterred and lay in state in the Capitol rotunda, then reinterred in Arlington National Cemetery on April 28, 1909.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                              County and State

L'Enfant always conceived his projects on a grand scale, and his inability to adjust his expectations to American circumstances led to repeated dismissals. However, the visionary character of his design for the city of Washington is considered the decisive factor in its greatness.

*Bibliography:*
The majority of L'Enfant's papers are in the Library of Congress and National Archives. The pioneering work was J. J. Jusserand, *With Americans of Past and Present Days* (1916), followed by Elizabeth S. Kite, *L'Enfant and Washington, 1791-1792* (1929). See also H. Paul Caemmerer's biography, *The Life of Pierre Charles L'Enfant* (1950). Recent evaluations of his work are found in John W. Reps, *Monumental Washington* (1967); Daniel Reiff, Washington Architecture 1791-1861 (1971); Pamela Scott, "This Vast Empire: The Iconography of the Mall, 1791-1848," in *The Mall in Washington, 1791-1991*, ed. Richard Longstreth (1991); and Richard W. Stephenson, "A Place Wholy New." *Pierre Charles L'Enfant's Plan of the City of Washington* (1993).

*Citation:*
Pamela Scott. "L'Enfant, Pierre Charles"; http://www.anb.org/articles/17/17-00497.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday September 29 2008 12:46:54 GMT-0400 (Eastern Daylight Time).

**Mesrobian, Mihran** (1889-1975) was a prominent Washington, D.C. architect. Born in Turkey to Armenian parents, Mesrobian was educated at the Academie des Beaux Arts in Istanbul, graduating in 1908. He took the position of Municipal Architect in Smyrna, later serving as an architect to the Sultan in Istanbul. In 1914, Mesrobian was drafted as a military engineer for the Turkish Army. He immigrated to the United States and settled in Washington, D.C. in 1921. In that same year, at the age of thirty-two, he began working as a draftsman for Harry Wardman, one of Washington, D.C.'s most prolific and well-known developers. Five years later, Mesrobian had become chief designer for Wardman's firm. His work included luxury hotels such as the Carlton (1926), the Hay-Adams (1927), the Wardman Tower (1928) and the Lee Gardens Apartment Complex.

In 1928, Mesrobian completed plans for the Wardman Gardens, Harry Wardman's last big development concept. The project involved a large apartment complex of 747 units to be built on a site south of the Wardman Tower. Financial problems associated with construction of the Tower project prevented the realization of the Gardens venture. By 1930, Wardman was forced to declare bankruptcy and Mesrobian opened a private practice. He continued to his association with Wardman until the latter's death in 1938.

In his private practice, Mesrobian's commissions included the Dupont Circle Building (1931), a rug store at 1214 18th Street, N.W. (1931), and Sedgwick Gardens (1931-1932). Sedgwick Gardens illustrates his skill in combining architectural styles under a primary style,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                  OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

a design proficiency he also implemented at Lee Gardens North in 1949. Mesrobian utilized Byzantine, Medieval, and Islamic elements and united them in the design of Sedgwick Gardens.

In addition to Mesrobian's residential commissions, he was also responsible for the design of several shopping centers in Arlington County and the neighboring City of Alexandria. In 1940, he designed a shopping center north of Arlington Boulevard on Glebe Road (71-89 North Glebe Road). Mesrobian designed two Acme Stores in 1941 – one on Lee Highway (demolished 1972) and one on South Eads Street in Alexandria. Additionally, he designed the Wakefield Shopping Center, which was constructed in 1946 to serve the adjoining apartment complex at Troy Street, North Courthouse Road and N. Fairfax Drive (demolished).

*Bibliography:*

n.a. "Garden Apartments, Apartment Houses and Apartment Complexes in Arlington County, Virginia MPS: Lee Gardens North Historic District (000-09411)." Nomination Form, National Register of Historic Places, Arlington County, VA: January 14, 2004; Leach, "Mihran Mesrobian's Suburban Virginia, Garden Apartments and Shopping Centers;" Marcus Whiffen, *American Architecture Since 1780, A Guide to the Styles*, (Cambridge, Massachusetts: The MIT Press, 1961, 241-252; John J:G. Blumenson, *Identifying American Architecture: A Pictorial Guide to Styles and Terms, 1600-1945,* (Nashville, Tennessee: American Association for State and Local History, 1997). 74-79.

*Citation:*

Susan Horner. "Biographies associated with the National Register Nomination for Lafayette Square Historic District." March 4, 2010.

**Mills, Robert** (August 12, 1781-March 3, 1855), architect, engineer, and writer, was born in Charles Town (Charleston), South Carolina, the son of William Mills, a tailor, and Ann Taylor. Raised a Presbyterian, he was educated privately in Charleston, possibly in part by his brother Thomas. Mills studied architecture with James Hoban (1800-1802), Thomas Jefferson (1802-1803), and, most important, Benjamin Henry Latrobe (1803-1808), for whom he worked as an assistant in Philadelphia. Impressed by Mills's diligence, Latrobe introduced him to Enlightenment thought and taught him to conceive architectonically, to appreciate the abstract dimension of stylistic expression, and to apply such progressive technical methods as the use of fire-resistant, lightweight brick and cement vaulting.

The course of Mills's stylistic maturation is recorded in a series of ecclesiastical schemes, in which he increasingly adapted the heavier, more decorative Gibbs-Palladian forms to rational classical values. The series commenced with an unexecuted design for a temple-fronted church on Johns Island, South Carolina (c. 1803), continued with the Circular Congregational Church in Charleston (1804-1806) and the plainer, neo-Greek auditorium of Dr. William

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)                    **District of Columbia**

Name of Property                                                          County and State

Staughton's Baptist church in Philadelphia (1808-1811), and culminated in the innovative octagonal Monumental Church in Richmond, Virginia (1812-1814).

While living in Philadelphia between 1808 and 1814, Mills established his professional independence. Following the rejection of his proposal for the South Carolina penitentiary (1806-1807), which was inspired by the reforms to the planning and organization of prisons propounded by John Howard, Mills reworked the design on a reduced scale for the county jail in Mount Holly, New Jersey (1808). He undertook a broad range of commissions, including row housing for naval captain John Meany (1809), additions to Independence Hall to house state offices and the Peale Museum (1809-1812), the capacious Washington Hall (1813), and numerous houses in both Philadelphia and Richmond. Mills married Eliza Barnwell Smith in 1808; they had six children. Mills also served as secretary in 1811-1812 of the short-lived Columbian Society of Artists, which sought to promote American artists; drafted an unpublished architectural handbook; and invested in real estate. Despite his increasing prominence, some significant commissions eluded him, including the Pennsylvania Capitol in Harrisburg (1810), the Richmond City Hall and Courthouse (1812), and a house for Philadelphia lawyer Benjamin Chew, whose dismissive view of the nascent architectural profession Mills courageously challenged by seeking proper recompense for the possible design of his house.

In 1814 Mills won a commission to design the Washington Monument in Baltimore, where he lived from 1814 to 1820. Mills initially envisioned an ornamented Greek Doric column, boldly elevated on a Roman triumphal arch, but budgetary constraints forced him to restrict his design to a simple plinth supporting a column capped by a statue (1814-1829; iron railing installed 1842). Thereafter he gravitated toward a more Jeffersonian classicism, epitomized by the Pantheon-influenced First Baptist Church in Baltimore (1816-1818) and the temple-fronted First Baptist Church in Charleston (1818-1822). A collapse of the Baltimore economy had precipitated the bankruptcy of Mills's Waterloo Row housing development (1816-1818) and the abortion of a progressively planned city workhouse scheme (1818), but patronage in South Carolina alleviated his financial difficulties.

Mills's work in South Carolina between 1820 and 1829 is characterized by functionalism tempered by an adept use of more monumental features, especially the raised portico with side steps so favored in southern Palladian architecture. His style is at its most refined in the Ainsley Hall House in Columbia (1823-1825). From 1820 to 1823 Mills was employed by the state of South Carolina, first as an acting commissioner of the Board of Public Works and then, from 1822, as superintendent of public buildings. As a state employee he designed five standard courthouses, in which he placed the courtroom over vaulted government offices, and designed two types of district jails, intended to be secure yet to provide more humane conditions for prisoners. He best combined utility and dignity in his designs for the insane asylum in Columbia and the Fireproof Building in Charleston (1822-1827), both efficient in arrangement and elegant in their Greco-Roman Palladianism. Mills evaluated canal and road construction, and he published proposals for further internal improvements in the Atlas of the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

State of South Carolina (1825) and in Statistics of South Carolina (1826). Mills moved from Columbia to Abbeville, South Carolina, in 1828, partly to supervise the erection of a courthouse to his designs and partly to reduce household expenditures. There he addressed steam locomotion and railroad development; his idea for an elevated iron-rimmed wooden track was adopted for the pioneering Charleston to Hamburg, South Carolina, line (1828-1829; later replaced because of rot).

Mills's endeavors from 1827 to secure appointment with the U.S. Army Engineers in Washington, D.C., failed. However, in 1830, again aided by southern patronage, he was engaged to reconfigure the acoustically defective Congress (executed 1833). He thereby acquired additional government work. Mills's designs for the masonry-vaulted Appraisers' Stores in Baltimore (1835-1839) and for five New England customhouses (1834-1835; four adhering to a similar plan) exhibit a liberal use of classical motifs. Greek influences are evident in the Treasury Building (1836-1842) commission awarded him by President Andrew Jackson and Mills's revisions to the original design of the Patent Office's by Ithiel Town, and William P. Elliott, Jr. As unofficial "Architect of the Public Buildings," Mills effected reforms in building practice, as evidenced in the General Post Office (1839-1842), for which he melded classical and Italianate elements. Other projects include his innovative design for the Rational Gothic Washington Gaol (1839-1841) and two standard U.S. Marine hospital designs (published in 1837); Mills had earlier designed the Marine Hospital in Charleston (1832-1833) and would later implement one of his standard designs in Key West, Florida (1844-1845). Mills's reputation was marred by political animosity that caused his dismissal from federal employ in 1842. He was reemployed in 1849 to supervise the designs for the Patent Office east wing. Between 1842 and 1845 Mills submitted entries to the War and Navy departments, for whom he planned a conjoined building, but they were rejected, owing in part to his antipathy for revivalism and metal construction.

Concurrent with his other activities, Mills continued promoting railroad and civic projects. In 1845 he was commissioned to design the national Washington Monument. Construction of the sublime obelisk was begun in 1848 but was temporarily halted in 1854. Completed between 1880 and 1884, the final edifice did not include the encircling American Doric Pantheon base that Mills had originally envisioned. His last major commission was his design of a large multi-facility block gracefully attached to Jefferson's rotunda at the University of Virginia in Charlottesville (1851-1852). Both this project and the Washington Monument underscore Mills's tenacity of purpose, breadth of practice, and practical and aesthetic sense.

Mills died in Washington, D.C., close to the major public edifices he designed that established the monumental symbolism of the nation. Among the first professionally trained American architects, he forged a consciously national architectural idiom that integrated current international revivalist styles with traditional Georgian conventions. He also raised the technical level of American design and the level of official patronage and contributed significantly to the implementation of progressive concepts of institutional architecture.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

*Bibliography:*

A sizable body of Mills's personal and professional papers and designs remains, concentrated chiefly in Washington, D.C., at the U.S. National Archives, Library of Congress, Office of the Architect of the Capitol, and Archive of American Art in the Smithsonian Institution. Other repositories include the South Carolina Library at the University of South Carolina and the South Carolina Department of Archives and History, Columbia; the South Carolina Historical Society and the City Archives, Charleston; and the Southeastern Architectural Archive of the Howard-Tilton Memorial Library at Tulane University. Further documents are preserved at the Historical Society of Pennsylvania and the Athenaeum, Philadelphia; Huntington Library, San Marino, Calif.; City Archives, Historical Society of Maryland, and Peale Museum, Baltimore; the libraries of the University of North Carolina and the University of Virginia; Massachusetts Historical Society; and, particularly valuable regarding Mills's private life, in the Richard X. Evans Collection at Georgetown University. The majority of these documents have been gathered on microfilm under the editorship of Pamela Scott as Papers of Robert Mills (1990).

The chief studies of Mills are John M. Bryan, ed., *Robert Mills, Architect* (1989), the catalog of an exhibition concentrating on his architectural practice, with critical essays; and R. Windsor Liscombe, *Altogether American, Robert Mills, Architect and Engineer, 1781-1855* (1994), which examines Mills's design and thought in the context of his private life and the contemporary United States and which includes a full bibliography. Aspects of his career in South Carolina are related in greater depth in Gene Waddell, *Mills's Atlas of the State of South Carolina* (1980); Waddell and Liscombe, *Robert Mills's Courthouses and Jails* (1981); and Liscombe, *The Church Architecture of Robert Mills* (1985).

*Citation:*

R. Windsor Liscombe, "Mills, Robert"; http://www.anb.org/articles/17/17-00590.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Thursday September 25 09:06:46 2008.

**Mullett, Alfred Bult** (8 Apr. 1834-20 Oct. 1890), architect, was born in Taunton, Somerset, England, the son of Augustin Aish Mullett, a draper, and Hannah Bult. The family moved to Glendale, Ohio, near Cincinnati, in 1845. The Mulletts became farmers, and Alfred attended Farmer's College, now the University of Cincinnati, from 1852 to 1854. By 1857 he had entered the architectural office of Isaiah Rogers in Cincinnati, and he became a partner in 1859 or 1860; little else is known of his life or work until he visited Europe in 1860. Most of Mullett's diaries were destroyed, but a detailed itinerary from 13 October to 7 December 1860 lists the countries and cities he visited and the buildings he saw. After returning to the United States, Mullett held a minor position in the Treasury Department during 1861; he was transferred to the Bureau of Construction within the department at the behest of Salmon P. Chase, secretary of the treasury, in 1863. Chase had appointed Isaiah Rogers head of the

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

bureau in 1862 and supervising architect of the department the following year. Mullett succeeded Rogers, who resigned in 1865, and he served as supervising architect of the Treasury Department until 1874, during which time he designed and constructed $50 million worth of federal buildings in the boom years following the Civil War. Also in 1865, Mullett married Pacific Pearl Myrick; they had six children.

Mullett designed thirty-five federal buildings, of which eighteen were extant as of 1992. They include a marine hospital, an assay office, and two branch mints. For the U.S. Customs service in Philadelphia (1867-1871) and San Francisco (1874-1881), he designed two huge appraiser's stores, each occupying a whole city block; the remainder of Mullett's designs are for combined postal services, custom facilities, and federal courts. His later buildings range from small domestic-scale brick structures in Wiscasset (1868-1872) and Machias (1871-1872), Maine, to the elaborate New York Courthouse and Post Office (1869-1880), which cost over $8.5 million. All of his designs are of classical derivation, the most significant being the mid-sized buildings costing $300,000-$400,000; they were designed in the Renaissance revival idiom, following the tradition of Ammi B. Young and the immense expensive structures inspired by buildings in Second Empire France.

Two of Mullett's Renaissance revival buildings remain extant in Columbia, South Carolina, and Knoxville, Tennessee (both 1871-1874). Each building is three stories high, with string courses at each floor level, along with a wide overhanging cornice at the eaves, pedimented windows, and quoins at the corners of the building. The Knoxville building is constructed of load-bearing Knox County marble and, like most of Mullett's designs, utilizes fireproof construction with cast-iron columns and wrought-iron beams and includes innovative ventilation and heating systems.

Mullett's designs in the Second Empire style include the Sub-Treasury and Post Office in Boston (1869-1874); custom houses and post offices in Cincinnati (1874-1885), Philadelphia (1874-1884), New York (1869-1880), and St. Louis (1873-1884); and the $10 million State, War, and Navy (now the Executive Office) Building in Washington, D.C.; all but the last two have been demolished. These buildings displayed a profusion of classical detailing and sculpture, including clusters of columns, almost to the exclusion of wall surfaces. Bulbous concave and convex high-pitched roofs above decorative cornices capped the buildings. Mullett rarely deviated from the Renaissance and Second Empire styles, except for occasional experiments with the less decorative neoclassical or Greek revival modes, the latter seen in the extant San Francisco Branch Mint (1869-1874).

Corruption during the Ulysses S. Grant era was rife, especially with regard to building projects for the federal government. Because his office was responsible for so much money and because so many federal employees were corrupt, Mullett himself was highly suspect, but five separate investigations indicated he was innocent of any wrongdoing. During the fall of 1874, however, Mullett was again unjustifiably but publicly accused of corruption. He

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                     **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                        County and State

immediately offered his resignation, which was accepted and which he later regretted; he officially left the Treasury on December 31, 1874.

Mullett was thereafter involved in a number of enterprises, including the patenting of many building elements and component parts relating to fireproof construction. He trained his two eldest sons, Thomas and Frederick, in the practice of architecture, and between 1884 and 1889 Mullett was given forty building permits in Washington, amounting to almost $750,000 worth of work. He rebuilt a theater and designed houses, a bank, and the 120-foot-high Baltimore Sun Building at 1315-17 F Street NW in Washington (1885-1887), which was as structurally innovative and inventive as Mullett's earlier work, even though it was based on the design of the New York Tribune Building (1873-1875) by Richard Morris Hunt.

After 1874, Mullett encountered problems collecting fees from clients and the federal government, and he filed claims against both. Plagued by financial difficulties and failing health, he took his own life, shooting himself at his home.

Mullett's most significant creations were his buildings for the federal government in the decade following the Civil War. His designs were comparable to those by John McArthur, Jr. (1823-1890) in Philadelphia and by Arthur Gilman and G. J. F. Bryant in Boston. Together, the major works of this small group of architects produced a rich and highly variegated style, evocative of the Renaissance revival and the French Second Empire, that peaked in popularity at the time of Grant's presidency and declined soon afterward.

*Bibliography:*

The National Archives (Record Group 121) holds correspondence and drawings of all federal constructions by Mullett. Progress information on these projects is in "Reports of the Supervising Architect," U.S. Treasury Reports (1865-1874). See also Daisy M. Smith, ed., *A. B. Mullett Diaries & c.: Annotated Documents, Research & Reminiscence Regarding a Federal Architect Engineer (1834-1890)* (1985), and Smith, ed., *A. B. Mullett: His Relevance in American Architecture and Historic Preservation* (1990), which contains essays contributed by Lawrence Wodehouse, Charles Hosmer, Robert Dunning, Theodore Turak, and John Dawson. Mullett is treated extensively in Wodehouse, "Alfred B. Mullett and his French Style Government Buildings," *Journal of the Society of Architectural Historians* 31 (Mar. 1972): 22-37.

*Citation*:

Lawrence Wodehouse. "Mullett, Alfred Bult"; http://www.anb.org/articles/17/17-01199.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday March 09 2009 15:44:32 GMT-0400 (Eastern Daylight Time).

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

**Renwick, James, Jr.** (November 1, 1818-June 23, 1895), architect and engineer, was born in
Bloomingdale, New York, the son of Margaret Brevoort, who came from a well-established
New York family, and James Renwick, a distinguished engineer and professor of natural
philosophy at Columbia College (now Columbia University). In this literate, socially
prominent family, advanced education was assumed. James entered Columbia at the age of
twelve and graduated in 1836; three years later he received an M.A. In 1851 he enhanced his
enviable position by marrying Anna Lloyd Aspinwall, the daughter of one of the wealthiest
men in the country. They never had any children.

Renwick had no professional training as an architect, nor did he serve an apprenticeship in an
architect's office. His knowledge of architecture came to him through his father, who
combined engineering with broad cultural interests that included architectural history; above
all, he was an able water colorist with demonstrable skill in architectural design. Guided by
his father and nurtured by his academic environment, Renwick acquired intellectual strengths
and cultural and social advantages that were unmatched by any other American architect of
his generation.

Renwick developed four special attributes as an architect. First, his knowledge of historical
architecture was broad and detailed and, since he worked at a time when eclecticism was the
dominant mode of design, that knowledge proved to be a rich functional resource. Second, he
had the artistic talent to energize his extensive knowledge by coherent but expressive
designing. Third, he was trained as an engineer and thus was alert to developments in
building technology. Finally, his finely tuned social and cultural sensibilities made him
responsive to the most sophisticated of his clients' needs. At the start of his career, American
architecture was struggling to establish its identity as a mature profession with its own
national character, and Renwick's pragmatic vision and highly trained intelligence put him in
the mainstream of that effort.

For half a century Renwick produced religious, public, institutional, commercial, and
domestic works of distinction, some so innovative as to be in the vanguard of the most
important architectural developments of his time. His achievement can be characterized by a
few of his most prominent works, beginning with his first commission. In 1843 he won the
competition for Grace Church, the wealthiest and most fashionable Episcopal parish in New
York City. Renwick's design was an inspired mix of English Gothic elements that was
precisely what the church authorities then recognized as the only appropriate form for
Episcopal church architecture. An informed essay in Gothic authenticity, it stands together
with Richard Upjohn's Trinity Church (begun in 1841) at the beginning of a wholly new
episode in the American Gothic revival.

Renwick's informed eclecticism made it natural for him to use historical style as a means of
expression, as he did in his Congregational Church of the Puritans on Union Square in New
York, commissioned in 1846. The Congregationalists, in order to be competitive in an
expanding nation, deliberately abandoned their traditional classical meetinghouse in favor of

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

a more dynamic architectural image, which they found in the Romanesque. The Church of the Puritans was among the first to be cast in this new mode, and thus Renwick again proved to be an innovator in a movement that would become national in scope.

Beyond this seminal building, Renwick turned to the Romanesque in a variety of churches and other building types, including the most demanding and influential commission of his career, the Smithsonian Institution in Washington, D.C. Devoted to the "increase and diffusion of knowledge among men," the Smithsonian was a new and challenging concept in the developing national culture. A competition for the design of its building was announced in September 1846, and through the help of his father the young architect was invited to compete. His design was chosen by the board of regents because his intellectual and cultural sophistication made it possible for him to understand better than any of the competing architects the complex nature of the regents' demands. The various components of his asymmetrical design, the first of its kind in the United States, were shaped and arranged according to function, and by subtle modulations of massing, proportion, and ornamental treatment, each part was made expressive of its function. To make the building "as nearly as possible fireproof," Renwick recommended for the most vulnerable areas a British technique of cast-iron beams with segmental brick vaults sprung between. A section of that structural method still remains in the lower part of the great west tower as the first application of the new technique to a major building in Washington. To meet the regents' final condition, Renwick's design was in "the Lombard (Romanesque) style, as it prevailed in Germany, Normandy, and in southern Europe in the twelfth century." Functionally conceived and richly orchestrated in the dark, vibrant tones of red sandstone, the expressive ensemble of the Smithsonian Institution was an aggressive challenge to Washington's entrenched classicism and opened the way for new directions in American architecture.

Of his many Gothic churches, the one that best reveals Renwick as an architect is St. Patrick's Cathedral in New York. Begun in 1853 and widely regarded as Renwick's finest achievement, the church was conceived of by the ambitious Archbishop John Hughes not only as the center of the "ancient and glorious Catholic" faith in New York but also as "worthy, as a public architectural monument, of the present and prospective crown" of the nation as a whole. Renwick gave the archbishop the largest, most sophisticated Gothic church that had yet been designed by an American-born architect. Based largely on the cathedral at Cologne but with sensitively interwoven French and English elements, the original design was a masterpiece of intelligent eclecticism; if it had been built as originally designed, it would have been one of the most advanced Gothic revival churches in the Western world. Unfortunately, for reasons beyond Renwick's control, radical changes had to be made, and the church that materialized was but a shadow of his brilliant conception. The superb vaults, however, though built in plaster rather than the specified stone, were completed as designed and still form, visually at least, one of the most moving Gothic spaces in America.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                       County and State

Renwick's command of historical styles also made him a leader in the introduction of the Second Empire style into the United States. Inspired by the additions to the Louvre in Paris by Visconti and Lefuel (1852-1857) and characterized by steeply pitched mansard roofs and a richly plastic treatment of classical details, it was an extravagant mode that would dominate American public and domestic architecture of the 1860s and 1870s. Renwick's Corcoran Gallery (1859-1871) in Washington was the first public building in the United States in which both the elements and the energy of this monumental style were persuasively displayed. Renwick's design was based directly on the new Louvre, but it was more prim than its grandiose Parisian model, it was built not of stone but of brick, a traditional American material that was then regaining popularity for institutional buildings.

Always alert to the changing directions of American architecture, Renwick also designed buildings in the high Victorian Gothic style, a mode popularized by the English critic John Ruskin. This style came to dominate American church architecture of the 1860s and 1870s and vied in popularity with the Second Empire in other forms of public building. Although Renwick cannot be said to have been a leader in this movement, he did design in the style with the same authority and imagination that he displayed in his handling of his earlier Gothic buildings. His most distinguished work in this mode was All Saints' Roman Catholic Church in Harlem (1882-1893), remarkable for the richness of its polychrome.

Renwick's intellectual approach to architecture placed him squarely in the line of descent between Thomas Jefferson and Richard Morris Hunt. All three were highly educated men whose works were born of a profound knowledge of historical architecture. It is poignantly appropriate, therefore, that Renwick's last project would link him directly with his luminous forebear. In 1890 he was commissioned to prepare the plans for the National Galleries of History and Art in Washington. Conceived by the visionary amateur architect Franklin Webster Smith, this monumental axial scheme was a grandiloquent mirror image of Jefferson's design for the University of Virginia. The project was never built, but by participating in its planning the aging Renwick had a final opportunity to address himself to the shaping of the nation's cultural identity. Inherited from Jefferson, this was the driving force that energized his entire creative life. Renwick died in New York City in his home at 28 University Place, a building he had designed and which had been his residence for many years.

*Bibliography:*

A considerable number of Renwick drawings are to be found in the archives of the Avery Architectural and Fine Arts Library at Columbia University; the Library of Congress; the New-York Historical Society; the Roman Catholic Diocese of New York; and the Smithsonian Institution. No definitive study of the life and work of James Renwick, Jr., have yet been published. The best account to date is that of Selma Rattner in the *Macmillan Encyclopedia of Architects* (1982). Five other published works are useful: Kenneth Hafertepe, *America's Castle: The Evolution of the Smithsonian Building and Its Institution,* 1840-1878 (1984); Rosalie Thorne McKenna, "James Renwick, Jr., and the Second Empire

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Style in the United States," *Magazine of Art* 44 (1951): 97-101; William H. Pierson, Jr., "James Renwick, St. Patrick's Cathedral, and the Continental Gothic Revival," *American Buildings and their Architects: Technology and the Picturesque, the Corporate and Early Gothic Styles* (1978); and Bannon McHenry, "James Renwick, Jr.: Institutional Architect in New York," Newsletter, Preservation League of New York (Winter 1987). In addition, Rattner lists several unpublished theses on Renwick in her *Macmillan Encyclopedia* entry. An obituary is in the *New-York Daily Tribune*, June 25, 1895.

*Citation:*

William H. Pierson. "Renwick, James, Jr."; http://www.anb.org/articles/17/17-00725.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday September 29 2008 12:49:13 GMT-0400 (Eastern Daylight Time).

**Rogers, Isaiah** (August 17, 1800-April 13, 1869), architect, was born in Marshfield, Massachusetts, the son of Isaac Rogers, a farmer and shipwright, and Hannah Ford. In 1817, encouraged by Edward Preble Little, a locally prominent kinsman by marriage, Rogers left the family farm and apprenticed himself to Boston housewright Jesse Shaw. From 1822 until 1825 Rogers assisted his second mentor, Solomon Willard, as he learned the art of architecture. Later, during the 1830s and 1840s, Rogers was involved with Willard in the granite business in Quincy. In 1822 Rogers successfully competed for the Mobile (Alabama) Theatre (erected 1824; burned 1829). The following year he married Emily Wesley Tobey of Portland, Maine. The couple had eight children, only four of whom survived infancy. In establishing himself independently in 1825, Rogers listed himself as "Architect," not as "Builder." Initially his Boston practice was devoted primarily to standard row house design and commercial buildings, including those along the city's merchants' row.

In 1826, the year Rogers became a Mason, he won the competition to design the Augusta, Georgia, Masonic Hall (demolished 1888), locally misattributed to the builders John Crane and William Thompson. The front, minus the first story of shops, resembled Rogers's Tremont Theatre in Boston (1827; burned 1852), a design that critic H. R. Cleveland, Jr., writing in the North American Review, later described as "the most perfect piece of architecture in Boston . . . uncommonly chaste and dignified." The success of the beautiful Tremont Theatre brought Rogers the patronage of leading Bostonians, including the William Havard Eliot and Robert Bennet Forbes families and the Merchant Prince Thomas Handasyd Perkins, promoters of a hotel to replace architect Asher Benjamin's Exchange Coffee House, which had burned in 1818. Rogers's Tremont House (1828-1829; demolished 1895) has long been regarded as the pioneer among first-class luxury hotels. Behind its dignified granite front lay amenities that until then had not been available to most travelers. The ingenious plan masked an irregular site and provided elegant public spaces as well as ample bathing facilities. The lavishly illustrated A Description of Tremont House (1830), published anonymously by Rogers's friend and patron Eliot, established Rogers as a nationally noted architect.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Rogers practiced in Boston until 1834 and took Richard Bond as his partner in 1833-1834. During that first Boston period Rogers designed two Greek Revival churches, Pine Street (1827) and the First Methodist Church (1828), followed by the Lowell Town Hall (1829-1830). In 1830 Rogers revised the Old State House in Boston for use as city hall and added two fireproof rooms to the Bulfinch State House. All of Rogers's work had been in the Greek Revival manner until his Boston Masonic Temple (1830-1832), which demonstrated his naive unfamiliarity with the Gothic style. His "Carpenter Gothic" First Parish Church in Cambridge (1833) and his granite St. Peter's Church in Salem (1833-1834) were more successful; both still stand but in altered states. His Nahant Church (1832) marked a return to Greek Revival. His handsome Greek Revival granite Suffolk Bank (1833-1836) graced State Street in Boston until its demolition in 1900, and his still-extant but much-altered Bangor House (1833-1834), built in Bangor, Maine, was a smaller, brick version of the Tremont House; its plan, a mirror image of the Boston hostelry. Both the Joseph Andrews house in Lancaster, Massachusetts (1831), and the home he designed for Forbes in Milton, Massachusetts (1833-1834; altered by Peabody and Stearns in 1872-1873), are rare, extant examples of Rogers's Greek Revival residential work

In 1834 Rogers went to New York City to design the Astor House, a majestic Greek Revival granite block situated on lower Broadway. Completed in 1836 and demolished in 1913, for a generation it was the city's leading hotel, containing such novel amenities as central heating and running water on all five floors. On 6 December 1836 Rogers became a founding member of the short-lived American Institution of Architects (forerunner of the American Institute of Architects), the first organized group that sought to attain recognition of architecture as a profession. His Bank of America, a granite distyle in antis composition, was built on Wall Street in 1835 and demolished in 1889; its two colossal monolithic columns still exist but have since been transported to a park in Methuen, Massachusetts. The Merchants' Bank on Wall Street, similar to the Bank of America, was completed in 1840 and survived until 1887. Two other long-vanished Wall Street banks that Rogers designed, the United States Bank (1838-1839) and the City Bank (1839), had less-impressive, three-story fronts.

William streets between 1836 and 1842, was Rogers's structural masterpiece. Fronted by a colonnade of twelve immense Ionic granite monoliths plus six more within the entrance bays, the magnificent edifice contained a marble rotunda eighty feet in diameter vaulted by a brick dome larger than any other then in America. The splendid exterior still exists, but the interior was gutted in 1907 by the partnership of McKim, Mead and White, whose National City Bank added four stories atop Rogers's colonnade. The colonnade and rotunda combination may have been inspired by German architect Karl Friedrich Schinkel's Altes Museum in Berlin. Rogers contributed one other notable building to New York City over the six years he was based there, the Middle Collegiate Dutch Reformed Church (1837-1839; razed in 1887). A granite building with a monolithic Ionic portico, the church had a spire that resembled the one on British architect John Nash's All Souls, Langham Place, in London. Rogers's

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property    County and State

Exchange Hotel in Richmond, Virginia (1840-1841; razed 1900) had a tetra style engaged Ionic center flanked by curved bays (an elegant facade).

By 1840 Rogers had returned to Boston, where he essayed the ancient Egyptian style for his Old Granary Burying Ground Gate and Fence. The following year he used an almost identical design for his Jew's Cemetery Gate in Newport, Rhode Island. Rogers's Boston Merchants' Exchange (1841-1842; razed 1889) contained even more massive Quincy granite monoliths than did the New York Merchants' Exchange. The 45-feet-high pilasters and antae of the pedimented front weighed up to sixty tons apiece, and the central domed reading room (80 feet long) had Corinthian columns that stood twenty feet tall. All construction was fireproof, including the iron roof. Rogers's Brazer's Building (1842; razed c. 1890) was outstanding for its unornamented bowed front of trabeated granite. "Elmwood," Rogers's Enoch Reddington Mudge House (1843-1844; razed 1954) in Swampscott, Massachusetts, was a Gothic mansion that was one of the most impressive New England estates of its day, its granite walls laid in a unique pattern of upended lozenges. Willard paid Rogers for his plans but took charge of construction of the granite, Greek Revival Quincy Town Hall (1844-1845; extant). The plain brick Boston Female Orphan Asylum (1844-1845; demolished), a project dear to Rogers because of his four deceased children, was noteworthy for its fireproof construction. The Harvard Astronomical Observatory (partially extant) followed in 1844-1845.

By the mid-1840s his diary entries show that Rogers was suffering some hearing loss, which resulted in frequent confusion over proper names and in misunderstandings that affected his practice until his son clarified matters for him. His Howard Athenaeum in Boston (1846; razed 1962) had an unusual Gothic granite front. The theater also introduced a sloping parquet instead of a flat pit. After competing for the Smithsonian Institution project awarded to James Renwick in 1846, Rogers was awarded $250 for his design, which combined Romanesque and Gothic elements. He then returned to New York to supervise his Astor Place Opera House (1847; razed c. 1890).

In 1848 Rogers went to Cincinnati to design and supervise construction of the Burnet House, a major hotel. Completed in 1850, the building, which had a five-part Italianate front crowned with a dome, was razed in 1927. Rogers's house for George Hatch on Dayton Street in Cincinnati (1850-1851; extant) was only moderately altered throughout the twentieth century. St. John's Church (1849-1852), notable for its concentric-arched entrance bay and towers placed at 45-degree angles to the front plane, and the Tyler Davidson Store (1849-1850, both demolished) were early Rogers additions to Cincinnati. The Phillips House (1850-1852; razed 1926) in Dayton, Ohio, was another of his Italianate hotels. It was followed by the Battle House (1851-1852; burned 1905) in Mobile, Alabama, and the Capital Hotel (1852-1853; burned 1917) in Frankfort, Kentucky. In 1851 James Gallier's St. Charles Hotel in New Orleans, Louisiana, burned, and Rogers provided plans for which he was paid after an on-site consultation, although George Purvis carried out the rebuilding. In 1853-1854 Rogers designed "Hillforest," the home of Thomas Gaff at Aurora, Indiana. The Italianate

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional              **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                               County and State

estate, now a museum, is the only perfectly preserved and virtually unaltered example of
Rogers's still-extant domestic work.

In 1853 Rogers took Henry Whitestone into a partnership that ended in 1857. Rogers's
firstborn son, Solomon Willard Rogers—his name attesting to the bond between Rogers and
Willard—became his partner on February 14, 1855, having assisted him since 1848. The firm
maintained offices both in Cincinnati and in Louisville, Kentucky. The second Galt House
(1853; burned and replaced c. 1870), the Newcomb Building (1854), the Fifth Ward School
(1855; extant), the W. B. Reynolds Store (1855-1856), and the Louisville Hotel (1855-1856)
were among the firm's Louisville works. During this same period, Rogers was the designing
partner for the Robert B. Bowler house and the Gothic Reuben Resor house (extant), both in
Cincinnati. The Metropolitan Hall in Chicago (1854; burned 1871) also appears to have been
entirely by Rogers, as was the Commercial Bank of Kentucky in Paducah (1855-1856;
burned 1863), notable for its Corinthian front of terracotta, a remarkably early extensive use
of that material. Longview State Hospital (1856-1860), a vast insane asylum near Cincinnati,
was designed by both father and son. Its domed entrance rotunda was a particularly
handsome feature. The Rogers firm also designed the Oliver House hotel in Toledo, Ohio
(1859). The Italianate exterior remains, but the interior was gutted in 1920 to make room for
a warehouse. Rogers also produced plans for the Maxwell House in Nashville, Tennessee;
construction began in 1859 but the Civil War intervened. The hotel was finished in 1869
without Rogers's supervision, although his plans were followed. Rogers and son took Alfred
Bult Mullet as a junior partner during 1859-1860. Until the outbreak of war in 1861, the firm
was occupied with the Hamilton County Jail (1860-1861; razed 1884) in Cincinnati and the
completion of the state capitol in Columbus (1858-1860).

On July 23, 1862, President Abraham Lincoln appointed Rogers to head the U.S. Treasury
Department's Bureau of Construction. He moved to Washington, D.C., where he built the
department's west wing (1862-1865). At least one example of his patented "burglar-proof"
safe was manufactured and now remains in the U.S. Treasury building. On June 30, 1863
Rogers was made supervising architect of the Treasury Department, a post he resigned on 30
September 1865. Mullett, who had written letters to the secretary of the treasury against
Rogers's work, succeeded to his post in 1865. Mullett's official reports positively seethe with
sarcasm when discussing Rogers's work.

By 1865 Rogers's health had declined. Pike's Opera House in Cincinnati (1866; burned
1903) and the Lagonda House hotel in Springfield, Ohio (1869; burned 1895) were among
the ailing architect's last works. Rogers had patented a metal spiral "cylinder" bridge in 1841
and other bridges in 1856 and 1862, but none was built. By the summer of 1867 Rogers was
happily estivating at Marshfield in the old family homestead built in 1720 (which he had
modernized in 1842). He died two summers later at his home in Cincinnati.

Although he was a farm lad with little formal schooling, Rogers had an innate, extraordinary
talent that enabled him to become one of the few leading and prolific American architects of

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

his generation. His diaries reveal him to have been a creative, industrious, honorable, kindly, and engaging man. Although he is remembered primarily as the architect of famous hotels, his banks too, as well as his exchanges and certain of his churches and residences, rank among the best of their time.

*Bibliography:*

Rogers's manuscript diaries (1838-1856, 1861, and 1867) are in the Avery Architectural Library, Columbia University, New York. Also see Denys Peter Myers, "The Recently Discovered Diaries of Isaiah Rogers," *Columbia Library Columns* 16 (1966): 25-31, and William W. Wheildon, *Memoir of Solomon Willard* (1865). For additional biographical information see *Biographical Encyclopaedia of Ohio of the Nineteenth Century* (1876), and Josiah H. Drummond, *John Rogers of Marshfield and Some of His Descendants* (1898). For his professional impact see Talbot Hamlin, *Greek Revival Architecture in America* (1944; repr. 1964); H.-R. Hitchcock, *Architecture: Nineteenth and Twentieth Centuries* (1963; repr. 1977); and Walter H. Kilham, Jr., *Boston after Bulfinch: An Account of Its Architecture, 1800-1900* (1946). Also see Cynthia Hagar Krussell and Betty Magoun Bates, *Marshfield: A Town of Villages* 1640-1990 (1990).

*Citation:*

Denys Peter Myers. "Rogers, Isaiah"; http://www.anb.org/articles/17/17-00744.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday March 09 2009 15:43:49 GMT-0400 (Eastern Daylight Time).

**Thornton, William** (May 20, 1759-March 28, 1828), architect, civil servant, and essayist, was born on the island of Tortola in the West Indies, the son of William Thornton, a planter, and Dorcas Zeagers. The senior Thornton died when his son was five years old, and the boy went to live with relatives in Lancashire, England. He served a medical apprenticeship in Lancashire, studied at the University of Edinburgh, and received a medical degree from the University of Aberdeen in 1784. After his graduation he traveled in France and the British Isles before returning to Tortola in 1786. Enamored of the republican ideals of the American Revolution, he emigrated to Philadelphia in 1786 and became a citizen of the United States in 1788. He established a medical practice in Philadelphia but soon abandoned it, finding the practice boring and the fees unsatisfactory. Thornton enjoyed a creditable income from his West Indies plantation, which allowed him to pursue his intellectual and artistic interests. His education and European background won him admittance to intellectual circles in Philadelphia, including election to the American Philosophical Society. Thornton married Anna Marie Brodeau, a well-educated and cultured girl of fifteen, in 1790. They spent two years on Thornton's plantation on Tortola, returned to Philadelphia, and in 1794 made their home in the new city of Washington, where they resided for the remainder of their lives. They had no children.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                                County and State

Thornton's arrival in Philadelphia marked the beginning of his career as an architect. Although trained in medicine, Thornton was a competent painter and draftsman who had carefully observed many of the architectural styles of Europe. His first foray into architecture resulted in the selection of his design for a new building for the Library Company of Philadelphia in 1789. His next major design, a plan for the Capitol in the new federal city, was accepted by President George Washington in January 1793. The design featured a central rotunda crowned by a dome (modeled on the Pantheon at Rome) and a colonnaded front inspired by the Louvre. Washington praised the plan for the "the grandeur, simplicity, and beauty of the exterior"; Thomas Jefferson, who, with Washington, oversaw the creation of the national capital, hailed the design as "simple, noble, beautiful, excellently distributed."

Thornton had no experience in practical building, and the construction of the Capitol was entrusted to other architects. Some alteration in the details of the facade and in the arrangement of the interior space occurred during construction, but overall the builders followed Thornton's design of a rotunda flanked by separate wings for each branch of the legislature. Subsequent expansion of the building adhered to Thornton's original concept for the Capitol. Thornton also designed several private residences in the federal city, the most notable being the Octagon (1800) and Tudor Place (begun in 1812). A number of houses outside Washington, including Woodlawn Plantation in Fairfax County, Virginia (1800), and James Madison's Montpelier (c. 1802), are attributed at least in part to Thornton. In 1817 Jefferson asked Thornton's advice on his architectural plans for the University of Virginia and later incorporated some of Thornton's ideas into the pavilions flanking the central mall. From 1794 to 1802 Thornton served as a member of the board of commissioners that supervised the development of the city of Washington.

When the board of commissioners was abolished in 1802 Secretary of State James Madison appointed Thornton to oversee the issuance of patents for inventions. The patent law of 1793 created a simple system for the registration of inventions. The State Department, charged with granting patents, had no authority to reject an application because of interference with or infringement upon previously issued patents; disputes were to be settled in the courts, not by the executive branch. Congress, viewing the distribution of patents as merely a matter of registration, made no provision for an administrative bureau. The rising importance of mechanical technology, however, fueled an ever increasing demand for patents, and when Thornton took office in 1802, it was clear that the issuance of patents could no longer be treated as a routine operation. He organized a separate Patent Office within the State Department, assumed the title of superintendent, and devised a system of procedures to govern the office's increasingly complex business. The unofficial nature of his position plagued Thornton throughout his tenure, which lasted until his death. Despite his continual pleading, Congress never invested him or the office with the authority, funding, staff, space, or regulations necessary to a bureau of such increasing importance. That he was able to conduct the business of the office under such conditions is testimony to his administrative abilities. Dismayed by the provisions for the wholesale issuance of patents regardless of their merit, Thornton used what little administrative authority he had to protect the rights of

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                    County and State

patentees and the public from infringement. He tried to discourage applicants who might "unknowingly involve themselves and their families in ruin, sometimes by infringing on the rights of others, sometimes by selling patents under the guarantee of originality, sometimes by attempting perpetual motions and other impossibilities." He also warned against "deceptions, by which many begin by deceiving themselves, and end by deceiving their fellow citizens."

Thornton was an appropriate choice to head the Patent Office, for he was fascinated by mechanical technology. Indeed, Thornton himself held patents for improvements in steamboats, distilling, and firearms. This led to charges of conflict of interest against the superintendent, but the matter remained unresolved, for the law was as imprecise on this point as on all others. Thornton directed most of his technological curiosity toward the development of the steamboat. Shortly after his arrival in the United States, Thornton became an active supporter of John Fitch's effort to build and operate a steamboat at Philadelphia, providing both financial assistance and technological advice. They built an operable boat, but the project was not an economic success. After Fitch died in 1798, Thornton struggled to maintain Fitch's claim as the original inventor of the steamboat. This led to disputes with other steamboat builders, especially Robert Fulton. Although the rivalry between the two was bitter and Fulton complained frequently that Thornton was misusing his position as superintendent of the Patent Office, Thornton could never match the resources Fulton commanded and never offered a serious challenge to the New Yorker's dominance in the construction and operation of steamboats. Thornton defended Fitch's claim to priority in an 1814 pamphlet entitled Short Account of the Origin of Steam Boats.

Like many intellectuals of his time, Thornton advocated the abolition of slavery. But like many of his countrymen, Thornton owned slaves and never resolved the personal dilemma posed by the conflict between his philosophical beliefs and his economic situation: he favored a formal arrangement for the emancipation and colonization of American slaves but could never bring himself to manumit any of his own slaves. Throughout his life he advocated a coordinated effort between American and British emancipationists for the removal of freed slaves to the British colony of Sierra Leone; at one point he even considered emigrating to Africa himself and establishing a settlement for freed blacks. In the early 1800s he suggested that the United States purchase a Caribbean island to be used as a colony for freed slaves; in 1817 he became a charter member of the American Colonization Society. Thornton's Political Economy: Founded in Justice and Humanity (1804) expressed his views on emancipation and colonization.

One of the great passions of Thornton's life was the independence movement in the Spanish-American colonies. He first became involved with the revolutionists in 1805 when Francisco Miranda established himself at New York and organized his ill-fated expedition to Caracas. Thornton met with Miranda, tried to recruit army officers for the enterprise, and urged government support for the enterprise. His involvement became more pronounced as the revolutionary movement spread throughout Spanish America. As early as January 1810 he

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State

was assisting the host of revolutionary diplomats and exiles who flocked to the United States seeking military aid and diplomatic recognition. In 1818 the Washington National Intelligencer noted that Thornton "is so well known to be intimately acquainted with the views of the Southern leaders, and so deep in their confidence, that we entertain not the least doubt of the correctness" of his remarks concerning the intentions of the revolutionary leaders. Thornton wrote dozens of essays and pamphlets in support of the South American patriots; his Outlines of a Constitution for United North and South Columbia (1815) presented a visionary plan for a hemispheric confederation. There are also hints that he assisted the revolutionaries in obtaining arms and munitions. Thornton keenly desired a diplomatic appointment to one of the new South American republics and, despite continual rebuffs, repeatedly asked presidents James Monroe and John Quincy Adams for such an appointment. In the 1820s Thornton exhibited the same zeal on behalf of the Greeks, who were revolting against Turkish domination.

Thornton's circle of friends included statesmen, scientists, philosophers, and artists. Although he never achieved the prominence enjoyed by friends such as Washington, Jefferson, and Madison, Thornton shared their Enlightenment views, their wide range of intellectual interests, and their incredible capacity for work. He maintained his interest in medicine and dabbled in astronomy, mathematics, botany, and other sciences. He drafted a plan for a system of national education (including a national university), and his Cadmus: or, a "Treatise on the Elements of Written Language," an essay on teaching the deaf and mute, won a gold medal from the American Philosophical Society in 1793. A proponent of progressive agriculture, he wrote essays on agricultural matters, imported improved breeds of livestock, and kept a fine stable of racehorses on his Montgomery County, Maryland farm. Thornton also gave attention to his civic duties, serving as captain of militia, justice of the peace, and commissioner of bankruptcy. He died in Washington.

*Bibliography:*

Thornton's papers are housed in the Manuscript Division of the Library of Congress. C. M. Harris, ed., The Papers of William Thornton (1995), is a two-volume edition of selected letters. Elizabeth Stearn and David Yerkes, *William Thornton: A Renaissance Man in the Federal City* (1976), provides an overview of Thornton's life. For Thornton's tenure in the Patent Office, see C. M. Harris and Daniel Preston, eds., *Papers Relating to the Administration of the U.S. Patent Office during the Superintendency of William Thornton, 1802-1828* (1987); Daniel Preston, "The Administration and Reform of the U.S. Patent Office, 1790-1836," *Journal of the Early Republic* 5 (1985): 331-53; and C. M. Harris, "Specimens of Genius and Nicknacks: The Early Patent Office and Its Museum," *Prologue* 23 (1991): 406-17.

*Citation:*

Daniel Preston. "Thornton, William"; http://www.anb.org/articles/17/17-00861.html; American National Biography Online February 2000. Copyright (c) 2000 American Council

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

of Learned Societies; Published by Oxford University Press; All rights reserved. Access
Date: Thursday September 25 08:14:13 2008.

**Walter, Thomas Ustick** (September 4, 1804-October 30, 1887), architect, was born in
Philadelphia, Pennsylvania, the son of Joseph Saunders Walter, a bricklayer and stone
mason, and Deborah Wood. Upon finishing his schooling in 1819, he became apprenticed to
his father on the construction of the Second Bank of the United States in Philadelphia (1818-
1824), designed by William Strickland. Concurrently, he began to study architecture under
Strickland, who had been taught by the first professionally trained architect in the country,
Benjamin Henry Latrobe.

In 1824 when the Franklin Institute opened, offering evening classes for Philadelphia's
tradesmen, Walter enrolled in the Institute's Mechanical Drawing School. The professor was
John Haviland, who, like Strickland, was one of the country's leading architects. That same
year Walter married Mary Ann Elizabeth Hancocks; the couple had eleven children.
Completing his apprenticeship and becoming a master bricklayer in 1825, he entered into a
partnership with his father. He was elected a member of the Bricklayers' Company of the
City and County of Philadelphia in 1827. From 1828 to about 1830, he again studied with
Strickland.

Around 1830 Walter made the transition from builder to architect. His first major work, the
Philadelphia County Prison (1831-1835), known as Moyamensing, reflected the influence of
Haviland's prison architecture in its Gothic-Revival style, its up-to-date technology, and
elements of its plan. In 1833 Walter was selected as architect of the Girard College for
Orphans (1833-1847), winning one of the largest architectural competitions held up to that
time in America and defeating his former teachers Haviland and Strickland. The project
established Walter as a master of the Greek Revival.

While involved with the college's construction, including the main building, dormitories, and
outbuildings, he was engaged in many other projects. At "Andalusia," the country estate
north of Philadelphia belonging to Nicholas Biddle, Walter transformed a three-story house
into a Greek temple (1833-1836) and built a Gothic-style grotto (1836) and an Elizabethan
cottage (1837-1838). Additional buildings that he designed at Moyamensing Prison included
the Debtors' Apartment (1836) and Vagrants' Apartment (1837-1838), both executed in the
Egyptian style. For several months of 1836 and 1837, Walter was secretary and Alexander
Jackson Davis was chair of the American Institution of Architects, a short but important first
effort to establish the profession. Traveling to Europe in 1838 at the behest of the college's
building committee, Walter examined construction techniques of similar institutions. The
committee adopted many of his recommendations, which he detailed in an elaborate report in
1839. He was elected a member of the American Philosophical Society the same year. The
Franklin Institute appointed him professor of architecture in 1841, about the time he began
lecturing on architecture and publishing complementary articles in the *Journal of the
Franklin Institute*.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The dearth of construction projects during the period of economic depression after the panic of 1837 forced Walter to accept a civil engineering position constructing a breakwater in La Guaira, the port of Caracas in Venezuela, South America, from 1843 to 1845. Upon returning to Philadelphia in 1845, he collaborated with John Jay Smith, an editor and librarian, on a book of cottage designs and another of ironwork and marble embellishments, both published in 1846. The latter bookmarked Walter's shift toward decorative uses for cast iron, evident in his design of that year for the Chester County Courthouse in West Chester, Pennsylvania, where the six Corinthian columns of the portico were composed of a brick core faced with cast-iron bases, shafts, and capitals.

Walter's wife died in 1847; the following year he married Amanda Gardiner. They had one child.

By mid-century Walter's oeuvre already included more than 300 designs out of the approximately 400 of his career, representing a spectrum of revival styles and building types, though most were classically inspired residences and churches. His native state contained most of his executed projects, with the majority in Philadelphia. In that city in 1848 the architect William L. Johnston began erecting a new building type, an eight-story building for Dr. David Jayne employing structural cast iron within a granite exterior. After the death of Johnston, Walter became the architect of the Gothic-style Jayne Building from 1849 to 1851. It was Walter's most demanding commission at the time he entered his most important competition in 1850, for the extension of the U.S. Capitol.

After a protracted period of compromise plans involving several architects, President Millard Fillmore appointed Walter architect of the Capitol extension in 1851. Walter relied on his training and experiences to design the technically sophisticated legislative chambers, executed in the classical style between 1851 and 1859, although the finishing touches to the Capitol extensions would not be made until 1868, after Walter's tenure. He also took on a few private commissions during this period, including the Italianate villa known as Ingleside, erected in Washington, D.C., in 1851-1852. Late in 1851, when fire destroyed the Congressional Library housed within the Capitol, Walter was instructed to prepare plans for repairing the room. With the able assistance of the iron contractor, Janes, Beebe & Co. of New York City, Walter accomplished the first widespread architectural application of iron in a major, public, American building when the library was completed in July 1853. During this period (1857) Walter was elected vice president of the new American Institute of Architects, whose president was Richard Upjohn.

In 1855 Congress had made its first appropriation to crown the enlarged Capitol with Walter's design for an all-iron dome, which was completed ten years later. A monument of the nation's architectural and industrial prowess, during the Civil War Walter's dome became the indelible image of union and national government. With characteristic dignity Walter overcame the claims of credit that arose during the Capitol dome's construction, writing in 1859 to Richard Morris Hunt, secretary of the American Institute of Architects, "I feel that I

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

am contending for the honor of the Profession." Many were necessarily involved in the complex construction, including Montgomery C. Meigs, the government-appointed engineer in charge of the Capitol extension since 1853, who possessed considerable talents but also proved to be the source of much of the conflict. However, project letters attest to Walter's leading role. The iron contractor, Janes, Fowler, Kirtland & Co. (formerly Janes, Beebe & Co.), wrote in 1863, "We are executing the most difficult piece of architectural iron work ever conceived . . . we therefore want the architect who planned it to make a careful examination of all."

Walter summarized his contributions to the Capitol, and the architectural philosophy of his life and era, in a letter of 1863, "No work of modern times presents a greater deviation from the details of classic art, and yet retaining the classic spirit than does the Capitol extension; I have endeavoured rather to think as the ancients thought, than to do as the ancients did." He had first penned the latter phrase in the Journal of the Franklin Institute in 1841. Although he was hired only to build the Capitol extensions, upon his retirement in 1865 his additional assignments had effectively transformed the Federal city. He was appointed to design several Federal buildings, constructed under the supervision of others, including the extensions to the Patent Office (commenced 1851), the completion of the Treasury Building (commenced 1855), and the Post Office extensions (commenced 1855).

Unfortunate investments and a worsening economy forced Walter to resume his private practice. A larger project from this period was the Gothic-style Eutaw Place Baptist Church in Baltimore (1868-1871). In 1872 he began his unsuccessful efforts to receive compensation for several of his Federal commissions; the Capitol extension, he contended, was the only project covered by his annual salary of $4,500 from 1851 to 1865. He was employed in 1873-1874 by the Pennsylvania Railroad Company; designed an unexecuted scheme to expand the Capitol to accommodate the growing Library of Congress in 1874; and competed unsuccessfully in 1877 for the new Library of Congress building. Walter's last major position, from 1874 until the end of his life, was chief assistant architect under John McArthur, Jr., on the construction of Philadelphia's City Hall (1871-1901), one of the country's most imposing examples of the Second Empire style. He steadfastly maintained the regimen of his earlier life, setting aside Sundays as his only day without labor, for he was devoted to his Baptist faith.

As president of the Philadelphia chapter of the American Institute of Architects from 1870 until 1876 and as second president of the national organization from 1876 until shortly before his death, he continued to influence his profession. In notes for his address to the institute's annual convention in 1879, he encouraged fellow architects "to keep abreast with the times, so as to utilize all modern devices for the perfection of our works." He continued, "Unlike other professions, architecture primarily addresses the eye, and is always exposed to view; it is therefore incumbent on us to enlighten the public particularly in reference to the sciences which underlie its practice, its historic relations, and its aesthetic elements."

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Walter died in his native Philadelphia. His life was eulogized by a Fellow of the American Institute of Architects, George C. Mason, Jr., who wrote in an address to the institute in 1888, "He fully appreciated the dignity of his art, and from the first his pen and his public utterances were all to one end—its elevation and the cultivation of high aspirations among its practitioners." Nearly a century after his death, when Walter's papers were acquired by the Athenaeum of Philadelphia, they revealed the great breadth of his architectural and engineering talents, as well as his contributions to his profession, long overshadowed by the majestic physical presence of his classically inspired works.

*Bibliography:*

Walter's diaries; letterbooks; drawings; project documentation; and miscellaneous materials, including an inventory of his architectural library, correspondence relating to the American Institute of Architects, and manuscripts from his lectures on architecture, are in the Athenaeum of Philadelphia. Documentation relating to Walter's involvement in the Capitol extensions, dome, and other Federal projects, such as contracts, receipts, reports, correspondence, and miscellaneous accounts, ranging from book orders to office supplies, are in the Office of the Architect of the Capitol. See also Walter's unpublished autobiography and family genealogy, the source of most subsequent biographies, "Genealogical Sketches and Investigations Relating to Ancestry and Family Connections, Embracing Biographical and Historical Notes and Records" (1871), preserved at the Historical Society of Pennsylvania, Philadelphia, Pennsylvania. For a transcription of passages of Walter's genealogy and analysis of Walter's life, see William Sener Rusk, "Thomas U. Walter and His Works," *Americana* 33 (Apr. 1939): 151-79. Other useful sources include William C. Allen, *The Dome of the United States Capitol: An Architectural History* (1992), and the memoir of Walter by George C. Mason, Jr., in the *Journal of the Franklin Institute* 126 (Nov. 1888): 404-11.

*Citation:*

Susan Brizzolara Wojcik. "Walter, Thomas Ustick"; http://www.anb.org/articles/17/17-00901.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday March 09 2009 15:41:50 GMT-0400 (Eastern Daylight Time).

**Warnecke, John Carl** (February 2, 1919-April 17, 2010) was an architect based in San Francisco, California. An early proponent of the contextual style Warnecke President John F. Kennedy engaged Warnecke to design the Lafayette Square Project including the New Executive Office Building (1965-1967) and the Howard T. Markey National Courts Building (1964-1967). Following Kennedy's assassination, he was chosen to design Kennedy's grave at Arlington National Cemetery.

Warnecke was the son of Bay Area architect Carl I. Warnecke. Born in Oakland, California John Warnecke completed his bachelor's degree at Stanford University in 1941 and his

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                County and State

master's degree in architecture from Harvard University in 1942.By the early 1970s John Carl Warnecke and Associates was one of the largest architectural firms in the United States with offices in San Francisco, Los Angles, New York, Washington, and Honolulu. Projects include the AT&T Long Lines Building on Thomas Street in Manhattan (1974), the Hart Senate Office Building in Washington, D.C. (1982), the South Terminal at Logan International Airport in Boston (1977), and the Hawaiian State Capitol Building (1969) a collaborative effort between the Warnecke firm and Belt, Lemon and Lo. The firm designed numerous buildings for the University of California Berkley campus.

**Young, Ammi Burnham** (June 19, 1798-March 13, 1874), architect, was born in Lebanon, New Hampshire, the son of Captain Samuel Young, a builder, and Rebecca Burnham. Young trained as a carpenter and builder with his father. In 1822 he married Polly Hough; they had one child. Polly Young died in 1825. He later married Hannah G. Ticknor. She died in 1860.

Possibly through the influence of his brother Ira, a professor of astronomy at Dartmouth College, Young was commissioned to design buildings for the college: Wentworth Hall and Thornton Hall (both 1827-1828) on either side of the existing Dartmouth Hall, which, together with Reed Hall (1839-1840), a more stylistically sophisticated neoclassical dormitory, became known as "Old Row." Wentworth, Thornton, and Reed halls were simple rectangular buildings with triangular gable ends to the roofs that could be read as pediments. The earlier Kimball Union Academy at Meriden, New Hampshire (1825), Young's first authenticated building, was similar in design. His work at Dartmouth concluded with the observatory in 1854.

Young's design for the Congregational church at Lebanon (1828) was very much in the tradition of New England meetinghouses as illustrated in the publications of Asher Benjamin, who in turn relied on the churches with elaborate towers by the English architect James Gibbs. Most of Young's designs were in the classical mode, but he did make excursions into the medieval idiom. St. Paul's Episcopal Church in Burlington, Vermont (1832, now destroyed) was Young's only structure in the Gothic revival style, although he unsuccessfully submitted a medieval entry in the competition for the Mount Auburn Cemetery Chapel, Cambridge, Massachusetts, in 1844.

Young's two most significant designs were in the Greek revival style, the Vermont State House at Montpelier (1833-1836) and the Boston Custom House (1837-1847). The state house portico was borrowed from the Theseion in Athens, while the dome was inspired by the Pantheon in Rome, even though there is no usable internal space below it. Although modified after a fire in 1857, it still functions as a legislative building. Similar in character but a much more mature design was the Boston Custom House. Greek Doric detailing and monolithic granite columns dominated the exterior, but in this building the dome actually covered a Pantheon-like internal great room well-lighted from its sides and an oculus at its apex. At a cost of well over $1 million, this structure, ten years in construction, was one of Young's finest works. The whole building later became the base for a 500-foot-high tower

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

constructed by Peabody and Stearns in 1915. Young moved from Lebanon to Boston in 1838. He designed the Broomfield Street Methodist Church (1848-1849) and courthouses at Worcester (1842-1845), and Lowell (1850), Massachusetts. During 1850 he submitted four different projects for extending the U.S. Capitol in Washington, D.C., none of which were accepted.

As a significant emerging architect, Young was a logical choice for the position of supervising architect of the Treasury Department's Bureau of Construction, a position equal to that of its engineer, Captain Alexander Hamilton Bowman of the Corps of Engineers. Over a ten-year period beginning in 1852, Young and Bowman collaborated on the design of about seventy federal buildings, including postal, customs, and court facilities; about fifteen marine hospitals also were built. Young used the Roman temple form for several buildings, such as the extant Custom House at Norfolk, Virginia (1852-1859), but his predominant stylistic idiom was Italianate, derived from the English architect Sir Charles Barry. This style is best seen in the Custom House and Post Office at Windsor, Vermont (1856-1858), which remains in its original condition. Bowman and Young were concerned with fire protection in federal buildings and turned to cast iron for both structure and decorative detail; wrought iron was introduced for beams. Doors, window frames, and internal shutters were all of cast iron, as can be seen at the Custom House and Post Office in Galveston, Texas (1857-1861).

Young was dismissed from the supervising architect's position in 1862 because of extravagant costs in construction, notably on the continuation of Robert Mills's Treasury Building, where the monolithic columns were costing $5,000 apiece. During the last twelve years of his life, Young practiced architecture in Washington, employing Bartholomew Oertley from the Bureau of Construction, but nothing is known of his projects. Young died in Washington, D.C.

*Bibliography:*

Architectural drawings and engravings by Young are located in the Dartmouth College Archives, the Vermont Historical Society, the Society for the Preservation of New England Antiquities, the American Institute of Architects (Washington, D.C.), and the Boston Public Library. The National Archives (Record Group 121) has correspondence, drawings, and watercolors of seventy post office, custom house, and courtroom buildings and marine hospitals that were built. Those designs, plus many others that were projected but not built, were published as lithographs in Plans of Public Buildings in Course of Construction under the Direction of the Secretary of the Treasury (5 vols., 1855-1856) and another new series volume (1857). All projects were listed together with progress information in the annual *U.S. Treasury Report* (1853-1861). Other Young correspondence is in the Sheldon Museum Research Library, Middlebury, Vermont. The only overview of Young's life and work is Lawrence Wodehouse, "Ammi Burnham Young: 1798-1874," *Journal of the Society of Architectural Historians* 25 (1966): 268-80, although there are a number of brief articles on specific buildings, attributions, buildings within a specific geographic area or of a specific architectural style. For Young's contribution to nineteenth-century public architecture, see

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

Lois Craig, *The Federal Presence* (1978), and Bates Lowry, *Building a National Image* (1985).

*Citation:*

Lawrence Wodehouse. "Young, Ammi Burnham"; http://www.anb.org/articles/17/17-00956.html; American National Biography Online February 2000. Copyright (c) 2000 American Council of Learned Societies; Published by Oxford University Press; All rights reserved. Access Date: Monday March 09 2009 15:43:03 GMT-0400 (Eastern Daylight Time).

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

### Photographs

Submit clear and descriptive photographs. The size of each image must be 1600x1200 pixels
(minimum), 3000x2000 preferred, at 300 ppi (pixels per inch) or larger. Key all photographs
to the sketch map. Each photograph must be numbered and that number must correspond to
the photograph number on the photo log. For simplicity, the name of the photographer, photo
date, etc. may be listed once on the photograph log and doesn't need to be labeled on every
photograph.

### Photo Log

N.B. This nomination includes 50 photographs to capture the site's conditions in 2012-2013
(photos 1-25) and in 2021 (photos 26-50). All photographs are being submitted because
current foliage, fencing, and scaffolding obscure some views that are more visible in the
2013 photos. Each photo attempts to replicate the same view from the same location as the
corresponding image from 2012-2013. To avoid duplication and maximize readability of the
sketch map, only photos 26-50 are keyed to the map.

| | |
|---|---|
| Name of Property: | Lafayette Square Historic District |
| City or Vicinity: | Washington |
| County: | N/A |
| State: | District of Columbia |

Photos 1-25:
Name of Photographers:          Kathryn G. Smith, Martha Temkin, and Erin V.
                                White, NPS, National Capital Region
Dates of Photographs:           From December 20, 2012 – June 5, 2013
Location of Original Digital Files:   NPS, National Register of Historic Places
Number of photos:               25

Photos 26-50:
Name of Photographers:          Cortney Gjesfjeld and Anjelyque Easley, NPS,
                                National Capital Region
Dates of Photographs:           August 30, 2021
Location of Original Digital Files:   NPS, National Capital Area Office
Number of photos:               25 (numbered continuously as 26-50)

Photo # and View:

Photo 1 of 50
(DC_LafayetteSquareHistoricDistrict_0001)
Treasury Building looking SW from 15th St. NW and New York Ave., NW.

Photo 2 of 50

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

(DC_LafayetteSquareHistoricDistrict_0002)
Looking west down Pennsylvania Ave. from 15th St. NW.

Photo 3 of 50
(DC_LafayetteSquareHistoricDistrict_0003)
American Security & Trust Company and Riggs National Bank Building, SE corner.

Photo 4 of 50
(DC_LafayetteSquareHistoricDistrict_0004)
White House, looking SE from Pennsylvania Ave., NW.

Photo 5 of 50
(DC_LafayetteSquareHistoricDistrict_0005)
State, War, and Navy Building, looking SW from Pennsylvania Ave. and Jackson Place, NW.

Photo 6 of 50
(DC_LafayetteSquareHistoricDistrict_0006)
State, War, and Navy Building, detail of north elevation.

Photo 7 of 50
(DC_LafayetteSquareHistoricDistrict_0007)
Corcoran Art Gallery (original name; now the Renwick Gallery), Looking NE from 17th St.

Photo 8 of 50
(DC_LafayetteSquareHistoricDistrict_0008)
Blair House (3 buildings on right, 1651-53 Pennsylvania Ave., NW) and Corcoran Art Gallery (left), looking NW from Pennsylvania Ave.

Photo 9 of 50
(DC_LafayetteSquareHistoricDistrict_0009)
Decatur House, Looking SW from H St. and Connecticut Ave., NW.

Photo 10 of 50
(DC_LafayetteSquareHistoricDistrict_0010)
U.S. Chamber of Commerce, 1615 H St., NW, Looking NE from H St. and Jackson Pl.

Photo 11 of 50
(DC_LafayetteSquareHistoricDistrict_0011)
Hay-Adams Hotel (800 16th St., NW), looking NW from the corner of H Street and 16th street, NW.

Photo 12 of 50
(DC_LafayetteSquareHistoricDistrict_0012)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                      OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Ashburton House, looking NW from H St., NW.

Photo 13 of 50
(DC_LafayetteSquareHistoricDistrict_0013)
St. John's Episcopal Church (1525 H St., NW), looking NE from H and 16th Sts., NW.

Photo 14 of 50
(DC_LafayetteSquareHistoricDistrict_0014)
War Risk Insurance Building (historic name; current name: Veterans Administration Bldg.),
looking NW from H St., NW and Vermont Ave., NW.

Photo 15 of 50
(DC_LafayetteSquareHistoricDistrict_0015)
700 Block of Madison Place, NW, looking NE.

Photo 16 of 50
(DC_LafayetteSquareHistoricDistrict_0016)
General Marquis de Lafayette Statue, SE corner of Lafayette Park, looking NW.

Photo 17 of 50
(DC_LafayetteSquareHistoricDistrict_0017)
SW corner of Lafayette Park, looking west at Rochambeau statue and 700 block of Jackson
Place.

Photo 18 of 50
(DC_LafayetteSquareHistoricDistrict_0018)
General Comte de Rochambeau Statue from the south.

Photo 19 of 50
(DC_LafayetteSquareHistoricDistrict_0019)
Lafayette Park looking SE from northwest quadrant of the park.

Photo 20 of 50
(DC_LafayetteSquareHistoricDistrict_0020)
Andrew Jackson statue looking from north end of Lafayette Park. White House and
Washington Monument visible in background.

Photo 21 of 50
(DC_LafayetteSquareHistoricDistrict_0021)
Lafayette Park. Looking south to White House from the center of the park.

Photo 22 of 50
(DC_LafayetteSquareHistoricDistrict_0022)
General Thaddeus Kosciuszko Statue in the park's NE corner, looking SE.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

Photo 23 of 50
(DC_LafayetteSquareHistoricDistrict_0023)
East Navy Urn with Saratoga-style light standard in background.

Photo 24 of 50
(DC_LafayetteSquareHistoricDistrict_0024)
Andrew Jackson statue and cannons at center of Lafayette Park, looking NE.

Photo 25 of 50
(DC_LafayetteSquareHistoricDistrict_0025)
Lafayette Park Service Lodge, looking NE.

Photo 26 of 50
(DC_LafayetteSquareHistoricDistrict_0026)
Treasury Building looking SW from 15th St. NW and New York Ave., NW., 2021

Photo 27 of 50
(DC_LafayetteSquareHistoricDistrict_0027)
Looking west down Pennsylvania Ave. from 15th St. NW., 2021

Photo 28 of 50
(DC_LafayetteSquareHistoricDistrict_0028)
American Security & Trust Company and Riggs National Bank Building, SE corner, 2021

Photo 29 of 50
(DC_LafayetteSquareHistoricDistrict_0029)
White House, looking SE from Pennsylvania Ave., NW., 2021

Photo 30 of 50
(DC_LafayetteSquareHistoricDistrict_0030)
State, War, and Navy Building, looking SW from Pennsylvania Ave. and Jackson Place,
NW., 2021

Photo 31 of 50
(DC_LafayetteSquareHistoricDistrict_0031)
State, War, and Navy Building, detail of north elevation, 2021

Photo 32 of 50
(DC_LafayetteSquareHistoricDistrict_0032)
Corcoran Art Gallery (original name; now the Renwick Gallery), Looking NE from 17th St,
2021

Photo 33 of 50
(DC_LafayetteSquareHistoricDistrict_0033)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                  County and State

Blair House (3 buildings on right, 1651-53 Pennsylvania Ave., NW) and Corcoran Art
Gallery (left), looking NW from Pennsylvania Ave, 2021

Photo 34 of 50
(DC_LafayetteSquareHistoricDistrict_0034)
Decatur House, Looking SW from H St. and Connecticut Ave., NW, 2021

Photo 35 of 50
(DC_LafayetteSquareHistoricDistrict_0035)
U.S. Chamber of Commerce, 1615 H St., NW, Looking NE from H St. and Jackson Pl, 2021

Photo 36 of 50
(DC_LafayetteSquareHistoricDistrict_0036)
Hay-Adams Hotel (800 16th St., NW), looking NW from the corner of H Street and 16th
street, NW, 2021

Photo 37 of 50
(DC_LafayetteSquareHistoricDistrict_0037)
Ashburton House, looking NW from H St., NW, 2021

Photo 38 of 50
(DC_LafayetteSquareHistoricDistrict_0038)
St. John's Episcopal Church (1525 H St., NW), looking NE from H and 16th Sts., NW, 2021

Photo 39 of 50
(DC_LafayetteSquareHistoricDistrict_0039)
War Risk Insurance Building (historic name; current name: Veterans Administration Bldg.),
looking NW from H St., NW and Vermont Ave., NW, 2021

Photo 40 of 50
(DC_LafayetteSquareHistoricDistrict_0040)
700 Block of Madison Place, NW, looking NE, 2021

Photo 41 of 50
(DC_LafayetteSquareHistoricDistrict_0041)
General Marquis de Lafayette Statue, SE corner of Lafayette Park, looking NW, 2021

Photo 42 of 50
(DC_LafayetteSquareHistoricDistrict_0042)
SW corner of Lafayette Park, looking west at Rochambeau statue and 700 block of Jackson
Place, 2021

Photo 43 of 50
(DC_LafayetteSquareHistoricDistrict_0043)

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

General Comte de Rochambeau Statue from the south, 2021

Photo 44 of 50
(DC_LafayetteSquareHistoricDistrict_0044)
Lafayette Park looking SE from northwest quadrant of the park, 2021

Photo 45 of 50
(DC_LafayetteSquareHistoricDistrict_0045)
Andrew Jackson statue looking from north end of Lafayette Park. White House and
Washington Monument visible in background, 2021

Photo 46 of 50
(DC_LafayetteSquareHistoricDistrict_0046)
Lafayette Park. Looking south to White House from the center of the park, 2021

Photo 47 of 50
(DC_LafayetteSquareHistoricDistrict_0047)
General Thaddeus Kosciuszko Statue in the park's NE corner, looking SE, 2021

Photo 48 of 50
(DC_LafayetteSquareHistoricDistrict_0048)
East Navy Urn with Saratoga-style light standard in background, 2021

Photo 49 of 50
(DC_LafayetteSquareHistoricDistrict_0049)
Andrew Jackson statue and cannons at center of Lafayette Park, looking NE, 2021

Photo 50 of 50
(DC_LafayetteSquareHistoricDistrict_0050)
Lafayette Park Service Lodge, looking NE, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

## Photographs



Photo 1 of 50
(DC_LafayetteSquareHistoricDistrict_0001)
Treasury Building looking SW from 15th St., NW and New York Ave., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                      OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 2 of 50
(DC_LafayetteSquareHistoricDistrict_0002)
Looking west down Pennsylvania Ave from 15th St, NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 3 of 50
(DC_LafayetteSquareHistoricDistrict_0003)
American Security & Trust Company and Riggs National Bank Building, SE corner.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                            OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 4 of 50
(DC_LafayetteSquareHistoricDistrict_0004)
White House, looking SE from Pennsylvania Ave., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                            OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 5 of 50
(DC_LafayetteSquareHistoricDistrict_0005)
State, War, and Navy Building, looking SW from PA Ave. and Jackson Place, NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900     OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 6 of 50
(DC_LafayetteSquareHistoricDistrict_0006)
State, War, and Navy Building, detail of north elevation.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 7 of 50
(DC_LafayetteSquareHistoricDistrict_0007)
Corcoran Art Gallery (original name; now Renwick Gallery), Looking NE from 17th St.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 8 of 50
(DC_LafayetteSquareHistoricDistrict_0008)
Blair House (3 buildings on right, 1651-53 Pennsylvania Ave., NW) and Corcoran Art Gallery
(left), looking NW from Pennsylvania Ave.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 9 of 50
(DC_LafayetteSquareHistoricDistrict_0009)
Decatur House, Looking SW from H St. and Connecticut Ave., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 10 of 50
(DC_LafayetteSquareHistoricDistrict_0010)
U.S. Chamber of Commerce, 1615 H St., NW, Looking NE from H St. and Jackson Pl.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 11 of 50
(DC_LafayetteSquareHistoricDistrict_0011)
Hay-Adams Hotel (800 16th St., NW), looking NW from the corner of H St. and 16th St., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 12 of 50
(DC_LafayetteSquareHistoricDistrict_0012)
Ashburton House, Looking NW from H St., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 13 of 50
(DC_LafayetteSquareHistoricDistrict_0013)
St. John's Episcopal Church (1525 H St., NW), looking NE from H and 16th Sts., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 14 of 50
(DC_LafayetteSquareHistoricDistrict_0014)
War Risk Insurance Building (historic name; current name: Veterans Administration Bldg.),
looking NW from H St., NW and Vermont Ave., NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 15 of 50
(DC_LafayetteSquareHistoricDistrict_0015)
700 Block of Madison Place, NW, looking NE.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 16 of 50
(DC_LafayetteSquareHistoricDistrict_0016)
General Marquis de Lafayette Statue, SE corner of Lafayette Park, looking NW.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900 OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 17 of 50
(DC_LafayetteSquareHistoricDistrict_0017)
SW corner of Lafayette Park, looking west at Rochambeau statue and 700 block of Jackson
Place.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 18 of 50
(DC_LafayetteSquareHistoricDistrict_0018)
General Comte de Rochambeau Statue from the south.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 19 of 50
(DC_LafayetteSquareHistoricDistrict_0019)
Lafayette Park looking SE from northwest quadrant of the park.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 20 of 50
(DC_LafayetteSquareHistoricDistrict_0020)
Andrew Jackson statue looking from north end of Lafayette Park. White House and Washington
Monument visible in background.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 21 of 50
(DC_LafayetteSquareHistoricDistrict_0021)
Lafayette Park. Looking south to White House from the center of the park.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 22 of 50
(DC_LafayetteSquareHistoricDistrict_0022)
General Thaddeus Kosciuszko Statue in the park's NE corner, looking SE.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 23 of 50
(DC_LafayetteSquareHistoricDistrict_0023)
East Navy Urn with Saratoga-style light standard in background.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 24 of 50
(DC_LafayetteSquareHistoricDistrict_0024)
Andrew Jackson statue and cannons at center of Lafayette Park, looking NE.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 25 of 50
(DC_LafayetteSquareHistoricDistrict_0025)
Lafayette Park Service Lodge, looking NE.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 26 of 50
(DC_LafayetteSquareHistoricDistrict_0026)
Treasury Building looking SW from 15th St., NW and New York Ave., NW., 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 27 of 50
(DC_LafayetteSquareHistoricDistrict_0027)
Looking west down Pennsylvania Ave. from 15th St. NW., 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 28 of 50
(DC_LafayetteSquareHistoricDistrict_0028)
American Security & Trust Company and Riggs National Bank Building, SE corner, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 29 of 50
(DC_LafayetteSquareHistoricDistrict_0029)
White House, looking SE from Pennsylvania Ave., NW., 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 30 of 50
(DC_LafayetteSquareHistoricDistrict_0030)
State, War, and Navy Building, looking SW from Pennsylvania Ave. and Jackson Place, NW.,
2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 31 of 50
(DC_LafayetteSquareHistoricDistrict_0031)
State, War, and Navy Building, detail of north elevation, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 32 of 50
(DC_LafayetteSquareHistoricDistrict_0032)
Corcoran Art Gallery (original name; now the Renwick Gallery), Looking NE from 17th St,
2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 33 of 50
(DC_LafayetteSquareHistoricDistrict_0033)
Blair House (3 buildings on right, 1651-53 Pennsylvania Ave., NW) and Corcoran Art
Gallery (left), looking NW from Pennsylvania Ave, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 34 of 50
(DC_LafayetteSquareHistoricDistrict_0034)
Decatur House, Looking SW from H St. and Connecticut Ave., NW, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 35 of 50
(DC_LafayetteSquareHistoricDistrict_0035)
U.S. Chamber of Commerce, 1615 H St., NW, Looking NE from H St. and Jackson Pl, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                  OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 36 of 50
(DC_LafayetteSquareHistoricDistrict_0036)
Hay-Adams Hotel (800 16th St., NW), looking NW from the corner of H Street and 16th
street, NW, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                            OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 37 of 50
(DC_LafayetteSquareHistoricDistrict_0037)
Ashburton House, looking NW from H St., NW, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 38 of 50
(DC_LafayetteSquareHistoricDistrict_0038)
St. John's Episcopal Church (1525 H St., NW), looking NE from H and 16th Sts., NW, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 39 of 50
(DC_LafayetteSquareHistoricDistrict_0039)
War Risk Insurance Building (historic name; current name: Veterans Administration Bldg.),
looking NW from H St., NW and Vermont Ave., NW, 2021

Section 12 page 237

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 40 of 50
(DC_LafayetteSquareHistoricDistrict_0040)
700 Block of Madison Place, NW, looking NE, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 41 of 50
(DC_LafayetteSquareHistoricDistrict_0041)
General Marquis de Lafayette Statue, SE corner of Lafayette Park, looking NW, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 42 of 50
(DC_LafayetteSquareHistoricDistrict_0042)
SW corner of Lafayette Park, looking west at Rochambeau statue and 700 block of Jackson
Place, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 43 of 50
(DC_LafayetteSquareHistoricDistrict_0043)
General Comte de Rochambeau Statue from the south, 2021

\

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 44 of 50
(DC_LafayetteSquareHistoricDistrict_0044)
Lafayette Park looking SE from northwest quadrant of the park, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 45 of 50
(DC_LafayetteSquareHistoricDistrict_0045)
Andrew Jackson statue looking from north end of Lafayette Park. White House and Washington
Monument visible in background, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State



Photo 46 of 50
(DC_LafayetteSquareHistoricDistrict_0046)
Lafayette Park. Looking south to White House from the center of the park, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 47 of 50
(DC_LafayetteSquareHistoricDistrict_0047)
General Thaddeus Kosciuszko Statue in the park's NE corner, looking SE, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

Name of Property

**District of Columbia**

County and State



Photo 48 of 50
(DC_LafayetteSquareHistoricDistrict_0048)
East Navy Urn with Saratoga-style light standard in background, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 49 of 50
(DC_LafayetteSquareHistoricDistrict_0049)
Andrew Jackson statue and cannons at center of Lafayette Park, looking NE, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State



Photo 50 of 50
(DC_LafayetteSquareHistoricDistrict_0050)
Lafayette Park Service Lodge, looking NE, 2021

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional          **District of Columbia**
Documentation, Boundary Expansion & Decrease)

Name of Property                                            County and State

# Endnotes

[1]      The White House is a National Historic Landmark designated December 19, 1960, under the authority of the 1935 Historic Sites Act.

[2]      House, *Report of the Commissioner of Public Buildings, Transmitting Statements Exhibiting the Amount of Moneys Expended, &c. December 23, 1834*, 23rd Cong., 2nd Sess., 1834, H. Doc. 35, serial 272, sess. vol. 2, 5.

[3]      Marie Jean Paul Joseph Roche Yves Gilbert du Motier, Marquis de Lafayette, French soldier, born at the castle of Chavagnac, in Auvergne, September 6, 1757, died in Paris, May 20, 1834. He received his commission from Congress, dated July 31, 1777, only after he had declared his wish to serve as a volunteer at his own expense. Lafayette first served at the Battle of Brandywine on September 11, 1777, where Washington cited him for bravery and recommended him for divisional command. He later served at Valley Forge and Yorktown.

Jean-Baptiste-Donatien de Vimeur, Comte de Rochambeau (July 1, 1725-May 12, 1807), was born in Vendome, Loir-et-Cher, France. A French nobleman, soldier, and a Marshal of France, he participated in the American Revolutionary War as the commander-in-chief of the French Expeditionary Force, which came to help the American insurgents.

Friedrich Wilhelm von Steuben (September 17, 1730-November 28, 1794), was born in the fortress town of Magdeburg, Germany. He entered the Prussian army in 1746 as a lance-corporal. Baron von Steuben offered his services "as a volunteer" to the American Congress in December 1777, and is best remembered for organizing and training the Continental troops at Valley Forge. He was commissioned Inspector-General on May 5, 1778. He retired from military service in March 1784. Major General Baron von Steuben died at Remsen, Oneida County, New York.

Andrew Thaddeus Bonaventure Kosciusko is the Anglicized spelling for Andrzej Tadeusz Bonawentura Kościuszko (February 12, 1746-October 15, 1817). Kosciuszko, a Polish revolutionary and soldier, was born in the Duchy of Lithuania, Polish Commonwealth. Kosciuszko was a Polish-Lithuanian general and military leader during the Kosciuszko Uprising. He led the 1794 Kosciuszko Uprising against Imperial Russia and the Kingdom of Prussia as Supreme Commander of the National Armed Force. Prior to commanding the 1794 uprising, he had fought in the American Revolutionary War as a colonel in the Continental Army. A military engineer by training, he designed the fortification plans for Saratoga and West Point. In 1783, in recognition of his dedicated service, he was brevetted by the Continental Congress to the rank of brigadier general and became a naturalized citizen of the United States. In poor health and suffering from old wounds, Kosciusko died on October 15, 1817 in Solothurn, Switzerland. He freed all his serfs two years prior to his death.

[4]      In the 1910s and 1920s, two lamp styles, named after members of the Commission of Fine Arts, became the most widely used streetlights in Washington, DC. Named for artist Francis D. Millet, the Millet lamppost was a single lamp standard. The Bacon-style double lamppost was named for architect Henry Bacon.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

---

[5]     Bob Humphreys, Civil Engineer, Office of the National Park Service Liaison to the White House e-mail message to author, December 15, 2009. Lafayette Park Lighting—a contract (CX-3000-4-0194) was issued on September 27, 1984. The January 31, 1985, Notice to Proceed stated the work was to start on February 19, 1985, and the 120-calendar day contract period was to expire on June 18, 1985. The new lights were "Saratoga Style Light Standard" manufactured by Spring City Electrical Manufacturing Company. (File: D24 Lafayette Park Streetlights.)

[6]     Gary Scott, "American Revolution Statuary in the District of Columbia" (Washington, D.C.: Nomination Form, National Register of Historic Places, July 14, 1978).

[7]     Tim Kerr, "Equestrian Statue of General Andrew Jackson: Lafayette Park, Washington, D.C.," *President's Park Notes: Statues, Number 2* (Washington, D.C.: U.S. Department of the Interior, National Park Service, National Capital Region: Office of White House Liaison, May 2001), 3.

[8]     Kerr, 3. Kerr cites additional appropriations, made in March 1853 and May 1854, to complete the pedestal, and a contemporary newspaper report that stated in late July 1853, a second piece of stone was delivered to finish the sides of the pedestal as evidence that the pedestal was not complete at the time of the statues dedication in 1853.

[9]     Kerr provides a more detailed discussion of landscaping around the monument and maintenance of the monument on page 1.

[10]     Kerr, 4.

[11]     Margaret M. Grubiak, "General Marquis de Lafayette Statue: Lafayette Park, Washington, D.C.," *President's Park Notes: Statues, Number 3* (Washington, D.C.: U.S. Department of the Interior, National Park Service, National Capital Region: Office of White House Liaison, December 2003), 7.

[12]     Grubiak, Lafayette Statue, 7. Grubiak included the [O] in the inscription. Looking at the inscription on site, it is difficult to discern what was intended, although a mark is clearly visible.

[13]     Grubiak provides a more detailed discussion of maintenance and landscaping around the Lafayette statue on pages 10-11.

[14]      Grubiak, "General Comte de Rochambeau Statue: Lafayette Park, Washington, D.C.," *President's Park Notes: Statues, Number 4* (Washington, D.C.: U.S. Department of the Interior, National Park Service, National Capital Region: Office of White House Liaison, July 2004), 6. According to Grubiak, the flagstaffs with unmarked flags represent the French and American flags; the eagle is an emblem of the United States.

[15]     Grubiak, Rochambeau Statue, 6.

[16]     Grubiak provides a more detailed discussion of landscaping around, and maintenance of, the Rochambeau statue on page 11.

[17]     William Richards, "General Baron von Steuben Statue: Lafayette Park, Washington, D.C.," *President's Park Notes: Statues, Number 5* (Washington, D.C.: U.S. Department of the Interior, National Park Service: Office of the National Park Service Liaison to the White House, November 2007), 9.

[18]     Richards, 11.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)

**District of Columbia**

Name of Property

County and State

---

19      Scott, Section 7, 7.

20      Scott, Section 7, 7.

21      James M. Goode, *The Outdoor Sculpture of Washington, D.C.* (Washington, DC:
Smithsonian Institute Press, 1974), 376.

22      Jonathan Pliska, "Cultural Landscape Report: United States Treasury Grounds,
Washington, D.C., Volumes 1-2" (College Park: Master's Thesis, University of Maryland, July
8, 2007), 66-68.

23      Pliska, 66-68.

24      Goode, *Outdoor Sculpture*, 130.

25      Pliska, 66-68.

26      Pliska, 73-77.

27      According to Pliska, on July 28, 1939, Melvin D. Hildreth, of the law firm of Hildreth,
Mason, and Mander, wrote to Assistant Secretary of the Treasury Herbert E. Gastin inquiring
about the fountain's fate.
"I have been given to understand that the fountain north of the Treasury is to be replaced by a
statue. Do you suppose it would be possible to have the fountain preserved for the Zoo? The
carved lion heads would make it most appropriate, and as one intensely interested in our National
Zoological Park, I suggest it would make a magnificent addition to the improvements there now
under way." National Park Service documents record that the fountain was to be dismantled and
stored at the National Capital Parks storage yard, Second and L streets, SE, Washington, DC.
The fountain was removed and the pedestal installed by 1940.

28      Pliska, 73-77.

29      Geier, Brown, Renfrow, Architects [Geier], *Historic Structure Report: Preservation
Manual and Rehabilitation Guidelines for the Veterans Administration Building, 810 Vermont
Avenue, NW, Washington D.C., Final Submission* (Washington, D.C.: General Services
Administration, National Capital Region, November, 1986), 38.

30      Geier, 37.

31      Geier provides the following information; n.a., *Evening Star,* May 24, 1918, p. 7

32      Geier, 39.

33      Geier, 6.

34      Steven James Curl, "stripped Classicism," *A Dictionary of Architecture and Landscape
Architecture* (New York: Oxford University Press, 2007), 748.

35      Swanke, Hayden, Connell, Architects, *Historic Structures Report: Jackson Place
Complex.* 3 vols. (Washington, D.C.: General Services Administration, National Capital Region,
July 1, 1995) vol.1, chap. 2, 8.

36      Recent research has revealed that William Elliot, Jr.'s competition design for the original
Treasury Building also drew on the Temple on the Illissus model. House of Representatives, *New
Executive Buildings (To accompany Bill H.R. No. 713), February 5, 1835* (23d Cong., 2d Sess.,
1835, Rep. No. 90, serial 2, sess. vol. 1), 3.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

37      For additional information regarding the history and evolution of the South Court of the Treasury Building as well as the South Court Building, see Robert Hughes, "U.S. Department of the Treasury, South Court (U.S. Department of the Treasury, Office of the Supervising Architect)" (Washington, D.C.: Historic American Buildings Survey, HABS No.DC-358-A, 1993).

38      Mendel, Mesick, Cohen, Waite, Architects, *Historic Structure Report: Blair House, The President's Guest House Complex, Washington, D.C.* (Washington, D.C.: General Services Administration, National Capital Region, 1983), 23-32.

39      Cyril M. Harris, *Dictionary of Architecture & Construction: 2200 illustrations,* 3rd ed. (United States: McGraw-Hill, 2000), 810.

40      William Wilson Corcoran (December 27, 1798-February 24, 1888) was an American banker, philanthropist, and art collector born in Georgetown, now part of the District of Columbia. After some early disappointments in business, he established a brokerage firm in 1836 and entered into a partnership with George W. Riggs, which ultimately led to the establishment of Riggs Bank. In 1840 Corcoran and Riggs formed Corcoran & Riggs, which offered checking and depositing services. The institution received a major boost in 1844, when the U.S. government assigned Corcoran & Riggs to be the only federal depository in Washington, D.C. Several notable actions associated with Corcoran & Riggs were backing for Samuel Morse's invention of the telegraph in 1845, $16 million to the U.S. government to pay for the Mexican-American War in 1847, and, $7.2 million in gold toward the purchase of Alaska provided in 1868. Corcoran retired in 1854, the bank changed its name to Riggs & Co., and in 1896 it became Riggs National Bank.

41      Paul Dolinsky, conversation with the author, June 16, 2009.

42      Harris, 810.

43      Most of the information on the State, War, and Navy Building is drawn from the U.S. General Services Administration Archives files; Howard, Needles, Tammen & Bergendoff, Architect and Project Management [Howard], *Final Submittal, Old Executive Office Building, 17th Street & Pennsylvania Avenue, N.W., Washington, D.C., Historic Structure Report*, 2 vols. (Washington, D.C.: General Services Administration, National Capital Region, June 12, 1991); W. Brown Morton, "Executive Office Building," Nomination Form, National Register of Historic Places (Washington, D.C.:, May 24, 1971), vol. 1, 68-71.

44      Howard, vol. 1, 68-71.

45      Howard, vol. 1, 68-71.

46      Morton, n.p.

47      Howard, vol. 1, 68-71.

48      Howard, vol. 1, 68-71.

49      Howard, vol. 1, 68-71.

50      Morton, n.p.

51      Howard, vol. 1, 68-71.

52      Howard, vol. 1, 68-71.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

53    Howard, vol. 1, 68-71.
54    Morton, n.p.
55    Howard, vol. 1, 68-71.
56    Howard, vol. 1, 68-71.
57    Morton, n.p.
58    Howard, vol. 1, 157.
59    Howard, vol. 1, 157.
60    Howard, vol. 1, 158.
61    Howard, vol. 1, 158.
62    Howard, vol. 1, 158.
63    Howard, vol. 1, 158.
64    Information provided by Kim Williams (DC SHPO) in letter to the Office of the National Park Service Liaison to the White House, RE: Lafayette Square Historic District Nomination Update, August 30, 2016.
65    Williams.
66    Williams.
67    Williams.
68    The term *Historic Associated Feature* is used to enumerate and describe small-scale and landscape features not individually countable according to National Register guidelines. The convention was developed to reconcile the requirements of the NPS List of Classified Structures (LCS) and Cultural Landscapes Inventories (CLIs) with National Register documentation guidelines. The LCS is an evaluated inventory of all historic and prehistoric buildings, structures, and objects that have historical, architectural, and/or engineering significance within the National Park System. The CLI is an evaluated inventory of all landscapes that have historical, designed, vernacular and ethnographic significance within the National Park Service. All inventory entries must be included in National Register documentation either as a countable resource or as a historic associated feature.
69    Existing NHL and National Register listings within the Lafayette Square Historic District are: Blair House (66000963), Executive Office Building (69000293), Renwick Museum (69000300), Carnegie Endowment for International peace (700 Jackson Place, NW, 74002156), American Peace Society (734 Jackson Place, NW 74002155), Decatur House (748 Jackson Place, NW 66000858), U.S. Chamber of Commerce Building (1615 H Street, NW 92000499), St. John's Church (66000868), Ashburton House (1525 H Street, NW 73002071), Riggs National Bank (1503-1505 Pennsylvania Avenue, NW 73002113), American Security and Trust Company (73002070), U.S. Department of the Treasury (71001007), Lafayette Statue (American Revolutionary War Statuary MPS, 78000256), Kosciusko Statue (American Revolutionary War Statuary MPS, 78000256), von Steuben Statue (American Revolutionary War Statuary MPS, 78000256), Rochambeau Statue (American Revolutionary War Statuary MPS, 78000256).
70    A review of existing documentation and resources by a qualified archeologist would be required to fully address eligibility under Criterion D. In 1995 John Pousson and Christine

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                        OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                          **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                            County and State

Hoepfner hypothesized that land filling in the area of the park may have protected some construction era, early historical, and prehistoric resources. The 1999 discovery of the Downing era stone piers suggest that this site is likely to yield additional information important in prehistory or history. The Seneca foundation piers were determined eligible for listing in the National Register of Historic Places under Criterion D in October 1999. Examples of existing documentation include NPS, "Archeological Evaluation" and John Bedell, The Louis Berger Group, Inc., *Archeological Investigations Southside Barrier Project, President's Park, Washington, D.C.* (Washington, D.C.: National Park Service, National Capital Region, 2003).

[71]     Boyle states on page 1 of the Cultural Landscape Report that "in addition to the White House and its grounds, as of 1994 President's Park also included the Treasury Building, the Old Executive Office Building (formerly the State, War, and Navy Building, now known as the Dwight D. Eisenhower Executive Office Building) Lafayette Park, and President's Park South (including the Ellipse, Sherman Plaza, and the First Division Monument)."

[72]     Susan Calafate Boyle, *The White House and President's Park: Site History and Evaluation 1791-1994* (Washington, D.C.: National Park Service Cultural Landscape Report, December 2001), 464.

[73]     Boyle states on page 1 of the Cultural Landscape Report that "in addition to the White House and its grounds, as of 1994 President's Park also included the Treasury Building, the Old Executive Office Building (formerly the State, War, and Navy Building, now known as the Dwight D. Eisenhower Executive Office Building) Lafayette Park, and President's Park South (including the Ellipse, Sherman Plaza, and the First Division Monument)."

[74]     As noted earlier, page 1 of the Cultural Landscape Report states that "in addition to the White House and its grounds, as of 1994 President's Park also included the Treasury Building, the Old Executive Office Building (formerly the State, War, and Navy Building, now known as the Dwight D. Eisenhower Executive Office Building) Lafayette Park, and President's Park South (including the Ellipse, Sherman Plaza, and the First Division Monument)."

[75]     Lina Mann, *Building the White House* (Washington, D.C.: White House Historical Association, 2020, accessed April 8, 2020, https://www.whitehousehistory.org/building-the-white-house); Bob Arnbeck, *Slave Labor in the Capital: Building Washington's Iconic Federal Landmarks* (Charleston, SC: the History Press, 2014); Jesse Holland, *The Invisibles: The Untold Story of African American Slaves in the White House* (Guilford, CT: Globe Pequot Press, 2014); White House Historical Association "Slavery and the White House" (Washington, D.C.: White House Press Room Fact Sheets, accessed April 8, 2020, https://www.whitehousehistory.org/press-room/press-fact-sheets/slavery-and-the-white-house).

[76]     White House Historical Association, "Self-emancipation in Lafayette Park" (Washington, D.C.: White House Historical Association, 2020, accessed April 8, 2020, https://www.whitehousehistory.org/self-emancipation-in-lafayette-park); Elizabeth Keckley, *The Civil War in America Exhibition, Biographies* (Washington, D.C.: Library of Congress, 2012, accessed April 8, 2020, https://www.loc.gov/exhibits/civil-war-in-america/biographies/elizabeth-keckley.html).

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

---

77    Architect of the Capital, *Philip Reid and the Statue of Freedom* (Washington, D.C.: Architect of the Capitol, accessed April 8, 2020, https://www.aoc.gov/philip-reid-and-statue-freedom).

78    White House Historical Association, *Freedman's Saving and Trust Co.: $3 Million Vanish without a Trace* (Washington, D.C.: White House Historical Association, 2020, accessed April 8, 2020, https://www.whitehousehistory.org/freedmans-savings-trust-co); White House Historical Association, *St. John's Church: Free and Enslaved African Americans Married and Baptized at the President's Parish* (Washington, D.C.: White House Historical Association, 2020, accessed April 8, 2020, https://www.whitehousehistory.org/st-johns-church).

79    Correspondence between the National Park Service and the DC SHPO office provides a more detailed understanding of the Seneca foundation piers issue. Examples of existing archeological documentation include NPS, "Archeological Evaluation" and John Bedell, The Louis Berger Group, Inc., *Archeological Investigations Southside Barrier Project, President's Park, Washington, D.C.* (Washington, D.C.: National Park Service, National Capital Region, 2003).

80    Paul B. Cissna, *Historical and Archeological Study of George Washington Memorial Parkway, Arlington County, Virginia*, Occasional Report #4 (Washington, D.C.: Regional Archeology Program, National Capital Region, National Park Service, 1990).

81    Richard J. Dent, Jr., *Chesapeake Prehistory: Old Traditions, New Directions (*New York: Plenum Press, 1995).

82    Charles LeeDecker and John Bedell, The Louis Berger Group, Inc. *Geoarchaeological Investigations for the Ellipse Rehabilitation Project, President's Park, District of Columbia, Washington, DC* (Washington, D.C.: National Park Service, National Capital Region, January 2007), 5-6.

83    The area known today as Theodore Roosevelt Island was originally known as Analostan Island and later as Mason's Island.

84    The Fall Line is an irregular boundary running through the East Coast states, from Georgia to New York, where the soft sedimentary rocks and sandy soils of the Coastal Plain physiographic region meet the Piedmont Plateau's rolling uplands underlain by harder metamorphic stones. Additional information on the Fall Line can be found at n.a., *A Tapestry of Time and Terrain: The Union of Two Maps - Geology and Topography, The Fall Line* (Washington, D.C.: U.S. Department of the Interior: U.S. Geological Survey; October 18, 2000, accessed July 29, 2009, tapestry.usgs.gov/features/14fallline.html).

85    Cissna, 5; Jennifer G. Hanna, *Arlington House: The Robert E. Lee Memorial*, vol. 1: History (Washington, DC: National Park Service Cultural Landscape Report), 2ff.

86    LeeDecker and Bedell, 5-6.

87    John Pousson and Christine Hoepfner, *Archeological Evaluation of President's Park* (Washington, D.C.: DSC, March 1995), 68.

88    In a headright system, acreage disposition was determined based on acreage per head multiplied by the number of new settlers each landowner brought into the province.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                   OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

---

[89]     Priscilla W. McNeil, "Rock Creek Hundred: Land Conveyed for the Federal City," *Washington History* 3(1-1991), 34-51. McNeil cites Elisabeth Hartsook, Land Office Records of Colonial Maryland, no. 4. (Baltimore: Genealogical Publishing, 1968), 13; Clarence P. Gould, *The Land System in Maryland, 1720-1765* (Baltimore: Johns Hopkins Press, 1913), 9-10.

[90]     McNeil, 36. According to McNeil, the surveys were dated June 4, 1663, and the patents were issued on February 12, 1663, according to the Julian calendar, in which the new year began on March 25. The year in the text was changed to conform to our current calendar.

[91]     McNeil, 35. McNeil cites Patents Libers 11, 351 (Father's Gift); IB & IL no. C, 309 (New Bottle); and NS no. 2, 255 (Wahop Dale). All Maryland sources are located at the Maryland State Archives, Annapolis.

[92]     McNeil, 45. McNeil cites Patents Liber PL no. 5, 170.

[93]     McNeil, 42-43.

[94]     After 1822 the ferry terminus may have been on the Virginia shore; see Gahn, "George Washington's Headquarters . . . ," Manuscript Division, Library of Congress, Acc.# 6349. Mason's Ferry ran until about 1867.

[95]     Frederick Albert Gutheim, *Worthy of the Nation: The History of Planning for the National Capital (*Washington: Smithsonian Institution Press*, 1977), 15.

[96]     Officially titled "An Act for establishing the temporary and permanent seat of the Government of the United States."

[97]     U.S. Congress, 1st Cong., 2nd sess. "An act for establishing the temporary and permanent seat of the government of the United States. [New York] F. Childs and J. Swaine, 1790," Library of Congress.

[98]     Commission members included Daniel Carroll, Thomas Johnson, and David Stuart.

[99]     By 1850, as documented in the following passage from the *Annual Report of The Commissioner of Public Works, for the Year 1849*, the term "Reservation" was commonly used by the Commissioner of Public Buildings to refer to areas originally designated as "Appropriations":

"The public reservations, as recorded in this office, consist of seventeen lots or parcels of ground, most of which are designated for some special purpose; and the whole quantity of ground thus reserved appears to be five hundred and forty-nine acres, one rood, and twelve perches. . . . Among those appropriated, as was originally designated, are reservations number 1, and 2, which are indeed the most prominent of the public reservations. The first of these known as President's Square. . ."

The following information was obtained from n.a., *Vector Property Map Modernization* (n.p.: n.d., accessed August 18, 2009, vpm.dc.gov/Home/appropriations), and is supported by Elizabeth Barthold, "L'Enfant-McMillan Plan of Washington, DC" (Washington, D.C.: Historic American Buildings Survey HABS No. DC-668, 1993), 8-9.

U.S. Appropriations are lands purchased by the federal government set aside at the time of the original founding and platting of the city for use by the U.S. federal government. The White House, Treasury Building, Ellipse and "LaFayette Park," for instance, all sit on

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                          County and State

_____

Appropriation No. 1. DC General Hospital is on Appropriation No. 13 (with the consent of the federal government). Appropriations are often confused with U.S. Reservations but the two terms are not interchangeable. There are 17 U.S. Appropriations in Washington, D.C., all of which are located within the limits of the Original City and, by definition, there can never be any more.

[100]    Originally included under Reservation 1, by 1884, Lafayette Park was listed as Reservation 10 in an inventory included on page 15 of the 1884 Chief of Engineers Annual Report. An inventory included in the *Annual Reports of the Chief of Engineers, 1872,* page 23, simply lists the reservation as "La Fayette Square." It is unclear when the Lafayette Park was designated as Reservation 10, but it currently retains this designation.

[101]    n.a., *The White House, An American Treasure* (The White House: n.d., accessed August 18, 2009, clinton4.nara.gov/WH/glimpse/top.html).

[102]    John F. Pousson and Christina Hoepfner, *Archeological Evaluation, President's Park, Washington, D.C.* (Eastern Applied Archaeology Center, Denver Service Center—Eastern Team, National Park Service, March 1995), 1; William Seale, *The President's House* (Washington, D.C.: White House Historical Association, 2008), 72-73.

[103]    The term "Presidential Palace" is a term used in correspondence as early as 1791, although maps of the period designate the area as "President's House."

[104]    Elizabeth Barthold, "Lafayette Square (Reservation No. 10), Pennsylvania Avenue, H Street, Jackson and Madison places, NW Washington, District of Columbia" (Washington, D.C.: Historic American Buildings Survey HABS No. DC-676, 1993), 2.

[105]    *[Manuscript plat book of land] called Port Royal lying within the city of Washington, belonging to Saml. Davidson [together with subdivision documents and two deeds]: 1791-1809.* 1 atlas ([5], 38 [i.e. 76] leaves): ms., maps; 53 cm. Photocopy [Washington, D.C.: Library of Congress, 1944?]. 53 cm. This manuscript atlas shows both the original radiating avenues as well as the large rectangular space designated in L'Enfant's plan for the President's House, which originally included Lafayette Park.

[106]    Barthold, 2.

[107]    Boyle, 19; Boyle cites Seale, *The President's House,* 23-24. New evidence shows that the Peerce cottage was more likely to have been near the northwestern corner of the present Lafayette Park rather than the southeastern corner, as formerly thought. See Pousson and Hoepfner, 17-19.

[108]    For a detailed discussion of the worker's village, see Robert James Kapsch, "The labor history of the construction and reconstruction of the White Houses, 1793-1817" (College Park: PhD diss., University of Maryland, 1993). For additional information regarding accounts of the 1797 racetrack, see Seale, "The Design of Lafayette Park," 6-19.

[109]    Boyle, 28-29.

[110]    Boyle, 27-28. Regarding the creation of a path/road where Pennsylvania Avenue exists today, Boyle references H.P. Caemmerer, *Washington, the National Capital* (Washington, D.C.: n.p.; n.d.), 229.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                          County and State

---

111     George Olszewski, *Lafayette Park* (Washington, D.C.: U.S. Department of the Interior, 1964), vii.

112     Boyle, 43. Boyle states that in 1816 Congress passed an act reestablishing the Office of the Commissioner of Public Buildings that had been abolished by Jefferson in 1802. During the period covered by this section (1815-1850), the commissioners of public buildings were Samuel Lane (1816-22), Joseph Elgar (1822-34), William Noland (1834-46), Andrew Beaumont (1846-47), Charles Douglas (1847-49), and Ignatius Mudd (1849-51). In 1849 the United States Department of the Interior was established; the Commissioner of Public Buildings remained responsible for President's Park and the other public buildings and spaces, but the office was placed under the jurisdiction of the Department of the Interior until 1867. Mary-Jane M. Dowd, comp., *Records of the Office of Public Buildings and Public Parks of the National Capital, Record Group 42, Inventory No. 16* (Washington, D.C.: National Archives and records Administration, 1992), 29-30.

113     U.S. Department of the Treasury. Treasury Notes: "African Americans Building Treasury," By Monique Nelson, 2/12/2015 (accessed February 15, 2019, https://www.treasury.gov/connect/blog/Pages/African-Americans-Building-Treasury.aspx.)

114     Boyle, 43

115     Boyle, 29. Boyle cites Seale, "The Design of Lafayette Park," 8-9; Olszewski, vii, 7.

116     Commodore Stephen Decatur, Jr. (January 5, 1779-March 22, 1820) was an American naval officer notable for his heroism in the Barbary Wars and in the War of 1812. It is commonly accepted that Decatur was the youngest man to reach the rank of captain in the history of the United States Navy, and the first American celebrated as a national military hero who had not played a role in the American Revolution. While serving in the First Barbary War against Tripoli, Decatur captured the enemy ketch *Mastico*. In February 1804 he then used that vessel, renamed the *Intrepid*, in a daring and successful night raid into Tripoli harbor. Decatur went off to serve with distinction in both the Wars of 1812 and the Second Barbary War.

117     Identified simply with the date 1822 and the name E. Vaile, this painting is now the property of the National Trust for Historic Preservation and is on display at the Decatur House.

118     Richard Cutts, a graduate of Harvard University, was a Congressman, the brother-in-law of Dolley Madison, and was serving as the Second Comptroller of the United States Treasury when he constructed and resided at the house on Madison Place, NW, which was later purchased by President James Madison.

119     Benjamin Ogle Tayloe was the son of Colonel John Tayloe and Ann Ogle Tayloe. John Tayloe of Virginia hired Dr. William Thornton to design his house, known today as the Octagon House, sited at 18th Street, NW, and New York Avenue, NW, in Washington, D.C. The Octagon House, constructed between 1799 and 1801, was a contemporary of the President's House. During the War of 1812, the Octagon served as a temporary residence for James and Dolley Madison after the British burned the President's House (known today as the White House) in 1814. On February 17, 1815, in the Octagon's second-story parlor, the Treaty of Ghent was signed, ending the war with Great Britain.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                              County and State

---

[120]      Accounts indicate that he moved into his home in 1819. Cutts's house is dated somewhere between 1818 and 1820, so it is unclear which of the two houses was completed first.

[121]      Benjamin Ogle Tayloe, *Our Neighbors on Lafayette Square: Anecdotes and Reminiscences*, n.d. (Reprint, Washington, D.C.: Junior League, 1872).

[122]      Mathew Saint Clair Clarke, former clerk of the House of Representatives, originally erected the "Ashburton House" in 1836. See also Howard Jones and Donald A. Rakestraw, Prologue to *Manifest Destiny: Anglo-American Relations in the 1840s* (Wilmington, DE: Scholarly Resources, 1997),113, 121.

[123]      George E. Hutchinson, "The History of Madison Place, Lafayette Square, Washington, D.C." (Washington, D.C.: The Federal Circuit Court Bar Journal, 1998.), 43. Hutchinson cites the *National Intelligencer,* July 12, 1845, as the source for this information.

[124]      As this reference to "President's Square" is taken from a section in Boyle's report exclusively addressing Lafayette Square, it will be assumed for the purposes of this document to be referring to Lafayette Park.

[125]      "The Sessford Annals," *Records of the Columbia Historical Society* 11(1908), 284. John Sessford, a printer who worked for the *National Intelligencer* and later the U.S. Treasury Department, published yearly reports of improvements in the city of Washington in the *National Intelligencer* between 1822 and 1859. The Columbia Historical Society reprinted these reports 1908.

[126]      Boyle, 58-61.

[127]      For additional Information regarding Renwick, see Attachment A: Biographies of Associated Designers.

[128]      Barthold, 4.

[129]      William Seale, "The Design of Lafayette Park," ed. William Seale, *White House History: Journal of the White House Historical Association* 2 (June 1, 1997), 12.

[130]      Joseph Henry, first secretary of the Smithsonian Institution, became acquainted with Downing's work through Commissioner of Public Buildings Ignatius Mudd. Corcoran acquired personal knowledge of Downing's skills in 1849, when he hired Downing to landscape the grounds of his house.

[131]      Boyle, 77-78. Boyle cites the following sources regarding this information: Claims are frequently made that Springside, the Matthew Vassar estate in Poughkeepsie, New York, was designed by Downing, but there is no evidence that Downing did anything more than make suggestions to Vassar (information courtesy of George Tatum). See Harvey K. Flad, "Matthew Vassar's Springside: 'The Hand of Art, when Guided by Taste,'" in *Prophet with Honor: The Career of Andrew Jackson Downing, 1815-1852,* ed. George B. Tatum and Elisabeth Blair MacDougall (Washington, D.C.: The Athenaeum of Philadelphia and Dumbarton Oaks Research Library and Collection, 1989), 219-57. For Downing's landscape commissions and their relationship to the evolution of English and American landscape design, see Tatum, "Nature's Gardener," in *Prophet with Honor,* ed. Tatum and MacDougall, 43-80.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

---

[132]     Boyle, 94-98. Boyle cites the following source: Vaux to Wilder, August 18, 1852. See also Schuyler, "The Washington Park," 303, and A.J. Downing, *A Treatise on the Theory and Practice of landscape Gardening,* 6th ed. (New York: A.O. Moore and Co., 1859), 572. For this posthumous edition, Henry Winthrop Sargent, a close friend of Downing's, added a supplement, making this perhaps the most useful of the editions of Downing's *Treatise.*

[133]     Boyle, 94-98. Boyle cites Seale, "The Design of Lafayette Park," 12.

[134]     Boyle, 94-98. Boyle cites Anthony Trollope, *North America,* 1861, quoted in Reps, *Washington on View,* 72.

[135]     Boyle, 94-98. Boyle cites Between November 1, 1861, and June 30, 1862, $729.30 was spent on Reservation No. 2 and Lafayette Square; *Annual Report, Commissioner of Public Buildings,* Oct. 29, 1862, 8; ibid., Oct. 13, 1863, 665.

[136]     Boyle, 140.

[137]     Don Troiani et al., *Don Troiani's Soldiers in America* (Mechanicsburg, PA: Stackpole Books, 1998), 194.

[138]     Harold Donaldson Eberlein and Cortlandt Van Dyke Hubbard, *Historic Houses of Georgetown and Washington* (Richmond, Virginia: The Dietz Press, Inc., 1958), 284.

[139]     Swanke, Hayden, Connell, vol. 2, 712.4.

[140]     In March 1867 Congress abolished the position of Commissioner of the Public Buildings, and the duties were transferred to the U.S. Army Corps of Engineers. The officers in charge of public buildings and grounds during this period were Nathaniel Michler (1867-1871), Orville Babcock (1871-1877), Thomas Lincoln Casey (1877-1881), Almon F. Rockwell (1881-1885), John M. Wilson (1885-1889), Oswald H. Ernst (1889-1893), John M. Wilson (1893-1897), and Theodore A. Bingham (1897-1903); Dowd, *Records of Public Buildings and Public Parks,* 37-39.

[141]     Barthold, 6. Barthold cites *Annual Reports of the Chief of Engineers, 1888,* 11.

[142]     During Shepherd's term, the Washington Canal was filled, more than 100 miles of streets were graded and paved; 123 miles of sewers were laid, more than 30 miles of gas mains installed, 30 miles of water mains laid, and 60,000 trees planted. During his tenure streetlights were installed and the first city-wide public transportation system built.

[143]     In 2010 the American Historical Association reported on a digital tour developed by the Decatur House Museum, which reflected on the stories of African-American individuals and their relationships with the built environment of Lafayette Square. AHA Staff, "The Half Had Not Been Told To Me: African Americans on Lafayette Square" (*American Historical Association [AHA],* January 27, 2010, accessed February 6, 2020, https://www.historians.org/publications-and-directories/perspectives-on-history/january-2010/the-half-had-not-been-told-to-me-african-americans-on-lafayette-square). The White House Historical Association appears to have compiled the information into a published post on their website titled "African Americans in Lafayette Square, 1795-1965: 'The Half Had Not Been Told'" (accessed February 6, 2020, https://www.whitehousehistory.org/african-americans-in-lafayette-square). Historian Bob Arnbeck presents an archival study of the African-American

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                         OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

workers who built the Capitol building, among other federal buildings in the district, in *Slave Labor in the Capital: Building Washington's Iconic Federal Landmarks* (Charleston, SC: The History Press, 2014). *Chocolate City: A History of Race and Democracy in the Nation's Capital,* by Chris Myers Asch and George Derek Musgrove, examines race and democracy within Washington, D.C. from its development to 2010 (Chapel Hill: University of North Carolina Press, 2017). In 2018 D.C architectural historian Pamela Scott with Charles Carroll Carter, William C. DiGiacomantonio, and Don Alexander Hawkins published *Creating Capitol Hill: Place, Proprietors, and People,* which recounts the history of choosing the site of the capitol and the resulting neighborhood and community of the new city (Washington, D.C.: United States Capitol Historical Society, 2018).

[144]    Inadequate drainage continued to plague the park for many years.

[145]    Boyle, 140-141; *Annual Reports of the Chief of Engineers, 1872,* 6-7; Barthold, 6-7.

[146]    Boyle, 144-145. Boyle cites *Annual Report, Chief of Engineers, 1889.* The iron fence from Lafayette Square is still in place at Gettysburg National Military Park. The fence is on the west side of the National Cemetery to separate it from the adjacent town cemetery. It is probable that this fence was fabricated from the design by Calvert Vaux for Downing, since the finials are in the shape of an ear of corn, as described by Vaux, although they are very stylized. See Calvert Vaux to Marshall P. Wilder, August 18, 1852, J. Jay Smith Collection. For information on Sickles, who in 1859 killed his wife's lover in Lafayette Square, see Nat Brandt, *The Congressman Who Got Away with Murder* (Syracuse, NY: Syracuse University Press, 1991) and Barthold, "Lafayette Square," 5. The fence around Lafayette Park was apparently removed because of pressure from residents; if this was the case, it was not mentioned in the annual reports; NPS, *Lafayette Park,* 20.

[147]    Boyle, 146. Boyle cites *Annual Report, Chief of Engineers, 1896,* 3974, 3995, 4045, 4057.

[148]    Barthold, 8.

[149]    Boyle, 143.

[150]    Kerr, 45-46.

[151]    *Annual Report, Chief of Engineers, 1891,* 3912-13. The sculptors were Jean Alexander, Joseph Falguière, and Marius Jean Antonin Mercié. The architect was Paul Pujol. Goode, *Outdoor Sculpture,* 372-373.

[152]    *Annual Reports of the Chief of Engineers,* *1892,* 3392-3.

[153]    Barthold, 8. Barthold cites Helen Duprey Bullock, "A View from the Square," in *Decatur House* (Washington, D.C.: GPO, 1932), 66-67.

[154]    Barthold, 8-9. Barthold cites James M. Goode, *Capital Losses: A Cultural History of Washington's Destroyed Buildings,* 2nd ed. (Washington, D.C.: Smithsonian Institution, 1979), 363.

[155]    Boyle, 144-145. Boyle states that "such iron fences, even if they had gates that were always open, were perceived as both ugly and undemocratic." Removal of the tall iron fences, although not noted in the *Chief of Engineers Annual Report*, may have been inspired by public

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900　　　　　　　　　　OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

pressure. The following provides evidence that public pressure played a role in the removal of the fences: *Annual Report, Chief of Engineers 1888*, "the post-and-chain fence . . . had been thrown down," and *Annual Report, Chief of Engineers 1889*, "on two or more occasions the United States iron fences were thrown down."

[156]　　Barthold, 9. Barthold cites various *Annual Reports*.

[157]　　Louis Berger U.S., Inc., A WSP Company [Louis Berger], *Historic Context Statement for Washington's LGBTQ Resources* (Washington, D.C.: Prepared for District of Columbia Office of Planning, Historic Preservation Office, September 2019), 2-4. Louis Berger cites Ina Russell, *Jeb and Dash: A Diary of a Gay life, 1918-1945* (London: Faber & Faber, 1993). Louis Berger, 2-13: "no other site highlights gay male activity more prominently in Washington D.C. than historic Lafayette Park, now Lafayette Square."

[158]　　Boyle notes on page 183 of the Cultural Landscape Report that possibly either as a misprint or misstatement, the commission recommended that "a building sufficient in size to accommodate those offices may be best located in the center of Lafayette Square." She goes on to say that the idea of building in the center of Lafayette Square was not new; as early as 1836, Alexander Jackson Davis sketched a proposed office in the center of the park, and as late as 1923, the Beaux-Arts Society held their Paris Prize in Architecture to design an office building with underground access to the White House in the center of the park.

[159]　　Senate Park Commission on the District of Columbia, *The Improvement of the Park System of the District of Columbia*, 57 Cong., 1st Sess., 1902, S. Rept. 166 (Washington, D.C.: GPO, 1902). The Senate Park Improvement Commission on the District of Columbia, formed by Congress in 1901, grew out of the collaborative design efforts for the World's Columbian Exposition of 1893 in Chicago. The Commission developed an architectural plan for the development of Washington, D.C. The plan came to be called the McMillan plan and the commission, commonly known as the McMillan Commission, in honor of Senator James McMillan of Michigan, who chaired the Committee on the District of Columbia. Some of the most renowned American architects, landscape architects, and urban planners of the day served on the McMillan Commission, including Daniel Burnham (September 4, 1846-June 1, 1912), Frederick Law Olmsted, Jr. (July 24, 1870-December 25, 1957), Charles Follen McKim (August 24, 1847-September 14, 1909), and noted sculptor Augustus Saint-Gaudens (March 1, 1848-August 3, 1907).

[160]　　Boyle, 175-176. Boyle states that outside the study area the following features were implemented: (1) the construction of the Lincoln Memorial and its reflecting pool west of the Washington Monument, (2) the construction of Memorial Bridge crossing the Potomac River from the Lincoln Memorial to Arlington, (3) the removal of the train station and tracks from the Mall and the construction of Union Station, and (4) the return of an open vista on the Mall from the Capitol to the Washington Monument, with large government buildings along the Mall.

[161]　　The "City Beautiful Movement," an outgrowth of the "Garden City" philosophy, begun in Great Britain as a response to overcrowding in cities, was a reform philosophy concerning urban planning that flourished in the United States during the 1890s and 1900s. The philosophy

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

promoted beauty as a means to create moral and civic virtue among urban populations. The City
Beautiful movement intended to create beautiful, spacious, and orderly cities that contained
healthy open spaces and showcased public buildings that expressed the moral values of the city.
It was suggested that people living in such cities would be more virtuous in preserving higher
levels of morality and civic duty. The movement relied on Beaux-Arts and neoclassical styles of
architecture and the construction of monuments for expression. The World Columbian
Exposition of 1893 in Chicago was the first large-scale example of the City Beautiful Movement.
Initially associated with Chicago, Detroit, and Washington, D.C., the movement achieved great
influence in urban planning that endured throughout the twentieth century. The exposition is
credited with the large-scale adoption of monumentalism for American architecture. Monument
Avenue in Richmond, Virginia, is one expression of this initial phase.

[162]      Boyle, 183-184. In 1922 planner Elbert Peets published an analysis of Washington,
which was essentially a critique of both the L'Enfant and McMillan plans and was published in
his and Werner Hegemann's *The American Vitruvius.*

[163]      Boyle, 175-176.

[164]      Boyle, 182.

[165]      Boyle, 175-176. Boyle lists Officers in charge under the U.S. Army Corps of Engineers
during this period as including Theodore A. Bingham (1897-1903), Thomas W. Symons (1903-
1904), Charles S. Bromwell (1904-1909), Spencer Cosby (1909-1913), William W. Harts (1913-
1917), Clarence S. Ridley (1917-1921), and Clarence O. Sherrill (1921-1925). In 1925 Congress
established the Office of Public Buildings and Public Parks of the National Capital, combining
the responsibilities of the Officer in Charge of Public Buildings and Grounds and the
Superintendent of the State, War, and Navy Building. The directors were Clarence Sherrill
(1925) and Ulysses S. Grant III (1925-1933). Dowd, *Records of Public Buildings and Parks,* 38-
39, 77.

[166]      Boyle, 177, 365-366.

[167]      Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1902,* 2741, 2564-65;
Goode, *The Outdoor Sculpture,* 379.

[168]       Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1906,* 2129, 2145. At
about that time the practice of summarizing maintenance for all the improved parks in one
section of the annual report was begun. Only construction and new plantings would be reported
for individual parks.

[169]       Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1908,* 2391, 2412.

[170]       Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1910,* 2660, 2683, 2684;
Goode, *The Outdoor Sculpture,* 374-75.

[171]       Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1911,* 2968, 2990-1;
Goode, *The Outdoor Sculpture,* 382.

[172]      Alexander Hamilton (January 11, 1757-July 12, 1804) was born and raised in the
Caribbean. Hamilton attended King's College (now Columbia University) in New York City,
served in the Revolutionary War, was elected to the Continental Congress, was the only New

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**
County and State

---

Yorker to sign the U.S. Constitution, and was the first United States Secretary of the Treasury. As the first Treasury secretary, he was the architect of the structure of the Department of the Treasury. His desire for a strong centrally controlled Treasury led to conflicts with Thomas Jefferson, then Secretary of State, and Albert Gallatin, then a Congressman. He introduced plans for the First Bank of the United States, established in 1791. In 1790-1791, Hamilton established a revenue system based on customs duties and excise taxes. Hamilton resigned as Secretary of the Treasury in 1795 and joined the New York bar. As one of America's first lawyers, he wrote a significant portion of the *Federalist Papers*, a primary source for Constitutional interpretation. Hamilton was killed in 1804, in a duel with Aaron Burr arising from a political dispute.

Albert Gallatin (January 29, 1761-August 12, 1849) was born in Geneva, Switzerland, and graduated from the University of Geneva in 1779. After migrating to America, he served in the American Revolution and taught French at Harvard University in 1782. In 1789 he was a member of the Pennsylvania constitutional convention and a State House representative from 1790 to 1792. After election to the United States Senate, he failed to meet citizenship requirements. He was subsequently elected to the Fourth, Fifth, and Sixth Congresses (March 4, 1795-March 3, 1801). While serving in Congress, he established the House Committee on Finance, a forerunner of the Ways and Means Committee.

Gallatin served as Secretary of the Treasury from 1801 to 1814, making him the longest serving Treasury secretary in United States history. Initially appointed to the position by Thomas Jefferson, he continued to serve under President Madison. As Secretary of the Treasury, Gallatin inherited a national debt of $14,000,000. Gallatin reduced the debt by $23,000,000, producing a surplus. Owing in large part to Gallatin's efforts, President Jefferson was able to authorize the Louisiana Purchase without an accompanying tax increase, and the debt reduction also helped pay for the Lewis and Clark Expedition. Gallatin helped negotiate the Treaty of Ghent in 1814; was appointed United States Envoy Extraordinary and Minister Plenipotentiary to France by President Madison, 1815-1823; and Minister Plenipotentiary to Great Britain, 1826-1827. He then returned to New York City and became President of the National Bank of New York from 1831 to1839. He died in Astoria, New York, in 1849.

[173]    As noted on the U.S. Commission of Fine Arts webpage: "The Commission of Fine Arts, established in 1910 by Act of Congress, is charged with giving expert advice to the President, Congress and the heads of departments and agencies of the Federal and District of Columbia governments on matters of design and aesthetics, as they affect the Federal interest and preserve the dignity of the nation's capital." The United State Commission of Fine Arts is commonly referred to as the Commission of Fine Arts, or simply the CFA (www.cfa.gov, accessed September 28, 2009).

[174]    Kerr, "Statue of General Andrew Jackson," 47-49.

[175]    History.com Editors, This Day in History, March 22 1972: "Equal Rights Amendment Passes by Congress" (February 9, 2010); U.S. Department of the Treasury, Treasury Notes: "African Americans Building Treasury," by Monique Nelson (Washington, D.C.: February 12,

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

2015, accessed February 15, 2019, https://www.treasury.gov/connect/blog/Pages/African-Americans-Building-Treasury.aspx).

[176]    Efforts to pass an Equal Rights Amendment continue, as exhibited by the efforts of Congresswoman Carolyn B. Maloney. On July 21, 2009, Congresswoman Maloney introduced the ERA in the House of Representatives as House joint resolution 61.

[177]    Boyle, 200-204. Boyle cites Kohler, *The Commission of Fine Arts,* 80.

[178]    Sue A. Kohler, and Jeffrey R. Carson, *16th Street Architecture, Volume 1* (Washington, D.C.: Commission of Fine Arts, 1978), 2.

[179]    Boyle, 200-204. Boyle cites Hegemann and Peets, *The American Vitruvius,* 292.

[180]    Boyle, 200-204. Boyle cites Hegemann and Peets, *The American Vitruvius,* 293.

[181]    Boyle, 200-204. Boyle cites *Annual Report, Chief of Engineers, 1913,* 3210, 3212.

[182]    Seale, "The Design of Lafayette Park," 18.

[183]    Louis Berger, 2-13. Louis Berger cites Irving C. Rosse, "Sexual Hypochandriasis and Perversion of the Genesic Instinct. *Journal of Nervous and Mental Disease,* 806.

[184]    Louis Berger, 2-4. Louis Berger cites Ina Russell, *Jeb and Dash: A Diary of a Gay Life, 1918-1945,* 2-5; Ginny Beemyn, *A Queer Capital: A History of Gay Life in Washington D.C.,* 21; Louis Berger, 2-13; Louis Berger states: cruising was the coined term for consensual same-sex solicitation that included coded words, double entendres, gestures, and even dress to signal same-sex preference; Louis Berger cites Russell, 64; Louis Berger, 2-55; Louis Berger cites B. Beemyn, 20 (Jeb Alexander diary entry, September 14, 1922).

[185]    Barry Mackintosh, *The United States park Police, A History,* (Washington, D.C.: History Division, National Park Service, 1989).

[186]    Mackintosh, 4-6.

[187]    David K. Johnson, *The Lavender Scare: The Cold War Persecution of Gays and Lesbians in the Federal Government,* (Chicago: University of Chicago Press, 2004).

[188]    Boyle, 200-204. Boyle cites: Office of Public Buildings and Public Parks of the National Capital, "Lafayette Park, Walks—South Half, Location and Grades," Sept. 12, 1927, plan 28-20, no source identified.

[189]    Boyle, 200-204.

[190]    Boyle, 200-204. Boyle states that in the annual reports for 1920-21, 1921-22, 1923-24, 1925-26, 1926-27, and 1927-28, there are no sections dealing with Lafayette Square. The only action reported for 1924-25 is the sowing of grass seed. *Annual Report, Chief of Engineers,* 1925.

[191]    Boyle, 200-204. Boyle cites *Annual Report, Director of Public Buildings and Public Parks, 1929,* 42, 43.

[192]    Olszewski, 41.

[193]    CFA minutes for February 11, 1921, p. 5, under entry for "Lafayette Park," which states: "One 'Preliminary sketch plan' was presented in addition to a 'Study for Treatment of Lafayette Park,' the later plan being designed by Messers. Vitale, Brinckerhoff, and Geiffert."

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

[194]    Boyle, 240. Boyle states that in general the public opposed the loss of the romantic flavor that had characterized the site and was highly critical of the damage to the trees that resulted from changes in underground water conditions. Boyle adds that there was extensive photographic documentation of the project, and it was also covered in the press.

[195]    Barthold, 11. Barthold cites Federal Writers Project, *Washington, City and Capital* (Washington, D.C.: GPO, 1937), 860-851.

[196]    Boyle, 264-266. Boyle cites Information courtesy of Sue Kohler (historian, Commission of Fine Arts).

[197]    Boyle, 289, figure 6-15, 291, figure 6-17, and 405 and 407, Exhibit 9-2.

[198]    Boyle, 264-266. Boyle cites Frederick V. Coville and O. M. Freeman, *Trees and Shrubs of Lafayette Park* (Washington, D.C.: The American Forestry Association, 1932). It is conceivable that the English elms were remnants of a planting directed by Charles Bulfinch. English elms were originally planted along the malls of Boston Common.

[199]    Boyle, 264-266. Boyle cites: Kerr, "Statue of General Andrew Jackson," 50-51.

[200]    Boyle, 264-266. Boyle cites Kerr, "Statue of General Andrew Jackson," 51-52.

[201]    William Seale, *The President's House: A History,* 2 vols. (Washington, D.C.: White House Historical Association, 2008), vol. 2, 229.

[202]    John Carl Warnecke and Associates, Architects and Planning Consultants, *Historical Survey of Lafayette Square* (prepared by Mrs. Leland King, n.p.; John Carl Warnecke and Associates, 1963), 63.

[203]    Warnecke, 63.

    Benjamin Sumner Welles (October 14, 1892-September 24, 1961), a graduate of Harvard University, served as Under Secretary of State for Franklin Delano Roosevelt until 1943. Early in his Foreign Service career, Welles was assigned to Tokyo, Japan. Best known for developing the Good Neighbor Policy toward South America, Sumner Welles was Franklin Roosevelt's principal foreign policy adviser until Secretary of State Cordell Hull forced his resignation in 1943.

[204]    Warnecke, 63.

[205]    Warnecke, 63-64.

[206]    Mendel, Mesick, Cohen, Waite Architects, *Historic Structure Report: Blair House*, 28. Cites Department of State Press Release No. 115, April 5, 1944.

[207]    Warnecke, 68.

[208]    Mendel, Mesick, Cohen, Waite, Architects, 28. Cites Department of State Press Release No. 115, April 5, 1944.

[209]    Warnecke, 72.

    Rudolph Stanley-Brown (1890-1944), the grandson of President James A. Garfield, although born in Mendon, Ohio, was raised in New York. Stanley-Brown received his education in Cleveland, Ohio, as well as Yale University, Columbia University School of Architecture, and the Ecole des Beaux-Arts, Paris (1912-1913). He began his architectural practiced with his uncle Abram Garfield in Cleveland (ca. 1920-1936), later moving to Washington, D.C.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

Stanley-Brown worked on a number of New Deal-era architectural projects as one of the consulting architects hired as temporary staff in the Office of the Supervising Architect of the Treasury to design post offices during this period of public buildings programs. In his capacity as consulting architect, under the direction of the office of the Supervising Architect of the Procurement Division of the Treasury Department, Stanley-Brown worked directly with President Franklin D. Roosevelt on various projects, such as the U.S. Post Office in Wappinger Falls, New York (1939-1940) and the U.S. Post Office in Hyde Park, New York (1941). Other projects include the U.S. Post Office in Rhinebeck, New York (1937); the U.S. Federal Courthouse, Erie, Pennsylvania (1938); and the U.S. Post Office and Courthouse, Pensacola, Florida (1939). He also co-authored with Cincinnation Charles W. Short, *Public Buildings: Architecture under the PWA, 1933-1939.*

[210]     On November 1, 1950, Puerto Rican nationalists Griselio Torresola and Oscar Collazo attempted to assassinate President Truman in Blair House. The assassination was foiled in part by White House policeman Leslie Coffelt, who killed Torresola but was himself killed. A plaque at Blair House commemorates Coffelt's heroism and sacrifice.

[211]     F.G. Gosling, *The Manhattan Project: Making the Atomic Bomb* (Washington, D.C.: U.S. Department of Energy, 1999), 9-10.

[212]     Hutchinson, 26.

[213]     U.S. Dept. of Energy, 10.

[214]     Hutchinson, 25-27; Wilcomb E. Washburn, *A Centennial History 1878-1978: The Cosmos Club of Washington* (Washington, D.C.: The Cosmos Club of Washington, 1978).; according to Washburn, by 1978 members had included three Presidents, two Vice Presidents, 12 Supreme Court justices, 32 Nobel Prize winners, 56 Pulitzer Prize winners, and 45 recipients of the Presidential Medal of Freedom.

[215]     Boyle, 272-273.

[216]     Melvin Small, *Johnson, Nixon, and the Doves* (New Brunswick: Rutgers University Press, 1988), 65.

[217]     Small, 89.

[218]     The 1901 McMillan plan proposed developing the area around Lafayette Square; it was assumed that classically inspired monumental buildings would replace the existing nineteenth-century buildings. The Commission of Fine Arts recommended that the existing State, War, and Navy Building be remodeled to "look like the treasury." Kohler, *The Commission of Fine Arts*, 80-82; NPS, "Historical Study of the Buildings along Madison Place, Lafayette Square, Washington, D.C."

[219]     Boyle, 307-312.

[220]     Swanke, Hayden, Connell, vol. 2, chap. 2, 7-9.

[221]     Kurt Helfrich, "Modernism for Washington?: The Kennedys and Redesign of Lafayette Square," *Washington History* 8(1-1996), 19.

[222]     Helfrich, 19-21.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                              OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

[223]    Perry, Shaw, Hepburn, and Dean; and Shepley, Bulfinch, Richardson and Abbott were the two firms chosen. Both firms had respected reputations as dedicated preservationists. Perry, Shaw, Hepburn, and Dean planned the restoration of Colonial Williamsburg. Shepley, Bulfinch, Richardson and Abbott was the successor firm for Henry Hobson Richardson's practice and the architects of record for many of Harvard University's early twentieth-century buildings. Kohler, *The Commission of Fine Arts,* 82-83.

[224]    Helfrich, 21.

[225]    Edward Fitzgerald Beale (1822-1893) and his wife Mary Edwards Beale (n.d.-1903) bought the Decatur House in 1872. They were the first Beales to own the Latrobe-designed dwelling. Their son Truxtun Beale (1856-1936) inherited the house in 1903. Marie Chase Oge Beale (1880-1956), Truxtun's widow, inherited the house in 1936 and was the last private residential owner to occupy the house and reside in Lafayette Square. Marie Beale continued the tradition of entertaining international political, social, and cultural leaders, a tradition long associated with Lafayette Square and the Decatur House in particular. In her efforts to preserve the house from development, she chose to leave the Decatur House to the National Trust for Historic Preservation. The house transferred to the National Trust in 1956, and in 1960 was designated a National Historic Landmark by the Department of the Interior.

[226]    Beale, 188.

[227]    According to the article "Why No Hearings," published in *The Washington Post, Times Herald* on April 13, 1960, Senators Wayne L. Morse, John F. Kennedy, and James E. Murray all introduced legislation to stay the implementation of buildings planned for Lafayette Square.

[228]    Senate Committee on Public Works, *Public Buildings – 1960: Hearing Before the Public Buildings and Grounds Subcommittee*, 86th Cong., 2nd sess., May 23, 1960. In addition to multiple references made to the exact pieces of legislation throughout the hearing sources, historians such as Helfrich (p. 21) and Boyle (p. 308) also state that bills were introduced to have the Decatur House, "Dolley Madison House," Tayloe House, and Belasco Theater designated as National Historic Sites. Both sources go on to say the legislation failed to pass. The Belasco Theater was razed in 1964, but the rest of the buildings were saved.

[229]    Helfrich, 22.

[230]    Helfrich, 22-23.

[231]    Helfrich, 23-24.

[232]    Helfrich, 31-32.

[233]    Helfrich, 37.

[234]    Boyle, 307-312.

[235]    Frederick Albert Gutheim, *Worthy of the Nation*, 294.

[236]    Boyle, 309; Helfrich, 32-33.

[237]    Boyle, 309. Boyle provides the following resources for additional information regarding Warnecke and the development of Lafayette Square. Warnecke had studied with Walter Gropius at Harvard University's Graduate School of Design but had also apprenticed with Bay Area architects still practicing in the Beaux-Arts tradition. Andrews, "Lafayette Square, 1963-1983";

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900          OMB No. 1024-0018

**Lafayette Square Historic District** (Additional
Documentation, Boundary Expansion & Decrease)
Name of Property

**District of Columbia**

County and State

---

Kohler, *The Commission of Fine Arts,* 84-85; Bernard L. Boutin, "Lafayette Square: The Final Word," *A.I.A. Journal* 39(1-Jan. 1963), 55-56; Donnie Radcliffe, "Jacqueline Onassis: The First Lady of Elegance," *The Washington Post*, May 20, 1994.

[238]    Antoinette J. Lee, *Architects to the Nation: The Rise and Decline of the Supervising Architects Office* (New York: Oxford University Press, 2000), 238.

[239]    Lee, 289. Lee cites W.E. Reynolds, "Current Construction Activities of the General Services Administration in the District of Columbia," *Public Construction,* no. 76 (November 1949), p. 48.

[240] Michael W. Fazio and Patrick A. Snadon, *The Domestic Architecture of Benjamin Henry Latrobe* (Baltimore: Johns Hopkins University Press, 2006), 584; Frederick Gutheim and Antoinette Lee, *Worthy of the Nation: Washington, DC from L'Enfant to the National Capital Planning Commission* (Baltimore: Johns Hopkins University Press, 2006, second edition), 304-305.

[241]    Façadism does little to preserve the building. In extreme cases, such as the Atlantic Building at 930 F Street, NW all interior fabric is destroyed. Although conceptual drawings for the project illustrated the retention of the original building with new infill construction above and to the rear of the existing building, the reality was much more drastic. The only part of the building saved was the literal façade, the few feet of building fronting along the sidewalk. The remainder of the structure was torn down and replaced with new construction.

[242]    The Secretary of the Interior's Standards for Historic Preservation Projects, first published in 1979, stated that "Alterations to create an earlier appearance shall be discouraged." (U.S. Department of the Interior's Heritage Conservation and Recreation Service, Technical Preservation Services Division). The current version of The Secretary of the Interior's Standards for Rehabilitation, revised by the NPS in 1990, further clarifies this principle, which is part of Standard 3, as follows: "Changes that create a false sense of historical development, such as adding conjectural features or architectural elements from other building, shall not be undertaken" (http://www.nps.gov/tps/standards/rehabilitation.htm).

[243]    Smithsonian Institution, News Release: "Lafayette Square Preservation at the Renwick Gallery," October 7, 1983 (*Smithsonian Institution Archive*, Record Unit 453, Box 48).

[244]    Boyle, 311.

[245]    Boyle, 307.

[246]    Boyle, 311.

[247]    Constance McLaughlin Green, *The Church on Lafayette Square: A History of St. John's Church, Washington, D.C.* (Washington, DC: Potomac Books, 1970), 107.

[248]    George E. Hutchinson, "The History of Madison Place, Lafayette Square, Washington, D.C." (Washington, DC: The Federal Circuit Court Bar Journal, 1998.), 25.

[249]    Chris Myers Asch and George Derek Musgrove, *Chocolate City: A History of Race and Democracy in the Nation's Capital* (Chapel Hill: University of North Carolina Press, 2017), 287.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                           OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                       County and State

---

[250]    Louis Berger, 2-14. Louis Berger cites Beemyn, 208-209, and David K. Jo hnson, *The Lavender Scare: The Cold War Persecution of Gays and Lesbians in the Federal Government,* (Chicago: University of Chicago Press, 2004), 21.

[251]    James Gleeson, "LGBT History: The Lavender Scare," (National LGBT Chamber of Commerce (nglcc), October 3, 2017. Accessed May 11, 2020, https://www.nglcc.org/blog/lgbt-history-lavender-scare.

[252]    Gleeson, 2017.

[253]    Louis Berger, 2-16.

[254]    Louis Berger, 2-17; Louis Berger cites Rebecca Dolinsky, "Lesbian and Gay DC: Identity, Emotion, and Experience in Washington, DC's Social and Activist Communities (1961-1968)" (Santa Cruz: Unpublished doctoral dissertation, University of California-Santa Cruz, 2010), 84-86; Louis Berger, 2-55, 3-9.

[255]    Louis Berger 2-59.

[256]    Louis Berger, 2-19, 2-20; Louis Berger states: Considered by many "the father of gay activism," Dr. Franklin E. Kameny was one of the leaders of activism in the gay civil rights movement of the 1960s and was co-founder of the Mattachine Society in DC.

[257]    Louis Berger, 3-9. H Street NW, Madison Place, Pennsylvania Avenue, and Jackson Place are all identified as historic DC LGBTQ properties that may warrant an update to the existing nomination.

[258]    Boyle, 307.

[259]    The walkways and paths throughout the park, prior to 1936, had always been paved with gravel or asphalt.

[260]    Boyle, 347-348.

[261]    Boyle, 310-311.

[262]    Boyle, 347.

[263]    Boyle, 348.

[264]    Boyle, 348.

[265]    "President's Park / Citizen's Soapbox: A History of Protest at the White House," The White House Historical Association, accessed April 9, 2008, www.whitehousehistory.org/whha_tours/citizens_soapbox/index.html.

[266]    Gabriel Escobar, Brian Mooar, "Peace Park Protesters Arrested; Police Raid Camp At Lafayette Square," March 1, 1992, b.04.; Joel Achenbach, "Birth of A Protest Movement; With the Hostilities, The Outrage Coalesces," *The Washington Post*, January 17, 1991, c.01.; "Keeping Watch in Peace Park Washington," *The Washington Post*, March 27, 1988 (C6). All of these are examples of columnists referring to Lafayette Park as "Peace Park."

[267]    The 1983 Park Service camping regulation 36 C.F.R. .§ 50.27(a) stated: "Camping is defined as the use of park land for living accommodation purposes such as sleeping, activities, or making preparations to sleep (including the laying down of bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle of sleeping or doing any digging or earth breaking or carrying on cooking activities.

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                                    OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

The above-listed activities constitute camping when it reasonably appears, in light of all of the circumstances, that the participants, in condoning these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or nature of any other activities in which they may also be engaging. Camping is permitted only in areas designated by the Superintendent who may establish limitation of time allowed for camping in any public camping ground. Upon the posting of such limitations in the campground no person shall camp for a period longer than that specified for the particular campground." The Park Service camping regulation has since been codified at 36 C.F.R. § 7.96(i)(1).

[268]    Proposition One Committee: n.a. (n.p., n.d., accessed December 15, 2009, prop1.org/inaugur/93clint/930126t1.htm.

[269]    Kenneth Bredemeier, "Lafayette Square 'Swept Clean,'" *The Washington Post*, May 10, 1985.

[270]    White House Vigil for the ERA Committee v. Clark, 746 F.2d 1518 (D.C. Cir. 1984), which upheld White House sidewalk sign, parcel, and "center zone" regulations; United States v. Duff, 605 F. Supp. 216 (D.D.C. 1985), which upheld conviction for violation of White House sidewalk "center zone" regulation; United States v. Grace, 778 F.2d 818 (D.C. Cir. 1985), which upheld White House sidewalk parcels regulation finding that safety, traffic flow, and aesthetics are legitimate government interests); United States v. Musser, 873 F.2d 1513 (D.C. Cir. 1989), which upheld convictions under Lafayette Park "attended sign" and camping regulations; Thomas v. Luja n, 791 F. Supp. 321 (D.D.C. 1991), which upheld Lafayette Park storage regulation; Thomas v. United States, n. 94-2747 (D.D.C. August 25, 1995), which upheld enforcement of Lafayette Park sign and camping regulations.

[271]    According to a *Washington Post* article published on Sunday, October 30, 1994, a 26-year-old man fired a semiautomatic weapon at the White House on Saturday, October 29, 1994. The article reports that the shooting raised fresh questions about the Secret Service's ability to protect the president, six weeks after a man crashed the plane he was flying onto the South Lawn of the White House Grounds, on September 12, 1994. Richard Griffin, an assistant Secret Service director, noted that the Secret Service had long advocated closing off Pennsylvania Avenue in front of the White House as an added security measure. White House Chief of Staff Leon Panetta said he could not say whether administration officials would accept that recommendation as there is a "fine balance" between the president's security and the public's right to have access to the home of the chief executive.

Following the shooting, the Secret Service once again advocated for the closing of Pennsylvania Avenue between 15th and 17th Streets, NW.

Several newspapers reported that early Saturday, December 17, 1994, at least four bullets fired from "a great distance" reached the White House, which investigators said might not have been a target.

On December 20, 1994, news reports recount that a homeless man was shot while brandishing a knife on the sidewalk in front of the White House, after refusing to surrender in a confrontation with officers. This incident was reminiscent of a February 1990 shooting in which

United States Department of the Interior
National Park Service / National Register of Historic Places Registration Form
NPS Form 10-900                               OMB No. 1024-0018

**Lafayette Square Historic District** (Additional                    **District of Columbia**
Documentation, Boundary Expansion & Decrease)
Name of Property                                                      County and State

an officer in Lafayette Square killed a homeless man who had managed to wrest a gun away from another officer during a struggle.

Pennsylvania Avenue in front of the White House was closed to vehicular traffic on May 20, 1995, after the bombing of the Alfred P. Murrah Federal Building in Oklahoma City on April 19 (Gregory Korte, May 20, 1995: The day Pennsylvania Avenue closed, *USA Today*, May 20, 2015, https://www.usatoday.com/story/theoval/2015/05/20/pennsylvania-avenue-closed-20-years-ago/27638777/). This practice was made permanent after September 11, 2001. Pedestrians are still allowed in the space.

[272]    In communications, between the District of Columbia State Historic Preservation Officer (SHPO) and the Director of the White House Liaison Office of the National Park Service, dated October 15, 1999, the Seneca Piers were determined eligible for listing in the National Register. The SHPO cited five reasons for eligibility, under Criteria C for association with A.J. Downing, type of material, and method of construction, and under Criteria D for information the piers are likely to yield as important to history, and information they have yielded as important to history. The use of Seneca sandstone, quarried for a brief period and used in construction of the foundation piers as well as the Renwick Gallery (originally the Corcoran Gallery), provides an example of a method of construction and use of material only available for short time. Constructed on site as evidenced by small pieces of sandstone *in situ*, the piers reflect the type of construction associated with that period as well as the only physical evidence of the actual location of the original fence line as designed by Downing. Per the mitigation plan developed by the National Park Service, National Capital Region, White House Liaison Office, and the Chief, Historic Preservation Division, District of Columbia, the 74 Seneca sandstone piers were recovered and relocated to Seneca, Maryland, approximately 100 yards from Lock House #4 administered by the C&O Canal National Historical Park (Department of the Interior, National Park Service, National Capital Region, Cultural Resources Division, CLP vertical files).

[273]    Rebecca Shabad, "Protesters in D.C.'s Lafayette Square try to topple Andrew Jackson statue," NBC news, June 24, 2021, https://www.nbcnews.com/politics/politics-news/protesters-d-c-s-lafayette-square-try-topple-andrew-jackson-n1231847/ [access 01/13/2021].

[274]    Egan Millard, "Fire causes minor damage to St. John's, the 'church of presidents' in Washington, during night of riots," Episcopal News Service, June 1, 2020, https://www.episcopalnewsservice.org/2020/06/01/fire-causes-minor-damage-to-st-johns-the-church-of-presidents-in-washington-during-night-of-riots/ [accessed 12/10/2021].

[275]    Office of the Inspector General, U.S. Department of the Interior, Special Review – Review of U.S. Park Police Actions at Lafayette Park (Report Number 20-0563), Case No. OI-PI-20-0563-P, Washington, DC, June 8, 2021. The Inspector General's report concluded that law enforcement planned and executed the clearing operation for the purpose of allowing a commercial fencing contractor access to the area to install non-scalable fencing along the security perimeter.