# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CULTURAL HERITAGE PARTNERS, PLLC**, et al., | Civil Action No. 1:25-cv-03969-DLF |
| Plaintiffs, | |
| v. | **NOTICE OF FILING SUPPLEMENTAL DECLARATION OF MYDELLE WRIGHT** |
| **DONALD J. TRUMP**, et al., | |
| Defendants. | |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF MYDELLE WRIGHT

Pursuant to the Court's December 8, 2025 email, Plaintiffs' hereby file the attached supplemental declaration of Mydelle Wright. *See* Ex. A.

\* \* \*

Respectfully submitted,

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser, Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF MYDELLE WRIGHT -  Page 1

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

**/s/ Lydia Dexter, Bar No. 233151 (OR)**
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com
*Pro Hac Vice*

**/s/ Jessie Danielle Young Barrington, Bar No. 100685 (VA)**
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: jessie@culturalheritagepartners.com
*Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiffs via CM/ECF electronic notice.

**/s/ *Gregory Alan Werkheiser***
*GREGORY ALAN WERKHEISER*
Attorney for Plaintiffs


COUNSEL FOR PLAINTIFFS

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF MYDELLE WRIGHT - Page 2**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594