AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CULTURAL HERITAGE PARTNERS, PLLC et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-03969-DLF |
| TRUMP et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants.

Date: 12/09/2025

Marissa Piropato
*Attorney's signature*

Marissa Piropato (651630, MA)
*Printed name and bar number*

150 M. St NE
Washington, DC
*Address*

marissa.piropato@usdoj.gov
*E-mail address*

(202) 532-3182
*Telephone number*

*FAX number*