IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CULTURAL HERITAGE PARTNERS, PLLC, et al.**,

Plaintiffs,

v.

**DONALD J. TRUMP, et al.**,

Defendants.

Civil Action No. 1:25-cv-03969-DLF

**[PROPOSED ORDER] ORDER CLARIFYING DISPOSITIVE MOTION SCHEDULE AND ADMINISTRATIVE RECORD REQUIREMENTS**

**[PROPOSED] ORDER CLARIFYING DISPOSITIVE MOTION SCHEDULE AND ADMINISTRATIVE RECORD REQUIREMENTS**

Upon consideration of Plaintiffs' Motion to Clarify Dispositive Motion Schedule and Administrative Record Requirements, and for good cause shown, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that, within twenty-eight (28) days of the date of this Order, Defendants shall compile, certify, and file the administrative record on which they contend any challenged agency actions or inactions were based; and it is further

**ORDERED** that, within twenty-one (21) days after the administrative record is filed, Plaintiffs may, if warranted, file any motion challenging the completeness of the record or seeking to complete or supplement it consistent with governing APA standards; and it is further

**ORDERED** that Defendants shall file any motion to dismiss and/or motion for summary judgment only after the administrative record has been filed and any record-related motions have been resolved, on a schedule to be set by the Court; and it is further

1

**ORDERED** that, following resolution of any record-related motions (or, if none are filed, following the deadline for such motions), the parties shall meet and confer and submit a joint status report proposing a schedule for dispositive-motion briefing, or appear at a status/scheduling conference if so directed by the Court.

SO ORDERED.

Dated: _____, 2025

_____
Dabney L. Friedrich
United States District Judge

2