IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CULTURAL HERITAGE PARTNERS, PLLC, et al.**, | Civil Action No. 1:25-cv-03969-DLF |
| Plaintiffs, | |
| v. | NOTIFICATION OF VOLUNTARY WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| **DONALD J. TRUMP, et al.**, | |
| Defendants. | |

### NOTIFICATION OF VOLUNTARY WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the Court's December 12, 2025 Minute Order, Plaintiffs hereby notify the Court that they voluntarily withdraw, without prejudice, their pending Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, ECF No. 7.

This withdrawal follows the Third Declaration of Andrew Heller ("Third Heller Declaration"), filed by Defendants on December 10, 2025. ECF No. 21-1. The Third Heller Declaration expands Defendants' commitments to refrain from planning and execution of certain activities related to the Eisenhower Executive Office Building. *Id.* ¶ 16. Specifically, Heller declares that the General Services Administration ("GSA") commits "to not issue solicitations for a contract, execute a contract, select a contractor, or draft design or construction drawings related to any power washing/cleaning, painting, and/or repointing of the exterior of the Eisenhower Executive Office Building prior to March 1, 2026." *Id.*

Page - 1

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

Plaintiffs' voluntary withdrawal relies on this expanded commitment and the expectation that the Court will be positioned to resolve the merits on an expedited basis under the Court's schedule as set forth in its December 12, 2025 Minute Order. Plaintiffs reserve all rights, including the right to seek emergency or preliminary injunctive relief should the circumstances materially change, including if actions occur contrary to Defendants' commitments or if additional developments create imminent risk of harm before the Court's merits resolution.

Date: December 12, 2025

    Respectfully submitted,

/s/ Marion Forsyth Werkheiser, Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Lydia Dexter, Bar No. 233151 (OR)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com
*Pro Hac Vice*

/s/ Jessie Danielle Young Barrington, Bar No. 100685 (VA)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025, Washington, DC 20006
Tel: (202) 567-7594
Email: jessie@culturalheritagepartners.com
*Pro Hac Vice Admission Pending*

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiffs via CM/ECF electronic notice.

/s/ *Marion Forsyth Werkheiser*

*MARION FORSYTH WERKHEISER*

Attorney for Plaintiffs

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594