**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CULTURAL HERITAGE PARTNERS,
PLLC, *et al.*,

        Plaintiffs,

      v.

GENERAL SERVICES
ADMINISTRATION, *et al.*,

        Defendants.

Case No. 1:25-cv-03969-DLF

**FOURTH DECLARATION OF ANDREW HELLER,
ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE**

I, Andrew Heller, declare as follows:

1. I am employed as the Acting Commissioner for the Public Buildings Service ("PBS"), U.S. General Services Administration ("GSA"). My work address is 1800 F Street NW, Washington, DC 20405. I have held this position with GSA since August 4, 2025. While not included in my prior declarations, I have been with GSA since 2004, having started my career as an Asset Manager. In addition, I have held various senior level leadership positions within PBS, including Deputy Commissioner, Assistant Commissioner for Strategy and Engagement, Assistant Commissioner for Facilities Management, and Deputy Assistant Commissioner for Portfolio Management.

2. I previously signed three declarations that were filed with the Court in this action on November 18 and 26 and December 10, 2025. *See* ECF Nos. 11, 15-1, and 21-1. This fourth declaration updates my GSA's prior commitment not to take certain steps prior to March 1, 2026.

3. GSA commits to not issue solicitations for a contract, execute a contract, select a contractor, or draft design or construction drawings related to any power washing/cleaning, painting, and/or repointing of the exterior of the Eisenhower Executive Office Building prior to March 15, 2026.

1

4.  This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of January, 2025, in the City of Washington, District of Columbia.

ANDREW HELLER
Digitally signed by ANDREW HELLER
Date: 2026.01.16 16:02:43 -05'00'

Andrew Heller

2