UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Rule 12(b)(6), Defendants,[1] by and through undersigned counsel of record, respectfully move the Court to dismiss Plaintiffs' Complaint in the above-captioned civil action for the reasons set forth in the accompanying memorandum of points and authorities. In the alternative, Defendants respectfully move for summary judgment pursuant to Federal Rule of Civil Procedure 56. A proposed order is submitted herewith.

* * *

[1] Defendants are President Donald J. Trump in his official capacity as President of the United States; the General Services Administration; Edward Forst in his official capacity as Administrator of the General Services Administration; the National Park Service; and Jessica Bowron in her official capacity the NPS Comptroller, exercising the delegated authority of the Director of the National Park Service.

Dated: January 29, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Michelle Ramus***
Michelle Ramus
Mark Widerschein
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*