# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al.*,<br>　　　　Defendants. | Case No. 1:25-cv-03969-DLF |

**DECLARATION OF HEATHER MARTIN,
DEPUTY ASSISTANT TO THE PRESIDENT**

I, Heather Martin, declare as follows:

1. I am a Deputy Assistant to the President, a Presidentially Commissioned Officer. In addition, I am the Chief Financial Officer and Deputy Director of the Office of Administration ("OA"). OA is a component of the Executive Office of the President ("EOP").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. OA is the lead tenant of the Eisenhower Executive Office Building ("EEOB") and pays rent to the General Services Administration ("GSA") on behalf of other components of the EOP. OA has its own office space within the building and administratively controls and assigns office space to other components housed within the building. The following components of the EOP also have offices within the EEOB: (1) White House Office; (2) Office of the Vice President; (3) Council of Economic Advisors; (4) National Security Council; (5) Office of Management and Budget; (6) Office of Science and Technology

1

Policy; (7) Office of the National Drug Control Policy; (8) Office of the National Cyber Director; and (9) the Council on Environmental Quality.

4. The United States Secret Service ("USSS") manages and executes a badging system that controls access to the White House Complex, including the White House (i.e., the Residence and the East and West Wings), the EEOB, and the New Executive Office Building ("NEOB"). The Worker and Visitor Entry System ("WAVES") is the system used to manage access to the White House (comprised of the White House Residence, West Wing, and East Wing under construction) and the EEOB. The Treasury Worker and Visitor Entry system ("TWAVES") is the system to manage access to the Treasury Building. Individuals assigned to the Treasury Building would need to submit a WAVES application for access to the White House or the EEOB.

5. The White House Complex badges grant access to different parts of the Complex based on color. West Wing ("WW") badges permit access to the WW, EEOB and NEOB. EEOB colored badges permit access to the EEOB and NEOB, but do not allow access to the WW. EOP employees with EEOB badges who need intermittent access to the WW can easily submit "badge swap" requests to USSS for clearance to access the WW on an as needed basis. Such system does not exist to permit access to buildings that are not on the White House Complex, like the Treasury Building.

6. The White House Complex is segregated from the Treasury Building by anti-scale security fencing that runs along East Executive Avenue with access gates staffed by the USSS. The same anti-scale security fencing also runs along West Executive Avenue segregating the White House from the EEOB. While there are USSS officers that monitor access from West Executive Avenue at the stairs leading to the VIP entrance area of the

    White House and in the lobby of the West Wing, they differ from the access gates on East Executive Avenue. To access the White House from East Executive Avenue, individuals must go through a security checkpoint, have items X-rayed, have their Personal Identification Verification Card swiped, and enter a PIN code to gain access. Access to the White House from West Executive Avenue, on the other hand, is solely dependent on badge color; there are no other additional security requirements.

7. The President is considering having the EEOB power-washed/cleaned, repointed, and painted (collectively, the "Project").

8. At the direction of the President, if the President decides to proceed with the Project, OA will manage it. In that event, OA intends to finance the project under the authority of section 590(a) of the Foreign Operations, Export Financing, and Related Programs Appropriations Act, 1989, Pub. L. No. 100-461, § 590(a), 102 Stat. 2268-1, 2268-52 (1988), which provides that the "Director of the Office of Administration is authorized to—(1) "accept, hold, administer, utilize and sell gifts and bequests of property, both real and personal . . . and (2) accept and utilize voluntary and uncompensated services," both "for the purpose of aiding, benefiting, or facilitating the work of preservation, restoration, renovation, rehabilitation, or historic furnishing of the Old Executive Office Building and the grounds thereof."

9. Accordingly, on January 29, 2026, OA and the GSA entered a Memorandum of Understanding (the "MOU") providing that, in the event that the President determines to move forward with the Project, "OA would handle project management for the project," "have full control of all aspects of the day-to-day execution of the Project," and "be

financially responsible for any and all services, costs, and expenses associated with the Project." *See* Attachment A.

10. Should the President decide to proceed with the Project, OA voluntarily commits to comply with any statutory and regulatory processes that might apply to the Project if it did not involve the EEOB and if OA were not managing it, to include the National Environmental Policy Act and the National Historic Preservation Act.

11. Further, in the event the President decides to proceed with the Project, OA voluntarily commits to consult with, and participate in public processes established by, the Commission of Fine Arts, the Advisory Council on Historic Preservation, the National Capital Planning Commission, and the D.C. State Historic Preservation Office—to the extent they deem it appropriate to consult regarding the Project—prior to taking any final action on the Project.

12. OA will not authorize or take any action to implement the Project unless and until: (1) the President directs it to do so; and (2) the processes described above in paragraphs 10 and 11 have been completed.

13. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2026, in the City of Washington, District of Columbia.

HEATHER MARTIN
Digitally signed by HEATHER MARTIN
Date: 2026.01.29 20:57:27 -05'00'

Heather Martin

# Attachment A

# MEMORANDUM OF UNDERSTANDING
between
OFFICE OF ADMINISTRATION, EXECUTIVE OFFICE OF THE PRESIDENT
and the
U.S. GENERAL SERVICES ADMINISTRATION

**WHEREAS**, the President of the United States is considering having the Dwight D. Eisenhower Executive Office Building ("EEOB") power-washed/cleaned, repointed, and painted (hereinafter the "Project");

**WHEREAS**, the U.S. General Services Administration ("GSA") has statutory authority pursuant to 40 U.S.C. § 3305 to paint the exterior of the EEOB, if the exterior were to be painted;

**WHEREAS**, the Director of the Office of Administration ("OA") has separate and independent statutory authority under section 590 of Pub. L. No. 100-461, 102 Stat. 2268 (Oct. 1, 1998) to "accept and utilize" gifts of money, property, and services, for the purpose of "aiding, benefitting, or facilitating the work of preservation, restoration, renovation, rehabilitation, or historic furnishing of the Old Executive Office Building and the grounds thereof";

**WHEREAS**, OA provides common administrative services and oversight to all components within the Executive Office of the President ("EOP") and provides leadership, direction, and coordination to those components in carrying out various activities and functions at the EEOB on behalf of the EOP;

**WHEREAS**, any decision to move forward with the Project at the EEOB would be made by the President, and OA has unique expertise in fulfilling the operational needs of the President;

**WHEREAS**, OA has expertise in providing for the use of the EEOB for official governmental purposes for the EOP and is best positioned to coordinate with all agencies that have equities in the EEOB that may be affected by any painting of the EEOB.

**NOW, THEREFORE**, the Parties understand that, should the President decide to move forward with the Project:

1. At the President's direction, OA would handle project management for the Project, meaning that it would have full control of all aspects of the day-to-day execution of the Project, including its scope, schedule, budget, design, and completion. However, OA would coordinate with GSA with respect to potential impacts on GSA's EEOB operations.

2. OA would be financially responsible for any and all services, costs, and expenses associated with the Project.

3. GSA would delegate any and all necessary authority for the Project to OA, but would not take any executive action on the Project, including but not limited to seeking direct appropriations for the Project or submitting a prospectus under 40 U.S.C. § 3307.

**For Office of Administration, Executive Office of the President:**

_____     1/29/26
Heather Martin                                        Date
Deputy Assistant to the President
Deputy Director of the Office of Administration


**For U.S. General Services Administration:**

_____     1/28/26
Edward C. Forst                                     Date
Administrator