# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,

Plaintiffs,

v.

GENERAL SERVICES ADMINISTRATION, *et al.*,

Defendants.

Case No. 1:25-cv-03969-DLF

**DECLARATION OF U.S. SECRET SERVICE**
**DEPUTY DIRECTOR MATTHEW C. QUINN**

I, Matthew C. Quinn declare as follows:

1. I am the Deputy Director of the United States Secret Service (Secret Service). Prior to my current appointment, I served as Deputy Assistant Director for the Office of Protective Operations and retired from the Secret Service after more than two decades of service. During that time, I held several leadership positions, including Special Agent in Charge of the Special Operations Division, Special Agent in Charge of the Office of Communication and Media Relations, Special Agent in Charge of Protective Operations, and Acting Special Agent in Charge of the Charlotte Field Office. I began my law enforcement career in 1998 at the Secret Service New York Field Office, conducting financial fraud investigations and serving as the primary liaison to the United Nations. I subsequently served as a supervisor in the Washington Field Office and as Assistant to the Special Agent in Charge at the James J. Rowley Training Center.

2. Following my retirement in 2021, I worked as a senior executive in the private sector, most recently as Senior Vice President at Fortem Technologies in Pleasant Grove, Utah, where I was responsible for developing and applying airspace safety and security solutions for law enforcement, military, and commercial stakeholders. On May 19, 2025, I returned to the Secret Service, becoming the agency's 24th Deputy Director.

3. I am a graduate of Arizona State University and hold a master's degree from the National Defense University at the Dwight D. Eisenhower School for National Security and Resource Strategy. I am also a graduate of the Key Executive Leadership Program at American University in Washington, D.C. I am a certified and appointed member of the federal Senior Executive Service.

4. The U.S. Secret Service is charged with ensuring the safety of the nation's highest-ranking officials, including the President and Vice President. *See* 18 U.S.C. §§ 3056(a), 3056A. As part of that mission, the U.S. Secret Service also protects key locations where the nation's highest-ranking elected leaders live and work, as well as the foreign diplomatic missions located around Washington, D.C. Among these locations of national importance are the White House Complex and the Vice President's residence.

5. In my capacity as Deputy Director, I oversee the Secret Service's protective and investigative operations, managing seven operational directorate, including the protective operations at the White House (comprised of the White House Residence, West Wing, and East Wing under construction) and the Eisenhower Executive Office Building ("EEOB"), which are part of the White House Complex.

6. My knowledge of the security surrounding the White House Complex is based on my official training and duties, which include regular briefings, reports, supervising officers

and officials, and direct communications with the personnel overseeing and executing the Secret Service's mission at the White House Complex. As a result, I possess current knowledge regarding the status, scope, and operational security considerations surrounding access to the White House Complex.

7. The Treasury Building is located East of the White House and protected by the Secret Service.
8. The EEOB is also protected by the Secret Service but is located adjacent to the West Wing. A substantial number of individuals assigned to EEOB are authorized to enter not just the EEOB, but also the White House itself. This is attributable to the fact that a significant number of these individuals are organizationally assigned to, and perform duties for, the Executive Office of the President and other offices that are principally located within the White House.
9. The Vice President also has offices in both the West Wing and the EEOB.
10. The number of individuals who travel between the West Wing and the EEOB necessitates specific security measures that apply to the EEOB but not the Treasury.
11. The Secret Service also manages the badging system for the Treasury Building, but it is not part of the White House Complex badging system. Badges issued for the Treasury Building do not allow access to any portion of the White House Complex.
12. In addition to the facts testified to above, the Secret Service is prepared to provide the Court with more details, including law enforcement sensitive and/or classified information, in an appropriate setting, such as a classified declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026.

MCQUINN Digitally signed by MCQUINN Date: 2026.01.29 19:43:24 -05'00'

Matthew C. Quinn
Deputy Director
United States Secret Service