# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,

Plaintiffs,

v.

GENERAL SERVICES ADMINISTRATION, *et al.*,

Defendants.

Case No. 1:25-cv-03969-DLF

**FIFTH DECLARATION OF ANDREW HELLER,**
**ACTING COMMISSIONER OF THE PUBLIC BUILDINGS SERVICE**

I, Andrew Heller, declare as follows:

1. I am employed as Acting Commissioner for the Public Buildings Service ("PBS"), U.S. General Services Administration ("GSA"). My work address is 1800 F Street NW, Washington, DC 20405. I have held this position with GSA since August 4, 2025. I have been with GSA since 2004, having started my career as an Asset Manager. In addition, I have held various senior level leadership positions within PBS, including Deputy Commissioner, Assistant Commissioner for Strategy and Engagement, Assistant Commissioner for Facilities Management, and Deputy Assistant Commissioner for Portfolio Management.
2. PBS is the component of GSA responsible for acquiring space through new construction and leasing, maintaining, and renovating federal properties nationwide. PBS owns or leases an inventory of more than 8,500 assets, maintains over 359 million square feet of owned and leased workspace and preserves more than 500 historic properties.

3. It is my understanding that the President of the United States is considering having the Dwight D. Eisenhower Executive Office Building ("EEOB") power-washed/cleaned, repointed, and painted (hereinafter the "Project").

4. GSA has statutory authority pursuant to 40 U.S.C. § 3305 to paint the exterior of the EEOB, if the exterior were to be painted. This authority includes any power washing/cleaning and/or repointing of the exterior.

5. However, on January 29, 2026, GSA and the Office of Administration, Executive Office of the President, signed a Memorandum of Understanding ("MOU") memorializing the understanding of GSA and the Office of Administration that, if the President were to proceed with the Project at the EEOB, it would be handled by the Office of Administration. *See* Attachment A.

6. I previously signed four declarations that were filed with the Court in this action on November 18, November 26, and December 10, 2025, and January 16, 2026. *See* ECF Nos. 11-1, 15-1, 21-1, 26-1. This fifth declaration updates my prior declarations.

7. As of the date of submission of this declaration, GSA has not authorized or engaged in the physical actions of power washing/cleaning, painting, or repointing the EEOB as part of the Project, and pursuant to the MOU, will not do so in the future.

8. In or around August of 2025, EOP reached out to GSA for purposes of obtaining a general ballpark idea of the range of potential costs, and GSA sought and received informal, external estimates for a hypothetical painting project at a building in the District of Columbia with the EEOB's stone exterior and size dimensions, but without identifying the EEOB or its security requirements. In addition, GSA prepared its own internal

estimate for comparison reasons. GSA provided the high-level and preliminary general cost information to the EOP by email in August.

9. Around this same time, PBS was undergoing a major reorganization of its various business lines. The August estimates were prepared by what would have been described as a "field office" under the old organizational structure.

10. In October 2025, PBS shifted its focus to exploring the possibility of cleaning the exterior of the EEOB. As part of that internal planning process, because any cleaning project would require scaffolding, PBS also began looking into the possibility of repainting exterior window frames. However, PBS's planning never went beyond just that—internally preparing for several possible scenarios that may, or may not, be performed at the EEOB at some point in the future.

11. In November 2025, I became aware of the President's television interview on Fox News in which he mentioned the possibility of painting the EEOB to match the color of the White House and indicated that he did not know whether the project would be undertaken. As a result, I instructed my team at PBS to begin collecting information in anticipation of responding to questions from EOP regarding the potential for such a project at EEOB. I took this step as a matter of internal due diligence and planning purposes. My team prepared a high-level, conceptual timeline, which was extrapolated from the prior three-phase modernization of the EEOB. In addition, my team prepared additional in-house, rough order of magnitude cost estimates for the Project, if one should occur.

12. In this November time frame, the organizational business line that primarily supports the capital repairs and renovation program became involved with the preliminary estimates.

This team of individuals has significantly more experience with larger, more complex projects. In addition, the team included personnel with prior experience with the three-phase modernization project at the EEOB, including the scaffolding, repointing, and cleaning.

13. In my over 20-year experience, it is quite common for PBS to prepare high-level preliminary cost and schedule estimates for projects and activities that never actually come to fruition or proceed much beyond the initial discussion phase. As noted previously, PBS manages more than 8,500 assets, and, as one of the world's largest real estate organizations, we are continually assessing our portfolio of owned and leased assets and developing plans as to where and how to best appropriately deploy and allocate resources.

14. I have attached as Attachment B an index of the documents referenced in Paragraphs 8 through 12, together with true and correct copies of those documents.

15. As of the date of this declaration, the President has not directed GSA to issue a request for proposals or to enter into a contract for any part of the Project at the EEOB. Under the MOU, GSA will not be the entity charged with power-washing/cleaning, repointing, and painting as part of the Project at the EEOB.

16. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of January, 2026, in the City of Washington, District of Columbia.

DocuSigned by:
Andrew Heller
AC302DA3365B4B2...

Andrew Heller

# Attachment A

# MEMORANDUM OF UNDERSTANDING

between

OFFICE OF ADMINISTRATION, EXECUTIVE OFFICE OF THE PRESIDENT

and the

U.S. GENERAL SERVICES ADMINISTRATION

**WHEREAS**, the President of the United States is considering having the Dwight D. Eisenhower Executive Office Building ("EEOB") power-washed/cleaned, repointed, and painted (hereinafter the "Project");

**WHEREAS**, the U.S. General Services Administration ("GSA") has statutory authority pursuant to 40 U.S.C. § 3305 to paint the exterior of the EEOB, if the exterior were to be painted;

**WHEREAS**, the Director of the Office of Administration ("OA") has separate and independent statutory authority under section 590 of Pub. L. No. 100-461, 102 Stat. 2268 (Oct. 1, 1998) to "accept and utilize" gifts of money, property, and services, for the purpose of "aiding, benefitting, or facilitating the work of preservation, restoration, renovation, rehabilitation, or historic furnishing of the Old Executive Office Building and the grounds thereof";

**WHEREAS**, OA provides common administrative services and oversight to all components within the Executive Office of the President ("EOP") and provides leadership, direction, and coordination to those components in carrying out various activities and functions at the EEOB on behalf of the EOP;

**WHEREAS**, any decision to move forward with the Project at the EEOB would be made by the President, and OA has unique expertise in fulfilling the operational needs of the President;

**WHEREAS**, OA has expertise in providing for the use of the EEOB for official governmental purposes for the EOP and is best positioned to coordinate with all agencies that have equities in the EEOB that may be affected by any painting of the EEOB.

**NOW, THEREFORE**, the Parties understand that, should the President decide to move forward with the Project:

1. At the President's direction, OA would handle project management for the Project, meaning that it would have full control of all aspects of the day-to-day execution of the Project, including its scope, schedule, budget, design, and completion. However, OA would coordinate with GSA with respect to potential impacts on GSA's EEOB operations.

2. OA would be financially responsible for any and all services, costs, and expenses associated with the Project.

3. GSA would delegate any and all necessary authority for the Project to OA, but would not take any executive action on the Project, including but not limited to seeking direct appropriations for the Project or submitting a prospectus under 40 U.S.C. § 3307.

**For Office of Administration, Executive Office of the President:**

Heather Martin 1/29/26

Heather Martin
Deputy Assistant to the President
Deputy Director of the Office of Administration

Date

**For U.S. General Services Administration:**

1/28/26

Edward C. Forst
Administrator

Date

# Attachment B

GSA

[redacted]

[redacted]

[redacted]

[redacted]

---------- Forwarded message ---------
From: **Laura Cameron - PXA** <laura.cameron@gsa.gov>
Date: Wed, Nov 19, 2025 at 4:45 PM
Subject: Re: EEOB exterior
To: Jason Cook - PXBC <jason.cook@gsa.gov>
Cc: Mike Bohlmann - PXBC <michael.bohlmann@gsa.gov>, Darin Frost - PXB <darin.frost@gsa.gov>, Aaron Hassinger - PXABA <aaron.hassinger@gsa.gov>

Thank you. We are working with OE on a schedule.

GSA
**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

On Wed, Nov 19, 2025 at 4:44 PM Jason Cook - PXBC <jason.cook@gsa.gov> wrote:

> Thanks Laura,
>
> I'll have one of our DC estimators coordinate with Aaron on the scope and details.
>
> GSA **U.S. General Services Administration**
>
> **Jason Cook**
> Branch Chief, Project Control Division (PCD) (Acting)
> Zonal Manager, Zone C (R8, 9, 10)
> Project Control Division (PCD)
> Project Support Office (PSO)
> Office of Program and Project Management (OPPM)
> Public Buildings Service
> Phone (509) 342-5768 (m)
> email | jason.cook@gsa.gov
>
> On Wed, Nov 19, 2025 at 11:46 AM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:
>
> > Thank you!

Jason, can you get with Aaron to talk about the scope of work?

On Wed, Nov 19, 2025 at 2:35 PM Mike Bohlmann - PXBC <michael.bohlmann@gsa.gov> wrote:

Hi Laura,

I spoke with Jason Cook (cc'ed) and he will take care of the assignment.

Thanks and please let me know if you have any questions.

GSA **U.S. General Services Administration**

Mike Bohlmann, P.E., LEED AP BD+C
Construction Analyst
Office of Program and Project Management
Project Support Office
Phone Number: (414) 426-9071

On Wed, Nov 19, 2025 at 1:08 PM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:

Hi Mike,
I just requested a cost estimate for the EEOB exterior. Any chance we can get a DC based estimator?

llc

--
GSA
**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--
GSA
**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--
GSA
**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner

Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

[redacted]

[redacted]

[redacted] [redacted]

---------- Forwarded message ---------
From: **Aaron Hassinger - PXABA** <aaron.hassinger@gsa.gov>
Date: Thu, Nov 20, 2025 at 6:43 AM
Subject: Re: Schedule for EEOB exterior
To: Kristi Tunstall Williams - PAA <kristi.tunstall@gsa.gov>
Cc: Laura Cameron - PXA <laura.cameron@gsa.gov>, Michael Montague - PXBC <michael.montague@gsa.gov>, Cory Anderson - PXBB <cory.anderson@gsa.gov>, Sharon Feeney - PAAF <sharon.feeney@gsa.gov>, Nadiyah Scarlett - PXAB <nadiyah.scarlett@gsa.gov>

Good Morning All,

Here is a PDF of exactly what Laura shared. I will be reviewing as well this morning and making additional comments.

Thanks,
-Aaron

On Wed, Nov 19, 2025 at 4:16 PM Kristi Tunstall Williams - PAA <kristi.tunstall@gsa.gov> wrote:

> Thank you!
>
> **Kristi Tunstall Williams, NCIDQ, LEED AP**
> Director, Architectural Services Division
> GSA Federal Preservation Officer
> Public Buildings Service I Office of Engineering
> 202.236.2964
> kristi.tunstall@gsa.gov | www.gsa.gov
>
> On Wed, Nov 19, 2025 at 4:00 PM Aaron Hassinger - PXABA <aaron.hassinger@gsa.gov> wrote:
>
>> I will pdf it and send it out in the morning.
>>
>> -Aaron
>>
>> U.S. General Services Administration
>> Aaron D. Hassinger
>> Branch Chief (Zone 1B, Branch A) (PXABA)
>> Office of Program and Project Management
>> Federal and Leased Project Office
>> Phone Number: (202) 657-7239
>>
>> On Wed, Nov 19, 2025 at 3:36 PM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:
>>
>>> I actually can't because I don't have adobe.
>>> llc

On Wed, Nov 19, 2025 at 3:30 PM Kristi Tunstall Williams - PAA <kristi.tunstall@gsa.gov> wrote:

Laura,

Can you send this as a PDF? I don't MS Project...

Thanks,
Kristi

**Kristi Tunstall Williams, NCIDQ, LEED AP**
Director, Architectural Services Division
GSA Federal Preservation Officer
Public Buildings Service I Office of Engineering
202.236.2964
kristi.tunstall@gsa.gov | www.gsa.gov

On Wed, Nov 19, 2025 at 3:18 PM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:

Hi All,
Please review the attached schedule. Corey and Michael, this is coming to you cold, but there is a question on how long/ how much it would cost to clean and or paint the Eisenhower Executive Office Building (EEOB). I created a schedule based on my best "guess" of what cleaning the building, cleaning the building with a study, and painting and cleaning the building would take. This schedule, is obviously aggressive and obviously simplistic. Aaron and I compared the last cleaning and repair portion of the 2013 major rehab to the work we are recommending to undertake to come up with the schedule. We assumed we would run two crews, one on either side of the building, to expedite the work.

Aaron, did we leave anything out?
Please throw darts and let me know if there are any fatal flaws.

llc

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--

**U.S. General Services Administration**

Aaron D. Hassinger
Branch Chief (Zone 1B, Branch A) (PXABA)
Office of Program and Project Management
Federal and Leased Project Office
P: (202) 657-7239 | aaron.hassinger@gsa.gov

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

---

**- EEOB Exterior.pdf**
132K

GSA

**Richard Hughes - LC <richard.hughes@gsa.gov>**

[redacted]

[redacted] [redacted]

---------- Forwarded message ---------
From: **Patrick McCarthy - PXA** <patrick.mccarthy@gsa.gov>
Date: Mon, Nov 24, 2025 at 2:20 PM
Subject: Re: EEOB projects
To: Laura Cameron - PXA <laura.cameron@gsa.gov>
Cc: Aaron Hassinger - PXABA <aaron.hassinger@gsa.gov>, Nadiyah Scarlett - PXAB <nadiyah.scarlett@gsa.gov>, Robert Walter - PXABA <bob.walter@gsa.gov>

Laura,

Here are active projects in Kahua: https://docs.google.com/spreadsheets/d/1fq6tOY10kqJarruW5cxIgXiuVpilfY5WvUOnR-YUwn4/edit?gid=0#gid=0

GSA **U.S. General Services Administration**

Patrick McCarthy
Program Advisor
Office of Program and Project Management
Federal and Leased Project Office
Phone Number: (312) 350-5387

On Mon, Nov 24, 2025 at 1:14 PM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:

> Patrick, I think Aaron is out, but can you pull a list of projects that are ongoing on at the Eisenhower Executive Office Building. But Aaron, if you are around, can we have your fancy project sheet?
>
> Bob, do you have access to the list?
>
> --
> GSA
> **Laura Cameron, P.E., PMP**
> Deputy Assistant Commissioner
> Office of Programs and Project Management (OPPM)
> Office of Federal and Lease Projects (FLPO)
> 1800 F Street NW - Seat 6460
> Washington DC 20407
> Phone Number: 1-240-935-2952

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number:  1-240-935-2952

[redacted]

[redacted]

[redacted]

---------- Forwarded message ---------
From: **Darin Frost - PXB** <darin.frost@gsa.gov>
Date: Wed, Nov 12, 2025 at 1:41 PM
Subject: Re: Estimate - EEOB
To: Laura Cameron - PXA <laura.cameron@gsa.gov>
Cc: Glenn Rotondo - PX <glenn.rotondo@gsa.gov>, Jennifer Groman - PXC <jennifer.groman@gsa.gov>, G.W. Emge - PXCD <gw.emge@gsa.gov>, Amber Becker - PX <amber.becker@gsa.gov>

agree w/ all of this

**U.S. General Services Administration**

Darin Frost
Office of Program and Project Management
Program Support Office
Deputy Assistant Commissioner
253.347.8021 (P)

On Wed, Nov 12, 2025 at 10:38 AM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:

> yes. I understand that. The part that concerns me, and this is a communication issue, is that we are saying the painting of the building is $[redacted], but cleaning is $[redacted]. Neither one of those things are true. Now that those costs are out there, we can't pull them back. If we come back with $[redacted] to clean and repair the facade, we lose a bit of credibility.
>
> ROMs should be good enough to make a high level decision from. Glenn brought up a good point, that the cost for painting the building barely covered the cost for cleaning it, if these were real numbers. This team is a good team, but we still need to work through how we discuss ROM estimates.
>
> llc
>
> On Wed, Nov 12, 2025 at 1:26 PM Darin Frost - PXB <darin.frost@gsa.gov> wrote:
>
>> I looked into this and this estimate was developed by our in-house OPPM estimators in NCR, and was only a ROM so to your point further refinement of the scope and estimate would be needed.
>>
>> - Darin
>>
>> **U.S. General Services Administration**
>>
>> Darin Frost

Office of Program and Project Management
Program Support Office
Deputy Assistant Commissioner
253.347.8021 (P)

On Wed, Nov 12, 2025 at 7:54 AM Laura Cameron - PXA <laura.cameron@gsa.gov> wrote:

Sure. I sent a message to the team telling them I think this estimate is too low. For comparison, each phase of the Capitol restoration was between 20-30M. And there were 5 phases.
This is not a building that we are going to power wash. No design or Cm costs are included in this project, and I don't think they escalated this to any date. Further, they are only showing a 10% contingency. That is just what I can pick apart quickly.

I also told the team that if things like this were going to Andrew, that I wanted eyes on it.

On Wed, Nov 12, 2025 at 10:43 AM Glenn Rotondo - PX <glenn.rotondo@gsa.gov> wrote:

For discsussion

---------- Forwarded message ---------
From: **Andrew Heller - P1** <andrew.heller@gsa.gov>
Date: Wed, Nov 12, 2025 at 9:21 AM
Subject: Re: Estimate - EEOB
To: Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov>, Glenn Rotondo - 1P <glenn.rotondo@gsa.gov>, Laura Cameron - PXA <laura.cameron@gsa.gov>, Michael Gelber - PD <michael.gelber@gsa.gov>, Liliana Delbonifro - PQ1 <liliana.delbonifro@gsa.gov>, Paige Warren - PT <paige.warren@gsa.gov>, Aimee Whiteman - PC <aimee.whiteman@gsa.gov>, Nicole Diederich - BBP <nicole.diederich@gsa.gov>
Cc: Mohammed Alam - WPM1E <mohammed.j.alam@gsa.gov>

Hi Lorento,

Thanks again for pulling the cost estimate and additional info together for exterior cleaning and window repainting at the EEOB.

There's some interest in learning more about what a project like this might look like in terms of funding, schedule and acquisition strategy, so I'm adding ACs from the appropriate offices as a heads up that I'll find a time for this group to meet and discuss those items.

Folks should feel free to bring others from their offices to that meeting as needed.

Thanks,
Andrew

GSA

**Andrew Heller**
Deputy Commissioner
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

On Fri, Oct 17, 2025 at 11:03 AM Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov> wrote:

Hi Andrew,

Please see the updated estimate, which now includes window painting, for your reference. Initial research into our prospectus limitations suggests we may not encounter an issue, as exterior façade cleaning is generally

considered a recurring activity and therefore not subject to prospectus restrictions. I'll work to confirm this as we move forward.

- Lorento

On Tue, Oct 14, 2025 at 4:34 PM Andrew Heller - P2 <andrew.heller@gsa.gov> wrote:

Awesome, thanks again Lorento!

Andrew

**Andrew Heller**
Deputy Commissioner
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

On Tue, Oct 14, 2025 at 4:08 PM Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov> wrote:

Hi Andrew,

Window numbers weren't included in the initial estimate, Aaron thankfully raised the issue and the efficiencies we could gain by addressing them together, but that came after the first pass was completed. The team is now incorporating those figures to provide a more comprehensive estimate.

You're absolutely right about the potential limitations to keep in mind, so we're tracking that closely and will plan to navigate any hurdles as they arise. I'll have a refreshed estimate over to you within the next day or so.

- Lorento

On Tue, Oct 14, 2025 at 3:12 PM Andrew Heller - P2 <andrew.heller@gsa.gov> wrote:

Hi Lorento,

Thanks so much for you and the team pulling this together! Totally agree on the window repainting given the opportunity. Are those numbers included in the $[redacted] or would we need to add them?

Once we have a good number, I can work with OCFO on a potential funding source. There may be prospectus limitation issues with the painting that we'll need to watch.

Thanks again,
Andrew

**Andrew Heller**
Deputy Commissioner
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

On Tue, Oct 14, 2025 at 2:54 PM Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov> wrote:

Hi Andrew,

Attached is our internal ROM for your reference. I've shared it with Mo, but based on the initial numbers coming in, this is trending toward a small or capital project. With that in mind, I've had

some preliminary conversations with Aaron, our WH Project Executive and led the cleaning efforts back in 2011-2013.

I think we can use this ROM as a funding placeholder for now, but since it's shaping up to be a larger effort, we'll want to develop a more detailed scope and loop in Acquisitions for the bidding process.

Also wanted to get your thoughts on tackling the window repainting while scaffolding is up, it feels like the right time to address it. A beautifully cleaned building with peeling paint windows wouldn't be ideal.

Let me know what you think, and please course correct me if I'm veering off what you had in mind. Appreciate your input as always.

- Lorento

On Wed, Oct 8, 2025 at 6:13 PM Andrew Heller - P2 <andrew.heller@gsa.gov> wrote:

Thank you Lorento, that sounds like a good plan.

Andrew

**Andrew Heller**
Deputy Commissioner
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

On Wed, Oct 8, 2025 at 3:46 PM Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov> wrote:

Hi Andrew,

Happy to support.

Thank you for keeping us informed on the ongoing discussions regarding the potential need for exterior cleaning at EEOB. I had an opportunity to connect with Mo, who is coordinating with his team and historic preservations to have a contractor onsite next week to provide an estimate.

In parallel, I'm coordinating with our in-house estimating team, as well as historic preservations, to develop a ROM for your review by the end of this week. I hope this approach proves helpful as you evaluate options and next steps. Please don't hesitate to reach out with any questions or if there's additional information we can provide, we're happy to assist in any way we can.

- Lorento

On Wed, Oct 8, 2025 at 1:44 PM Andrew Heller - P2 <andrew.heller@gsa.gov> wrote:

Hi Lorento,

Thanks for all of the work on the painting estimate and follow-ups.

There are still some ongoing discussions on the potential need for exterior cleaning at EEOB, so I was wondering if we could develop an estimate in the next few days, then I can work on what funding options would be available, in the event folks would like to move forward.

What do you think, is it possible to develop an estimate by the end of the week?

Thanks again,
Andrew

**Andrew Heller**
Deputy Commissioner
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

On Fri, Oct 3, 2025 at 10:48 AM Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov> wrote:

Good Morning Ryan,

Apologies for the delayed response, I wanted to confer with Mohammed and Heather since prior discussions on cleaning had already taken place. No formal estimates were developed, as those conversations were more exploratory in nature.

From my recent follow up with Heather, it's my understanding that the cleaning option is no longer being pursued "for now". That said, if this is back on the table, we're happy to take it on.

- Lorento

On Tue, Sep 30, 2025 at 2:27 PM Ryan Leppert - AC <ryan.leppert@gsa.gov> wrote:

Do we have a sense on the cost if we decided to clean the exterior, not paint?

-Ryan

On Fri, Aug 22, 2025 at 8:15 AM Douglas Hoelscher - AC-D <douglas.hoelscher@gsa.gov> wrote:

FYI on this get back to the White House

---------- Forwarded message ---------
From: **Douglas Hoelscher - AC-D** <douglas.hoelscher@gsa.gov>
Date: Fri, Aug 22, 2025 at 2:13 PM
Subject: Re: Estimate - EEOB
To: Andrew Heller - P2 <andrew.heller@gsa.gov>

Thanks - was she unhappy with this or other info relayed? Below seems to hit the mail to me

On Fri, Aug 22, 2025 at 2:10 PM Andrew Heller - P2 <andrew.heller@gsa.gov> wrote:

FYI - per my chat.

Thanks,
Andrew

**Andrew Heller**
Deputy Commissioner, Enterprise Strategy
Public Buildings Service
(202) 253-1597
Andrew.Heller@gsa.gov | www.gsa.gov

---------- Forwarded message ---------
From: **Aimee Whiteman - P2** <aimee.whiteman@gsa.gov>

Date: Fri, Aug 22, 2025 at 7:12 AM
Subject: Fwd: Estimate - EEOB
To: Andrew Heller - P2 <andrew.heller@gsa.gov>

Cost estimates did eventually go over to Heather last night. See below.

Aimee

GSA 75 YEARS

***Aimee Whiteman***
Acting Regional Commissioner
National Capital Region
GSA| Public Buildings Service
202.577.9544 | aimee.whiteman@gsa.gov

---------- Forwarded message ---------
From: **Lorento Neequaye - WPIDB** <lorento.neequaye@gsa.gov>
Date: Thu, Aug 21, 2025 at 10:58 PM
Subject: Fwd: Estimate - EEOB
To: Aimee Whiteman - P2 <aimee.whiteman@gsa.gov>

FYI

GSA

**Lorento N. Neequaye**
Public Building Service | National Capital Region
1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

---------- Forwarded message ---------
From: **Mohammed Alam - WPM1E** <mohammed.j.alam@gsa.gov>
Date: Thu, Aug 21, 2025 at 10:55 PM
Subject: Estimate - EEOB
To: Martin, Heather D. EOP/OA <Heather.D.Martin@oa.eop.gov>
CC: Lorento Neequaye - WPIDB <lorento.neequaye@gsa.gov>

Ms. Heather, Good Evening!

Here is the GSA acquired cost estimates to paint the exterior of the EEOB. GSA reached out to multiple vendors requesting a cost estimate for an undefined project using the following criteria and general conditions:

- Paint the building exterior walls a white color using five (5) coats of acrylic based paint for good adhesion to a granite stone surface.
- The building is approximately 673,000 square feet and seven (7) stories tall.
- Cost estimates from the market ranged from approximately $[redacted] to $[redacted]

Below are the projected cost estimates based on materials, labor, scaffolding, etc:

**1. [redacted]**

Labor [redacted]
Materials [redacted]
Scaffold 6 to 8 mos [redacted]
**Total** [redacted]

**2. [redacted]:**

Labor [redacted]
Materials [redacted]
Scaffold 6 to 8 mos [redacted]
**Total** [redacted]

**3. [redacted]**

Labor [redacted]
Materials [redacted]
Scaffold 6 to 8 mos [redacted]
**Total** [redacted]

Since these cost proposals are based on an undefined project, vendors provided the estimate without having knowledge of the location and all site conditions. Therefore, the above cost estimates should be treated as a rough order of magnitude. Actual costs may vary following a project assessment and walkthrough, which may result in a cost increase. Additionally, the length of the project could be extended due to weather or other unforeseen events and conditions.

Please let me know for any other information.

Thank you
Mohammed
--

Mohammed J. Alam
Director
White House Service Center
Public Buildings Service I National Capital Region
(202) 395-2235
(240) 814-4649 (cell)
mohammed.j.alam@gsa.gov I www.gsa.gov

--

**Lorento N. Neequaye**
Public Building Service | National Capital Region
1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

--

**Lorento N. Neequaye**
Public Building Service | National Capital Region

1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

--

**Lorento N. Neequaye**
Public Building Service | National Capital Region
1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

--

**Lorento N. Neequaye**
Public Building Service | National Capital Region
1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

--

**Lorento N. Neequaye**
Public Building Service | National Capital Region
1800 F Street, NW, Washington, DC 20407
202-731-5986 (Mobile) | lorento.neequaye@gsa.gov

--

Glenn C. Rotondo
Assistant Commissioner
Office of Program and Project Management
Public Buildings Service

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

--

**Laura Cameron, P.E., PMP**
Deputy Assistant Commissioner
Office of Programs and Project Management (OPPM)
Office of Federal and Lease Projects (FLPO)
1800 F Street NW - Seat 6460
Washington DC 20407
Phone Number: 1-240-935-2952

| | | | | | |
|---|---|---|---|---|---|
| **ROM - ESTIMATE WORKSHEET** | * ORG Code: | P1140001 ODC - Capital Proj | * Building # | * Severable / Non-Severable | * Owned/Leased? |
| * New RWA / Amendment / or N/A? Select in cell below | | | DC0035ZZ | Non-Severable | Gov't Owned |
| N/A: No GSA Fees Added > Procurement / Non BA80 IGE | * Project Description: | Clean the façade of the Executive Bldg - ROM | | | * Enter RWA Number Below |
| Only input new line items or an increase/decrease (negative quantity) of line items from prior IGE. Enter prior RWA amounts in Cells K10-14 and K17-19, per Cell I7. | * City, State<br>Washington, DC | | | | |
| * Estimator's Signature:<br>*Omar Yousif / Guillermo A* | * Estimated By:<br>Omar Yousif/Guillermo A | | * Date: 10/09/25 | | Work Item No. |
| | | | * Sheet No. 1 of 2 | | * Mandatory Info |

| * Regular or OT Labor? Select in cell below<br>Straight Time Labor<br>DESCRIPTION OF WORK | QUANTITY<br>No. Units | <br>Unit Measure | MATERIAL<br>Per Unit | <br>Subtotals | Straight Time Labor<br>Per Unit | <br>Subtotals | SUBTOTALS |
|---|---|---|---|---|---|---|---|
| FOR OFFICIAL USE ONLY | | | | | | | |
| THIS ESTIMATE SHOULD BE REVALIDATED AFTER 120 DAYS | | | | | | | |
| NOTES REGARDING THIS ESTIMATE | | | | | | | |
| This estimate of probable project design and construction cost is based on our professional training and experience in the design and construction industry. It represents the professional opinion of probable design and construction costs of the estimator(s). We cannot guarantee that proposals, bids, quantities, and/or final design and construction costs will not vary from this opinion as we have no control over the cost of labor and material, competitive bidding, procurement strategy, or market conditions. This estimate is based on our experience and adjusted to accommodate factors known to us at the time the estimate is prepared. The project team should review this estimate in detail for items that may not be consistent with the project intent. This estimate is based upon a competitive bid procurement method with a minimum of three responsive and responsible bidders. Any single source selection and/or single source product specifications will have an impact on the overall cost. This estimate does not include impacts due to contracting methods other than "open" competitive procurement. Pricing may be at variance for negotiated contracts. Pricing may be at variance for a HUB Zone and/or "set-aside" contract award. | | | | | | | |
| Please be advised that this estimate is a procurement sensitive document and must not be disseminated either electronically or otherwise transmitted outside the GSA procurement team. | | | | | | | |
| Completion of undefined work & details allowance | | | | | | | |
| **Totals From Page 2 (if applicable)** | | | | [redacted] 0 | - | [redacted] | [redacted] |
| >> If used below, a Lump Sum overrides that line item's % calculation amount | | | Subtotal Mat'l: | [redacted] | Subtotal Labor: | [redacted] | [redacted] |
| Labor Burden (% based on straight time, not OT rate) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| | | | | | | Subtotal Construction: | [redacted] |
| Overhead (typically ≤ 10%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Subtotal | [redacted] |
| Profit (typically ≤ 10%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Subtotal | [redacted] |
| Bond (typically ≤ 3%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Subtotal | [redacted] |
| GC Commission/Lessor's Fee (typically ≤ 10%) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| | | | | | | Estimated Cost of Construction Award (ECCA): | [redacted] |
| Construction Contingency | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Estimated Construction Cost (ECC): | [redacted] |
| | Real Property Amount w/o GSA fees of RWA being amended (ECC (or ESC) plus any amendment Real Property Amount from prior IGE)> | | | | | $ - | [redacted] |
| Space Planning and Studies | Enter Lump Sum to right - Select Function Code in Cell I47 | | | | | | |
| Design (typically ≤ 10% of ECC) | | Enter % in cell to left or Lump Sum to right > | | | | FC - PG211 > | |
| Management and Inspection (typically ≤ 10% of ECC) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| Misc Construction Cost: (Enter Description, e.g., Industrial Hygienist, Other Specialists, etc., in cell F39 on SCE) | Qty | Unit | Mat'l Per Unit | Mat'l Subtotal | Labor Per Unit | Labor Subtotal | <<<<< >>>>> |
| | | | | | | Construction Associated Total : | [redacted] |
| Apply a Repair Threshold/TIA Credit? Select 'Yes' or 'N/A' in 'Cell D53' to right > | | Yes | Enter applicable Threshold/TIA credit in 'Cell H53' > | | | | |
| GSA 4% Management Fee DOES NOT APPLY to the line items in rows 54 - 61 below | | | | | | Construction Associated Total : | [redacted] |
| Personal Property / Other Costs | Qty | Unit | Per Unit | Mat'l Subtotals | Per Unit | Labor Subtotals | <<<<< >>>>> |
| Moving | | | | | | | |
| Telephones / Telecommunications | | | | | | | |
| Furniture | | | | | | | |
| IT | | | | | | | |
| Security Services (Escorts, Security Guards, Etc.) | | | | | | | |
| Misc. Personal Property (Describe in cell F67 on SCE) | | | | | | | |
| | | | | | | Personal Property Associated Subtotal: | |
| Personal Property Contingency | | Enter % in cell to left or Lump Sum to right > | | | | FC - PGD35 > | |
| | | | | | | Total Costs Assoc. with Personal Property : | [redacted] |
| | Function Code PGD35 Total from the IGE of the RWA you are amending > | | | | | $ - | |
| | | | | | | Estimated Total Project Cost (ETPC): | [redacted] |
| | | | | | | GSA RWA Fees: | |
| | | | | | | **IGE TOTAL AMOUNT =** | [redacted] |

| ROM - ESTIMATE WORKSHEET | ORG Code | | Building Number | | Owned/Leased? |
|---|---|---|---|---|---|
| New RWA or Amendment? | P1140001 | | DC0035ZZ | | Gov't Owned |
| : No GSA Fees Added > Procurement / Non BA80 I | Project Description: | Clean the façade of the Executive Bldg - ROM | | | RWA Number |
| | City/State | | | | |
| | Washington, DC | | | | |
| | Estimated By: | | Date: | | Work Item No. |
| | Omar Yousif/Guillermo A | | 10/09/25 | | |
| | | | Sheet No. | 2 of 2 | |

| Straight Time Labor<br>DESCRIPTION OF WORK | QUANTITY<br>No.<br>Units | <br>Unit<br>Measure | MATERIAL<br>Per<br>Unit | <br><br>Subtotals | Straight Time Labor<br>Per<br>Unit | <br><br>Subtotals | SUBTOTALS |
|---|---|---|---|---|---|---|---|
| FOR OFFICIAL USE ONLY | | | | | | | |
| | | | | | | | |
| | [redacted] | | | | | | |
| Field Supervision | | | | | | | |
| Historic Preservation Expert | | | | | | | |
| Escort | | | | | | | |
| Mockup & Testing | | | | | | | |
| | | | | | | | |
| Misc. Protection | | | | | | | |
| Equioment Rental | | | | | | | |
| Scaffolding | | | | | | | |
| | | | | | | | |
| Clean Exterior Façade | | | | | | | |
| Power Wash | | | | | | | |
| Job Site Final Cleaning. | | | | | | | |
| | | | | | | | |
| Minor Patch & Repair Work - Allowance | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Security Requirements | | | | | | | |
| | | | | | | | |
| Prime Contractor Genenral Conditions | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Note:** | | | | | | | |
| This is a Rough Order of Magnitude (ROM) estimate | | | | | | | |
| that has been generated from the information | | | | | | | |
| provided. A more detailed estimate or IGE will be | | | | | | | |
| prepared once additional and specific information | | | | | | | |
| has been provided. | | | | | | | |
| | | | | | | | |
| **Exclusions:** | | | | | | | |
| Major repair work | | | | | | | |
| Roof work | | | | | | | |
| Copper panel cleaning | | | | | | | |
| Painting | | | | | | | |
| Work during non business hours | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | - | | |
| **Total Amount for Page 2** | | | | [redacted] | [redacted] | [redacted] | [redacted] |

## ROM - ESTIMATE WORKSHEET

| | | | | |
|---|---|---|---|---|
| * ORG Code: P1140001 ODC - Capital Proj | * Building # DC0035ZZ | * Severable / Non-Severable: Non-Severable | * Owned/Leased? Gov't Owned | |

* New RWA / Amendment / or N/A? Select in cell below: N/A: No GSA Fees Added > Procurement / Non BA80 IGE

Only input new line items or an increase/decrease (negative quantity) of line items from prior IGE. Enter prior RWA amounts in Cells K10-14 and K17-19, per Cell I7.

* Project Description: Paint the façade of the Executive Bldg (EEOB) - ROM

* City, State: Washington, DC

* Enter RWA Number Below

* Estimator's Signature: *Omar Yousif / Guillermo Arrazola*

* Estimated By: Omar Yousif/Guillermo Arrazola

* Date: 12/01/25

* Sheet No. 1 of 2

Work Item No.

* Mandatory Info

* Regular or OT Labor? Select in cell below: Straight Time Labor

| DESCRIPTION OF WORK | QUANTITY No. Units | QUANTITY Unit Measure | MATERIAL Per Unit | MATERIAL Subtotals | Straight Time Labor Per Unit | Straight Time Labor Subtotals | SUBTOTALS |
|---|---|---|---|---|---|---|---|
| FOR OFFICIAL USE ONLY | | | | | | | |
| THIS ESTIMATE SHOULD BE REVALIDATED AFTER 120 DAYS | | | | | | | |
| NOTES REGARDING THIS ESTIMATE | | | | | | | |
| This estimate of probable project design and construction cost is based on our professional training and experience in the design and construction industry. It represents the professional opinion of probable design and construction costs of the estimator(s). We cannot guarantee that proposals, bids, quantities, and/or final design and construction costs will not vary from this opinion as we have no control over the cost of labor and material, competitive bidding, procurement strategy, or market conditions. This estimate is based on our experience and adjusted to accommodate factors known to us at the time the estimate is prepared. The project team should review this estimate in detail for items that may not be consistent with the project intent. This estimate is based upon a competitive bid procurement method with a minimum of three responsive and responsible bidders. Any single source selection and/or single source product specifications will have an impact on the overall cost. This estimate does not include impacts due to contracting methods other than "open" competitive procurement. Pricing may be at variance for negotiated contracts. Pricing may be at variance for a HUB Zone and/or "set-aside" contract award. | | | | | | | |
| Please be advised that this estimate is a procurement sensitive document and must not be disseminated either electronically or otherwise transmitted outside the GSA procurement team. | | | | | | | |
| Totals From Page 2 (if applicable) | | | | [redacted] | [redacted] | [redacted] | [redacted] |
| >> If used below, a Lump Sum overrides that line item's % calculation amount | | | Subtotal Mat'l: | [redacted] | Subtotal Labor: | [redacted] | [redacted] |
| Labor Burden (% based on straight time, not OT rate) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| | | | | | | Subtotal Construction: | [redacted] |
| Overhead (typically ≤ 10%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Subtotal | [redacted] |
| Profit (typically ≤ 10%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] 3 |
| | | | | | | Subtotal | [redacted] |
| Bond (typically ≤ 3%) | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Subtotal | [redacted] |
| GC Commission/Lessor's Fee (typically ≤ 10%) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| | | | | | | Estimated Cost of Construction Award (ECCA): | [redacted] |
| Construction Contingency | [redacted] | Enter % in cell to left or Lump Sum to right > | | | | | [redacted] |
| | | | | | | Estimated Construction Cost (ECC): | [redacted] |
| | Real Property Amount w/o GSA fees of RWA being amended (ECC (or ESC) plus any amendment Real Property Amount from prior IGE)> | | | | | $ - | [redacted] |
| Space Planning and Studies | Enter Lump Sum to right - Select Function Code in Cell I47 | | | | | | |
| Design (typically ≤ 10% of ECC) | | Enter % in cell to left or Lump Sum to right > | | | | FC - PG211 > | |
| Management and Inspection (typically ≤ 10% of ECC) | | Enter % in cell to left or Lump Sum to right > | | | | | |
| Misc Construction Cost: (Enter Description, e.g., Industrial Hygienist, Other Specialists, etc., in cell F39 on SCE) | Qty | Unit | Mat'l Per Unit | Mat'l Subtotal | Labor Per Unit | Labor Subtotal | <<<<< >>>>> |
| | | | | | | Construction Associated Total : | [redacted] |
| Apply a Repair Threshold/TIA Credit? Select 'Yes' or 'N/A' in 'Cell D53' to right > | | | Yes | Enter applicable Threshold/TIA credit in 'Cell H53' > | | | |
| GSA 4% Management Fee DOES NOT APPLY to the line items in rows 54 - 61 below | | | | | | Construction Associated Total : | [redacted] |
| Personal Property / Other Costs | Qty | Unit | Per Unit | Mat'l Subtotals | Per Unit | Labor Subtotals | <<<<< >>>>> |
| Moving | | | | | | | |
| Telephones / Telecommunications | | | | | | | |
| Furniture | | | | | | | |
| IT | | | | | | | |
| Security Services (Escorts, Security Guards, Etc.) | | | | | | | |
| Misc. Personal Property (Describe in cell F67 on SCE) | | | | | | | |
| | | | | | | Personal Property Associated Subtotal: | |
| Personal Property Contingency | | Enter % in cell to left or Lump Sum to right > | | | | FC - PGD35 > | |
| | | | | | | Total Costs Assoc. with Personal Property : | [redacted] |
| | Function Code PGD35 Total from the IGE of the RWA you are amending > | | | | | $ - | |
| | | | | | | Estimated Total Project Cost (ETPC): | [redacted] |
| | | | | | | GSA RWA Fees: | |
| | | | | | | IGE TOTAL AMOUNT = | [redacted] |

| ROM - ESTIMATE WORKSHEET | ORG Code | Building Number | Owned/Leased? |
|---|---|---|---|
| New RWA or Amendment? | P1140001 | DC0035ZZ | Gov't Owned |
| : No GSA Fees Added > Procurement / Non BA80 I | Project Description: Paint the façade of the Executive Bldg (EEOB) - ROM | | RWA Number |
| | City/State: Washington, DC | | |
| | Estimated By: Omar Yousif/Guillermo Arrazola | Date: 12/01/25<br>Sheet No. 2 of 2 | Work Item No. |

| Straight Time Labor<br>DESCRIPTION OF WORK | QUANTITY<br>No. Units | Unit Measure | MATERIAL<br>Per Unit | Subtotals | Straight Time Labor<br>Per Unit | Subtotals | SUBTOTALS |
|---|---|---|---|---|---|---|---|
| FOR OFFICIAL USE ONLY | | | | | | | |
| | | | | | | | |
| | [redacted] | | | | | | |
| Field Supervision | | | | | | | |
| Historic Preservation Expert | | | | | | | |
| Escort | | | | | | | |
| Mockup & Testing | | | | | | | |
| | | | | | | | |
| Misc. Protection | | | | | | | |
| Equipment Rental | | | | | | | |
| Scaffolding | | | | | | | |
| | | | | | | | |
| Clean Exterior Façade | | | | | | | |
| Power Wash | | | | | | | |
| Prep Facade for Paint | | | | | | | |
| Paint Façade | | | | | | | |
| Paint Exterior Window frames | | | | | | | |
| | | | | | | | |
| Job Site Final Cleaning | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Security Requirements | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Prime Contractor Genenral Conditions | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Note:** | | | | | | | |
| This is a Rough Order of Magnitude (ROM) estimate | | | | | | | |
| that has been generated from the information | | | | | | | |
| provided. A more detailed estimate or IGE will be | | | | | | | |
| prepared once additional and specific information | | | | | | | |
| has been provided. | | | | | | | |
| | | | | | | | |
| **Exclusions:** | | | | | | | |
| All repair work. | | | | | | | |
| Any Roof work | | | | | | | |
| Copper panel cleaning | | | | | | | |
| Any type of work inside the building | | | | | | | |
| Work during non business hours | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | - | | |
| **Total Amount for Page 2** | | | | [redacted] | [redacted] | [redacted] | [redacted] |