**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendants' Motion to Dismiss filed January 29, 2026, the Court hereby ORDERS that:

1. Defendants' Motion for Summary Judgment is GRANTED.
2. The Clerk of the Court shall enter judgment for Defendants on each of Plaintiffs' claims.

**SO ORDERED** this ____ day of ___________, 2026

________________________________

HON. DABNEY L. FRIEDRICH

United States District Judge