AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, DC PRESERVATION LEAGUE )
)
*Plaintiff* )
v. ) Case No. 1:25-cv-03969
DONALD J. TRUMP, GENERAL SERVICES ADMINISTRATION, MICHAEL J. RIGAS, NATIONAL PARK SERVICE, JESSICA BOWRON )
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CULTURAL HERITAGE PARTNERS, PLLC, GREGORY ALAN WERKHEISER, MARION FORSYTH WERKHEISER, and DC PRESERVATION LEAGUE.

Date: 02/05/2026

/s/ Caitlin Grace McCurdy

*Attorney's signature*

Caitlin Grace McCurdy, Bar No. NH0004

*Printed name and bar number*

1711 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006

*Address*

caitlin@culturalheritagepartners.com

*E-mail address*

804-499-2736

*Telephone number*

866-875-6492

*FAX number*