UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS,
PLLC, *et al.*,

        Plaintiffs,

    v.

GENERAL SERVICES
ADMINISTRATION, *et al.*,

        Defendants.

Case No. 1:25-cv-03969-DLF

**JOINT STATUS REPORT WITH PROPOSED BRIEFING SCHEDULES**

On February 6, 2026, the Court ordered Plaintiffs to file an amended complaint on or before February 19, 2026. (Minute Order Feb. 6, 2026). The Court's order further directed the parties to meet and confer and to file, on or before February 20, 2026, a proposed briefing schedule in relation to the issues raised in the amended complaint. *Id.*; *see also* Hr'g Tr. at 13:1–13:4 ("I would ask that the parties meet and confer once that complaint is filed and submit a schedule for further briefing on the issues raised in the complaint.") (Feb. 6, 2026). Plaintiffs filed their amended complaint on February 19, 2026. Dkt. No. 34. Earlier today, the parties met and conferred via Zoom and were able to reach an agreement on a proposed briefing schedule.

The parties propose that the Court set a briefing schedule as follows:

**March 13, 2026**    Defendants' Motion to Dismiss Plaintiffs' Amended Complaint

**March 27, 2026**    Plaintiffs' Opposition to Defendants' Motion to Dismiss

**April 8, 2026**    Defendants' Reply in Support of Their Motion to Dismiss

Plaintiffs alone add that while it is not included in the proposed schedule above, Plaintiffs are aware that Local Rule 7(n)(1) requires Defendants to file, simultaneously with any dispositive motion, including a motion to dismiss, a certified list of the contents of the administrative record with the Court. Plaintiffs expressly reserve the right to seek appropriate relief, including an order compelling compliance with Local Rule 7(n)(1), upon review of Defendants' March 13, 2026 filing.

Dated: February 20, 2026                    Respectfully submitted,

                                                                 Adam R.F. Gustafson
                                                                  Principal Deputy Assistant Attorney General

                                                                Marissa Piropato
                                                               Deputy Chief, Natural Resources Section

*/s/ Michelle Ramus*
Michelle Ramus
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov

*Counsel for Defendants*

/s/ Gregory Alan Werkheiser
Bar No. VA210
Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:  greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser

2

Bar No. 486465
Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Lydia Dexter
Bar No. OR0032
Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

/s/ Jessie Barrington
Bar No. VA224
Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: jessie@culturalheritagepartners.com

/s/ Caitlin McCurdy, Bar No. NH0004
Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: caitlin@culturalheritagepartners.com

COUNSEL FOR PLAINTIFFS