IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CULTURAL HERITAGE PARTNERS, PLLC**, et al.,

Plaintiffs,

v.

**DONALD J. TRUMP**, et al.,

Defendants.

Civil Action No. 1:25-cv-03969-DLF

**UNOPPOSED MOTION TO CLARIFY COURT'S FEBRUARY 20, 2026 MINUTE ORDER**

**Unopposed Motion to Clarify Court's February 20, 2026 Minute Order**

Plaintiffs respectfully move the Court to clarify the schedule for further proceedings. The Parties filed a Joint Status Report on February 20, 2026, proposing that Defendants file a Motion to Dismiss by March 13, 2026. ECF No. 35 at 1. In response, this Court issued a Minute Order on February 20, 2026, stating that "the defendants shall file, on or before March 13, 2026, their motion to dismiss and motion for summary judgment."

Plaintiffs request that the Court clarify if Defendants must brief summary judgment alongside its forthcoming motion to dismiss as the Minute Order states, or if Defendants may brief solely its motion to dismiss, as the Parties proposed in their Joint Status Report.

Plaintiffs respectfully add that if the Court did intend to order Defendants to file both a motion to dismiss and motion for summary judgement, that the Court clarify that an administrative record is also required to be filed on or before March 13, 2026, consistent with Local Civil Rule

**UNOPPOSED MOTION TO CLARIFY COURT'S FEBRUARY 20, 2026 MINUTE ORDER** - 1

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

7(n), this Court's Standard Order (ECF No. 6 at 4), and its prior Minute Orders dated December 12, 2025 and January 17, 2026.

### LCVR 7(m) Certification and Defendants' Response

Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with counsel for Defendants regarding this Motion on February 23, 2026. Counsel for Defendants responded on February 23, 2026. Their position is as follows:

> The Federal Defendants agree that the Court should clarify that Defendants should file only a motion to dismiss, as agreed in the parties' joint status report [35]. The Federal Defendants believe that proceeding with briefing of a motion to dismiss only without an administrative record is consistent with the concerns raised by the Court during the February 6, 2026 telephonic status conference about addressing threshold issues prior to addressing the administrative record issues. Hr'g Tr. at 4:13–4:21 ("As I see it, the administrative record issue is very much tied up with the Court's consideration of the defendants' pending dispositive motion, and as for GSA allegedly violating its commitment to not delegate its authority before March, that, too, in my view, depends on forthcoming briefing and whether the Office of Administration does indeed have independent authority under a separate statute to oversee this project without any GSA delegation. But I think both of those legal issues need further briefing before the Court can really address them."). Depending on how the motion to dismiss is resolved, the lodging of a record and/or motions for summary judgment may prove altogether unnecessary or the scope of a potential record and associated briefing may be narrowed.

### Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court clarify the schedule for further proceedings.

Date: February 23, 2026

Respectfully submitted,

/s/ Gregory Alan Werkheiser
Bar No. VA210

**UNOPPOSED MOTION TO CLARIFY COURT'S FEBRUARY 20, 2026 MINUTE ORDER  -  2**

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser
Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Lydia Dexter
Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

/s/ Jessie Barrington
Bar No. VA224
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: jessie@culturalheritagepartners.com

/s/ Caitlin McCurdy, Bar No. NH0004
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025,
Washington, DC 20006
Tel: (202) 567-7594
Email: caitlin@culturalheritagepartners.com

COUNSEL FOR PLAINTIFFS

**UNOPPOSED MOTION TO CLARIFY COURT'S FEBRUARY 20, 2026 MINUTE ORDER** - 3

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

/s/ *Gregory Alan Werkheiser*

GREGORY ALAN WERKHEISER

Counsel for Plaintiffs

**UNOPPOSED MOTION TO CLARIFY COURT'S FEBRUARY 20, 2026 MINUTE ORDER** - 4

Cultural Heritage Partners, PLLC
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
Office: 202-567-7594