UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-03969-DLF |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Rule 12(b)(6), Defendants,[1] by and through undersigned counsel of record, respectfully move the Court to dismiss Plaintiffs' Complaint in the above-captioned civil action for the reasons set forth in the accompanying memorandum of points and authorities.

\* \* \*

---

[1]     Defendants are President Donald J. Trump in his official capacity as President of the United States; Edward C. Forst in his official capacity as Acting Administrator of the General Services Administration; the General Services Administration; the National Park Service; and Jessica Bowron in her official capacity the NPS Comptroller, exercising the delegated authority of the Director of the National Park Service.

1

Dated: March 13, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

*/s/ Michelle Ramus*
Michelle Ramus
Mark Widerschein
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Ramus@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

2