# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-03969-DLF |

**SECOND DECLARATION OF HEATHER MARTIN,
DEPUTY ASSISTANT TO THE PRESIDENT**

I, Heather Martin, declare as follows:

1.  I am a Deputy Assistant to the President, a Presidentially Commissioned Officer.  In addition, I am the Chief Financial Officer and Deputy Director of the Office of Administration ("OA").  OA is a component of the Executive Office of the President ("EOP").

2.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.  I previously signed a declaration that was filed with the Court in this action on January 29, 2026. Dkt. No. 27-2. This second declaration updates my prior declaration.

4.  In my first declaration, I stated that should the President decide to proceed with having the EEOB power-washed/cleaned, repointed, and painted (collectively, the "Project"), OA voluntarily committed to comply with any statutory and regulatory processes that might apply to the Project if it did not involve the EEOB and if OA were not managing it, to include the National Environmental Policy Act and the National Historic Preservation

1

Act. Further, in the event the President decides to proceed with the Project, OA voluntarily committed to consult with, and participate in public processes established by, the Commission of Fine Arts ("CFA"), the Advisory Council on Historic Preservation ("ACHP"), the National Capital Planning Commission ("NCPC"), and the D.C. State Historic Preservation Office ("D.C. SHPO")—to the extent they deem it appropriate to consult regarding the Project—prior to taking any final action on the Project. Finally, OA committed not to authorize or take any action to implement the Project unless and until: (1) the President directs it to do so; and (2) the foregoing processes have been completed. OA hereby reaffirms those commitments.

<u>National Environmental Policy Act</u>

5.  Since my first declaration, OA has engaged a contractor to begin work on an environmental assessment ("EA") under the National Environmental Policy Act. OA anticipates providing at least thirty days for public comment on the EA once it is finalized.  OA anticipates that the EA will be finalized no earlier than June 24, 2026.

<u>Submission to the NCPC</u>

6.  The NCPC is a twelve-member commission.  All twelve commission seats are currently filled. The NCPC is also supported by a staff of planners, architects, urban designers, and other professionals. See https://www.ncpc.gov/about/staff/ for a description of NCPC staff.

7.  The NCPC does not have any promulgated regulations; instead, guidance for proceeding before the NCPC is set out in the June 6, 2024 NCPC Submission Guidelines. However, my understanding is that the process as set forth in the guidelines is flexible.

8. I have met informally with NCPC staff to discuss the Project and established a briefing and review schedule. We have agreed to the following schedule: OA intends to submit the initial application for the Project on April 3, 2026; the initial concept review meeting is scheduled to take place on May 7, 2026; OA intends to submit the final NCPC submission on June 5, 2026; and the final review meeting is scheduled to take place on July 9, 2026.

Submission to the CFA

9. The CFA is comprised of seven commission members, all of whom are appointed by the President. All seven commission seats are filled. The CFA is staffed by full-time civil service employees that administer the operations of the CFA and the Old Georgetown Board. See https://www.cfa.gov/about.cfa/who-we-are for a description of the CFA staff positions.

10. I have met informally with CFA staff to discuss the project and established a briefing and review schedule. We have agreed to the following schedule: OA intends to submit the initial application for the Project on April 2, 2026; the initial concept review meeting is scheduled to take place on April 16, 2026; OA intends to submit the final CFA submission on June 4, 2026; and the final review meeting is scheduled to take place on June 18, 2026.

Submission to the ACHP and the D.C. SHPO

11. The ACHP is an independent federal agency comprised of 24 statutorily designated members from federal agencies, preservation organizations, Indian tribes, and expert private citizens. Of the 24 council seats, 23 are currently filled. The ACHP is also staffed

by full-time civil service employees. The ACHP is primarily responsible for overseeing the requirements of Section 106 of the NHPA.

12. The D.C. SHPO is responsible for administering national historic preservation programs within the District of Columbia.

13. I am in contact with the ACHP and the D.C. SHPO to determine whether they deem it appropriate to consult on the Project.

14. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.


Executed this 13th day of March, 2026, in the City of Washington, District of Columbia.

HEATHER MARTIN
Digitally signed by HEATHER MARTIN
Date: 2026.03.13 13:58:46 -04'00'

Heather Martin