AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CULTURAL HERITAGE PARTNERS, et al.
*Plaintiff*
v.
GENERAL SERVICES ADMINISTRATION, et al.
*Defendant*

Case No. 1:25-cv-03969-DLF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CULTURAL HERITAGE PARTNERS, PLLC; GREGORY WERKHEISER; MARION WERKHEISER; and DC PRESERVATION LEAGUE .

Date: 06/02/2026

/s Charles N. Curtlett, Jr.
*Attorney's signature*

Charles N. Curlett, Jr., Bar No. 497920
*Printed name and bar number*

1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
*Address*

charles@culturalheritagepartners.com
*E-mail address*

(202) 567-7594
*Telephone number*

(866) 875-6492
*FAX number*