# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-03969-DLF |

**THIRD DECLARATION OF HEATHER MARTIN,
DEPUTY ASSISTANT TO THE PRESIDENT**

I, Heather Martin, declare as follows:

1. I am a Deputy Assistant to the President, a Presidentially Commissioned Officer, and I am also the Chief Financial Officer and Deputy Director of the Office of Administration ("OA"). OA is a component of the Executive Office of the President ("EOP").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I have previously submitted two declarations in connection with this case. *See* Dkt. No. 28-2 (First Declaration of Heather Martin) and Dkt. No. 38-2 (Second Declaration of Heather Martin).

3. In my current position as Deputy Director of OA and a Presidentially Commissioned Officer, I am responsible for carrying out, among other things, OA's mission to provide comprehensive facilities management services for components of the EOP and otherwise providing advice and assistance to the President or his immediate staff on any matter assigned to my supervision. Currently, I am overseeing an investigation into the feasibility

1

of various measures that would improve, restore, and better preserve the Eisenhower Executive Office Building's ("EEOB") granite façade and am providing regular updates from that investigation to the OA Director. As part of this investigation, I am analyzing the best methods for (1) cleaning, restoring, and preserving the stone masonry of the EEOB and (2) evaluating potential effects associated with painting its granite façade.

4. To assist in conducting these analyses, OA procured the services of reputable environmental services contractor ("Environmental Consultant") to provide additional information on the range of potential effects that cleaning, repointing, and painting could have on the building. In evaluating the EEOB, OA and the Environmental Consultant identified several areas where the façade is deteriorating, including areas of granular disintegration, delamination, spalling, cracking, and staining. In researching effects associated with particular alternatives it also became clear that there is a dearth of published scientific evidence on the potential effects of using a mineral silicate paint on a granite base and the ability to remove it.

5. To obtain the most accurate data to inform the government's decision-making process, OA intends to conduct comprehensive testing to (a) identify the causes associated with deteriorating areas of the EEOB's façade; (b) develop effective methodologies to clean and otherwise repair and restore degraded areas of the stone masonry; (c) identify what actions would be necessary to successfully paint the façade; (d) determine what, if any, adverse effects such paint could have on the EEOB's exterior façade; (e) evaluate available methods for removal of the paint if ultimately applied.

6. To carry out the testing objectives, OA conducted market research and identified a preeminent subject matter expert in civil engineering and applied sciences ("Building

Consultant") to create a testing protocol and perform the testing. Further, the Building Consultant is planning to hire an independent third-party reviewer to perform a peer review of the testing process and to ensure the scientific findings are accurate.

7. For these purposes, OA intends to carefully undertake the minimally invasive Façade Condition Assessment and Painting Feasibility Study detailed below. OA intends to begin the testing as soon as possible. The Façade Condition Assessment and Painting Feasibility Study will begin on July 30, 2026 and testing of petrographic samples extracted from the building will follow the on-site portion of the work.

**Façade Condition Assessment**

8. **Visual and Hands-On Surveys.** The Building Consultant will complete a visual survey and hands-on survey of representative areas of the granite façade, using a mobile elevating work platform, to document the condition of the granite façade and evaluate the characteristics of the existing stone. The survey will include several tasks, including (i) sounding units with a nylon mallet to detect delaminated panel sections; (ii) a stone surface profile assessment to determine whether the granite retains its original tooling or is weathered to an open texture; (iii) joint probing with nonmetallic scrapers to identify jointing material condition and measure depth of surface erosion; (iv) moisture testing to measure the stone's near-surface relative moisture content; (v) absorption testing at different elevations and exposures to compare relative stone absorption rates. Based on discussions with the Building Consultant, my understanding of the tests are as follows:

   a. With regard to (i) above, sounding a building material with a mallet is a traditional method to understand if a particular building material may contain delamination or deterioration that is not visible at the surface; a delaminated or deteriorated material

3

will make an audibly different sound from a structurally sound material when struck.

b. With regard to (ii) above, a stone surface profile assessment is an evaluation of the surface roughness of the stone using one's hands or other technical equipment to physically trace the surface of a building material. Establishing a general understanding of the stone's surface profile will help determine required surface preparatory work prior to paint application, inform results of paint adhesion testing, and allow for comparison of the stone surface condition between pre-painting application and post-painting removal.

c. With regard to (iii) above, joint probing involves poking or prodding the mortar between stones with a plastic rod or other similar tool to understand soundness, evaluate bond, and assess integrity of the mortar.

d. With regard to (iv) and (v) above, moisture and absorption testing involves controlled application of water to the masonry to evaluate the extent to which water is absorbed by the stone. The tests will evaluate relative absorption at various elevations, conditions, and profiles (e.g., texture, architectural features) of the existing stone as compared to new similar stone, and to existing painted stone , to understand how the various factors influence stone absorption qualities. These tests will ultimately provide an indication of the masonry's condition and its ability to resist water leakage and uptake.

9. These surveys are non-destructive and will provide information on the surface condition of the façade, inform OA's approach to any cleaning, repair and preservation activities, or application of other surface treatments, and provide a basis to predict the long-range effects

of those treatments to the building. It will also provide guidance on potential paint application approaches and any surface preparations that could minimize potential negative effects.

10. **Petrographic Analysis:** As part of the hands-on survey, the Building Consultant also intends to extract up to ten representative core samples from targeted areas on the building's façade, including areas that are experiencing visible deterioration. Where feasible, pieces of the exterior granite that are already loose or broken will be targeted for core sample removal if representative of the broader conditions of the building as identified by the survey. [See attached recent photos for examples of deteriorating areas targeted for examination]. The core samples will each be two inches in diameter and depth and will be lab-tested to evaluate the microstructural condition of the stone (e.g., microfractures, grain separation), stone mineral composition, surface condition, including the presence of preexisting coatings and contaminants, and weathering effects. Consistent with the Department of Interior Standards for the Treatment of Historic Properties ("DOI Standards"), partial depth core holes will be repaired with traditional stone repair techniques using materials that generally match the existing materials as closely as feasible (e.g., epoxy-set dutchmen or repair mortar). The petrographic analysis will provide information on the sources of degradation, measures that can be implemented to repair or preserve such areas against further deterioration, and insight on effective methodologies for cleaning. In addition, it will outline approaches for surface preparation, coating application, and paint removal in the event that the building is painted.

**Painting Feasibility Study**

11. In addition to the Façade Condition Assessment described above, OA also intends to carry out a Painting Feasibility Study on existing stone at the EEOB to evaluate strength of adhesion and methods for the removal of mineral silicate paint from the EEOB's granite façade.

12. As background, on or about April 30, 2026, Building Consultant conducted an adhesion and removal test on a sample stone ("the sample"). The sample was a pink granite panel procured from the same quarry as the original EEOB building basement facade stone. Approximately half of the sample was coated with a photocatalytic, mineral silicate paint, without the use of a primer/prime coat and without any mechanical surface preparation.

13. The sample was a newly procured stone so, while OA believes it to be similar to the façade stone used at the base of the EEOB, it may not exhibit the same surface characteristics of the existing, weathered stone surfaces on the EEOB. Therefore, to ensure that any decision to improve the façade would not irreversibly alter the national historic landmark, OA intends to perform the feasibility study to better understand whether the results achieved on the sample would differ if applied to the particular granite making up the remainder of the EEOB's façade and otherwise possessing its same qualities and characteristics.

14. Because samples of identical granite that have been exposed to the elements for a similar amount of time as the façade are not available, OA intends to establish a small testing area on the EEOB composed of four 2 foot by 2 foot panels at an inconspicuous location to evaluate: (a) the ability of two different mineral silicate paints to bond to the EEOB's granite surface without the need for any surface abrasion and (b) their subsequent ability to be removed from the stone without abrasive or damaging media. Two panels will consist

of the pink granite, while the other two will consist of grey granite. For each test area, the Building Consultant will, consistent with the DOI Standards, use the gentlest means possible to clean the stone, apply one of the potential options for mineral silicate paint and, after sufficient cure time, remove the paint from that test area.

15. As part of this study, the Building Consultant will also extract three core samples (for a total of thirteen core samples, *see supra* ¶ 10) from the EEOB testing area for petrographic analysis to evaluate the impacts that coating application, curing, and removal may have had on the stone. The Building Consultant will compare petrographic imagery of existing stone cores taken as part of the Façade Condition Assessment with core samples from the Painting Feasibility Study following paint removal, to evaluate the impact of paint application and removal on the stone surface and to understand how the stone surface condition influences paint adhesion.

16. After the testing is completed and the results documented, the stone will be cleaned consistent with the DOI Standards (i.e., using the gentlest removal means possible). The Building Consultant will start with pressure washing at relatively low pressure and work up in pressure until the coating is removed. OA will complete any repairs necessary to restore the stone to as close to the original condition as possible.

17. OA believes that these tests will provide real-world data that will identify appropriate methodologies to address existing areas of degradation and inform the underlying decision-making process regarding whether and how to paint the EEOB. Evidence of the effects of mineral silicate paints on granite is sparse, and OA believes that the comprehensive testing protocol detailed herein, generated by a leading engineering firm in the industry, will provide the information necessary to identify the best options for improving and preserving

the facade without damaging the long-term lifespan of the stone. For that same reason, both the Commission of Fine Arts ("CFA") and the National Capital Planning Commission ("NCPC") have encouraged OA to engage in thorough testing and requested that such results be provided to them.

18. Although such a testing protocol is not legally required, OA would prefer to undertake this testing protocol to (1) better understand the causes of deterioration on the EEOB's façade and inform methodologies for restoring and repairing degraded areas, and (2) to evaluate whether mineral silicate paint can be applied and removed without adversely affecting the national historic landmark.

19. OA remains committed to the representations made in the First and Second Declarations of Heather Martin, Dkt. Nos. 27-2 & 38-2. OA is actively undertaking NEPA and NHPA analyses and participating in public processes before the CFA and NCPC. OA reaffirms that it will not authorize or take action to implement the Project unless and until: (1) the President directs it to do so; and (2) the foregoing processes have been completed.

20. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July, 2026, in the City of Washington, District of Columbia.

HEATHER MARTIN Digitally signed by HEATHER MARTIN
Date: 2026.07.20 16:11:39 -04'00'

Heather Martin

ATTACHMENT 1



**Photo 1**

Black staining on horizontal surfaces beneath east elevation balcony (arrows).



**Photo 2**

Brown-colored staining on granite panel at south elevation (arrow).



**Photo 3**

Dark green-colored staining at north elevation pediment (arrow).



**Photo 4**

Dark green-colored staining at north-facing elevation in north courtyard (boxed).

Also note the remnants of prior adhesive/coating (arrow) on the granite that was not fully removed.



**Photo 5**

Efflorescence on the underside of the archway below the east elevation balcony (arrows).



**Photo 6**

Darkened and discolored granite (dashed outline) at Level 4 on the north elevation.



**Photo 7**

Dark staining beneath cornice mortar joint (arrow).



**Photo 8**

Spall at east elevation near-grade stone (arrow).



**Photo 9**

Web of cracks indicating an incipient spall at an east elevation cornice (arrow).



**Photo 10**

Efflorescence staining along the length of a soffit panel mortar joint at an east elevation balcony (arrow).



**Photo 11**

Crack extending through the cornice and decorative egg-and-dart trim at east elevation (arrow).



**Photo 12**

Cracks aligned with the edge of the opening at the northeast portico (arrows).



**Photo 13**

Crack extending through a soffit panel at east elevation balcony (arrow). Note structural pins installed across the crack.



**Photo 14**

Patches of sugaring at the underside of a balcony soffit panel.



**Photo 15**

Surface loss and sections of flaking stone at the underside of a balcony beam on the west elevation (arrows).



**Photo 16**

Abandoned anchor holes near grade at the south courtyard.



**Photo 17**

Plant growth out of the dormer window pediment at the north elevation (arrow).