# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**FOURTH DECLARATION OF HEATHER MARTIN,**
**DEPUTY ASSISTANT TO THE PRESIDENT**

I, Heather Martin, declare as follows:

1. I am a Deputy Assistant to the President, a Presidentially Commissioned Officer, and I am also the Chief Financial Officer and Deputy Director of the Office of Administration ("OA"). OA is a component of the Executive Office of the President ("EOP").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I have previously submitted three declarations in connection with this case. *See* Dkt. No. 27-2 ("First Declaration"), Dkt. No. 38-2 ("Second Declaration"), Dkt. No. 42-1 ("Third Declaration").

3. In my current position as Deputy Director of OA and a Presidentially Commissioned Officer, I am responsible for carrying out, among other things, OA's mission to provide comprehensive facilities management services for components of the EOP and otherwise providing advice and assistance to the President or his immediate staff on any matter assigned to my supervision. Currently, I am overseeing an investigation into the feasibility

of various measures that would improve and preserve the Eisenhower Executive Office Building's ("EEOB") granite façade ("Project"), and am providing regular updates from that investigation to the OA Director. As part of this investigation, I am analyzing the best methods for cleaning and preserving the stone masonry of the EEOB and evaluating potential effects associated with painting its granite façade ("Study").

4. In my First Declaration, I informed the Court that "OA voluntarily commits to comply with any statutory and regulatory processes that might apply to the Project if it did not involve the EEOB and if OA were not managing it, to include the National Environmental Policy Act and the National Historic Preservation Act." 1st Decl. ¶ 10. I further stated that OA "voluntarily commits to consult with, and participate in public processes established by, the Commission of Fine Arts, the Advisory Council on Historic Preservation, the National Capital Planning Commission, and the D.C. State Historic Preservation Office—to the extent they deem it appropriate to consult regarding the Project—prior to taking any final action on the Project." *Id.* ¶ 11. In my Second Declaration, I provided status updates on those processes. *See* Second Declaration, ¶¶ 5–13. Those processes have continued to progress.

5. OA retained Simpson Gumpertz & Heger ("SGH") to undertake the Study. SGH has significant experience with countless historical preservation projects, including several which included coring and petrographic analysis of deteriorated stone, the same testing SGH intends to perform on the EEOB. This testing was recommended by SGH based on their significant expertise and superior understanding of historic buildings. SGH has performed work on the attached list of federal buildings with a description of the work performed by SGH. *See* Att. A.

**NEPA**

6. While not required by statute or regulation, OA anticipates providing at least thirty days for public comment on the draft EA.

**NCPC**

7. OA submitted the Project to the National Capital Planning Commission ("NCPC") on April 3, 2026. An initial concept review meeting was held on May 7, 2026. I understand that Plaintiffs provided public comments opposing the Project at this hearing.

8. The NCPC provided formal concept comments on the Project and requested additional information.[1] The information requested includes "[i]nformation about the proposed paint to be used, including details regarding initial application, adhesion, water infiltration, long-term maintenance and upkeep, and ease of removal; along with examples of where paint has been successfully used on exterior granite facades in other projects." *Id.* The NCPC formally requested that OA prepare a mockup "in addition to testing, in advance of the next Commission review." *Id.*; *see also* Hearing Tr. 90:13–17 (May 7. 2026), Comments of Commissioner Bowron ("I particularly want to note [OA's] commitment to the third-party expert review and testing of painting, and I look forward to learning more about that in future meetings."); *id.* 91:21–22, 92:1–3 ("[T]he testing that's going on, and there are some points made regarding the inability to perform as it was represented. And so we're definitely interested in those results.")[2]

9. The Study is intended, in part, to comply with Direction from the NCPC that testing and further information regarding painting the EEOB's surface be submitted.

---

[1] https://www.ncpc.gov/docs/actions/2026May/8777_Eisenhower_Executive_Office_Building_Exterior_Beautification_Project_Commission_Action_May2026.pdf.

[2] https://www.ncpc.gov/docs/open_gov_files/transcripts/2026/2026_05_07_NCPC.pdf.

10. OA intends to submit the results of the Study to the NCPC when completed.

**CFA**

11. OA submitted the Project to the CFA on April 2, 2026. An initial concept review meeting was held on April 16, 2026. The CFA conditionally approved the Project, "conditional upon the specification and successful technical testing of the proposed exterior paint."[3]

12. The Study is intended, in part, to comply with direction from the CFA "that further testing of the painting process should be undertaken to avoid permanent damage to the granite." *Id.* The CFA further stated that "[i]f the painting of the stone is determined to be technically infeasible, they recommended cleaning and repointing the stone." *Id.* The Study will assist with identifying feasible methods for cleaning and repointing the EEOB's stone.

13. Consistent with this guidance, OA intends to share the results of the Study to the CFA when completed.

**The Study**

14. It is my understanding that the Court and Plaintiffs have raised questions regarding the proposed Study.

15. As discussed above, the Study will inform final submissions to the NCPC and CFA.

16. The Study may also inform OA's NEPA or NHPA analyses. Specifically, OA may use relevant information from the Study to determine the preferred alternative for the NEPA analysis and the proposed undertaking for the NHPA.

17. The Study also has independent value in determining how best to maintain the EEOB into the future. As discussed more thoroughly in my third declaration, the Study will identify the causes associated with deteriorating areas of the EEOB façade and develop effective

---

[3] https://www.cfa.gov/records-research/project-search/cfa-16-apr-26-3.

methodologies to clean and otherwise repair and restore degraded areas of the stone masonry.

18. All test painting and core sampling performed as part of the Study will take place on parts of the building that are not visible from public rights of way. The area we intend to test with paint on the perimeter façade consists of two sections measuring four square feet, for a total of eight square feet on a building that spans a full city block. The other two panels will be in interior courtyards.

**Next Steps**

19. OA remains committed to the representations made in the First, Second, and Third Declarations. As described above, OA is actively undertaking NEPA and NHPA analyses and participating in public processes before the CFA and NCPC. OA reaffirms that it will not authorize or take action to implement the Project unless and until: (1) the President directs it to do so; and (2) the foregoing processes have been completed.

20. The President has not yet directed OA to implement the Project, and multiple options for beautifying the EEOB remain under active consideration.

21. This certification is signed under the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of August, 2026, in the City of Washington, District of Columbia.

HEATHER MARTIN Digitally signed by HEATHER MARTIN
Date: 2026.08.06 18:46:23 -04'00'

Heather Martin

# ATTACHMENT A

- **Pentagon, Mall Terrace, Arlington, VA.** Building enclosure and structural engineering services for the historic Mall Terrace, investigating water infiltration and stone deterioration and designing comprehensive repairs, including replacement of waterproofing at the planters, monumental stairs, and expansion joints, resetting limestone paving and cladding, and localized repairs to deteriorated, cracked, and spalled granite and limestone elements.

- **U.S. Chamber of Commerce, Washington, DC.** Designed by Cass Gilbert and constructed in the 1920s, the historic Chamber of Commerce is listed on the National Register of Historic Places and features street-facing elevations clad in granite and limestone, with recessed colonnades and Corinthian pilasters; SGH assessed the building enclosure and designed a rehabilitation program addressing the stone and masonry facades, windows, parapets, flashings, and roofs.

- **Luzerne County Courthouse, Wilkes-Barre, PA.** The Classic Revival Luzerne County Courthouse, plagued by water infiltration and deteriorating sandstone facades, underwent a comprehensive SGH condition assessment and rehabilitation program that included waterproofing repairs to the terra-cotta-clad domes, a new skylight and replica finial, sandstone masonry repairs, and portico roof replacement, with SGH providing construction administration services throughout the project.

- **The U.S. General Services Administration Building, Washington, DC.** Feasibility study, design, and construction administration services to address limestone deterioration and distress as part of the upcoming substantial renovation and restoration project. Services also include collaborative building enclosure consulting on other aspects of the building enclosure to support the planned additions, roof replacement, and interior renovations.

- **Thomas Jefferson Memorial, Washington, DC.** Originally constructed in the early 1940s, the iconic Thomas Jefferson Memorial underwent a phased restoration for which SGH provided structural engineering services, designing and detailing repairs to cracked marble and limestone elements, supporting roof restoration and scaffolding, and developing systems to improve safety and access while preserving the historic stone and keeping the memorial open to the public.

- **Smithsonian Institution, National Air & Space Museum: National Mall Building, Washington, DC.** Holistic building enclosure condition assessment and development of rehabilitation concepts for long-term capital planning concepts of a 161,000 sq ft landmark midcentury modernist museum. Collaborative design consulting, performance calculations, design assist consulting, and construction administration for the full replacement of the enclosure, including stone-clad aluminum curtain wall, steel ladder-framed curtain walls, structural glass curtain walls, monumental steel skylights, single-ply roofing, PTFE vestibule canopy, and plaza waterproofing.

- **Thurgood Marshall Federal Judiciary Building, Washington, DC.** Dimension stone exterior wall cladding rehabilitation design consulting on administrative building for the US federal court system, including facade condition assessments, repair and replacement recommendations, non-destructive testing programs, repair details, risk assessments, stabilization details, and evaluation/testing of kerf anchor grout.

- **Smithsonian Institution Building (The Castle), Washington, DC.** Design of comprehensive repairs to exterior stone masonry walls and replacement of slate and copper roofing.

- **Smithsonian Arts and Industries Building, Arts and Industries Building, Washington, DC.** Review of existing masonry structure, roofing systems, and historic structures report and collaborative design consulting and construction administration for the building renovation.

- **St. Elizabeths Center Building, Washington, DC.** Building enclosure consulting for adaptive reuse of the historic Center Building for the Department of Homeland Security, including building enclosure consulting for the complete gut renovation, underpinning of the existing mass masonry structure, and reconstruction of masonry parapets; recipient of the 2021 Award for Excellence in Historic Preservation.

- **Cannon House Office Building, Washington, DC.** Building enclosure consulting regarding modernization, addition, and enclosure upgrades to historic federal office building.

- **Renwick Gallery, Washington, DC.** Condition assessment of the historic Renwick Gallery for the Smithsonian Institution.