**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CULTURAL HERITAGE PARTNERS, PLLC, et al.**,

Plaintiffs,

v.

Civil Action No. 1:25-cv-03969-DLF

**DONALD J. TRUMP, et al.**,

Defendants.

**DECLARATION OF GREGORY ALAN WERKHEISER**

I, Gregory Alan Werkheiser, under 28 U.S.C. § 1746 hereby declare:

1. My name is Gregory Alan Werkheiser. I am over the age of 18 and competent to make this declaration. The facts stated herein are based upon my own personal knowledge.
2. On the evening of May 21, 2026, I sent an email to counsel for Defendants Adam Gustafson. The email was sent to Mr. Gustafson at the following address: adam.gustafson@usdoj.gov, with the subject line "EEOB Testing – Details Requested."
3. To date, I have not received a response to that email from Mr. Gustafson.
4. Attached to this declaration as Exhibit A is a true, accurate, and unaltered copy of the email that I sent Mr. Gustafson, including the header information, timestamp, and body text.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 13, 2026, in Richmond, Virginia.

______________________________________

Gregory Alan Werkheiser
Cultural Heritage Partners, PLLC



Doc ID: f1a45fbc712218ddd7025c2410c208fd2b0bd3a0