# Exhibit A

Gmail **Caitlin McCurdy <caitlin@culturalheritagepartners.com>**

## Fwd: EEOB Testing - Details Requested

**Greg Werkheiser** <greg@culturalheritagepartners.com> Thu, May 21, 2026 at 6:04 PM
To: "Marion F. Werkheiser" <marion@culturalheritagepartners.com>, Ellen Chapman <ellen@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>, Katherine Sorrell <katherine@culturalheritagepartners.com>

---------- Forwarded message ---------
From: **Greg Werkheiser** <greg@culturalheritagepartners.com>
Date: Thu, May 21, 2026 at 6:03 PM
Subject: EEOB Testing - Details Requested
To: Gustafson, Adam (ENRD) <adam.gustafson@usdoj.gov>

Dear Adam,

Thank you for taking the time to speak with me last night regarding the Administration’s proposed paint testing activities at the Eisenhower Executive Office Building (“EEOB”). We appreciate the willingness to provide advance notice of the proposed work. Based on your description of the current plan, the proposed activities are not merely observational or minimally invasive data collection. They involve physical intervention upon a National Historic Landmark through excision of original historic granite fabric and application of experimental coating systems to exterior masonry surfaces. Such activities themselves constitute potentially adverse physical impacts to a nationally significant historic resource and cannot properly be characterized as routine pre-decisional investigation exempt from meaningful preservation review.

These concerns are especially significant given that the EEOB is not only individually designated as a National Historic Landmark but also contributes to the Lafayette Square National Historic Landmark District and forms part of one of the most symbolically and historically significant civic architectural ensembles in the United States.

As we understand it, the proposed testing activities — anticipated to occur before July — currently include:

1. Walking portions of the building exterior to observe surface conditions of the granite;
2. Excising sections of exterior granite followed by in-laboratory examination of those samples; and
3. Applying paint to exterior portions of the building.

We have substantial concerns regarding both the proposed methodology and the apparent absence of a legally sufficient Section 106 process. We remain deeply concerned that irreversible physical and visual changes to one of the nation’s most important historic civic buildings are being advanced without the level of transparency, professional preservation oversight, scientific rigor, and public review that such a nationally significant resource requires.

To better understand the proposal and to evaluate its implications, we request you please provide all written scopes of work, consultant reports, specifications, testing protocols, condition reports, preservation reviews, manufacturer technical literature, ASTM standards relied upon, alternatives analysis, and any other materials associated with the proposed testing activities. Failure to provide

this information before initiating any testing may require us to revive our request for a preliminary injunction.

We appreciate your attention to these concerns and look forward to your response.

Sincerely,

Greg Werkheiser

--
Greg Werkheiser
Founding Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: 703.408.2002

This email is confidential and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroying all copies of this message and any attachments. Thank you.

--
Greg Werkheiser
Founding Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: 703.408.2002

This email is confidential and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroying all copies of this message and any attachments. Thank you.