UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**DEFENDANTS' NOTICE OF ERRATA**

Defendants respectfully provide this Notice of Errata regarding their Response, in which Defendants included a link to the General Services Administration's Delegations of Authority Manual. *See* Dkt. No. 44 at 24 n.9. Plaintiffs noted in their Reply that the link is not accessible. *See* Dkt. No. 45 at 9 n.4. Defendants do not currently have access to a working version of the link included in their Response. Accordingly, attached hereto as *Exhibit 1* is Chapter 5 of the Delegations of Authority Manual, which covers the Public Buildings Service ("PBS"). PBS "is the component of GSA responsible for acquiring space through new construction and leasing, maintaining, and renovating federal properties nationwide." Dkt. No. 15-1, Second Declaration of Andrew Heller ¶ 2.

Dated: August 14, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Mark Widerschein***
Mark Widerschein
Michelle Nkeng

Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*