# Exhibit 1

An official website of the United States government

InSite

< Back to List

# Delegations of Authority Manual (PBS)

**Number:** 5450.2 PBS
**Status:** Active
**Signature Date:** 08/05/2020
**Expiration Date:** 08/05/2027
**Service/Staff Office:** Office of Human Resources Management

GENERAL SERVICES ADMINISTRATION

Washington, DC 20405

PBS 5450.2

August 5, 2020

GSA ORDER

SUBJECT: Delegations of Authority Manual (PBS) [PDF - 919 KB]

1. Purpose. This Order revises Section II in Chapter 5, Public Buildings Service (PBS) of the GSA Delegations of Authority Manual.

2. Cancellations. This Order cancels and supersedes GSA Orders, PBS 5450.1 and PBS 5450.1 CHGE 1.

3. Nature of Revisions. The GSA Delegations of Authority Manual is revised to correct certain references under Section II - Human Capital Authorities to align with those contained in the GSA Delegations, Chapter 2 - Human Capital Authorities.

4. Delegation of Authority. The GSA Delegations of Authority Manual, Chapter 5, Parts 1, 2, and 3 contain the delegations of authority from the Administrator to the Commissioner and Deputy Commissioner, PBS, and from the Deputy Commissioner to the Regional Commissioners, respectively.

Last updated: Dec 15, 2023

GENERAL SERVICES ADMINISTRATION
Washington, DC 20405

PBS 5450.2
August 5, 2020

GSA ORDER

SUBJECT: GSA Delegations of Authority Manual (Chapter 5 - Public Buildings Service)

1. Purpose. This Order revises Section I (3)(p), Limitations Part 2 and Part 3 in Chapter 5, Public Buildings Service (PBS) of the U.S. General Services Administration (GSA) Delegations of Authority Manual.

2. Cancellations. This Order cancels and supersedes the limitations in part 2 and part 3 of paragraph p of subsection 3 (Management and operation) of subpart I (Core Business Authorities) of chapter 5 of the GSA Delegations of Authority Manual, GSA Order PBS 5450.2 (August 5, 2020).

3. Background. The GSA Delegations of Authority Manual previously limited the authority of the PBS Regional Commissioners to provide special services not included in Rent on a reimbursable basis to repair and alteration projects for which the estimated maximum cost did not exceed the prospectus threshold. This revision removes the prospectus threshold limitation on the PBS Regional Commissioners' delegated authority with respect to all reimbursable repair and alteration projects, except: (i) where a project affects buildings in more than one region or (ii) where a project is to be performed under 40 U.S.C. § 583 or 31 U.S.C. § 1535 (*i.e.*, the Economy Act) and the estimated maximum cost of the project exceeds $1,000,000. The revision also adds an additional limitation to the delegated authority of the Assistant Commissioners for Facilities Management, Project Delivery and Leasing and the Regional Commissioners by restricting their authority to re-delegate authority to accept reimbursable work authorizations for projects in excess of the prospectus threshold, unless they are on leave and appoint someone to act on their behalf.

4. Delegation of Authority. Parts 1, 2 and 3 of chapter 5 of the GSA Delegations of Authority Manual contain the delegations of authority from (i) the Administrator to the Commissioner and Deputy Commissioner, PBS, (ii) the Commissioner, PBS, to the Assistant Commissioners and the Chief Architect and (iii) the Deputy Commissioner, PBS, to the PBS Regional Commissioners, respectively. I hereby delegate the authorities contained in the attached subsection 3 (Management and operation), paragraph p, part 2 and part 3, limitations, of chapter 5, subpart I (Core Business

Authorities) of the GSA Delegations of Authority Manual to the Assistant Commissioners for Facilities Management, Project Delivery and Leasing and to the Regional Commissioners.

5. Signature.

/S/_________________________________ August 5, 2020
DANIEL W. MATHEWS Date
Commissioner
Public Buildings Service

# CHAPTER 5. PUBLIC BUILDINGS SERVICE (PBS)

**PART 1**. DELEGATION OF AUTHORITY FROM THE ADMINISTRATOR TO THE COMMISSIONER AND DEPUTY COMMISSIONER, PUBLIC BUILDINGS SERVICE

**PART 2**. DELEGATION OF AUTHORITY FROM THE COMMISSIONER, PUBLIC BUILDINGS SERVICE,
TO THE ASSISTANT COMMISSIONERS AND THE CHIEF ARCHITECT

**PART 3**. DELEGATION OF AUTHORITY FROM THE DEPUTY COMMISSIONER, PUBLIC BUILDINGS SERVICE, TO THE REGIONAL COMMISSIONERS

In accordance with GSA Order, ADM O 5440.669 (April 24, 2014), as clarified and amended by GSA Order, ADM D 5450.170 (October 29, 2014), the Deputy Commissioner of PBS is responsible for delegating appropriate program, technical, and human capital authorities to each PBS Regional Commissioner. The Commissioner, Deputy Commissioner, Regional Administrators, and Regional Commissioners are responsible for collaborating on all important matters affecting their Regions.

**TABLE OF CONTENTS:**

I. **CORE BUSINESS AUTHORITIES**
1. Planning and Real Property Asset Management
2. Acquisition and utilization of GSA real property
3. Management and operation
4. Design and construction services
5. Procurement and contracting
6. Public utilities (excluding telecommunications)
7. Environmental considerations in decision-making
8. Historic Preservation
9. Occupational Safety and Health Act (OSHA)
10. Management and disposal of real property

II. **HUMAN CAPITAL AUTHORITIES**
III. **COMMON AUTHORITIES**
IV. **FINANCIAL MANAGEMENT AUTHORITIES**

## CHAPTER 5. PUBLIC BUILDINGS SERVICE (PBS)

### I. CORE BUSINESS AUTHORITIES

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| 1. Planning and Real Property Asset Management | | |
| a. Makes continuing investigations and surveys of the Government's public buildings' short-term and long-term needs, and submits to Congress prospectuses of proposed projects in accordance with 40 U.S.C. § 3307(a) and (b). (40 U.S.C. § 3303) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – Authority to execute and submit prospectuses not delegated. |
| | Part 3 - Regional Commissioners | Part 3 - Authority to execute and submit prospectuses not delegated. |
| b. Cooperates with all Federal agencies to keep informed of their needs, advises each agency of GSA's program with respect to such agency and may request the cooperation and assistance of each Federal agency. (40 U.S.C. § 3303) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| c. Makes surveys of real and related personal property and property management practices. (40 U.S.C. § 506) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |
| d. To the extent practicable, notifies the unit of local government | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| exercising zoning and land use jurisdiction over the land proposed to be purchased of the intent to acquire such land and the proposed use of the property. Otherwise, determines that this advance notice would have an adverse impact on the proposed purchase and proceeds with the acquisition. At the conclusion thereof, immediately notifies the local government of the acquisition and of the proposed use of the property.<br><br>(40 U.S.C. § 903(a)) | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |
| e. To the extent practicable, considers all objections made to the acquisition or change of use by local government upon the ground that the proposed acquisition or change of use would conflict with the zoning regulations or planning objectives of such unit; and complies with and conforms to these regulations of the local government and its planning and development objectives. (40 U.S.C. § 903(b)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |
| f. Serves as GSA's Senior Real Property Officer (as defined in Executive Order (E.O.) 13327) and develops and implements an asset management planning process, and submits, through the Administrator, an initial asset management plan in accordance with section 3(b) of E.O. 13327 to OMB. (sec. 3 of E.O. 13327 of Feb 4, 2004, 69 F.R. 5897) | Part 1 – Commissioner | Part 1 – Not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| g. Responsible for monitoring GSA's real property assets so that they are managed consistent with GSA's strategic plan and the | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief | Part 2 – None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| principles established by the Federal Real Property Council (FRPC), and reflected in GSA's asset management plans (including periodically appraising and evaluating the portfolio consistent with established performance measures). (sec. 3(c) of E.O. 13327 of Feb. 4, 2004, 69 F.R. 5897) | Architect | |
| | Part 3 - Regional Commissioners | Part 3 - None |
| h. Annually provides OMB and the Administrator information that lists and describes the real property assets under GSA's jurisdiction, custody or control, and any other relevant information OMB or the Administrator may request for inclusion in the government-wide listing of Federal real property assets and leased property. (sec. 3(d) of E.O. 13327 of February 4, 2004, 69 F.R. 5897) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| i. Represents GSA, as its Senior Real Property Officer, on the FRPC and works with the Administrator to establish performance measures for Federal real property management. (sec. 4(a) of E.O. 13327 of February 4, 2004, 69 F.R. 5897) | Part 1 – Commissioner | Part 1 – Not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| j. Manages selected properties for another Federal agency at the request of that agency and with the consent of the Administrator, and delegates operational responsibility to another agency where the Administrator determines it will promote efficiency and economy and where the receiving agency has demonstrated the ability and willingness to assume such responsibilities. (40 U.S.C. §§ 121(d) and (e) and 582; and sec. 5(a) of E.O. 13327 of February 4, 2004, 69 F.R. | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority to accept managerial responsibilities for real properties of another agency is not delegated.<br><br>2. Authority to delegate operational responsibility for GSA real property assets to other agencies is not delegated. |
| | Part 2 – Not Delegated | Part 2 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| 5897) | Part 3 – Not Delegated | Part 3 - None |
| k. Determines whether or not an individual repair and alteration delegation will promote efficiency and economy and delegates repair and alteration authority to Executive agencies for individual space alteration projects in public buildings. (40 U.S.C. §§ 3305(b) and 3314) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Project Delivery and Assistant Commissioner for Facilities Management and Services Programs | Part 2 - Limited to repair and alteration projects for which the estimated maximum cost does not exceed the prospectus threshold, as such threshold may be revised from time to time. |
| | Part 3 - Regional Commissioners | Part 3 –<br><br>1. Limited to repair and alteration projects for which the estimated maximum cost does not exceed the prospectus threshold, as such threshold may be revised from time to time.<br><br>2. Authority is not delegated for space alteration projects that affect buildings in more than one region. |
| l. Manages facilities, services and projects in the GSA Headquarters Building that do not fall under the responsibility of the Office of Administrative Services as tenant representative. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioner for NCR | Part 3 - None |
| m. Reserved. | | |
| 2. Acquisition and utilization of GSA real property | | |
| a. Determines that GSA real property is excess and makes reassignments of GSA real property | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| among GSA activities. (40 U.S.C. §§ 102(3) (definition) and 121) | Part 3 - Regional Commissioners | Part 3 – Limited to real property that is (i) less than 50,000 rentable square feet (RSF), (ii) less than two acres of land or (iii) not listed in or eligible for listing in the National Register of Historic Places. |
| b. Requests withdrawal of excess or surplus GSA real property. (40 U.S.C. § 524(a)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – Limited to real property that is (i) less than 50,000 RSF, (ii) less than two acres of land or (iii) not listed in or eligible for listing in the National Register of Historic Places. |
| c. Enters into leases of Federal building sites and additions to sites, including improvements thereon, and specifies the terms and conditions determined necessary in the public interest. (40 U.S.C. § 581(d)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Not Delegated | Part 2 - None |
| | Part 3 - Regional Commissioners | Part 3 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| d. Acquires, by purchase, condemnation, exchange, or otherwise, real property, or interests therein. (40 U.S.C. §§ 581(c), 583, 3113, 3114, 3116, 3175, 3304, and 3305, and title III of Pub. L. 91-646 (42 U.S.C. § 4651 *et seq.*)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br>2. Authority to exchange real property is not delegated.<br><br>3. Authority to execute a Declaration of Taking (40 U.S.C. § 3114) is not delegated to the Deputy Commissioner; provided, however, that the authority to |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | execute technical corrections and other non-substantive amendments to a Declaration of Taking is delegated.<br><br>4. Authority to acquire real property by donation is not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to exchange real property is not delegated.<br><br>3. Authority to execute a Declaration of Taking (40 U.S.C. § 3114) is not delegated; provided, however, that the authority to execute technical corrections and other non-substantive amendments to a Declaration of Taking is delegated.<br><br>4. Authority to acquire real property by donation is not delegated.<br><br>5. Authority to acquire buildings and sites under the Building Purchase Program is not delegated.<br><br>6. Authority to acquire real property by ground lease is not delegated. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| e. Utilizes a site on which there is a building for construction of a new public building by demolition of the existing building, or exchanges the building and site for another site. (40 U.S.C. § 3305(a)(1)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to exchange real property is not delegated. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to exchange real property is not delegated. |
| f. Determines that a site acquired for the construction of a public building is not suitable for that purpose and exchanges the site for another site or sells the site. (40 U.S.C. § 3305(a)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority to exchange real property is not delegated.<br><br>2. Delegation of authority to sell real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Authority to exchange or sell real property is not delegated.<br><br>2. Authority is limited to making determinations of site suitability |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Authority to exchange real property is not delegated.<br><br>2. Delegation of authority to sell real property is subject to the |

| **Delegated Authority** | **Delegated To** | **Limitations** |
| --- | --- | --- |
| | | Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Authority to sell real property limited to Regions 1, 4, 7, 9, and NCR. |
| g. Makes the determination and secures agreements concerning the closing and vacating of streets and alleys in the District of Columbia. (40 U.S.C. § 3309) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioner for NCR | Part 3 – None |
| h. Acquires space for GSA and other agencies by lease, assigns and reassigns space therein and obtains, when appropriate, reimbursement or other charges therefor. This includes the authority and responsibility for making determinations and decisions required by law, regulations or agency directive, including the General Services Administration Acquisition Manual (GSAM) and the Federal Acquisition Regulation (FAR) when referenced in the GSAM. (40 U.S.C. §§ 584-586 and 1303(e); and sec. 1 of Reorganization Plan No. 18 of 1950 (40 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority to acquire space by lease is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 - Delegation of authority to acquire space by lease is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 - Delegation of authority to acquire space by lease is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| i. Grants easements in, over or upon real property under the control of GSA for right-of-way or other purposes. (40 U.S.C. § 1314) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Authority to grant permanent easements is not delegated, |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | | except in the case of real property that is not in the GSA portfolio.<br><br>2. Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority to grant permanent easements is not delegated, except in the case of real property that is not in the GSA portfolio.<br><br>2. Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR, except in the case of routine utility easements, temporary construction easements and short-term site access agreements. |
| j. Enters into emergency leases during any period declared by the President to require emergency leasing as authorized in 40 U.S.C. § 3307(e). | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority to acquire space by lease is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Not Delegated | Part 2 - None |
| | Part 3 - Regional Commissioners | Part 3 - Delegation of authority to acquire space by lease is subject to the Contracting Officer Warrant Program (GSAM 501.603). |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| k. Enters into leases of major pedestrian access levels, courtyards and rooftops of any public building with persons, firms or organizations engaged in commercial, cultural, educational, or recreational activities. (40 U.S.C. § 581(h)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority is subject to the Lease or Outlease Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Not Delegated | Part 2- None |
| | Part 3 - Regional Commissioners | Part 3-<br>1. Delegation of authority is subject to the Lease or Outlease Contracting Officer Warrant Program (GSAM 501.603).<br>2. Not delegated for leases exceeding five years. |
| l. Enters into outleases and subleases of vacant excess or surplus space in the Government-owned or leased inventory with non-Federal entities. (40 U.S.C. §§ 541-545(c) and 585(b)) | Part 1 - Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority is subject to the Lease or Outlease Contracting Officer Warrant Program, or the Disposal Warrant Program (GSAM 501.603), specifically, with respect to disposal warrants, regulations governing disposal warrants.<br>2. Authority to outlease or sublease vacant excess or surplus space for which a Report of Excess has been acknowledged by the Real Property Disposal Division may only be exercised by an official with a Disposal Warrant |
| | Part 2 - Not Delegated | Part 2-None |
| | Part 3 - Regional Commissioners | Part 3-<br>1. Delegation of authority is subject to the Lease or Outlease Contracting Officer Warrant Program, or the Disposal Warrant Program (GSAM 501.603), specifically, with respect to disposal warrants, regulations governing disposal warrants.<br>2. Not delegated for leases exceeding five years. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | | 3. Authority to outlease or sublease vacant excess or surplus space for which a Report of Excess has been acknowledged by the Real Property Disposal Division may only be exercised by an official with a Disposal Warrant. |
| m. Provides relocation services and authorizes payments to persons and businesses displaced from real property by GSA programs and projects, establishes standards and makes determinations concerning allowances for relocation payments, provides replacement housing, where required (including the transfer of Federal surplus real property to state agencies for such purpose), and reviews applications for relocation assistance submitted by aggrieved persons. (title II of Pub. L. 91-646 (42 U.S.C. §§ 4621-4638)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer Federal surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants |
| | Part 2 – Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 - Delegation of authority to transfer Federal surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Limited to transfers or other disposals of surplus real property, or interests therein, that are (i) less than 50,000 RSF, (ii) less than two acres of land or (iii) not listed in or eligible for listing in the National Register of Historic Places.<br><br>2. Delegation of authority to transfer Federal surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. The authority to transfer or otherwise dispose of surplus real property, or interests therein, is |

| **Delegated Authority** | **Delegated To** | **Limitations** |
| --- | --- | --- |
| | | limited to Regions 1, 4, 7, 9, and NCR. |
| n. Accepts or rejects on behalf of the United States unconditional gifts of real, personal or other property in aid of any project or function under PBS, including authority to accept or reject on behalf of the United States testamentary gifts of real estate and interests therein, or other donations of land or interests therein for use as public buildings or public building sites, whether unconditional or not. (40 U.S.C. §§ 581(c), 3175, and 3304(a), (b) and (d); and under U.S. v. Burnison, 339 U.S. 87 (1950)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Authority to accept unconditional gifts includes the authority to solicit for such gifts.<br>2. Authority to acquire real property by donation is not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Not Delegated | Part 3 - None |
| o. Reassigns and transfers GSA property to the United States Postal Service (USPS) and accepts and assigns property transfers of USPS property, including transfers of jurisdiction and exchanges of property. (39 U.S.C. §§ 411 and 2002(d); and E.O. 11672 (3 C.F.R. 715 (1971-1975 comp)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority to transfer GSA property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br>2. Authority to exchange real property is not delegated. |
| | Part 2 - Not Delegated | Part 2 - None |
| | Part 3 - Not Delegated | Part 3 – None |
| p. Acquires or transfers jurisdiction over all or parts of properties in the District of Columbia that are owned by the United States or by the District for purposes of administration and maintenance, and determines such terms and conditions necessary for such acquisitions or | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| transfers, including, prior to any such transfer or agreement, seeking the recommendation of the National Capital Planning Commission, and reporting any such transfers and agreements to Congress. (40 U.S.C. § 8124; Act of March 1, 1929, 45 Stat. 1415 (D.C. ST § 10-111)) | | |
| q. Acts as an agent for the United States when purchasing real property or related personal property of a debtor sold on execution by the United States. (31 U.S.C. § 3715) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Regional Commissioners | Part 3 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| r. Enters into space leases, for a term not to exceed 30 years, in buildings erected on federally owned land. (40 U.S.C. § 585(c)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Not Delegated | Part 3 - None |
| s. Exercises the authorities, duties and responsibilities of the former Pennsylvania Avenue Development Corporation (PADC) with respect to properties within the Pennsylvania Avenue Plan area, including the operation, maintenance, management, and disposal of federally owned and controlled properties within that area, including the responsibilities of PADC under the Federal Triangle Development Act. (40 U.S.C. §§ 6701, 6702, 6711-6716, and 6731-6734) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of federally owned and controlled property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioner for NCR | Part 3 – Authority to dispose of federally owned and controlled real property is not re-delegated. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| t. Accepts donations of real or personal property (including monetary donations) or nonpersonal services from any private sector or government entity with which U.S. Customs and Border Protection has entered into a partnership.<br>(section 559 of the Consolidated Appropriations Act, 2014, Pub. L. 113-76 (January 17, 2014)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority to accept unconditional gifts includes the authority to solicit for such gifts.<br>2. Authority to acquire real property by donation is not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| 3. Management and operation. | | |
| a. Has jurisdiction, custody and control over, operates and maintains, assigns and reassigns space in, and furnishes space and services to Federal agencies and other occupants of all courthouse(s), customhouses, appraiser's stores, border inspection facilities, barge offices, telecenters, and other public buildings and Government-leased space, both inside and outside the District of Columbia, unless otherwise provided by law.<br>(40 U.S.C. §§ 581(a) and (g), 582, 584-587, 592, 3101, and 8101,and Reorganization Plan No. 18 of 1950 (40 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| b. Obtains payments through advances or otherwise for services, space, quarters, maintenance, repair, or other facilities that are furnished on a reimbursable basis to any other | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| Federal agency, any mixed-ownership Government corporation, the District of Columbia, or non-Federal entities, and credits these payments to the applicable appropriation. (40 U.S.C. §§ 581(a) and (g), 582 and 583) | Part 3 - Regional Commissioners | Part 3 - None |
| c. Approves payment of ground rent for buildings owned by the United States or occupied by Federal agencies, and approves payment of this rent, in advance, when it is required by law or when it is determined to be in the public interest. (40 U.S.C. §§ 581(c)(2) and 582) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Leasing and Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| d. Performs the care and handling of excess GSA real and any related personal property pending disposition (40 U.S.C. § 524) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| e. Makes the required determinations in connection with the moving or supplying of furniture and furnishings to agencies moving between GSA-controlled locations. (40 U.S.C. § 588) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| f. Assigns, reassigns and allots space in Government-owned and -leased buildings and makes the determinations required in connection therewith. (sec. 1 of Reorganization Plan No. 18 of 1950, 40 U.S.C. § 301 note, and 40 U.S.C. §§ 584, 585, 3101, and 8165) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| g. Exercises authority in connection with the operation, maintenance, repair, improvement, and protection of Government-owned and -leased buildings. (sec. 2 of Reorganization Plan No. 18 of 1950, 40 U.S.C. § 301 note, and 40 U.S.C. §§ 581, 582, 3101, and 8101) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Facilities Management and Services Programs and Assistant Commissioner for Project Delivery | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| h. At the request of any Federal agency, any mixed-ownership Government corporation or the District of Columbia, operates, maintains and protects any building owned by the United States or a wholly owned or mixed-ownership Government corporation, and occupied by the agency or instrumentality making the request. (40 U.S.C. §§ 582(a) and 1315; and 6 U.S.C. § 232(a)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Law enforcement and related security functions for federal real property were transferred to the Secretary of the Department of Homeland Security by Pub. L. 107-296 and are not delegated. |
| | Part 2 – Assistant Commissioner for Facilities Management and Services Programs | Part 2 – Law enforcement and related security functions for federal real property were transferred to the Secretary of the Department of Homeland Security by Pub. L. 107-296 and are not delegated. |
| | Part 3 - Regional Commissioners | Part 3 – Law enforcement and related security functions for federal real property were transferred to the Secretary of the Department of Homeland Security by Pub. L. 107-296 and are not delegated. |
| i. Furnishes steam or water, or both, to other than Government-owned buildings as authorized by law and sets rates therefor. (40 U.S.C. § 8143) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| j. Authorizes officials or employees of GSA who have been duly authorized to perform investigative functions, while engaged | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief | Part 2 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| in the performance of their duties in conducting investigations, the power to administer oaths to any person. (40 U.S.C. § 121(h)) | Architect | |
| | Part 3 – Regional Commissioners | Part 3 – None |
| k. Purchases, repairs and cleans uniforms for civilian employees at GSA. (40 U.S.C. § 581(b)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs and Assistant Commissioner for Acquisition Management | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| l. Enters into agreements with appropriate officials of the Senate and the House of Representatives and the Architect of the Capitol with respect to methods of payment to be made for real property and related services rendered or furnished to the Senate, the House of Representatives or the Architect of the Capitol. (40 U.S.C. § 113(d)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and Office of the Chief Architect | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Authority is not delegated for projects that affect buildings in more than one region. |
| m. Provides disaster relief assistance as authorized by the President under the Robert T. Stafford Disaster Relief and Assistance Act (42 U.S.C. chap. 68), and performs other work in any major disaster on public or private lands essential for the preservation of life and property as otherwise authorized by law. | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Authority to make any emergency repairs under 42 U.S.C. § 5171 in advance of an appropriation or transfer of funds is not delegated.<br><br>2. Delegation of emergency repair authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 -<br>1. Authority to make any emergency repairs under 42 U.S.C. § 5171 in advance of an appropriation or transfer of funds is not delegated. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | 2. Delegation of emergency repair authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority to make any emergency repairs under 42 U.S.C. § 5171 in advance of an appropriation or transfer of funds is not delegated.<br><br>2. Delegation of emergency repair authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| n. Renders direct assistance to and performs special services for the Inaugural Committee during an inaugural period in connection with Presidential inaugural operations and functions, including employment of personal services without regard to the civil service and classification laws; provides Government-owned and<br>-leased space for personnel and parking; pays overtime to custodial forces; erects and removes stands and platforms; provides and operates first-aid stations; provides furniture and equipment; and provides other incidental services at the discretion of the Administrator. (40 U.S.C. § 581(e)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioner for NCR | Part 3 - None |
| o. Furnishes for each former President suitable office space appropriately furnished and equipped, as determined by the Administrator, at such place within the United States as the former President shall specify. (Act of August 25, 1958, 72 Stat. 838; | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| 3 U.S.C. § 102 note) | | |
| [1]p. Provides special services not included in the Rent on a reimbursable basis and these reimbursements may be credited to the Federal Buildings Fund. (40 U.S.C. §§ 581(a) and (g), 583 and 592(b)(2), and 31 U.S.C. § 1535 (*i.e.*, the Economy Act)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - None |
| | Part 2 - Assistant Commissioner for Facilities Management, Assistant Commissioner for Project Delivery and Assistant Commissioner for Leasing | Part 2 – Assistant Commissioners cannot redelegate authority to accept reimbursable work authorizations for projects in excess of the prospectus threshold, unless they are on leave and appoint someone to act on their behalf. |
| | Part 3 - Regional Commissioners | Part 3 –<br><br>1. Authority is not delegated for projects performed under 40 U.S.C. § 583 or 31 U.S.C. § 1535 (*i.e.*, the Economy Act) that exceed $1,000,000.<br><br>2. Authority is not delegated for projects that affect buildings in more than one region.<br><br>3. Regional Commissioners cannot redelegate authority to accept reimbursable work authorizations for projects in excess of the prospectus threshold, unless they are on leave and appoint someone to act on their behalf. |
| q. Charges for furnished space, | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

1

*Section 1(3)(p) revised per PBS 5450.2 CHGE 1 (1-19-2021)

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| services, quarters, maintenance, repair, or other facilities (hereinafter referred to as space and services) at rates determined by the Commissioner from time to time and provided for in regulations issued by the Administrator. These rates and charges shall approximate commercial charges for comparable space and services. Regulations as issued shall be coordinated with OMB and the Director of OMB shall approve rates established by the Commissioner. (40 U.S.C. § 586) (The requirement that OMB approve GSA's Rent regulations was found in sec. 7 of Pub. L. 92-313) | Part 2- Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Facilities Management and Services Program | Part 2 –<br>1. Authority is not delegated for any rates or charges for space and services that do not approximate commercial charges for comparable space and services.<br><br>2. Authority is not delegated for any rates or charges for space and services that do not conform to established GSA pricing policy.<br><br>3. Authority is not delegated to grant exemptions or waivers from any rates or charges for space and services. Only the Commissioner may grant exemptions from rates or charges under subsection 3.s, below.<br><br>4. Authority is delegated to the Assistant Commissioner for Facilities Management and Services Program for services only. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 – Regional Commissioners | Part 3 -<br>1. Authority is not delegated for any rates or charges for space and services that do not approximate commercial charges for comparable space and services.<br><br>2. Authority is not delegated for any rates or charges for space and services that do not conform to established GSA pricing policy.<br><br>3. Authority is not delegated to grant exemptions or waivers from any rates or charges for space and services. Only the Commissioner may grant exemptions from rates or charges under subsection 3.s, below. |
| r. Determines rates for services to be charged the occupants in those buildings for which GSA is responsible for alterations only. Rates charged for these services shall be fixed so as to recover only the approximate applicable cost incurred in providing these alterations.<br>(40 U.S.C. § 586(b)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| s. Exempts anyone from the charges required for space and services or alterations to buildings if the Commissioner determines that these charges would be infeasible or impractical and determines the extent to which this exemption would require an appropriation to GSA to reimburse the Federal Buildings Fund for loss of revenue. Exemptions may be granted for full or partial charges in accordance with GSA Order PBS 7025.1<br>(July 1, 2002), or in accordance with | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Authority to grant exemptions from charges for space and services or alterations is not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| succeeding GSA orders. (40 U.S.C. § 586(b)(3)) | | |
| t. Approves rates for space and services charged by an Executive agency other than GSA that provides space and services to anyone. Rates established by the Commissioner shall be approved by the Director of OMB. (40 U.S.C. § 586(c); OMB rate approval was required by sec. 7 of Pub. L. 92-313) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| u. Adjusts rates for individual buildings where the standard charges approved by OMB are substantially different from those charged by commercial companies. (Letter of March 22, 1974, from the Director of OMB to the Administrator) (40 U.S.C. § 586) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| v. Takes possession of and utilizes, transfers or otherwise disposes of abandoned and other unclaimed property on premises owned or leased by the Federal Government, determines when title to the same is vested in the United States and determines the fair value and the costs incident to the care and handling thereof. (40 U.S.C. § 552)<br><br>[note that this is personal property only, so real property disposal limitations do not apply] | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Real Property Asset Management, Assistant Commissioner for Leasing and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| w. Issues permits and licenses, | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| revocable at will, for the use of GSA lands and buildings, and makes the determination that the Government's interest will be served thereby. (22 U.S. Op. Atty. Gen. 240 (1898) and 34 U.S. Op. Atty. Gen. 320 (1924)) Also issues permits for occasional use of public building space for non-commercial purposes under 40 U.S.C. § 581(h)(2). | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – Authority not delegated for any permit or license exceeding five years. |
| x. Enters into reciprocal agreements with any fire organization for mutual aid in furnishing fire protection to GSA properties, makes the required determinations and renders emergency assistance in extinguishing fires and in preserving life and property from fire. (42 U.S.C. §§ 1856a and 1856b) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| y. Provides, directly or by contract, any employee stationed in the United States with quarters and facilities, makes the determinations of need and fixes the rental rates therefore. (Act of August 20, 1964, Pub. L. 88-459 (78 Stat. 557)) (See also authority to provide quarters and other facilities under 40 U.S.C. § 581(g)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – None |
| | Part 3 – Regional Commissioners | Part 3 - None |
| z. Assigns to a state, territory or possession of the United States any part of the authority of the Federal Government to administer criminal laws and health and safety laws with respect to land, or an interest in land, under the control of the Administrator and located in the state, territory, or possession. (40 U.S.C. § 3311) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Regional Commissioners | Part 3 - None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| aa. Enters into cooperative agreements, memoranda of understanding, memoranda of agreement, or similar agreements on behalf of GSA, or any component or regional office thereof, with Federal and non-Federal entities, including other Federal agencies, wholly owned and quasi-governmental corporations, state, local and tribal governments, institutions of higher education, trade and professional associations, and non-profit organizations, including agreements under:<br><br>40 U.S.C. §§ 101, 112, 113, 121, 303, 311(c) and (d), 501, 502, 504, and 581; 31 U.S.C. § 1535; 31 U.S.C. chap. 65; 54 U.S.C. §§ 306108 and 304105; 39 U.S.C. § 411; and 41 U.S.C. § 3102. | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority not delegated for agreements that bind GSA services, staff offices or organizational units other than those within the Public Buildings Service.<br><br>2. Authority not delegated for agreements that modify GSA policy, regulations or pre-existing agreements.<br><br>3. Concurrence of the Federal Preservation Officer is required for any agreement that affects historic property. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. Authority not delegated for agreements that bind GSA services, staff offices or organizational units other than those within the Public Buildings Service.<br><br>2. Authority not delegated for agreements that modify GSA policy, regulations or pre-existing agreements.<br><br>3. Authority limited to the extent that the Assistant Commissioner has been or hereafter may be authorized by any provision of this Delegation of Authority Manual, as such Manual may be revised from time to time, to perform the subject matter of the agreement.<br><br>4. Concurrence of the Federal Preservation Officer is required for any agreement that affects |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | historic property. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 – Regional Commissioners | Part 3 –<br>1. Authority not delegated for agreements that bind GSA services, staff offices or organizational units other than those within the Public Buildings Service.<br><br>2. Authority not delegated for agreements that modify GSA policy, regulations or pre-existing agreements.<br><br>3. Authority limited to the extent that the official has been or hereafter may be authorized by any provision of this Delegation of Authority Manual, as such Manual may be revised from time to time, to perform the subject matter of the agreement.<br><br>4. Authority is not delegated for agreements that affect more than one region.<br><br>5. Concurrence of the Federal Preservation Officer is required for any agreement that potentially affects historic property. |
| bb. Establishes child care centers in GSA-controlled space, allots space to child care providers in Federal buildings, which space may be provided without charge for rent and services, and pays certain accreditation, training, travel, *per diem*, and other costs of the child care facility or of representatives of the child care facility. (40 U.S.C. § 590) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Program | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| cc. Establishes procedures for locating missing children in buildings for which the Administrator is the "designated authority" under the Code Adam Act of 2003 (subtitle D of title III of Pub. L. 108-21). | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 – Regional Commissioner for Region 6 | Part 3 – None |
| dd. Provides support for the Office of the President-elect and Vice-President-elect under the Presidential Transition Act of 1963, as amended. (Pub. L. 88-277, 3 U.S.C. § 102 note) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| ee. Under regulations the President may prescribe, shall (1) have charge of the public buildings and grounds of the Federal Government in the District of Columbia, except those buildings and grounds otherwise provided for by law, (2) have authority to decide when an individual is unlawfully occupying same and (3) notify the United States marshal to eject the trespasser from that property and to restore possession of the land to the officer with statutory custody of the land. (40 U.S.C. § 8101) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioner for NCR | Part 3 – None |
| ff. Implements the terms and conditions of the Randolph-Sheppard Act regarding concessions and the operation of vending facilities and other activities in federally controlled space. (Pub. L. 74-732, as amended by Pub. L. 83-565 and Pub. L. 93-516; 20 U.S.C. § 107 *et seq.*; 34 C.F.R. part 395) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| gg. Obtains and maintains all | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| applicable regulatory environmental permits and registrations required to operate buildings and buildings systems in accordance with applicable regulatory authorities | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| hh. Establishes, acquires space for, and equips and furnishes telecommuting centers, and may make space in telecommuting centers available for use by individuals other than Federal employees to the extent a center is not fully utilized by Federal employees, and charges user fees for such centers that approximate commercial charges, which fees may be deposited into the Federal Buildings Fund and used to pay the costs of establishing and operating the telecommuting centers. (40 U.S.C. § 587) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – 1. Authority is not delegated to issue agencywide policy and for oversight of agencywide alternative workplace arrangements. This is the responsibility of the Associate Administrator for Governmentwide Policy. 2. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Assistant Commissioner for Facilities Management and Services Programs | Part 2 – 1. Authority is not delegated to issue agencywide policy and for oversight of agencywide alternative workplace arrangements. This is the responsibility of the Associate Administrator for Governmentwide Policy. 2. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 – 1. Authority is not delegated to issue agencywide policy and for oversight of agencywide alternative workplace arrangements. This is the responsibility of the Associate Administrator for Governmentwide Policy. 2. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM |

| <u>Delegated Authority</u> | <u>Delegated To</u> | <u>Limitations</u> |
|---|---|---|
| | | 501.603).<br><br>3. Authority is not delegated for telecommuting center agreements that affect more than one region. |
| 4. <u>Design and construction services</u>. | | |
| a. Employs, by contract or otherwise, the services of established architectural or engineering organizations, firms or individuals and general contractors, construction management and construction organizations, firms, or individuals. (40 U.S.C. §§ 1104 and 3308) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 2 - Assistant Commissioner for Office of Project Delivery, Chief Architect and Assistant Commissioner for Acquisition Management | Part 2 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 3 - Regional Commissioners | Part 3 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| b. Determines the estimated cost of construction for negotiating a design fee not in excess of six percent of such estimated cost. (41 U.S.C. § 3905(b)(3)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM §501.603). |
| | Part 2 - Assistant Commissioner for Office of Project Delivery and Chief Architect | Part 2 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 3 - Regional Commissioners | Part 3 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| c. Serves as selection authority for architect-engineer contracts in accordance with FAR § 36.602-4. (40 U.S.C. § 1103). | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM §501.603). |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 2 - Assistant Commissioner for Office of Project Delivery and Chief Architect | Part 2 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 3 - Regional Commissioners | Part 3 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| d. At the request of any Federal agency, mixed-ownership Government corporation or the District of Columbia, acquires lands for buildings and projects authorized by the Congress, makes surveys and soil analyses, prepares plans and specifications, and contracts for and supervises the construction, development and equipping of these buildings or projects, and determines sums necessary to be transferred to GSA by that agency in advance for such purposes, including payment of salaries and expenses for preparing plans and specifications and for field supervision. (40 U.S.C. § 583) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for contracts for construction, development and equipping of buildings are subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 - Assistant Commissioner for Real Property Asset Management, Assistant Commissioner for Office of Project Delivery and Chief Architect | Part 2 – Delegation of authority for contracts for construction, development and equipping of buildings are subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 – Delegation of authority for contracts for construction, development and equipping of buildings are subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| e. Approves plans and specifications for furniture for new buildings. (40 U.S.C. § 3104) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Office of Project Deliver | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| f. When permitted by an appropriations act or continuing resolution, makes determinations and authorizes increases in the cost of appropriation line-item projects. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Not Delegated | Part 3 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| g. Makes determinations and authorizes increases in the estimated maximum cost of any project, as set forth in any approved prospectus, by an amount equal to the percentage increase, if any, in construction or alteration costs, but in no event exceeding 10% of the estimated cost. (40 U.S.C. § 3307) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| h. Submits to Congress reports on uncompleted public building projects, as requested. (40 U.S.C. § 3315(a)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Project Delivery | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| i. Makes all determinations concerning complying with, to the maximum extent feasible, one of the nationally recognized model building codes and with other applicable latest editions of the nationally recognized codes for buildings being constructed or altered by GSA. (40 U.S.C. § 3312(b)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Chief Architect and Assistant Commissioner for Project Delivery | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| j. Makes all determinations during the alteration or construction of buildings concerning the consideration of state and local zoning laws and laws relating to landscaping, open space, setbacks, height limitations, historic preservation, aesthetic qualities of a building, the environmental impact of buildings and activities associated with buildings, such as air emissions, impacts on surface and groundwater, waste management, endangered and threatened species, wetlands, | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| | Part 2 – Chief Architect and Assistant Commissioner for Project Delivery | Part 2 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| | Part 3 - Regional Commissioners | Part 3 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| floodplains, and other similar laws. (40 U.S.C. § 3312(c)) | | |
| k. In preparing plans for constructing or altering a building, consults with appropriate officials of the state or political subdivision of the state, or both, in which the building will be located, and receives recommendations made by such appropriate officials. Consults with and considers related recommendations made by state and local government officials. (40 U.S.C. § 3312(d)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| | Part 2 – Chief Architect and Assistant Commissioner for Project Delivery | Part 2 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| | Part 3 - Regional Commissioners | Part 3 – Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| l. Makes all determinations concerning waiving or modifying accessibility standards issued under 42 U.S.C. § 4152 for the design, construction and alteration of buildings. (42 U.S.C. § 4156) | Part 1 – Commissioner | Part 1 –<br>1. Not delegated to the Deputy Commissioner.<br>2. Concurrence of the Federal Preservation Officer is required for any determination that affects historic property. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| m. As necessary and appropriate, establishes design, construction and engineering standards, guidelines and policies for buildings being constructed or altered by GSA. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Project Delivery and Chief Architect | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| n. Commissions, in conjunction with authorized new construction or major modernization of public building projects, new works of art through the | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM §501.603). |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| Art-in-Architecture policies and procedures. | Part 2 – Chief Architect | Part 2 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 3 – Regional Commissioners | Part 3 – Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| 5. Procurement and contracting. | | |
| a. Acts as head of contracting activity (HCA), as defined in 48 C.F.R. § 501.101 and GSAM 502.101 (APD 2800.12B), with authority and responsibility for making determinations and decisions required under title III of the Federal Property and Administrative Services Act of 1949, as amended, or other statutes and Federal regulations in connection with the acquisition of interests (including leaseholds) in real and related personal property, and services, including design and construction. (41 U.S.C. §§ 151, 3101, 3102, 3106, and 4701; and 40 U.S.C. §§ 1101-1104) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners, who are authorized to act as HCA as set forth in GSAM 502.101 | Part 3 -<br>1. Authority to make the determination that it is in the public interest to use other than full and open competition under 41 U.S.C. § 3304(a)(7) is not delegated.<br><br>2. Authority to make determinations to use Alternate III of Audits and Records - Negotiation, 52.215-1, thus waiving Comptroller General examination of records of contracts with foreign contractors and subcontractors under<br>41 U.S.C. § 4706(d), is not delegated.<br><br>3. Authority to redelegate |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | responsibility for making determinations and decisions is permitted to the extent set forth in the FAR and, with respect to real property leases, to the extent set forth in the GSAM. |
| b. Makes purchases and contracts for property and services (including construction) for use by Executive agencies and for use in carrying out its responsibilities as described in organizational and functional statements. (41 U.S.C. §§ 3101, 3104, 3106, and 3301) This includes the authority and responsibility for making determinations and decisions required by law, regulation or agency directive, including, the FAR and the GSAM relating to the acquisition of property and services. (41 U.S.C. §§ 3102, 3509 and 4711; and 40 U.S.C. §§ 501 and 581) This authority includes the authority to enter into multi-year contracts (not to exceed five years) for property and services under 41 U.S.C. § 3903; contracts for severable services that cross fiscal years under 41 U.S.C. § 3902; single-award and multi-award task or delivery order contracts under 41 U.S.C. §§ 3302, 3303, 4101, 4102, 4103, 4104, and 4106; task order contracts for advisory and assistance services under 41 U.S.C. § 4105; and contracts for expert services for use in litigation or disputes under 41 U.S.C. § 3304(a)(3)(C). | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority for procurement and contracting is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Selection of experts for use in litigation or in connection with disputes under the authority of 41 U.S.C. § 3304(a)(3)(C) is not delegated. |
| | Part 2 - Assistant Commissioner for Project Delivery and Assistant Commissioner for Acquisition Management | Part 2 -<br>1. Delegation of authority for procurement and contracting is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Selection of experts for use in litigation or in connection with disputes under the authority of 41 U.S.C. § 3304(a)(3)(C) is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority for procurement and contracting is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Selection of experts for use in litigation or in connection with disputes under the authority of 41 U.S.C. § 3304(a)(3)(C) is not delegated. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| c. Enters into contracts for periods not exceeding five years for the inspection, maintenance and repair of fixed equipment in buildings that are federally owned. (40 U.S.C. § 581(c)(6)) Note that PBS also has authority under the Service Contract Act that is vested directly in Contracting Officers that permits multi-year contracting for the operation and maintenance of fixed building equipment in GSA-controlled buildings. (FAR § 17.204(e), GSAM § 517.204 and deviation from GSA Senior Procurement Executive thereto, as such deviation may be renewed from time to time). | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM § 501.603). |
| d. Exercises authority relating to conducting tests, making charges and fixing fees therefor. (40 U.S.C. § 313) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs, Assistant Commissioner for Project Delivery and Assistant Commissioner for Leasing | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |
| e. Exercises the following authorities whenever it is determined that any such action would aid in the National defense, subject to the limitations specified in Pub. L 85-804, as amended. (50 U.S.C. §§ 1431-1433 and 1435) and E.O. 10789 of November 14, 1958, as amended, at 50 U.S.C. § 1431 note) | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Authority only effective during a declared national emergency and for six months after termination thereof. (50 U.S.C. § 1435)<br><br>2. Authority to obligate United States in any amount in excess of $25,000,000 is subject to Congressional notification provisions and is not delegated.<br><br>3. Delegation of authority is subject to the Contracting Officer |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | Warrant Program (GSAM 501.603). |
| | Part 2 – All Assistant Commissioners and Chief Architect | Part 2 -<br>1. Authority only effective during a declared national emergency and for six months after termination thereof. (50 U.S.C. § 1435)<br><br>2. Authority to obligate the United States in excess of $50,000 is not delegated.<br><br>3. Authority to obligate United States in any amount in excess of $25,000,000 is subject to Congressional notification provisions and is not delegated.<br><br>4. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority only effective during a declared national emergency and for six months after termination thereof. (50 U.S.C. § 1435)<br><br>2. Authority to obligate the United States in excess of $50,000 is not delegated.<br><br>3. Authority to obligate United States in any amount in excess of $25,000,000 is subject to Congressional notification provisions and is not delegated. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | 4. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| (1) Enters into contracts or amendments or modifications of contracts heretofore or hereafter made, and makes advance, progress and other payments thereon without regard to other provisions of law relating to the making, performance, amendment, or modification of contracts, including authority to modify, amend or settle claims under contracts heretofore or hereafter made. | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to settle claims or modify contracts that are the subject of litigation is not delegated. |
| | Part 2 – All Assistant Commissioners and Chief Architect | Part 2 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to settle claims or modify contracts that are the subject of litigation is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br>2. Authority to settle claims or modify contracts that are the subject of litigation is not delegated. |
| (2) Approves advance, progress and other payments upon such contracts and enters into agreements with contractors or obligators modifying or releasing accrued obligations of any sort, | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| including accrued liquidated damages or liability under surety or other bonds . | | 2. Authority to modify contracts or obligations that are the subject of litigation is not delegated. |
| | Part 2 – All Assistant Commissioners and Chief Architect | Part 2 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to modify contracts or obligations that are the subject of litigation is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Authority to modify contracts or obligations that are the subject of litigation is not delegated. |
| f. Makes determinations and places orders with any other department, establishment, bureau, or office for materials, supplies, equipment, work, or services, and makes agreements regarding cost adjustments in connection therewith; and furnishes services in the continental United States to international bodies on the basis of full reimbursement at the request of the Secretary of State.<br>(31 U.S.C. § 1535; 40 U.S.C. § 3176; and 41 U.S.C. § 3102(b)) | Part 1 – Commissioner and Deputy Commissioner<br><br>Part 2 – All Assistant Commissioners and Chief Architect<br><br>Part 3 - Regional Commissioners | Part 1 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>Part 2 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>Part 3 - Delegation of authority is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| 6. Public utilities (excluding telecommunications). | | |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| a. Enters into contracts on behalf of agencies and, to the extent authorized, on behalf of the Department of Defense, with public utilities firms involving public utilities services for the use of these agencies (40 U.S.C. § 501(a) and (b)(1)); and prescribes policies and methods of procurements for Executive agencies regarding the procurement of public utility services, which policies and methods shall be subject to regulations prescribed by the Administrator of the Office of Federal Procurement Policy. (40 U.S.C. § 501(b)(2) and 41 U.S.C. § 1101 *et seq.*) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority to enter into public utility contracts is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 – Assistant Commissioner for Facilities Management and Services Programs and Assistant Commissioner for Acquisition Management | Part 2 –<br>1. Delegation of authority is limited to the utility policy authority and areawide contracting authority. (40 U.S.C. § 501(b)(2) and 41 U.S.C. § 1101 *et seq.*)<br><br>2. Delegation of authority to enter into public utility contracts is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to enter into public utility contracts is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Delegation of authority to enter into public utility contracts is limited to facility-specific contracting actions. (40 U.S.C. § 501(a) and (b)(1))<br><br>3. Utility policy authority and areawide contracting authority is not delegated. |
| b. Enters into areawide contracts with tariffed utility service providers for public utility services (excluding telecommunications) and connection charges for periods not to exceed 10 years on behalf of civilian Executive agencies and, to the extent | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority to enter into public utility contracts is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 2 - Assistant Commissioner for Facilities Management and | Part 2 - Delegation of authority to enter into public utility |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| authorized, on behalf of the Department of Defense. (40 U.S.C. § 501(b)(1)(B)) | Services Programs | contracts is subject to the Contracting Officer Warrant Program (GSAM 501.603). |
| | Part 3 – Not Delegated | Part 3 - None |
| c. Delegates authority to Federal agencies to enter into contracts for public utilities services and connection charges not to exceed 10 years. (40 U.S.C. §§ 121(d) and 501) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| d. Makes determinations to intervene to permit representation of Executive agencies in proceedings involving public utility services before Federal and State regulatory bodies. (40 U.S.C. § 501(c)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| e. Delegates authority to Executive agencies to represent Executive agencies in proceedings involving public utility services before federal and state regulatory bodies. (40 U.S.C.§§ 121(d) and 501(b) and (c)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| 7. Environmental considerations in decision-making. | | |
| a. Lead environmental service. Serves as head of the lead environmental service and develops and implements GSA environmental policy and reconciles any differences concerning the need for additional information or revision that may arise between program officials and other reviewing offices. (42 U.S.C. § 4332(2)(c) and various environmental Executive Orders set out at 42 U.S.C. § 4321, including E.O. 11472, E.O. 12088, E.O. 12898, and E.O. 13423) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 - Policymaking and regulatory interpretation responsibilities must be approved by the Designated Agency Environmental Executive or other designated senior agency officials. |
| | Part 3 - Regional Commissioners | Part 3 – Delegation of authority is limited to environmental-related compliance actions and activities. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| b. Actions in or affecting flood plains or wetlands. Determines whether actions in or affecting flood plains or wetlands are the only practicable alternatives and approves such actions when the actions affect GSA programs.<br>(42 U.S.C. § 4001 *et. seq.*;<br>42 U.S.C. § 4321 *et seq.*;<br>Pub. L. 93-235, 87 Stat. 975;<br>E.O. 11988; and E.O. 11990) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Chief Architect, Assistant Commissioner for Project Delivery, Assistant Commissioner for Real Property Asset Management, and Assistant Commissioner for Leasing | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - None |
| c. National Environmental Policy Act of 1969, as amended. Determines whether a proposed major Federal action (undertaking) by PBS significantly affects the quality of the natural and physical environment and the relationship of people to that environment.<br>(42 U.S.C. § 4331 *et seq.*;<br>E.O. 11514) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs, Assistant Commissioner for Real Property Asset Management, Assistant Commissioner for Project Delivery, and Assistant Commissioner for Leasing | Part 2 – Authority to issue an Environmental Impact Statement or a Record of Decision, or both, is not delegated |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Authority to issue an Environmental Impact Statement or a Record of Decision, or both, is not delegated.<br><br>2. Authority to issue an Environmental Assessment or a Finding of No Significant Impact may not be re-delegated. |
| d. Energy conservation. Acts as the designated principal energy conservation officer, and is principally responsible for planning and implementing GSA's energy conservation program and for coordinating with the Department of Energy on energy matters.<br>(42 U.S.C. § 7266) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is limited to PBS- or real property-related energy conservation programs or projects. |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – Delegation of authority is limited to PBS- or real property-related energy conservation programs or projects. |
| | Part 3 – Not Delegated | Part 3 - None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | |
| | | |
| e. Use of energy efficient lighting fixtures and bulbs. Equip, to the maximum extent feasible, each public building constructed, altered or acquired with lighting fixtures and bulbs that are energy efficient. (40 U.S.C. § 3313) | Part 1 – Commissioner and Deputy Commissioner<br><br>Part 2 – Assistant Commissioner for Project Delivery<br><br>Part 3 - Regional Commissioners | Part 1 – None<br><br>Part 2 – None<br><br>Part 3 - None |
| 8. Historic Preservation. | | |
| a. National Historic Preservation Act of 1966, as amended, section 106. Takes into account the effect of "undertakings" contemplated by GSA on properties included in or eligible for inclusion in the National Register of Historic Places, and requests comments from the Advisory Council on Historic Preservation. (54 U.S.C. § 306108). | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Concurrence of the Federal Preservation Officer is required |
| | Part 2 – Chief Architect | Part 2 - Concurrence of the Federal Preservation Officer is required. |
| | Part 3 - Regional Commissioners | Part 3 - Concurrence of the Federal Preservation Officer is required. |
| b. National Historic Preservation Act of 1966, as amended, section 111. Makes all determinations and takes any reasonable and necessary actions with respect to the adaptive use of historic properties when entering into leases, exchanges or management contracts under section 111 in compliance with other applicable laws, including section 106 of the National Historic Preservation Act of 1966, as | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of leasing or contracting authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Concurrence of the Federal Preservation Officer is required.<br><br>3. Authority to exchange real property is not delegated |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| amended. (54 U.S.C. §§ 306121 and 306122) | Part 2 – Chief Architect, Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 -<br>1. Delegation of leasing or contracting authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Concurrence of the Federal Preservation Officer is required.<br><br>3. Authority to exchange real property is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of leasing or contracting authority is subject to the Contracting Officer Warrant Program (GSAM 501.603).<br><br>2. Concurrence of the Federal Preservation Officer is required.<br><br>3. Authority to exchange real property is not delegated. |
| c. Fine Arts Program. Provides for the safety, accessibility, preservation, and appropriate use of fine arts assets. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Chief Architect | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| d. National Preservation Organizations. Represents GSA on the Advisory Council on Historic Preservation and the National Building Museum Board of Trustees. | Part 1 – Commissioner | Part 1 – Not delegated to the Deputy Commissioner |
| | Part 2 – Office of the Chief Architect | Part 2 – Not delegated to the Chief Architect. The Federal Preservation Officer serves as the Commissioner's alternate |
| | Part 3 – Not Delegated | Part 3 - None |
| e. Fine Arts Program Organizations. Represents GSA on the Federal Council on the Arts and the Humanities, Arts and Artifacts Indemnity Program. | Part 1 – Commissioner | Part 1 – Not delegated to the Deputy Commissioner. |
| | Part 2 - Chief Architect | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| 9. Occupational Safety and Health Act (OSHA). | | |
| a. Acts as the Designated Agency Safety and Health Official. (E.O. 12196, as amended; 29 C.F.R. §§ 1960.6 and 1960.7) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| b. Assists the Administrator in establishing: | | |
| (1) An agencywide occupational safety and health policy and program to carry out the provisions of section 19 of the Occupational Safety and Health Act, E.O. 12196 and 29 C.F.R. part 1960 (29 C.F.R. § 1960.6(b)(1)); | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| (2) An organization, including provision for the designation of safety and health officials at appropriate levels with adequate budgets and staffs to implement the occupational safety and health program at all operational levels (29 C.F.R. § 1960.6(b)(2)); | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| (3) A set of procedures that ensures effective implementation of the agency policy and program as required by section 19 of the Occupational Safety and Health Act, E.O. 12196, and the program elements of 29 C.F.R. part 1960 (29 C.F.R. § 1960.6(b)(3)); | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| (4) Goals and objectives for reducing and eliminating occupational accidents, injuries and illnesses (29 C.F.R. § 1960.6(b)(4)); | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 - Regional Commissioners | Part 3 – None |
| (5) Plans and procedures for evaluating the agency's occupational health and safety program effectiveness at all operational levels (29 C.F.R. § 1960.6(b)(5)); and | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| (6) Establishing priorities with respect to the factors that cause occupational accidents, injuries and illnesses in the agency's workplaces so that appropriate corrective actions can be taken. (29 C.F.R. §1960.6(b)(6)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Facilities Management and Services Programs | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| 10. Management and disposal of real property. | | |
| a. Management and disposal actions, generally, under chapter 5 of subtitle I - Federal Property and Administrative Services of title 40 of the United States Code. (40 U.S.C. § 521 *et seq.*) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to dispose of real property limited to Regions 1, 4, 7, 9, and NCR. |
| (1) Concurs or withholds | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| concurrence in the determinations made by the Secretary of the Interior that lands or portions of lands previously withdrawn or reserved from the public domain are not suitable for return to the public domain. (40 U.S.C. § 102(9)) | Part 2 - Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| (2) Authorizes transfers of excess real property among Federal agencies, mixed-ownership Government corporations, the District of Columbia, and certain non-Federal agencies, and, with the approval of the Director of OMB, prescribes the extent of reimbursement for transfer of property to a requesting agency with reimbursement less than 100% of the transferred property's estimated fair market value. (40 U.S.C. §§ 521 and 522) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to a requesting agency with reimbursement less than 100% of the estimated fair market value of the property requested is not delegated. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to a requesting agency with reimbursement less than 100% of the estimated fair market value of the property requested is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer real property limited to Regions 1, 4, 7, 9, and NCR.<br><br>3. Authority to transfer property to a requesting agency with |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | reimbursement less than 100% of the estimated fair market value of the property is not delegated. |
| (3) Transfers custody and accountability of excess real property to other Federal agencies. (40 U.S.C. § 524(b)(2)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer custody and accountability of excess real property limited to Regions 1, 4, 7, 9, and NCR. |
| (4) Obtains excess real property from other agencies. (40 U.S.C. § 524(b)(3)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – None |
| (5) Determines the fair value of excess real property. (40 U.S.C. § 522) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (6) Approves or disapproves requests by holding agencies for the withdrawal of agency excess or surplus real property. (40 U.S.C. §§ 521, 541 and 543) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (7) Authorizes abandonment, destruction or donation of real property to public bodies, and makes any determinations and findings incident thereto. (40 U.S.C. § 527) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for donation of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Asset Management and Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority for donation of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to grant blanket concurrence to agencies requesting to abandon, destroy or donate excess or surplus real and related personal property is not delegated |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority for donation of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to grant blanket concurrence to agencies requesting to abandon, destroy or donate excess or surplus real and related personal property is |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | not delegated<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (8) Determines Federal real property surplus. (40 U.S.C. § 102(10)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (9) Directs Federal agencies to delay or discontinue the disposal of surplus real property when in the interest of the Government. (40 U.S.C. §§ 541-543) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (10) Disposes of surplus real property. (40 U.S.C. §§ 541, 543, 545, 550, 553, and 554, and secs. 13(d) and (g) of the Surplus Property Act of 1944, as amended (49 U.S.C. §§ 47151-47153)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority to exchange real property is not delegated.<br><br>2. Delegation of authority to dispose of surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Authority to exchange real property is not delegated.<br><br>2. Delegation of authority to dispose of surplus real property is subject to the Disposal |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegated authority limited to Regions 1, 4, 7, 9, and NCR.<br><br>2. Authority to exchange real property is not delegated.<br><br>3. Authority when proposed disposal is determined by the Commissioner to be controversial, sensitive or of unusual economic significance not delegated.<br><br>4. Authority when the disposal of surplus property is a negotiated sale requiring an explanatory statement to Congress not delegated.<br><br>5. Authority when a transfer is recommended under section 218 of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended, not delegated.<br><br>6. Delegation of authority to dispose of surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| (11) Performs or provides for the performance of the care and handling of surplus real property. (40 U.S.C. § 542) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (12) Grants credit and takes security in connection with any authorized disposal of surplus real property for sale. (40 U.S.C. § 543) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority for disposals involving credit terms or discounted interest rates not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Authority for disposals involving credit terms or discounted interest rates not delegated.<br><br>2. Authority for disposals where the credit terms of payment for sale of real property do not meet the standards provided in the FMR, 41 C.F.R. § 102-75.295, Credit Disposals, not delegated.<br><br>3. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority for disposals involving credit terms or discounted interest rates not delegated.<br><br>2. Authority for disposals where the credit terms of payment for sale of real property do not meet the standards provided in the FMR, 41 C.F.R. § 102-75.295, Credit Disposals, not delegated.<br><br>3. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>4. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (13) Prescribes appropriate policies, terms and conditions for disposal by sale of surplus real property by GSA.<br>(40 U.S.C. §§ 521 and 543) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| (14) Disapproves, or notifies sponsoring Federal agencies within 30 days that GSA will not object to, actions proposed to be taken by such agency to reform, correct or amend real property instruments of transfer or conveyance, and to enforce compliance with, or to grant release from, terms and conditions thereto.<br>(40 U.S.C. § 550 and, generally, 40 U.S.C. §§ 521, 524(a)(5), 526, and 541) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 – Regional Commissioners | Part 3 – Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (15) Temporarily assigns or | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| reassigns space in excess real property for office, storage or related facilities, and for other purposes, to Federal agencies, if the assignee determines that the temporary assignment is more advantageous than permanent transfer. (40 U.S.C. § 526) | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 – Regional Commissioners | Part 3 – Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (16) Disapproves, or notifies Executive agencies that GSA will not object to, holding agencies granting rights for interim use and occupancy of surplus real property. (40 U.S.C. §§ 541- 543) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (17) Assigns, or disapproves requests for assignments of, surplus real property and related personal property to the Secretary of Education for disposal for school, classroom or other educational use, or to the Secretary of Health and Human Services for use in the protection of public health, including research and to assist the homeless under the McKinney-Vento Homeless Assistance Act. (40 U.S.C. § 550(c) and (d)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to disapprove a request for assignment is not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to |

| **Delegated Authority** | **Delegated To** | **Limitations** |
| --- | --- | --- |
| | | Regions 1, 4, 7, 9, and NCR. |
| (18) Disposes, by sublease, of the unexpired portion of leased space that is determined surplus, and deposits rental proceeds into the Federal Buildings Fund to defray costs and to pay the rent due on the leased space. (40 U.S.C. § 585(b)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (19) Obligates amounts from the proceeds of disposition of surplus real property and related personal property, within limitations set by the Director of OMB, for expenses to be incurred for utilization of excess property and the disposal of surplus real and related personal property for fees of appraisers, auctioneers and realty brokers, for costs of environmental and historic preservation services and for advertising and surveying, including the highest and best use of property studies, utilization of property studies, deed compliance inspections, and the | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 - Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegated authority limited to Regions 1, 4, 7, 9, and NCR.<br><br>2. Delegation of authority is |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| expenses incurred in relocating property occupants. (40 U.S.C. § 572) | | subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| (20) Administers and manages deferred payment sales (*i.e.,* credit sales) or leases and permits on credit terms. (40 U.S.C. § 574(e)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 - Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegated authority limited to Regions 1, 4, 7, 9, and NCR.<br><br>2. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| (21) Approves or disapproves disposal of surplus real property and related personal property to any state, political subdivision or instrumentality thereof, or municipality, for use as a public historic monument and for compatible revenue-producing activities, upon appropriate determinations of the Secretary of the Interior. (40 U.S.C. § 550(h)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Concurrence of the Federal Preservation Officer is required for disposal of historic property. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority to dispose of real property is |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Concurrence of the Federal Preservation Officer is required for disposal of historic property. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Concurrence of the Federal Preservation Officer is required for disposal of historic property.<br><br>4. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (22) Gives reasonable notice of prospective sale of real property located within an urban area to the unit of local government having jurisdiction over zoning and land use regulations in the geographic area within which the property is located to afford the local government the opportunity of zoning for the use of this land in accordance with local comprehensive planning.<br>(40 U.S.C. § 904(a)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 - Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (23) Assigns or disapproves requests for assignments of surplus real property and related personal | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| property to the Secretary of the Interior for disposal for public park or recreational use. (40 U.S.C. § 550(e)) | | regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. The authority to disapprove a request for assignment is not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to disapprove a request for assignment is not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (24) Takes possession, utilizes, transfers, or otherwise disposes of abandoned and unclaimed property and determines the fair value and the costs of care and handling of the property. (40 U.S.C. § 552) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (25) Approves or disapproves disposal of surplus real property and related personal property to any state, or to a political subdivision or instrumentality of a state, for correctional facility, law enforcement and emergency management response uses, upon determinations of the Attorney General and the Department of Homeland Security's Emergency Preparedness and Response Directorate, or any successor organizational unit, as appropriate. (40 U.S.C. § 553) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| (26) Furnishes, to the extent practicable, to all prospective purchasers of real property full and complete information concerning (a) current zoning regulations and prospective zoning requirements and objectives for such property when it is not zoned, and (b) current accessibility of the property to streets, sidewalks, sewers, water, street lights, and other service facilities and prospective availability of such services, if such property is included in the local government's comprehensive planning. (40 U.S.C. § 904(b)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – None |
| | Part 3 - Regional Commissioners | Part 3 – Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (27) Transfers, without compensation, to the Secretary of the Interior certain excess real property to be held in trust by the Secretary for any group, band, or tribe of Indians that is recognized as eligible for services by the Bureau of Indian Affairs or for Oklahoma Indian tribes recognized by the Secretary of the Interior. (40 U.S.C. § 523) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer excess real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 - Delegation of authority to transfer excess real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegated authority limited to Regions 1, 4, 7, 9, and NCR.<br><br>2. Delegation of authority to transfer excess real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| (28) Performs, or causes to be performed, necessary surveys, appraisals, highest and best use studies, utilization of property studies, deed compliance inspections, occupant relocations, and necessary environmental, historic preservation and realty brokerage services for the utilization of excess real property and the care, handling and disposition of surplus real property.<br>(40 U.S.C. §§ 524, 542, 572, and 581-583) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (29) Reserved. | | |
| (30) Administers and disposes of any real property and related personal property assigned, set-off or conveyed to the United States in payment of debts, and has charge of all trusts created for the use of the United States in payment of debts due to the United States under 40 U.S.C. § 1301, and reconveys such property to the debtors from whom it was taken, or to their heirs or devises. (40 U.S.C. § 1312) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority for disposal actions is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority for disposal actions is subject to the Disposal Warrant Program |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority for the disposal of real property limited to Regions 1, 4, 7, 9, and NCR. |
| (31) Reassigns and transfers GSA property to the United States Postal Service. (39 U.S.C. §§ 411 and 2002(d); and E.O. 11672 (3 C.F.R. 715 (1971-1975 comp)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer GSA property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 – None |
| b. Other applicable statutes, regulations and executive orders. | | |
| (1) Transfers of property for highway purposes. Transfers excess and surplus real property determined to be necessary for highway purposes. (23 U.S.C. § 317) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | Regions 1, 4, 7, 9, and NCR. |
| (2) Transfers for widening of public highways, streets or alleys. Conveys or otherwise transfers interests in surplus real property under the control of GSA for an authorized widening of a public highway, street or alley. (40 U.S.C. § 1304(b)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to convey or otherwise transfer interests in surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to convey or otherwise transfer interests in surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to convey or otherwise transfer interests in surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9 and NCR. |
| (3) Grants or terminates easements. Administers and terminates easements in, on, over, or upon real property of the Government under the control of GSA. (40 U.S.C. § 1314) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to grant easements is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR, except in the case of routine utility easements, temporary construction easements and short-term site access agreements. |
| (4) Wildlife conservation transfers. Makes determination regarding availability of any transfers of real property for wildlife conservation purposes under the Act of May 19, 1948, as amended. (16 U.S.C. §§ 667b, 667c and 667d) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - None |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – The authority to make a determination that requires coordination with the Department of the Interior is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to make a determination that requires coordination with the Department of the Interior is not delegated.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| (5) Abolition of the Reconstruction Finance Corporation. Manages, administers, inspects, and disposes of all real property transferred from the Reconstruction Finance Corporation to the Administrator by Reorganization Plan No. 1 of 1957. (sec. 2, 1957 Reorg. Plan. No. 1, 71 Stat. 647) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (6) An Act to transfer certain functions of the Secretary of the Treasury. Administers and disposes of any real property and related personal property assigned, set-off or conveyed to the United States in payment of debts, and has charge of all trusts created for the use of the United States in payment of debts due to the United States. (40 U.S.C. § 1301) Reconveys such property to the debtors from whom it was taken, or to their heirs or devises.<br>(40 U.S.C. § 1312) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (7) Disposals under the Postal Reorganization Act. Disposes of real property of the USPS and acts as its agent, upon request by the USPS under section 401(5) of the Postal Reorganization Act.<br>(39 U.S.C. § 401(5) and GSA/Postal Service Agreement dated July 1985, as such Agreement may be amended from time to time) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (8) Transfers under the Alaska Native Claims Settlement Act. Transfers surplus real property in Alaska to the Department of the Interior for disposal under the Alaska Native Claims Settlement Act.<br>(43 U.S.C. § 1601 *et seq.*, particularly | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| §§ 1613, 1615, 1621, and 1629) | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioner for Region 9 | Part 3 –<br>1. Delegation of authority to transfer surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br>2. Delegated authority is limited to Region 9 only. |
| (9) Gifts by devise. Performs the functions required under 40 U.S.C. § 1305 relating to taking custody and disposing of lands that are or may be acquired by the United States by devise. (40 U.S.C. § 1305) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |

| <u>Delegated Authority</u> | <u>Delegated To</u> | <u>Limitations</u> |
|---|---|---|
| (10) <u>Gifts to reduce public debt</u>. Performs the acceptance and disposal functions relating to any gift of real property made to the United States on the sole condition that it be sold and the proceeds be used to reduce the public debt of the United States; or rejects such a gift of real property.<br>(40 U.S.C. § 3113(a)(2)) | Part 1 – Commissioner | Part 1 - Authority not delegated to the Deputy Commissioner. |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 - Not Delegated | Part 3 - None |
| (11) <u>Transfers of property acquired under section 32(a) of title III of the Bankhead-Jones Farm Tenant Act</u>. Transfers to federal, state or territorial agencies of submarginal land and land not primarily suitable for cultivation acquired by the Secretary of Agriculture under section 32(a) of title III of the Bankhead-Jones Farm Tenant Act of July 22, 1937.<br>(7 U.S.C. § 1011(c); sec. 1(14) of E.O. 11609 of July 22, 1971, 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (12) <u>Transfer under section 340 of the Consolidated Farmers Home Administration Act of 1961</u>. Transfers to the Secretary of Agriculture any right, interest or title held by the United States in any lands | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| acquired in the program of national defense and no longer needed for that program and determined by the Commissioner to be suitable for the purposes referred to in section 340 of the Consolidated Farmers Home Administration Act of 1961.<br>(7 U.S.C. § 1990) The Secretary of Defense must concur that the lands are not needed for the national defense program. (sec. 1(15) of E.O. 11609 of July 22, 1971; 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (13) Transfer under section 4(k)(a) and (c) of the Tennessee Valley Authority Act. Approves transfers of real property by the Tennessee Valley Authority for the purpose of paragraphs (a) and (c) of section 4(k) of the Tennessee Valley Authority Act<br>(16 U.S.C. § 831c(k)), other than leases for terms of less than 23 years and conveyances of property having a value not in excess of $500.<br>(sec. 1(16) of E.O. 11609 of July 22, 1971; 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners for Regions 1, 4 and 7 | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, and 7. |

| Delegated Authority | Delegated To | Limitations |
| --- | --- | --- |
| (14) Transfer under Tennessee Valley Authority Act of May 18, 1933. Provides for the transfer to the Tennessee Valley Authority of the use, possession and control of real property of the United States determined by the Commissioner to be necessary and proper for the purposes of that Authority as stated in the Tennessee Valley Authority Act of May 18, 1933. (16 U.S.C. § 831f(b); and sec. 1(17) of E.O. 11609 of July 22, 1971; 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners for Regions 1, 4 and 7 | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4 and 7. |
| (15) Transfer under the Act of March 4, 1927. Transfers for the purposes of the Act of March 4, 1927, c. 505, 404 Stat. 1422 (20 U.S.C. § 191), any land belonging to the United States within or adjacent to the District of Columbia, located along the Anacostia River north of Benning Bridge, to the Secretary of Agriculture. (sec. 1(18) of E.O. 11609 of July 22, 1971; 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioner for NCR | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, |

| Delegated Authority | Delegated To | Limitations |
| --- | --- | --- |
| | | regulations governing disposal warrants.<br><br>2. Delegated authority limited to NCR. |
| (16) Transfers under the Housing Act of July 15, 1949. Transfers, pursuant to section 108 of the Housing Act of July 15, 1949, c. 338, 63 Stat. 419 (42 U.S.C. § 1458), to the Secretary of Housing and Urban Development any right, title or interest of the Federal Government, or any department or agency thereof, in any land (including buildings thereon) that is surplus to the needs of the Government and a local public agency certifies will be within the area of a project being planned by it. (42 U.S.C. § 1458; Sec 1(21) of EO 11609 of July 22, 1971; 36 F.R. 13747 (see 3 U.S.C. § 301 note)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority for transfers of real property under this section that do not comply with 40 U.S.C. § 550(f) not delegated. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority for transfers of real property under this section that do not comply with 40 U.S.C. § 550(f) not delegated. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority for transfers of real property under this section that do not comply with 40 U.S.C. § |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | 550(f) not delegated.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (17) Defense Industrial Reserve Act.<br><br>(a) Furnishes utilities and other services to occupants or users of defense industrial reserve plants and surplus property installations. (40 U.S.C. § 581(f))<br><br>(b) Accepts the transfer of or uses, maintains, protects, repairs, restores, renovates, leases, and transfers or disposes, or any combination of the foregoing, of industrial plants and related personal property as authorized or directed by the Secretary of Defense (10 U.S.C. § 2535(b)), and uses proceeds from insurance to repair or restore damaged defense industrial reserve property. (40 U.S.C. § 581(c)(5)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer or dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer or dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer or dispose of real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority to transfer or otherwise dispose of industrial plants and related personal property is limited to Regions 1, 4, 7, 9, and NCR. |
| (18) Reserved. | | |
| (19) California Desert Protection Act of 1994. Notifies the Secretary of the Interior of the availability of Federal land within the State of California for disposal in accordance with the Act and conveys | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal |

| Delegated Authority | Delegated To | Limitations |
| --- | --- | --- |
| such property in accordance with 16 U.S.C. § 410aaa-77. | | warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 3 - Regional Commissioner Region 9 | Part 3 -<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated.<br><br>3. Delegated authority is limited to Region 9 only. |
| (20) Hawaiian Home Lands Recovery Act. Notifies the Chairman of the Hawaiian Homes Commission in the State of Hawaii, at the same time other federal agencies are notified, that excess real property is | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| located in the State of Hawaii, and appraises and conveys such property to the State, if the Commission so requests.<br>(Pub. L. 104-42, title II, § 203, 109 Stat. 357 (Nov. 2, 1995)) | | warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 3 - Regional Commissioner Region 9 | Part 3 -<br>1. Delegation of authority to convey real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated.<br><br>3. Delegated authority is limited to Region 9 only. |
| (21) Indian Self-Determination Act and Education Assistance. Evaluates requests for excess and surplus real and related personal property by the Bureau of Indian Affairs on behalf of federally recognized tribes and may transfer such real and related personal | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to transfer real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| property to the Secretary of the Interior in accordance with 40 U.S.C. §§ 522, 523, 526, 550, 553, and other applicable laws. (40 U.S.C. § 550 and 25 U.S.C. § 450j(f)(2)) | | 2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority to transfer real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority to transfer real and related personal property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to transfer property to the Secretary of the Interior for less than the fair market value is not delegated.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (22) Airport and Airway Development Act of 1982. Transfers land for use as an addition to an existing airport under sec. 23 and makes all necessary determinations. (49 U.S.C. § 2215) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| Delegated Authority | Delegated To | Limitations |
| --- | --- | --- |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 – Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| (23) Approves or disapproves disposal of surplus real property to any state, political subdivision, municipality, or tax-supported institution for public airport purposes, upon appropriate determination of the Administrator of the Federal Aviation Administration in accordance with section 13(g) of the Surplus Property Act of 1944, as amended. (49 U.S.C. §§ 47151-47153) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Delegation of authority to dispose of surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority to dispose of surplus real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. The authority to disapprove a disposal is not delegated.<br><br>2. Delegation of authority to dispose of surplus real property is subject to the Disposal Warrant Program (GSAM |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | | 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| c. Takes all necessary actions to dispose of federal property directed for disposal by specific acts of Congress (directed disposals). | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br>1. Authority for disposals when credit terms are extended that would invoke the Federal Credit Reform Act of 1990 and OMB Circular A-11, part 85, not delegated.<br><br>2. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Authority for disposals when credit terms are extended that would invoke the Federal Credit Reform Act of 1990 and OMB Circular A-11, part 85, not delegated.<br><br>2. Delegation of authority to dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority for disposals when credit terms are extended that would invoke the Federal Credit Reform Act of 1990 and OMB Circular A-11, part 85, not delegated.<br><br>2. Delegation of authority to |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | dispose of real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |
| d. Conveys by sale, tease, exchange, or otherwise, real and related personal property, or interests therein, expends gross proceeds for such conveyances on the costs of the dispositions, and expends net proceeds realized under section 412 on GSA real property capital needs as authorized in annual appropriations acts. (sec. 412 of division H of Pub. L. 108-447, Consolidated Appropriations Act, 2005 | Part 1 - Commissioner and Deputy Commissioner | Part 1 -<br>1. Delegation of authority to convey real and related personal property is subject to the Lease or Outlease Contracting Officer Warrant Program, or the Disposal Warrant Program (GSAM 501.603), specifically, with respect to disposal warrants, regulations governing disposal warrants; provided, however, that officials with a Lease or Outlease Contracting Officer Warrant may only convey real and related personal property by lease.<br><br>2. Authority to exchange real property is not delegated.<br>3. Expenditures of net proceeds, if any, are subject to prior approval in annual appropriations acts. |
| | Part 2 - Not Delegated | Part 2-None |
| | Part 3 - Regional Commissioners | Part 3-<br>1. Not delegated for leases that encompass 25% or more of a building's total rentable square footage.<br>2. Not delegated for leases exceeding five years.<br>3. Delegation of authority to convey real and related personal property is subject to the Lease |

| Delegated Authority | Delegated To | Limitations |
|---|---|---|
| | | or Outlease Contracting Officer Warrant Program, or the Disposal Warrant Program (GSAM 501.603), specifically, with respect to disposal warrants, regulations governing disposal warrants; provided, however, that officials with a Lease or Outlease Contracting Officer Warrant may only convey real and related personal property by lease.<br>4. Authority to exchange real property is not delegated.<br>5. Expenditures of net proceeds, if any, are subject to prior approval in annual appropriations acts. |
| e. Guam Excess Lands Act of 1994. Transfers all right, title and interest of the United States in and to specific parcels of land to the Government of Guam, without reimbursement, for public benefit use. | Part 1 – Commissioner and Deputy Commissioner | |
| | Part 2 – Assistant Commissioner for Real Property Utilization and Disposal | |
| | Part 3 - Regional Commissioner for Region 9 | Part 1 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to submit explanatory statements to Congressional committees and subcommittees is not delegated.<br><br>Part 2 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, |

| Delegated Authority | Delegated To | Limitations |
| --- | --- | --- |
| | | regulations governing disposal warrants.<br><br>2. Authority to submit explanatory statements to Congressional committees and subcommittees is not delegated.<br><br>Part 3 –<br>1. Delegation of authority to transfer real property is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Authority to submit explanatory statements to Congressional committees and subcommittees is not delegated.<br><br>3. Delegated authority is limited to Region 9 only. |
| f. National Historic Lighthouse Preservation Act of 2000. Amended the National Historic Preservation Act of 1966 to provide for the transfer, without reimbursement, of federally owned light stations either listed in or eligible for listing in the National Register of Historic Places, to federal, state or local governments and non-profit organizations; also allows for the sale of the light stations at fair market value. (54 U.S.C. §§ 305101-305106) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Delegation of authority to transfer or sell light stations is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Concurrence of the Federal Preservation Officer is required. |
| | Part 2 - Assistant Commissioner for Real Property Utilization and Disposal | Part 2 –<br>1. Delegation of authority to transfer or sell light stations is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants. |

| **Delegated Authority** | **Delegated To** | **Limitations** |
|---|---|---|
| | | 2. Concurrence of the Federal Preservation Officer is required. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Delegation of authority to transfer or sell light stations is subject to the Disposal Warrant Program (GSAM 501.603), specifically, regulations governing disposal warrants.<br><br>2. Concurrence of the Federal Preservation Officer is required.<br><br>3. Delegated authority limited to Regions 1, 4, 7, 9, and NCR. |

## II. HUMAN CAPITAL AUTHORITIES

| Human Capital Delegated Authority | Delegated to (In PBS) | Limitations |
|---|---|---|
| 1. Selection. | | |
| Make the final selection of candidates for positions or decide upon further personnel action, such as re-announcement. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – Authority to select re-employed annuitants may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – Authority to select re-employed annuitants may not be re-delegated. |
| 2. Details within GSA. | | |
| Upon request of the office to which the employee is regularly assigned, approve or disapprove the details of GSA employees within the agency for up to 120 days. These details may be extended.<br>(5 U.S.C. § 3341; 5 C.F.R. § 300.301) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Details of more than 120 days to higher grade positions or to positions with known promotion potential must be made under competitive promotion procedures.<br><br>2. Details beyond 30 days must be reported to the Chief Human Capital Officer. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. Details of more than 120 days to higher grade positions or to positions with known promotion potential must be made under competitive promotion procedures.<br><br>2. Details beyond 30 days must be reported to the Chief Human Capital Officer. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. Details of more than 120 days to higher grade positions or to positions with known promotion potential must be made under competitive promotion procedures. |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| | | 2. Details beyond 30 days must be reported to the Chief Human Capital Officer. |
| 3. Adverse actions and actions based on unsatisfactory performance. | | |
| a. Issue notices of proposed adverse actions to suspend, furlough without pay, reduce in grade or pay or, remove employees, and sign final letters of decisions on these actions. Issue notices proposing to remove or reduce in grade and sign final letters of decision based on unsatisfactory performance under 5 C.F.R. part 432. | Part 1 – Commissioner and Deputy Commissioner | Proposal letters and decision letters require prior concurrence of the appropriate servicing human resources offices as to compliance of the letter within applicable regulations.<br><br>Proposing Official – Can be the first line supervisor or higher level supervisory official. Determination must be made in consultation with OHRM.<br><br>Deciding Official – Must be a higher level supervisor who may be in a direct or indirect chain of command than the proposing official.<br><br>For those actions proposed by the AC or RC, the Deputy Commissioner should serve as the deciding official. The Commissioner has the discretion to re-delegate as appropriate.<br><br>This does not include the authority to issue final letters to members of the Senior Executive Service (SES). Any action affecting members of the Senior Executive Service must be coordinated with the Chief Human Capital Officer. Letters for members of the SES must be signed by the Administrator.<br><br>This does not include actions relating to employees of the Office of the Inspector General. |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| | Part 2 – All Assistant Commissioners and the Chief Architect | |
| | Part 3 - Regional Commissioners | |
| b. Take disciplinary action, as appropriate, not resulting in loss of pay, position, or benefits, involving members of the Senior Executive Service assigned to their organizations. | Part 1 – Commissioner and Deputy Commissioner | Proposing Official – Can be the first line supervisor or higher level supervisory official. Determination must be made in consultation with OHRM.<br>Deciding Official – Must be a higher level supervisor who may be in a direct or indirect chain of command than the proposing official.<br>For those actions proposed by the AC or RC, the Deputy Commissioner should serve as the deciding official. The Commissioner has the discretion to re-delegate as appropriate.<br>This does not include the authority to issue final letters to members of the Senior Executive Service (SES). Any action affecting members of the Senior Executive Service must be coordinated with the Chief Human Capital Officer. Letters for members of the SES must be signed by the Administrator.<br><br>This does not include actions relating to employees of the Office of the Inspector General. |
| | Part 2 – All Assistant Commissioners and Office of the Chief Architect | |

| Human Capital Delegated Authority | Delegated to (In PBS) | Limitations |
|---|---|---|
| | Part 3 - Regional Commissioners | |
| 4. Grievances under the GSA Grievance Procedure. (Negotiated grievance procedures are as stated in the appropriate Negotiated Bargaining Agreements.) | | |
| Act as the deciding official on formal grievances concerning matters within their jurisdictions, except when the subject of the grievance is a decision that was made or concurred in by them or an action that was taken by them. (HB, GSA Grievance Procedures (OAD P 9771.1A)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – Authority may not be re-delegated. |
| 5. Reserved. | | |
| 6. Reserved. | | |
| 7. Reserved. | | |
| 8. Reserved. | | |
| 9. Time and leave. | | |
| a. Establish flexible or compressed work schedules, or both, as appropriate, for the organization, in accordance with GSA time and leave policies. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Authority is limited by the provisions of negotiated agreements with labor organizations. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. Authority is limited by the provisions of negotiated agreements with labor organizations.<br><br>2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority is limited by the provisions of negotiated agreements with labor organizations. |

| Human Capital Delegated Authority | Delegated to (In PBS) | Limitations |
|---|---|---|
| | | 2. Authority may not be re-delegated. |
| b. Adjustment of working hours. Modify the working hours of individual employees when it is in GSA's interest when individual needs of employees can be accommodated for legitimate reasons and the work of the agency will not be impeded. (5 U.S.C. § 6122) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 – Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – Authority may not be re-delegated. |
| c. Overtime. Order or approve overtime duty. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – Authority may not be re-delegated. |
| d. Denial of leave because of public exigency. Determines that an exigency of the public business is of such importance the employees may not use annual leave to avoid its forfeiture under normal rules governing maximum accumulation. (5 C.F.R. § 630.305) | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Authority to make determinations affecting the leave of the Commissioner not delegated. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. Authority to make determinations affecting the leave of the Assistant Commissioners and the Chief Architect not delegated.<br><br>2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. Authority to make determinations affecting the leave of the Regional Commissioners not delegated.<br><br>2. Authority may not be re- |

| Human Capital Delegated Authority | Delegated to (In PBS) | Limitations |
|---|---|---|
| | | delegated. |
| e. Excused absence. Determine whether to grant excused absence (administrative leave) for individual employees under appropriate circumstances and the appropriate amount of such leave. | Part 1 – Commissioner and Deputy Commissioner | Part 1 - OAD P 6010.4, chapter 8, and applicable decisions of the Comptroller General of the United States and OPM. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – 1. OAD P 6010.4, chapter 8, and applicable decisions of the Comptroller General of the United States and OPM. 2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – 1. OAD P 6010.4, chapter 8, and applicable decisions of the Comptroller General of the United States and OPM. 2. Authority may not be re-delegated. |
| f. Advance of sick leave. Approve advanced sick leave up to 240 hours to employees in appropriate circumstances. (OAD P 6010.4) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - OAD P 6010.4, Time and Leave Administration. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – 1. OAD P 6010.4, Time and Leave Administration. 2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 – 1. OAD P 6010.4, Time and Leave Administration. 2. Authority may not be re-delegated. |
| g. Voluntary leave transfer program and Emergency Leave Transfer Program. | | |
| (1) Approve or deny an | Part 1 – Commissioner and | Part 1 - OAD P 6010.4. |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| application to be a leave recipient under the Voluntary Leave Transfer Program. (5 C.F.R. § 630.905) | Deputy Commissioner | |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. OAD P 6010.4.<br><br>2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. OAD P 6010.4.<br><br>2. Authority may not be re-delegated. |
| (2) Approve or deny an application to be a leave recipient under the Emergency Leave Transfer Program.<br>(5 C.F.R. § 630.1105) | Part 1 – Commissioner and Deputy Commissioner<br><br>Part 2 – All Assistant Commissioners and the Chief Architect<br><br>Part 3 – Regional Commissioners | Part 1 – None<br><br>Part 2 – Authority may not be re-delegated.<br><br>Part 3 – Authority may not be re-delegated. |
| 10. Training. | | |
| Approve their own training requests, as well as such requests for employees of their organizational units. | Part 1 – Commissioner and Deputy Commissioner | Part 1 - OAD P 9410.1, Employee Development and Training. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. OAD P 9410.1, Employee Development and Training.<br><br>2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. OAD P 9410.1, Employee Development and Training.<br><br>2. Authority may not be re-delegated. |
| 11. Travel and transportation incident to employment. | | |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| a. May approve the determination that a pre-employment interview is necessary and may pay for the travel and transportation expenses for such. (5 U.S.C. § 5706b) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - GSA travel regulations (PFM P 4290.1) and agency record keeping procedures. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 -<br>1. GSA travel regulations (PFM P 4290.1) and agency record keeping procedures.<br><br>2. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br>1. GSA travel regulations (PFM P 4290.1) and agency record keeping procedures.<br><br>2. Authority may not be re-delegated. |
| b. May pay candidates for SES positions travel expenses incurred incident to pre-employment interviews. (5 U.S.C. § 5752) | Part 1 – Commissioner and Deputy Commissioner | Part 1 - GSA travel regulations (PFM P 4290.1). |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| c. May pay the travel and transportation expenses of new appointees to any position. (5 U.S.C. § 5723(a)) | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. GSA travel regulations (PFM P 4290.1).<br><br>2. The appointee must execute a written agreement to remain in Government service for 12 months after appointment or assignment. (5 U.S.C. § 5723(b)) |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. GSA travel regulations (PFM P 4290.1).<br><br>2. The appointee must execute a written agreement to remain in Government service for 12 months after appointment or assignment. (5 U.S.C. § 5723(b)) |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| | | 3. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 –<br>1. GSA travel regulations (PFM P 4290.1).<br><br>2. The appointee must execute a written agreement to remain in Government service for 12 months after appointment or assignment. (5 U.S.C. § 5723(b))<br><br>3. Authority may not be re-delegated. |
| d. May approve permanent change of duty stations (PCS) allowances for last move home of SES career appointees upon retirement. | Part 1 – Commissioner and Deputy Commissioner | Part 1 - GSA travel regulations (PFM P 4290.1). |
| | Part 2 – Not Delegated | Part 2 – None |
| | Part 3 – Not Delegated | Part 3 - None |
| 12. Privacy. | | |
| Ensures that systems of records meet the requirements of the Privacy Act and GSA privacy security policies and procedures. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 - Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 - Authority may not be re-delegated. |
| 13. Delegation of authority. | | |
| Issues re-delegation of authority directives within their own jurisdiction. | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 - Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 - Authority may not be re-delegated. |
| 14. Organization management. | | |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| Approves organizational changes at the division level and below within their own jurisdiction in accordance with ACM P 5440.1. | Part 1 – Commissioner and Deputy Commissioner | Part 1 -<br><br>1. The following actions are not delegated:<br><br>a. Establishment of any organization reporting directly to the Commissioner or Deputy Commissioner.<br><br>b. Transfer of any function or organizational entity (such as office, division, branch, or staff) from one office to another office within a Central Office Service or Staff Office.<br><br>c. Transfer of any function or organizational entity from one service, staff office or region to another service, staff office or region.<br><br>d. Transfer of any function or organizational entity from any Central Office organizational entity to any regional organizational entity, or *vice versa*.<br><br>2. Authority to make organizational changes involving any changes in sources of funding not delegated. |
| | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 -<br><br>1. The following actions are not delegated:<br><br>a. Establishment of any organization reporting directly to the Assistant Commissioner or the Chief Architect.<br><br>b. Transfer of any function or organizational entity (such as office, division, branch, or staff) from one office to another office |

| Human Capital Delegated Authority | Delegated to (In PBS) | Limitations |
|---|---|---|
| | | within a Central Office Service or Staff Office.<br><br>c. Transfer of any function or organizational entity from one service, staff office or region to another service, staff office or region.<br><br>d. Transfer of any function or organizational entity from any Central Office organizational entity to any regional organizational entity, or *vice versa*.<br><br>2. Authority to make organizational changes involving any changes in sources of funding not delegated.<br><br>3. Authority may not be re-delegated. |
| | Part 3 - Regional Commissioners | Part 3 -<br><br>1. The following actions are not delegated:<br><br>a. Establishment of any organization reporting directly to the Regional Commissioner.<br><br>b. Transfer of any function or organizational entity from one service, staff office or region to another service, staff office or region.<br><br>c. Transfer of any function or organizational entity from any Central Office organizational entity to any regional organizational entity, or *vice versa*.<br><br>2. Authority to make organizational changes involving any changes in sources of |

| **Human Capital Delegated Authority** | **Delegated to (In PBS)** | **Limitations** |
|---|---|---|
| | | funding not delegated.<br><br>3. Authority may not be re-delegated. |

III. **COMMON AUTHORITIES**

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| 1. Official travel. (Authorities, limitations and responsibilities relating to official travel are now contained in the HB, GSA Internal Travel Regulations and Control of Official Travel (PFM P 4290.1)). | | | |
| 2. Reserved. | | | |
| 3. Equal Employment Opportunity Program. (Authorities and responsibilities relating to Civil Rights are now contained in the HB, Civil Rights (ADM P 2300.1A)). | | | |
| 4. Use of commercial forms and procedures. | | | |
| Approve the use of commercial forms and procedures following a determination that it is more efficient and economical, for particular types of small shipments, to procure freight or express transportation services by use of commercial forms and procedures, rather than by use of regular Government bills of lading, subject to the limitations and administrative procedures set forth in the Federal Management Regulation (FMR) at 41 C.F.R. part 102-118, subpart C). | | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 – Authority may not be re-delegated. |
| | | Part 3 - Regional Commissioners | Part 3 – Authority may not be re-delegated. |
| 5. Directives. | | | |
| a. Issue internal and external directives in their own names to cover their areas of assigned responsibility. These shall be consistent with the policy | Authority to issue regulations on matters of policy having application to Executive agencies is not delegated, except as otherwise permitted by | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Authority to issue regulations on matters of policy having application to Executive agencies not delegated, except |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| prescribed and instructions issued by the Administrator and shall have the same force and effect as those issued by the Administrator. (40 U.S.C. § 121(c)(2) and (d)(1)) | law. | | as otherwise permitted by law. |
| | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 – 1. Authority to issue regulations on matters of policy having application to Executive agencies not delegated, except as otherwise permitted by law.<br><br>2. Authority may not be re-delegated |
| | | Part 3 - Regional Commissioners | Part 3 – 1. Authority to issue regulations on matters of policy having application to Executive agencies not delegated, except as otherwise permitted by law.<br><br>2. Authority may not be re-delegated. |
| b. Prepare initial regulatory flexibility analyses under 5 U.S.C. § 603; and act as agency head under 5 U.S.C. § 605(b) to certify that a proposed rule will not, if promulgated, have a significant economic impact on a substantial number of | | Part 1 – Commissioner and Deputy Commissioner | Part 1 – Authority to certify that a proposed rule will not, if promulgated, have a significant economic impact on a substantial number of small entities not delegated to the Deputy Commissioner. |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| small entities. | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 –<br>1. Authority to certify that a proposed rule will not, if promulgated, have a significant economic impact on a substantial number of small entities not delegated.<br><br>2. Authority may not be re-delegated. |
| | | Part 3 - Regional Commissioners | Part 3 –<br>1. Authority to certify that a proposed rule will not, if promulgated, have a significant economic impact on a substantial number of small entities not delegated.<br><br>2. Authority may not be re-delegated. |
| 6. Environmental considerations in decision-making. | | | |
| Ensures that the policies, regulations and public laws of the United States are interpreted and administered in accordance with the policies set forth in section 102 of the National Environmental Policy Act of 1969: | Authority may be delegated to those officials with responsibility for issuing proposed rules. | Part 1 – Commissioner and Deputy Commissioner | Part 1 - None |
| | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 - Authority may be delegated to those officials with responsibility for issuing proposed rules. |
| | | Part 3 - Regional Commissioners | Part 3 - Authority may be delegated to those officials |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| | | | with responsibility for issuing proposed rules. |
| a. Use of a systematic, inter-disciplinary approach that will ensure the integrated use of the natural and social sciences and the environmental design arts in planning and in decision-making that may have an impact on the human environment. (42 U.S.C. § 4332(2)(A)) | | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 – None |
| | | Part 3 - Regional Commissioners | Part 3 - None |
| b. Develop methods and procedures that will ensure that environmental concerns, effects, and values are given appropriate consideration with economic and technical issues in decision-making. (42 U.S.C. § 4332(2)(B)) | | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 – None |
| | | Part 3 - Regional Commissioners | Part 3 - None |
| c. Prepare a detailed statement on recommendations on reports for legislative proposals and other major federal actions that may significantly affect the quality of the human environment. Final signature authority may not be re-delegated beyond the Regional Commissioner level. | | Part 1 – Commissioner and Deputy Commissioner | Part 1 - Must be consistent with statute and CEQ regulation and guidance |
| | | Part 2 – All Assistant Commissioners and the Chief Architect | Part 2 - Must be consistent with statute and CEQ regulation and guidance |
| | Must be consistent with statute and Council on Environmental Quality | Part 3 - Regional Commissioners | .Part 3 – 1. Must be consistent with |

| Delegated Authority | Limitations (Contained within the GSA Delegations of Authority Manual) | Delegated to (In PBS) | Limitations (In PBS) |
|---|---|---|---|
| (40 U.S.C. § 4332(2)(C)) | (CEQ) regulation and guidance. | | statute and CEQ regulation and guidance.<br><br>2. Authority may not be re-delegated. |
| 7. Use of alcoholic beverages in Federal buildings.<br><br>Grants, in writing, for employees under their jurisdiction exemptions from 41 C.F.R. §102-74.405, which prohibits the use of alcoholic beverages on GSA-controlled property. | Regional Commissioners may re-delegate this authority to those officials with responsibility for management and operation of GSA-controlled property. | Part 1 – Commissioner and Deputy Commissioner<br><br>Part 2 – Not Delegated<br><br>Part 3 - Regional Commissioners | Part 1 – None<br><br>Part 2 - None<br><br>Part 3 – Authority may only be re-delegated to those officials with responsibility for management and operation of GSA-controlled property. |
| 8. Signature authority for Congressional correspondence.<br><br>Signs Congressional correspondence that concerns their programs. | The following types of Congressional correspondence shall be signed by the Administrator when:<br><br>1. The correspondence is addressed to the Administrator, unless delegated by the Administrator on a case-by-case basis.<br><br>2. The response cites significant new policies, practices or procedures or deviates from prescribed major policies, practices or procedures. | Part 1 – Commissioner and Deputy Commissioner | Part 1 –<br>1. Authority to sign the following types of Congressional correspondence not delegated when:<br><br>a. The correspondence is addressed to the Administrator, unless delegated by the Administrator on a case-by-case basis.<br><br>b. The response cites significant new policies, practices or procedures or deviates from prescribed major |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| | 3. The response is to correspondence that includes obvious references to the Administrator's personal involvement in a transaction or the letter conveys a personal tone reflecting the prior personal involvement in the matter by the Administrator.<br><br>4. The reply is determined by the Heads of Services or Staff Offices or Regional Administrators to concern a matter of such importance or sensitivity that the correspondence should be signed by the Administrator.<br><br>5. The reply is to a correspondence in which a Member of Congress has expressed dissatisfaction with GSA's response to a previous letter on the same subject.<br><br>6. The Associate Administrator, OCIA, will determine when one of the exceptions above applies, unless the | Part 2 – Not Delegated<br><br>Part 3 - Regional | policies, practices or procedures.<br><br>c. The response is to correspondence that includes obvious references to the Administrator's personal involvement in a transaction or the letter conveys a personal tone reflecting the prior personal involvement in the matter by the Administrator.<br><br>d. The reply is determined by the Commissioner to concern a matter of such importance or sensitivity that the correspondence should be signed by the Administrator.<br><br>e. The reply is to a correspondence in which a Member of Congress has expressed dissatisfaction with GSA's response to a previous letter on the same subject. |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| | Congressional correspondence is to the Inspector General on specific matters before the Inspector General. In those instances, the Inspector General will make the determination whether the Inspector General should sign in lieu of the Administrator. | Commissioners | Part 2 - None<br><br>Part 3 –<br>1. Authority to sign the following types of Congressional correspondence not delegated when:<br><br>a. The correspondence is addressed to the Administrator, unless delegated by the Administrator on a case-by-case basis.<br><br>b. The response cites significant new policies, practices or procedures or deviates from prescribed major policies, practices or procedures.<br><br>c. The response is to correspondence that includes obvious references to the Administrator's personal involvement in a transaction or the letter conveys a personal tone reflecting the prior |

| **Delegated Authority** | **Limitations** (Contained within the GSA Delegations of Authority Manual) | **Delegated to (In PBS)** | **Limitations (In PBS)** |
|---|---|---|---|
| | | | personal involvement in the matter by the Administrator.<br><br>d. The reply is determined by the Commissioner to concern a matter of such importance or sensitivity that the correspondence should be signed by the Administrator.<br><br>e. The reply is to a correspondence in which a Member of Congress has expressed dissatisfaction with GSA's response to a previous letter on the same subject.<br><br>2. Authority may not be re-delegated. |

IV. **FINANCIAL MANAGEMENT AUTHORITIES – NO CHANGES MADE TO THIS SECTION.**

| **Financial Management Delegated Authority** | **Limitations** (Contained within GSA Delegations of Authority Manual) | **Delegated to** (In PBS) | **Limitations** (In PBS) |
|---|---|---|---|
| 1. Reserved. | | | |
| 2. Reserved. | | | |
| 3. Reserved. | | | |
| 4. Reserved. | | | |
| 5. Reserved. | | | |
| 6. Improper payments. Determines the nature and extent of possible improper payments for all programs and activities spending Federal funds and identifies cost-effective control activities to address identified risk areas. (Public Law 107-300; GAO-02-749; and 31 U.S.C. § 902(a)(3)(B)) | | Part 1 – Commissioner and Deputy Commissioner | Part 1 – None |
| | | Part 2 - All Assistant Commissioners and the Chief Architect | Part 2 – None |
| | | Part 3 - Regional Commissioners | Part 3 - None |