**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**CULTURAL HERITAGE PARTNERS, PLLC, et al.**,

Plaintiffs,

v.

**DONALD J. TRUMP, et al.**,

Defendants.

Civil Action No. 1:25-cv-03969-DLF

**PLAINTIFFS' NOTICE OF ERRATA**

## PLAINTIFFS' NOTICE OF ERRATA AND CORRECTIVE DISCLOSURE UNDER ETHICAL RULE 3.3

Plaintiffs respectfully provide this Notice of Errata[1] regarding their Reply in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing ("Reply"), ECF No. 45. In their Reply, Plaintiffs wrote:

> Defendants nevertheless maintain that the President has not yet decided whether to proceed and that the Study itself will inform whether and how the Project moves forward. *See* ECF No. 44 at 33 ("[T]he Study is part of determining *whether to proceed* with the Project, and has independent utility for preservation efforts at the EEOB." (emphasis added)) (citing 4th Decl. H. Martin, ECF No. 44-1 ¶ 17)). But Ms. Martin's declaration says nothing of the Study being used to help determine "whether to proceed." The record is devoid of any affirmative statement that the Study is being relied upon in making that decision. Whether the President has directed the painting to occur or not, it is clear that GSA and OA are acting as though OA currently—not at some future point subject to the satisfaction of any condition—has sole responsibility for the Project and Study.

*Id*. at 16 (emphasis added).

[1] Plaintiffs file this Notice of Errata in conformance with Rule 3.3: Candor to the Tribunal of the Rules of Professional Conduct of the DC Bar. "A lawyer shall not knowingly. . .fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer, unless correction would require disclosure of information that is prohibited by Rule 1.6."

Defendants twice asserted in their Memorandum of Points and Authorities in Opposition to Plaintiffs' Renewed Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing ("Opposition"), that the Study would be used to determine "whether" to paint the EEOB. ECF No. 44 at 11; ECF No. 44 at 33. But in neither of those two instances did Defendants' citations support the assertions. First, Defendants cited to "3d Decl. of Heather Martin, Deputy Assistant to the President ('3d Martin Decl.'), Dkt No. 42-1 ¶¶ 7 (July 20, 2026)." ECF No. 44 at 11. Second, Defendants cited to "([] 4th Martin Decl. ¶17))." ECF No. 44 at 33. After confirming that neither of the paragraphs cited by Defendants supported the assertion, Plaintiffs wrote the sentence above: "The record is devoid of any affirmative statement that the Study is being relied upon in making that decision." ECF No. 45 at 16.

After filing the Reply, Plaintiffs discovered that Ms. Martin's Third Declaration did in fact include such an assertion, albeit in a different paragraph than those cited by Defendants. ECF No. 42-1 at ¶ 17 ("OA believes that these tests will provide real-world data that will identify appropriate methodologies to address existing areas of degradation and inform the underlying decision-making process regarding whether and how to paint the EEOB.").

Plaintiffs acknowledge that the record does contain an "affirmative statement that the Study is being relied upon in making that decision." This statement, however, does not alter Plaintiffs' argument that the Study is part of the Project and will cause irreparable harm to Plaintiffs if allowed to proceed.

Dated: August 17, 2026

Respectfully submitted,

/s/ *Charles N. Curlett, Jr.*

______________________________

Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465
Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004
Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
lydia@culturalheritagepartnerts.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

*/s/ Charles N. Curlett, Jr.*
Charles N. Curlett, Jr.
Attorney for Plaintiffs