UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**Joint Status Report**

Pursuant to the Court's Minute Order of August 18, 2026, the parties respectfully provide this Joint Status Report "informing the Court about the current status of the EEOB project." Minute Order (August 18, 2026).

1. Defendants have conducted limited visual assessment of the EEOB, but have not physically initiated the Façade Condition Assessment and Painting Feasibility Study. They currently anticipate beginning work on the EEOB's exterior no earlier than Wednesday, August 26.

2. Plaintiffs' Additional Statement: Plaintiffs maintain their objections to the Office of Administration performing any work associated with the Study or the Project and refer Defendants to the declaration of Judith M. Jacob, ECF 43-4, regarding the considerations that should and would precede any testing on the surface of the EEOB if this process were being administered by GSA or another appropriate federal agency.

* * *

Dated: August 25, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Mark Widerschein*** 
Mark Widerschein
Michelle Nkeng
Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

***/s/ Charles N. Curlett Jr. (w/ permission)***
Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465
Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004
Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
lydia@culturalheritagepartnerts.com
COUNSEL FOR PLAINTIFFS