UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 1:25-cv-03969-DLF

**Joint Status Report**

Pursuant to the Court's Minute Order of August 18, 2026, the parties respectfully provide this Joint Status Report "informing the Court about the current status of the EEOB project." Minute Order (August 18, 2026).

1. The Office of Administration ("OA"), with assistance from MPS, a masonry subcontractor, established a small testing area on the Eisenhower Executive Office Building composed of four 2 foot by 2 foot panels at inconspicuous locations.
2. OA and MPS performed non-destructive testing such as close-up survey of the stone masonry, contact moisture testing, absorption testing, and surface profile assessment of the stone using high-resolution photography and a handheld 3D scanner.
3. MPS cleaned the surface area of the stone within the testing area prior to application of any primer or mineral silicate paint.
4. On September 3, 2026, MPS applied a primer coat to two of the four panels in the testing area, as required by the manufacturer.
5. On September 4, 2026, MPS applied the base coat layer of each respective mineral silicate paint to the four panels in the testing area.

6. On September 5, 2026, MPS applied the final coat layer of each respective mineral silicate paint to the four panels in the testing area.

7. Plaintiffs maintain their objections to OA performing any work associated with the Study or the Project rather than GSA or another appropriate federal agency. Additionally, because the Commission of Fine Arts "requested that the experts raising concerns about the proposal be invited to participate in this evaluation,"[1] and because testing actions have now occurred, Plaintiffs request that Defendants provide the Court more information about the September 3 and 4 activities. For example, Plaintiffs would like Defendants to submit photos of the paint application. Additionally, a number of questions raised in the declaration of Judith M. Jacob, ECF No. 43-4, should now be answered, including:

   a. How was the masonry subcontractor selected?
   b. How did MPS clean the testing area prior to application?
   c. Were there any masonry repairs done to the stone before paint application?
   d. What paint(s) and primer(s) were used on the testing area?
   e. How were the coats of paint applied?
   f. How will the appearance, efficacy, and durability of the coatings be evaluated?
   g. How long will the coatings be in place to observe weathering and adhesion?
   h. How long will the coating be in place before removal tests?

Dated: September 8, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Charles N. Curlett (w/ permission)***

Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465

[1] Letter from Thomas E. Luebke, Sec'y, U.S. Comm'n of Fine Arts, to Joshua Fisher, Dir., Office of Mgmt. & Admin., Exec. Office of the President (Apr. 23, 2026) (Project No. CFA 16/APR/26-3), https://www.cfa.gov/records-research/project-search/cfa-16-apr-26-3.

**/s/ Mark Widerschein**
Mark Widerschein
Michelle Nkeng
Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004
Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
lydia@culturalheritagepartnerts.com
COUNSEL FOR PLAINTIFFS