UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 1:25-cv-03969-DLF

**Joint Status Report**

Pursuant to the Court's Minute Order of August 18, 2026, the parties respectfully provide this Joint Status Report "informing the Court about the current status of the EEOB project." Minute Order (August 18, 2026).

Defendants state as follows:

1. **Coating Mockup Removal on Existing Stone:** Following curing of the coatings and prior to coating removal at each mockup location, Simpson Gumpertz & Heger Inc. ("SGH") performed coating adhesion testing in general accordance with ASTM D7234-22 – *Standard Test Method for Pull-Off Strength of Coatings on Concrete Using Portable Pull-Off Adhesion Testers*. With assistance from MPS, SGH performed coating removal of the various mineral silicate coating mockups. SGH used a combination of pressure washing with water and vapor (wet abrasive) blasting with calcium carbonate and walnut shells at all four mockup locations to evaluate the various coating removal methods on the existing stone. SGH left a limited portion of each coating mockup in-place.

2. **Sample Stone Extraction:** With assistance from MPS, SGH extracted 12 existing

stone core samples, including the samples at the coating mockup locations, from approved, inconspicuous locations of the EEOB facade representing typical conditions, including apparent sound stone, weathered and discolored stone, and stone at varying exposure for laboratory analysis. MPS repaired core holes with stone repair mortar blended to match the existing stone.

3. **Hands-on Survey:** SGH completed a hands-on close-range assessment of representative portions of the facade using an aerial lift/mobile work platform to further collect and refine information gathered during the macro-level facade survey. SGH's hands-on examination included review and documentation of the following:

    a. **Examining Existing Stone:** Close up survey of existing stone facing and roof-to-wall and façade water management features.

    b. **Sounding:** Sounding stone units with a mallet to detect delaminated panel sections.

    c. **Assessing Stone Surface Profile:** Visually and tactilely assess facing stones at varying conditions to understand whether the granite retains its original tooling marks or has weathered.

    d. **Joint Probing:** Probe facade joints with nonmetallic scrapers to identify jointing material condition and measure depth of surface erosion where apparent.

    e. **Moisture Testing:** Utilize electrical resistance and/or capacitance meters to measure the stone's near surface relative moisture content. SGH will conduct readings at multiple elevations and building conditions and document ambient temperature and relative humidity, associated sun exposure, and relevant

weather conditions prior to and during testing to allow for relative comparison.

Plaintiffs state as follows:

1. Plaintiffs maintain their objections to the Office of Administration ("OA") performing any work associated with the Study or the Project rather than Defendant General Services Administration ("GSA") or another appropriate federal agency. Additionally, Plaintiffs again note that the Commission of Fine Arts "requested that the experts raising concerns about the proposal be invited to participate in this evaluation."[1] ECF No. 50 ¶ 7.

2. Plaintiffs further note that OA's disclosure is insufficient to establish that OA's testing follows a proper scientific methodology to undertake the Study. In fact, even the testing standard Defendants identify above, ASTM D7234-22, applies to concrete, not granite.

3. Plaintiffs' questions raised in the last Joint Status Report, ECF No. 50, as well as the declaration of Judith M. Jacob, ECF No. 43-4, remain unanswered. Similarly, Plaintiffs requested that Defendants inform the Court what PSI was used by OA in the testing, which Defendants declined. Without a full understanding of the Study's methodology, this Court cannot fully evaluate the harm done to the EEOB.

Dated: September 22, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Mark Widerschein***
Mark Widerschein

***/s/ Charles N. Curlett, Jr.*** (w/ permission)

Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465
Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004

[1] Letter from Thomas E. Luebke, Sec'y, U.S. Comm'n of Fine Arts, to Joshua Fisher, Dir., Off. of Mgmt. & Admin., Exec. Off. of the President (Apr. 23, 2026) (Project No. CFA 16/APR/26-3), https://www.cfa.gov/records-research/project-search/cfa-16-apr-26-3.

Michelle Nkeng
Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
lydia@culturalheritagepartnerts.com
COUNSEL FOR PLAINTIFFS