UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**Joint Status Report**

Pursuant to the Court's Minute Order of August 18, 2026, the parties respectfully provide this Joint Status Report "informing the Court about the current status of the EEOB project." Minute Order (August 18, 2026).

Defendants state as follows the updates that have occurred since the last Joint Status Report was filed on September 22, 2026:

1. **Evaluation of Collected Samples and Analysis of Assessment Findings:** SGH began the process of preparing samples collected from the building for laboratory analysis to further understand the existing stone condition and the impacts of the coating application and removals on the existing stone. SGH will analyze all information gathered from its condition assessment and coating feasibility study to develop its findings with respect to the work objectives. SGH expects this work to continue for several weeks.

Plaintiffs state as follows:

1. Plaintiffs maintain their objections to the Office of Administration ("OA") performing any work associated with the Study or the Project rather than Defendant General

Services Administration ("GSA") or another appropriate federal agency. Additionally, Plaintiffs again note that the Commission of Fine Arts "requested that the experts raising concerns about the proposal be invited to participate in this evaluation." ECF Nos. 50 ¶ 7; 53 ¶ 1.

2. Plaintiffs further note that OA's disclosure is insufficient to establish that OA's testing follows a proper scientific methodology to undertake the Study.

3. Plaintiffs' questions raised in the last two Joint Status Reports, ECF Nos. 50 and 53, as well as the declaration of Judith M. Jacob, ECF No. 43-4, remain unanswered.

Dated: October 5, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Michelle Nkeng***
Mark Widerschein
Michelle Nkeng
Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

***/s/ Lydia Dexter (with permission)***

Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465
Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004
Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
lydia@culturalheritagepartnerts.com
COUNSEL FOR PLAINTIFFS