UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CULTURAL HERITAGE PARTNERS, PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03969-DLF |

**Joint Status Report**

Pursuant to the Court's Minute Order of August 18, 2026, the parties respectfully provide this Joint Status Report "informing the Court about the current status of the EEOB project." Minute Order (August 18, 2026).

Defendants state as follows:

1. SGH continues to analyze all information gathered from their condition assessment and coating feasibility study to develop findings with respect to the work objectives. They expect this work to continue for several weeks.
2. OA continues to work through the Section 106 consultation process, including reviewing public comments in response to the documents published in the Federal Register. The comment period closed at the end of the day on November 16.

Plaintiffs state as follows:

1. The public comment period for the draft Environmental Assessment ("EA") closed yesterday, November 16, 2026. Each Plaintiff submitted a comment opposing the painting of the EEOB (the "Project") and explaining the draft EA's fundamental defects, including that it relies on an illegitimate purpose and need, presents a flawed

alternatives analysis, omits critical information and analysis, and substantially understates the severity of the Project's significant and adverse effects on both the EEOB and surrounding National Historic Landmarks. Each Plaintiff expressly stated that it submitted a comment without waiving its objections to OA's asserted authority over the Project or its position that Defendant General Services Administration ("GSA") must independently fulfill its obligations under the National Environmental Policy Act ("NEPA") and the National Historic Preservation Act ("NHPA"). As a representative example for this Court, Plaintiffs have attached Plaintiff DC Preservation League's Comment as Plaintiffs' Exhibit 1.

2. The draft EA acknowledges that painting the EEOB would fundamentally alter its historic façade and adversely affect at least three National Historic Landmarks. Yet OA—which should not be handling any aspect of this Project, including the NHPA and NEPA reviews and the corresponding EA—proposes to proceed, relying on incomplete testing, an artificially narrow purpose and need statement, and "mitigation" measures that would only document the loss of character defining features rather than prevent such a loss. If the government wants to move forward with the Project, then GSA, as the lead federal agency, must plan and manage this process and conduct proper NEPA and NHPA reviews, which would result in the selection of an alternative that would meet a legitimate purpose while ensuring the preservation of the EEOB's historic granite – including, for instance, the better Cleaning and Lighting Alternative.

3. Plaintiffs note that the EEOB is now listed as one of the projects anticipated for review by the National Capital Planning Commission ("NCPC") over the next six months. *See* Tentative Agenda for December 3, 2026 Meeting, Nat'l Capital Planning

Comm'n (Nov. 16, 2026), https://www.ncpc.gov/docs/Tentative_Agendas/TentativeAgenda_December2026.pdf. Plaintiffs again challenge the completeness of Defendants' updates to this Court. Communication with NCPC to share that the Project will be ready for review in the next six months is precisely the type of update that would "inform[] the Court about the current status of the EEOB project." Minute Order (August 18, 2026). Yet Defendants have offered no such update.

Defendants' Response to Plaintiffs' Position:

1. Plaintiffs' suggestion that Defendants have provided incomplete updates to the Court is without merit. The Government's deliberative process is protected from disclosure, and updates on the EEOB project are being provided as they are finalized. Any discussion of the Government's potential future plans would be premature.

Dated: November 17, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Marissa Piropato
Deputy Chief, Natural Resources Section

***/s/ Mark Widerschein***
Mark Widerschein
Michelle Nkeng
Natural Resources Section
Energy & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Michelle.Nkeng@usdoj.gov
Mark.Widerschein@usdoj.gov

*Counsel for Defendants*

***/s/ Caitlin Grace McCurdy (w/ permission)***

Charles N. Curlett, Jr., Bar No. 497920
Gregory Alan Werkheiser, Bar No. VA210
Marion Forsyth Werkheiser, Bar No. 486465
Jessie Barrington, Bar No. VA244
Caitlin Grace McCurdy, Bar No. NH0004
Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email:
charles@culturalheritagepartners.com
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com

lydia@culturalheritagepartnerts.com
COUNSEL FOR PLAINTIFFS